**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT H. TAYLOR JR., Individually and on Behalf of All Others Similarly Situated, <br><br>            Plaintiff, <br><br>            v. <br><br> THE CHEMOURS COMPANY, MARK NEWMAN, JONATHAN LOCK, CAMELA WISEL, and SAMEER RALHAN, <br><br>            Defendants. | Case No. 24-cv-361-RGA <br><br><br> **CLASS ACTION** |
| TODD MASEL, Individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br>            v. <br><br> THE CHEMOURS COMPANY, MARK E. NEWMAN, SAMEER RALHAN, and JONATHAN LOCK, <br><br>            Defendants. | Case No. 24-cv-377-RGA <br><br><br> **CLASS ACTION** |

**MOTION OF CINDY NGUYEN FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**

| | |
|---|---|
| **FARNAN LLP** <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market Street, 12th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 777-0300 <br> Facsimile: (302) 777-0301 <br> Email: bfarnan@farnanlaw.com <br> Email: mfarnan@farnanlaw.com | **THE ROSEN LAW FIRM, P.A**. <br> Laurence Rosen <br> Phillip Kim <br> 275 Madison Avenue, 40th Floor <br> Telephone: (212) 686-1060 <br> Facsimile: (212) 202-3827 <br> Email: lrosen@rosenlegal.com <br> Email: pkim@rosenelgal.com |
| *[Proposed] Liaison Counsel for* <br> *Plaintiff and the Class* | *[Proposed] Lead Counsel for* <br> *Plaintiff and the Class* |

Plaintiff Cindy Nguyen ("Movant"), pursuant to Section 21D of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), hereby moves this Court, the Honorable Richard G. Andrews, United States District Judge, for an order:

(a)     consolidating the related actions;

(b)     appointing Movant as Lead Plaintiff; and

(c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Farnan LLP as Liaison Counsel for the litigation.

In support of this Motion, Movant submits herewith a Memorandum of Law, the Declaration of Brian E. Farnan, and a proposed Order.

Dated:  May 20, 2024

Respectfully submitted,

**FARNAN LLP**

By: */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*[Proposed] Liaison Counsel for Plaintiff and the Class*

Laurence Rosen
Phillip Kim
**THE ROSEN LAW FIRM, P.A**.
275 Madison Avenue, 40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com

Email: pkim@rosenelgal.com

*[Proposed] Lead Counsel for*
*Plaintiff and the Class*