**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT H. TAYLOR JR., Individually and on Behalf of All Others Similarly Situated, | Case No. 24-cv-361-RGA |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| THE CHEMOURS COMPANY, MARK NEWMAN, JONATHAN LOCK, CAMELA WISEL, and SAMEER RALHAN, | |
| Defendants. | |
| TODD MASEL, Individually and on behalf of all others similarly situated, | Case No. 24-cv-377-RGA |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| THE CHEMOURS COMPANY, MARK E. NEWMAN, SAMEER RALHAN, and JONATHAN LOCK, | |
| Defendants. | |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF MOTION OF CINDY NGUYEN FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**

| | |
|---|---|
| **FARNAN LLP** | **THE ROSEN LAW FIRM, P.A**. |
| Brian E. Farnan (Bar No. 4089) | Laurence Rosen |
| Michael J. Farnan (Bar No. 5165) | Phillip Kim |
| 919 N. Market Street, 12th Floor | 275 Madison Avenue, 40th Floor |
| Wilmington, DE 19801 | Telephone: (212) 686-1060 |
| Telephone: (302) 777-0300 | Facsimile: (212) 202-3827 |
| Facsimile: (302) 777-0301 | Email: lrosen@rosenlegal.com |
| Email: bfarnan@farnanlaw.com | Email: pkim@rosenelgal.com |
| Email: mfarnan@farnanlaw.com | |
| | |
| *[Proposed] Liaison Counsel for Plaintiff and the Class* | *[Proposed] Lead Counsel for Plaintiff and the Class* |

I, BRIAN E. FARNAN, declare:

1.      I am a Partner at Farnan LLP, proposed Liaison Counsel in this action for Cindy Nguyen ("Movant"). I have personal knowledge of the facts set forth herein. I make this Declaration in support of the Movant's Motion for: (1) Consolidation of Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Selection of Counsel.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit 1:    PSLRA Early Notice;
>
> Exhibit 2:    Movant's PSLRA certification;
>
> Exhibit 3:    Movant's loss chart;
>
> Exhibit 4:    Firm résumé of The Rosen Law Firm, P.A.; and
>
> Exhibit 5:    Firm résumé of Farnan LLP.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: May 20, 2024

/s/ Brian E. Farnan
Brian E. Farnan