**STATEMENT OF COUNSEL PURSUANT TO D. DEL. LR 7.1.1**

This motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movant has no way of knowing who all of the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in D. Del. LR 7.1.1, and respectfully requests that the conference requirement of D. Del. LR 7.1.1 be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II), defendants do not have standing to oppose the appointment of Movant as lead plaintiff. *See also In re Cendant Corp. Litigation,* 264 F.3d 201, 268 (3d Cir. 2001).

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)