# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT H. TAYLOR JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEMOURS COMPANY, MARK NEWMAN, JONATHAN LOCK, CAMELA WISEL, and SAMEER RALHAN,<br><br>Defendants. | Case No. 24-cv-361-RGA<br><br>**CLASS ACTION** |
| TODD MASEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEMOURS COMPANY, MARK E. NEWMAN, SAMEER RALHAN, and JONATHAN LOCK,<br><br>Defendants. | Case No. 24-cv-377-RGA<br><br>**CLASS ACTION** |

**NOTICE OF NON-OPPOSITION TO THE MOTION OF CINDY NGUYEN FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**

**FARNAN LLP**
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*[Proposed] Liaison Counsel for Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A**.
Laurence Rosen
Phillip Kim
275 Madison Avenue, 40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenelgal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

Plaintiff Cindy Nguyen ("Movant"), respectfully submits this Notice of Non-Opposition to her motion for an order consolidating the related actions, appointing Movant as Lead Plaintiff, and approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Farnan LLP as Liaison Counsel for the litigation, filed on May 20, 2024. D.I. 6.

The deadline for any party to oppose Movant's motion was June 3, 2024. *See* D. Del. LR 7.1.2.(b). No opposition has been filed. Movant's motion is unopposed.[1] Movant's motion should be granted forthwith, so that Movant can confer with defense counsel and propose a schedule for the filing of a consolidated amended complaint and defendants' anticipated motion to dismiss. *See* D.I. 5.

Dated:  June 4, 2024                                    Respectfully submitted,

**FARNAN LLP**

By: */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*[Proposed] Liaison Counsel for Plaintiff and the Class*

Laurence Rosen
Phillip Kim
**THE ROSEN LAW FIRM, P.A**.
275 Madison Avenue, 40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenelgal.com

---

[1] The [Proposed] Order granting Movant's motion was filed as D.I. 6-2.

*[Proposed] Lead Counsel for
Plaintiff and the Class*