# EXHIBIT 3

**The Chemours Company Loss Chart**
**Class Period: February 10, 2023 through February 28, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $26.70 |
| Nguyen, Cindy | 1/17/2024 | 103 | ($29.05) | ($2,992.15) | | | | | | | | |
| | 1/17/2024 | 42 | ($28.94) | ($1,215.48) | | | | | | | | |
| | 1/22/2024 | 169 | ($29.62) | ($5,005.78) | | | | | | | | |
| | 1/22/2024 | 3 | ($29.84) | ($89.52) | | | | | | | | |
| | 2/16/2024 | 104 | ($28.62) | ($2,976.48) | | | | | | | | |
| | | 421 | | ($12,279.41) | | | | | 421 | $11,241.68 | ($1,037.73) | |