**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| The Chemours Company Securities Litigation, | Case No. 24-cv-361-RGA <br><br> <u>CLASS ACTION</u> |

**<u>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING FOR</u>**
**<u>DEFENDANTS' MOTIONS TO DISMISS</u>**

WHEREAS, on July 23, 2024, the Court entered a stipulation and order regarding the amended complaint and motion to dismiss briefing schedule (D.I. 16, the "Scheduling Order");

WHEREAS, on September 11, 2024, plaintiffs Cindy Nguyen, Todd Masel, and Jim Hayes (collectively, "Plaintiffs") filed an amended complaint (D.I. 17, the "Amended Complaint");

WHEREAS, defendant The Chemours Company (the "Company") and defendants Jonathan Lock, Mark Newman, Sameer Ralhan, and Camela Wisel (collectively, the "Individual Defendants" and together with the Company, "Defendants") each intend to separately move to dismiss the Amended Complaint;

WHEREAS, the Company intends to address issues common to all defendants in its motion to dismiss, and the Individual Defendants intend to address issues unique to themselves in separate briefs;

WHEREAS, the parties have met and conferred about proposed limitations to the motion to dismiss briefing;

WHEREAS, the Individual Defendants will endeavor to file non-repetitive briefs of fewer than 10 pages to address their unique grounds for dismissal of the Amended Complaint;

1

WHEREAS, pursuant to the Scheduling Order, Defendants shall respond to the Amended Complaint by October 11, 2024, Plaintiffs shall file any opposition by November 12, 2024, and Defendants shall file any reply by December 3, 2024;

WHEREAS, given that Defendants intend to file five separate motions, Plaintiffs respectfully request an additional two weeks to respond to the motions to dismiss;

NOW, THEREFORE, the parties, subject to the Court's approval, agree to the following:

1. The Company may file an opening brief in support of its motion to dismiss of no more than 30 pages on or before October 11, 2024;

2. Plaintiffs may file an answering brief of no more than 30 pages in response to the Company's motion to dismiss;

3. The Company may file a reply brief of no more than 15 pages;

4. Plaintiffs' deadline to file their answering briefs is extended until November 26, 2024;

5. Defendants' shall file their reply briefs on or before December 17, 2024; and

6. Unless otherwise stated herein, all other briefing limitations under the Local Rules remain unchanged.

2

Dated: October 4, 2024          Respectfully submitted,

FARNAN LLP          POTTER ANDERSON & CORROON LLP

By: */s/ Brian E. Farnan*        By: */s/ Tyler E. Cragg*
Brian E. Farnan (#4089)         Peter J. Walsh, Jr. (#2437)
Michael J. Farnan (#5165)       Tyler E. Cragg (#6398)
919 North Market Street, 12th Floor    Hercules Plaza, 6th Floor
Wilmington, DE 19801         1313 North Market Street
(302) 777-0300             Wilmington, DE  19801
bfarnan@farnanlaw.com       (302) 984-6000
mfarnan@farnanlaw.com       pwalsh@potteranderson.com
                                    tcragg@potteranderson.com

*Counsel for Plaintiff*

                                    *Counsel for Defendants*

       IT IS HEREBY SO ORDERED.

Date: 10/4/2024           /s/ Richard G. Andrews
                               United States District Judge