# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE CHEMOURS COMPANY SECURITIES LITIGATION | Case No. 24-cv-361 RGA<br><br>Hon. Richard G. Andrews<br><br>CLASS ACTION |
| This document relates to all actions. | |

**TRANSMITTAL AFFIDAVIT OF TYLER E. CRAGG, ESQ.
IN SUPPORT OF THE CHEMOURS COMPANY'S MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

STATE OF DELAWARE           )
                            ) SS.
COUNTY OF NEW CASTLE        )

I, Tyler E. Cragg, Esq., being duly sworn, do hereby depose and say:

1.     I am an associate at the law firm of Potter Anderson & Corroon LLP, counsel to Defendant The Chemours Company, and a member in good standing of the Bar of the Supreme Court of the State of Delaware.

2.     I submit this affidavit in support of The Chemours Company's Opening Brief In Support of its Motion to Dismiss the Amended Class Action Complaint.

3.     To the best of my knowledge and belief, true and correct copies of the following documents are attached hereto as follows:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | The Chemours Company's 2014 Registration Statement (Form 10-12B) with the Securities Exchange Commission |
| 2 | The Chemours Company's 2015 Form 10-K filed with the Securities Exchange Commission |

| 3 | The Chemours Company's 2016 Form 10-K filed with the Securities Exchange Commission |
|---|---|
| 4 | The Chemours Company's 2017 Form 10-K filed with the Securities Exchange Commission |
| 5 | The Chemours Company's 2018 Form 10-K filed with the Securities Exchange Commission |
| 6 | The Chemours Company's 2019 Form 10-K filed with the Securities Exchange Commission |
| 7 | The Chemours Company's 2020 Form 10-K filed with the Securities Exchange Commission |
| 8 | The Chemours Company's 2021 Form 10-K filed with the Securities Exchange Commission |
| 9 | The Chemours Company's February 9, 2023 Form 8-K filed with the Securities Exchange Commission |
| 10 | The Chemours Company's 2022 Form 10-K filed with the Securities Exchange Commission |
| 11 | The Chemours Company's First Quarter 2023 Form 10-Q filed with the Securities Exchange Commission |
| 12 | The Chemours Company's July 27, 2023 Form 8-K filed with the Securities Exchange Commission |
| 13 | The Chemours Company's Second Quarter 2023 Form 10-Q filed with the Securities Exchange Commission |
| 14 | The Chemours Company's October 26, 2023 Form 8-K filed with the Securities Exchange Commission |
| 15 | The Chemours Company's Third Quarter 2023 Form 10-Q filed with the Securities Exchange Commission |
| 16 | The Chemours Company's February 13, 2024 Form 8-K filed with the Securities Exchange Commission |
| 17 | The Chemours Company's February 29, 2024 Form 8-K filed with the Securities Exchange Commission |

| 18 | The Chemours Company's March 7, 2024 Form 8-K filed with the Securities Exchange Commission |
| 19 | The Chemours Company's March 25, 2024 Form 8-K filed with the Securities Exchange Commission |
| 20 | The Chemours Company's 2023 Form 10-K filed with the Securities Exchange Commission |
| 21 | The Chemours Company's April 25, 2024 Form 8-K filed with the Securities Exchange Commission |
| 22 | A chart of The Chemours Company's stock price from January 1, 2024 through May 1, 2024 |

POTTER ANDERSON & CORROON LLP

By:_____
    Tyler E. Cragg (#6398)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    (302) 984-6000

*Attorneys for Defendant The Chemours Company*

SWORN TO AND SUBSCRIBED

before me this 11th day of October, 2024.

_____
Notary Public

My Commission Expires:_____1/27/26_____

DAVID J. GRANGER
MY COMMISSION
EXPIRES
JANUARY 27, 2026
NOTARY PUBLIC
STATE OF DELAWARE

3