**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE CHEMOURS COMPANY SECURITIES LITIGATION | Case No. 24-cv-361 RGA |
| | Hon. Richard G. Andrews |
| This document relates to all actions. | <u>CLASS ACTION</u> |

**VOLUME III OF V
(EXHIBITS 5-7)
TRANSMITTAL AFFIDAVIT OF TYLER E. CRAGG, ESQ.
IN SUPPORT OF THE CHEMOURS COMPANY'S MOTION TO DISMISS
<u>THE AMENDED CLASS ACTION COMPLAINT</u>**

POTTER ANDERSON & CORROON LLP
Peter J. Walsh, Jr. (#2437)
Tyler E. Cragg (#6398)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
pwalsh@potteranderson.com
tcragg@potteranderson.com

Dated:  October 10, 2024          *Attorneys for Defendant The Chemours Company*

12685.00105

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE CHEMOURS COMPANY SECURITIES LITIGATION | Case No. 24-cv-361 RGA |
| | Hon. Richard G. Andrews |
| This document relates to all actions. | CLASS ACTION |

### TRANSMITTAL AFFIDAVIT OF TYLER E. CRAGG, ESQ.
### IN SUPPORT OF THE CHEMOURS COMPANY'S MOTION TO DISMISS
### THE AMENDED CLASS ACTION COMPLAINT

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS. |
| COUNTY OF NEW CASTLE | ) | |

I, Tyler E. Cragg, Esq., being duly sworn, do hereby depose and say:

1.    I am an associate at the law firm of Potter Anderson & Corroon LLP, counsel to Defendant The Chemours Company, and a member in good standing of the Bar of the Supreme Court of the State of Delaware.

2.    I submit this affidavit in support of The Chemours Company's Opening Brief In Support of its Motion to Dismiss the Amended Class Action Complaint.

3.    To the best of my knowledge and belief, true and correct copies of the following documents are attached hereto as follows:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | The Chemours Company's 2014 Registration Statement (Form 10-12B) with the Securities Exchange Commission |
| 2 | The Chemours Company's 2015 Form 10-K filed with the Securities Exchange Commission |

| 3 | The Chemours Company's 2016 Form 10-K filed with the Securities Exchange Commission |
| 4 | The Chemours Company's 2017 Form 10-K filed with the Securities Exchange Commission |
| 5 | The Chemours Company's 2018 Form 10-K filed with the Securities Exchange Commission |
| 6 | The Chemours Company's 2019 Form 10-K filed with the Securities Exchange Commission |
| 7 | The Chemours Company's 2020 Form 10-K filed with the Securities Exchange Commission |
| 8 | The Chemours Company's 2021 Form 10-K filed with the Securities Exchange Commission |
| 9 | The Chemours Company's February 9, 2023 Form 8-K filed with the Securities Exchange Commission |
| 10 | The Chemours Company's 2022 Form 10-K filed with the Securities Exchange Commission |
| 11 | The Chemours Company's First Quarter 2023 Form 10-Q filed with the Securities Exchange Commission |
| 12 | The Chemours Company's July 27, 2023 Form 8-K filed with the Securities Exchange Commission |
| 13 | The Chemours Company's Second Quarter 2023 Form 10-Q filed with the Securities Exchange Commission |
| 14 | The Chemours Company's October 26, 2023 Form 8-K filed with the Securities Exchange Commission |
| 15 | The Chemours Company's Third Quarter 2023 Form 10-Q filed with the Securities Exchange Commission |
| 16 | The Chemours Company's February 13, 2024 Form 8-K filed with the Securities Exchange Commission |
| 17 | The Chemours Company's February 29, 2024 Form 8-K filed with the Securities Exchange Commission |

2

| 18 | The Chemours Company's March 7, 2024 Form 8-K filed with the Securities Exchange Commission |
| 19 | The Chemours Company's March 25, 2024 Form 8-K filed with the Securities Exchange Commission |
| 20 | The Chemours Company's 2023 Form 10-K filed with the Securities Exchange Commission |
| 21 | The Chemours Company's April 25, 2024 Form 8-K filed with the Securities Exchange Commission |
| 22 | A chart of The Chemours Company's stock price from January 1, 2024 through May 1, 2024 |

POTTER ANDERSON & CORROON LLP

By:_____

Tyler E. Cragg (#6398)
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000

*Attorneys for Defendant The Chemours Company*

SWORN TO AND SUBSCRIBED

before me this 11th day of October, 2024.

_____
Notary Public

My Commission Expires:_____1/27/26_____

DAVID J. GRANGER
MY COMMISSION
EXPIRES
JANUARY 27, 2026
NOTARY PUBLIC
STATE OF DELAWARE

3

# EXHIBIT 5

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-36794**

# The Chemours Company
(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **46-4845564** |
|---|---|
| (State or other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

**1007 Market Street, Wilmington, Delaware 19899**
(Address of Principal Executive Offices)
Registrant's Telephone Number: **(302) 773-1000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class** | **Name of Exchange on Which Registered** |
|---|---|
| Common Stock ($.01 par value) | New York Stock Exchange |

**Securities are registered pursuant to Section 12(g) of the Act: None**

| | |
|---|---|
| Indicate by check mark whether the registrant is a well-known seasoned issuer (as defined in Rule 405 of the Securities Act). | Yes ☒ No ☐ |
| Indicate by check mark whether the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. | Yes ☐ No ☒ |
| Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. | Yes ☒ No ☐ |
| Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). | Yes ☒ No ☐ |
| Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. | ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definition of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ |
| Smaller reporting company ☐ | Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐ No ☒

The aggregate market value of common stock held by non-affiliates of the registrant as of June 30, 2018, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $7.8 billion. As of February 11, 2019, 167,037,003 shares of the company's common stock, $0.01 par value, were outstanding.

## Documents Incorporated by Reference

Portions of the registrant's definitive proxy statement relating to its 2019 annual meeting of shareholders (the "2019 Proxy Statement") are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. The 2019 Proxy Statement will be filed with the U. S. Securities and Exchange Commission within 120 days after the end of the fiscal year to which this report relates.

**The Chemours Company**

## TABLE OF CONTENTS

|  |  |  | Page |
|---|---|---|---|
| **Part I** | | | |
| | Item 1. | Business | 3 |
| | Item 1A. | Risk Factors | 11 |
| | Item 1B. | Unresolved Staff Comments | 25 |
| | Item 2. | Properties | 26 |
| | Item 3. | Legal Proceedings | 27 |
| | Item 4. | Mine Safety Disclosures | 28 |
| | | Executive Officers of the Registrant | 29 |
| **Part II** | | | |
| | Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 31 |
| | Item 6. | Selected Historical Consolidated Financial Data | 33 |
| | Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 34 |
| | Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 59 |
| | Item 8. | Financial Statements and Supplementary Data | 60 |
| | Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 60 |
| | Item 9A. | Controls and Procedures | 60 |
| | Item 9B. | Other Information | 60 |
| **Part III** | | | |
| | Item 10. | Directors, Executive Officers, and Corporate Governance | 61 |
| | Item 11. | Executive Compensation | 61 |
| | Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 61 |
| | Item 13. | Certain Relationships and Related Transactions, and Director Independence | 61 |
| | Item 14. | Principal Accounting Fees and Services | 61 |
| **Part IV** | | | |
| | Item 15. | Exhibits, Financial Statement Schedules | 62 |
| | Item 16. | Form 10-K Summary | 62 |
| **Signatures** | | | 66 |

1

**The Chemours Company**

**Forward-looking Statements**

This section and other parts of this Annual Report on Form 10-K contain forward-looking statements within the meaning of the federal securities law that involve risks and uncertainties. Forward-looking statements provide current expectations of future events based on certain assumptions and include any statement that does not directly relate to any historical or current fact. The words "believe," "expect," "anticipate," "plan," "estimate," "target," "project," and similar expressions, among others, generally identify "forward-looking statements," which speak only as of the date the statements were made. The matters discussed in these forward-looking statements are subject to risks, uncertainties, and other factors that could cause actual results to differ materially from those set forth in the forward-looking statements. Factors that could cause or contribute to these differences include those discussed below and within *Item 1A - Risk Factors*.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- fluctuations in energy and raw materials pricing;
- failure to develop and market new products and applications, and optimally manage product life cycles;
- increased competition, and increasing consolidation of our core customers;
- significant litigation and environmental matters, including indemnifications we were required to assume;
- significant or unanticipated expenses, including, but not limited to, litigation or legal settlement expenses;
- our ability to manage and complete capital projects and/or planned expansions, including the start-up of completed capital projects;
- changes in relationships with our significant customers and suppliers;
- failure to manage process safety and product stewardship issues appropriately;
- global economic and capital markets conditions, such as inflation, interest and currency exchange rates, and commodity prices, as well as regulatory requirements;
- currency-related risks;
- our current indebtedness and availability of borrowing facilities, including access to our revolving credit facilities;
- business or supply disruptions and security threats, such as acts of sabotage, terrorism or war, weather events, and natural disasters;
- uncertainty regarding the availability of additional financing in the future, and the terms of such financing;
- negative rating agency actions;
- changes in laws and regulations or political conditions;
- ability to protect, defend, and enforce our intellectual property rights;
- our ability to predict, identify, and address changes in consumer preference and demand;
- our ability to complete potential divestitures or acquisitions and our ability to realize the expected benefits of divestitures or acquisitions if they are completed;
- our ability to meet our growth expectations and outlook;
- our ability to pay a dividend and the amount of any such dividend declared; and,
- disruptions in our information technology networks and systems.

Additionally, there may be other risks and uncertainties that we are unable to identify at this time, or that we do not currently expect to have a material impact on our business. We assume no obligation to revise or update any forward-looking statement for any reason, except as required by law.

Unless the context otherwise requires, references herein to "The Chemours Company," "Chemours," "the Company," "our company," "we," "us," and "our" refer to The Chemours Company and its consolidated subsidiaries. References herein to "DuPont" refer to E.I. du Pont de Nemours and Company, a Delaware corporation, and its consolidated subsidiaries (other than Chemours and its consolidated subsidiaries), unless the context otherwise requires.

**The Chemours Company**
**PART I**

## Item 1. BUSINESS

### Overview

The Chemours Company (herein referred to as "us," "we," or "our") is a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. We deliver customized solutions with a wide range of industrial and specialty chemicals products for markets, including plastics and coatings, refrigeration and air conditioning, general industrial, electronics, mining, and oil refining. Our principal products include refrigerants, industrial fluoropolymer resins, sodium cyanide, performance chemicals and intermediates, and titanium dioxide ("TiO₂") pigment. We manage and report our operating results through three reportable segments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. The Fluoroproducts segment is a leading, global provider of fluoroproducts, including refrigerants and industrial fluoropolymer resins. The Chemical Solutions segment is a leading, North American provider of industrial chemicals used in gold production, industrial, and consumer applications. The Titanium Technologies segment is a leading, global provider of TiO₂ pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protection in a variety of applications.

We operate 28 major production facilities located in nine countries and serve approximately 3,700 customers across a wide range of end-markets in over 120 countries.

We are committed to creating value for our customers and stakeholders through the reliable delivery of high-quality products and services around the world. To achieve this goal, we have a global team dedicated to upholding our five core values: (i) *customer centricity* - driving customer growth, and our own, by understanding our customers' needs and building long-lasting relationships with them; (ii) *refreshing simplicity* - cutting complexity by investing in what matters, and getting results faster; (iii) *collective entrepreneurship* - empowering our employees to act like they own our business, while embracing the power of inclusion and teamwork; (iv) *safety obsession* - living our steadfast belief that a safe workplace is a profitable workplace; and, (v) *unshakable integrity* - doing what's right for our customers, colleagues, and communities - always.

We also have a forward-looking Corporate Responsibility commitment, which focuses on three key principles - inspired people, a shared planet, and an evolved portfolio - in an effort to achieve, among other goals, increased diversity and inclusion in our global workforce, increased sustainability of our products, and becoming carbon positive. We call this responsible chemistry - it is rooted in who we are, and we expect that our Corporate Responsibility commitment will drive sustainable, long-term earnings growth.

Many of our commercial and industrial relationships span decades. Our customer base includes a diverse set of companies, many of which are leaders in their respective industries. Our sales are not materially dependent on any single customer. As of December 31, 2018, no one individual customer represented more than 10% of our consolidated net sales, and one individual customer balance represented approximately 8% of our total outstanding accounts and notes receivable balance.

### Corporate History

We began operating as an independent company on July 1, 2015 (the "Separation Date") after separating from E.I. du Pont de Nemours and Company ("DuPont") (the "Separation"). The Separation was completed pursuant to a separation agreement and other agreements with DuPont, including an employee matters agreement, a tax matters agreement, a transition services agreement, and an intellectual property cross-license agreement. These agreements govern the relationship between us and DuPont following the Separation and provided for the allocation of various assets, liabilities, rights, and obligations at the Separation Date. On August 31, 2017, DuPont completed a merger with The Dow Chemical Company ("Dow"), pursuant to which, Dow and DuPont became subsidiaries of DowDuPont, Inc. with the intent to form three independent, publicly-traded companies. At this time, the agreements related to our Separation remain between us and DuPont.

3

**The Chemours Company**

**Segments**

In our Fluoroproducts segment, we are a globally-integrated producer making both fluorochemicals and fluoropolymers. In our fluorochemicals business, there is increased adoption of Opteon™, one of the world's lowest global warming potential ("GWP") refrigerant brands, as governments around the world pass legislation that makes the use of low GWP refrigerants a requirement. Our fluoropolymers offerings provide customers with tailored products that have unique properties, including very high temperature resistance and high chemical resistance. We will continue to invest in research and development ("R&D") to remain a leader in these areas and ensure that we are able to meet our customers' needs.

In our Chemical Solutions segment, we remain committed to retaining and improving our Mining Solutions business and the product lines at our Belle, West Virginia site, which includes our Performance Chemicals and Intermediates product lines. As one of the largest North American producers of solid sodium cyanide, our Mining Solutions business is recognized for our quality product offering, reliability of supply, and commitment to the safe production, storage, and use of our products. Global demand growth over the next three years is expected to remain healthy, driven by growth in gold ore processing volumes, and use as an intermediate in the synthesis of other chemicals (primarily in China). In the Americas region, the demand for sodium cyanide is expected to far exceed global demand growth rates.

In our Titanium Technologies segment, we have a long-standing history of delivering high-quality $TiO_2$ pigment using our proprietary chloride technology. We are one of the largest global producers of $TiO_2$ pigment, and our low-cost network of manufacturing facilities allows us to efficiently and cost-effectively serve our global customer base. We believe we are well-positioned to remain one of the lowest-cost, high-quality $TiO_2$ pigment producers, and we will continue to meet our customers' needs around the world.

We will maintain our commitment to responsible stewardship and safety for our employees, customers, and the communities where we operate. Meeting and exceeding our customers' expectations while conducting business in accordance with our high ethical standards will continue to be a primary focus for us as we continue to operate as a higher-value chemistry company.

Additional information on our segments can be found in *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* and "Note 27 - Geographic and Segment Information" to the *Consolidated Financial Statements*.

***Fluoroproducts Segment***

*Segment Overview*

Our Fluoroproducts segment is a global leader in providing fluorine-based, advanced materials solutions, such as refrigerants and industrial resins and derivatives. The segment creates products that have unique properties, such as high temperature resistance, high chemical resistance, and unique di-electric properties, for applications across a broad array of industries and applications. The manufacturing of fluoroproducts involves complex processes that include the use of highly corrosive and hazardous intermediates. We have an industry-leading safety culture and apply world-class R&D and technical expertise to ensure that our operations run safely and reliably, and to improve our process technology. We sell fluoroproducts through two primary product groups: Fluorochemicals and Fluoropolymers.

Fluorochemicals products include refrigerants, industrial coolers, air conditioning, foam blowing agents, propellants, and fire suppression products. We have held a leading position in the fluorochemicals market since the commercial introduction of Freon™ in 1930. Since the original chlorofluorocarbons ("CFC")-based product was introduced, we have been at the forefront of new technology research for lower GWP and lesser ozone-depleting potential products, leading to the development of hydrochlorofluorocarbons ("HCFC") and hydrofluorocarbons ("HFC"). We have a leading position in HFC refrigerants under the brand name Freon™, and we are a leader in the development of sustainable technologies like Opteon™, a line of low GWP hydrofluoroolefin ("HFO") refrigerants, which also have a zero ozone-depletion footprint. Opteon™ was initially developed in response to the European Union's ("EU") Mobile Air Conditioning Directive. Today, our Opteon™-branded portfolio of products are used in a broad range of applications, including automotive, air conditioning, commercial refrigeration, and foam blowing agents. This patented technology offers similar functionality to current HFC products, but meets or exceeds currently-mandated environmental standards and, in some cases, provides energy efficiency benefits.

We led the industry in the Montreal Protocol-driven transition in 1987 from CFCs to the lesser ozone-depleting HCFCs and non-ozone-depleting HFCs. In 1988, we committed to cease production of CFCs and started manufacturing non-ozone-depleting HFCs in the early 1990s. Driven by new and emerging environmental legislation, and standards currently being implemented across the U.S., Europe, Latin America, and Japan, we have commercialized Opteon™. Over the years, regulations have pushed the industry to evolve and respond to environmental concerns. We will continue to invest in R&D to remain a leader and meet our customers' needs as regulations change.

**The Chemours Company**

Fluoropolymers products include various industrial resins, specialty products, and coatings. We serve a wide range of industrial and end-user applications, including electronics, communications, automotive, wire and cable, energy, oil and gas, and aerospace, among others. Our products' unique properties include chemical inertness, thermal stability, non-stick adhesion, low friction, weather and corrosion resistance, extreme temperature resistance, and unique di-electric properties. Our Fluoropolymers products are sold under the brand names Teflon™, Viton™, Krytox™, and Nafion™. Teflon™ coatings, resins, additives, and films are used in a wide range of industrial products. Teflon™ coatings and additives are also used in multiple end-products including paints, fabrics, carpets, clothing, and other household applications. Our fluoroelastomer products, sold under the Viton™ brand name, are used in automotive, consumer electronics, chemical processing, oil and gas, petroleum refining and transportation, and aircraft and aerospace applications. Our Krytox™-branded lubricants are used in a broad range of industrial applications, including bearings, electric motors, and gearboxes. We sell membranes under the brand name Nafion™, which are used in fuel cells, energy flow battery storage, transportation, stationary power, and medical tubing.

*Industry Overview and Competitors*

Our Fluoroproducts segment competes against a broad variety of global manufacturers, as well as regional Chinese and Indian manufacturers. We have a leadership position in fluorine chemistry and materials science, a broad scope and scale of operations, market-driven applications development, and deep customer knowledge. Key competitors in Fluorochemicals include: Honeywell International, Inc., Arkema S.A., Mexichem S.A.B. de C.V., Dongyue Group Co., Ltd. ("Dongyue"), and Juhua Group Corporation. Key competitors in Fluoropolymers include: Daikin Industries, Ltd., 3M Company, Solvay, S.A., Asashi Glass Co., Ltd., Dongyue, and Chenguang Group.

Fluoroproducts demand growth is generally in line with global gross domestic product ("GDP") growth. Within Fluorochemicals, growth may be higher than GDP in situations where, for environmental reasons, regulatory drivers constrain the market or drive the market toward lower GWP alternatives. In Fluoropolymers, overall market growth is expected to be in line with GDP over the next few years, but may be influenced by increased competition and pricing pressure in some businesses. There are certain emerging technologies, along with our focus on application development, that may drive our growth at a rate faster than GDP. Developed markets represent the largest consumers of fluoroproducts today. Global middle class growth and the increasing demand for expanding infrastructure, alternative energy, consumer electronics, telecommunications, automobiles, refrigeration, and air conditioning are all key drivers of increased demand for various fluoroproducts.

*Raw Materials*

The primary raw materials required to support the Fluoroproducts segment are fluorspar, chlorinated organics, chlorinated inorganics, hydrofluoric acid, and vinylidene fluoride. These are available in many countries and are not concentrated in any particular region. Our supply chains are designed for maximum competitiveness through favorable sourcing of key raw materials. Our contracts typically include terms that span from two to 10 years, except for select resale purchases that are negotiated on a monthly basis. Most qualified fluorspar sources have fixed contract prices or freely-negotiated, market-based pricing. Although the fluoroproducts industry has historically relied primarily on fluorspar exports from China, we have diversified our sourcing through multiple geographic regions and suppliers to ensure a stable and cost competitive supply. Our current supply agreements are generally in effect for the next five years.

*Sales, Marketing, and Distribution*

With more than 85 years of innovation and development in fluorine science, our technical, marketing, and sales teams around the world have deep expertise in our products and their end-uses. We work with customers to select the appropriate fluoroproducts to meet their technical performance needs. We sell our products through direct channels and through resellers. Selling agreements vary by product line and markets served and include both spot-pricing arrangements and contracts with a typical duration of one year.

We maintain a large fleet of railcars, tank trucks, and containers to deliver our products and support our supply chain needs. For the portion of the fleet that is leased, the related lease terms are usually staggered, which provides us with a competitive cost position, as well as the ability to adjust the size of our fleet in response to changes in market conditions. A dedicated logistics team, along with external partners, continually optimizes the assignment of our transportation equipment to product lines and geographic regions in order to maximize utilization and flexibility of the supply chain.

*Customers*

The Fluoroproducts segment serves approximately 2,600 customers and distributors globally and, in many instances, these commercial relationships have been in place for decades. No single Fluoroproducts customer represented more than 10% of the segment's net sales in 2018.

5

**The Chemours Company**

*Seasonality*

Fluorochemicals' refrigerant sales fluctuate by season as sales in the first half of the year are generally higher than sales in the second half of the year due to increased demand for residential, commercial, and automotive air conditioning in the spring, which peaks in the summer months, and then declines in the fall and winter. Mobile air conditioning demand is slightly higher in the first half of the year due to the timing of automotive production shutdowns in the second half of the year. There is no significant seasonality for Fluoropolymers, as demand is relatively consistent throughout the year.

**Chemical Solutions Segment**

*Segment Overview*

Our Chemical Solutions segment comprises a portfolio of industrial chemical businesses, primarily operating in the Americas. The segment's products are used as important raw materials and catalysts for a diverse group of industries including, among others, gold production, oil and gas, water treatment, electronics, and automotive. Chemical Solutions generates value through the use of market-leading manufacturing technology, safety performance, product stewardship, and differentiated logistics capabilities.

The Chemical Solutions segment has operations at three production facilities in North America, which sell products and solutions through two primary product groups: Mining Solutions and Performance Chemicals and Intermediates. The Mining Solutions product group includes our sodium cyanide, hydrogen cyanide, and potassium cyanide product lines. We are a market leader in solid sodium cyanide production in the Americas, which is used primarily by the mining industry for gold and silver production. We are also investing in a new sodium cyanide production facility in Mexico, for which construction is currently suspended as discussed further in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. For our Mining Solutions product group, we expect global demand growth to remain healthy over the next few years. In the Performance Chemicals and Intermediates product group, we manufacture a wide variety of chemicals used in many different applications. Performance Chemicals and Intermediates is now comprised of our Methylamines, Glycolic Acid, Vazo™, and Aniline product lines. Our Performance Chemicals and Intermediates business is expected to generally grow in line with growth in global GDP.

*Industry Overview and Competitors*

The industrial and specialty chemicals produced by our Chemical Solutions segment are important raw materials for a wide range of industries and end-markets. We hold a long-standing reputation for high quality, and the safe-handling of hazardous products, such as sodium cyanide, Methylamines, Aniline, and Vazo™. Our positions in these products are the result of our process technology, manufacturing scale, efficient supply chain, and proximity to large customers. Our Chemical Solutions segment also holds, and occasionally licenses, what we believe to be leading process technologies for the production of hydrogen and sodium cyanide, which are used in industrial polymers and gold production. Key competitors for the Chemicals Solutions segment include Orica Limited and Cyanco Corporation.

*Raw Materials*

Key raw materials for our Chemical Solutions segment include ammonia, methanol, natural gas, hydrogen, and caustic soda. We source raw materials from global and regional suppliers, where possible, and maintain multiple supplier relationships to protect against supply disruptions and potential price increases. To further mitigate the risk of raw materials availability and cost fluctuations, our Chemical Solutions segment has also taken steps to optimize routes for distribution, lock in long-term contracts with key suppliers, and increase the number of customer contracts with raw materials price pass-through terms. We do not believe that the loss of any particular supplier would be material to our business.

*Sales, Marketing, and Distribution*

Our technical, marketing, and sales teams around the world have deep expertise with our products and their end-markets. We predominantly sell directly to end-customers, although we also use a network of distributors for specific product lines and geographies. Sales may take place through either spot transactions or via long-term contracts.

Most of Chemical Solutions' raw materials and products can be delivered by efficient bulk transportation. As such, we maintain a large fleet of railcars, tank trucks, and containers to support our supply chain needs. For the portion of the fleet that is leased, the related lease terms are usually staggered, which provides us with a competitive cost position as well as the ability to adjust the size of our container fleet in response to changes in market conditions. A dedicated logistics team, along with external partners, continually optimizes the assignment of our transportation equipment to product lines and geographic regions in order to maximize utilization and flexibility of the supply chain. The strategic placement of our production facilities in locations designed to serve our key customer base in the Americas gives us robust distribution capabilities.

**The Chemours Company**

*Customers*

Our Chemical Solutions segment focuses on developing long-term partnerships with key market participants. Many of our commercial and industrial relationships have been in place for decades and are based on our proven value proposition of safely and reliably supplying our customers with the materials needed for their operations. Our reputation and long-term track record are key competitive advantages as several of the products' end-users demand the highest level of excellence in safe manufacturing, distribution, handling, and storage. Our Chemical Solutions segment has U.S. Department of Transportation Special Permits and Approvals in place for the distribution of various materials associated with each of our business lines, as required. Our Chemical Solutions segment serves approximately 500 customers globally. No single Chemical Solutions customer represented more than 10% of the segment's net sales in 2018.

*Seasonality*

Our Chemical Solutions segment's sales are subject to minimal seasonality.

**Titanium Technologies Segment**

*Segment Overview*

Our Titanium Technologies segment is a leading, global manufacturer of high-quality $TiO_2$ pigment. $TiO_2$ pigment is used to deliver whiteness, brightness, opacity, and ultra-violet light protection in applications such as architectural and industrial coatings, flexible and rigid plastic packaging, polyvinylchloride ("PVC") window profiles, laminate papers used for furniture and building materials, coated paper, and coated paperboard used for packaging. We sell our $TiO_2$ pigment under the Ti-Pure™ brand name. We also sell a chloride-based $TiO_2$ pigment under the BaiMax™ brand name, which is exclusively produced for customers in Greater China. We operate four $TiO_2$ pigment production facilities: two in the U.S., one in Mexico, and one in Taiwan. In addition, we have a large-scale repackaging and distribution facility in Belgium and operate a mineral sands mining operation in Starke, Florida and surrounding areas. In total, we have a $TiO_2$ pigment capacity of approximately 1.25 million metric tons per year.

We are one of a limited number of manufacturers operating a chloride process for the production of $TiO_2$ pigment. We believe that our proprietary chloride technology enables us to operate plants at a much higher capacity than other chloride technology-based $TiO_2$ pigment producers, as we uniquely utilize a broad spectrum of titanium-bearing ore feedstocks to achieve one of the highest $TiO_2$ pigment unit margins in our industry. This technology, which is in use at all of our production facilities, provides us with one of the industry's lowest manufacturing cost positions. Our R&D efforts focus on improving production processes and developing $TiO_2$ pigment grades that help our customers achieve optimal cost and product performance to enhance end-user total value.

We sell over 20 different grades of $TiO_2$ pigment, with each grade tailored for targeted applications. Our portfolio of premium performance $TiO_2$ pigment grades provides end-users with benefits beyond opacity, such as longer-lasting performance, brighter colors, and the brilliant whites achievable only through chloride-manufactured pigment.

We have operated a titanium mine in Starke, Florida since 1949. The mine provides us with access to a low-cost source of domestic, high-quality ilmenite ore feedstock and supplies less than 10% of our ore feedstock consumption needs. Co-products of our mining operations, which comprised less than 5% of our total net sales in Titanium Technologies during 2018, are zircon (zirconium silicate) and staurolite minerals. We are a major supplier of high-quality calcined zircon in North America, primarily focused on the precision investment casting industry, foundry, specialty applications, and ceramics. Our staurolite blasting abrasives are used in steel preparation and maintenance and paint removal.

*Industry Overview and Competitors*

The overall demand for $TiO_2$ pigment is highly correlated to growth in the global residential housing, commercial construction, and packaging markets. In the long-run, industry demand for $TiO_2$ pigment is generally expected to grow proportionate to GDP growth. We continue to experience customers' preference for high-quality Ti-Pure™ offerings. After two years of demand in the $TiO_2$ pigment market above GDP growth, in 2018, the $TiO_2$ pigment market contracted below the GDP trend. In the longer-term, we expect global $TiO_2$ pigment demand to resume its historical correlation with global GDP growth rates.

7

**The Chemours Company**

We estimate that the worldwide demand for $TiO_2$ pigment in 2018 was approximately 5.9 million metric tons, of which, approximately 60% was for premium performance pigments. Worldwide nameplate capacity in 2018 was estimated to be approximately 7.5 million metric tons. The products manufactured on this global capacity base are not fully substitutable due to pigment quality consistency and pigment product design. We believe that the utilization of the premium performance manufacturing base is considerably higher than that for general purpose, lower-performance production. Over the next few years, we are planning to incrementally increase our production capacity by approximately 10% through technology-enabled de-bottlenecking processes. We believe that unlocking this additional 10% of capacity is in line with the anticipated needs of our customers during this time. This new capacity is expected to provide the equivalent of a new production line, while requiring a fraction of the capital investment. Our increased production capacity will be supported by investments to extend our ilmenite mine and through long-term contracts with our suppliers.

Competition in the $TiO_2$ pigment market is based primarily on product performance (both product design and quality consistency), supply capability, price, and technical service. Our major competitors within higher-performance pigments include: The National Titanium Dioxide Company, Ltd., or "Cristal", Venator Materials plc, Kronos Worldwide, Inc., and Tronox Limited. Beyond multi-national suppliers, the only other large producer of $TiO_2$ pigment is the Chinese producer, the Lomon-Billions Group. The other $TiO_2$ pigment producers are fragmented, mostly utilizing the sulfate production process, and competing in the general purpose, lower-performance pigment market. Over the next few years, we believe that the announced added effective capacity in China is expected to be somewhat offset by capacity shutdowns at marginal producers.

*Raw Materials*

The primary raw materials used in the manufacture of $TiO_2$ pigment are titanium-bearing ores, chlorine, calcined petroleum coke, and energy. We source titanium-bearing ores from a number of suppliers around the globe, who are primarily located in Australia and Africa. To ensure proper supply volume and to minimize pricing volatility, we generally enter into contracts in which volume is requirement-based and pricing is determined by a range of mechanisms structured to help us achieve competitive cost. We typically enter into a combination of long-term and medium-term supply contracts and source our raw materials from multiple suppliers across different regions and from multiple sites per supplier. Furthermore, we typically purchase multiple grades of ore from each supplier to limit our exposure to any single supplier for any single grade of ore in any given time period. Historically, we have not experienced any problems renewing such contracts for raw materials or securing our supply of titanium-bearing ores.

We play an active role in ore source development around the globe, especially for those ores which can only be used by us, given the capability of our unique process technology. Supply chain flexibility allows for ore purchase and use optimization to manage short-term demand fluctuations and provides long-term competitive advantage. Our process technology and ability to use lower-grade ilmenite ore gives us the flexibility to alter our ore mix to low-cost configuration based on sales, demand, and projected ore pricing. Lastly, we have taken steps to optimize routes for distribution and increase storage capacity at our production facilities.

Transporting chlorine, one of our primary raw materials, can be costly. To reduce our need to transport chlorine, we have a chlor-alkali production facility run by a third-party that is co-located at our New Johnsonville, Tennessee site. Calcined petroleum coke is an important raw material input to our process. We source calcined petroleum coke from well-established suppliers in North America and China, typically under contracts that run multiple years to facilitate materials and logistics planning through the supply chain. Distribution efficiency is enhanced through the use of bulk ocean, barge, and rail transportation modes. Energy is another key input cost in the $TiO_2$ pigment manufacturing process, representing approximately 12% of the production cost. We have access to natural gas-based energy at our U.S. and Mexico $TiO_2$ pigment production facilities and our Florida minerals plant, supporting advantaged energy costs given the low cost of shale gas in the U.S.

*Sales, Marketing, and Distribution*

We sell the majority of our products through a direct sales force. We also utilize third-party sales agents and distributors to expand our reach. $TiO_2$ pigment represents a significant raw material cost for our direct customers, and as a result, purchasing decisions are often made by our customers' senior management teams. $TiO_2$ pigment, however, is only a small fraction of the cost when considering certain end-use applications, especially in segments with larger value chain players, such as specialty coatings, plastics, and laminates applications. Our sales organization works to develop and maintain close relationships with key decision-makers in our value chain. In addition to close purchasing relationships, our sales and technical service teams work together to develop relationships with all layers of our customers' organizations to ensure that we meet our customers' commercial and technical requirements. When appropriate, we collaborate closely with customers to solve formulation or application problems by modifying product characteristics or developing new product grades.

To ensure an efficient distribution, we have a large fleet of railcars, which are predominantly used for outbound distribution of products in the U.S. and Canada. A dedicated logistics team, along with external partners, continually optimizes the assignment of our transportation equipment to product lines and geographic regions in order to maximize utilization and maintain an efficient supply chain.

**The Chemours Company**

*Customers*

Globally, we serve approximately 600 customers through our Titanium Technologies segment. In 2018, our 10 largest Titanium Technologies customers accounted for approximately 35% of the segment's net sales, and one Titanium Technologies customer represented more than 10% of the segment's net sales. Our larger customers in the U.S. and Europe are typically served through direct sales and tend to have medium-term to long-term contracts. We serve our small-size and mid-size customers through a combination of our direct sales and distribution network. Our direct customers in the Titanium Technologies segment are producers of decorative coatings, automotive and industrial coatings, polyolefin masterbatches, PVC window profiles, engineering polymers, laminate paper, coatings paper, and coated paperboard. We focus on developing long-term partnerships with key market participants in each of these sectors. We also deliver a high level of technical service to satisfy our customers' specific needs, which helps us maintain strong customer relationships.

*Seasonality*

The demand for $TiO_2$ pigment is subject to seasonality due to the influence of weather conditions and holiday seasons on some of our applications, such as decorative coatings. As a result, our $TiO_2$ pigment sales volume is typically lowest in the first quarter, highest in the second and third quarters, and moderate in the fourth quarter. This pattern applies to the entire $TiO_2$ pigment market, but may vary by region, country, or application. It can also be altered by economic or other demand cycles.

## Intellectual Property

Intellectual property, including trade secrets, certain patents, trademarks, copyrights, know-how, and other proprietary rights, is a critical part of maintaining our technology leadership and competitive edge. Our business strategy is to file patent and trademark applications globally for proprietary new product and applications development technologies. We hold many patents, particularly in our Fluoroproducts segment, as described herein. These patents, including various patents that will expire from 2019 through 2034, in the aggregate, are believed to be of material importance to our business. However, we believe that no single patent (or related group of patents) is material in relation to our business as a whole. Our Chemical Solutions segment is a manufacturing and application development technology leader in a majority of the markets in which it participates. Trade secrets are one of the key elements of our intellectual property security in the Chemical Solutions segment, as most of the segment's manufacturing and applications development technologies are no longer under patent coverage. In addition, particularly in our Titanium Technologies segment, we hold significant intellectual property in the form of trade secrets, and, while we believe that no single trade secret is material in relation to our combined business as a whole, we believe that our trade secrets are material in the aggregate. Unlike patents, trade secrets do not have a pre-determined validity period, but are valid indefinitely, so long as their secrecy is maintained. We work actively on a global basis to create, protect, and enforce our intellectual property rights. The protection afforded by these patents and trademarks varies based on country, scope of individual patent, and trademark coverage, as well as the availability of legal remedies in each country. Although certain proprietary intellectual property rights are important to our success, we do not believe that we are materially-dependent on any particular patent or trademark. We believe that securing our intellectual property is critical to maintaining our technology leadership and our competitive position, especially with respect to new technologies or the extensions of existing technologies. Our proprietary process technology can be a source of incremental income through licensing arrangements.

Our Fluoroproducts segment is a technology leader in the markets in which it participates. We have one of the largest patent portfolios in the fluorine derivatives industry. In our Fluoroproducts segment's intellectual property portfolio, we consider our Freon™, Opteon™, Teflon™, Viton™, Nafion™, and Krytox™ trademarks to be valuable assets. Our Titanium Technologies segment in particular relies upon unpatented proprietary knowledge, continuing technological innovation, and other trade secrets to develop and maintain our competitive position in this sector. Our proprietary chloride production process is an important part of our technology, and our business could be harmed if our trade secrets are not maintained in confidence. In our Titanium Technologies segment's intellectual property portfolio, we consider our trademarks Ti-Pure™ and BaiMax™ to be valuable assets and have registered the Ti-Pure™ trademark in a number of countries and the BaiMax™ trademark in China.

At the Separation, certain of our subsidiaries entered into an intellectual property cross-license agreement with DuPont, pursuant to which (i) DuPont has agreed to license to us certain patents, know-how, and technical information owned by DuPont or its affiliates which are necessary or useful in our business, and (ii) we have agreed to license to DuPont certain patents owned by us or our affiliates which are necessary or useful in DuPont's business. In most circumstances, the licenses are perpetual, irrevocable, sub-licensable (in connection with the party's business), assignable (in connection with a sale of the applicable portion of a party's business or assets, subject to certain exceptions) worldwide licenses in connection with the current operations of the businesses and, with respect to specified products and fields of use, future operations of such businesses, subject to certain limitations with respect to specified products and fields of use.

9

**The Chemours Company**

## Backlog

In general, we do not manufacture our products against a backlog of orders and do not consider backlog to be a significant indicator of the level of our future sales activity. Our production and inventory levels are based on the level of incoming orders as well as projections of future demand. Therefore, we believe that backlog information is not material to understanding our overall business and should not be considered a reliable indicator of our ability to achieve any particular level of net sales or financial performance.

## Environmental Matters

Information related to environmental matters is included in several areas of this Annual Report on Form 10-K, including: (i) *Item 1A - Risk Factors*; (ii) *Item 3 - Legal Proceedings*, under the heading "Environmental Proceedings"; (iii) *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations*; and, (iv) "Note 3 - Summary of Significant Accounting Policies" and "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

## Available Information

We are subject to the reporting requirements under the Securities Exchange Act of 1934 (the "Exchange Act"). Consequently, we are required to file reports and information with the U.S. Securities and Exchange Commission ("SEC"), including reports on the following forms: Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act.

Our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports are also accessible on our website at http://www.chemours.com by clicking on the section labeled "Investor Relations," then on "Filings & Reports." These reports are made available, without charge, as soon as it is reasonably practicable after we file or furnish them electronically with the SEC.

## Employees

We have nearly 7,000 employees, approximately 20% of whom are represented by unions or works councils. Management believes that its relations with employees and labor organizations are good. There have been no strikes or work stoppages in any of our locations in recent history.

**The Chemours Company**

**Item 1A. RISK FACTORS**

*Our operations could be affected by various risks, many of which are beyond our control. Based on current information, we believe that the following identifies the most significant risk factors that could affect our business, results of operations, or financial condition. Past financial performance may not be a reliable indicator of future performance and historical trends should not be used to anticipate results or trends in future periods. See our "Forward-looking Statements" for more details.*

### Risks Related to Our Business

***Our results of operations could be adversely affected by litigation and other commitments and contingencies.***

We face risks arising from various unasserted and asserted legal claims, investigations and litigation matters, such as product liability claims, patent infringement claims, antitrust claims, and claims for third-party property damage or personal injury stemming from alleged environmental actions (which may concern regulated or unregulated substances) or other torts, including, as discussed below, litigation related to the production and use of "PFOA" (collectively, perfluorooctanoic acids and its salts, including the ammonium salt) by DuPont prior to the Separation. We do not, and have never, manufactured PFOA. We have also received inquiries, investigations, and litigation related to hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid," sometimes referred to as "GenX" or "C3 Dimer") and other compounds. We have noted a nationwide trend in purported class actions against chemical manufacturers generally seeking relief such as medical monitoring, property damages, off-site remediation, and punitive damages arising from alleged environmental actions (which may concern regulated or unregulated substances) or other torts without claiming present personal injuries. We also have noted a trend in public and private nuisance suits being filed on behalf of states, counties, cities, and utilities alleging harm to the general public. Various factors or developments can lead to changes in current estimates of liabilities such as a final adverse judgment, significant settlement, or change in applicable law. A future adverse ruling or unfavorable development could result in future charges that could have a material adverse effect on us. An adverse outcome in any one or more of these matters could be material to our financial results, and could adversely impact the value of any of our brands that are associated with any such matters. As discussed in more detail in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, a number of additional PFOA lawsuits have been filed since the "MDL Settlement" that are not covered by the settlement and/or not part of the class action captioned Leach v. DuPont, and additional lawsuits may be filed in the future. In addition, we have received governmental inquiries, and we and DuPont have been named in multiple lawsuits, relating to HFPO Dimer Acid and/or other perfluorinated or polyfluorinated compounds. See the discussion under "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for more detail. These or other governmental inquiries or lawsuits could lead to our incurring liability for damages or other costs, a criminal or civil proceeding, the imposition of fines and penalties, and/or other remedies, as well as restrictions on or added costs for our business operations going forward, including in the form of restrictions on discharges at our Fayetteville, North Carolina facility or otherwise. Additional lawsuits or inquiries also could be instituted related to these compounds in the future. Accordingly, the existing lawsuits and inquiries, and any such additional litigation, relating to our existing operations, PFOA, HFPO Dimer Acid, other perfluorinated and polyfluorinated compounds, or other compounds associated with our products or operations, could result in us incurring additional costs and liabilities, which may be material to our financial results.

In the ordinary course of business, we may make certain commitments, including representations, warranties, and indemnities relating to current and past operations, including those related to divested businesses, and issue guarantees of third-party obligations. Additionally, we are required to indemnify DuPont with regard to liabilities allocated to, or assumed by us under each of the separation agreement, the employee matters agreement, the tax matters agreement, and the intellectual property cross-license agreement that were executed prior to the Separation. These indemnification obligations to date have included defense costs associated with certain litigation matters as well as certain damages awards, settlements, and penalties. On August 24, 2017, we and DuPont entered into an amendment to the separation agreement concerning future PFOA litigation and costs not covered by the MDL Settlement as detailed in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. Future PFOA-related costs and settlements could be significant and could exceed the amounts we have accrued with respect thereto, adversely affecting our results of operations. In addition, in the event that DuPont seeks indemnification for adverse trial rulings or outcomes, these indemnification claims could materially adversely affect our financial condition. Disputes with DuPont and others which may arise with respect to indemnification matters including disputes based on matters of law or contract interpretation, could materially adversely affect us.

11

**The Chemours Company**

***We are subject to extensive environmental and health and safety laws and regulations that may result in unanticipated loss or liability related to our current and past operations, and that may result in significant additional compliance costs or obligations, which in either case, could reduce our profitability.***

Our operations and production facilities are subject to extensive environmental and health and safety laws, regulations, and enforcements at national, international, and local levels in numerous jurisdictions relating to pollution, protection of the environment, climate change, transporting and storing raw materials and finished products, storing and disposing of hazardous wastes, and product content and other safety concerns. Such laws include, in the U.S., the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA," often referred to as "Superfund"), the Resource Conservation and Recovery Act ("RCRA") and similar state and global laws for management and remediation of hazardous materials, the Clean Air Act ("CAA") and the Clean Water Act, for protection of air and water resources, the Toxic Substances Control Act, and in the EU, the Registration, Evaluation, Authorization, and Restriction of Chemicals ("REACH") for regulation of chemicals in commerce and reporting of potential known adverse effects and numerous local, state, federal, and foreign laws, regulations, and enforcements governing materials transport and packaging. If we are found to be in violation of these laws, regulations, or enforcements, which may be subject to change based on legislative, scientific, or other factors, we may incur substantial costs, including fines, damages, criminal or civil sanctions, remediation costs, reputational harm, loss of sales or market access, or experience interruptions in our operations. We also may be subject to changes in our operations and production based on increased regulation or other changes to, or restrictions imposed by, any such additional regulations. Any operational interruptions or plant shutdowns may result in delays in production, or may cause us to incur additional costs to develop redundancies in order to avoid interruptions in our production cycles. In addition, the manner in which adopted regulations (including environmental and safety regulations) are ultimately implemented may affect our products, the demand for and public perception of our products, the reputation of our brands, our market access, and our results of operations. In the event of a catastrophic incident involving any of the raw materials we use or chemicals we produce, we could incur material costs as a result of addressing the consequences of such event and future reputational costs associated with any such event.

Our costs of complying with complex environmental laws, regulations, and enforcements, as well as internal voluntary programs, are significant and will continue to be significant for the foreseeable future. These laws, regulations, and enforcements may change and could become more stringent over time, which could result in significant additional compliance costs, investments in, or restrictions on our operations. As a result of our current and historic operations, including the operations of divested businesses and certain discontinued operations, we also expect to continue to incur costs for environmental investigation and remediation activities at a number of our current or former sites and third-party disposal locations. However, the ultimate costs under environmental laws and the timing of these costs are difficult to accurately predict. While we establish accruals in accordance with U.S. generally accepted accounting principles ("GAAP"), the ultimate actual costs and liabilities may vary from the accruals because the estimates on which the accruals are based depend on a number of factors (many of which are outside of our control), including the nature of the matter and any associated third-party claims, the complexity of the site, site geology, the nature and extent of contamination, the type of remedy, the outcome of discussions with regulatory agencies and other Potentially Responsible Parties ("PRPs") at multi-party sites, and the number and financial viability of other PRPs. See "Environmental Matters" within *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* and "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information. We also could incur significant additional costs as a result of additional contamination that is discovered or remedial obligations imposed in the future.

There is also a risk that one or more of our manufacturing processes, key raw materials, or products may be found to have, or be characterized or perceived as having, a toxicological or health-related impact on the environment or on our customers or employees or unregulated emissions, which could potentially result in our incurring liability in connection with such characterization and the associated effects of any toxicological or health-related impact. If such a discovery or characterization occurs, we may incur increased costs in order to comply with new regulatory requirements or as a result of litigation. In addition, the relevant materials or products, including products of our customers incorporating our materials or products, may be recalled, phased-out, or banned. Changes in laws, science or regulations, or their interpretation, and our customers' perception of such changes or interpretations may also affect the marketability of certain of our products.

For example, in May 2016, the European Chemicals Agency ("ECHA") accepted a proposal from France's competent authority under REACH that would classify $TiO_2$ pigment as a carcinogen for humans by inhalation, starting an ECHA Committee for Risk Action ("RAC") process to review and decide on this proposal. In June 2017, ECHA's RAC announced its preliminary conclusion that the evidence meets the criteria under the EU's Classification, Labeling, and Packaging Regulation to classify $TiO_2$ pigment as a "Category 2 Carcinogen" (suspected human carcinogen) by inhalation. The European Commission ("EC") will evaluate the RAC's formal recommendation in determining whether any regulatory measures should be taken. If the EC were to adopt the regulatory measures that classify $TiO_2$ pigment as a suspected carcinogen, it could increase our $TiO_2$ pigment manufacturing and handling processes and costs or result in other liabilities.

**The Chemours Company**

***The businesses in which we compete are highly competitive. If our intellectual property were compromised or copied by competitors, or if our competitors were to develop similar or superior intellectual property or technology, our results of operations could be negatively affected.***

Each of the businesses in which we operate is highly competitive. Competition in the performance chemicals industry is based on a number of factors such as price, product quality, and service. We face significant competition from major international and regional competitors. Some of our competitors have announced plans to expand their chloride capacity. Additionally, our Titanium Technologies business competes with numerous regional producers, including producers in China, who have expanded their readily-available production capacity during the previous five years. The risk of substitution of these Chinese producers by our customers could increase as these Chinese producers expand their use of chloride production technology. Similarly, we compete with various producers in our Fluoroproducts business, and the risk of substitution of these producers by our customers could increase if these producers develop better capabilities to produce similar products to our specialty fluoropolymers.

Intellectual property rights, including patents, trade secrets, confidential information, trademarks, and tradenames are important to our business. We endeavor to protect our intellectual property rights in key jurisdictions in which our products are produced or used and in jurisdictions into which our products are imported. Our success depends to a significant degree upon our ability to protect and preserve our intellectual property rights. However, we may be unable to obtain protection for our intellectual property in key jurisdictions. Although we own and have applied for numerous patents and trademarks throughout the world, we may have to rely on judicial enforcement of our patents and other proprietary rights. Our patents and other intellectual property rights may be challenged, invalidated, circumvented, and rendered unenforceable or otherwise compromised. A failure to protect, defend, or enforce our intellectual property could have an adverse effect on our financial condition and results of operations. Similarly, third-parties may assert claims against us and our customers and distributors alleging our products infringe upon third-party intellectual property rights.

We also rely upon unpatented proprietary technology, know-how, and other trade secrets to maintain our competitive position. While we maintain policies to enter into confidentiality agreements with our employees and third-parties to protect our proprietary expertise and other trade secrets, these agreements may not be enforceable or, even if legally enforceable, we may not have adequate remedies for breaches of such agreements. We also may not be able to readily detect breaches of such agreements. The failure of our patents or confidentiality agreements to protect our proprietary technology, know-how, or trade secrets could result in significantly lower revenues, reduced profit margins, or loss of market share.

If we must take legal action to protect, defend, or enforce our intellectual property rights, any suits or proceedings could result in significant costs and diversion of resources and management's attention, and we may not prevail in any such suits or proceedings. A failure to protect, defend, or enforce our intellectual property rights could have an adverse effect on our financial condition and results of operations.

***Restrictions under the intellectual property cross-license agreement could limit our ability to develop and commercialize certain products and/or prosecute, maintain, and enforce certain intellectual property.***

We depend to a certain extent on DuPont to prosecute, maintain, and enforce certain of the intellectual property licensed under the intellectual property cross-license agreement. Specifically, DuPont is responsible for filing, prosecuting, and maintaining patents that DuPont licenses to us. DuPont also has the first right to enforce such patents, trade secrets, and the know-how licensed to us by DuPont. If DuPont fails to fulfill its obligations or chooses to not enforce the licensed patents, trade secrets, or know-how under the intellectual property cross-license agreement, we may not be able to prevent competitors from making, using, and selling competitive products unless we are able to effectively exercise our secondary rights to enforce such patents, trade secrets, and know-how.

In addition, our restrictions under the intellectual property cross-license agreement could limit our ability to develop and commercialize certain products. For example, the licenses granted to us under the agreement may not extend to all new products, services, and businesses that we may enter in the future. These limitations and restrictions may make it more difficult, time-consuming, or expensive for us to develop and commercialize certain new products and services, or may result in certain of our products or services being later to market than those of our competitors.

13

**The Chemours Company**

***If we are unable to innovate and successfully introduce new products, or new technologies or processes reduce the demand for our products or the price at which we can sell products, our profitability could be adversely affected.***

Our industries and the end-use markets into which we sell our products experience periodic technological changes and product improvements. Our future growth will depend on our ability to gauge the direction of commercial and technological progress in key end-use markets and on our ability to fund and successfully develop, manufacture, and market products in such changing end-use markets. We must continue to identify, develop, and market innovative products or enhance existing products on a timely basis to maintain our profit margins and our competitive position. We may be unable to develop new products or technologies, either alone or with third-parties, or license intellectual property rights from third-parties on a commercially-competitive basis. If we fail to keep pace with the evolving technological innovations in our end-use markets on a competitive basis, including with respect to innovation with regard to the development of alternative uses for, or application of, products developed that utilize such end-use products, our financial condition and results of operations could be adversely affected. We cannot predict whether technological innovations will, in the future, result in a lower demand for our products or affect the competitiveness of our business. We may be required to invest significant resources to adapt to changing technologies, markets, competitive environments, and laws, regulations, or enforcements. We cannot anticipate market acceptance of new products or future products. In addition, we may not achieve our expected benefits associated with new products developed to meet new laws, regulations, or enforcements if the implementation of such laws, regulations, or enforcements is delayed, and we may face competition from illegal or counterfeit products in regulated markets.

***Our results of operations and financial condition could be seriously impacted by business disruptions and security breaches, including cybersecurity incidents.***

Business and/or supply chain disruptions, plant downtime, and/or power outages, and information technology system and/or network disruptions, regardless of cause, including acts of sabotage, employee error or other actions, geo-political activity, military actions, terrorism (including cyberterrorism), weather events, and natural disasters could seriously harm our operations as well as the operations of our customers and suppliers. Any such event could have a negative impact on our business, results of operations, financial condition, and cash flows.

Failure to effectively prevent, detect, and recover from security breaches, including attacks on information technology and infrastructure by hackers, viruses, breaches due to employee error or other actions, or other disruptions, could result in misuse of our assets, business disruptions, loss of property including trade secrets and confidential business information, legal claims or proceedings, reporting errors, processing inefficiencies, negative media attention, loss of sales, and interference with regulatory compliance. Like most major corporations, we have been, and expect to be the target of industrial espionage, including cyberattacks, from time to time. We have determined that these attacks have resulted, and could result in the future, in unauthorized parties gaining access to certain confidential business information, and have included the obtaining of trade secrets and proprietary information related to the chloride manufacturing process for $TiO_2$ pigment by third-parties. Although we do not believe that we have experienced any material losses to date related to these breaches, there can be no assurance that we will not suffer any such losses in the future. We plan to actively manage the risks within our control that could lead to business disruptions and security breaches. As these threats continue to evolve, particularly around cybersecurity, we may be required to expend significant resources to enhance our control environment, processes, practices, and other protective measures. Despite these efforts, such events could materially adversely affect our business, financial condition, or results of operations.

Our information technology is provided by a combination of internal and external services and service providers, and we rely on information technology in many aspects of our business, including internal and external communications, and the management of our accounting, finance, and supply chain functions. Further, our business involves the use, storage, and transmission of information about customers, suppliers, and employees. As we become more dependent on information technology to conduct our business, and as the number and sophistication of cyberattacks increases, the risks associated with cybersecurity, information security, and data privacy also increase. Failure to maintain effective internal control over our information technology and infrastructure could materially adversely affect our business, financial condition, or results of operations, and/or have a material adverse impact on our stock price.

14

**The Chemours Company**

***Our ability to make future strategic decisions regarding our manufacturing operations are subject to regulatory, environmental, political, legal, and economic risks, and to a certain extent may be subject to consents or cooperation from DuPont under the agreements entered into between us and DuPont as part of the Separation. These could adversely affect our ability to execute our future strategic decisions and our results of operations and financial condition.***

One of the ways we may improve our business is through the expansion or improvement of our existing facilities, such as the expansion of our Altamira, Mexico $TiO_2$ pigment facility and the facilities for our Opteon™ refrigerants in Corpus Christi, Texas and the construction of our new Mining Solutions facility in Gomez Palacio, Durango, Mexico. Construction of additions or modifications to facilities involves numerous regulatory, environmental, political, legal, and economic uncertainties that are beyond our control, and are subject to various start-up risks. Such expansion or improvement projects may also require the expenditure of significant amounts of capital, and financing may not be available on economically acceptable terms, or at all. As a result, these projects may not be completed on schedule, at the budgeted cost, or at all. Moreover, our revenue may not increase immediately upon the expenditure of funds on a particular project or may be negatively impacted by regulatory or other developments relating to the chemicals we use or manufacture. As a result, we may not be able to realize our expected investment return, which could adversely affect our results of operations and financial condition.

We periodically assess our manufacturing operations in order to manufacture and distribute our products in the most efficient manner. Based on our assessments, we may make strategic decisions regarding our manufacturing operations such as capital improvements to modernize certain units, move manufacturing or distribution capabilities from one plant or facility to another plant or facility, discontinue manufacturing or distributing certain products, or close or divest all or part of a manufacturing plant or facility, some of which have significant shared services and lease agreements with DuPont. These agreements may adversely impact our ability to take these strategic decisions regarding our manufacturing operations. Further, if such agreements are terminated or revised, we would have to assess and potentially adjust our manufacturing operations, the closure or divestiture of all or part of a manufacturing plant or facility that could result in future charges that could be significant.

***If our long-lived assets become impaired, we may be required to record a significant charge to earnings.***

We have a significant amount of long-lived assets on our consolidated balance sheets. Under GAAP, we review our long-lived assets for impairment when events or changes in circumstances indicate the carrying value may not be recoverable. Factors that may be considered a change in circumstances, indicating that the carrying value of our long-lived assets may not be recoverable, include, but are not limited to, changes in the industries in which we operate, particularly the impact of a downturn in the global economy, as well as competition or other factors leading to a reduction in expected long-term sales or profitability. We may be required to record a significant non-cash charge in our financial statements during the period in which any impairment of our long-lived assets is determined, negatively impacting our results of operations.

***Our operations could be materially impacted in the event of a failure of our information technology infrastructure.***

We currently use an enterprise resource planning ("ERP") software platform that is no longer supported; however, we are able to pay for extended, customer-specific support, which can be costly. We are currently evaluating our options to upgrade or switch this platform. Any systems failure, accident, or security breach could result in significant costs or disruptions to our operations, which could have a material adverse effect on our business. Further, such improvements and upgrades are often complex, costly, and time-consuming. We may experience challenges integrating any new ERP software platform with our existing technology systems, or may uncover problems with our existing technology systems. Any unsuccessful attempt to upgrade or switch our ERP software platform could result in outages, a disruption to our operations, and/or damage to our reputation or the ability to serve our customers.

15

**The Chemours Company**

***Hazards associated with chemical manufacturing, storage, containment, and transportation could adversely affect our results of operations.***

There are hazards associated with chemical manufacturing and the related storage, containment, and transportation of raw materials, products, and wastes. These hazards could lead to an interruption or suspension of operations and have an adverse effect on the productivity and profitability of a particular manufacturing facility or on us as a whole. While we endeavor to provide adequate protection for the safe-handling of these materials, issues could be created by various events, including unforeseen accidents or defects, natural disasters, severe weather events, acts of sabotage, military actions, terrorism, and performance by third-parties, and as a result, we could face the following potential hazards:

- piping and storage tank leaks and ruptures;
- mechanical failure;
- employee exposure to hazardous substances; and,
- chemical spills and other discharges or releases of toxic or hazardous substances or gases.

These hazards may cause personal injury and loss of life, damage to property, contamination of the environment, and damage to natural resources, which could lead to government fines and penalties, remedial obligations, work stoppage injunctions, claims and lawsuits by injured persons, damage to our public reputation and brands, loss of sales and market access, customer dissatisfaction, and diminished product acceptance. If such actions are determined adversely to us or there is an associated economic impact to our business, we may have inadequate insurance or cash flows to offset any associated costs. Such outcomes could adversely affect our financial condition and results of operations.

***Our success depends on our ability to attract and retain key employees, and to identify and develop talented personnel to succeed our senior management and other employees.***

Our success depends on the performance of our senior management team and other key employees, and the inability to attract, retain, identify, and develop these individuals could adversely affect our results of operations, financial condition, and cash flows. In addition, if we are unable to effectively plan for the succession of our senior management team, our results of operations, financial condition, and cash flows could be adversely affected as we may be unable to realize our business strategy. While our ongoing personnel practices identify a succession process for our key employees, including our senior management team, we cannot guarantee the effectiveness of this process, the continuity of highly-qualified individuals serving in all of our key positions at particular moments in time, and/or the completeness of any knowledge transfer at the time of succession.

In addition, we expect to experience significant turnover at an operations level due to the demographics of our general workforce. Accordingly, we cannot guarantee the completeness of any knowledge transfer at the time of departure, or the continuity of key processes and/or internal controls over our financial reporting and disclosure controls and procedures.

***Operating as a multi-national corporation presents risks associated with global and regional economic downturns and global capital market conditions as well as risks resulting from changes to regional regulatory requirements (including environmental standards).***

Our business and operating results may in the future be adversely affected by global economic conditions, including instability in credit markets, declining consumer and business confidence, fluctuating commodity prices and interest rates, volatile exchange rates, and other challenges, such as the changing financial regulatory environment, that could affect the global economy. Our customers may experience deterioration of their businesses, shortages in cash flows, and difficulty obtaining financing. As a result, existing or potential customers may delay or cancel plans to purchase products and may not be able to fulfill their obligations to us in a timely fashion. Further, suppliers could experience similar conditions, which could impact their ability to supply materials or otherwise fulfill their obligations to us. Because we have significant international operations, there are a large number of currency transactions that result from our international sales, purchases, investments, and borrowings. Also, our effective tax rate may fluctuate because of variability in our geographic mix of earnings, changes in statutory rates, and taxes associated with the repatriation of our non-U.S. earnings. Future weakness in the global economy and failure to manage these risks could adversely affect our results of operations, financial condition, and cash flows in future periods.

16

**The Chemours Company**

In addition to the general risks associated with operating in the global economy, our revenue and profitability are largely dependent on the $TiO_2$ pigment industry and the industries that are the end-users of our fluoroproducts. $TiO_2$ pigment and our fluoroproducts, such as refrigerants and resins, are used in many "quality of life" products for which demand historically has been linked to global, regional, and local GDP and discretionary spending, which can be negatively impacted by regional and world events, or economic conditions. Such events, which may or may not impact all of our businesses at the same time or to the same degree, are likely to cause a decrease in the demand for our products and, as a result, may have an adverse effect on our results of operations and financial condition. The future profitability of our operations, and cash flows generated by those operations, will also be affected by the available supply of our products in the market. Our future Ti-Pure™ demand growth may be below average global GDP growth rates if our sales into developed markets outpace our sales into emerging markets. In addition, because demand for our fluorochemicals is driven in part by industry needs to comply with certain mandated environmental regulations (such as markets for refrigerants and foams with low GWP), changes in, the elimination of, or lack of enforcement of such environmental regulations in the U.S., the EU, or other jurisdictions also can negatively impact demand for such products and, as a result, our results of operations and financial condition.

***Our reported results could be adversely affected by currency exchange rates and currency devaluation could impair our competitiveness.***

Due to our international operations, we transact in many foreign currencies, including, but not limited to the euro, the Mexican peso, and the Japanese yen. As a result, we are subject to the effects of changes in foreign currency exchange rates. During times of a strengthening U.S. dollar, our reported net sales and operating income will be reduced because the local currency will be translated into fewer U.S. dollars. During periods of local economic crisis, local currencies may be devalued significantly against the U.S. dollar, potentially reducing our margin. For example, depreciation of the euro against the U.S. dollar has historically negatively impacted our results of operations, and further decline of the euro could affect future periods.

We have entered certain of our qualifying foreign currency forward contracts under a cash flow hedge program to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases for certain of our international subsidiaries. There can be no assurance that any hedging action will lessen the adverse impact of a variation in currency rates. Also, actions to recover margins may result in lower volume and a weaker competitive position, which may have an adverse effect on our profitability. For example, in our Titanium Technologies segment, a substantial portion of our manufacturing is located in the U.S. and Mexico, while our $TiO_2$ pigment is delivered to customers around the world. Furthermore, our ore cost is principally denominated in U.S. dollars. Accordingly, in periods when the U.S. dollar or Mexican peso strengthen against other local currencies, such as the euro, our costs are higher relative to some of our competitors who operate largely outside of the U.S., and the benefits we realize from having lower costs associated with our manufacturing process are reduced, impacting our profitability.

***Effects of price fluctuations in energy and raw materials, our raw materials contracts, and our inability to renew such contracts, could have a significant impact on our earnings.***

Our manufacturing processes consume significant amounts of energy and raw materials, the costs of which are subject to worldwide supply and demand as well as other factors beyond our control. Variations in the cost of energy, which primarily reflect market prices for oil and natural gas, and for raw materials may significantly affect our operating results from period to period. Additionally, consolidation in the industries providing our raw materials may have an impact on the cost and availability of such materials. To the extent we do not have fixed price contracts with respect to specific raw materials, we have no control over the costs of raw materials and such costs may fluctuate widely for a variety of reasons, including changes in availability, major capacity additions or reductions, or significant facility operating problems.

When possible, we have purchased, and we plan to continue to purchase, raw materials, including titanium-bearing ores and fluorspar, through negotiated medium-term or long-term contracts to minimize the impact of price fluctuations. To the extent that we have been able to achieve favorable pricing in our existing negotiated long-term contracts, we may not be able to renew such contracts at the current prices, or at all, and this may adversely impact our profitability and cash flows from operations. However, to the extent that the prices of the raw materials that we utilize significantly decline, we may be bound by the terms of our existing long-term contracts and obligated to purchase such raw materials at higher prices as compared to other market participants.

We attempt to offset the effects of higher energy and raw materials costs through selling price increases, productivity improvements, and cost reduction programs. However, the outcome of these efforts is largely determined by existing competitive and economic conditions, and may be subject to a time delay between the increase in our raw materials costs and our ability to increase prices, which could vary significantly depending on the market served. If we are not able to fully offset the effects of higher energy or raw materials costs, there could be a material adverse effect on our financial results.

**The Chemours Company**

*In connection with our Separation, we were required to assume, and indemnify DuPont for, certain liabilities. As we are required to make payments pursuant to these indemnities to DuPont, we may need to divert cash to meet those obligations and our financial results could be negatively affected. In addition, DuPont's obligation to indemnify us for certain liabilities may not be sufficient to insure us against the full amount of liabilities for which it will be allocated responsibility, and DuPont may not be able to satisfy its indemnification obligations in the future.*

Pursuant to the separation agreement, the employee matters agreement, the tax matters agreement, and the intellectual property cross-license agreement we entered into with DuPont prior to the Separation, we were required to assume, and indemnify DuPont for, certain liabilities. These indemnification obligations to date have included, among other items, defense costs associated with certain litigation matters as well as certain damages awards, settlement amounts, and penalties. In connection with MDL Settlement described in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, we and DuPont entered into an amendment to the separation agreement concerning PFOA costs, the terms of which are also described in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. Payments pursuant to these indemnities, whether relating to PFOA costs or otherwise, may be significant and could negatively impact our business, particularly indemnities relating to our actions that could impact the tax-free nature of the distribution. In addition, in the event that DuPont seeks indemnification for adverse trial rulings or outcomes, these indemnification claims could materially adversely affect our financial condition. Disputes with DuPont and others which may arise with respect to indemnification matters, including disputes based on matter of law or contract interpretation, could materially adversely affect us.

Third-parties could also seek to hold us responsible for any of the liabilities of the DuPont businesses. DuPont has agreed to indemnify us for such liabilities, but such indemnity from DuPont may not be sufficient to protect us against the full amount of such liabilities, and DuPont may not be able to fully satisfy its indemnification obligations. Moreover, even if we ultimately succeed in recovering from DuPont any amounts for which we are held liable, we may be temporarily required to bear these losses ourselves. Each of these risks could negatively affect our business, financial condition, results of operations, and cash flows. See "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information.

*In connection with our Separation, we were required to enter into numerous Separation-related and commercial agreements with our former parent company, DuPont, which may not reflect optimal or commercially beneficial terms to us.*

Commercial agreements we entered into with DuPont in connection with the Separation were negotiated in the context of the Separation while we were still a wholly-owned subsidiary of DuPont. Accordingly, during the period in which the terms of those agreements were negotiated, we did not have an independent board of directors or management independent of DuPont. Certain commercial agreements, having long terms and commercially-advantageous cancellation and assignment rights to DuPont, may not include adjustments for changes in industry and market conditions. There is a risk that the pricing and other terms under these agreements may not be commercially beneficial and may not be able to be renegotiated in the future. The terms relate to, among other things, the allocation of assets, liabilities, rights, and obligations, including the provision of products and services and the sharing and operation of property, manufacturing, office, and laboratory sites, and other commercial rights and obligations between us and DuPont.

*Our customers, prospective customers, suppliers, or other companies with whom we conduct business may need assurances that our financial stability is sufficient to satisfy their requirements for doing or continuing to do business with them.*

Some of our customers, prospective customers, suppliers, or other companies with whom we conduct business may need assurances that our financial stability is sufficient to satisfy their requirements for doing or continuing to do business with them, and may require us to provide additional credit support, such as letters of credit or other financial guarantees. Any failure of parties to be satisfied with our financial stability could have a material adverse effect on our business, financial condition, results of operations, and cash flows.

*We are a holding company that is dependent on cash flows from our operating subsidiaries to fund our debt obligations, capital expenditures, and ongoing operations.*

All of our operations are conducted, and all of our assets are owned, by our operating companies, which are our subsidiaries. We intend to continue to conduct our operations at the operating companies and any future subsidiaries. Consequently, our cash flows and our ability to meet our obligations or make cash distributions depends upon the cash flows of our operating companies and any future subsidiaries, and the payment of funds by our operating companies and any future subsidiaries in the form of dividends or otherwise. The ability of our operating companies and any future subsidiaries to make any payments to us depends on their earnings, the terms of their indebtedness, including the terms of any credit facilities, and legal restrictions regarding the transfer of funds.

**The Chemours Company**

Our debt is generally the exclusive obligation of The Chemours Company and our guarantor subsidiaries, as described in "Note 19 - Debt" to the *Consolidated Financial Statements*. Because a significant portion of our operations are conducted by non-guarantor subsidiaries, our cash flows and our ability to service indebtedness, including our ability to pay the interest on our debt when due and principal of such debt at maturity, are dependent to a large extent upon cash dividends and distributions or other transfers from such non-guarantor subsidiaries. Any payment of dividends, distributions, loans, or advances by our non-guarantor subsidiaries to us could be subject to restrictions on dividends or repatriation of earnings under applicable local law, monetary transfer restrictions, and foreign currency exchange regulations in the jurisdictions in which our subsidiaries operate, and any restrictions imposed by the current and future debt instruments of our non-guarantor subsidiaries. In addition, payments to us by our subsidiaries are contingent upon our subsidiaries' earnings.

Our subsidiaries are separate legal entities and, except for our guarantor subsidiaries, have no obligation, contingent or otherwise, to pay any amounts due on our debt or to make any funds available for those amounts, whether by dividends, loans, distributions, or other payments, and do not guarantee the payment of interest on, or principal of, our debt. Any right that we have to receive any assets of any of our subsidiaries that are not guarantors upon the liquidation or reorganization of any such subsidiary, and the consequent right of holders of the outstanding notes to realize proceeds from the sale of their assets, will be structurally subordinated to the claims of that subsidiary's creditors, including trade creditors and holders of debt issued by that subsidiary.

***Our failure to comply with the anti-corruption laws of the U.S. and various international jurisdictions could negatively impact our reputation and results of operations.***

Doing business on a global basis requires us to comply with the laws and regulations of the U.S. government and those of various international and sub-national jurisdictions, and our failure to successfully comply with these rules and regulations may expose us to liabilities. These laws and regulations apply to companies, individual directors, officers, employees, and agents, and may restrict our operations, trade practices, investment decisions, and partnering activities. In particular, our international operations are subject to U.S. and foreign anti-corruption laws and regulations, such as the U.S. Foreign Corrupt Practices Act ("FCPA"), the U.K. Bribery Act 2010 ("Bribery Act"), as well as other anti-corruption laws of the various jurisdictions in which we operate. The FCPA, the Bribery Act, and other laws prohibit us and our officers, directors, employees, and agents acting on our behalf from corruptly offering, promising, authorizing, or providing anything of value to foreign officials for the purposes of influencing official decisions or obtaining or retaining business or otherwise obtaining favorable treatment. Our global operations may expose us to the risk of violating, or being accused of violating, the foregoing or other anti-corruption laws. Such violations could be punishable by criminal fines, imprisonment, civil penalties, disgorgement of profits, injunctions, and exclusion from government contracts, as well as other remedial measures. Investigations of alleged violations can be very expensive, disruptive, and damaging to our reputation. Although we have implemented anti-corruption policies and procedures, there can be no guarantee that these policies, procedures, and training will effectively prevent violations by our employees or representatives in the future. Additionally, we face a risk that our distributors and other business partners may violate the FCPA, the Bribery Act, or similar laws or regulations. Such violations could expose us to FCPA and Bribery Act liability and/or our reputation may potentially be harmed by their violations and resulting sanctions and fines.

***We could be subject to changes in our tax rates and the adoption of tax legislation or exposure to additional tax liabilities that may adversely affect our results of operations, financial condition, and cash flows.***

We are subject to taxes in the U.S. and non-U.S. jurisdictions where our subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. Our future effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, and changes in tax laws or their interpretations. Our tax returns and other tax matters are subject to examination by local tax authorities and governmental bodies. We regularly assess the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of our provision for taxes. There can be no assurance as to the outcome of these examinations. If our effective tax rates were to increase, or if the ultimate determination of the taxes owed by us is for an amount in excess of amounts previously accrued, our operating results, financial condition, and cash flows could be adversely affected.

19

**The Chemours Company**

***Failure to meet some or all of our key financial and non-financial targets could negatively impact the value of our business and adversely affect our stock price.***

From time to time, we may announce certain key financial and non-financial targets that are expected to serve as benchmarks for our performance for a given time period, including goals for our future net sales growth, adjusted earnings before interest, taxes, depreciation, and amortization margin improvement, adjusted earnings per share, free cash flows, return on invested capital, corporate responsibility, and/or sustainability. Our failure to meet one or more of these key financial targets may negatively impact our results of operations, stock price, and stockholder returns. The factors influencing our ability to meet these key financial targets include, but are not limited to, the outcome of any new or existing litigation, our failure to comply with new or existing laws or regulations, changes in the global economic environment, changes in our competitive landscape, including our relationships with new or existing customers, our ability to introduce new products, applications, or technologies, our undertaking an acquisition, joint venture, or other strategic arrangement, and other factors described within this *Item 1A - Risk Factors*, many of which are beyond our control.

### Risks Related to Our Indebtedness

***Our significant indebtedness could adversely affect our financial condition, and we could have difficulty fulfilling our obligations under our indebtedness, which may have a material adverse effect on us.***

As of December 31, 2018, we had approximately $4.0 billion of indebtedness. At December 31, 2018, together with the guarantors, we had approximately $1.3 billion of senior secured indebtedness outstanding, and an $800 million revolving credit facility ("Revolving Credit Facility") capacity, which would be senior secured indebtedness, if drawn (collectively, the "Senior Secured Credit Facilities"). Our significant level of indebtedness increases the risk that we may be unable to generate cash sufficient to pay amounts due in respect of our indebtedness. The level of our indebtedness could have other important consequences on our business, including:

- making it more difficult for us to satisfy our obligations with respect to indebtedness;
- increasing our vulnerability to adverse changes in general economic, industry, and competitive conditions;
- requiring us to dedicate a significant portion of our cash flows from operations to make payments on our indebtedness, thereby reducing the availability of our cash flows to fund working capital and other general corporate purposes;
- limiting our flexibility in planning for, or reacting to, changes in our business and the industry in which we operate;
- restricting us from capitalizing on business opportunities;
- placing us at a competitive disadvantage compared to our competitors that have less debt;
- limiting our ability to borrow additional funds for working capital, acquisitions, debt service requirements, execution of our business strategy, or other general corporate purposes;
- limiting our ability to enter into certain commercial arrangements because of concerns of counterparty risks; and,
- limiting our ability to adjust to changing market conditions and placing us at a competitive disadvantage compared to our competitors that have less debt.

The occurrence of any one or more of these circumstances could have a material adverse effect on us.

Our ability to make scheduled payments on and to refinance our indebtedness, including on our outstanding notes, depends on and is subject to our financial and operating performance, which in turn is affected by general and regional economic, financial, competitive, business, and other factors (many of which are beyond our control), including the availability of financing in the international banking and capital markets. We cannot be certain that our business will generate sufficient cash flows from operations or that future borrowings will be available to us in an amount sufficient to enable us to service our debt, including the outstanding notes, to refinance our debt, or to fund our other liquidity needs.

If we are unable to meet our debt service obligations or to fund our other liquidity needs, we will need to restructure or refinance all or a portion of our debt, including the outstanding notes. Failure to successfully restructure or refinance our debt could cause us to default on our debt obligations and would impair our liquidity. Our ability to restructure or refinance our debt will depend on the condition of the capital markets and our financial condition at such time. Any refinancing of our indebtedness could be at higher interest rates and may require us to comply with more onerous covenants that could further restrict our business operations.

20

**The Chemours Company**

Moreover, in the event of a default of our debt service obligations, the holders of the applicable indebtedness, including holders of our outstanding notes and the Senior Secured Credit Facilities, could elect to declare all the funds borrowed to be due and payable, together with accrued and unpaid interest. We cannot be certain that our assets or cash flows would be sufficient to fully repay borrowings under our outstanding debt instruments if accelerated upon an event of default. First, a default in our debt service obligations in respect of the outstanding notes would result in a cross-default under the Senior Secured Credit Facilities. The foregoing would permit the lenders under the Revolving Credit Facility to terminate their commitments thereunder and cease making further loans, and would allow the lenders under the Senior Secured Credit Facilities to declare all loans immediately due and payable and to institute foreclosure proceedings against their collateral, which could force us into bankruptcy or liquidation. Second, any event of default or declaration of acceleration under the Senior Secured Credit Facilities or certain other agreements relating to our outstanding indebtedness could also result in an event of default under the indenture governing the outstanding notes, and any event of default or declaration of acceleration under any other of our outstanding indebtedness may also contain a cross-default provision. Any such default, event of default, or declaration of acceleration could materially and adversely affect our results of operations and financial condition. See "Note 19 - Debt" to the *Consolidated Financial Statements* for further discussion related to our indebtedness.

***Despite our significant level of indebtedness, we may incur substantially more debt and enter into other transactions, which could further exacerbate the risks to our financial condition described above.***

Notwithstanding our significant level of indebtedness, we may incur significant additional indebtedness in the future, including additional secured indebtedness (including the $800 million under the Revolving Credit Facility) that would be effectively senior to our outstanding notes. Although the indenture that governs the outstanding notes and the credit agreement that governs the Senior Secured Credit Facilities contain restrictions on our ability to incur additional indebtedness and to enter into certain types of other transactions, these restrictions are subject to a number of significant qualifications and exceptions. Additional indebtedness incurred in compliance with these restrictions, including additional secured indebtedness, could be substantial. These restrictions also do not prevent us from incurring obligations, such as trade payables, that do not constitute indebtedness as defined under our debt instruments. To the extent such new debt is added to our current debt levels, the substantial leverage risks described in the immediately preceding risk factor would increase.

***We may need additional capital in the future and may not be able to obtain it on favorable terms.***

Our industry is capital intensive, and we may require additional capital in the future to finance our growth and development, implement further marketing and sales activities, fund ongoing R&D activities, make investments driven by environmental compliance, and meet general working capital needs. Our capital requirements will depend on many factors, including acceptance of and demand for our products, the extent to which we invest in new technology and R&D projects, and the status and timing of these developments, as well as the general availability of capital from debt and/or equity markets.

However, debt or equity financing may not be available to us on terms we find acceptable, if at all. Also, regardless of the terms of our debt or equity financing, our agreements and obligations under the tax matters agreement may limit our ability to issue stock, as discussed further under the heading, "Risks Related to the Separation." If we are unable to raise additional capital when needed, our financial condition could be materially and adversely affected.

Additionally, our failure to maintain the credit ratings on our debt securities, including the outstanding notes, could negatively affect our ability to access capital and could increase our interest expense on future indebtedness. We expect the credit rating agencies to periodically review our capital structure and the quality and stability of our earnings. Deterioration in our capital structure or the quality and stability of our earnings could result in a downgrade of our overall credit ratings and our debt securities. Any negative rating agency actions could constrain the capital available to us, reduce or eliminate available borrowing to us, and could limit our access to and/or increase the cost of funding our operations. If, as a result, our ability to access capital when needed becomes constrained, our interest costs could increase, which could have material adverse effect on our results of operations, financial condition, and cash flows.

***Our variable rate indebtedness subjects us to interest rate risk, which could cause our indebtedness service obligations to increase significantly.***

Our borrowings under the Senior Secured Credit Facilities are at variable rates and expose us to interest rate risk. As a result, if interest rates increase, our debt service obligations under the Senior Secured Credit Facilities or other variable rate debt would increase, even though the amount borrowed would remain the same, and our net income and cash flows, including cash available for servicing our indebtedness, would correspondingly decrease. As of December 31, 2018, we had approximately $1.3 billion of our outstanding debt at variable interest rates.

**The Chemours Company**

***The agreements governing our indebtedness restrict our current and future operations, particularly our ability to respond to changes or to take certain actions.***

The agreements governing our indebtedness, including the outstanding notes, contain, and the agreements governing future indebtedness and future debt securities may contain, significant restrictive covenants and, in the case of the Revolving Credit Facility, financial maintenance and negative covenants that will limit our operations, including our ability to engage in activities that may be in our long-term best interests. These restrictive covenants may limit us, and our restricted subsidiaries, from taking, or give rights to the holders of our indebtedness in the event of the following actions:

- incurring additional indebtedness and guaranteeing indebtedness and other obligations;
- paying dividends or making other distributions in respect of, or repurchasing or redeeming, our capital stock;
- making acquisitions or other investments;
- prepaying, redeeming, or repurchasing certain indebtedness;
- selling or otherwise disposing of assets;
- selling stock of our subsidiaries;
- incurring liens;
- entering into transactions with affiliates;
- entering into agreements restricting our subsidiaries' ability to pay dividends;
- entering into transactions that result in a change of control of us; and,
- consolidating, merging, or selling all or substantially all of our assets.

Our failure to comply with those covenants could result in an event of default that, if not cured or waived, could result in the acceleration of some or all of our indebtedness, which could lead us to bankruptcy, reorganization, or insolvency.

### Risks Related to the Separation

***If the distribution, in connection with the Separation, together with certain related transactions, were to fail to qualify for non-recognition treatment for U.S. federal income tax purposes, then we could be subject to significant tax and indemnification liability and stockholders receiving our common stock in the distribution could be subject to significant tax liability.***

DuPont received a ruling from the U.S. Internal Revenue Service ("IRS") substantially to the effect that, among other things, the distribution in connection with the Separation qualified as a tax-free transaction under Section 355 and Section 368(a)(1)(D) of the Internal Revenue Code of 1986, as amended ("IRC"). The tax-free nature of the distribution was conditioned on the continued validity of the IRS Ruling, as well as on receipt of a tax opinion, in form and substance acceptable to DuPont, substantially to the effect that, among other things, the distribution would qualify as a tax-free transaction under Section 355 and Section 368(a)(1)(D) of the IRC, and certain transactions related to the transfer of assets and liabilities to us in connection with the Separation and distribution would not result in the recognition of any gain or loss to us, DuPont, or our stockholders. The IRS Ruling and the tax opinion relied on certain facts, assumptions, and undertakings, and certain representations from us and DuPont, regarding the past and future conduct of both respective businesses and other matters, and the tax opinion relies on the IRS Ruling. Notwithstanding the IRS Ruling and the tax opinion, the IRS could determine that the distribution or such related transactions should be treated as a taxable transaction if it determines that any of these facts, assumptions, representations, or undertakings were not correct, or that the distribution should be taxable for other reasons, including if the IRS were to disagree with the conclusions in the tax opinion that are not covered by the IRS Ruling.

If the distribution ultimately was determined to be taxable, then a stockholder of DuPont that received shares of our common stock in the distribution would be treated as having received a distribution of property in an amount equal to the fair market value of such shares on the distribution date and could incur significant income tax liabilities. Such distribution would be taxable to such stockholder as a dividend to the extent of DuPont's current and accumulated earnings and profits. Any amount that exceeded DuPont's earnings and profits would be treated first as a non-taxable return of capital to the extent of such stockholder's tax basis in its shares of DuPont stock with any remaining amount being taxed as a capital gain. DuPont would recognize a taxable gain in an amount equal to the excess, if any, of the fair market value of the shares of our common stock held by DuPont on the distribution date over DuPont's tax basis in such shares. In addition, if certain related transactions fail to qualify for tax-free treatment under U.S. federal, state, and/or local tax law, and/or foreign tax law, we and DuPont could incur significant tax liabilities under U.S. federal, state, and/or local tax law, and/or foreign tax law.

22

**The Chemours Company**

Generally, taxes resulting from the failure of the Separation and distribution or certain related transactions to qualify for non-recognition treatment under U.S. federal, state, and/or local tax law, and/or foreign tax law, would be imposed on DuPont or DuPont's stockholders and, under the tax matters agreement that we entered into with DuPont prior to the Separation, DuPont is generally obligated to indemnify us against such taxes to the extent that we may be jointly, severally, or secondarily liable for such taxes. However, under the terms of the tax matters agreement, we are also generally responsible for any taxes imposed on DuPont that arise from the failure of the distribution to qualify as tax-free for U.S. federal income tax purposes within the meaning of Section 355 of the IRC or the failure of such related transactions to qualify for tax-free treatment, to the extent such failure to qualify is attributable to actions, events, or transactions relating to our or our affiliates' stock, assets, or business, or any breach of our or our affiliates' representations, covenants, or obligations under the tax matters agreement (or any other agreement we enter into in connection with the Separation and distribution), the materials submitted to the IRS or other governmental authorities in connection with the request for the IRS Ruling or other tax rulings or the representation letter provided to counsel in connection with the tax opinion. Events triggering an indemnification obligation under the agreement include events occurring after the distribution that cause DuPont to recognize a gain under Section 355(e) of the IRC. Such tax amounts could be significant. To the extent we are responsible for any liability under the tax matters agreement, there could be a material adverse impact on our business, financial condition, results of operations, and cash flows in future reporting periods.

*We are subject to continuing contingent tax-related liabilities of DuPont.*

There are several significant areas where the liabilities of DuPont may become our obligations. For example, under the IRC and the related rules and regulations, each corporation that was a member of DuPont's consolidated tax reporting group during any taxable period or portion of any taxable period ending on or before the effective time of the distribution is jointly and severally liable for the U.S. federal income tax liability of the entire consolidated tax reporting group for such taxable period. In connection with the Separation and distribution, we entered into a tax matters agreement with DuPont that allocates the responsibility for prior period taxes of DuPont's consolidated tax reporting group between us and DuPont. If DuPont were unable to pay any prior period taxes for which it is responsible, however, we could be required to pay the entire amount of such taxes, and such amounts could be significant. Other provisions of federal, state, local, or foreign law may establish similar liability for other matters, including laws governing tax-qualified pension plans, as well as other contingent liabilities.

*We agreed to numerous restrictions to preserve the tax-free treatment of the Separation-related transactions in the U.S., which may reduce our strategic and operating flexibility.*

Our ability to engage in significant equity transactions could be limited or restricted in order to preserve, for U.S. federal income tax purposes, the tax-free nature of the distribution by DuPont. Even if the distribution otherwise qualifies for tax-free treatment under Section 355 of the IRC, the distribution may result in corporate-level taxable gain to DuPont under Sections 355(e) and 368(a)(1)(D) of the IRC if 50% or more, by vote or value, of shares of our stock or DuPont's stock are acquired or issued as part of a plan or series of related transactions that includes the distribution. The process for determining whether an acquisition or issuance triggering these provisions has occurred is complex, inherently factual, and subject to interpretation of the facts and circumstances of a particular case. Any acquisitions or issuances of our stock or DuPont's stock within a two-year period after the distribution generally are presumed to be part of such a plan, although we or DuPont, as applicable, may be able to rebut that presumption. Accordingly, under the tax matters agreement entered into prior to the Separation, for the two-year period following the distribution, we were prohibited, except in certain circumstances, from:

- entering into any transaction resulting in the acquisition of 40% or more of our stock or substantially all of our assets, whether by merger or otherwise;
- merging, consolidating, or liquidating;
- issuing equity securities beyond certain thresholds;
- repurchasing our capital stock; or,
- ceasing to actively conduct our business.

These restrictions may limit our ability to pursue certain strategic transactions or other transactions, including our transformation plans that we may believe to otherwise be in our best interests or that might increase the value of our business. In addition, under the tax matters agreement, we are required to indemnify DuPont against any such tax liabilities as a result of the acquisition of our stock or assets, even if we do not participate in or otherwise facilitate the acquisition.

23

**The Chemours Company**

**Risks Related to Our Common Stock**

***Our stock price could become more volatile and investments could lose value.***

The market price for our common stock may be affected by a number of factors, including, but not limited to:

- our quarterly or annual earnings, or those of other companies in our industry;
- actual or anticipated fluctuations in our operating results;
- changes in earnings estimates by securities analysts or our ability to meet those estimates or our earnings guidance;
- anticipated or actual outcomes or resolutions of legal or other contingencies;
- the operating and stock price performance of other comparable companies;
- credit rating agency actions;
- a change in our dividend or stock repurchase activities;
- changes in rules or regulations applicable to our business;
- the announcement of new products by us or our competitors;
- overall market fluctuations and domestic and worldwide economic conditions; and,
- other factors described in this *Item 1A - Risk Factors*, and elsewhere within this Annual Report on Form 10-K.

A significant drop or rise in our stock price could expose us to costly and time-consuming litigation, which could result in substantial costs and divert management's attention and resources, resulting in an adverse effect on our business.

***We cannot guarantee the timing or amount of our dividends and/or our share repurchases, which are subject to a number of uncertainties that may affect the price of our common stock.***

The declaration, payment, and amount of any dividends, and/or the decision to purchase common stock under our share repurchase programs are subject to the sole discretion of our board of directors and, in the context of our financial policy and capital allocation strategy, will depend upon many factors, including our financial condition and prospects, our capital requirements and access to capital markets, covenants associated with certain of our debt obligations, legal requirements, and other factors that our board of directors may deem relevant, and there can be no assurances that we will continue to pay a dividend or repurchase our common shares in the future.

The reduction or elimination of our dividends or share repurchase programs could adversely affect the price of our common stock. Additionally, any repurchases of our common stock will reduce the amount of our common stock outstanding. There can be no assurances that any share repurchase activity will increase stockholder value due to market fluctuations in the price of our common stock, which may reduce the price of our common stock to levels below the repurchase price. Although our share repurchase programs are designed to enhance long-term shareholder value, short-term fluctuations in the market price of our common stock could reduce the program's overall effectiveness.

***A stockholder's percentage of ownership in us may be diluted in the future.***

A stockholder's percentage ownership in our common stock may be diluted because of equity issuances for acquisitions, capital market transactions, or otherwise, including, without limitation, equity awards that we may be granting to our directors, officers, and employees. Such issuances may have a dilutive effect on our earnings per share, which could adversely affect the market price of our common stock.

In addition, our amended and restated certificate of incorporation authorizes us to issue, without the approval of our stockholders, one or more classes or series of preferred stock having such designation, powers, preferences, and relative participating, optional, and other special rights, including preferences over our common stock with respect to dividends and distributions, as our board of directors generally may determine. The terms of one or more classes or series of preferred stock could dilute the voting power or reduce the value of our common stock. For example, we could grant the holders of preferred stock the right to elect some number of our directors in all events or on the happening of specified events or to veto specified transactions. Similarly, the repurchase or redemption rights or liquidation preferences we could assign to holders of preferred stock could affect the residual value of our common stock.

24

**The Chemours Company**

***Certain provisions in our amended and restated certificate of incorporation and amended and restated by-laws, and of Delaware law, may prevent or delay an acquisition of us, which could decrease the trading price of the common stock.***

Our amended and restated certificate of incorporation and amended and restated by-laws contain, and Delaware law contains, provisions that are intended to deter coercive takeover practices and inadequate takeover bids by making such practices or bids unacceptably expensive to the bidder and to encourage prospective acquirers to negotiate with our board of directors rather than to attempt a hostile takeover. These provisions include, among others:

- the inability of our stockholders to act by written consent;
- the limited ability of our stockholders to call a special meeting;
- rules regarding how stockholders may present proposals or nominate directors for election at stockholder meetings;
- the right of our board of directors to issue preferred stock without stockholder approval;
- the ability of our directors, and not stockholders, to fill vacancies (including those resulting from an enlargement of the board of directors) on our board of directors; and,
- the requirement that stockholders holding at least 80% of our voting stock are required to amend certain provisions in our amended and restated certificate of incorporation and our amended and restated by-laws.

In addition, we are subject to Section 203 of the Delaware General Corporations Law ("DGCL"). Section 203 of the DCGL provides that, subject to limited exceptions, persons that (without prior board of directors approval) acquire, or are affiliated with a person that acquires, more than 15% of the outstanding voting stock of a Delaware corporation shall not engage in any business combination with that corporation, including by merger, consolidation, or acquisitions of additional shares, for a three-year period following the date on which that person or its affiliate becomes the holder of more than 15% of the corporation's outstanding voting stock.

We believe these provisions will protect our stockholders from coercive or otherwise unfair takeover tactics by requiring potential acquirers to negotiate with our board of directors and by providing our board of directors with more time to assess any acquisition proposal. These provisions are not intended to make us immune from takeovers. However, these provisions will apply even if an acquisition proposal or offer may be considered beneficial by some stockholders and could delay or prevent an acquisition that our board of directors determines is not in our best interests and/or our stockholders. These provisions may also prevent or discourage attempts to remove and replace incumbent directors.

Several of the agreements that we have entered into with DuPont require DuPont's consent to any assignment by us of our rights and obligations, or a change of control of us, under the agreements. The consent rights set forth in these agreements might discourage, delay, or prevent a change of control that a stockholder may consider favorable.

In addition, an acquisition or further issuance of our stock could trigger the application of Section 355(e) of the IRC. Under the tax matters agreement executed prior to the Separation, we would be required to indemnify DuPont for the tax imposed under Section 355(e) of the IRC resulting from an acquisition or issuance of its stock, even if it did not participate in or otherwise facilitate the acquisition, and this indemnity obligation might discourage, delay, or prevent a change of control that a stockholder may consider favorable. See the risk factor, "If the distribution, in connection with the Separation, together with certain related transactions, were to fail to qualify for non-recognition treatment for U.S. federal income tax purposes, then we could be subject to significant tax and indemnification liability and stockholders receiving our common stock in the distribution could be subject to significant tax liability" for further information.

**Item 1B. UNRESOLVED STAFF COMMENTS**

None.

25

**The Chemours Company**

## Item 2. PROPERTIES

### Our Production Facilities and Technical Centers

Our corporate headquarters is located in Wilmington, Delaware and we maintain a global network of production facilities and technical centers located in cost-effective and strategic locations. We also use contract manufacturing and joint venture partners in order to provide regional access or to lower manufacturing costs, as appropriate.

The following chart sets forth our production facilities at December 31, 2018.

| Production Facilities | | | |
|---|---|---|---|
| **Region** | **Fluoroproducts** | **Chemical Solutions** | **Titanium Technologies** | **Shared Locations** |
| North America | El Dorado, Arkansas (1) Elkton, Maryland (1) Louisville, Kentucky Fayetteville, North Carolina Deepwater, New Jersey Parlin, New Jersey (2) Corpus Christi, Texas LaPorte, Texas (2) Washington, West Virginia | Memphis, Tennessee | DeLisle, Mississippi New Johnsonville, Tennessee Starke, Florida (Mine) | Pascagoula, Mississippi (4) Belle, West Virginia (4) |
| Europe, the Middle East, and Africa | Mechelen, Belgium Villers St. Paul, France (1) Dordrecht, Netherlands | | | |
| Latin America | Barra Mansa, Brazil (2) Manaus, Brazil (1) Monterrey, Mexico (1) | | Altamira, Mexico | |
| Asia Pacific | Changshu, China Shanghai, China (3) Sichuan, China (3) Chiba, Japan (3) Shimizu, Japan (3) | | Kuan Yin, Taiwan | |

(1)   Site is leased from a third-party.

(2)   Site is leased from DuPont.

(3)   Site with joint venture equity affiliates.

(4)   Shared site between the Chemical Solutions and Fluoroproducts segments.

We have technical centers and R&D facilities located at a number of our production facilities. We also maintain stand-alone technical centers to serve our customers and provide technical support.

The following chart sets forth our stand-alone technical centers at December 31, 2018.

| Technical Centers | | | |
|---|---|---|---|
| **Region** | **Fluoroproducts** | **Chemical Solutions** | **Titanium Technologies** | **Shared Locations** |
| North America | Deepwater, New Jersey | | | Wilmington, Delaware (All Segments) (2,4) |
| Europe, the Middle East, and Africa | Mechelen, Belgium Meyrin, Switzerland (2) | | Kallo, Belgium (1) | |
| Latin America | | | Mexico City, Mexico (1) | |
| Asia Pacific | Shanghai, China (1) Shimizu, Japan (3) | | | Shanghai, China (All Segments) (1) |

(1)   Site is leased from a third-party.

(2)   Site is leased from DuPont.

(3)   Site with joint venture equity affiliates.

(4)   There are multiple sites at this location.

Our plants and equipment are maintained in good operating condition. We believe that we have sufficient production capacity for our primary products to meet demand in 2019. Our properties are primarily owned by us; however, certain properties are leased, as noted in the preceding tables.

26

**The Chemours Company**

We recognize that the security and safety of our operations are critical to our employees and communities, as well as our future. Physical security measures have been combined with process safety measures, administrative procedures, and emergency response preparedness into an integrated security plan. Prior to the Separation, DuPont conducted vulnerability assessments at its operating facilities in the U.S., as well as high-priority sites worldwide, and as a result, identified and implemented appropriate measures to protect these facilities from physical and cyberattacks. We intend to conduct similar vulnerability assessments periodically in the future. We are partnering with carriers, including railroad, shipping, and trucking companies, to secure chemicals in transit.

## Item 3. LEGAL PROCEEDINGS

### Legal Proceedings

We are subject to various legal proceedings, including, but not limited to, product liability, intellectual property, personal injury, commercial, contractual, employment, governmental, environmental, anti-trust, and other such matters that arise in the ordinary course of business. Information regarding certain of these matters is set forth below and in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

### Litigation

**PFOA: Environmental and Litigation Proceedings**

For purposes of this report, the term "PFOA" means, collectively, perfluorooctanoic acid and its salts, including the ammonium salt, and does not distinguish between the two forms. Information related to this and other litigation matters is included in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

**Fayetteville, North Carolina**

The following actions related to Fayetteville, North Carolina, as discussed in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, are filed in the U.S. District Court for the Eastern District of North Carolina, Southern Division:

- *Carey et al. vs. E. I. DuPont de Nemours and Company* (7:17-cv-00189-D; 7:17-cv-00197-D; and, 7:17-cv-00201-D);
- *Cape Fear Public Utility Authority vs. The Chemours Company FC, LLC et al. and Brunswick County v. DowDuPont et al.* (7:17-cv-00195-D and 7:17-cv-00209-D);
- *Dew et al. vs. E. I. DuPont de Nemours and Company et al.* (17:18-cv-00030-D); and,
- *Cape Fear River Watch vs. Chemours Company FC, LLC* (7:18-cv-00159-D).

The following action is filed in the State of North Carolina County of New Hanover General Court of Justice, Superior Court Division:

- *Cape Fear River Watch vs. North Carolina Department of Environmental Quality* (18 CVS 2462).

### Environmental Proceedings

**LaPorte, Texas**

The U.S. Environmental Protection Agency ("EPA") conducted a multimedia inspection at the DuPont LaPorte, Texas facility in January 2008. DuPont, the EPA, and the U.S. Department of Justice began discussions in the fall of 2011 relating to the management of certain materials in the facility's waste water treatment system, hazardous waste management, flare, and air emissions. These negotiations continue. We operate a fluoroproducts production facility at this site.

**The Chemours Company**

*Dordrecht, Netherlands*

We have complied with requests from the local environmental agency ("DCMR," formerly under the jurisdiction of "OZHZ"), the Labor Inspectorate ("iSZW"), the Inspectorate for Environment and Transportation ("ILT"), and the Water Authority ("RWS") in the Netherlands for information and documents regarding the Dordrecht site's operations. We have complied with the requests, and the agencies have published several reports between 2016 and 2018, all of them publicly available. The National Institute for Public Health and the Environment ("RIVM") has also published several reports with respect to PFOA and GenX. In December 2018, DCMR imposed a €1 million fine after undertaking waste water tests, which detected low levels of PFOA. The DCMR fine is under appeal and we believe we have valid defenses to prevail. We continue to cooperate with all authorities in responding to information requests, including those related to a preliminary investigation initiated by a public prosecutor.

*Fayetteville, North Carolina*

The North Carolina Department of Environmental Quality ("NC DEQ") has issued Notices of Violation ("NOVs") dated September 2017, November 2017, February 2018, and June 2018 relating to alleged violations of North Carolina groundwater quality standards. We and the NC DEQ have agreed to resolve the NOVs pursuant to a proposed Consent Order. Further discussion related to these matters is included in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

**Item 4. MINE SAFETY DISCLOSURES**

Information regarding mine safety and other regulatory actions at our surface mine in Starke, Florida is included in *Exhibit 95* to this Annual Report on Form 10-K.

28

**The Chemours Company**

**EXECUTIVE OFFICERS OF THE REGISTRANT**

The following list sets forth our executive officers and a summary of their professional experience.

*Mark P. Vergnano*, age 61, serves as our President and Chief Executive Officer ("CEO"). Prior to joining Chemours, he held roles of increasing responsibility at DuPont. In October 2009, Mr. Vergnano was appointed Executive Vice President of DuPont and was responsible for multiple businesses and functions, including the businesses in the Chemours segment: DuPont Chemicals and Fluoroproducts and Titanium Technologies. In June 2006, he was named Group Vice President of DuPont Safety and Protection. In October 2005, he was named Vice President and General Manager - Surfaces and Building Innovations. In February 2003, he was named Vice President and General Manager - Nonwovens. Prior to that, he had several assignments in manufacturing, technology, marketing, sales, and business strategy. Mr. Vergnano joined DuPont in 1980 as a process engineer. Mr. Vergnano was appointed Chairman of the National Safety Council in 2017 and has served on its board of directors since 2007. He also serves on the board of directors of the American Chemistry Council since 2015 and Johnson Controls International plc since 2016. He previously served on the board of directors of Johnson Controls, Inc. from 2011 to 2016.

*Mark E. Newman*, age 55, serves as our Senior Vice President and Chief Financial Officer ("CFO"). Mr. Newman joined Chemours in November 2014 from SunCoke Energy, Inc. ("SunCoke"), where he was SunCoke's Senior Vice President and CFO and led its financial, strategy, business development, and information technology functions. Mr. Newman joined SunCoke's leadership team in March 2011 to help drive SunCoke's separation from its parent company, Sunoco, Inc. He led SunCoke through an initial public offering and championed a major restructuring of SunCoke, which resulted in the initial public offering of SunCoke Energy Partners, L.P. in January 2013, creating the first coke-manufacturing master limited partnership. Prior to joining SunCoke, Mr. Newman served as Vice President - Remarketing and Managing Director of SmartAuction, Ally Financial Inc. (previously, the General Motors Acceptance Corporation). Mr. Newman began his career at the General Motors Company in 1986 as an Industrial Engineer and progressed through several financial and operational leadership roles within the global automaker, including Vice President and CFO of Shanghai General Motors Limited; Assistant Treasurer of General Motors Corporation; and, Vice President - North America and CFO. Mr. Newman joined the board of Altria Group, Inc. in February 2018.

*Paul Kirsch*, age 55, serves as our President - Fluoroproducts. Mr. Kirsch joined Chemours in June 2016 from Henkel AG and Company ("Henkel"), where he served as Senior Vice President of Supply Chain and Operations for three years. Prior to that, he was President of the automotive, metals, and aerospace division of Henkel. Before joining Henkel in 2009, Mr. Kirsch spent nearly 25 years in various engineering, operations, and business development roles of increasing responsibility within the automotive and telematics industries. He was Vice President of Hughes Telematics, Inc., where his responsibilities included business development, quality, and strategic planning. He also served as Vice President of XM Satellite Radio, where he was responsible for growing and running the automotive business of the Washington, District of Columbia-based firm. Mr. Kirsch started his career at Delphi in 1985, where he worked for nearly 19 years, in both regional and global roles ranging in product engineering, process engineering, mergers and acquisitions, marketing and sales, and strategic planning. He spent nearly 11 years of his professional career living abroad in Europe and Asia.

*Edwin C. Sparks*, age 45, serves as our President - Chemical Solutions. Mr. Sparks was appointed to this role in April 2018. Previously, he served as Director of Corporate Strategy from 2017 to 2018 and Global Planning Director - Titanium Technologies from 2016 to 2017. He also served as the Asia Pacific Business Director - Titanium Technologies from 2015 to 2016, based in Singapore. Prior to joining Chemours, he held leadership positions of increasing scope in the DuPont Titanium Technologies business, with responsibilities including sales, marketing, operations, strategy, and technology. Mr. Sparks joined DuPont in 1994 as a process engineer.

*Bryan Snell*, age 62, serves as our President - Titanium Technologies. Mr. Snell was appointed President - Titanium Technologies in May 2015. Previously, he served as Planning Director - DuPont Performance Chemicals from 2014 to 2015. Prior to that, he held leadership positions in DuPont Titanium Technologies, including Planning Director from 2011 to 2012 in Wilmington, Delaware and from 2012 to 2013 in Singapore, and Global Sales and Marketing Director from 2008 to 2010. Mr. Snell served as Regional Operations Director - DuPont Coatings and Color Technologies Platform in 2007 and 2008. He was based in Taiwan from 2002 to 2006, in the roles of Plant Manager - Kuan Yin Plant and Asia Pacific Regional Director, DuPont Titanium Technologies. Mr. Snell joined DuPont in 1978 as a process engineer and has experience in nuclear and petrochemical operations, as well as sales, business strategy, and mergers and acquisitions.

*David C. Shelton*, age 55, serves as our Senior Vice President, General Counsel, and Corporate Secretary. Prior to Chemours, Mr. Shelton was appointed Associate General Counsel for DuPont in 2011 and was responsible for the U.S. Commercial team, which included the business lawyers and paralegals counseling all DuPont business units, with the exception of Agriculture. Mr. Shelton also served as the Commercial Attorney to a variety of DuPont businesses including the Performance Materials platform, which he advised on international assignment in Geneva, and the businesses now comprising the DuPont Chemicals and Fluoroproducts business unit. Prior to that, Mr. Shelton advised the company on environmental and remediation matters as part of the environmental legal team. Mr. Shelton joined DuPont in 1996, after seven years in private practice as a litigator in Pennsylvania and New Jersey.

29

**The Chemours Company**

***Susan M. Kelliher***, age 52, serves as our Senior Vice President - Human Resources and Health Services. Ms. Kelliher joined Chemours in 2017 from Albemarle Corporation ("Albemarle"), where she served as Senior Vice President - Human Resources for the global specialty chemical company. Prior to Albemarle, she served as Vice President - Human Resources at Hewlett Packard, where she held a number of leadership positions on global teams including Imaging and Printing and Global Sales and Enterprise Marketing from 2007 to 2012. Before joining Hewlett Packard, Ms. Kelliher served as Vice President - Human Resources for Cymer, Inc. ("Cymer"), where she led the people function. She joined Cymer from The Home Depot where, from 2004 to 2007, she was the Vice President - Human Resources for the growth engines of the company - Business Development and Home Services including responsibility for due diligence and integration for the company's acquisitions. From 2000 to 2004, Ms. Kelliher served as Senior Director of Human Resources for Corporate Business Development and International Operations for the Raytheon Company ("Raytheon"). Prior to Raytheon, she served as the Director of Human Resources - Western Region for YUM! Brands, Pizza Hut division from 1995 to 2000. Ms. Kelliher started her career at Mobil Oil, where her career progressed through a variety of assignments including support for new ventures in Europe, Russia, and Africa from 1990 to 1995.

***Erich Parker***, age 67, serves as our Senior Vice President of Corporate Communications and Chief Brand Officer. Mr. Parker was appointed Creative Director and Global Director of Corporate Communications of DuPont in 2010. He led the initiative to develop corporate positioning and its creative expression through branded content and program sponsorship with large international news media outlets. In 2008, Mr. Parker was appointed Communications Leader for DuPont's Safety and Protection Platform. Prior to joining DuPont, Mr. Parker was principal of his own public relations and marketing communications firm based in Washington, District of Columbia and New York. Mr. Parker has also served as Executive Vice President of Association and Issues Management; Director of Communications for the American Academy of Actuaries; founding publisher and Executive Editor of the magazine, Contingencies; and, Public Affairs Aide for Renewable Energy to the Secretary of Energy, U.S. Department of Energy.

30

**The Chemours Company**
**PART II**

**Item 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS, AND ISSUER PURCHASES OF EQUITY SECURITIES**

**Market for Registrant's Common Equity and Related Stockholder Matters**

Our common stock is listed on the New York Stock Exchange ("NYSE") under the symbol, "CC." The number of record holders of our common stock was 48,461 at February 11, 2019. Holders of our common stock are entitled to receive dividends when they are declared by our board of directors, and dividends are generally declared and paid on a quarterly basis. The stock transfer agent and registrar is Computershare Trust Company, N.A.

**Unregistered Sales of Equity Securities**

None.

**Issuer Purchases of Equity Securities**

*2017 Share Repurchase Program*

On November 30, 2017, our board of directors approved a share repurchase plan authorizing the purchase of shares of our issued and outstanding common stock in an aggregate amount not to exceed $500 million, plus any associated fees or costs in connection with our share repurchase activity (the "2017 Share Repurchase Program"). Under the 2017 Share Repurchase Program, shares of our common stock were purchased in the open market from time to time, subject to management's discretion, as well as general business and market conditions. Our 2017 Share Repurchase Program became effective on November 30, 2017, and was announced to the public on December 1, 2017. On May 31, 2018, we completed the aggregate $500 million in authorized purchases of our issued and outstanding common stock under the 2017 Share Repurchase Program, which amounted to a cumulative 10,085,647 shares purchased at an average share price of $49.58 per share. All common shares purchased under the 2017 Share Repurchase Program are held as treasury stock and are accounted for using the cost method.

*2018 Share Repurchase Program*

On August 1, 2018, our board of directors approved a share repurchase program authorizing the purchase of shares of our issued and outstanding common stock in an aggregate amount not to exceed $750 million, plus any associated fees or costs in connection with our share repurchase activity (the "2018 Share Repurchase Program"). Under the 2018 Share Repurchase Program, shares of our common stock can be purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. Our 2018 Share Repurchase Program became effective on August 1, 2018, was announced to the public on August 2, 2018, and will continue through the earlier of its expiration on December 31, 2020, or the completion of repurchases up to the approved amount. The program may be suspended or discontinued at any time. All common shares purchased under the 2018 Share Repurchase Program are expected to be held as treasury stock and accounted for using the cost method.

During 2018, we purchased 6,350,857 shares of our issued and outstanding common stock under the 2018 Share Repurchase Program, which amounted to $250 million at an average share price of $39.31 per share. The aggregate amount of our common stock that remained available for purchase under our 2018 Share Repurchase Program at December 31, 2018 was $500 million.

31

**The Chemours Company**

The following table sets forth the purchases of our issued and outstanding common stock under the 2018 Share Repurchase Program for the three months ended December 31, 2018.

| *(Dollars in millions, except per share amounts)* Period | Total Number of Shares Purchased (1) | Average Price Paid per Share (2) | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Approximate Dollar Value of Shares That May Yet be Purchased Under the Plans or Programs (2) |
|---|---|---|---|---|
| Month ended October 31, 2018 | 3,124,033 | $ 36.30 | 3,124,033 | $ 500 |
| Month ended November 30, 2018 | - | - | - | 500 |
| Month ended December 31, 2018 | - | - | - | 500 |
| **Total** | 3,124,033 | $ 36.30 | 3,124,033 | $ 500 |

(1) The total number of shares purchased under the 2018 Share Repurchase Program is determined using trade dates for the related transactions.

(2) The average price paid per share and approximate dollar value of shares that may yet be purchased under the 2018 Share Repurchase Program exclude fees, commissions, and other charges for the related transactions.

Subsequent to December 31, 2018, we purchased an additional 4,363,277 shares of our issued and outstanding common stock, which amounted to $150 million at an average share price of $34.38 per share.

On February 13, 2019, our board of directors increased the authorization amount of our 2018 Share Repurchase Program from $750 million to $1.0 billion.

**Stock Performance Graph**

The following graph presents the cumulative total stockholder returns for our common stock compared with the Standard & Poor's ("S&P") MidCap 400 and the S&P MidCap 400 Chemical indices since our Separation from DuPont on July 1, 2015, the date that our common stock began "regular-way" trading on the NYSE.



The graph assumes that the values of our common stock, the S&P MidCap 400 index, and the S&P MidCap 400 Chemical index were each $100 on July 1, 2015, and that all dividends were reinvested.

32

**The Chemours Company**

## Item 6. SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA

The selected historical consolidated financial data for each of the years ended December 31, 2018, 2017, and 2016, and as of December 31, 2018 and 2017 was derived from the audited consolidated financial statements included in the *Consolidated Financial Statements* of this Annual Report on Form 10-K. The selected historical consolidated financial data for each of the years ended December 31, 2015 and 2014, and as of December 31, 2016, 2015, and 2014 was derived from our audited consolidated financial statements not included in this Annual Report on Form 10-K.

The selected historical consolidated financial data for the year ended December 31, 2014 and for the first six months of the year ended December 31, 2015 include expenses of DuPont that were allocated to us for certain corporate functions, including information technology, R&D, finance, legal, insurance, compliance, and human resources activities. These costs may not be representative of our actual costs as an independent, publicly-traded company. In addition, our selected historical consolidated financial data does not reflect changes related to our Separation from DuPont, including changes in our cost structure, personnel needs, tax structure, capital structure, financing, and business operations. Consequently, the financial information included herein may not necessarily reflect what our financial position, results of operations, and cash flows would have been had we been an independent, publicly-traded company during the periods presented. Accordingly, these historical results should not be relied upon as an indicator of our future performance. For a better understanding of our financial results, this section should be read in conjunction with *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* and the *Consolidated Financial Statements*.

The following table sets forth our selected historical consolidated financial data as of and for the years ended December 31, 2018, 2017, 2016, 2015, and 2014.

| (Dollars in millions, except per share amounts) | Year Ended December 31, | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 | | 2016 | | 2015 | | 2014 |
| **Summary consolidated statements of operations data** | | | | | | | | | | |
| Net sales | $ | 6,638 | $ | 6,183 | $ | 5,400 | $ | 5,717 | $ | 6,432 |
| Restructuring, asset-related, and other charges | | 49 | | 57 | | 170 | | 333 | | 21 |
| Income (loss) before income taxes | | 1,155 | | 912 | | (11) | | (188) | | 550 |
| Provision for (benefit from) income taxes | | 159 | | 165 | | (18) | | (98) | | 149 |
| Net income (loss) attributable to Chemours | | 995 | | 746 | | 7 | | (90) | | 400 |
| Basic earnings (loss) per share of common stock (1) | | 5.62 | | 4.04 | | 0.04 | | (0.50) | | 2.21 |
| Diluted earnings (loss) per share of common stock (1) | | 5.45 | | 3.91 | | 0.04 | | (0.50) | | 2.21 |
| **Summary consolidated balance sheets data** | | | | | | | | | | |
| Working capital, net (2) | $ | 1,584 | $ | 1,845 | $ | 782 | $ | 835 | $ | 543 |
| Total assets | | 7,362 | | 7,293 | | 6,060 | | 6,298 | | 5,959 |
| Debt, net (3) | | 3,972 | | 4,112 | | 3,544 | | 3,954 | | 1 |
| **Other summary consolidated financial data** | | | | | | | | | | |
| Purchases of property, plant, and equipment | $ | 498 | $ | 411 | $ | 338 | $ | 519 | $ | 604 |
| Depreciation and amortization | | 284 | | 273 | | 284 | | 267 | | 257 |
| Dividends per share of common stock (4,5) | | 0.67 | | 0.29 | | 0.12 | | 0.58 | | - |

(1) For the year ended December 31, 2014, pro forma earnings per share was calculated based on 180,966,833 shares of our common stock that were distributed to DuPont's shareholders on July 1, 2015. The same number of shares was used to calculate basic and diluted earnings per share since none of our equity awards were outstanding prior to the Separation.

(2) Defined as current assets minus current liabilities. Our current assets include cash and cash equivalents of $1.2 billion, $1.6 billion, $902 million, and $366 million at December 31, 2018, 2017, 2016 and 2015, respectively. Our current assets at December 31, 2014 do not include any cash and cash equivalents, as these needs were provided by our former parent, DuPont.

(3) Amounts at December 31, 2018, 2017, 2016, and 2015 include unamortized debt issuance costs and discount of $45 million, $49 million, $47 million, and $60 million, respectively.

(4) Dividends per share of common stock for the year ended December 31, 2015 includes the following: (i) dividends of an aggregate amount of $100 million declared prior to the Separation by our then-board of directors (consisting of DuPont employees), which was paid on September 11, 2015 to our stockholders of record as of August 3, 2015; and, (ii) dividends of $0.03 per share declared after the Separation by our independent board of directors, which was paid on December 14, 2015 to our stockholders of record as of November 13, 2015.

(5) Dividends per share of common stock for the year ended December 31, 2017 includes a $0.17 per share dividend declared in December 2017, which was paid on March 15, 2018 to our shareholders of record as of February 15, 2018.

**The Chemours Company**

**Item 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*This Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") supplements the Consolidated Financial Statements and the related notes thereto included elsewhere herein to help provide an understanding of our financial condition, changes in financial condition, and the results of our operations for the periods presented. Our forward-looking statements are based on certain assumptions and expectations of future events that may not be accurate or realized. These statements, as well as our historical performance, are not guarantees of future performance. Forward-looking statements also involve risks and uncertainties that are beyond our control. Additionally, there may be other risks and uncertainties that we are unable to identify at this time or that we do not currently expect to have a material impact on our business. Factors that could cause or contribute to these differences include, but are not limited to, the risks, uncertainties, and other factors discussed within Item 1A - Risk Factors. This MD&A should be read in conjunction with the Consolidated Financial Statements and the related notes thereto included elsewhere in this Annual Report on Form 10-K.*

**Overview**

We are a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. We deliver customized solutions with a wide range of industrial and specialty chemical products for markets, including plastics and coatings, refrigeration and air conditioning, general industrial, electronics, mining, and oil refining. Our principal products include refrigerants, industrial fluoropolymer resins, sodium cyanide, performance chemicals and intermediates, and TiO2 pigment. We manage and report our operating results through three reportable segments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. The Fluoroproducts segment is a leading, global provider of fluoroproducts, including refrigerants and industrial fluoropolymer resins. The Chemical Solutions segment is a leading, North American provider of industrial chemicals used in gold production, industrial, and consumer applications. The Titanium Technologies segment is a leading, global provider of TiO2 pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protection in a variety of applications.

**Recent Developments**

*Corpus Christi, Texas*

During the fourth quarter of 2018, we reached mechanical completion of our new Opteon™ refrigerants facility in Corpus Christi, Texas. This facility will enable us to triple the global capacity of Opteon™ over the next few years to meet increasing market demands for environmentally-sustainable refrigerants and blends.

*Fayetteville, North Carolina*

We, along with the NC DEQ, have filed a proposed Consent Order intended to comprehensively address issues, NOVs, and court filings made by the NC DEQ regarding our Fayetteville, North Carolina facility and resolve litigations filed by the NC DEQ and Cape Fear River Watch, a non-profit organization. Pursuant to the proposed Consent Order, which is subject to approval by the court, we will agree to pay $13 million to cover a civil penalty and investigative costs and will take additional actions to address site surface water, groundwater, and air emissions. At December 31, 2018, we have accrued an estimated liability for this matter of $75 million.

*Capital Allocation*

For the year ended December 31, 2018, we returned $792 million in cash to our shareholders by purchasing $644 million in our issued and outstanding common stock under our share repurchase programs, and through the payment of $148 million in cash dividends.

Subsequent to December 31, 2018, we purchased an additional $150 million of our issued and outstanding common stock under the 2018 Share Repurchase Program.

On February 13, 2019, our board of directors increased the authorization amount of our 2018 Share Repurchase Program from $750 million to $1.0 billion.

34

**The Chemours Company**

The following table sets forth our results of operations for the years ended December 31, 2018, 2017, and 2016.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| *(Dollars in millions, except per share amounts)* | | **2018** | | **2017** | | **2016** |
| Net sales | $ | 6,638 | $ | 6,183 | $ | 5,400 |
| Cost of goods sold | | 4,667 | | 4,438 | | 4,297 |
| Gross profit | | 1,971 | | 1,745 | | 1,103 |
| Selling, general, and administrative expense | | 657 | | 626 | | 946 |
| Research and development expense | | 82 | | 81 | | 81 |
| Restructuring, asset-related, and other charges | | 49 | | 57 | | 170 |
| Total other operating expenses | | 788 | | 764 | | 1,197 |
| Equity in earnings of affiliates | | 43 | | 33 | | 29 |
| Interest expense, net | | (195) | | (214) | | (219) |
| (Loss) gain on extinguishment of debt | | (38) | | (1) | | 6 |
| Other income, net | | 162 | | 113 | | 267 |
| **Income (loss) before income taxes** | | 1,155 | | 912 | | (11) |
| Provision for (benefit from) income taxes | | 159 | | 165 | | (18) |
| **Net income** | | 996 | | 747 | | 7 |
| Less: Net income attributable to non-controlling interests | | 1 | | 1 | | - |
| **Net income attributable to Chemours** | $ | 995 | $ | 746 | $ | 7 |
| **Per share data** | | | | | | |
| Basic earnings per share of common stock | $ | 5.62 | $ | 4.04 | $ | 0.04 |
| Diluted earnings per share of common stock | | 5.45 | | 3.91 | | 0.04 |

*Net Sales*

The following table sets forth the impacts of price, volume, currency, and portfolio and/or other changes on our total net sales for the years ended December 31, 2018 and 2017.

| | Year Ended December 31, | |
|---|---|---|
| **Change in total net sales from prior period** | **2018** | **2017** |
| Price | 7% | 8% |
| Volume | (1)% | 11% |
| Currency | 1% | -% |
| Portfolio/other | -% | (4)% |
| **Total change in net sales** | 7% | 15% |

Our net sales increased by $455 million (or 7%) to $6.6 billion for the year ended December 31, 2018, compared with net sales of $6.2 billion for the same period in 2017. The increase in our net sales for the year ended December 31, 2018 was primarily attributable to a 7% increase in price, driven by higher average global selling prices for Ti-Pure$^{TM}$ TiO$_2$ pigment in our Titanium Technologies segment, improved pricing for fluoropolymers products in our Fluoroproducts segment, and higher average selling prices across all product lines in our Chemical Solutions segment. In addition, net sales for the year ended December 31, 2018 increased by 1% from favorable foreign currency movements. These increases were partially offset by a 1% decrease in volume, which was primarily attributable to lower demand for Ti-Pure$^{TM}$ TiO$_2$ pigment in our Titanium Technologies segment.

Our net sales increased by $783 million (or 15%) to $6.2 billion for the year ended December 31, 2017, compared with net sales of $5.4 billion for the same period in 2016. The increase in our net sales for the year ended December 31, 2017 was primarily attributable to an 11% increase in volume, driven by higher demand for Ti-Pure$^{TM}$ TiO$_2$ pigment in our Titanium Technologies segment, the increased adoption of Opteon$^{TM}$ refrigerants and higher demand for fluoropolymers products in our Fluoroproducts segment, and increased volume across most businesses in the Chemical Solutions segment. In addition, net sales for the year ended December 31, 2017 increased by 8% due to an increase in price, driven by higher average global selling prices for Ti-Pure$^{TM}$ TiO$_2$ pigment in our Titanium Technologies segment, and improved pricing for base refrigerants in our Fluoroproducts segment. These increases were partially offset by portfolio changes in our Chemical Solutions segment, which reduced net sales by 4%.

**The Chemours Company**

*Cost of Goods Sold*

Our cost of goods sold ("COGS") increased by $229 million (or 5%) to $4.7 billion for the year ended December 31, 2018, compared with COGS of $4.4 billion for the same period in 2017. The increase in our COGS for the year ended December 31, 2018 was primarily attributable to higher costs for certain raw materials, higher distribution, freight, and logistics expenses, and process waste water treatment costs. These increases were partially offset by lower costs associated with our transformation activities, and lower performance-related compensation expenses.

Our COGS increased by $141 million (or 3%) to $4.4 billion for the year ended December 31, 2017, compared with COGS of $4.3 billion for the same period in 2016. The increase in our COGS for the year ended December 31, 2017 was primarily attributable to increases in volume, as well as increases in costs associated with our transformation activities and higher performance-related compensation expenses. These increases were partially offset by the impacts of portfolio changes in our Chemical Solutions segment.

*Selling, General, and Administrative Expense*

Our selling, general, and administrative ("SG&A") expense increased by $31 million (or 5%) to $657 million for the year ended December 31, 2018, compared with SG&A expense of $626 million for the same period in 2017. The increase in our SG&A expense for the year ended December 31, 2018 was primarily attributable to the accrual of an additional estimated liability for ongoing legal matters at our Fayetteville Works site in Fayetteville, North Carolina. This increase was partially offset by lower costs associated with our transformation activities, and lower performance-related compensation expenses.

Our SG&A expense decreased by $320 million (or 34%) to $626 million for the year ended December 31, 2017, compared with SG&A expense of $946 million for the same period in 2016. The decrease in our SG&A expense for the year ended December 31, 2017 was primarily attributable to the 2016 accrual of $335 million in legal costs in connection with the PFOA MDL Settlement, as well as lower management and administrative expenses resulting from the sales of our Clean & Disinfect ("C&D") and Sulfur businesses in 2016. These decreases were partially offset by increases in costs associated with our transformation activities, and higher performance-related compensation expenses.

*Research and Development Expense*

Our R&D expense was largely unchanged at $82 million for the year ended December 31, 2018, and $81 million for the years ended December 31, 2017 and 2016.

*Restructuring, Asset-related, and Other Charges*

Our restructuring, asset-related, and other charges amounted to $49 million, $57 million, and $170 million for the years ended December 31, 2018, 2017, and 2016, respectively.

For the year ended December 31, 2018, restructuring, asset-related, and other charges were primarily attributable to employee separation and other charges incurred in connection with our 2017 restructuring program of $27 million, and employee separation charges of $5 million for our 2018 restructuring program. In addition, we recognized $13 million in decommissioning and dismantling-related charges, primarily attributable to the demolition and removal of certain unused buildings at our Chambers Works site in Deepwater, New Jersey, and an asset-related charge of $4 million for a goodwill impairment in our Chemical Solutions segment.

For the year ended December 31, 2017, restructuring, asset-related, and other charges were primarily attributable to employee separation and other charges incurred in connection with our 2017 restructuring program of $32 million, and a combined $24 million in decommissioning and dismantling-related charges for the production shutdown at our Reactive Metals Solutions ("RMS") manufacturing site in Niagara Falls, New York, the closure of our $TiO_2$ pigment plant in Edge Moor, Delaware, and the shutdown of certain U.S. production lines in our Fluoroproducts segment.

For the year ended December 31, 2016, restructuring, asset-related, and other charges were primarily attributable to pre-tax long-lived asset impairment charges of $58 million, related to the sale of our Sulfur business, $48 million, for the write-down of certain assets at our Aniline plant in Pascagoula, Mississippi, and $13 million, related to the sale of our corporate headquarters in Wilmington, Delaware. In addition, we recognized $45 million in decommissioning and dismantling-related charges, primarily attributable to the closure of our Edge Moor plant.

*Equity in Earnings of Affiliates*

Our equity in earnings of affiliates increased by $10 million (or 30%) to $43 million for the year ended December 31, 2018, compared with equity in earnings of affiliates of $33 million for the same period in 2017. The increase in our equity in earnings of affiliates for the year ended December 31, 2018 was primarily attributable to increased profitability for our equity method investees in the Fluoroproducts segment.

36

**The Chemours Company**

Our equity in earnings of affiliates was largely unchanged at $33 million and $29 million for the years ended December 31, 2017 and 2016, respectively.

*Interest Expense, Net*

Our interest expense, net decreased by $19 million (or 9%) to $195 million for the year ended December 31, 2018, compared with interest expense, net of $214 million for the same period in 2017. The decrease in our interest expense, net for the year ended December 31, 2018 was primarily attributable to increases in both interest income and capitalized interest, the latter being attributable to ongoing progress on our Opteon™ refrigerants facility in Corpus Christi, Texas during 2018, and the construction of our new Mining Solutions facility, prior to its suspension during the first half of 2018.

Our interest expense, net decreased by $5 million (or 2%) to $214 million for the year ended December 31, 2017, when compared with interest expense, net of $219 million for the same period in 2016. The decrease in our interest expense, net for the year ended December 31, 2017 was primarily attributable to decreased interest from the repricing of our senior secured term loan in 2017, as well as lower outstanding principal amounts on the same. This decrease was partially offset by additional interest from the issuance of our 5.375% senior unsecured notes due May 2027 in 2017.

*(Loss) Gain on Extinguishment of Debt*

For the year ended December 31, 2018, we recognized a combined loss on extinguishment of debt of $38 million in connection with the amendment and restatement of our credit agreement, and our tender offers to purchase any and all of our outstanding euro-denominated 6.125% senior unsecured notes due May 2023 and a portion of our outstanding U.S. dollar-denominated 6.625% senior unsecured notes due May 2023.

For the year ended December 31, 2017, we recognized a loss on extinguishment of debt of $1 million in connection with an amendment to our then-existing credit agreement.

For the year ended December 31, 2016, we recognized a gain on extinguishment of debt of $6 million, which is the net result of a $10 million gain in connection with the open market repurchases of certain portions of our senior unsecured notes, and a $4 million loss on the write-off of certain unamortized debt issuance costs in connection with the reduction in commitment on our then-existing revolving credit facility.

*Other Income, Net*

Our other income, net increased by $49 million (or 43%) to $162 million for the year ended December 31, 2018, compared with other income, net of $113 million for the same period in 2017. The increase in our other income, net for the year ended December 31, 2018 was primarily attributable to a $49 million increase in miscellaneous income, which included increased EU quota authorization sales in our Fluoroproducts segment, and a $42 million gain on the sale of our Linden, New Jersey site. These increases were partially offset by decreases in royalty income and non-operating pension and other post-retirement employee benefit income.

Our other income, net decreased by $154 million (or 58%) to $113 million for the year ended December 31, 2017, compared with other income, net of $267 million for the same period in 2016. The decrease in our other income, net for 2017 was primarily attributable to gains of $169 million and $89 million on the sales of our C&D business and our Aniline facility in Beaumont, Texas during 2016, respectively. This decrease was partially offset by a $3 million gain on favorable foreign currency movements for the year ended December 31, 2017, compared with a $57 million foreign currency loss due to a strengthening of the U.S. dollar against the Mexican peso for the same period in 2016.

*Provision for (Benefit from) Income Taxes*

Our provisions for income taxes amounted to $159 million and $165 million for the years ended December 31, 2018 and 2017, respectively, and our benefit from income taxes amounted to $18 million for the year ended December 31, 2016, which represented effective tax rates of 14%, 18%, and 164%, respectively.

The $6 million decrease in our provision for income taxes for the year ended December 31, 2018, when compared with the same period in 2017, was primarily attributable to the decreased federal corporate income tax rate under U.S. tax reform. In addition, our provision for income taxes for the year ended December 31, 2018 included $14 million in windfall benefit from our share-based payments, a $15 million benefit from the release of a valuation allowance against our foreign tax credits, and a net $10 million benefit from certain other provisions of U.S. tax reform. These decreases were partially offset by additional tax expense resulting from increased profitability, and the geographical mix of our earnings.

37

**The Chemours Company**

The $183 million increase in our provision for income taxes for the year ended December 31, 2017, when compared with the same period in 2016, was primarily attributable to increased profitability and the geographic mix of our earnings. These increases were partially offset by $22 million in windfall benefit from our share-based payments, a $6 million benefit from the release of reserves for uncertain tax positions, and a $3 million net benefit from our provisional estimates for U.S. tax reform. Our provisional estimates for U.S. tax reform included tax expense associated with the Deemed Repatriation Transition Tax (the "Transition Tax") on our unremitted foreign earnings, a release of the valuation allowance on carryforward foreign tax credits utilized against the Transition Tax, and the revaluation of our net U.S. deferred tax liabilities as a result of the lower U.S. federal tax rate.

**Segment Reviews**

Adjusted earnings before interest, income taxes, depreciation, and amortization ("Adjusted EBITDA") represents our primary measure of segment performance and is defined as income (loss) before income taxes, excluding the following:

- interest expense, depreciation, and amortization;
- non-operating pension and other post-retirement employee benefit costs, which represent the component of net periodic pension (income) costs excluding the service cost component;
- exchange (gains) losses included in other income (expense), net;
- restructuring, asset-related, and other charges;
- asset impairments;
- (gains) losses on sales of assets and businesses; and,
- other items not considered indicative of our ongoing operational performance and expected to occur infrequently.

A reconciliation of Adjusted EBITDA to net income (loss) for the years ended December 31, 2018, 2017, and 2016 is included in "Non-GAAP Financial Measures" within this *MD&A* and in "Note 27 - Geographic and Segment Information" to the *Consolidated Financial Statements*.

The following table sets forth our total Adjusted EBITDA by segment for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| *(Dollars in millions)* | **2018** | | **2017** | | **2016** | |
| Fluoroproducts | $ | 783 | $ | 669 | $ | 445 |
| Chemical Solutions | | 64 | | 57 | | 39 |
| Titanium Technologies | | 1,055 | | 862 | | 466 |
| Corporate and Other | | (162) | | (166) | | (128) |
| **Total Adjusted EBITDA** | $ | 1,740 | $ | 1,422 | $ | 822 |

38

**The Chemours Company**

*Fluoroproducts*

The following chart sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Fluoroproducts segment for the years ended December 31, 2018, 2017, and 2016.



Fluoroproducts Segment Results of Operations

| (Dollars in millions) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2018** | **2017** | **2016** |
| Segment net sales | $ 2,862 | $ 2,654 | $ 2,264 |
| Adjusted EBITDA | 783 | 669 | 445 |
| Adjusted EBITDA margin | 27% | 25% | 20% |

The following table sets forth the impacts of price, volume, currency, and portfolio and/or other changes on our Fluoroproducts segment's net sales for the years ended December 31, 2018 and 2017.

| Change in segment net sales from prior period | Year Ended December 31, | |
| --- | --- | --- |
| | **2018** | **2017** |
| Price | 3% | 1% |
| Volume | 4% | 16% |
| Currency | 1% | -% |
| Portfolio/other | -% | -% |
| **Total change in segment net sales** | **8%** | **17%** |

*Segment Net Sales*

Segment net sales increased by $208 million (or 8%) to $2.9 billion for the year ended December 31, 2018, compared with segment net sales of $2.7 billion for the same period in 2017. The increase to segment net sales for the year ended December 31, 2018 was primarily attributable to: a 4% increase in volume, driven by the continued adoption of our Opteon™ refrigerants; a 3% increase in price, driven by improved pricing for our fluoropolymers products; and, a 1% increase to segment net sales from favorable foreign currency movements. These increases were partially offset by lower average selling prices for our Opteon™ refrigerants due to expected automotive contractual price declines, and lower volume for our base refrigerants due to the phase-down of legacy refrigerants.

Segment net sales increased by $390 million (or 17%) to $2.7 billion for the year ended December 31, 2017, compared with segment net sales of $2.3 billion for the same period in 2016. The increase to segment net sales for the year ended December 31, 2017 was primarily attributable to a 16% increase in volume, driven by significantly stronger global demand for our Opteon™ refrigerants and higher demand for our fluoropolymers products, and a 1% increase in price, driven by higher average selling prices for our base refrigerants. These increases were partially offset by lower average selling prices for our Opteon™ refrigerants due to expected automotive contractual price declines, lower average selling prices for our fluoropolymers products, and lower volume for our base refrigerants due to the phase-down of legacy refrigerants.

39

**The Chemours Company**

*Segment Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA increased by $114 million (or 17%) to $783 million and segment Adjusted EBITDA margin increased by approximately 200 basis points to 27% for the year ended December 31, 2018, compared with segment Adjusted EBITDA of $669 million and segment Adjusted EBITDA margin of 25% for the same period in 2017. The increases to segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2018 were primarily attributable to the aforementioned increases in volume and price, as well as favorable foreign currency movements and EU quota authorization sales of $67 million. These increases were partially offset by higher costs for certain raw materials, distribution expenses, and process waste water treatment costs.

Segment Adjusted EBITDA increased by $224 million (or 50%) to $669 million and segment Adjusted EBITDA margin increased by approximately 500 basis points to 25% for the year ended December 31, 2017, compared with segment Adjusted EBITDA of $445 million and segment Adjusted EBITDA margin of 20% for the same period in 2016. The increases to segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2017 were primarily attributable to the aforementioned increases in volume and price, and EU quota authorization sales of $15 million. These increases were partially offset by higher performance-related compensation expenses, and higher costs associated with our transformation activities.

The segment's operating results for the years ended December 31, 2018 and 2017 included $34 million and $11 million of additional costs for process waste water treatment at our Fayetteville, North Carolina site, respectively.

*Chemical Solutions*

The following chart sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Chemical Solutions segment for the years ended December 31, 2018, 2017, and 2016.



Chemical Solutions Segment Results of Operations

| (Dollars in millions) | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| Segment net sales | $ 602 | $ 571 | $ 772 |
| Adjusted EBITDA | 64 | 57 | 39 |
| Adjusted EBITDA margin | 11% | 10% | 5% |

The following table sets forth the impacts of price, volume, currency, and portfolio and/or other changes on our Chemical Solutions segment's net sales for the years ended December 31, 2018 and 2017.

| Change in segment net sales from prior period | Year Ended December 31, | |
|---|---|---|
| | 2018 | 2017 |
| Price | 5% | 1% |
| Volume | -% | 4% |
| Currency | -% | -% |
| Portfolio/other | -% | (31)% |
| **Total change in segment net sales** | 5% | (26)% |

40

**The Chemours Company**

*Segment Net Sales*

Segment net sales increased by $31 million (or 5%) to $602 million for the year ended December 31, 2018, compared with segment net sales of $571 million for the same period in 2017. The increase to segment net sales for the year ended December 31, 2018 was primarily attributable to higher average selling prices across all product lines.

Segment net sales decreased by $201 million (or 26%) to $571 million for the year ended December 31, 2017, compared with segment net sales of $772 million for the same period in 2016. The decrease to segment net sales for the year ended December 31, 2017 was primarily attributable to portfolio changes resulting from the sales of the segment's C&D and Sulfur businesses, the sale of the segment's Aniline facility in Beaumont, Texas, and the production shutdown at the segment's RMS facility in Niagara Falls, New York, which combined, affected a 31% decrease in the segment's net sales. These decreases were partially offset by a 4% increase in volume, and a 1% increase in price across most of the segment's remaining businesses.

*Segment Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA increased by $7 million (or 12%) to $64 million and segment Adjusted EBITDA margin increased by approximately 100 basis points to 11% for the year ended December 31, 2018, compared with segment Adjusted EBITDA of $57 million and segment Adjusted EBITDA margin of 10% for the same period in 2017. The increases to segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2018 were primarily attributable to the aforementioned increase in price.

Segment Adjusted EBITDA increased by $18 million (or 46%) to $57 million and segment Adjusted EBITDA margin increased by approximately 500 basis points to 10% for the year ended December 31, 2017, compared with segment Adjusted EBITDA of $39 million and segment Adjusted EBITDA margin of 5% for the same period in 2016. The increases to segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2017 were primarily attributable to cost reductions from the aforementioned portfolio changes, as well as increases in volume and price for the segment's remaining businesses.

***Titanium Technologies***

The following chart sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Titanium Technologies segment for the years ended December 31, 2018, 2017, and 2016.



**Titanium Technologies Segment Results of Operations**

| (Dollars in millions) | | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | **2018** | | **2017** | | **2016** |
| Segment net sales | $ | 3,174 | $ | 2,958 | $ | 2,364 |
| Adjusted EBITDA | | 1,055 | | 862 | | 466 |
| Adjusted EBITDA margin | | 33% | | 29% | | 20% |

41

**The Chemours Company**

The following table sets forth the impacts of price, volume, currency, and portfolio and/or other changes on our Titanium Technologies segment's net sales for the years ended December 31, 2018 and 2017.

| | Year Ended December 31, | |
| --- | --- | --- |
| **Change in segment net sales from prior period** | **2018** | **2017** |
| Price | 12% | 17% |
| Volume | (6)% | 8% |
| Currency | 1% | -% |
| Portfolio/other | -% | -% |
| **Total change in segment net sales** | 7% | 25% |

*Segment Net Sales*

Segment net sales increased by $216 million (or 7%) to $3.2 billion for the year ended December 31, 2018, compared with segment net sales of $3.0 billion for the same period in 2017. The increase to segment net sales for the year ended December 31, 2018 was primarily attributable to a 12% increase in price, driven by higher average global selling prices for our Ti-Pure™ TiO$_2$ pigment, and a 1% increase from favorable foreign currency movements. These increases were partially offset by a 6% decrease in volume, which was the result of lower demand for our Ti-Pure™ TiO$_2$ pigment when compared with the same period in 2017.

Segment net sales increased by $594 million (or 25%) to $3.0 billion for the year ended December 31, 2017, compared with segment net sales of $2.4 billion for the same period in 2016. The increase to segment net sales for the year ended December 31, 2017 was primarily attributable to a 17% increase in price, driven by higher average global selling prices for our Ti-Pure™ TiO$_2$ pigment, and an 8% increase in volume, driven by higher global demand for our Ti-Pure™ TiO$_2$ pigment across most regions.

*Segment Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA increased by $193 million (or 22%) to $1.1 billion and segment Adjusted EBITDA margin increased by approximately 400 basis points to 33% for the year ended December 31, 2018, compared with segment Adjusted EBITDA of $862 million and segment Adjusted EBITDA margin of 29% for the same period in 2017. The increases to segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2018 were primarily attributable to the aforementioned increases in price and currency. These increases were partially offset by the aforementioned decrease in volume, as well as higher costs for certain raw materials and higher freight and logistics expenses.

Segment Adjusted EBITDA increased by $396 million (or 85%) to $862 million and segment Adjusted EBITDA margin increased by approximately 900 basis points to 29% for the year ended December 31, 2017, compared with segment Adjusted EBITDA of $466 million and segment Adjusted EBITDA margin of 20% for the same period in 2016. The increases to segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2017 were primarily attributable to the aforementioned increases in price and volume. These increases were partially offset by higher performance-related compensation expenses, higher costs associated with our transformation activities, and higher costs for certain raw materials.

***Corporate and Other***

Corporate costs and certain legacy legal and environmental expenses, stock-based compensation costs, and foreign exchange gains and losses arising from the remeasurement of balances in currencies other than the functional currency of our legal entities are reflected in Corporate and Other. Corporate and Other costs were largely unchanged for the years ended December 31, 2018 and 2017 at $162 million and $166 million, respectively. Corporate and Other costs increased by $38 million (or 30%) to $166 million for the year ended December 31, 2017, compared with Corporate and Other costs of $128 million for the same period in 2016. The increase in Corporate and Other costs for the year ended December 31, 2017 was primarily attributable to increases in costs associated with legacy environmental and legal issues, as well as higher performance-related compensation expenses.

**The Chemours Company**

**2019 Outlook**

Our 2019 results will be driven by the following expectations: (i) 2019 volume for our Titanium Technologies segment will be below 2018 volume levels; (ii) there will be continued transition to OpteonTM refrigerants, as well as increased demand for fluoropolymers products in our Fluoroproducts segment; and, (iii) there will be continued demand for Mining Solutions products in our Chemical Solutions segment. We expect that our capital expenditures will be approximately $500 million. Our outlook for 2019 reflects our current visibility and expectations based on market factors, such as currency movements, macro-economic factors, and end-market demand. Our ability to meet these expectations are subject to numerous risks, including, but not limited to, those described in *Item 1A - Risk Factors*.

**Liquidity and Capital Resources**

Our primary sources of liquidity are cash generated from operations, available cash, and borrowings under our debt financing arrangements, which are described in further detail in "Note 19 - Debt" to the *Consolidated Financial Statements*. We believe these sources are sufficient to fund our planned operations and to meet our interest, dividend, and contractual obligations. Our financial policy seeks to: (i) selectively invest in organic and inorganic growth to enhance our portfolio, including certain strategic capital investments; (ii) return cash to shareholders through dividends and share repurchases; and, (iii) maintain appropriate leverage by using free cash flows to repay outstanding borrowings. Subject to approval by our board of directors, we may raise additional capital or borrowings from time to time, or seek to refinance our existing debt. There can be no assurance that future capital or borrowings will be available to us, and the cost and availability of new capital or borrowings could be materially impacted by market conditions. Further, the decision to refinance our existing debt is based on a number of factors, including general market conditions and our ability to refinance on attractive terms at any given point in time. Any attempts to raise additional capital or borrowings, or refinance our existing debt, could cause us to incur significant charges. Such charges could have a material impact on our financial position, results of operations, or cash flows.

Our operating cash flow generation is driven by, among other things, the general global economic conditions at any point in time and their resulting impact on demand for our products, raw materials and energy prices, and industry-specific issues, such as production capacity and utilization. We have generated strong operating cash flows through various industry and economic cycles, evidencing the operating strength of our businesses.

In May 2018, we completed our $500 million 2017 Share Repurchase Program. On August 1, 2018, our board of directors increased our quarterly cash dividend to $0.25 per share. Additionally, on August 1, 2018, our board of directors approved the 2018 Share Repurchase Program, which authorizes us to purchase shares of our issued and outstanding common stock in an aggregate amount not to exceed $750 million, plus any fees or costs in connection with our share repurchase activity. On February 13, 2019, our board of directors increased the authorization amount of the 2018 Share Repurchase Program to $1.0 billion. The 2018 Share Repurchase Program became effective on August 1, 2018 and will continue through the earlier of its expiration on December 31, 2020, or the completion of repurchases up to the approved amount.

We anticipate making significant payments for interest, capital expenditures, environmental remediation costs and investments, dividends, and other actions over the next 12 months, which we expect to fund through cash generated from operations, available cash, and borrowings. We further anticipate that our operations and existing debt financing arrangements will provide us with sufficient liquidity over the next 12 months. The availability under our Revolving Credit Facility, which is discussed further in "Note 19 - Debt" to the *Consolidated Financial Statements*, is subject to the last 12 months of consolidated EBITDA, as defined in the amended and restated credit agreement.

At December 31, 2018, we had total cash and cash equivalents of $1.2 billion, of which, $953 million was held by our foreign subsidiaries, and certain of these foreign subsidiaries' earnings are indefinitely reinvested. All of the cash and cash equivalents held by our foreign subsidiaries is readily convertible into currencies used in our operations, including the U.S. dollar. The cash and earnings of our foreign subsidiaries are generally used to finance their operations and capital expenditures. At December 31, 2018, management believed that sufficient liquidity was available in the U.S., and it is our intention to indefinitely reinvest the historical pre-2018 earnings of our foreign subsidiaries. Beginning in 2018, management asserts that only certain foreign subsidiaries are indefinitely reinvested. See "Note 9 - Income Taxes" to the *Consolidated Financial Statements* for further information related to our income tax positions.

**The Chemours Company**

*Cash Flows*

The following table sets forth a summary of our net cash provided by (used for) operating, investing, and financing activities for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| *(Dollars in millions)* | **2018** | | **2017** | | **2016** | |
| Cash provided by operating activities | $ | 1,140 | $ | 640 | $ | 594 |
| Cash (used for) provided by investing activities | | (487) | | (370) | | 357 |
| Cash (used for) provided by financing activities | | (993) | | 352 | | (396) |

*Operating Activities*

We received $1.1 billion, $640 million, and $594 million in cash flows from our operating activities for the years ended December 31, 2018, 2017, and 2016, respectively. The increase in our operating cash inflows for the year ended December 31, 2018 was primarily attributable to an improvement in our net income compared with the same period in 2017, and our payment of the $335 million liability to settle the PFOA MDL Settlement in 2017, which negatively impacted our operating cash flows from working capital. The increase in our operating cash inflows for the year ended December 31, 2017 was primarily attributable to an improvement in our net income compared with the same period in 2016, which was partially offset by a decrease to our operating cash flows from working capital for the aforementioned payment of the PFOA MDL Settlement liability, as well as other changes in our operating assets and liabilities.

*Investing Activities*

We used $487 million in cash flows for our investing activities during the year ended December 31, 2018. Our investing cash outflows for the year ended December 31, 2018 were primarily attributable to purchases of property, plant, and equipment amounting to $498 million, and $37 million in total cash consideration payments for the acquisition of ICOR International, Inc. These investing cash outflows were partially offset by proceeds from the sales of assets and businesses of $46 million, which were primarily attributable to the sale of our Linden, New Jersey site for $39 million.

We used $370 million in cash flows for our investing activities during the year ended December 31, 2017. Our investing cash outflows for the year ended December 31, 2017 were primarily attributable to purchases of property, plant, and equipment amounting to $411 million. These investing cash outflows were partially offset by proceeds from the sales of assets and businesses of $39 million, which were primarily attributable to the sale of our corporate headquarters in Wilmington, Delaware for $29 million, and the sale of land that held our former manufacturing plant in Edge Moor, Delaware for $10 million.

We received $357 million in cash flows from our investing activities for the year ended December 31, 2016. Our investing cash inflows for the year ended December 31, 2016 were primarily attributable to proceeds from the sales of assets and businesses of $708 million, including $223 million for the sale of our C&D business, $321 million for the sale of our Sulfur business, and $140 million for the sale of our Aniline facility in Beaumont, Texas. These investing cash inflows were partially offset by purchases of property, plant, and equipment amounting to $338 million.

*Financing Activities*

We used $993 million in cash flows for our financing activities during the year ended December 31, 2018. Our financing cash outflows for the year ended December 31, 2018 were primarily attributable to the following: $679 million in debt repayments and $29 million in "make-whole" premium payments in connection with our debt refinancing activities, as well as scheduled principal repayments; $644 million for purchases of our issued and outstanding common stock under our share repurchase programs; and, $148 million for payments of cash dividends. These financing cash outflows were partially offset by $520 million in net proceeds from the issuance of our euro-denominated 4.000% senior unsecured notes due May 2026.

We received $352 million in cash flows from our financing activities for the year ended December 31, 2017. Our financing cash inflows for the year ended December 31, 2017 were primarily attributable to $495 million in net proceeds from the issuance of our 5.375% senior unsecured notes due May 2027. These financing cash inflows were partially offset by $106 million for purchases of our issued and outstanding common stock under the 2017 Share Repurchase Program.

We used $396 million in cash flows for our financing activities during the year ended December 31, 2016. Our financing cash outflows for the year ended December 31, 2016 were primarily attributable to $381 million in debt repayments in connection with the open market repurchases of certain portions of our senior unsecured notes, as well as scheduled principal repayments.

44

**The Chemours Company**

*Current Assets*

The following table sets forth the components of our current assets at December 31, 2018 and 2017.

| (Dollars in millions) | December 31, | | | |
|---|---|---|---|---|
| | 2018 | | 2017 | |
| Cash and cash equivalents | $ | 1,201 | $ | 1,556 |
| Accounts and notes receivable, net | | 861 | | 919 |
| Inventories | | 1,147 | | 935 |
| Prepaid expenses and other | | 84 | | 83 |
| **Total current assets** | $ | 3,293 | $ | 3,493 |

Our accounts and notes receivable, net decreased by $58 million (or 6%) to $861 million at December 31, 2018, compared with accounts and notes receivable, net of $919 million at December 31, 2017. The decrease in our accounts and notes receivable, net at December 31, 2018 was primarily attributable to lower sales volume in the fourth quarter of 2018 versus the same period in 2017, as well as the timing of customer receipts.

Our inventories increased by $212 million (or 23%) to $1.1 billion at December 31, 2018, compared with inventories of $935 million at December 31, 2017. The increase in our inventories at December 31, 2018 was primarily attributable to our strategic acquisition of ore due to favorable contractual arrangements, inventory build-up for plant turnarounds, and higher costs for certain raw materials.

Our prepaid expenses and other assets were largely unchanged at $84 million and $83 million at December 31, 2018 and 2017, respectively.

*Current Liabilities*

The following table sets forth the components of our current liabilities at December 31, 2018 and 2017.

| (Dollars in millions) | December 31, | | | |
|---|---|---|---|---|
| | 2018 | | 2017 | |
| Accounts payable | $ | 1,137 | $ | 1,075 |
| Current maturities of long-term debt | | 13 | | 15 |
| Other accrued liabilities | | 559 | | 558 |
| **Total current liabilities** | $ | 1,709 | $ | 1,648 |

Our accounts payable increased by $62 million (or 6%) to $1.1 billion at December 31, 2018, compared with accounts payable of $1.1 billion at December 31, 2017. The increase in our accounts payable at December 31, 2018 was primarily attributable to the timing of vendor payments, which impacted the balance of our trade payables.

Our current maturities of long-term debt were largely unchanged at $13 million and $15 million at December 31, 2018 and 2017, respectively.

Our other accrued liabilities were largely unchanged at $559 million and $558 million at December 31, 2018 and 2017, respectively, as the increase in accrued litigation for ongoing legal and environmental matters at our Fayetteville, North Carolina site was largely offset by a decrease in accrued compensation and other employee-related costs due to lower performance-related compensation expenses in 2018 versus 2017.

*Credit Facilities and Notes*

See "Note 19 - Debt" to the *Consolidated Financial Statements* for a summary of our debt arrangements.

**The Chemours Company**

*Supplier Financing*

We maintain global paying services agreements with several financial institutions. Under these agreements, the financial institutions act as our paying agents with respect to accounts payable due to our suppliers who elect to participate in the program. The agreements allow our suppliers to sell their receivables to one of the participating financial institutions at the discretion of both parties on terms that are negotiated between the supplier and the respective financial institution. Our obligations to our suppliers, including the amounts due and scheduled payment dates, are not impacted by our suppliers' decisions to sell their receivables under this program. At December 31, 2018 and 2017, the total payment instructions from us amounted to $210 million and $172 million, respectively. Pursuant to their agreement with one of the financial institutions, certain suppliers may elect to be paid early at their discretion. The available capacity under these programs can vary based on the number of investors and/or financial institutions participating in these programs at any point in time.

*Capital Expenditures*

Our operations are capital intensive, requiring ongoing investment to upgrade or enhance existing operations and to meet environmental and operational regulations. Our capital requirements have consisted, and are expected to continue to consist primarily of:

- ongoing capital expenditures, such as those required to maintain equipment reliability, the integrity and safety of our manufacturing sites, and to comply with environmental regulations;
- investments in our existing facilities to help support the introduction of new products and de-bottleneck to expand capacity and grow our business; and,
- investments in projects to reduce future operating costs and enhance productivity.

The following table sets forth our ongoing and expansion capital expenditures, including environmental capital expenditures, for the years ended December 31, 2018, 2017, and 2016.

| (Dollars in millions) | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2016 |
| Fluoroproducts | $ | 274 | $ | 249 | $ | 120 |
| Chemical Solutions | | 75 | | 65 | | 104 |
| Titanium Technologies | | 91 | | 65 | | 105 |
| Corporate and Other | | 58 | | 32 | | 9 |
| **Total purchases of property, plant, and equipment** | $ | 498 | $ | 411 | $ | 338 |

Our capital expenditures increased by $87 million (or 21%) to $498 million for the year ended December 31, 2018, compared with capital expenditures of $411 million for the same period in 2017. Our capital expenditures for the year ended December 31, 2018 included the completion of our new Opteon™ refrigerants plant in Corpus Christi, Texas, as well as continued progress on our planned Mining Solutions plant in Mexico prior to its construction suspension, which is further discussed in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. In addition, we began the construction of a new R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware during 2018.

Our capital expenditures increased by $73 million (or 22%) to $411 million for the year ended December 31, 2017, compared with capital expenditures of $338 million for the same period in 2016. Our capital expenditures for the year ended December 31, 2017 included ongoing progress on our aforementioned Opteon™ and Mining Solutions plants.

**The Chemours Company**

*Contractual Obligations*

The following table sets forth information related to our significant contractual obligations at December 31, 2018.

| (Dollars in millions) | Total | | 2019 | | 2020 - 2021 | | 2022 - 2023 | | 2023 and Beyond |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Payments Due In** | | | | | | |
| Long-term debt obligations (1) | $ | 3,960 | $ | 13 | $ | 26 | $ | 934 | $ | 2,987 |
| Interest on long-term debt obligations (1) | | 1,275 | | 206 | | 411 | | 379 | | 279 |
| Operating leases | | 358 | | 68 | | 89 | | 67 | | 134 |
| Purchase obligations (2): | | | | | | | | | |
| Raw materials | | 1,346 | | 145 | | 290 | | 149 | | 762 |
| Utilities | | 1,001 | | 84 | | 172 | | 156 | | 589 |
| Other | | 131 | | 59 | | 51 | | 21 | | - |
| Total purchase obligations | | 2,478 | | 288 | | 513 | | 326 | | 1,351 |
| Other liabilities: | | | | | | | | | |
| Workers' compensation | | 28 | | 4 | | 6 | | 5 | | 13 |
| Asset retirement obligations | | 57 | | 6 | | 11 | | 14 | | 26 |
| Environmental remediation | | 226 | | 74 | | 63 | | 57 | | 32 |
| Legal settlements | | 22 | | 6 | | 6 | | 6 | | 4 |
| Employee separation charges | | 16 | | 16 | | - | | - | | - |
| Other | | 138 | | 23 | | 19 | | 22 | | 74 |
| Total other liabilities | | 487 | | 129 | | 105 | | 104 | | 149 |
| **Total contractual obligations** | $ | 8,558 | $ | 704 | $ | 1,144 | $ | 1,810 | $ | 4,900 |

(1) To calculate payments due for principal and interest, we assumed that interest rates, foreign currency exchange rates, and outstanding borrowings under our credit facilities were unchanged from December 31, 2018 through their dates of maturity.

(2) Represents enforceable and legally-binding agreements to purchase goods and/or services that specify fixed or minimum quantities, fixed minimum or variable price provisions, and the approximate timing of the agreement.

*Off Balance Sheet Arrangements*

Historically, we have not made significant payments to satisfy guarantee obligations; however, we believe we have the financial resources to satisfy these guarantees in the event required.

**Recent Accounting Pronouncements**

See "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements* for a summary of our recent accounting pronouncements.

**Critical Accounting Policies and Estimates**

Our significant accounting policies are more fully described in "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements*. Management believes that the application of these policies on a consistent basis enables us to provide the users of our financial statements with useful and reliable information about our operating results and financial condition.

The preparation of our consolidated financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts, including, but not limited to, receivable and inventory valuations, impairment of tangible and intangible assets, long-term employee benefit obligations, income taxes, restructuring liabilities, environmental matters, and litigation. Management's estimates are based on historical experience, facts, and circumstances available at the time, and various other assumptions that are believed to be reasonable. We review these matters and reflect changes in estimates as appropriate. Management believes that the following represents some of the more critical judgment areas in the application of our accounting policies, which could have a material effect on our financial position, results of operations, or cash flows.

47

**The Chemours Company**

*Provision for (Benefit from) Income Taxes*

The provision for (benefit from) income taxes is determined using the asset and liability approach of accounting for income taxes. Under this approach, deferred taxes represent the future tax consequences expected to occur when the reported amounts of assets and liabilities are recovered or paid. The provision for (benefit from) income taxes represents income taxes paid or payable for the current year, plus the change in deferred taxes during the year. Deferred taxes result from differences between the financial and tax bases of our assets and liabilities and are adjusted for changes in tax rates and tax laws when changes are enacted. Valuation allowances are recorded to reduce deferred tax assets when it is more-likely-than-not that a tax benefit will not be realized. In evaluating the ability to realize deferred tax assets, we rely on, in order of increasing subjectivity, taxable income in prior carryback years, the future reversals of existing taxable temporary differences, tax planning strategies, and forecasted taxable income using historical and projected future operating results.

The breadth of our operations and the global complexity of tax regulations require assessments of uncertainties and judgments in estimating the taxes that we will ultimately pay. The final taxes paid are dependent upon many factors, including negotiations with taxing authorities in various jurisdictions, outcomes of tax litigation, and resolutions of disputes arising from federal, state, and international tax audits in the normal course of business. A liability for unrecognized tax benefits is recorded when management concludes that the likelihood of sustaining such positions upon examination by taxing authorities is less than more-likely-than-not. It is our policy to include accrued interest related to unrecognized tax benefits in other income, net and income tax-related penalties in the provision for (benefit from) income taxes.

The SEC issued Staff Accounting Bulletin No. 118 ("SAB No. 118"), which allowed registrants to record provisional estimates for the legislation commonly referred to as U.S. tax reform during a measurement period not to exceed one year from its enactment date, December 22, 2017. While management has completed its analysis within the applicable measurement period, pursuant to SAB No. 118, we are accounting for the income tax impacts of the provisions of U.S. tax reform based on the interpretation of existing statutory law, including guidance issued by the U.S. Treasury and the IRS. During the second half of 2018, the U.S. Treasury and the IRS issued certain proposed regulations addressing new provisions such as Global Intangible Low-taxed Income, Base Erosion and Anti-abuse Tax, Limitation of Deduction of Business Interest, Foreign Tax Credit, and the Anti-hybrid Regulations. On January 15, 2019, the final Section 965 Toll Charge regulations were issued. There can be no assurances as to the effect of any final regulations on our income tax provision. We will continue to evaluate the impact of new regulations issued when they become final and adjust our estimates, as appropriate.

See "Note 9 - Income Taxes" to the *Consolidated Financial Statements* for further information related to our income tax positions.

*Long-lived Assets*

We evaluate the carrying value of our long-lived assets to be held and used when events or changes in circumstances indicate that the carrying value of an asset may not be recoverable. For the purposes of recognition or measurement of an impairment charge, the assessment is performed on the asset or asset group at the lowest level for which identifiable cash flows are largely independent of the cash flows of other groups of assets and liabilities. To determine the level at which the assessment is performed, we consider factors such as revenue dependency, shared costs, and the extent of vertical integration. The carrying value of a long-lived asset is considered impaired when the total projected undiscounted cash flows from the use and eventual disposition of the asset or asset group are separately identifiable and are less than its carrying value. In that event, a loss is recognized based on the amount by which the carrying value exceeds the fair value of the long-lived asset. The fair value methodology used is an estimate of fair market value, which is made based on prices of similar assets or other valuation methodologies, including present value techniques. Long-lived assets to be disposed of other than by sale are classified as held for use until their disposal. Long-lived assets to be disposed of by sale are classified as held for sale and are reported at the lower of their carrying amount or fair market value, less the estimated costs to sell. Depreciation is discontinued for any long-lived assets classified as held for sale.

The testing for potential impairment of these assets is significantly dependent on numerous assumptions and reflects management's best estimates at a particular point in time. The dynamic economic environments in which our segments operate, and key economic and business assumptions with respect to projected selling prices, market growth, and inflation rates, can significantly impact the outcome of our impairment tests. Estimates based on these assumptions may differ significantly from actual results. Changes in the factors and assumptions used in assessing potential impairments can have a significant impact on the existence and magnitude of impairments, as well as the time in which such impairments are recognized. In addition, we continually review our diverse portfolio of assets to ensure that they are achieving their greatest potential and are aligned with our growth strategy. Strategic decisions involving a particular group of assets may trigger an assessment of the recoverability of the related assets. Such an assessment could result in impairment losses.

No impairment charges on our long-lived assets were recognized during the years ended December 31, 2018 and 2017. During the year ended December 31, 2016, we recorded a $48 million pre-tax impairment charge on our Aniline facility in Pascagoula, Mississippi, a $58 million pre-tax impairment charge in connection with the sale of our Sulfur business, and a $13 million pre-tax impairment charge in connection with the sale of our corporate headquarters building located in Wilmington, Delaware.

**The Chemours Company**

*Employee Benefits*

The amounts recognized in our consolidated financial statements related to pension and other long-term employee benefits plans are determined from actuarial valuations. Inherent in these valuations are assumptions including, but not limited to, the expected returns on plan assets, discount rates at which liabilities are expected to be settled, rates of increase in future compensation levels, and mortality rates. These assumptions are updated annually and are disclosed in "Note 26 - Long-term Employee Benefits" to the *Consolidated Financial Statements*. In accordance with GAAP, actual results that differed from the assumptions are accumulated and amortized over future periods and therefore, affect expense recognized and obligations recorded in future periods.

We use discount rates that are developed by matching the expected cash flows of each benefit plan to various yield curves constructed from a portfolio of high-quality, fixed income instruments provided by the plan's actuary as of the measurement date. As of December 31, 2018, the weighted-average discount rate was 2.0%.

The expected long-term rates of return on plan assets are determined by performing a detailed analysis of historical and expected returns based on the strategic asset allocation of the underlying asset class applicable to each country. We also consider our historical experience with the pension funds' asset performance. The expected long-term rates of return on plan assets are assumptions and not what is expected to be earned in any one particular year. The weighted-average long-term rates of return on plan assets assumptions used for determining our net periodic pension expense for 2018 was 4.1%.

A 50 basis point increase in the discount rate would result in a decrease of less than $1 million to the net periodic benefit cost for 2019, while a 50 basis point decrease in the discount rate would result in an increase of approximately $10 million. A 50 basis point increase in the expected return on plan assets assumption would result in a decrease of approximately $6 million to the net periodic benefit cost for 2019, while a 50 basis point decrease in the expected return on plan assets assumption would result in an increase of approximately $6 million.

In the fourth quarter of 2018, the local pension board responsible for our defined benefit pension plan in the Netherlands decided to proceed with a restructuring of that plan to ensure its long-term sustainability. As a part of this restructuring, the plan administrators expect to irrevocably transfer liabilities associated with vested retirees to a third-party insurance company through the purchase of annuity contracts. This transfer is expected to occur during 2019, and is subject to the completion of certain regulatory reviews and other administrative steps. The purchase of these annuity contracts will be funded by the existing plan assets, and will not require us to make any additional cash contributions. Based on our current projections, the transfer is expected to meet the criteria for settlement accounting, resulting in a non-cash charge of approximately $415 million. At December 31, 2018, our accumulated other comprehensive loss included deferred losses of approximately $185 million related to this plan, which will be reclassified to our consolidated statements of operations as a component of the aforementioned non-cash charge on settlement.

*Litigation*

We accrue for litigation matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Litigation liabilities and expenditures included in our consolidated financial statements include litigation matters that are liabilities of DuPont and its subsidiaries, that we may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Disputes between us and DuPont may arise with respect to indemnification of these matters, including disputes based on matters of law or contract interpretation. If, and to the extent these disputes arise, they could materially adversely affect our results of operations. Legal costs such as outside counsel fees and expenses are charged to expense in the period services are received.

*Environmental Liabilities and Expenditures*

We accrue for remediation activities when it is probable that a liability has been incurred and a reasonable estimate of the liability can be made. Where the available information is sufficient to estimate the amount of liability, that estimate has been used. Where the information is only sufficient to establish a range of probable liability and no point within the range is more-likely-than any other, the lower end of the range has been used. Estimated liabilities are determined based on existing remediation laws and technologies. Inherent uncertainties exist in such evaluations, primarily due to unknown environmental conditions, changing governmental regulations and legal standards regarding liability, and emerging remediation technologies. These accruals are adjusted periodically as remediation efforts progress and as additional technology, regulatory, and legal information become available.

Environmental liabilities and expenditures include claims for matters that are liabilities of DuPont and its subsidiaries, which we may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Accrued liabilities are undiscounted and do not include claims against third-parties.

**The Chemours Company**

Costs related to environmental remediation are charged to expense in the period incurred. Other environmental costs are also charged to expense in the period incurred, unless they increase the value of the property or reduce or prevent contamination from future operations, in which case, they are capitalized and amortized.

**Environmental Matters**

Consistent with our values and our Environment, Health, and Safety policy, we are committed to preventing releases to the environment at our manufacturing sites to keep our people and communities safe, and to be good stewards of the environment. We are also subject to environmental laws and regulations relating to the protection of the environment. We believe that, as a general matter, our policies, standards, and procedures are properly designed to prevent unreasonable risk of harm to people and the environment, and that our handling, manufacture, use, and disposal of hazardous substances are in accordance with applicable environmental laws and regulations.

*Environmental Expenditures*

We incur costs for pollution abatement activities including waste collection and disposal, installation and maintenance of air pollution controls and waste water treatment, emissions testing and monitoring, and obtaining permits. Annual expenses charged to current operations include environmental operating costs and the increase in the remediation accrual (further described below), if any, during the period reported.

The charges described in this section include $10 million of the total $75 million accrued for costs associated with the proposed Consent Order between us and the NC DEQ, which is further described in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. The $10 million described herein represents on-site remediation activities recorded as part of our total environmental remediation liability at December 31, 2018. The remaining $65 million includes items such as fines, penalties, and off-site remediation activities at our Fayetteville, North Carolina site, and has been recorded as a component of our total accrued litigation reserves at December 31, 2018.

In the longer-term, our environmental remediation expenditures are subject to considerable uncertainty and may fluctuate significantly. In the U.S., additional capital expenditures (further described below) are expected to be required over the next decade for treatment, storage, and disposal facilities for solid and hazardous waste and for compliance with the CAA. Until all CAA regulatory requirements are established and known, considerable uncertainty will remain regarding estimates for our future capital expenditures.

*Environmental Capital Expenditures*

For the years ended December 31, 2018, 2017, and 2016, we spent $57 million, $15 million, and $13 million, respectively, on environmental capital projects that were either required by law or necessary to meet our internal environmental objectives. The increase in our environmental capital expenditures for the year ended December 31, 2018 when compared with the same periods in 2017 and 2016 was primarily attributable to new capital projects at our Fayetteville, North Carolina site. We expect further increases in these capital expenditures over the near-term, while in the longer-term, our capital expenditures for environmental remediation will vary based on the success of our deployed solutions, changes in our operations, technological advancements, as well as developments in environmental requirements and stakeholder expectations.

*Environmental Remediation*

In large part, because of past operations, operations of predecessor companies, or past disposal practices, we, like many other similar companies, have clean-up responsibilities and associated remediation costs, and are subject to claims by other parties, including claims for matters that are liabilities of DuPont and its subsidiaries that we may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation.

We accrue for clean-up activities consistent with the policy described under "Critical Accounting Policies and Estimates" within this *MD&A* and in "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements*. Our environmental reserve includes estimated costs related to a number of sites for which it is probable that environmental remediation will be required, whether or not subject to enforcement activities, as well as those obligations that result from environmental laws such as the CERCLA, RCRA, and similar federal, state, local, and foreign laws. These laws require certain investigative, remediation, and restoration activities at sites where we conduct or once conducted operations or at sites where our generated waste was disposed. At December 31, 2018 and 2017, we recorded environmental remediation accruals of $226 million and $253 million, respectively, relating to these matters which, in management's opinion, are appropriate based on existing facts and circumstances.

50

**The Chemours Company**

The following table sets forth the activities in our remediation accruals for the years ended December 31, 2018 and 2017.

| | December 31, | |
|---|---|---|
| *(Dollars in millions)* | **2018** | **2017** |
| **Balance at January 1,** | $ 253 | $ 278 |
| Increase in remediation accrual | 36 | 48 |
| Remediation payments | (63) | (73) |
| **Balance at December 31,** | $ 226 | $ 253 |

Our estimated liability for environmental remediation covered 211 and 212 sites at December 31, 2018 and 2017, respectively.

The following table sets forth our estimated environmental liability by site category.

| *(Dollars in millions)* | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| Site category | Number of Sites | Remediation Accrual | Number of Sites | Remediation Accrual |
| Chemours-owned (1) | 25 | $ 139 | 29 | $ 189 |
| Multi-party Superfund/non-owned (2) | 86 | 87 | 82 | 64 |
| Closed or settled | 100 | - | 101 | - |
| **Total sites** | 211 | $ 226 | 212 | $ 253 |

(1)   Includes remediation accrual of divested or sold sites where certain environmental obligations were retained by us in accordance with the related sale agreements.

(2)   Sites not owned by us, including sites previously owned by DuPont and sites owned by a third-party, where remediation obligations are imposed by Superfund laws such as CERCLA or similar state laws.

As part of our legacy as a former subsidiary of DuPont, we are cleaning-up historical impacts to soil and groundwater that have occurred in the past at the 25 sites that we own. These operating and former operating sites make up approximately 60% of our remediation reserve at December 31, 2018.

We were also assigned numerous clean-up obligations from DuPont, which pertain to 86 sites previously owned by DuPont and sites that we or DuPont never owned or operated. We are meeting our obligations to clean-up those sites. The majority of these never-owned sites are multi-party Superfund sites that we, through DuPont, have been notified of potential liability under CERCLA or similar state laws and which, in some cases, may represent a small fraction of the total waste that was allegedly disposed of at a site. These sites represent approximately 40% of our remediation reserve at December 31, 2018. Included in the 211 sites are 36 inactive sites for which there has been no known investigation, clean-up, or monitoring activity, and no remediation obligation is imposed or required; as such, no remediation accrual is recorded.

The remaining 100 sites, which are Superfund sites and other sites not owned by us, are either already closed or settled, or sites for which we do not believe we have clean-up responsibility based on current information.

Our remediation portfolio is relatively mature, with many of our sites under active clean-up moving towards final completion.

51

**The Chemours Company**

The following graph sets forth the number of remediation sites by site clean-up phase and our remediation reserve by site clean-up phase as of December 31, 2018 and 2017.



(1)  Number of sites does not include the 36 and 35 inactive sites for which there has been no known investigation, clean-up, or monitoring activities as of December 31, 2018 and 2017, respectively.

(2)  Dollars in millions.

As remediation efforts progress, sites move from the investigation phase ("Investigation") to the active clean-up phase ("Active Remediation"), and as construction is completed at Active Remediation sites, those sites move to the operation, maintenance, and monitoring ("OM&M"), or closure phase. As final clean-up activities for some significant sites are completed over the next several years, we expect our annual expenses related to these active sites to decline over time. The time frame for a site to go through all phases of remediation (Investigation and Active Remediation) may take about 15 to 20 years, followed by several years of OM&M activities. Remediation activities, including OM&M activities, vary substantially in duration and cost from site to site. These activities, and their associated costs, depend on the mix of unique site characteristics, evolving remediation technologies, and diverse regulatory requirements, as well as the presence or absence of other PRPs. In addition, for claims that we may be required to indemnify DuPont pursuant to the Separation-related agreements, we, through DuPont, have limited available information for certain sites or are in the early stages of discussions with regulators. For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 million above the amount accrued at December 31, 2018. In general, uncertainty is greatest and the range of potential liability is widest in the Investigation phase, narrowing over time as regulatory agencies approve site remedial plans. As a result, uncertainty is reduced, and sites ultimately move into OM&M, as needed. As more sites advance from Investigation to Active Remediation to OM&M or closure, the upper end of the range of potential liability is expected to decrease over time.

Some remediation sites will achieve site closure and will require no further action to protect people and the environment and comply with laws and regulations. At certain sites, we expect that there will continue to be some level of remediation activity due to ongoing OM&M of remedial systems. In addition, portfolio changes, such as an acquisition or divestiture, or notification as a PRP for a multi-party Superfund site, could result in additional remediation activity and potentially additional accrual.

Management does not believe that any loss, in excess of amounts accrued, related to remediation activities at any individual site will have a material impact on our financial position, results of operations, or cash flows at any given year, as such obligation can be satisfied or settled over many years.

52

**The Chemours Company**

While there are many remediation sites that contribute to the total environmental remediation accrual, the following table sets forth the sites that are the most significant.

| | December 31, | | | |
|---|---|---|---|---|
| *(Dollars in millions)* | **2018** | | **2017** | |
| Chambers Works, Deepwater, New Jersey | $ | 18 | $ | 19 |
| East Chicago, Indiana | | 21 | | 20 |
| Fayetteville Works, Fayetteville, North Carolina | | 10 | | 4 |
| Pompton Lakes, New Jersey | | 45 | | 55 |
| USS Lead, East Chicago, Indiana | | 15 | | 26 |
| All other sites | | 117 | | 129 |
| **Total accrued environmental remediation** | $ | 226 | $ | 253 |

The five sites listed above represent approximately 50% of our reserve as of December 31, 2018 and 2017. We expect to spend, in the aggregate, approximately $60 million over the next three years. For all other sites, we expect to spend approximately $80 million over the next three years.

*Chambers Works, Deepwater, New Jersey*

The Chambers Works complex is located on the eastern shore of the Delaware River in Deepwater, Salem County, New Jersey. The site comprises the former Carneys Point Works in the northern area and the Chambers Works manufacturing area in the southern area. Site operations began in 1892 when the former Carneys Point smokeless gunpowder plant was constructed at the northern end of Carneys Point. Site operations began in the manufacturing area around 1914 and included the manufacture of dyes, aromatics, elastomers, chlorofluorocarbons, and tetraethyl lead. We continue to manufacture a variety of fluorochemicals and finished products at Chambers Works. In addition, three tenants operate processes at Chambers Works including steam/electricity generation, industrial gas production, and the manufacture of intermediate chemicals. As a result of over 100 years of continuous industrial activity, site soils and groundwater have been impacted by chemical releases.

In response to identified groundwater contamination, a groundwater interceptor well system ("IWS") was installed in 1970, which was designed to contain contaminated groundwater and restrict off-site migration. Additional remediation is being completed under a federal RCRA Corrective Action Permit. The site has been studied extensively over the years, and more than 25 remedial actions have been completed to date and engineering and institutional controls put in place to ensure protection of people and the environment. In the fourth quarter of 2017, a site perimeter sheet pile barrier intended to more efficiently contain groundwater was completed.

Remaining work beyond continued operation of the IWS and groundwater monitoring includes completion of various targeted studies onsite and in adjacent water bodies to close investigation data gaps, as well as selection and implementation of final remedies under RCRA Corrective Action for various solid waste management units and areas of concern not yet addressed through interim measures.

*East Chicago, Indiana*

East Chicago is a former manufacturing facility owned by us in East Chicago, Lake County, Indiana. The approximate 440-acre site is bounded to the south by the east branch of the Grand Calumet River, to the east and north by residential and commercial areas, and to the west by industrial areas, including a former lead processing facility. The inorganic chemicals unit on site produced various chloride, ammonia, and zinc products and inorganic agricultural chemicals beginning in 1892 until 1986. Organic chemical manufacturing began in 1944, consisting primarily of CFCs production. Current operations, including support activities, now cover 28 acres of the site. The remaining business was sold to W.R. Grace Company ("Grace") in early 2000, and Grace operates the unit as a tenant. Approximately 172 acres of the site were never developed and are managed by The Nature Conservancy for habitat preservation.

A comprehensive evaluation of soil and groundwater conditions at the site was performed as part of the RCRA Corrective Action process. Studies of historical site impacts began in 1983 in response to preliminary CERCLA actions undertaken by the EPA. The EPA eventually issued an Administrative Order on Consent for the site in 1997. The order specified that remediation work be performed under RCRA Corrective Action authority. Work has proceeded under the RCRA Corrective Action process since that time.

**The Chemours Company**

Subsequent investigations included the preparation of initial environmental site assessments and multiple phases of investigation. In 2002, as an interim remedial measure, two 2,000-foot long permeable reactive barrier treatment walls were installed along the northern property boundary to address migration of chemicals in groundwater. Since that time, the investigation process has been completed and approved by the EPA, and the final remedy for the site has been selected by the EPA and posted for public comment.

*Fayetteville Works, Fayetteville, North Carolina*

The Fayetteville Works facility is located 15 miles southeast of the City of Fayetteville in Cumberland and Bladen counties, North Carolina. The facility encompasses approximately 2,200 acres, which were purchased by DuPont in 1970, and are bounded to the east by the Cape Fear River and to the west by North Carolina Highway 87. Currently, the site manufactures plastic sheeting, fluorochemicals, and intermediates for plastics manufacturing. A former manufacturing area, which was sold in 1992, produced nylon strapping and elastomeric tape. DuPont sold its Butacite® and SentryGlas® manufacturing units to Kuraray America, Inc. in June 2014. In July 2015, upon our Separation from DuPont, we became the owner of the Fayetteville Works land assets along with fluoromonomers, Nafion® membranes, and the related polymer processing aid ("PPA") manufacturing units. A polyvinyl fluoride ("PVF") resin manufacturing unit remained with DuPont.

Beginning in 1996, several stages of site investigation were conducted under NC DEQ oversight, as required by the facility's hazardous waste permit. In addition, the site has voluntarily agreed to agency requests for additional investigations of the potential release of PFAS beginning with PFOA in 2006. As a result of detection of the polymer processing aid GenX in on-site groundwater wells during our investigations in 2017, the NCDEQ issued an NOV on September 6, 2017 alleging violations of North Carolina water quality statutes and requiring further response. Since that time, and in response to three additional NOVs issued by NCDEQ, we have worked cooperatively with the agency to investigate and address releases of PFAS to on-site and off-site groundwater and surface water.

As discussed under "Recent Developments" in this *MD&A*, and further in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, we and the NC DEQ have filed a proposed Consent Order intended to comprehensively address various issues, NOVs, and court filings made by the NC DEQ regarding our Fayetteville, North Carolina facility and resolve litigations filed by the NC DEQ and Cape Fear River Watch, a non-profit organization. Of the total estimated liability of $75 million accrued for this matter as of December 31, 2018, $10 million is related to on-site groundwater and surface water conditions that require further study and cleanup action under the proposed Consent Order and is included within our overall environmental remediation accrual.

*Pompton Lakes, New Jersey*

During the 20th century, blasting caps, fuses, and related materials were manufactured at Pompton Lakes, Passaic County, New Jersey. Operating activities at the site were ceased in the mid-1990s. The primary contaminants in the soil and sediments are lead and mercury. Groundwater contaminants include volatile organic compounds. Under the authority of the EPA and the New Jersey Department of Environmental Protection, remedial actions at the site are focused on investigating and cleaning-up the area. Groundwater monitoring at the site is ongoing, and we have installed and continue to install vapor mitigation systems at residences within the groundwater plume. In addition, we are further assessing groundwater conditions. In June 2015, the EPA issued a modification to the site's RCRA permit that requires us to dredge mercury contamination from a 36-acre area of the lake and remove sediment from two other areas of the lake near the shoreline. The remediation activities commenced when permits and implementation plans were approved in May 2016, and work on the lake dredging project is now complete.

*U.S. Smelter and Lead Refinery, Inc., East Chicago, Indiana*

The U.S. Smelter and Lead Refinery, Inc. ("USS Lead") Superfund site is located in the Calumet neighborhood of East Chicago, Lake County, Indiana. The site includes the former USS Lead facility along with nearby commercial, municipal, and residential areas. The primary compounds of interest are lead and arsenic which may be found in soils within the impacted area. The EPA is directing and organizing remediation on this site, and we are one of a number of parties working cooperatively with the EPA on the safe and timely completion of this work. DuPont's former East Chicago manufacturing facility was located adjacent to the site, and DuPont assigned responsibility for the site to us in the separation agreement.

The USS Lead Superfund site was listed on the National Priorities List in 2009. To facilitate negotiations with PRPs, the EPA divided the residential part of the USS Lead Superfund site into three zones, referred to as Zone 1, Zone 2, and Zone 3. The division into three zones resulted in Atlantic Richfield Co. and DuPont entering into an agreement in 2014 with the EPA and the State of Indiana to reimburse the EPA's costs to implement clean-up in Zone 1 and Zone 3. More recently, in March 2017, we and three other parties (Atlantic Richfield Co., DuPont, and the U.S. Metals Refining Co.) entered into an administrative order on consent to reimburse the EPA's costs to clean-up a portion of Zone 2. In March 2018, the EPA issued a Unilateral Administrative Order for the remainder of the Zone 2 work to five parties, including us, Atlantic Richfield Co., DuPont, the U.S. Metals Refining Co., and USS Lead Muller Group, and these parties have entered into an interim allocation agreement to complete that work by the end of 2019. There is uncertainty as to whether these parties will be able to agree on a final allocation for Zone 2 and/or the other Zones, and whether any additional PRPs may be identified.

54

**The Chemours Company**

The environmental accrual for USS Lead continues to be based on the 2012 Record of Decision ("ROD") and Statement of Work for Zone 1 and the associated portion of Zone 3 not yet completed, as well as the current estimate of our share of remaining Zone 2 clean-up. The EPA released a proposed amendment to the 2012 ROD for a portion of Zone 1 in December 2018 (following its August 2018 Feasibility Study Addendum), with its recommended option based on future residential use. However, the proposed amendment was sent out for public comment with the EPA's statement that the remedy basis and cost may change based on community input on future land use. The EPA's final decision is expected some time in the first half of 2019. We expect that our future costs for Zone 1 will be contingent on this remedy decision, as well as any final allocation between PRPs.

*Climate Change*

We are taking prudent, practical, and cost-effective actions to address climate change as we grow our operations and help our customers do the same. We are committed to improving our resource efficiency, to acting on opportunities to reduce our greenhouse gas ("GHG") emissions, to enhancing the eco-efficiency of our supply chain, and to encouraging our employees to reduce their own environmental footprints. We understand that maintaining safe, sustainable operations has an impact on us, our communities, the environment, and our collective future. We continue to invest in R&D to develop safer, cleaner, and more efficient products and processes that help our customers and consumers reduce both their GHGs and their overall environmental footprint. We value collaboration to drive change and commit to working with policymakers, our value chain, and other organizations to encourage collective action for reducing GHGs.

**PFOA**

See our discussion under the heading "PFOA" in "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

55

**The Chemours Company**

Non-GAAP Financial Measures

We prepare our consolidated financial statements in accordance with GAAP. To supplement our financial information presented in accordance with GAAP, we provide the following non-GAAP financial measures - Adjusted EBITDA, Adjusted Net Income, Adjusted Earnings per Share ("Adjusted EPS"), Free Cash Flows ("FCF"), and Return on Invested Capital ("ROIC") - in order to clarify and provide investors with a better understanding of our performance when analyzing changes in our underlying business between reporting periods and to provide for greater transparency with respect to supplemental information used by management in its financial and operational decision-making. We utilize Adjusted EBITDA as the primary measure of segment profitability used by our Chief Operating Decision Maker.

Adjusted EBITDA is defined as income (loss) before taxes, excluding the following:

- interest expense, depreciation, and amortization;
- non-operating pension and other post-retirement employee benefit costs, which represent the components of net periodic pension (income) costs excluding the service cost component;
- exchange (gains) losses included in other income (expense), net;
- restructuring, asset-related, and other charges;
- asset impairments;
- (gains) losses on sales of assets and businesses; and,
- other items not considered indicative of our ongoing operational performance and expected to occur infrequently.

Adjusted Net Income is defined as our net income or loss, adjusted for items excluded from Adjusted EBITDA, except interest expense, depreciation, amortization, and certain provision for (benefit from) income tax amounts. Adjusted EPS is presented on a diluted basis and is calculated by dividing Adjusted Net Income by the weighted-average number of our common shares outstanding, accounting for the dilutive impact of our stock-based compensation awards. FCF is defined as our cash flows provided by operating activities, less purchases of property, plant, and equipment as shown in our consolidated statements of cash flows. ROIC is defined as Adjusted EBIT, divided by the average of our invested capital, which amounts to net debt plus equity.

We believe the presentation of these non-GAAP financial measures, when used in conjunction with GAAP financial measures, is a useful financial analysis tool that can assist investors in assessing our operating performance and underlying prospects. This analysis should not be considered in isolation or as a substitute for analysis of our results as reported under GAAP. In the future, we may incur expenses similar to those eliminated in this presentation. Our presentation of Adjusted EBITDA, Adjusted Net Income, Adjusted EPS, FCF, and ROIC should not be construed as an inference that our future results will be unaffected by unusual or infrequently occurring items. The non-GAAP financial measures we use may be defined differently from measures with the same or similar names used by other companies. This analysis, as well as the other information provide in this Annual Report on Form 10-K, should be read in conjunction with the *Consolidated Financial Statements* and notes thereto included in this report.

56

**The Chemours Company**

The following table sets forth a reconciliation of Adjusted EBITDA, Adjusted Net Income, and Adjusted EPS to our net income attributable to Chemours for the years ended December 31, 2018, 2017, and 2016.

| (Dollars in millions, except per share amounts) | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| Net income attributable to Chemours | $ 995 | $ 746 | $ 7 |
| Non-operating pension and other post-retirement employee benefit income | (27) | (34) | (20) |
| Exchange (gains) losses, net | (1) | (3) | 57 |
| Restructuring, asset-related, and other charges (1) | 49 | 57 | 170 |
| Loss (gain) on extinguishment of debt | 38 | 1 | (6) |
| Gain on sales of assets and businesses (2) | (45) | (22) | (254) |
| Transaction costs (3) | 9 | 3 | 19 |
| Legal charges (4) | 82 | 9 | 343 |
| Other charges | 1 | 12 | 21 |
| Adjustments made to income taxes (5) | (41) | (25) | 18 |
| Benefit from income taxes relating to reconciling items (6) | (26) | (14) | (148) |
| Adjusted Net Income | 1,034 | 730 | 207 |
| Net income attributable to non-controlling interests | 1 | 1 | - |
| Interest expense, net | 195 | 214 | 219 |
| Depreciation and amortization | 284 | 273 | 284 |
| All remaining provision for income taxes | 226 | 204 | 112 |
| Adjusted EBITDA | $ 1,740 | $ 1,422 | $ 822 |
| Weighted-average number of common shares outstanding - basic | 176,968,554 | 184,844,106 | 181,621,422 |
| Dilutive effect of our employee compensation plans | 5,603,467 | 6,139,885 | 1,795,078 |
| Weighted-average number of common shares outstanding - diluted | 182,572,021 | 190,983,991 | 183,416,500 |
| Per share data | | | |
| Basic earnings per share of common stock | $ 5.62 | $ 4.04 | $ 0.04 |
| Diluted earnings per share of common stock | 5.45 | 3.91 | 0.04 |
| Adjusted basic earnings per share of common stock | 5.85 | 3.95 | 1.17 |
| Adjusted diluted earnings per share of common stock | 5.67 | 3.82 | 1.16 |

(1) Includes restructuring, asset-related, and other charges, which are discussed in further detail in "Note 7 - Restructuring, Asset-related, and Other Charges" to the *Consolidated Financial Statements*.

(2) The year ended December 31, 2018, included gains of $3 million and $42 million associated with the sales of our East Chicago, Indiana and Linden, New Jersey sites, respectively. The year ended December 31, 2017 included gains of $13 million and $12 million associated with the sale of our land in Repauno, New Jersey that was previously deferred and realized upon meeting certain milestones, and for the sale of our Edge Moor, Delaware plant site, respectively, net of certain losses on other disposals. The year ended December 31, 2016 included gains of $169 million and $89 million associated with the sales of our C&D business and our Aniline facility in Beaumont, Texas, respectively.

(3) Includes costs associated with our debt transactions, as well as accounting, legal, and bankers' transaction costs incurred in connection with our strategic initiatives.

(4) Includes litigation settlements, PFOA drinking water treatment accruals, and other legal charges. The year ended December 31, 2018 included $63 million in additional charges for the estimated liability associated with our Fayetteville, North Carolina site, which was included as a component of selling, general, and administrative expense in our consolidated statements of operations. See "Note 21 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further detail. For the year ended December 31, 2016, legal charges included $335 million in litigation accruals associated with the PFOA MDL Settlement.

(5) Includes the removal of certain discrete income tax impacts within our (benefit from) provision for income taxes. For the year ended December 31, 2018, our adjustments to income taxes included the following: $18 million in benefit, primarily attributable to the filing of our 2017 U.S. tax return; $15 million in benefit from the release of a valuation allowance against our foreign tax credits due to changes in normal business operations; $14 million in benefit from windfalls on our share-based payments; $4 million in benefit resulting from unrealized losses on foreign exchange rates related to toll charges under U.S. tax reform; and, $7 million in expense due to the tax implications of foreign exchange gains and losses. For the year ended December 31, 2017, our adjustments to income taxes included the following: $20 million in benefit from windfalls on our share-based payments; $6 million in benefit from the reversal of a reserve for uncertain tax positions; $3 million in benefit from the net impact of U.S. tax reform; and, $5 million in expense due to the tax implications of foreign exchange gains and losses. For the year ended December 31, 2016, our adjustments to income taxes included $18 million in expense due to the tax implications of foreign exchange gains and losses.

(6) The income tax impacts included in this caption are determined using the applicable rates in the taxing jurisdictions in which income or expense occurred and represents both current and deferred income tax expense or benefit based on the nature of the non-GAAP financial measure.

**The Chemours Company**

The following table sets forth a reconciliation of FCF to our cash flows provided by operating activities for the years ended December 31, 2018, 2017, and 2016.

| (Dollars in millions) | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2016 | |
| Cash flows provided by operating activities (1) | $ | 1,140 | $ | 640 | $ | 594 |
| Less: Purchases of property, plant, and equipment | | (498) | | (411) | | (338) |
| **Free Cash Flows** | $ | 642 | $ | 229 | $ | 256 |

(1) Cash flows provided by operating activities for the year ended December 31, 2017 include $335 million in payments related to the PFOA MDL Settlement. Cash flows provided by operating activities for the year ended December 31, 2016 include $190 million in prepayments from DuPont, of which, $58 million was outstanding at December 31, 2016. The DuPont prepayment was fully utilized during the year ended December 31, 2017.

The following table sets forth a reconciliation of invested capital, net, a component of ROIC, to our total debt, equity, and cash and cash equivalents amounts for the years ended December 31, 2018, 2017, and 2016.

| (Dollars in millions) | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2016 | |
| Adjusted EBITDA (1) | $ | 1,740 | $ | 1,422 | $ | 822 |
| Less: Depreciation and amortization | | (284) | | (273) | | (284) |
| **Adjusted EBIT** | | 1,456 | | 1,149 | | 538 |
| Total debt | | 3,972 | | 4,112 | | 3,544 |
| Total equity | | 1,020 | | 865 | | 104 |
| Less: Cash and cash equivalents | | (1,201) | | (1,556) | | (902) |
| **Invested capital, net** | $ | 3,791 | $ | 3,421 | $ | 2,746 |
| Average invested capital (2) | $ | 3,717 | $ | 3,157 | $ | 3,419 |
| **Return on Invested Capital** | | 39% | | 36% | | 16% |

(1) See a reconciliation of Adjusted EBITDA to net income attributable to Chemours in the preceding table.

(2) Average invested capital is based on a five-point trailing average of invested capital, net.

**The Chemours Company**

## Item 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

We are exposed to changes in foreign currency exchange rates because of our global operations. As a result, we have assets, liabilities, and cash flows denominated in a variety of foreign currencies. We are also exposed to changes in the prices of certain commodities that we use in production. Changes in these rates and commodity prices may have an impact on our future cash flows and earnings. We manage these risks through normal operating and financing activities and, when deemed appropriate, through the use of derivative financial instruments. We do not enter into derivative financial instruments for trading or speculative purposes.

By using derivative financial instruments, we are subject to credit and market risk. The fair values of the derivative financial instruments are determined by using valuation models whose inputs are derived using market observable inputs, and reflects the asset or liability position as of the end of each reporting period. When the fair value of a derivative contract is positive, the counterparty owes us, thus creating a receivable risk for us. We are exposed to counterparty credit risk in the event of non-performance by counterparties to our derivative agreements. We minimize counterparty credit (or repayment) risk by entering into transactions with major financial institutions of investment grade credit ratings.

### Foreign Currency Risks

We enter into foreign currency forward contracts to minimize the volatility in our earnings related to foreign exchange gains and losses resulting from remeasuring our monetary assets and liabilities that are denominated in non-functional currencies, and any gains and losses from the foreign currency forward contracts are intended to be offset by any gains or losses from the remeasurement of the underlying monetary assets and liabilities. These derivatives are stand-alone and, except as described below, have not been designated as a hedge. At December 31, 2018, we had 20 foreign currency forward contracts outstanding, with an aggregate gross notional U.S. dollar equivalent of $503 million, the fair value of which amounted to less than $1 million. We had no foreign currency forward contracts outstanding at December 31, 2017. We recognized net gains of $3 million and $4 million for the years ended December 31, 2018 and December 31, 2017, respectively, and a net loss of $15 million for the year ended December 31, 2016 within other income, net in the consolidated statements of operations related to our non-designated foreign currency forward contracts.

We enter certain qualifying foreign currency forward contracts under a cash flow hedge program to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases in certain of our international subsidiaries that use the euro as their functional currency. At December 31, 2018, we had 75 foreign currency forward contracts outstanding under our cash flow hedge program with an aggregate notional U.S. dollar equivalent of $143 million, the fair value of which amounted to $3 million of net unrealized gain. We recognized a pre-tax gain of $10 million for the year ended December 31, 2018 on our cash flow hedge within accumulated other comprehensive loss. For the year ended December 31, 2018, $4 million of gain was reclassified to the cost of goods sold from accumulated other comprehensive loss.

We have also designated our euro-denominated debt as a hedge of our net investment in certain of our international subsidiaries that use the euro as their functional currency in order to reduce the volatility in stockholders' equity caused by changes in foreign currency exchange rates of the euro with respect to the U.S. dollar. We recognized a pre-tax gain of $32 million, a pre-tax loss of $86 million, and a pre-tax gain of $14 million on our net investment hedges within accumulated other comprehensive loss for the years ended December 31, 2018, 2017, and 2016, respectively.

Our risk management programs and the underlying exposures are closely correlated, such that the potential loss in value for the risk management portfolio described above would be largely offset by the changes in the value of the underlying exposures. See "Note 25 - Financial Instruments" to the *Consolidated Financial Statements* for further information.

### Concentration of Credit Risk

Our sales are not dependent on any single customer. At December 31, 2018, one individual customer balance represented approximately 8% of our total outstanding accounts and notes receivable balance. At December 31, 2017, no individual customer balance represented more than 5% of our total outstanding accounts and notes receivable balance. Any credit risk associated with our accounts and notes receivable balance is representative of the geographic, industry, and customer diversity associated with our global businesses. As a result of our customer base being widely dispersed, we do not believe our exposure to credit-related losses related to our business as of December 31, 2018 and 2017 was material.

We also maintain strong credit controls in evaluating and granting customer credit. As a result, we may require that customers provide some type of financial guarantee in certain circumstances. The length of terms for customer credit varies by industry and region.

**The Chemours Company**

## Commodities Risk

A portion of our products and raw materials are commodities whose prices fluctuate as market supply and demand fundamentals change. Accordingly, product margins and the level of our profitability tend to fluctuate with changes in the business cycle. We try to protect against such instability through various business strategies. These include provisions in sales contracts allowing us to pass on higher raw materials costs through timely price increases and formula price contracts to transfer or share commodity price risk. We did not have any commodity derivative financial instruments in place as of December 31, 2018 and 2017.

## Item 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

The financial statements and supplementary data required by this *Item 8 - Financial Statements and Supplementary Data* is incorporated by reference herein as set forth in *Item 15(a)(1) - Consolidated Financial Statements*.

## Item 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

None.

## Item 9A. CONTROLS AND PROCEDURES

### Disclosure Controls and Procedures

We maintain disclosure controls and procedures designed to provide reasonable assurance that the information required to be disclosed in our reports filed or submitted under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the SEC. These controls and procedures also provide reasonable assurance that information required to be disclosed in such reports is accumulated and communicated to management, including our CEO and CFO, to allow timely decisions regarding required disclosures.

As of December 31, 2018, our CEO and CFO, together with management, conducted an evaluation of the effectiveness of our disclosure controls and procedures as defined in Rule 13a-15(e) under the Exchange Act. Based on that evaluation, the CEO and CFO have concluded that these disclosure controls and procedures are effective at the reasonable assurance level.

### Changes in Internal Control over Financial Reporting

There have been no changes in our internal control over financial reporting that occurred during the year ended December 31, 2018 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

### Management's Report on Internal Control over Financial Reporting

We have completed an evaluation of our internal control over financial reporting and have concluded that our internal control over financial reporting was effective as of December 31, 2018 (see "Management's Report on Internal Control over Financial Reporting" on page F-2 to the *Consolidated Financial Statements*).

## Item 9B. OTHER INFORMATION

None.

**The Chemours Company**
**PART III**

## Item 10. DIRECTORS, EXECUTIVE OFFICERS, AND CORPORATE GOVERNANCE

Except for information concerning executive officers, which is included in Part I of this Annual Report on Form 10-K under the caption "Executive Officers of the Registrant," the information about our directors required by this *Item 10 - Directors, Executive Officers, and Corporate Governance* is contained under the caption "Proposal 1 - Election of Directors" in the definitive proxy statement for our 2019 annual meeting of stockholders (the "2019 Proxy Statement"), which we anticipate filing with the SEC within 120 days after the end of the fiscal year to which this report relates, and is incorporated herein by reference.

Information regarding our audit committee, code of ethics, and compliance with Section 16(a) of the Exchange Act is contained in the 2019 Proxy Statement under the captions "Corporate Governance," "Board Structure and Committee Composition," and "Section 16(a) Beneficial Ownership Reporting Compliance" and is incorporated herein by reference.

## Item 11. EXECUTIVE COMPENSATION

The information required by this *Item 11 - Executive Compensation* is contained in the 2019 Proxy Statement under the captions "Executive Compensation," "Director Compensation," "Compensation Committee Report," and "Compensation Committee Interlocks, and Insider Participation" and is incorporated herein by reference.

## Item 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required by this *Item 12 - Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters* and not otherwise set forth below is contained in the 2019 Proxy Statement under the caption "Security Ownership of Certain Beneficial Owners and Management" and is incorporated herein by reference.

**Securities authorized for issuance under equity compensation plans**

| (Shares in thousands) | December 31, 2018 | | |
|---|---|---|---|
| Plan Category | Number of Securities to be Issued Upon Exercise of Outstanding Options, Warrants, and Rights (1) | Weighted-average Exercise Price of Outstanding Options, Warrants, and Rights (2) | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans (3) |
| Equity compensation plans approved by security holders | 7,300 | $ 18.45 | 16,800 |

(1)  Includes the approximate number of outstanding stock options, restricted stock units ("RSUs"), and performance share units ("PSUs").

(2)  Represents the weighted-average exercise price of outstanding stock options only. RSUs and PSUs do not have associated exercise prices.

(3)  Reflects the approximate shares available for issuance pursuant to The Chemours Company 2017 Equity and Incentive Plan (the "2017 Plan"), which was approved by our stockholders on April 26, 2017 and replaces The Chemours Company Equity and Incentive Plan. The maximum number of shares of stock reserved for the grant or settlement of awards under the 2017 Plan is 19,000,000.

## Item 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

The information required by this *Item 13 - Certain Relationships and Related Transactions, and Director Independence* is contained in the 2019 Proxy Statement under the captions "Director Independence" and "Certain Relationships and Transactions" and is incorporated herein by reference.

## Item 14. PRINCIPAL ACCOUNTING FEES AND SERVICES

The information required by this *Item 14 - Principal Accounting Fees and Services* is contained in the 2019 Proxy Statement under the captions "Proposal 3 - Ratification of Selection of Independent Registered Public Accounting Firm," "Fees Paid to Independent Registered Public Accounting Firm," and "Audit Committee's Pre-approval Policies and Procedures" and is incorporated herein by reference.

**The Chemours Company**
**PART IV**

## Item 15. EXHIBITS, FINANCIAL STATEMENT SCHEDULES

**(a)(1) Consolidated Financial Statements**

See the "Index" to the *Consolidated Financial Statements* commencing on page F-1 of this Annual Report on Form 10-K.

**(a)(2) Financial Statement Schedule**

See "Note 9 - Income Taxes" to the *Consolidated Financial Statements*.

**(a)(3) Exhibits**

See the "Exhibit Index" beginning on page 63 of this Annual Report on Form 10-K.

## Item 16. FORM 10-K SUMMARY

None.

**The Chemours Company**

| EXHIBIT INDEX | |
|---|---|

| Exhibit Number | Description |
|---|---|
| 2.1 | Separation Agreement by and between E. I. du Pont de Nemours and Company and the Chemours Company (incorporated by reference to Exhibit 2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 2.1(1) | Amendment No. 1, dated August 24, 2017, to the Separation Agreement, dated as of July 1, 2015, by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 2.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on August 25, 2017). |
| 3.1 | Company's Amended and Restated Certificate of Incorporation (incorporated by reference to Exhibit 3.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 3.2 | Company's Amended and Restated Bylaws (incorporated by reference to Exhibit 3.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 4.1 | Indenture, dated May 12, 2015 by and among The Chemours Company, The Guarantors party thereto and U.S. Bank National Association, as Trustee, Elavon Financial Services Limited, as Registrar and Transfer Agent for the Euro Notes (incorporated by reference to Exhibit 10.7 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(1) | First Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee (incorporated by reference to Exhibit 10.8 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(2) | Second Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee (incorporated by reference to Exhibit 10.9 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(3) | Third Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee, Elavon Financial Services Limited, UK Branch, as Paying Agent for the Euro Notes and Elavon Financial Services Limited, as Registrar and Transfer Agent for the Euro Notes (incorporated by reference to Exhibit 10.10 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(4) | Fourth Supplemental Indenture, dated as of June 6, 2018, among The Chemours Company, the Guarantors named therein, U.S. Bank National Association, as trustee, Elavon Financial Services DAC, UK Branch, as paying agent, and Elavon Financial Services DAC, as registrar and transfer agent (incorporated by reference to Exhibit 4.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on June 6, 2018). |
| 4.1(5) | Specimen 6.625% Notes due 2023 (included in Exhibit 4.1(1)). |
| 4.1(6) | Specimen 7.000% Notes due 2025 (included in Exhibit 4.1(2)). |
| 4.1(7) | Specimen 6.125% Notes due 2023 (included in Exhibit 4.1(3)). |
| 4.2 | Indenture (for senior debt securities), dated as of May 23, 2017, by and between The Chemours Company and U.S. Bank National Association, as trustee (incorporated by reference to Exhibit 4.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(1) | First Supplemental Indenture, dated as of May 23, 2017, by and among The Chemours Company, the guarantors named therein and U.S. Bank National Association, as trustee (incorporated by reference to Exhibit 4.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(2) | Second Supplemental Indenture, dated as of June 6, 2018, among The Chemours Company, the Guarantors named therein, U.S. Bank National Association, as trustee, Elavon Financial Services DAC, UK Branch, as paying agent, and Elavon Financial Services DAC, as registrar and transfer agent (incorporated by reference to Exhibit 4.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on June 6, 2018). |
| 4.2(3) | Specimen 5.375% Senior Note due 2027 (incorporated by reference to Exhibit 4.3 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(4) | Specimen 4.000% Senior Note Due 2026 (included in Exhibit 4.2(2)). |
| 10.1 | Second Amended and Restated Transition Services Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.2 | Tax Matters Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.3 | Employee Matters Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.3 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.4 | Third Amended and Restated Intellectual Property Cross-License Agreement by and among E. I. du Pont de Nemours and Company, The Chemours Company FC and The Chemours Company TT, LLC (incorporated by reference to Exhibit 10.4 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.14 | Amended and Restated Credit Agreement, dated as of April 3, 2018, among The Chemours Company, the Lenders and Issuing Banks party thereto and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on April 3, 2018). |
| 10.16* | The Chemours Company Equity and Incentive Plan (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205391, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.17* | The Chemours Company Retirement Savings Restoration Plan (incorporated by reference to Exhibit 10.5 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.18* | The Chemours Company Management Deferred Compensation Plan (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205393), as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |

**The Chemours Company**

| Exhibit Number | Description |
|---|---|
| 10.19(1)* | The Chemours Company Stock Accumulation and Deferred Compensation Plan for Directors (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205392), as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.19(2)* | The Chemours Company Stock Accumulation and Deferred Compensation Plan for Directors (incorporated by reference to Exhibit 10.2 to the Company's Quarterly Report on Form 10-Q, as filed with the U.S. Securities and Exchange Commission on May 4, 2018). |
| 10.20* | The Chemours Company Senior Executive Severance Plan (incorporated by reference to Exhibit 10.20 to the company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 10.21* | Form of Option Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.21 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.22* | Form of Restricted Stock Unit Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.22 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.23* | Form of Stock Appreciation Right Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.23 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.24(1)* | Form of Restricted Stock Unit Terms for Non-Employee Directors under the Company's Equity Incentive Plan (incorporated by reference to Exhibit 10.24 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.24(2)* | Form of Deferred Stock Unit Terms for Non-Employee Directors under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.3 to the Company's Quarterly Report on Form 10-Q, as filed with the U.S. Securities and Exchange Commission on May 4, 2018). |
| 10.25* | Form of Performance-Based Restricted Stock Unit Terms for August 2015 (incorporated by reference to Exhibit 10.25 to the company's Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2015). |
| 10.26* | Form of Performance Share Unit Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.26 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.27* | Form of Cash Performance Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.27 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.28* | Form of Indemnification Agreement for officers and directors (incorporated by reference to Exhibit 10.28 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.30 | Letter Agreement dated January 28, 2016 by and between The Chemours Company and E. I. du Pont de Nemours and Company (incorporated by reference to Item 10.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on February 23, 2016). |
| 10.31* | Form of Option Award Terms under the Company's Equity Incentive Plan for grantees located in the U.S. (incorporated by reference to Exhibit 10.31 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.32* | Form of Option Award Terms under the Company's Equity Incentive Plan for grantees located outside the U.S. (incorporated by reference to Exhibit 10.32 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.33* | Form of Award Terms of Time-Vested Restricted Stock Units under the Company's Equity Incentive Plan for grantees located in the U.S. (incorporated by reference to Exhibit 10.33 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.34* | Form of Award Terms of Time-Vested Restricted Stock Units under the Company's Equity Incentive Plan for grantees located outside the U.S. (incorporated by reference to Exhibit 10.34 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.35* | Form of Award Terms of Performance Share Units under the Company's Equity Incentive Plan (incorporated by reference to Exhibit 10.35 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.36* | Offer of Employment Letter between Paul Kirsch and The Chemours Company, dated April 8, 2016 (incorporated by reference to Exhibit 10.36 to the Company's Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2017). |
| 10.37* | The Chemours Company 2017 Equity and Incentive Plan (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 1, 2017). |
| 21 | Subsidiaries of the Registrant. |
| 23 | Consent of Independent Registered Public Accounting Firm. |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certification of the Company's Principal Executive Officer. |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certification of the Company's Principal Financial Officer. |
| 32.1 | Section 1350 Certification of the company's Principal Executive Officer. The information contained in this Exhibit shall not be deemed filed with the Securities and Exchange Commission nor incorporated by reference in any registration statement filed by the registrant under the Securities Act of 1933, as amended. |
| 32.2 | Section 1350 Certification of the company's Principal Financial Officer. The information contained in this Exhibit shall not be deemed filed with the Securities and Exchange Commission nor incorporated by reference in any registration statement filed by the registrant under the Securities Act of 1933, as amended. |
| 95 | Mine Safety Disclosures. |
| 101.INS | XBRL Instance Document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |

**The Chemours Company**

| Exhibit Number | Description |
|---|---|
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |

\* Management contract or compensatory plan or arrangement.

65

**The Chemours Company**
**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

THE CHEMOURS COMPANY
(Registrant)

Date: February 15, 2019

By: /s/ Mark E. Newman

Mark E. Newman
Senior Vice President and Chief Financial Officer
(As Duly Authorized Officer and Principal Financial Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant in the capacities and on the dates indicated:

| Signature | Title(s) | Date |
|---|---|---|
| /s/ Mark P. Vergnano<br>Mark P. Vergnano | President, Chief Executive Officer, and Director<br>(Principal Executive Officer) | February 15, 2019 |
| /s/ Mark E. Newman<br>Mark E. Newman | Senior Vice President and Chief Financial Officer<br>(Principal Financial Officer) | February 15, 2019 |
| /s/ Amy P. Trojanowski<br>Amy P. Trojanowski | Vice President and Controller<br>(Principal Accounting Officer) | February 15, 2019 |
| /s/ Richard H. Brown<br>Richard H. Brown | Chairman of the Board | February 15, 2019 |
| /s/ Curtis V. Anastasio<br>Curtis V. Anastasio | Director | February 15, 2019 |
| /s/ Bradley J. Bell<br>Bradley J. Bell | Director | February 15, 2019 |
| /s/ Mary B. Cranston<br>Mary B. Cranston | Director | February 15, 2019 |
| /s/ Curtis J. Crawford<br>Curtis J. Crawford | Director | February 15, 2019 |
| /s/ Dawn L. Farrell<br>Dawn L. Farrell | Director | February 15, 2019 |
| /s/ Sean D. Keohane<br>Sean D. Keohane | Director | February 15, 2019 |

66

**The Chemours Company**

<div style="background-color:#e8523f; color:white; text-align:center;">**INDEX TO THE CONSOLIDATED FINANCIAL STATEMENTS**</div>

| | Page |
|---|---|
| Management's Report on Internal Control over Financial Reporting | F-2 |
| Report of Independent Registered Public Accounting Firm | F-3 |
| Consolidated Statements of Operations for the years ended December 31, 2018, 2017, and 2016 | F-5 |
| Consolidated Statements of Comprehensive Income (Loss) for the years ended December 31, 2018, 2017, and 2016 | F-6 |
| Consolidated Balance Sheets at December 31, 2018 and 2017 | F-7 |
| Consolidated Statements of Stockholders' Equity for the years ended December 31, 2018, 2017, and 2016 | F-8 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2018, 2017, and 2016 | F-9 |
| Notes to the Consolidated Financial Statements | F-10 |

**The Chemours Company**
**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rule 13a-15(f) under the Securities Exchange Act of 1934. The Company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. The Company's internal control over financial reporting includes those policies and procedures that:

(i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the Company;

(ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles and that receipts and expenditures of the Company are being made only in accordance with authorization of management and directors of the Company; and,

(iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisitions, uses, or dispositions of the Company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2018, based on criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) in *Internal Control - Integrated Framework* (2013). Based on its assessment and those criteria, management concluded that the Company maintained effective internal control over financial reporting as of December 31, 2018.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, has audited the effectiveness of the Company's internal control over financial reporting as of December 31, 2018, as stated in its report, which is presented on the following page.

/s/ Mark P. Vergnano

Mark P. Vergnano
President and
Chief Executive Officer
February 15, 2
019

/s/ Mark E. Newman

Mark E. Newman
Senior Vice President and
Chief Financial Officer

F-2

**Report of Independent Registered Public Accounting Firm**

To the Board of Directors and Stockholders of The Chemours Company:

***Opinions on the Financial Statements and Internal Control over Financial Reporting***

We have audited the accompanying consolidated balance sheets of The Chemours Company and its subsidiaries (the "Company") as of December 31, 2018 and 2017, and the related consolidated statements of operations, statements of comprehensive income (loss), statements of stockholders' equity, and statements of cash flows for each of the three years in the period ended December 31, 2018, including the related notes (collectively referred to as the "consolidated financial statements"). We also have audited the Company's internal control over financial reporting as of December 31, 2018, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Company as of December 31, 2018 and 2017, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2018 in conformity with accounting princip les generally accepted in the United States of America. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2018, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the COSO.

***Basis for Opinions***

The Company's management is responsible for these consolidated financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express opinions on the Company's consolidated financial statements and on the Company's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the consolidated financial statements included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonabl e basis for our opinions.

F-3

***Definition and Limitations of Internal Control over Financial Reporting***

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ PricewaterhouseCoopers LLP
Philadelphia, Pennsylvania
February 15, 2019
We have served as the Company's auditor since 2014.

F-4

**The Chemours Company**
**Consolidated Statements of Operations**
*(Dollars in millions, except per share amounts)*

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2016 |
| Net sales | $ | 6,638 | $ | 6,183 | $ | 5,400 |
| Cost of goods sold | | 4,667 | | 4,438 | | 4,297 |
| Gross profit | | 1,971 | | 1,745 | | 1,103 |
| Selling, general, and administrative expense | | 657 | | 626 | | 946 |
| Research and development expense | | 82 | | 81 | | 81 |
| Restructuring, asset-related, and other charges | | 49 | | 57 | | 170 |
| Total other operating expenses | | 788 | | 764 | | 1,197 |
| Equity in earnings of affiliates | | 43 | | 33 | | 29 |
| Interest expense, net | | (195) | | (214) | | (219) |
| (Loss) gain on extinguishment of debt | | (38) | | (1) | | 6 |
| Other income, net | | 162 | | 113 | | 267 |
| **Income (loss) before income taxes** | | 1,155 | | 912 | | (11) |
| Provision for (benefit from) income taxes | | 159 | | 165 | | (18) |
| **Net income** | | 996 | | 747 | | 7 |
| Less: Net income attributable to non-controlling interests | | 1 | | 1 | | - |
| **Net income attributable to Chemours** | $ | 995 | $ | 746 | $ | 7 |
| **Per share data** | | | | | | |
| Basic earnings per share of common stock | $ | 5.62 | $ | 4.04 | $ | 0.04 |
| Diluted earnings per share of common stock | | 5.45 | | 3.91 | | 0.04 |

*See accompanying notes to the consolidated financial statements.*

F-5

**The Chemours Company**
**Consolidated Statements of Comprehensive Income (Loss)**
*(Dollars in millions)*

| | Year Ended December 31, | | | | | | | | |
| | 2018 | | | 2017 | | | 2016 | | |
| | Pre-tax | Tax | After-tax | Pre-tax | Tax | After-tax | Pre-tax | Tax | After-tax |
|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | $ 1,155 | $ (159) | $ 996 | $ 912 | $ (165) | $ 747 | $ (11) | $ 18 | $ 7 |
| Other comprehensive income (loss): | | | | | | | | | |
| Hedging activities: | | | | | | | | | |
| Unrealized gain (loss) on net investment hedge | 32 | (8) | 24 | (86) | 24 | (62) | 14 | - | 14 |
| Unrealized gain on cash flow hedge | 10 | (1) | 9 | - | - | - | - | - | - |
| Reclassifications to net income - cash flow hedge | (4) | 1 | (3) | - | - | - | - | - | - |
| Hedging activities, net | 38 | (8) | 30 | (86) | 24 | (62) | 14 | - | 14 |
| Cumulative translation adjustment | (75) | - | (75) | 200 | - | 200 | (73) | - | (73) |
| Defined benefit plans: | | | | | | | | | |
| Additions to accumulated other comprehensive loss: | | | | | | | | | |
| Net (loss) gain | (115) | 29 | (86) | 24 | (5) | 19 | (17) | 5 | (12) |
| Effect of foreign exchange rates | 8 | - | 8 | (38) | - | (38) | 15 | (3) | 12 |
| Reclassifications to net income: | | | | | | | | | |
| Amortization of prior service gain | (2) | - | (2) | (2) | - | (2) | (1) | - | (1) |
| Amortization of actuarial loss | 16 | (4) | 12 | 24 | (6) | 18 | 23 | (6) | 17 |
| Settlement loss | - | - | - | - | - | - | 5 | (1) | 4 |
| Curtailment gain | - | - | - | - | - | - | (2) | - | (2) |
| Defined benefit plans, net | (93) | 25 | (68) | 8 | (11) | (3) | 23 | (5) | 18 |
| Other comprehensive (loss) income | (130) | 17 | (113) | 122 | 13 | 135 | (36) | (5) | (41) |
| Cumulative effect of adopting ASU No. 2018-02 | - | (9) | (9) | - | - | - | - | - | - |
| Comprehensive income (loss) | 1,025 | (151) | 874 | 1,034 | (152) | 882 | (47) | 13 | (34) |
| Less: Comprehensive income attributable to non-controlling interests | 1 | - | 1 | 1 | - | 1 | - | - | - |
| Comprehensive income (loss) attributable to Chemours | $ 1,024 | $ (151) | $ 873 | $ 1,033 | $ (152) | $ 881 | $ (47) | $ 13 | $ (34) |

*See accompanying notes to the consolidated financial statements.*

F-6

**The Chemours Company**
**Consolidated Balance Sheets**
*(Dollars in millions, except per share amounts)*

| | | December 31, | | |
|---|---|---|---|---|
| | | **2018** | | **2017** |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 1,201 | $ | 1,556 |
| Accounts and notes receivable, net | | 861 | | 919 |
| Inventories | | 1,147 | | 935 |
| Prepaid expenses and other | | 84 | | 83 |
| Total current assets | | 3,293 | | 3,493 |
| Property, plant, and equipment | | 8,992 | | 8,511 |
| Less: Accumulated depreciation | | (5,701) | | (5,503) |
| Property, plant, and equipment, net | | 3,291 | | 3,008 |
| Goodwill and other intangible assets, net | | 181 | | 166 |
| Investments in affiliates | | 160 | | 173 |
| Other assets | | 437 | | 453 |
| **Total assets** | $ | 7,362 | $ | 7,293 |
| **Liabilities** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 1,137 | $ | 1,075 |
| Current maturities of long-term debt | | 13 | | 15 |
| Other accrued liabilities | | 559 | | 558 |
| Total current liabilities | | 1,709 | | 1,648 |
| Long-term debt, net | | 3,959 | | 4,097 |
| Deferred income taxes | | 217 | | 208 |
| Other liabilities | | 457 | | 475 |
| Total liabilities | | 6,342 | | 6,428 |
| Commitments and contingent liabilities | | | | |
| **Equity** | | | | |
| Common stock (par value $0.01 per share; 810,000,000 shares authorized; 187,204,567 shares issued and 170,780,474 shares outstanding at December 31, 2018; 185,343,034 shares issued and 182,956,628 shares outstanding at December 31, 2017) | | 2 | | 2 |
| Treasury stock at cost (16,424,093 shares at December 31, 2018; 2,386,406 shares at December 31, 2017) | | (750) | | (116) |
| Additional paid-in capital | | 860 | | 837 |
| Retained earnings | | 1,466 | | 579 |
| Accumulated other comprehensive loss | | (564) | | (442) |
| Total Chemours stockholders' equity | | 1,014 | | 860 |
| Non-controlling interests | | 6 | | 5 |
| Total equity | | 1,020 | | 865 |
| **Total liabilities and equity** | $ | 7,362 | $ | 7,293 |

*See accompanying notes to the consolidated financial statements.*

F-7

**The Chemours Company**
**Consolidated Statements of Stockholders' Equity**
*(Dollars in millions, except per share amounts)*

| | Common Stock | | Dividends Per Share | Treasury Stock | | Additional Paid-in Capital | (Accumulated Deficit) Retained Earnings | Accumulated Other Comprehensive (Loss) Income | Non-controlling Interests | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | Shares | Amount | | | | | |
| **Balance at January 1, 2016** | 181,069,751 | $  2 | $  - | - | $  - | $  775 | $  (115) | $  (536) | $  4 | $  130 |
| Common stock issued - compensation plans | 583,859 | - | - | - | - | - | - | - | - | - |
| Exercise of stock options, net | 946,923 | - | - | - | - | 11 | - | - | - | 11 |
| Stock-based compensation expense | - | - | - | - | - | 19 | - | - | - | 19 |
| Net income | - | - | - | - | - | - | 7 | - | - | 7 |
| Dividends | - | - | 0.12 | - | | (16) | (6) | - | - | (22) |
| Other comprehensive loss | - | - | - | - | - | - | - | (41) | - | (41) |
| **Balance at December 31, 2016** | 182,600,533 | 2 | 0.12 | - | - | 789 | (114) | (577) | 4 | 104 |
| Common stock issued - compensation plans | 569,263 | - | - | - | - | - | - | - | - | - |
| Exercise of stock options, net | 2,173,238 | - | - | - | - | 31 | - | - | - | 31 |
| Purchases of treasury stock, at cost | - | - | - | 2,386,406 | (116) | - | - | - | - | (116) |
| Stock-based compensation expense | - | - | - | - | - | 29 | - | - | - | 29 |
| Cancellation of unissued stock awards withheld to cover taxes | - | - | - | - | - | (12) | - | - | - | (12) |
| Net income | - | - | - | - | - | - | 746 | - | 1 | 747 |
| Dividends | - | - | 0.29 | - | - | - | (53) | - | - | (53) |
| Other comprehensive income | - | - | - | - | - | - | - | 135 | - | 135 |
| **Balance at December 31, 2017** | 185,343,034 | 2 | 0.29 | 2,386,406 | (116) | 837 | 579 | (442) | 5 | 865 |
| Common stock issued - compensation plans | 783,346 | - | - | - | - | - | - | - | - | - |
| Exercise of stock options, net | 1,078,187 | - | - | - | - | 16 | - | - | - | 16 |
| Purchases of treasury stock, at cost | - | - | - | 14,050,098 | (634) | - | - | - | - | (634) |
| Shares issued under employee stock purchase plan | - | - | - | (12,411) | - | - | - | - | - | - |
| Stock-based compensation expense | - | - | - | - | - | 24 | - | - | - | 24 |
| Cancellation of unissued stock awards withheld to cover taxes | - | - | - | - | - | (17) | - | - | - | (17) |
| Cumulative effect of adopting ASU No. 2018-02 | - | - | - | - | - | - | 9 | (9) | - | - |
| Net income | - | - | - | - | - | - | 995 | - | 1 | 996 |
| Dividends | - | - | 0.67 | - | - | - | (117) | - | - | (117) |
| Other comprehensive loss | - | - | - | - | - | - | - | (113) | - | (113) |
| **Balance at December 31, 2018** | 187,204,567 | $  2 | $  0.67 | 16,424,093 | $  (750) | $  860 | $  1,466 | $  (564) | $  6 | $  1,020 |

*See accompanying notes to the consolidated financial statements.*

F-8

**The Chemours Company**
**Consolidated Statements of Cash Flows**
*(Dollars in millions)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2018** | **2017** | **2016** |
| **Cash flows from operating activities** | | | |
| Net income | $ 996 | $ 747 | $ 7 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | |
| Depreciation and amortization | 284 | 273 | 284 |
| Asset-related charges | 4 | 3 | 124 |
| Gain on sales of assets and businesses | (45) | (22) | (254) |
| Equity in earnings of affiliates, net | 18 | (33) | (12) |
| Loss (gain) on extinguishment of debt | 38 | 1 | (6) |
| Amortization of debt issuance costs and issue discounts | 11 | 13 | 16 |
| Deferred tax provision (benefit) | 23 | 83 | (111) |
| Other operating charges and credits, net | 17 | 41 | 62 |
| Decrease (increase) in operating assets: | | | |
| Accounts and notes receivable, net | 47 | (88) | 5 |
| Inventories and other operating assets | (297) | (208) | 147 |
| (Decrease) increase in operating liabilities: | | | |
| Accounts payable and other operating liabilities | 44 | (170) | 332 |
| Cash provided by operating activities | 1,140 | 640 | 594 |
| **Cash flows from investing activities** | | | |
| Purchases of property, plant, and equipment | (498) | (411) | (338) |
| Acquisition of business, net | (37) | - | - |
| Proceeds from sales of assets and businesses, net | 46 | 39 | 708 |
| Investments in affiliates | - | - | (1) |
| Foreign exchange contract settlements, net | 2 | 2 | (12) |
| Cash (used for) provided by investing activities | (487) | (370) | 357 |
| **Cash flows from financing activities** | | | |
| Proceeds from issuance of debt, net | 520 | 495 | - |
| Debt repayments | (679) | (27) | (381) |
| Payments related to extinguishment of debt | (29) | (1) | - |
| Payments of debt issuance costs | (12) | (6) | (4) |
| Purchases of treasury stock, at cost | (644) | (106) | - |
| Proceeds from exercised stock options, net | 16 | 31 | 11 |
| Payments related to tax withholdings on vested restricted stock units | (17) | (12) | - |
| Payments of dividends | (148) | (22) | (22) |
| Cash (used for) provided by financing activities | (993) | 352 | (396) |
| Effect of exchange rate changes on cash and cash equivalents | (15) | 32 | (19) |
| **(Decrease) increase in cash and cash equivalents** | (355) | 654 | 536 |
| **Cash and cash equivalents at January 1,** | 1,556 | 902 | 366 |
| **Cash and cash equivalents at December 31,** | $ 1,201 | $ 1,556 | $ 902 |
| **Supplemental cash flows information** | | | |
| Cash paid during the year for: | | | |
| Interest, net of amounts capitalized | $ 206 | $ 208 | $ 208 |
| Income taxes, net of refunds | 75 | 79 | 50 |
| Non-cash investing and financing activities: | | | |
| Changes in property, plant, and equipment included in accounts payable | $ 37 | $ (14) | $ (12) |
| Obligations incurred under build-to-suit lease arrangement | 47 | 8 | - |
| Purchases of treasury stock not settled by year-end | - | 10 | - |
| Dividends accrued but not yet paid | - | 31 | - |

*See accompanying notes to the consolidated financial statements.*

F-9

**The Chemours Company**

**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

## Note 1. Background and Description of the Business

The Chemours Company ("Chemours," or the "Company") is a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. The Company delivers customized solutions with a wide range of industrial and specialty chemicals products for markets, including plastics and coatings, refrigeration and air conditioning, general industrial, electronics, mining, and oil refining. The Company's principal products include refrigerants, industrial fluoropolymer resins, sodium cyanide, performance chemicals and intermediates, and titanium dioxide ("$TiO_2$") pigment. Chemours' manages and reports its operating results through three reportable segments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. The Fluoroproducts segment is a leading, global provider of fluoroproducts, including refrigerants and industrial fluoropolymer resins. The Chemical Solutions segment is a leading, North American provider of industrial chemicals used in gold production, industrial, and consumer applications. The Titanium Technologies segment is a leading, global producer of $TiO_2$ pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protections in a variety of applications.

Chemours has manufacturing facilities, sales centers, administrative offices, and warehouses located throughout the world. Chemours' operations are primarily located in the U.S., Canada, Mexico, Brazil, the Netherlands, Belgium, China, Taiwan, Japan, Switzerland, Singapore, Hong Kong, India, and France. At December 31, 2018, the Company operated 28 major production facilities globally, of which, 20 were dedicated to Fluoroproducts, one was dedicated to Chemical Solutions, five were dedicated to Titanium Technologies, and two supported multiple segments.

Chemours began operating as an independent company on July 1, 2015 (the "Separation Date") after separating from E.I. DuPont de Nemours and Company ("DuPont") (the "Separation"). The Separation was completed pursuant to a separation agreement and other agreements with DuPont, including an employee matters agreement, a tax matters agreement, a transition services agreement, and an intellectual property cross-license agreement. These agreements govern the relationship between Chemours and DuPont following the Separation and provided for the allocation of various assets, liabilities, rights, and obligations at the Separation Date. On August 31, 2017, DuPont completed a merger with The Dow Chemical Company ("Dow"), pursuant to which, Dow and DuPont became subsidiaries of DowDuPont, Inc. with the intent to form three independent, publicly-traded companies. At this time, the agreements related to Chemours' Separation remain between Chemours and DuPont.

Unless the context otherwise requires, references herein to "The Chemours Company," "Chemours," "the Company," "our company," "we," "us," and "our," refer to The Chemours Company and its consolidated subsidiaries after giving effect to the Separation. References herein to "DuPont" refer to E.I. du Pont de Nemours and Company, a Delaware corporation, and its consolidated subsidiaries (other than Chemours and its consolidated subsidiaries), unless the context otherwise requires.

## Note 2. Basis of Presentation

The accompanying consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). In the opinion of management, all adjustments (consisting of normal, recurring adjustments) considered necessary for a fair presentation of the Company's financial position and results of operations have been included for the periods presented herein. The notes that follow are an integral part of the Company's consolidated financial statements.

Certain prior period amounts have been reclassified to conform to the current period presentation, the effect of which, was not material to the Company's consolidated financial statements.

Comprehensive income as of December 31, 2016 includes an out of period adjustment of $31 related to 2015 cumulative translation adjustments, with a corresponding adjustment to other current assets. This adjustment was not material to the Company's consolidated financial statements.

## Note 3. Summary of Significant Accounting Policies

*Preparation of Financial Statements*

The consolidated financial statements have been prepared in conformity with GAAP, which requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Management's estimates are based on historical experiences, facts, and circumstances available at the time and various other assumptions that management believes are reasonable. Actual results could differ from those estimates.

F-10

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

*Principles of Consolidation*

The consolidated financial statements include the accounts of Chemours and its subsidiaries, as well as entities in which a controlling interest is maintained. For those consolidated subsidiaries in which the Company's ownership is less than 100%, the outside shareholders' interests are shown as non-controlling interests. Investments in companies in which Chemours, directly or indirectly, owns 20% to 50% of the voting stock, or has the ability to exercise significant influence over the operating and financial policies of the investee, are accounted for using the equity method of accounting. As a result, Chemours' share of the earnings or losses of such equity affiliates is included in the consolidated statements of operations, and Chemours' share of such equity affiliates' equity is included in the consolidated balance sheets.

The Company assesses the requirements related to the consolidation of any variable interest entity ("VIE"), including a qualitative assessment of power and economics that considers which entity has the power to direct the activities that most significantly impact the VIE's economic performance, and has the right to receive any benefits or the obligation to absorb any losses of the VIE. No such VIE was consolidated by the Company for the periods presented.

All i

ntercompany accounts and transactions were eliminated in the preparation of the accompanying consolidated financial statements.

*Revenue Recognition*

Chemours recognizes revenue using a five-step model resulting in revenue being recognized as performance obligations within a contract have been satisfied. The steps within that model include: (i) identifying the existence of a contract with a customer; (ii) identifying the performance obligations within the contract; (iii) determining the contract's transaction price; (iv) allocating the transaction price to the contract's performance obligations; and, (v) recognizing revenue as the contract's performance obligations are satisfied. A contract with a customer exists when: (i) the Company enters into an enforceable agreement that defines each party's rights regarding the goods or services to be transferred, and the related payment terms; (ii) the agreement has commercial substance; and, (iii) it is probable that the Company will collect the consideration to which it is entitled to in the exchange. A performance obligation is a promise in a contract to transfer a distinct good or service, or a series of distinct goods or services to a customer. The transaction price is the customary amount of consideration that the Company expects to be entitled to in exchange for a transfer of the promised goods or services to a customer, excluding any amounts collected by the Company on behalf of third-parties (e.g., sales and use taxes). Judgment is required to apply the principles-based, five-step model for revenue recognition. Management is required to make certain estimates and assumptions about the Company's contracts with its customers, including, among others, the nature and extent of its performance obligations, its transaction price amounts and any allocations thereof, the critical events which constitute satisfaction of its performance obligations, and when control of any promised goods or services is transferred to its customers.

The Company's revenue from contracts with customers is reflected in the consolidated statements of operations as net sales, the vast majority of which represents product sales that consist of a single performance obligation. Product sales to customers are made under a purchase order ("PO"), or in certain cases, in accordance with the terms of a master services agreement ("MSA") or similar arrangement, which documents the rights and obligations of each party to the contract. When a customer submits a PO for product or requests product under an MSA, a contract for a specific quantity of distinct goods at a specified price is created, and the Company's performance obligation under the contract is satisfied when control of the product is transferred to the customer, which is indicated by shipment of the product and the transfer of title and the risk of loss to the customer. Revenue is recognized on consignment sales when control transfers to the customer, generally at the point of customer usage of the product. The transaction price for product sales is generally the amount specified in the PO or in the request under an MSA; however, as is common in Chemours' industry, the Company offers variable consideration in the form of rebates, volume discounts, early payment discounts, pricing based on formulas or indices, price matching, and guarantees to certain customers. Such amounts are included in the Company's estimated transaction price using either the expected value method or the most-likely amount, depending on the nature of the variable consideration included in the contract. The Company regularly assesses its customers' creditworthiness, and product sales are made based on established credit limits. Payment terms for the Company's invoices are typically less than 90 days.

The Company also licenses the right to access certain of its trademarks to customers under specified terms and conditions in certain arrangements, which is recognized as a component of net sales in the consolidated statements of operations. Under such arrangements, the Company may receive a royalty payment for a trademark license that is entered into on a stand-alone basis or incorporated into an overall product sales arrangement. Royalty income is generally based on customer sales and recognized under the sales-based exception as the customer sale occurs. When minimum guaranteed royalty amounts are included in the transaction price, the Company recognizes royalty income ratably over the license period for the minimum amount. When there is no consideration specified for the use of the Company's trademark, the entire transaction price is recognized in connection with the transfer of control of product. Royalty income resulting from the right to use the Company's technology is considered outside the scope of revenue recognition under GAAP as it is not a part of the Company's ongoing major or central activities, and is recognized as a component of other income, net in the consolidated statements of operations in accordance with agreed-upon terms at the point or points in time that performance obligations are satisfied.

F-11

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Consistent with the fact that the vast majority of the Company's payment terms are less than 90 days from the point at which control of the promised goods or services is transferred, no adjustments have been made for the effects of a significant financing component. Additionally, the Company has elected to recognize the incremental costs associated with obtaining contracts as an expense when incurred if the amortization period of the assets that the Company would have recognized is one year or less. Amounts billed to customers for shipping and handling fees are considered a fulfillment cost and are include

d in net sales, and the costs incurred by the Company for the delivery of goods are classified as a component of the cost of goods sold in the consolidated statements of operations.

### Research and Development Expense

Research and development ("R&D") costs are expensed as incurred. R&D expenses include costs (primarily consisting of employee costs, materials, contract se

rvices, research agreements, and other external spend) relating to the discovery and development of new products, enhancement of existing products, and regulatory approval of new and existing products.

### Provision for (Benefit from) Income Taxes

The provision for (benefit from) income taxes is determined using the asset and liability approach of accounting for income taxes. Under this approach, deferred taxes represent the future tax consequences expected to occur when the reported amounts of assets and liabilities are recovered or paid. The provision for (benefit from) income taxes represents income taxes paid or payable for the current year, plus the change in deferred taxes during the year. Deferred taxes result from differences between the financial and tax bases of Chemours' assets and liabilities and are adjusted for changes in tax rates and tax laws when changes are enacted. The Company's deferred tax assets and liabilities are presented on a net basis by jurisdictional filing group. Net deferred tax assets are presented as a component of other assets, while net deferred tax liabilities are presented as a component of deferred income taxes on the Company's consolidated balance sheets. Valuation allowances are recorded to reduce deferred tax assets when it is more-likely-than-not that a tax benefit will not be realized.

Chemours recognizes income tax positions that meet the more-likely-than-not threshold and accrues any interest related to unrecognized income tax posi

tions as a component of other income, net in the consolidated statements of operations. Income tax-related penalties are included in the provision for (benefit from) income taxes.

### Earnings Per Share

Chemours presents both basic earnings per share and diluted earnings per share. Basic earnings per share excludes dilution and is computed by dividing the total net income attributable to Chemours by the weighted-average number of shares outstanding for the period. Diluted earnings per share reflects the dilution that could occur if the Company's outstanding stock-based compensation awards, including any unvested restricted shares, were vested and exercised, thereby resulting in the issuance of common stock as determined under the treasury stock method. In periods where

the Company incurs a net loss, stock-based compensation awards are excluded from the calculation of earnings per share as their inclusion would have an anti-dilutive effect.

### Cash and Cash Equivalents

Cash and cash equivalents generally include cash, time deposits, or highly-liquid investments with original maturities of three months or less.

### Accounts and Notes Receivable and Allowance for Doubtful Accounts

Accounts and notes receivables are recognized net of an allowance for doubtful accounts. The allowance for doubtful accounts reflects the best estimate of losses inherent in Chemours' accounts and notes receivable portfolio, which is determined on the basis of historical experi

ence, specific allowances for known troubled accounts, and other available evidence. Accounts and notes receivable are written-off when management determines that they are uncollectible.

### Inventories

Chemours' U.S. inventories are valued at the lower of cost or market, as inventories held at substantially all U.S. locations are valued using the last-in, first-out ("LIFO") method. Chemours' non-U.S. inventories are valued at the lower of cost or net realizable value, as inventories held outside the U.S. are valued using the average cost method. The elements of cost in inventories include raw materials, direct labor, and manufacturing overhead. Stores and supplies are valued at the lower of cost or net realizable value. Cost is generally determined by the average cost method.

F-12

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

### Property, Plant, and Equipment

Property, plant, and equipment is carried at cost and is depreciated using the straight-line method. Substantially all equipment and buildings are depreciated over useful lives ranging from 15 to 25 years. Capitalizable costs associated with computer software for internal use are amortized on a straight-line basis over five to seven years. When assets are surrendered, retired, sold, or otherwise disposed of, their gross carrying values and related accumulated depreciation are removed from the consolidated balance sheets and are included in the determination of any gain or loss on such disposals.

Repair and maintenance costs that materially add to the value of the asset or prolong its useful life are capitalized and depreciated based on their extension to the asset's useful life. Capitalized repair and maintenance costs are recorded on the consolidated balance sheets as a component of other assets.

### Impairment of Long-lived Assets

Chemours evaluates the carrying value of its long-lived assets to be held and used when events or changes in circumstances indicate the carrying value may not be recoverable. For the purposes of recognition or measurement of an impairment charge, the assessment is performed on the asset or asset group at the lowest level for which identifiable cash flows are largely independent of the cash flows of other groups of assets and liabilities. To determine the level at which the assessment is performed, Chemours considers factors such as revenue dependency, shared costs, and the extent of vertical integration. The carrying value of a long-lived asset is considered impaired when the total projected undiscounted cash flows from the use and eventual disposition of the asset or asset group are separately identifiable and are less than its carrying value. In that event, a loss is recognized based on the amount by which the carrying value exceeds the fair value of the long-lived asset. The fair value methodology used is an estimate of fair market value, which is made based on prices of similar assets or other valuation methodologies, including present value techniques. Long-lived assets to be disposed of by means other than sale are classified as held for use until their disposal. Long-lived assets to be disposed of by sale are classified as held for sale and are reported at the lower of carrying amount or fair market value, less the estimated cost to sell. Depreciation is discontinued for any long-lived assets classified as held for sale.

### Goodwill and Other Intangible Assets

The excess of the purchase price over the estimated fair value of the net assets acquired in a business combination, including any identified intangible assets, is recorded as goodwill. Chemours tests its goodwill for impairment at least annually on October 1; however, these tests are performed more frequently when events or changes in circumstances indicate that the asset may be impaired. Goodwill is evaluated for impairment at the reporting unit level, which is defined as an operating segment, or one level below an operating segment. A reporting unit is the level at which discrete financial information is available and reviewed by business management on a regular basis. An impairment exists when the carrying value of a reporting unit exceeds its fair value. The amount of impairment loss recognized in the consolidated statements of operations is equal to the excess of a reporting unit's carrying value over its fair value, which is limited to the total amount of goodwill allocated to the reporting unit.

Chemours has the option to first qualitatively assess whether it is more-likely-than-not that an impairment exists for a reporting unit. Such qualitative factors include, among other things, prevailing macroeconomic conditions, industry and market conditions, changes in costs associated with raw materials, labor, or other inputs, the Company's overall financial performance, and certain other entity-specific events that impact Chemours' reporting units. When performing a quantitative test, the Company weights the results of an income-based valuation technique, the discounted cash flows method, and a market-based valuation technique, the guideline public companies method, to determine its reporting units' fair values.

Definite-lived intangible assets, such as purchased and licensed technology, patents, trademarks, and customer lists, are amortized over their estimated useful lives, generally for periods ranging from five to 20 years. The reasonableness of the useful lives of these assets is continually evaluated.

### Asset Retirement Obligations

Chemours records its asset retirement obligations at their fair value at the time the liability is incurred. Fair value is measured using the expected future cash outflows discounted at Chemours' credit-adjusted, risk-free interest rate, which is considered to be a Level 3 input within the fair value hierarchy. Accretion expense is recognized as an operating expense within the cost of goods sold in the consolidated statements of operations using the credit-adjusted, risk-free interest rate in effect when the liability was recognized. The associated asset retirement costs are capitalized as part of the carrying amount of the long-lived asset and are depreciated over the estimated remaining useful life of the asset, generally for periods ranging from two to 25 years.

F-13

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

### Insurance

Chemours insures for certain risks where permitted by law or regulation, including workers' compensation, vehicle liability, and employee-related benefits. Liabilities associated with these risks are estimated in part by considering any historical claims experience, demographic factors, and other actuarial assumptions. For certain other risks, the Company uses a combination of third-party insurance and self-insurance
, reflecting its comprehensive review of relevant risks. A receivable for an insurance recovery is generally recognized when the loss has occurred and collection is considered probable.

### Litigation

Chemours accrues for legal matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Litigation-related liabilities and expenditures included in the consolidated financial statements include legal matters that are liabilities of DuPont and its subsidiaries, which Chemours may be required to indemnify pursuant to th
e Separation-related agreements executed prior to the Separation. Legal costs, such as outside counsel fees and expenses, are charged to expense in the period that services are rendered.

### Environmental Liabilities and Expenditures

Chemours accrues for remediation activities when it is probable that a liability has been incurred and a reasonable estimate of the liability can be made. Where the available information is sufficient to estimate the amount of liability, that estimate has been used. Where the available information is only sufficient to establish a range of probable liability, and no point within the range is more-likely than any other, the lower end of the range has been used.

Estimated liabilities are determined based on existing remediation laws and technologies. Inherent uncertainties exist in such evaluations, primarily due to unknown environmental conditions, changing governmental regulations and legal standards regarding liability, and emerging remediation technologies. These accruals are adjusted periodically as remediation efforts progress and as additional technological, regulatory, and legal information becomes available.

Environmental liabilities and expenditures include claims for matters that are liabilities of DuPont and its subsidiaries, which Chemours may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Accrued liabilities are undiscounted and do not include claims against third-parties, and are included in other accrued liabilities and other liabilities on the consolidated balance sheets.

Costs related to environmental remediation are charged to expense in the period incurred as a component of the cost of goods sold in the consolidated statements of operations. Other environmental costs are also ch
arged to expense in the period incurred, unless they increase the value of the property or reduce or prevent contamination from future operations, in which case they are capitalized and amortized.

### Treasury Stock

Chemours accounts for repurchases o
f the Company's common stock as treasury stock using the cost method, whereby the entire cost of the acquired common stock is recorded as treasury stock.

### Stock-based Compensation

Chemours' stock-based compensation consists of stock options, restricted stock units ("RSUs"), and performance share units ("PSUs") awarded to employees and non-employee directors. Stock options and PSUs are measured at their fair value on the grant date or date of modification, as applicable. RSUs are measured at the stock price on the grant date or date of modification, as applicable. The Company recognizes compensation expense on a straight-line basis over the requisite service and/or performance period, as applicable. Forfeitures of awards are accounted as a reduction in stock-based compensation expense in the period such awards are forfeited.

F-14

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

*Derivatives*

In the ordinary course of business, Chemours enters into contractual arrangements (i.e., derivatives) to reduce its exposure to foreign currency risks. The Company has established a derivative program to be utilized for financial risk management, which currently includes the following risk management strategies: (i) foreign currency forward contracts, which are used to minimize the volatility in the Company's earnings related to foreign exchange gains and losses resulting from remeasuring its monetary assets and liabilities that are denominated in non-functional currencies; (ii) foreign currency forward contracts, which are used to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases in certain of the Company's international subsidiaries that use the euro as their functional currency; and, (iii) euro-denominated debt, which is used to reduce the volatility in stockholders' equity resulting from changes in foreign currency exchange rates of the euro with respect to the U.S. dollar for certain of the Company's international subsidiaries that use the euro as their functional currency. The Company's derivative program reflects varying levels of exposure coverage and time horizons based on an assessment of risk. The derivative program operates within Chemours' financial risk management policies and guidelines.

The Company's foreign currency forward contracts that are used as a net monetary assets and liabilities hedge are not part of a cash flow hedge program or a fair value hedge program, and have not been designated as a hedge. For these instruments, any gains and losses resulting from the revaluation of derivative assets and liabilities are recognized in other income, net in the consolidated statements of operations during the period in which they occurred, and any such gains or losses are intended to be offset by any gains or losses on the underlying asset or liability. For the Company's foreign currency forward contracts that have been entered under a cash flow hedge program, any gains and losses resulting from the revaluation of derivative assets and liabilities are recognized as a component of accumulated other comprehensive loss on the consolidated balance sheets during the period in which they occurred, and are reclassified to the cost of goods sold in the consolidated statements of operations during the period in which the underlying transactions affect earnings, or when it becomes probable that the forecasted transactions will not occur. Changes in the Company's euro-denominated debt instruments due to remeasurement, which is designated as a net investment hedge, are included in accumulated other comprehensive loss on the consolidated balance sheets. Chemours' uses the spot method to evaluate the effectiveness of its net investment hedge.

Derivative assets and liabilities are reported on a gross basis on the consolidated balance sheets.

*Foreign Currency Translation*

Chemours identifies its separate and distinct foreign entities and groups them into two categories: (i) extensions of the parent (U.S. dollar functional currency); and, (ii) self-contained (local functional currency). If a foreign entity does not align with either category, factors are evaluated, and a judgment is made to determine the functional currency. Chemours changes the functional currency of its separate and distinct foreign entities only when significant changes in economic facts and circumstances clearly indicate that the functional currency has changed.

During the periods covered by the consolidated financial statements, part of Chemours' business operated within foreign entities. For foreign entities where the U.S. dollar is the functional currency, all foreign currency-denominated asset and liability amounts are remeasured into U.S. dollars at end-of-period exchange rates, with the exception of inventories, prepaid expenses, property, plant, and equipment, goodwill, and other intangible assets. These aforementioned assets are remeasured at historical exchange rates. Foreign currency-denominated revenue and expense amounts are measured at exchange rates in effect during the period, with the exception of expenses related to any balance sheet amounts remeasured at historical exchange rates. Exchange gains and losses arising from remeasurement of foreign currency-denominated monetary assets and liabilities are included in other income, net in the consolidated statements of operations in the period in which they occurred.

For foreign entities where the local currency is the functional currency, assets and liabilities denominated in local currencies are translated into U.S. dollars at end-of-period exchange rates, and the resulting translation adjustments are reported as a component of accumulated other comprehensive loss on the consolidated balance sheets. Assets and liabilities denominated in currencies other than the functional currency are remeasured into the functional currency prior to translation into U.S. dollars, and the resulting exchange gains or losses are included in other income, net in the consolid

ated statements of operations in the period in which they occurred. Revenues and expenses are translated into U.S. dollars at average exchange rates in effect during the period.

*Defined Benefit Plans*

Due to local regulations outside of the U.S., Chemours has defined benefit plans covering certain of its employees. The benefits of these plans, which primarily relate to pension, are accrued over the employees' service periods. The Company uses actuarial methods and assumptions in the valuation of its defined benefit obligations and the determination of any net periodic pension income or expense. Any differences between actual and expected results, or changes in the value of defined benefit obligations and plan assets, if any, are not recognized in earnings as they occur. Rather, they are systematically recognized over subsequent periods.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

*Fair Value Measurement*

Fair value is defined as the exit price, the price that would be received to sell an asset or transfer a liability in an orderly transaction between market participants at the measurement date. Under the accounting for fair value measurements and disclosures, a fair value hierarchy was established to prioritize the valuation inputs used to measure fair value. The hierarchy gives highest priority to unadjusted, quoted prices in active markets for identical assets and liabilities (i.e., Level 1 measurements) and lowest priority to unobservable inputs (i.e., Level 3 measurements). A financial instrument's level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.

Chemours applies the following valuation hierarchy in measuring the fair values of its assets and liabilities:

Level 1 - Quoted prices in active markets for identical assets and liabilities;

Level 2 - Significant other observable inputs (e.g., quoted prices for similar items in active markets, quoted prices for identical or similar items in markets that are not active, inputs other than quoted prices that are observable, such as interest rate and yield curves, and market-corroborated inputs); and,

Level 3 - Unobservable inputs for the asset or liability, which are valued based on m

anagement's estimates of assumptions that market participants would use in pricing the asset or liability.

*Recent Accounting Pronouncements*

*Accounting Guidance Issued and Not Yet Adopted*

Leases

In February 2016, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") No. 2016-02, *Leases (Topic 842)* ("ASU No. 2016-02"), which supersedes the leases requirements in Topic 840. The core principle of ASU No. 2016-02 is that a lessee should recognize on the balance sheet the lease assets and lease liabilities that arise from all lease arrangements with terms greater than 12 months. Recognition of these lease assets and lease liabilities represents a change from previous GAAP, which did not require lease assets and lease liabilities to be recognized for operating leases. Qualitative disclosures along with specific quantitative disclosures will be required to provide enough information to supplement the amounts recorded in the financial statements so that users can understand more about the nature of an entity's leasing activities.

The provisions of ASU No. 2016-02 are effective for the Company's fiscal year beginning January 1, 2019, including interim periods within that fiscal year. The Company plans to elect the package of practical expedients included in this guidance, which allows it to not reassess whether any expired or existing contracts contain leases, the lease classification for any expired or existing leases, and the initial direct costs for existing leases. The Company does not plan to recognize short-term leases on its consolidated balance sheets, and will recognize those lease payments in the consolidated statements of operations on a straight-line basis over the lease term.

In July 2018, the FASB issued ASU No. 2018-11, *Leases - Targeted Improvements*, as an update to the previously-issued guidance. This update added a transition option which allows for the recognition of a cumulative effect adjustment to the opening balance of retained earnings in the period of adoption without recasting the financial statements in periods prior to adoption. The Company plans to elect this transition option.

At adoption, the Company expects to recognize a material increase in total assets and total liabilities resulting from the recognition of right-of-use assets and the related lease liabilities initially measured at the present value of its future operating lease payments. The Company continues to evaluate the impacts of adopting this guidance on its financial position, results of operations, and cash flows, and is updating its systems, processes, and internal controls to meet the new reporting and disclosure requirements in ASU No. 2016-02. The Company believes the most significant impact relates to its accounting for real estate leases. The adoption of this standard will have no impact on the Company's covenant compliance under its current debt agreements.

F-16

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Customer's Accounting for Implementation Costs Incurred in a Cloud Computing Arrangement That Is a Service Contract

In August 2018, the FASB issued ASU No. 2018-15, *Intangibles - Goodwill and Other - Internal-Use Software (Subtopic 350-40): Customer's Accounting for Implementation Costs Incurred in a Cloud Computing Arrangement That Is a Service Contract* ("ASU No. 2018-15"), which aligns the requirements for capitalizing implementation costs incurred in a cloud computing arrangement that is a service contract with the requirements for capitalizing implementation costs incurred to develop or obtain internal-use software. Pursuant to the amendments, the Company, when acting as a customer to a cloud computing arrangement that is a service contract, is required to follow the guidance in Subtopic 350-40 to determine which implementation costs to capitalize as an asset related to the service contract and which costs to expense. ASU No. 2018-15 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years, with early adoption permitted in any interim period. Upon adoption, the Company will have the option to elect whether it applies the amendments under ASU No. 2018-15 retrospectively, or prospectively to all implementation costs incurred after the date of adoption. The Company is currently evaluating the impacts of adopting this guidance on its financial position, results of operations, and cash flows.

*Recently Adopted Accounting Guidance*

Revenue from Contracts with Customers

In May 2014, the FASB issued ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* ("ASU No. 2014-09"). The objective of this standard is to remove inconsistent practices with regard to revenue recognition between GAAP and International Financial Reporting Standards. The standard intends to improve the comparability of revenue recognition practices across entities, industries, jurisdictions, and capital markets. Subsequent to the issuance of ASU No. 2014-09, the FASB issued multiple clarifying updates in connection with the standard (collectively, "Topic 606").

Effective January 1, 2018, Chemours adopted the new revenue recognition guidance contained in Topic 606 using the modified retrospective transition method. The Company elected to utilize a practical expedient allowed under the modified retrospective transition method to apply the new standard only to contracts that are not completed on the date of initial adoption. In applying this guidance, the Company evaluated its population of open contracts with customers on January 1, 2018 and determined that the impact of adopting Topic 606 was not material to its consolidated financial statements. No cumulative adjustment to the Company's opening retained earnings balance was required. As a result of applying this new guidance, there are changes to the classification of certain amounts in the consolidated statements of operations. Certain royalty income amounts for trademark licensing arrangements that were previously reflected as a component of other income, net in the consolidated statements of operations are now reflected as a component of net sales, which amounted to $4 for the year ended December 31, 2018. Additionally, certain expenses related to the Company's provision of technical services to customers that were previously reflected as a component of selling, general, and administrative expense in the consolidated statements of operations will now be reflected as a component of the cost of goods sold, which amounted to $2 for the year ended December 31, 2018. Under the modified retrospective transition method, the Company's comparative financial information as of and for the years ended December 31, 2017 and 2016 has not been restated, and as such, continues to be reported using the accounting standards in effect during those time periods.

F-17

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the impacts of the adoption of Topic 606 on the Company's consolidated statements of operations for the year ended December 31, 2018.

| | Year Ended December 31, 2018 | | |
| --- | --- | --- | --- |
| | Without Topic 606 | Topic 606 Adjustments | As Reported |
| Net sales | $ 6,634 | $ 4 | $ 6,638 |
| Cost of goods sold | 4,665 | 2 | 4,667 |
| Gross profit | 1,969 | 2 | 1,971 |
| Selling, general, and administrative expense | 659 | (2) | 657 |
| Research and development expense | 82 | - | 82 |
| Restructuring, asset-related, and other charges | 49 | - | 49 |
| Total other operating expenses | 790 | (2) | 788 |
| Equity in earnings of affiliates | 43 | - | 43 |
| Interest expense, net | (195) | - | (195) |
| Loss on extinguishment of debt | (38) | - | (38) |
| Other income, net | 166 | (4) | 162 |
| **Income before income taxes** | 1,155 | - | 1,155 |
| Provision for income taxes | 159 | - | 159 |
| **Net income** | 996 | - | 996 |
| Less: Net income attributable to non-controlling interests | 1 | - | 1 |
| **Net income attributable to Chemours** | $ 995 | $ - | $ 995 |

Classification of Certain Cash Receipts and Cash Payments

In August 2016, the FASB issued various updates to ASU No. 2016-15, *Statement of Cash Flows (Topic 230): Classification of Certain Cash Receipts and Cash Payments* ("ASU No. 2016-15"), which clarifies and amends the presentation and classification of certain cash receipts and cash payments in the statement of cash flows. The provisions of ASU No. 2016-15 are effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years, and are to be applied using a retrospective transition method. The Company adopted ASU No. 2016-15 on January 1, 2018, the impact of which was not material to its cash flows. There were no adjustments to prior periods resulting from the retrospective application of this guidance.

Clarifying the Definition of a Business

In January 2017, the FASB issued ASU No. 2017-01, *Business Combinations (Topic 805): Clarifying the Definition of a Business* ("ASU No. 2017-01"), which changes the definition of a business to assist entities in evaluating whether a transaction should be accounted for as an acquisition (or disposal) of assets or a business. ASU No. 2017-01 is effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The Company adopted this guidance on January 1, 2018, the result of which did not have a significant impact on its financial position, results of operations, or cash flows.

Retirement Benefits

In March 2017, the FASB issued ASU No. 2017-07, *Compensation - Retirement Benefits (Topic 715)* ("ASU No. 2017-07"), which requires that employers offering their employees defined benefit pension plans disaggregate the service cost component from the other components of net benefit cost. The amendments also provide explicit guidance on how to present the service cost component and the other components of net benefit cost in the income statement and allow only the service cost component of net benefit cost to be eligible for capitalization. The provisions of ASU No. 2017-07 are effective for fiscal years beginning after December 31, 2017, as well as interim periods within those fiscal years, and should be applied (i) retrospectively for the presentation of the service cost component and the other components of net periodic pension cost and net periodic post-retirement benefit cost in the income statement, and (ii) prospectively for the capitalization of the service cost component of net periodic pension cost and net periodic post-retirement benefit in assets. The Company adopted this guidance on January 1, 2018, which resulted in a reclassification of non-operating pension income from the operating expense captions of the consolidated statements of operations to other income, net for the years ended December 31, 2017 and 2016.

F-18

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth a reclassification of the Company's non-operating pension and other post-retirement employee benefit income for the years ended December 31, 2017 and 2016.

| | Year Ended December 31, 2017 | | | Year Ended December 31, 2016 | | |
|---|---|---|---|---|---|---|
| | As Reported | Adjustments | As Reclassified | As Reported | Adjustments | As Reclassified |
| Net sales | $ 6,183 | $ - | $ 6,183 | $ 5,400 | $ - | $ 5,400 |
| Cost of goods sold | 4,429 | 9 | 4,438 | 4,290 | 7 | 4,297 |
| Gross profit | 1,754 | (9) | 1,745 | 1,110 | (7) | 1,103 |
| Selling, general, and administrative expense | 602 | 24 | 626 | 934 | 12 | 946 |
| Research and development expense | 80 | 1 | 81 | 80 | 1 | 81 |
| Restructuring, asset-related, and other charges | 57 | - | 57 | 170 | - | 170 |
| Total other operating expenses | 739 | 25 | 764 | 1,184 | 13 | 1,197 |
| Equity in earnings of affiliates | 33 | - | 33 | 29 | - | 29 |
| Interest expense, net | (214) | - | (214) | (219) | - | (219) |
| (Loss) gain on extinguishment of debt | (1) | - | (1) | 6 | - | 6 |
| Other income, net | 79 | 34 | 113 | 247 | 20 | 267 |
| **Income (loss) before income taxes** | 912 | - | 912 | (11) | - | (11) |
| Provision for (benefit from) income taxes | 165 | - | 165 | (18) | - | (18) |
| **Net income** | 747 | - | 747 | 7 | - | 7 |
| Less: Net income attributable to non-controlling interests | 1 | - | 1 | - | - | - |
| **Net income attributable to Chemours** | $ 746 | $ - | $ 746 | $ 7 | $ - | $ 7 |

Derivatives and Hedging

In August 2017, the FASB issued ASU No. 2017-12, *Derivatives and Hedging (Topic 815)* ("ASU No. 2017-12"), which simplifies financial statement reporting for qualifying hedging relationships by eliminating the requirement to separately measure and report hedge ineffectiveness. For net investment hedges, the entire change in fair value of the hedging instruments is recorded in the currency translation adjustment section of other comprehensive income or loss. Pursuant to the amendments, these amounts are required to be subsequently reclassified to earnings in the same income statement line item in which the earnings effect of the hedged item is presented when the hedged item affects earnings. The provisions of ASU No. 2017-12 are effective for the Company's fiscal year beginning January 1, 2019, including interim periods within that fiscal year. Early adoption is permitted in any interim period. The amendments in this update are applied to hedging relationships existing on the date of adoption, which includes a cumulative-effect adjustment to eliminate any ineffectiveness recorded to accumulated other comprehensive income or loss with a corresponding adjustment to the opening balance of retained earnings as of the beginning of the fiscal year in which adoption occurred. Presentation and disclosure amendments are required to be applied prospectively. The Company elected to adopt this guidance during the second quarter of 2018, the result of which did not have an impact on its financial position, results of operations, or cash flows.

Reclassification of Certain Tax Effects from Accumulated Other Comprehensive Income

In February 2018, the FASB issued ASU No. 2018-02, *Income Statement - Reporting Comprehensive Income (Topic 220): Reclassification of Certain Tax Effects from Accumulated Other Comprehensive Income* ("ASU No. 2018-02"), which allows for a reclassification from accumulated other comprehensive income or loss to retained earnings for any stranded tax effects resulting from U.S. tax reform. The amendments in this update also require certain disclosures about stranded tax effects. ASU No. 2018-02 is effective for fiscal years beginning after December 15, 2018, including interim periods within those fiscal years. The Company adopted this guidance during the fourth quarter of 2018, which resulted in a reclassification of $9 from accumulated other comprehensive loss to retained earnings on the consolidated balance sheets.

F-19

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

## Note 4. Significant Transactions and Events

### Chemical Solutions Portfolio Optimization

In June 2016, the Company entered into an asset purchase agreement with Veolia North America, Inc. ("Veolia"), whereby Veolia agreed to acquire the Sulfur business of Chemours' Chemical Solutions segment for a purchase price of $325 in cash, subject to customary working capital and other adjustments. $10 of the proceeds were received in May 2016. The Company completed the sale and, in July 2016, received the remaining proceeds of $311, net of working capital adjustments. Prior to the completion of the sale, in the second quarter of 2016, the Company recorded a pre-tax impairment loss of $58 as a component of restructuring, asset-related, and other charges in the consolidated statements of operations. Upon completion of the sale, the Company also recorded an additional pre-tax loss on sale of $4, net of a benefit from contractual adjustments in other income, net in the consolidated statements of operations.

In April 2016, the Company entered into a stock and asset purchase agreement with LANXESS Corporation ("LANXESS"), whereby LANXESS agreed to acquire the Clean & Disinfect ("C&D") business of Chemours' Chemical Solutions segment by acquiring certain of Chemours' subsidiaries and assets for a purchase price of $230 in cash, subject to customary working capital and other adjustments. The Company completed the sale and, in August 2016, received proceeds of $223, net of working capital adjustments and $2 of cash transferred. For the year ended December 31, 2016, in connection with this sale, the Company recorded a pre-tax gain of $169 in other income, net in the consolidated statements of operations. The Company incurred $9 of transaction and other charges in connection therewith.

In November 2015, the Company signed a definitive agreement to sell its Aniline facility in Beaumont, Texas to Dow. The transaction closed in March 2016, and Chemours received $140 in cash from Dow. The Company incurred $11 of transaction and other charges in connection with this sale, and recognized a pre-tax gain of $

89 for the year ended December 31, 2016, which was recorded in other income, net in the consolidated statements of operations.

### Sale of Land in Linden, New Jersey

In March 2016, the Company entered into an agreement to sell a 210-acre plot of land that formerly housed a DuPont manufacturing site located in Linden, New Jersey. The land was assigned to Chemours in connection with the Separation, and the Company completed the sale in March 2018 for a gain of $42 and net cash proceeds of $39. As part of the sales agreement, the buyer agreed to assume certain costs associated with ongoing environmental remediation activities at the site amounting to $3

, which have been reflected as a component of prepaid expenses and other on the consolidated balance sheets. Chemours remains responsible for certain other ongoing environmental remediation activities at the site, which were previously accrued as a component of other liabilities on the consolidated balance sheets.

### Acquisition of ICOR International, Inc.

In April 2018, the Company, through its wholly-owned subsidiary, The Chemours Company FC, LLC, entered into a Stock Purchase Agreement ("SPA") to acquire all of the outstanding stock of ICOR International, Inc. ("ICOR"), a closely-held private company that produces, sells, and distributes replacement refrigerant gases for use in commercial, industrial, and automotive refrigerant applications. Pursuant to the terms of the SPA, the Company paid $37 in total consideration at closing in the all-cash acquisition, which included customary working capital and other adjustments made within a specified time period. The acquisition of ICOR complements the Company's existing portfolio of product offerings within the Fluoroproducts segment, as well as provides the Company with access to ICOR's established customer base and assembled workforce.

The Company accounted for the acquisition of ICOR as a business combination, and as such, all assets acquired and liabilities assumed were recorded at their estimated fair values. The excess of the consideration transferred over the fair value of the identifiable net assets acquired was recorded as goodwill within the Fluoroproducts segment, which represents the expected future benefits arising from the assembled workforce and other synergies to be realized from the acquisition of ICOR. The Company elected to treat the acquisition of ICOR as an asset acquisition under the Internal Revenue Code, and as such, expects that all of the related goodwill will be deductible for federal income tax purposes.

F-20

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the Company's fair value estimates of the assets acquired and liabilities assumed in the acquisition of ICOR, which were finalized during the fourth quarter of 2018.

| | Fair Value At Acquisition Date | | Measurement Period Adjustments | | Adjusted Fair Value | | Weighted-average Useful Life (in Years) |
|---|---|---|---|---|---|---|---|
| Assets acquired: | | | | | | | |
| Accounts receivable - trade | $ | 4 | $ | - | $ | 4 | |
| Inventories | | 8 | | - | | 8 | |
| Property, plant, and equipment | | 1 | | - | | 1 | |
| Identifiable intangible asset: | | | | | | | |
| Customer relationships (1) | | 20 | | 2 | | 22 | 5 |
| Total assets acquired | | 33 | | 2 | | 35 | |
| Liabilities assumed: | | | | | | | |
| Accounts payable | | 1 | | - | | 1 | |
| Other accrued liabilities | | 1 | | - | | 1 | |
| Total liabilities assumed | | 2 | | - | | 2 | |
| Total identifiable net assets acquired | | 31 | | 2 | | 33 | |
| Goodwill (1) | | 6 | | (2) | | 4 | |
| **Net assets acquired** | $ | 37 | $ | - | $ | 37 | |

(1)  During the third quarter of 2018, the Company recorded a measurement period adjustment to its customer relationships based on an ongoing analysis associated with the preparation of a third-party appraisal.

The fair value of ICOR's customer relationships was determined using the excess earnings method, which is a discounted cash flows approach. This method takes into account significant unobservable inputs and is a Level 3 fair value measurement within the fair value hierarchy. The use of this valuation methodology requires management to make various assumptions, including, but not limited to, assumptions about future profitability, cash flows, and discount rates applicable to the acquired business and, where applicable, market participants. These assumptions are based on management's best estimates and include considerations related to management's knowledge and experience, historical trends, general economic conditions, and other situational factors.

The Company's consolidated financial statements include ICOR's results of operations from April 2, 2018, the date of acquisition, through December 31, 2018. Net sales and net income attributable to Chemours contributed by ICOR during this period were not material to the Company's or its Fluoroproducts segment's results of operations. Acquisition-related expenses amounted to less than $1 at December 31, 2018, and are included as a component of selling, general, and administrative expense in the consolidated statements of operations.

F-21

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

## Note 5. Net Sales

*Disaggregation of Net Sales*

The following table sets forth a disaggregation of the Company's net sales by geographic region, product group, and segment for the year ended December 31, 2018.

| | Year Ended December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Fluoroproducts | Chemical Solutions | Titanium Technologies | Total |
| **Net sales by geographic region (1)** | | | | |
| North America | $ 1,143 | $ 341 | $ 894 | $ 2,378 |
| Asia Pacific | 675 | 81 | 964 | 1,720 |
| Europe, the Middle East, and Africa | 825 | 18 | 842 | 1,685 |
| Latin America (2) | 219 | 162 | 474 | 855 |
| **Total net sales** | $ 2,862 | $ 602 | $ 3,174 | $ 6,638 |
| **Net sales by product group** | | | | |
| Fluorochemicals | $ 1,497 | $ - | $ - | $ 1,497 |
| Fluoropolymers | 1,365 | - | - | 1,365 |
| Mining solutions | - | 289 | - | 289 |
| Performance chemicals and intermediates | - | 313 | - | 313 |
| Titanium dioxide and other minerals | - | - | 3,174 | 3,174 |
| **Total net sales** | $ 2,862 | $ 602 | $ 3,174 | $ 6,638 |

(1)  Net sales are attributable to countries based on customer location.

(2)  Latin America includes Mexico.

Substantially all of the Company's net sales are derived from goods and services transferred at a point in time.

*Contract Balances*

The Company's assets and liabilities from contracts with customers constitute accounts receivable - trade, deferred revenue, and customer rebates. An amount for accounts receivable - trade is recorded when the right to consideration under a contract becomes unconditional. An amount for deferred revenue is recorded when consideration is received prior to the conclusion that a contract exists, or when a customer transfers consideration prior to the Company satisfying its performance obligations under a contract. Customer rebates represent an expected refund liability to a customer based on a contract. In contracts with customers where a rebate is offered, it is generally applied retroactively based on the achievement of a certain sales threshold. As revenue is recognized, the Company estimates whether or not the sales threshold will be achieved to determine the amount of variable consideration to include in the transaction price.

The following table sets forth the Company's contract balances from contracts with customers for the year ended December 31, 2018 and 2017.

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Accounts receivable - trade, net (1) | $ 790 | $ 847 |
| Customer rebates | 79 | 83 |

(1)  Accounts receivable - trade, net includes trade notes receivable, and is net of allowances for doubtful accounts of $5 at December 31, 2018 and 2017. Such allowances are equal to the estimated uncollectible amounts.

The Company's deferred revenue balances at December 31, 2018 and 2017 were not significant. Additionally, changes in the Company's deferred revenue balances resulting from additions for advance payments and deductions for amounts recognized in net sales during the year ended December 31, 2018 were not significant. For the year ended December 31, 2018, the amount of revenue recognized from performance obligations satisfied in prior periods (e.g., due to changes in transaction price) was not significant.

F-22

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

There were no other contract asset balances or capitalized costs associated with obtaining or fulfilling customer contracts at December 31, 2018.

***Remaining Performance Obligations***

Certain of the Company's MSA or other arrangements contain take-or-pay clauses, whereby customers are required to purchase a fixed minimum quantity of product during a specified period, or pay the Company for such orders, even if not requested by the customer. The Company considers these take-or-pay clauses to be an enforceable contract, and as such, the legally-enforceable minimum amounts under such an arrangement are considered to be outstanding performance obligations on contracts with an original expected duration greater than one year. At December 31, 2018, Chemours had $119 of remaining performance obligations. The Company expects to recognize approximately 35% of its remaining performance obligations as revenue in 2019, an approximate additional 45% in 2020, and the balance thereafter. The Company applies the practical expedient in Topic 606 and does not include remaining performance obligations that have original expected durations of one year or less, or amounts for variable consideration allocated to wholly-unsatisfied performance obligations or wholly-unsatisfied distinct goods that form part of a single performance obligation, if any. Amounts for contract renewals that are not yet exercised by December 31, 2018 are also excluded.

### Note 6. Research and Development Expense

The following table sets forth the Company's R&D expense by segment for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 | | 2016 |
| Fluoroproducts | $ | 50 | $ | 48 | $ | 46 |
| Chemical Solutions | | 2 | | 3 | | 7 |
| Titanium Technologies | | 28 | | 29 | | 27 |
| Corporate and Other | | 2 | | 1 | | 1 |
| **Total research and development expense** | $ | 82 | $ | 81 | $ | 81 |

### Note 7. Restructuring, Asset-related, and Other Charges

The following table sets forth the components of the Company's restructuring, asset-related, and other charges by category for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 | | 2016 |
| Restructuring and other charges: | | | | | | |
|    Employee separation charges | $ | 14 | $ | 23 | $ | 4 |
|    Decommissioning and other charges | | 31 | | 33 | | 47 |
|       Total restructuring and other charges | | 45 | | 56 | | 51 |
| Asset-related charges (1) | | 4 | | 1 | | 119 |
| **Total restructuring, asset-related, and other charges** | $ | 49 | $ | 57 | $ | 170 |

(1) Asset-related charges for the year ended December 31, 2018 included $4 for a pre-tax goodwill impairment charge in the Company's Chemical Solutions segment. Asset-related charges for the year ended December 31, 2016 included $13 and $58 in pre-tax impairment charges related to the sales of the Company's corporate headquarters building located in Wilmington, Delaware and its Sulfur business, respectively, and $48 in pre-tax impairment charges related to the Company's Aniline facility in Pascagoula, Mississippi.

F-23

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the impacts of the Company's restructuring, asset-related, and other charges to segment earnings for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| Restructuring and other charges: | | | |
| Plant and product line closures: | | | |
| Fluoroproducts | $ - | $ 3 | $ 7 |
| Chemical Solutions | 4 | 17 | 8 |
| Titanium Technologies | - | 4 | 30 |
| Corporate and Other | 9 | - | - |
| Total plant and product line closures | 13 | 24 | 45 |
| 2015 Global Restructuring Program: | | | |
| Fluoroproducts | - | - | 4 |
| Titanium Technologies | - | - | 2 |
| Total 2015 Global Restructuring Program | - | - | 6 |
| 2017 Restructuring Program: | | | |
| Fluoroproducts | 9 | - | - |
| Chemical Solutions | 2 | - | - |
| Titanium Technologies | 1 | - | - |
| Corporate and Other | 15 | 32 | - |
| Total 2017 Restructuring Program | 27 | 32 | - |
| 2018 Restructuring Program | 5 | - | - |
| Total restructuring and other charges | 45 | 56 | 51 |
| Asset-related charges: | | | |
| Chemical Solutions | 4 | - | 106 |
| Corporate and Other | - | 1 | 13 |
| Total asset-related charges | 4 | 1 | 119 |
| **Total restructuring, asset-related, and other charges** | $ 49 | $ 57 | $ 170 |

***Plant and Product Line Closures***

*Fluoroproducts*

In August 2015, in an effort to improve the profitability of the Company's Fluoroproducts segment, management approved the closure of certain production lines in the segment's U.S. manufacturing plants. For the years ended December 31, 2017 and 2016, the Company recorded additional decommissioning and dismantling-related charges of $3 and $7, respectively, for certain of these production lines. At December 31, 2017, the Company had substantially completed all actions related to the restructuring activities for certain of its production lines, which amounted to $17 in the aggregate, excluding asset-related charges.

*Chemical Solutions*

In the fourth quarter of 2015, the Company announced the completion of the strategic review of its Reactive Metals Solutions ("RMS") business and management's decision to stop production at its Niagara Falls, New York manufacturing plant. The RMS plant had approximately 200 employees and contractors impacted by this action, and production stopped at the plant in September 2016, when the Company immediately began actions to decommission the plant. The Company recorded additional decommissioning and dismantling-related charges of $4, $17, and $8 for the years ended December 31, 2018, 2017, and 2016, respectively. The Company expects to incur approximately $10 in additional restructuring charges for similar activities through 2021, which will be expensed as incurred. As of December 31, 2018, the Company incurred, in the aggregate, $35 in restructuring charges related to these activities, excluding asset-related charges.

F-24

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Titanium Technologies*

In August 2015, the Company announced the closure of its Edge Moor, Delaware manufacturing plant. The Edge Moor plant produced $TiO_2$ pigment for use in the paper industry and certain other applications where demand had steadily declined, resulting in under-used capacity at the plant. In addition, the Company permanently closed one under-used $TiO_2$ pigment production line at its New Johnsonville, Tennessee plant. The Company stopped production at its Edge Moor plant in September 2015, and immediately began decommissioning the plant. For the years ended December 31, 2017 and 2016, the Company recorded additional decommissioning and dismantling-related charges of $4 and $30, respectively. The Company completed these activities in 2017, which amounted to $60 in the aggregate, excluding asset-related charges. The Company sold the land where the plant was located for $10 in the first quarter of 2017.

*Corporate and Other*

In the first quarter of 2018, the Company began a project to demolish and remove several dormant, unused buildings at its Chambers Works site in Deepwater, New Jersey, which were assigned to Chemours in connection with the Separation. For the year ended December 31, 2018, the Company incurred $9 in decommissioning and dismantling-related charges associated with these efforts. The Company expects to incur approximately $20 to $25 in additional restructuring charges related to its Chambers Works site through the end of 2020, which will be reflected in Corporate and Other, and will be expensed as incurred.

*2015 Global Restructuring Program*

In the fourth quarter of 2015, the Company announced a global workforce reduction impacting approximately 430 positions. This action was part of the Company's efforts to streamline and simplify the structure of its worldwide organization, and to reduce costs. The associated headcount reductions were completed during the year ended December 31, 2016, and the Company recognized an additional $6 in employee separation charges for these efforts.

*2017 Restructuring Program*

In 2017, the Company initiated certain restructuring activities designed to further the cost savings and productivity improvements outlined under management's transformation plan. These activities include, among other efforts: (i) outsourcing and further centralizing certain business process activities; (ii) consolidating existing, outsourced third-party information technology ("IT") providers; and, (iii) implementing various upgrades to the Company's current IT infrastructure. In connection with these corporate function efforts, the Company recorded $18 and $14 in restructuring-related charges for years ended December 31, 2018 and 2017, respectively.

In October 2017, the Company also announced a voluntary separation program ("VSP") for certain eligible U.S. employees in an effort to better manage the anticipated future changes to its workforce. Employees who volunteered for and were accepted under the VSP were entitled to receive certain financial incentives above the Company's customary involuntary termination benefits to end their employment with Chemours after providing a mutually agreed-upon service period. Approximately 300 employees separated from the Company through the end of 2018. An accrual representing the majority of these termination benefits, amounting to $18, was recognized in the fourth quarter of 2017. The remaining incremental, one-time financial incentives under the VSP were recognized over the period each participating employee continued to provide service to Chemours, and amounted to $9.

The Company recorded charges of $27 and $32 for the years ended December 31, 2018 and 2017, respectively, for its 2017 program. The cumulative amount incurred, in the aggregate, for the Company's 2017 program amounted to $59 at December 31, 2018. The Company has substantially completed all actions related to this program, and the remaining amounts accrued as of December 31, 2018 are expected to be paid out in the first half of 2019.

*2018 Restructuring Program*

In the fourth quarter of 2018, management initiated a restructuring program of the Company's corporate functions and recorded the related estimated severance costs of $5. The program is expected to be completed in the first half of 2019.

F-25

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the change in the Company's employee separation-related liabilities associated with its restructuring programs for the years ended December 31, 2018 and 2017.

| | Fluoroproducts Line Shutdown | Chemical Solutions Site Closures | Titanium Technologies Site Closures | 2015 Global Restructuring Program | 2017 Restructuring Program | 2018 Restructuring Program | Total |
|---|---|---|---|---|---|---|---|
| **Balance at January 1, 2017** | $ 1 | $ 8 | $ 4 | $ 21 | $ - | $ - | $ 34 |
| Charges to income | - | - | - | 1 | 23 | - | 24 |
| Payments | (1) | (6) | (3) | (21) | - | - | (31) |
| **Balance at December 31, 2017** | - | 2 | 1 | 1 | 23 | - | 27 |
| Charges to income | - | - | - | - | 9 | 5 | 14 |
| Payments | - | (2) | (1) | - | (22) | - | (25) |
| **Balance at December 31, 2018** | $ - | $ - | $ - | $ 1 | $ 10 | $ 5 | $ 16 |

At December 31, 2018 and 2017, there are no significant outstanding liabilities related to the Company's decommissioning and other restructuring-related charges.

## Note 8. Other Income, Net

The following table sets forth the components of the Company's other income, net for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| Leasing, contract services, and miscellaneous income (1) | $ 79 | $ 30 | $ 35 |
| Royalty income (2) | 10 | 24 | 15 |
| Gain on sales of assets and businesses (3) | 45 | 22 | 254 |
| Exchange gains (losses), net (4) | 1 | 3 | (57) |
| Non-operating pension and other post-retirement employee benefit income | 27 | 34 | 20 |
| **Total other income, net** | $ 162 | $ 113 | $ 267 |

(1) Leasing, contract services, and miscellaneous income includes European Union fluorinated greenhouse gas quota authorization sales of $67, $15, and $6 for the years ended December 31, 2018, 2017, and 2016, respectively.

(2) Royalty income for the year ended December 31, 2018 is primarily from technology licensing. Royalty income for the years ended December 31, 2017 and 2016 is primarily from technology and trademark licensing.

(3) For the year ended December 31, 2018, gain on sale includes a $3 gain and a $42 gain associated with the sales of the Company's East Chicago, Indiana and Linden, New Jersey sites, respectively. For the year ended December 31, 2017, gain on sale includes a gain of $13 associated with the sale of the Company's land in Repauno, New Jersey that was previously deferred and realized upon meeting certain milestones, and a $12 gain associated with the sale of the Company's Edge Moor, Delaware plant site, net of certain losses on other disposals. For the year ended December 31, 2016, gain on sale includes gains of $169 and $89 associated with the sales of the Company's C&D business and its Aniline facility in Beaumont, Texas, respectively.

(4) Exchange gains (losses), net includes gains and losses on the Company's foreign currency forward contracts that have not been designated as a cash flow hedge.

F-26

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

**Note 9. Income Taxes**

The following table sets forth the components of the Company's provision for (benefit from) income taxes for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | **2017** | | **2016** | |
| Current tax expense (benefit): | | | | | | |
| U.S. federal | $ | 23 | $ | (8) | $ | - |
| U.S. state and local | | 4 | | 1 | | - |
| International | | 110 | | 89 | | 93 |
| Total current tax expense | | 137 | | 82 | | 93 |
| Deferred tax expense (benefit): | | | | | | |
| U.S. federal | | 20 | | 60 | | (101) |
| U.S. state and local | | 3 | | 6 | | (17) |
| International | | (1) | | 17 | | 7 |
| Total deferred tax expense (benefit) | | 22 | | 83 | | (111) |
| **Total provision for (benefit from) income taxes** | $ | 159 | $ | 165 | $ | (18) |

The following table sets forth the components of the Company's deferred tax assets and liabilities at December 31, 2018 and 2017.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2018** | | **2017** | |
| Deferred tax assets: | | | | |
| Environmental and other reserves | $ | 80 | $ | 89 |
| Litigation reserves | | 28 | | 14 |
| Stock-based compensation and accrued employee benefits | | 28 | | 26 |
| Other assets and other accrued liabilities | | 8 | | 8 |
| Tax attribute carryforwards | | 29 | | 27 |
| Foreign tax credit carryforwards | | 18 | | 17 |
| Total deferred tax assets | | 191 | | 181 |
| Less: Valuation allowance | | (2) | | (17) |
| Total deferred tax assets, net | | 189 | | 164 |
| Deferred tax liabilities: | | | | |
| Pension and other liabilities | | (35) | | (55) |
| Property, plant, and equipment | | (313) | | (274) |
| Inventories and other assets | | (12) | | (4) |
| Total deferred tax liabilities | | (360) | | (333) |
| **Deferred tax liability, net** | $ | (171) | $ | (169) |

F-27

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth an analysis of the Company's effective tax rates for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| | 2018 | | 2017 | | 2016 | |
| | $ | % | $ | % | $ | % |
|---|---|---|---|---|---|---|
| **Statutory U.S. federal income tax rate** | $ 243 | 21.0% | $ 319 | 35.0% | $ (4) | 35.0% |
| State income taxes, net of federal benefit | 7 | 0.6% | 7 | 0.7% | (16) | 150.4% |
| Lower effective tax rate on international operations, net | (44) | (3.8)% | (149) | (16.3)% | (61) | 552.5% |
| Depletion | (6) | (0.5)% | (8) | (0.9)% | (6) | 51.2% |
| Goodwill | - | -% | - | -% | 5 | (47.9)% |
| Exchange losses (gains) | (4) | (0.3)% | 5 | 0.6% | 4 | (39.1)% |
| Provision to return and other adjustments | (9) | (0.8)% | 6 | 0.6% | 6 | (57.9)% |
| Permanent items | 12 | 1.0% | 9 | 1.0% | 3 | (27.3)% |
| Valuation allowance | (15) | (1.3)% | (33) | (3.6)% | 50 | (451.6)% |
| Net impact of U.S. tax reform | (10) | (0.9)% | 39 | 4.3% | - | (-)% |
| Stock-based compensation | (14) | (1.2)% | (20) | (2.2)% | - | (-)% |
| Other, net | (1) | -% | (10) | (1.1)% | 1 | (1.7)% |
| **Total effective tax rate** | $ 159 | 13.8% | $ 165 | 18.1% | $ (18) | 163.6% |

The following table sets forth the Company's income (loss) before income taxes for its U.S. and international operations for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | |
| | 2018 | 2017 | 2016 |
|---|---|---|---|
| U.S. operations (including exports) | $ 114 | $ (306) | $ (481) |
| International operations | 1,041 | 1,218 | 470 |
| **Total income (loss) before income taxes** | $ 1,155 | $ 912 | $ (11) |

### U.S. Tax Reform

On December 22, 2017, the U.S. government enacted comprehensive tax legislation, commonly referred to as U.S. tax reform. U.S. tax reform makes broad and complex changes to the U.S. tax code, including, but not limited to: (i) reducing the U.S. federal corporate tax rate from 35% to 21%; (ii) requiring companies to pay a one-time transition tax on certain unrepatriated earnings of foreign subsidiaries; (iii) generally eliminating U.S. federal income taxes on dividends from foreign subsidiaries; (iv) requiring a current inclusion in U.S. federal taxable income of certain earnings of controlled foreign corporations; (vi) creating the Base Erosion Anti-abuse Tax ("BEAT"), a new minimum tax; (vi) creating a new limitation on the deductible interest expense; and, (vii) the creation of the Global Intangibles Low-taxed Income ("GILTI") inclusions.

The Deemed Repatriation Transition Tax (the "Transition Tax") is a tax on previously untaxed accumulated and current earnings and profits ("E&P") of certain of the Company's foreign subsidiaries. The Company has determined, in addition to other factors, the amount of post-1986 E&P of the relevant subsidiaries, as well as the amount of non-U.S. income taxes paid on such earnings in order to compute its one-time Transition Tax.

U.S. tax reform created a new requirement that certain income (i.e., GILTI) earned by controlled foreign corporations ("CFCs") must be included currently in the gross income of the CFCs' U.S. shareholder. GILTI is the excess of the shareholder's net CFC-tested income over the net deemed tangible income return, which is currently defined as the excess of (i) 10% of the aggregate of the U.S. shareholder's pro rata share of the qualified business asset investment of each CFC "routine return" with respect to which it is a U.S. shareholder over, (ii) the amount of certain interest expense taken into account in the determination of net CFC-tested income. The Company has elected to treat taxes due on future U.S. inclusions in taxable income related to GILTI as a current period expense when incurred (i.e., the period cost method).

F-28

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

In 2017, the Company recorded provisional estimates for U.S. tax reform in its provision for income taxes, which amounted to a net benefit of $3. Staff Accounting Bulletin No. 118 ("SAB No. 118") issued by the U.S. Securities and Exchange Commission ("SEC") allowed registrants to record provisional estimates for U.S. tax reform during a measurement period not to exceed one year from the enactment date, which was December 22, 2017. In September 2018, the Company recorded a $10 tax benefit to adjust its initial provisional estimates for U.S. tax reform in its provision for income taxes, which reduced the effective tax rate by 1% for the year ended December 31, 2018. The adjustment was specifically related to changes to certain deferred tax assets and liabilities upon filing of the Company's 2017 tax return, which impacted the Company's initial estimate of the revaluation of these deferred tax assets and liabilities as a result of the reduced corporate tax rate, the Transition Tax on previously untaxed accumulated and current E&P of certain of the Company's foreign subsidiaries, and the associated foreign tax credits.

While management has completed its analysis within the applicable measurement period, pursuant to SAB No. 118, the Company is accounting for the tax impact of U.S. tax reform's provisions based on an interpretation of existing statutory law, including guidance issued by the U.S. Treasury and the Internal Revenue Service ("IRS"). During the second half of 2018, the U.S. Treasury and the IRS issued certain proposed regulations addressing new provisions such as GILTI, BEAT, Limitation of Deduction of Business Interest, Foreign Tax Credit, and the Anti-hybrid Regulations. On January 15, 2019, the final Section 965 Toll Charge regulations were issued. While there can be no assurances as to the effect of any final regulations on the Company's income tax provision, management will continue to evaluate the impact as any regulations issued become final.

At December 31, 2018, management believed that sufficient liquidity was available in the U.S. As a result, the Company is indefinitely reinvested with respect to the historical unremitted pre-2018 E&P of its foreign subsidiaries, which was approximately $550 at December 31, 2018. Management asserts that it is indefinitely reinvested with respect to current year earnings from several foreign subsidiaries, and therefore, has not recorded deferred tax liabilities with respect to those earnings. At December 31, 2018, deferred tax liabilities for foreign subsidiaries that are not indefinitely reinvested were not material to the Company's consolidated financial statements. The potential tax implications of the repatriati on of unremitted E&P are driven by the facts at the time of distribution; however, due to U.S. tax reform and the U.S. Transition Tax, the incremental cost to repatriate E&P is not expected to be material if a distribution is made in the future as there are minimal foreign withholding taxes in the applicable foreign jurisdictions.

### Other Matters

For the year ended December 31, 2018, the Company released $15 of valuation allowance on its foreign tax credits, which was the result of additional guidance issued by the U.S. Treasury during 2018 with respect to foreign tax credits. The valuation allowance release represents the amount of foreign tax credit carryforwards that are expected to be utilized before they begin to expire in 2026.

Under the tax laws of various jurisdictions in which the Company operates, deductions or credits that cannot be fully utilized for tax purposes during the current year may be carried forward or back, subject to statutory limitations, to reduce taxable income or taxes payable in future or prior years. At December 31, 2018, the Company's U.S federal and state tax losses amounted to $6, which substantially expire between 2036 and 2038. The Company also had U.S. foreign tax credit carryforwards of $18, which expire in 2026, and $13 in R&D tax credits, which expire in 2035. Lastly, the Company had foreign net operating losses of $3, which substantially expire between 2026 and 2029.

Each year, Chemours and/or its subsidiaries file income tax returns in the U.S. federal jurisdiction and various states and non-U.S. jurisdictions.

The following table sets forth the Company's significant jurisdictions' tax returns that are subject to examination by their respective taxing authorities for the open years listed.

| Jurisdiction | Open Years |
|---|---|
| China | 2014 through 2018 |
| Mexico | 2012 through 2018 |
| Netherlands | 2015 through 2018 |
| Singapore | 2015 through 2018 |
| Switzerland | 2015 through 2018 |
| Taiwan | 2015 through 2018 |
| U.S. | 2015 through 2018 |

Positions challenged by the taxing authorities may be settled or appealed by Chemours and/or DuPont in accordance with the tax matters agreement. As a result, income tax uncertainties are recognized in the Company's consolidated financial statements in accordance with accounting for income taxes, when applicable.

F-29

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the change in the Company's unrecognized tax benefits for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 | | 2016 |
| Balance at January 1, | $ | - | $ | 6 | $ | 7 |
| Gross amounts of decreases in unrecognized tax benefits as a result of adjustments to tax provisions taken during the prior period | | - | | (6) | | (1) |
| Gross amounts of increases in unrecognized tax benefits as a result of tax positions taken during the current period | | 2 | | - | | - |
| Reduction to unrecognized tax benefits as a result of a lapse of the applicable statute of limitations | | - | | - | | - |
| Balance at December 31, | $ | 2 | $ | - | $ | 6 |
| Total unrecognized tax benefits, if recognized, that would impact the effective tax rate | $ | 2 | $ | - | $ | - |
| Total amount of interest and penalties recognized in the consolidated statements of operations | | - | | - | | - |
| Total amount of interest and penalties recognized in the consolidated balance sheets | | - | | - | | - |

The following table sets forth a rollforward of the Company's deferred tax asset valuation allowance for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 | | 2016 |
| Balance at January 1, | $ | 17 | $ | 50 | $ | - |
| Net charges to income tax expense | | - | | - | | 50 |
| Release of valuation allowance | | (15) | | (33) | | - |
| Balance at December 31, | $ | 2 | $ | 17 | $ | 50 |

F-30

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

**Note 10. Earnings Per Share of Common Stock**

The following table sets forth reconciliations of the numerators and denominators for the Company's basic and diluted earnings per share calculations for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | |
| | 2018 | 2017 | 2016 |
|---|---|---|---|
| Numerator: | | | |
| Net income attributable to Chemours | $ 995 | $ 746 | $ 7 |
| Denominator: | | | |
| Weighted-average number of common shares outstanding - basic | 176,968,554 | 184,844,106 | 181,621,422 |
| Dilutive effect of the Company's employee compensation plans | 5,603,467 | 6,139,885 | 1,795,078 |
| Weighted-average number of common shares outstanding - diluted | 182,572,021 | 190,983,991 | 183,416,500 |
| Basic earnings per share of common stock | $ 5.62 | $ 4.04 | $ 0.04 |
| Diluted earnings per share of common stock | 5.45 | 3.91 | 0.04 |

The following table sets forth the average number of stock options that were anti-dilutive and, therefore, were not included in the Company's diluted earnings per share calculations for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | |
| | 2018 | 2017 | 2016 |
|---|---|---|---|
| Average number of stock options | 393,016 | 43,072 | 5,820,499 |

**Note 11. Accounts and Notes Receivable, Net**

The following table sets forth the components of the Company's accounts and notes receivable, net at December 31, 2018 and 2017.

| | December 31, | |
| | 2018 | 2017 |
|---|---|---|
| Accounts receivable - trade, net (1) | $ 790 | $ 847 |
| VAT, GST, and other taxes (2) | 56 | 54 |
| Other receivables (3) | 15 | 18 |
| **Total accounts and notes receivable, net** | $ 861 | $ 919 |

   (1)   Accounts receivable - trade, net includes trade notes receivable of $2 and less than $1 at December 31, 2018 and 2017, respectively, and is net of allowances for doubtful accounts of $5 at December 31, 2018 and 2017. Such allowances are equal to the estimated uncollectible amounts.

   (2)   Value added tax ("VAT") and goods and services tax ("GST") for various jurisdictions.

   (3)   Other receivables consist of notes receivable, advances, the fair value of derivative assets, and other deposits.

Accounts and notes receivable are carried at amounts that approximate their fair values. Bad debt expense amounted to less than $1, $1, and $7 for the years ended December 31, 2018, 2017, and 2016, respectively.

F-31

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

### Note 12. Inventories

The following table sets forth the components of the Company's inventories at December 31, 2018 and 2017.

| | December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Finished products | $ 701 | $ 648 |
| Semi-finished products | 195 | 164 |
| Raw materials, stores, and supplies | 476 | 313 |
| Inventories before LIFO adjustment | 1,372 | 1,125 |
| Less: Adjustment of inventories to LIFO basis | (225) | (190) |
| **Total inventories** | $ 1,147 | $ 935 |

Inventory values, before LIFO adjustment, are generally determined by the average cost method, which approximates current cost. Inventories are valued under the LIFO method at substantially all U.S. locations, which comprised $622 and $509 (or 45%) of inventories before the LIFO adjustments at December

31, 2018 and 2017. The remainder of the Company's inventory held in international locations and certain U.S. locations is valued under the average cost method.

### Note 13. Property, Plant, and Equipment, Net

The following table sets forth the components of the Company's property, plant, and equipment, net at December 31, 2018 and 2017.

| | December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Equipment | $ 7,344 | $ 6,961 |
| Buildings | 914 | 875 |
| Construction-in-progress | 579 | 520 |
| Land | 119 | 119 |
| Mineral rights | 36 | 36 |
| Property, plant, and equipment | 8,992 | 8,511 |
| Less: Accumulated depreciation | (5,701) | (5,503) |
| **Total property, plant, and equipment, net** | $ 3,291 | $ 3,008 |

Depreciation expense amounted to $276, $269, and $281 for the years ended December 31, 2018, 2017, and 2016, respectively. Property, plant, and equipment, net included gross assets under capital leases of $7 at December 31, 2018 and 2017, and a build-to-suit lease asset of $55 and $8 at December 31, 2018 and 2017, respectively. Interest expense capitalized as part of property, plant, and equipment, net amounted to $17, $9, and $18 for the years ended December 31, 2018, 2017, and 2016, respectively.

See "Note 19 - Debt" for further discussion regarding the Company's build-to-suit lease arrangement.

F-32

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

### Note 14. Goodwill and Other Intangible Assets, Net

*Goodwill*

The following table sets forth the changes in the carrying amount of the Company's goodwill by segment for the years ended December 31, 2018 and 2017.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | | 2018 | | 2017 |
| Fluoroproducts: | | | | |
| Balance at January 1, | $ | 85 | $ | 85 |
| Acquisition of business | | 4 | | - |
| Balance at December 31, | | 89 | | 85 |
| Chemical Solutions: | | | | |
| Balance at January 1, | | 55 | | 55 |
| Goodwill impairment | | (4) | | - |
| Balance at December 31, | | 51 | | 55 |
| Titanium Technologies: | | | | |
| Balance at January 1, | | 13 | | 13 |
| Balance at December 31, | | 13 | | 13 |
| **Total goodwill** | $ | 153 | $ | 153 |

Chemours consists of three operating segments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. The Company defines its reporting units as one level below these operating segments, with the exception of the Titanium Technologies segment, which is both an operating segment and a reporting unit. The Company tested the goodwill balances attributable to each of its reporting units for potential impairment on October 1, 2018 and 2017, the dates of Chemours' annual goodwill assessment, and concluded that $4 of goodwill associated with the Performance Chemicals and Intermediates reporting unit in the Chemical Solutions segment was impaired at October 1, 2018. No further goodwill impairments were recorded for the years ended December 31, 2018 and 2017, as the fair values of the Company's other reporting units that carry goodwill exceeded each respective reporting unit's carrying amount on October 1, 2018 and 2017.

The total accumulated impairment losses included in the Company's goodwill balance at December 31, 2018 amounted to $4. There were no accumulated impairment losses included in the Company's goodwill balance at December 31, 2017.

*Other Intangible Assets, Net*

The following table sets forth the gross carrying amounts and accumulated amortization of the Company's other intangible assets by major class at December 31, 2018 and 2017.

| | December 31, 2018 | | | December 31, 2017 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Cost | Accumulated Amortization | Net | Cost | Accumulated Amortization | Net |
| Customer lists | $ 9 | $ (8) | $ 1 | $ 9 | $ (8) | $ 1 |
| Customer relationships | 22 | (3) | 19 | - | - | - |
| Patents | 19 | (19) | - | 19 | (18) | 1 |
| Purchased trademarks | 5 | (3) | 2 | 5 | (2) | 3 |
| Purchased and licensed technology | 3 | (3) | - | 3 | (2) | 1 |
| Other (1) | 10 | (4) | 6 | 10 | (3) | 7 |
| **Total other intangible assets, net** | $ 68 | $ (40) | $ 28 | $ 46 | $ (33) | $ 13 |

(1) Represents non-cash favorable supply contracts acquired in connection with the sale of the Sulfur business and recognized during the third quarter of 2016 based on the present value of the difference between their contractual cash flows and estimated cash flows had the contracts been executed at a determinable market price. These contract intangibles will be amortized to cost of goods sold over the remaining life of the supply contracts through 2021.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The aggregate pre-tax amortization expense for definite-lived intangible assets was $6, $4, and $3 for the years ended December 31, 2018, 2017, and 2016, respectively. The estimated aggregate pre-tax amortization expense for 2019, 2020, 2021, 2022, and 2023 is $7, $7, $7, $5, and $1, respectively. Definite-lived intangible assets are amortized over their estimated useful lives, generally for periods ranging from five to 20 years. The reasonableness of the useful lives of these assets is continually evaluated. The Company does not have any indefinite-lived intangible assets.

## Note 15. Investments in Affiliates

The Company holds investments in companies where it, directly or indirectly, owns 20% to 50% of the voting stock, or has the ability to exercise significant influence over the operating and financial policies of the investee.

The following table sets forth the carrying value, jurisdiction, and ownership percentages of the Company's investments in affiliates at December 31, 2018 and 2017.

| Investee | Jurisdiction | December 31, 2018 Carrying Value | December 31, 2018 Ownership | December 31, 2017 Carrying Value | December 31, 2017 Ownership |
|---|---|---|---|---|---|
| Chemours-Mitsui Fluorochemicals Company, Ltd. | Japan | $ 94 | 50.0% | $ 112 | 50.0% |
| The Chemours Chenguang Fluoromaterials Company Limited | China | 36 | 50.0% | 36 | 50.0% |
| Changshu 3F Zhonghao New Chemical Materials Co., Ltd. | China | 30 | 10.0% | 25 | 10.0% |
| | | $ 160 | | $ 173 | |

The following table sets forth the changes in the Company's investments in affiliates for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, 2018 | Year Ended December 31, 2017 | Year Ended December 31, 2016 |
|---|---|---|---|
| **Balance at January 1,** | $ 173 | $ 136 | $ 136 |
| Equity in earnings of affiliates | 43 | 33 | 29 |
| Investments in affiliates | - | - | 1 |
| Dividends | (58) | - | (18) |
| Divestment | - | - | (12) |
| Currency translation and other | 2 | 4 | - |
| **Balance at December 31,** | $ 160 | $ 173 | $ 136 |

The Company engages in transactions with its equity method investees in the ordinary course of business. For the years ended December 31, 2018, 2017, and 2016, net sales to the Company's equity method investees amounted to $143, $99, and $70, respectively, and purchases from the Company's equity method investees amounted to $125, $87, and $97, respectively.

## Note 16. Other Assets

The following table sets forth the components of the Company's other assets at December 31, 2018 and 2017.

| | December 31, 2018 | December 31, 2017 |
|---|---|---|
| Capitalized repair and maintenance costs | $ 178 | $ 117 |
| Pension assets (1) | 174 | 260 |
| Deferred income taxes | 46 | 40 |
| Miscellaneous | 39 | 36 |
| **Total other assets** | $ 437 | $ 453 |

(1) Pension assets represent the funded status of certain of the Company's long-term employee benefit plans.

F-34

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

### Note 17. Accounts Payable

The following table sets forth the components of the Company's accounts payable at December 31, 2018 and 2017.

| | December 31, | |
| | 2018 | 2017 |
|---|---|---|
| Trade payables | $ 1,111 | $ 1,008 |
| Dividends payable | - | 31 |
| VAT and other payables | 26 | 36 |
| **Total accounts payable** | $ 1,137 | $ 1,075 |

### Note 18. Other Accrued Liabilities

The following table sets forth the components of the Company's other accrued liabilities at December 31, 2018 and 2017.

| | December 31, | |
| | 2018 | 2017 |
|---|---|---|
| Compensation and other employee-related costs | $ 108 | $ 174 |
| Employee separation costs (1) | 16 | 27 |
| Accrued litigation (2) | 76 | 13 |
| Environmental remediation (2) | 74 | 66 |
| Income taxes | 87 | 58 |
| Customer rebates | 79 | 83 |
| Deferred income | 6 | 8 |
| Accrued interest | 21 | 24 |
| Miscellaneous (3) | 92 | 105 |
| **Total other accrued liabilities** | $ 559 | $ 558 |

   (1)   Represents the current portion of accrued employee separation costs related to the Company's restructuring and other activities.

   (2)   Represents the current portion of accrued litigation and environmental remediation, which are discussed further in "Note 21 - Commitments and Contingent Liabilities."

   (3)   Miscellaneous primarily includes accrued utility expenses, property taxes, an accrued indemnification liability, the current portion of the Company's asset retirement obligations, and other miscellaneous expenses.

F-35

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

### Note 19. Debt

The following table sets forth the components of the Company's debt at December 31, 2018 and 2017.

| | December 31, | | | |
|---|---|---|---|---|
| | 2018 | | 2017 | |
| Senior secured term loans: | | | | |
| Tranche B-1 Dollar Term Loan due May 2022 | $ | - | $ | 923 |
| Tranche B-1 Euro Term Loan due May 2022 (€394 at December 31, 2017) | | - | | 469 |
| Tranche B-2 Dollar Term Loan due May 2025 | | 893 | | - |
| Tranche B-2 Euro Term Loan due May 2025 (€347 at December 31, 2018) | | 396 | | - |
| Senior unsecured notes: | | | | |
| 6.625% due May 2023 | | 908 | | 1,158 |
| 7.000% due May 2025 | | 750 | | 750 |
| 6.125% due May 2023 (€295 at December 31, 2017) | | - | | 350 |
| 4.000% due May 2026 (€450 at December 31, 2018) | | 513 | | - |
| 5.375% due May 2027 | | 500 | | 500 |
| Capital lease obligations | | 2 | | 3 |
| Build-to-suit lease obligation | | 55 | | 8 |
| **Total debt** | | 4,017 | | 4,161 |
| Less: Unamortized issue discounts | | (10) | | (8) |
| Less: Unamortized debt issuance costs | | (35) | | (41) |
| Less: Current maturities of long-term debt | | (13) | | (15) |
| **Total long-term debt, net** | $ | 3,959 | $ | 4,097 |

***Senior Secured Credit Facilities***

On April 3, 2017, the Company completed an amendment to its then-existing credit agreement which provided for a seven-year, senior secured term loan facility and a five-year, $750 senior secured revolving credit facility ("Prior Revolving Credit Facility") (collectively, the "Prior Senior Secured Credit Facilities"). The senior secured term loan facility under the Prior Senior Secured Credit Facilities provided for a class of term loans, denominated in U.S. dollars, in an aggregate principal amount of $940 ("Prior Dollar Term Loan") and a class of term loans, denominated in euros, in an aggregate principal amount of €400 ("Prior Euro Term Loan") (collectively, the "Prior Term Loans"). On April 3, 2018, the Company entered into an amended and restated credit agreement that provides for a seven-year, senior secured term loan facility and a five-year, $800 senior secured revolving credit facility ("New Revolving Credit Facility") (collectively, the "New Senior Secured Credit Facilities"). The New Senior Secured Credit Facilities replaced, in full, the Company's obligations under the Prior Senior Secured Credit Facilities, and is subject to a springing maturity in the event that the senior unsecured notes due in May 2023 are not redeemed, repaid, modified, and/or refinanced within the 91-day period prior to their maturity date.

The senior secured term loan facility under the New Senior Secured Credit Facilities provides for a class of term loans, denominated in U.S. dollars, in an aggregate principal amount of $900 ("New Dollar Term Loan") and a class of term loans, denominated in euros, in an aggregate principal amount of €350 ("New Euro Term Loan") (collectively, the "New Term Loans"). The proceeds of the New Term Loans, together with cash on hand, were primarily used to prepay, in full, all outstanding amounts under the Prior Senior Secured Credit Facilities, which amounted to $921 for the Prior Dollar Term Loan and €393 for the Prior Euro Term Loan. The New Dollar Term Loan bears a variable interest rate equal to, at the election of the Company, adjusted LIBOR plus 1.75% or adjusted base rate plus 0.75%, subject to an adjusted LIBOR or an adjusted base rate floor of 0.00% or 1.00%, respectively. The New Euro Term Loan bears a variable interest rate equal to adjusted EURIBOR plus 2.00%, subject to an adjusted EURIBOR floor of 0.50%. The New Term Loans will mature on April 3, 2025, and are subject to acceleration in certain circumstances.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The proceeds of any loans made under the New Revolving Credit Facility can be used for working capital needs and other general corporate purposes, including permitted acquisitions, as defined in the amended and restated credit agreement. The New Revolving Credit Facility bears a variable interest rate range based on the Company's total net leverage ratio, as defined in the amended and restated credit agreement, between (i) a 0.25% and a 1.00% spread for adjusted base rate loans, and (ii) a 1.25% and a 2.00% spread for LIBOR and EURIBOR loans. In addition, the Company is required to pay a commitment fee on the average daily unused amount of the New Revolving Credit Facility within an interest rate range based on its total net leverage ratio, between 0.10% and 0.25%. The New Revolving Credit Facility will mature on April 3, 2023, and is subject to acceleration in certain circumstances.

There were no borrowings under the New Revolving Credit Facility at December 31, 2018 or under the Prior Revolving Credit Facility at December 31, 2017. Issued and outstanding letters of credit under the New Revolving Credit Facility amounted to $104 at December 31, 2018. Issued and outstanding letters of credit under the Prior Revolving Credit Facility amounted to $101 at December 31, 2017. At December 31, 2018, the effective interest rates on the New Dollar Term Loan and the New Euro Term Loan were 4.28% and 2.50%, respectively, and commitment fees on the New Revolving Credit Facility were assessed at a rate of 0.10% per annum. In connection with the issuance of the New Senior Secured Credit Facilities, the Company incurred a loss on debt extinguishment of $3 for the year ended December 31, 2018.

The amended and restated credit agreement also modified or eliminated certain provisions of the Company's prior credit agreement, including the interest coverage ratio financial covenant and certain other negative covenants to allow for further flexibility. Under the amended and restated credit agreement, solely with respect to the New Revolving Credit Facility, the Company is required to not exceed a maximum senior secured net leverage ratio of (i) 2.25 to 1.00 for the quarter December 31, 2018, and (ii) 2.00 to 1.00 in each quarter beginning January 1, 2019, through the date of maturity. In addition, the amended and restated credit agreement contains customary affirmative and negative covenants that, among other things, limit or restrict the Company's and its subsidiaries' ability, subject to certain exceptions, to incur additional indebtedness or liens, pay dividends, and engage in certain transactions, including mergers, acquisitions, asset sales, or investments, outside of specified carve-outs. The amended and restated credit agreement also contains customary representations and warranties and events of default, which are substantially similar to those in the prior credit agreement. The Company was in compliance with its debt covenants at December 31, 2018 and 2017.

The Company's obligations under the New Senior Secured Credit Facilities are guaranteed on a senior secured basis by all of its material domestic subsidiaries, which are also guarantors of the Company's outstanding notes, subject to certain exceptions. The obligations under the New Senior Secured Credit Facilities are also, subject to certain exceptions, secured by a first priority lien on substantially all of the Company's assets and substantially all of the assets of its wholly-owned, material domestic subsidiaries, including 100% of the stock of certain of its domestic subsidiaries and 65% of the stock of certain of its foreign subsidiaries.

***Senior Unsecured Notes***

*Senior Unsecured Notes due May 2023 and May 2025*

On May 12, 2015, Chemours issued an aggregate principal amount of $2,503 in senior unsecured notes consisting of an aggregate principal amount of $1,350 6.625% senior unsecured notes due May 2023, denominated in U.S. dollars (the "2023 Dollar Notes"), an aggregate principal amount of €360 6.125% senior unsecured notes due May 2023, denominated in euros (the "2023 Euro Notes"), and an aggregate principal amount of $750 7.000% senior unsecured notes due May 2025, denominated in U.S dollars (the "2025 Notes) (collectively, the "Original Notes"). As discussed in more detail below, the Company purchased or redeemed, as applicable, all of the outstanding 2023 Euro Notes and a $250 aggregate principal amount of the 2023 Dollar Notes. The Original Notes required or require, as applicable, payment of principal at maturity and payments of interest semi-annually in cash and in arrears on May 15 and September 15 of each year. The proceeds from the Original Notes were issued to fund a cash distribution to DuPont in connection with the Separation.

The Original Notes were or are, as applicable, fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis, by each of Chemours' existing and future direct or indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the New Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of the Company or any guarantor in an aggregate principal amount in excess of $75. The Original Notes were or are, as applicable, unsecured and unsubordinated by Chemours and its guarantor subsidiaries. The Original Notes ranked or rank, as applicable, equally in right of payment to all of Chemours' existing and future unsecured unsubordinated debt and senior in right of payment to all of its existing and future debt that is by its terms expressly subordinated in right of payment to the Original Notes. The Original Notes were or are, as applicable, subordinated to indebtedness under the New Senior Secured Credit Facilities as well as any future secured debt to the extent of the value of the assets securing such debt.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Pursuant to the terms of the indenture governing the Original Notes, the Company was or is, as applicable, obligated to offer to purchase the Original Notes at a price of (i) 101% of their principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events, and (ii) 100% of their principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, with the proceeds from certain asset dispositions. These restrictions and prohibitions were or are, as applicable, subject to certain qualifications and exceptions set forth in the indenture governing the Original Notes, including without limitation, reinvestment rights with respect to the proceeds of asset dispositions.

Chemours is permitted to currently redeem some or all of the 2023 Dollar Notes at specified redemption prices, and may redeem some or all of the 2025 Notes on or after May 15, 2020 at specified redemption prices. Chemours may also redeem some or all of the 2023 Dollar Notes or the 2025 Notes by means other than a redemption, including tender offer or open market purchases. Pursuant to the terms of the tax matters agreement entered into at the time of the Separation, the Company's ability to pre-pay, pay down, redeem, retire, or otherwise acquire the 2025 Notes is limited in the absence of obtaining certain tax opinions.

*Senior Unsecured Notes Due May 2027*

On May 23, 2017, Chemours issued a $500 aggregate principal amount of 5.375% senior unsecured notes due May 2027 (the "2027 Notes"). The 2027 Notes require payment of principal at maturity and interest semi-annually in cash and in arrears on May 15 and November 15 of each year. The Company received proceeds of $489, net of an original issue discount of $5 and underwriting fees and other related expenses of $6, which are deferred and amortized to interest expense using the effective interest method over the term of the 2027 Notes. A portion of the net proceeds from the 2027 Notes was used to pay the $335 accrued for the global settlement of the multi-district "PFOA MDL Settlement," as discussed in "Note 21 - Commitments and Contingent Liabilities." The remaining proceeds from the 2027 Notes were available for general corporate purposes.

The 2027 Notes are fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis by each of Chemours' existing and future direct and indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the New Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of Chemours or any guarantor in an aggregate principal amount in excess of $100. The guarantees of the 2027 Notes will rank equally with all other senior indebtedness of the guarantors. The 2027 Notes rank equally in right of payment to all of Chemours' existing and future unsecured unsubordinated debt and are senior in right of payment to all of its existing and future debt that is by its terms expressly subordinated in right of payment to the 2027 Notes. The 2027 Notes are subordinated to indebtedness under the New Senior Secured Credit Facilities as well as any future secured debt to the extent of the value of the assets securing such debt, and structurally subordinated to the liabilities of any non-guarantor subsidiaries.

Pursuant to the terms of the indenture governing the 2027 Notes, Chemours may redeem the 2027 Notes, in whole or in part, at an amount equal to 100% of the aggregate principal amount plus a specified "make-whole" premium and accrued and unpaid interest, if any, to the date of purchase prior to February 15, 2027. Chemours may also redeem some or all of the 2027 Notes by means other than a redemption, including tender offer and open market repurchases. Chemours is obligated to offer to purchase the 2027 Notes at a price of 101% of the principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events.

*Senior Unsecured Notes due May 2026*

On June 6, 2018, the Company issued an aggregate principal amount of €450 4.000% senior unsecured notes due May 2026, denominated in euros (the "2026 Euro Notes"). The 2026 Euro Notes are fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis, by each of the Company's existing and future direct and indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the New Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of the Company or any guarantor in an aggregate principal amount in excess of $100. The 2026 Euro Notes require payment of principal at maturity and payments of interest semi-annually in cash and in arrears on May 15 and November 15 of each year.

F-38

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Pursuant to the terms of the indenture governing the 2026 Euro Notes, the Company is obligated to offer to purchase the 2026 Euro Notes at a price of 101% of the principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events. Prior to May 15, 2021, the Company may redeem the 2026 Euro Notes (i) in whole or in part, at an amount equal to 100% of the aggregate principal amount plus a specified "make-whole" premium, and (ii) on one or more occasions, up to 35% of the aggregate principal amount of the notes, with the net cash proceeds of one or more equity offerings at a price equal to 104% of the principal amounts of such notes, plus accrued and unpaid interest, if any, up to, but excluding, the redemption date. The guarantees of the 2026 Euro Notes will rank equally with all other senior indebtedness of the guarantors. The 2026 Euro Notes rank equally in right of payment to all of the Company's existing and future unsecured unsubordinated debt and are senior in right of payment to all of its existing and future debt that is, by its terms, expressly subordinated in right of payment to the 2026 Euro Notes. The 2026 Euro Notes are subordinated to indebtedness under the New Senior Secured Credit Facilities, as well as any future secured debt to the extent of the value of the assets securing such debt, and are structurally subordinated to the liabilities of any non-guarantor subsidiaries.

The Company received net proceeds of €445 from the offering of the 2026 Euro Notes, which, together with cash on hand, were used to purchase or redeem, as the case may be, all of the outstanding 2023 Euro Notes and a $250 aggregate principal amount of the 2023 Dollar Notes pursuant to the Tender Offers (defined below) and the redemption of the 2023 Euro Notes, as well as pay for any fees and expenses in connection therewith. In connection with the concurrent redemption of the 2023 Euro Notes and issuance of the 2026 Euro Notes, the Company incurred a loss on extinguishment of $35 for the year ended December 31, 2018.

*2023 Notes Tender Offers and Redemption of the 2023 Euro Notes*

On May 21, 2018, the Company commenced two all-cash tender offers to purchase: (i) up to $250 of the outstanding 2023 Dollar Notes, for a purchase price of $1,052.50 per $1,000.00 of principal amount through an early tender deadline of June 4, 2018, and $1,022.50 per $1,000.00 of principal amount thereafter, through June 18, 2018, the tender expiration date, plus any accrued and unpaid interest thereon (the "Dollar Tender Offer"); and, (ii) any and all of the outstanding 2023 Euro Notes (collectively, the "2023 Notes"), for a purchase price of €1,048.75 per €1,000.00 of principal amount through an early tender deadline of June 4, 2018, and €1,018.75 per €1,000.00 of principal amount thereafter, through June 18, 2018, the tender expiration date, plus any accrued and unpaid interest thereon (the "Euro Tender Offer") (collectively, the "Tender Offers").

The Company completed the Dollar Tender Offer on June 6, 2018 for an aggregate purchase price of $264, inclusive of an early participation premium of $13 and accrued interest of $1. The Company completed the Euro Tender Offer on June 8, 2018 for an aggregate purchase price of €310, inclusive of an early participation premium of €14 and accrued interest of €1. In connection with the Euro Tender Offer, the Company received consents from the holders of a majority of the aggregate principal amount of the 2023 Euro Notes to amend certain provisions of the indenture governing the 2023 Euro Notes, thereby allowing the Company to call and redeem the remaining 2023 Euro Notes outstanding upon two business days' notice

to the noteholders. On June 8, 2018, the Company completed the redemption of the remaining outstanding 2023 Euro Notes that were not purchased pursuant to the Euro Tender Offer. The Tender Offers and the redemption of the 2023 Euro Notes were funded with the proceeds from the offering of the 2026 Euro Notes and cash on hand.

**Build-to-suit Lease Obligation**

In October 2017, Chemours executed a build-to-suit lease agreement to construct a new 312,000-square-foot R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware ("UD") in Newark, Delaware ("The Chemours Discovery Hub"). The land on which The Chemours Discovery Hub will be located is leased to a third-party owner-lessor by UD, and Chemours will act as the construction agent and ultimate lessee of the facility based on the Company's agreement with the owner-lessor. Project costs paid by the owner-lessor are reflected in the Company's consolidated balance sheets as construction-in-progress within property, plant, and equipment, and a corresponding build-to-suit lease liability within long-term debt. Through December 31, 2018 and 2017, project costs paid by the owner-lessor amounted to $55 and $

8, respectively. Construction of The Chemours Discovery Hub is expected to be completed by the end of 2019.

**Maturities**

The Company has required quarterly principal payments related to the New Senior Secured Credit Facilities equivalent to 1.00% per annum through December 2024, with the balance due at maturity. Also, following the end of each fiscal year commencing on the year ended December 31, 2019, on an annual basis, the Company is required to make additional principal payments depending on leverage levels, as defined in the amended and restated credit agreement, equivalent to up to 50% of excess cash flows based on certain leverage targets with step-downs to 25% and 0% as actual leverage decreases to below a 3.50 to 1.00 leverage target.

F-39

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the Company's debt principal maturities for the next five years and thereafter.

|  | Year Ended December 31, |
|---|---|
| 2019 | $ 13 |
| 2020 | 13 |
| 2021 | 13 |
| 2022 | 13 |
| 2023 | 921 |
| Thereafter | 2,987 |
| **Total principal maturities on senior debt** | $ 3,960 |

*Debt Fair Value*

The following table sets forth the estimated fair values of the Company's senior debt issues, which are based on quotes received from third-party brokers, and are classified as Level 2 financial instruments in the fair value hierarchy.

|  | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
|  | Carrying Value | Fair Value | Carrying Value | Fair Value |
| Senior secured term loans: |  |  |  |  |
| Tranche B-1 Dollar Term Loan due May 2022 | $ - | $ - | $ 923 | $ 928 |
| Tranche B-1 Euro Term Loan due May 2022 (€394 at December 31, 2017) | - | - | 469 | 471 |
| Tranche B-2 Dollar Term Loan due May 2025 | 893 | 862 | - | - |
| Tranche B-2 Euro Term Loan due May 2025 (€347 at December 31, 2018) | 396 | 394 | - | - |
| Senior unsecured notes: |  |  |  |  |
| 6.625% due May 2023 | 908 | 918 | 1,158 | 1,228 |
| 7.000% due May 2025 | 750 | 761 | 750 | 816 |
| 6.125% due May 2023 (€295 at December 31, 2017) | - | - | 350 | 373 |
| 4.000% due May 2026 (€450 at December 31, 2018) | 513 | 487 | - | - |
| 5.375% due May 2027 | 500 | 454 | 500 | 521 |
| **Total senior debt** | 3,960 | $ 3,876 | 4,150 | $ 4,337 |
| Less: Unamortized issue discounts | (10) |  | (8) |  |
| Less: Unamortized debt issuance costs | (35) |  | (41) |  |
| **Total senior debt, net** | $ 3,915 |  | $ 4,101 |  |

F-40

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

### Note 20. Other Liabilities

The following table sets forth the components of the Company's other liabilities at December 31, 2018 and 2017.

|  | December 31, | | | |
|---|---|---|---|---|
|  | 2018 | | 2017 | |
| Environmental remediation (1) | $ | 152 | $ | 187 |
| Employee-related costs (2) | | 130 | | 123 |
| Accrued litigation (1) | | 53 | | 48 |
| Asset retirement obligations | | 51 | | 43 |
| Deferred revenue | | 7 | | 6 |
| Miscellaneous (3) | | 64 | | 68 |
| **Total other liabilities** | $ | 457 | $ | 475 |

    (1)   The Company's accrued environmental remediation and accrued litigation liabilities are discussed further in "Note 21 - Commitments and Contingent Liabilities."

    (2)   Employee-related costs primarily represent liabilities associated with the Company's long-term employee benefits plans.

    (3)   Miscellaneous primarily includes an accrued indemnification liability of $46 and $ 52 at December 31, 2018 and 2017, respectively.

### Note 21. Commitments and Contingent Liabilities

*Operating Leases*

Chemours uses various leased facilities and equipment in its operations. The terms for these leased assets vary depending on the lease agreement. Future minimum lease payments (including residual value guarantee amounts) under non-cancelable operating leases are $68, $48, $41, $36, and $31 for the years ended December 31, 2019, 2020, 2021, 2022, and 2023, respectively, and $134 for the years thereafter. Net rental expense under the Company's operating leases was $81, $ 76, and $68 for the years ended December 31, 2018, 2017, and 2016, respectively.

*Asset Retirement Obligations*

Chemours has recorded asset retirement obligations, which are inclusive of costs related to closure, reclamation, and removal for mining operations in the production of $TiO_2$ in the Titanium Technologies segment; cap, cover, and post-closure maintenance of landfills in all segments; and, shipment and disposal of stored waste in all segments.

The following table sets forth the activity in the Company's asset retirement obligations for the years ended December 31, 2018 and 2017.

|  | Year Ended December 31, | | | |
|---|---|---|---|---|
|  | 2018 | | 2017 | |
| **Balance at January 1,** | $ | 48 | $ | 43 |
| Accretion expense | | 10 | | 6 |
| Settlements and payments | | (1) | | (1) |
| **Balance at December 31,** | $ | 57 | $ | 48 |
| Current portion | $ | 6 | $ | 5 |
| Non-current portion | | 51 | | 43 |

F-41

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

*Litigation*

In addition to the matters discussed below, the Company and certain of its subsidiaries, from time to time, are subject to various lawsuits, claims, assessments, and proceedings with respect to product liability, intellectual property, personal injury, commercial, contractual, employment, governmental, environmental, anti-trust, and other such matters that arise in the ordinary course of business. In addition, Chemours, by virtue of its status as a subsidiary of DuPont prior to the Separation, is subject to or required under the Separation-related agreements executed prior to the Separation to indemnify DuPont against various pending legal proceedings. It is not possible to predict the outcomes of these various lawsuits, claims, assessments, or proceedings. While management believes it is reasonably possible that Chemours could incur losses in excess of the amounts accrued, if any, for the aforementioned proceedings, it does not believe any such loss would have a material impact on the Company's consolidated financial position, results of operations, or cash flows. Disputes between Chemours and DuPont may also arise with respect to indemnification matters, including disputes based on matters of law or contract interpretation. If and to the extent these disputes arise, they could materially adversely affect Chemours.

*Asbestos*

In the Separation, DuPont assigned its asbestos docket to Chemours. At December 31, 2018 and 2017, there were approximately 1,300 and 1,600 lawsuits pending against DuPont alleging personal injury from exposure to asbestos. These cases are pending in state and federal court in numerous jurisdictions in the U.S. and are individually set for trial. A small number of cases are pending outside of the U.S. Most of the actions were brought by contractors who worked at sites between the 1950s and the 1990s. A small number of cases involve similar allegations by DuPont employees or household members of contractors or DuPont employees. Finally, certain lawsuits allege personal injury as a result of exposure to DuPont products.

At December 31, 2018 and 2017, Chemours had an accrual of $37 and $38 related to these matters, respectively.

*Benzene*

In the Separation, DuPont assigned its benzene docket to Chemours. At December 31, 2018 and 2017 there were 19 and 17 cases pending against DuPont alleging benzene-related illnesses, respectively. These cases consist of premises matters involving contractors and deceased former employees who claim exposure to benzene while working at DuPont sites primarily in the 1960s through the 1980s, and product liability claims based on alleged exposure to benzene found in trace amounts in aromatic hydrocarbon solvents used to manufacture DuPont products such as paints, thinners, and reducers.

Management believes that a loss is reasonably possible as to the docket as a whole; however, given the evaluation of each benzene matter is highly fact-driven and impacted by disease, exposure, and other factors, a range of such losses cannot be reasonably estimated at this time.

*PFOA*

Prior to the fourth quarter of 2014, the performance chemicals segment of DuPont made "PFOA" (collectively, perfluorooctanoic acids and its salts, including the ammonium salt) at its Fayetteville, North Carolina plant and used PFOA as a processing aid in the manufacture of fluoropolymers and fluoroelastomers at certain sites, including: Washington Works, Parkersburg, West Virginia; Chambers Works, Deepwater, New Jersey; Dordrecht Works, Netherlands; Changshu Works, China; and, Shimizu, Japan. These sites are now owned and/or operated by Chemours.

Chemours maintained accruals of $22 and $14 related to the PFOA matters discussed below at December 31, 2018 and 2017, respectively. These accruals relate to DuPont's obligations under agreements with the U.S. Environmental Protection Agency ("EPA") and voluntary commitments to the New Jersey Department of Environmental Protection. These obligations and voluntary commitments include surveying, sampling, and testing drinking water in and around certain Company sites offering treatment or an alternative supply of drinking water if tests indicate the presence of PFOA in drinking water at or greater than the state or the national health advisory. The Company will continue to work with the EPA regarding the extent of work that may be required with respect to these matters.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Drinking Water Actions*

In 2004, DuPont settled a class action captioned *Leach v. DuPont*, filed in West Virginia state court, alleging that approximately 80,000 residents living near the Washington Works facility had suffered, or may suffer, deleterious health effects from exposure to PFOA in drinking water. Among the settlement terms, DuPont funded a series of health studies by an independent science panel of experts ("C8 Science Panel") to evaluate available scientific evidence on whether any probable link exists, as defined in the settlement agreement, between exposure to PFOA and disease. The C8 Science Panel found probable links, as defined in the settlement agreement, between exposure to PFOA and pregnancy-induced hypertension, including preeclampsia, kidney cancer, testicular cancer, thyroid disease, ulcerative colitis, and diagnosed high cholesterol. Under the terms of the settlement, DuPont is obligated to fund up to $235 for a medical monitoring program for eligible class members and pay the administrative cost associated with the program, including class counsel fees. The court-appointed Director of Medical Monitoring implemented the program and testing is ongoing with associated payments to service providers disbursed from an escrow account which the Company replenishes pursuant to the settlement agreement. As of December 31, 2018, approximately $1.5 has been disbursed from escrow related to medical monitoring. While it is reasonably possible that the Company will incur additional costs related to the medical monitoring program, such costs cannot be reasonably estimated due to uncertainties surrounding the level of participation by eligible class members and the scope of testing.

In addition, under the Leach settlement agreement, DuPont must continue to provide water treatment designed to reduce the level of PFOA in water to six area water districts and private well users. At Separation, this obligation was assigned to Chemours and is included in the accrual amounts recorded as of December 31, 2018.

Further, under the Leach settlement, class members may pursue personal injury claims against DuPont only for those diseases for which the C8 Science Panel determined a probable link exists. Approximately 3,500 lawsuits were subsequently filed in various federal and state courts in Ohio and West Virginia and consolidated in multi-district litigation ("MDL") in Ohio federal court. These were resolved in March 2017 when DuPont entered into an agreement settling all MDL cases and claims, including all filed and unfiled personal injury cases and claims that were part of the plaintiffs' counsel's claim inventory, as well as cases tried to a jury verdict (the "MDL Settlement") for $670.7 in cash, with half paid by Chemours, and half paid by DuPont.

Concurrently with the MDL Settlement, DuPont and Chemours agreed to a limited sharing of potential future PFOA costs (indemnifiable losses, as defined in the separation agreement between DuPont and Chemours) for a period of five years. During that five-year period, Chemours will annually pay future PFOA costs up to $25 and, if such amount is exceeded, DuPont will pay any excess amount up to the next $25 (which payment will not be subject to indemnification by Chemours), with Chemours annually bearing any further excess costs under the terms of the separation agreement. After the five-year period, this limited sharing agreement will expire, and Chemours' indemnification obligations under the separation agreement will continue unchanged. Chemours has also agreed that it will not contest its indemnification obligations to DuPont under the separation agreement for PFOA costs on the basis of ostensible defenses generally applicable to the indemnification provisions under the separation agreement, including defenses relating to punitive damages, fines or penalties, or attorneys' fees, and waives any such defenses with respect to PFOA costs. Chemours has, however, retained other defenses, including as to whether any particular PFOA claim is within the scope of the indemnification provisions of the separation agreement.

While all MDL lawsuits were dismissed or resolved through the MDL Settlement, the MDL Settlement did not resolve PFOA personal injury claims of plaintiffs who did not have cases or claims in the MDL or personal injury claims based on diseases first diagnosed after February 11, 2017. Since the resolution of the MDL, approximately 40 personal injury cases have been filed and are pending in West Virginia or Ohio courts alleging status as a Leach class member.

DuPont has also been named in approximately 25 lawsuits pending in New York courts, which are not part of the Leach class, brought by individual plaintiffs alleging negligence and other claims in the release of perfluorinated compounds, including PFOA, into drinking water, and seeking medical monitoring, compensatory, and punitive damages against current and former owners and suppliers of a manufacturing facility in Hoosick Falls, New York. Two other lawsuits in New York have been filed by a business seeking to recover its losses and by nearby property owners and residents, in a putative class action, seeking medical monitoring, compensatory and punitive damages, and injunctive relief.

*Water District Actions*

In May 2017, the Water Works and Sewer Board of the Town of Centre, Alabama filed suit against numerous carpet manufacturers located in Dalton, Georgia and suppliers and former suppliers, including DuPont, in Alabama state court. The complaint alleges negligence, nuisance, and trespass in the release of perfluorinated compounds, including PFOA, into a river leading to the town's water source, and seeks compensatory and punitive damages.

F-43

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

In February 2018, the New Jersey-American Water Company, Inc. ("NJAW") filed suit against DuPont and Chemours in New Jersey federal court alleging that discharges of perfluorochemicals, in violation of the New Jersey Compensation and Control Act, were made into groundwater utilized in the NJAW Penns Grove water system. NJAW alleges that damages include costs associated with remediating, operating, and maintaining its system, and attorney fees.

In January 2019, the Town of East Hampton (the "Town") filed a lawsuit against DuPont, Chemours and numerous other defendants in New York state court alleging that it has and will incur costs for assessment, remediation, and response to address PFOA and "PFOS" (perfluorooctane sulfonic acid) contamination in drinking water and the environment. As to DuPont and Chemours, the Town alleges that PFOA and/or PFOS washed from clothing or cleaning supplies to cesspools and then subsurface water. In addition to cost recovery, the Town seeks natural resource damages, compensatory, and punitive damages and injunctive relief.

*Other PFOA Actions*

In February 2018, the State of Ohio initiated litigation against DuPont regarding historical PFOA emissions from the Washington Works site. Chemours is an additional named defendant. Ohio alleges damage to natural resources and seeks damages including remediation and other costs and punitive damages.

In October 2018, a putative class action was filed in Ohio federal court against 3M Company ("3M"), DuPont, Chemours, and other defendants seeking class action status for U.S. residents having a detectable level of "PFAS" (perfluoroalkyl and polyfluoroalkyl substances) in their blood serum. The complaint seeks declaratory and injunctive relief, including the establishment of a PFAS Science Panel.

In October 2018, a putative class action was filed in New Jersey federal court against 3M, DuPont, and Chemours alleging causes of action, including negligence, nuisance, and trespass and seeking damages including property diminution, remediation, treatment, and abatement with compensatory and punitive damages. The purported class includes private drinking water and well owner-occupants within two to five miles of the Company's Chambers Works, New Jersey site containing any detectable level of PFOA or PFOS.

In December 2018, the owners of a dairy farm filed a lawsuit in Maine state court against numerous defendants including DuPont and Chemours alleging that their dairy farm was contaminated by PFOS and PFOA present in treated municipal sewer sludge was used in agricultural spreading applications on their farm. The complaint asserts negligence, trespass, and other tort and state statutory claims and seeks damages.

*PFOA Summary*

There may be additional lawsuits filed related to DuPont's use of PFOA, its manufacture of PFOA, or its customers' use of DuPont products. Any such litigation could result in Chemours incurring additional costs and liabilities

. Management believes that it is reasonably possible that the Company could incur losses related to other PFOA matters in excess of amounts accrued, but any such losses are not estimable at this time due to various reasons including, among others, that such matters are in early stages and have significant factual issues to be resolved.

### U.S. Smelter and Lead Refinery, Inc.

There are six lawsuits, including one putative class action, pending against DuPont by area residents concerning the U.S. Smelter and Lead Refinery multi-party Superfund site in East Chicago, Indiana. Several of the lawsuits allege that Chemours is now responsible for DuPont environmental liabilities. The lawsuits include allegations for personal injury damages, property diminution, and damages under the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA", often referred to as "Superfund"). At Separation, DuPont assigned Chemours its former plant site, which is located south of the residential port

ion of the Superfund area, and its responsibility for the environmental remediation at the Superfund site. Management believes a loss is reasonably possible, but not estimable at this time due to various reasons including, among others, that such matters are in early stages and have significant factual issues to be resolved.

### GenX and Other Perfluorinated and Polyfluorinated Compounds

At its Fayetteville, North Carolina facility, the Company continues to capture and separately dispose of process waste water containing the polymerization processing aid hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid," sometimes referred to as "GenX" or "C3 Dimer Acid") and other perfluorinated and polyfluorinated compounds. The Company believes that discharges to the Cape Fear River, site surface water, groundwater, and air emissions have not impacted the safety of drinking water in North Carolina and is cooperating with a variety of ongoing inquiries and investigations from federal, state, and local authorities, regulators, and other governmental entities, including an ongoing investigation being conducted by the U.S. Attorney's Office for the Eastern District of North Carolina and the Environment and Natural Resources Division of the U.S. Department of Justice.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

In September 2017, the North Carolina Department of Environmental Quality ("NC DEQ") issued a 60-day notice of intent to suspend the permit for the Fayetteville facility and the State of North Carolina filed an action in North Carolina state court regarding the discharges seeking a temporary restraining order and preliminary injunction, as well as other relief, including abatement and site correction. A partial Consent Order was entered partially resolving the State's action in return for the Company's agreement to continue and supplement the voluntary waste water disposal measures it had previously commenced and to provide certain information. In November 2017, the NC DEQ informed the Company that it was suspending the process waste water discharge permit for the Fayetteville facility. The Company thereafter commenced the capture and separate disposal of all process waste water from the Fayetteville facility related to the Company's own operations. In addition, in June 2018, the North Carolina Legislature enacted legislation (i) granting the governor the authority, in certain circumstances, to require a facility with unauthorized PFAS discharges to cease operations, and (ii) granting the governor the authority, in certain circumstances, to direct the NC DEQ secretary to order a PFAS discharger to establish permanent replacement water supplies for parties whose water was contaminated by the discharge.

On July 13, 2018, Cape Fear River Watch ("CFRW"), a non-profit organization, sued the NC DEQ in North Carolina state court, seeking to require the NC DEQ to take additional actions as to the Fayetteville facility. On August 29, 2018, CFRW sued the Company in North Carolina federal court for alleged violations of the Clean Water Act and the Toxic Substances Control Act ("TSCA"), seeking declaratory and injunctive relief and penalties.

On November 21, 2018, the NC DEQ, CFRW, and the Company reached a proposed Consent Order that would resolve the State's and CFRW's lawsuits and other matters (including issues regarding the legislation referenced above and Notices of Violation issued by the State) and would also resolve litigation brought by CFRW. Under its terms, Chemours will agree to pay $13 to cover a civil penalty and investigative costs and will take additional actions to address site surface water, groundwater, and air emissions, including installing technology to abate future emissions by specified dates and meeting specified emissions reductions (with stipulated penalties for failures to do so). As a result of the proposed Consent Order, as of December 31, 2018, the Company had total accrued liabilities of $75 for this matter, of which, $65 is treated as accrued litigation costs. The Company's estimated liability is based on management's assessment of the current facts and circumstances for this matter, which are subject to various assumptions that include, but are not limited to, the number of affected properties, the type of water treatment system required, the cost of proposed water treatment systems and any related operation, maintenance, and monitoring ("OM&M") requirements, assessed fines and penalties, and other charges contemplated by the proposed Consent Order.

The proposed Consent Order was subject to public comment ending in January 2019. The proposed Consent Order provides that the NC DEQ reserves the right, based on the public comments, to withdraw or withhold its consent to the order. The NC DEQ may also request that the Company agree to modifications to the proposed Consent Order as a condition to the NC DEQ's continued consent to it, although the Company is under no obligation to agree to any modifications. The proposed Consent Order, either as originally agreed or as modified, must be approved by the court.

Numerous public comments were submitted on the proposed Consent Order. In addition, a public water authority has filed a motion to intervene in the State's case to oppose court approval of the proposed Consent Order. The NC DEQ is currently reviewing the public comments. At this time, there is no assurance: (i) that the NC DEQ will continue to consent to the order, including with modifications; (ii) what the full scope of any modifications would be; or, (iii) whether the court will approve the order.

On February 14, 2019, the Company received a Notice of Violation ("NOV") from the EPA alleging certain TSCA violations at its Fayetteville site. Matters raised in the NOV could have the potential to affect operations at the Fayetteville site; however, based on the Company's review, management believes that it has appropriate responses to the allegations that it intends to address with the EPA. At this time, management does not believe that a loss is probable related to the matters in this NOV.

It is also possible that issues relating to site discharges could result in further litigation or regulatory demands with regard to the Fayetteville facility, including potential permit modifications. If such issues arise, if the proposed Consent Order is modified or not approved by the court, or as implementation of the obligations under the Consent Order proceed, an additional loss is reasonably possible but not estimable at this time.

The Company has responded to grand jury subpoenas, produced witnesses before a grand jury and for interviews with government investigators and attorneys, and met with the U.S. Attorney's Office for the Eastern District of North Carolina and the Environmental Natural Resources Division of the U.S. Department of Justice regarding their investigation into a potential violation of the Clean Water Act. Although the Company is not able at this point to predict the outcome of that investigation, it is reasonably possible that it could result in a criminal or civil proceeding, the imposition of fines and penalties, and/or other remedies.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Civil actions have been filed against DuPont and Chemours in North Carolina federal court relating to discharges from the Fayetteville site. These actions include a consolidated action brought by public water suppliers seeking damages and injunctive relief, a consolidated purported class action seeking medical monitoring, and property damage and/or other monetary and injunctive relief on behalf of the putative classes of property owners and residents in areas near or that draw drinking water from the Cape Fear River, an action by private well owners seeking compensatory and punitive damages and the above mentioned action filed by Cape Fear River Watch, which alleges violation of the Clean Water Act and/or the TSCA seeking declaratory and injunctive relief and penalties. It is possible that additional litigation may be filed against the Company and/or DuPont concerning the discharges.

It is not possible at this point to predict the timing, course, or outcome of governmental and regulatory inquiries and notices, the action brought by North Carolina, the actions brought by CFRW, and other litigation, and it is possible that these matters could materially affect the Company's financial results and operations. In addition, local communities, organizations, and federal and state regulatory agencies have raised questions concerning HFPO Dimer Acid and other perfluorinated and polyfluorinated compounds at certain other manufacturing sites operated by the Company, and it is possible that similar developments to those described above and centering on the Fayetteville site could arise in other locations.

*Mining Solutions Facility Construction Stoppage*

In March 2018, a civil association in Mexico filed a complaint against the government authorities involved in the permitting process of the Company's new Mining Solutions facility under construction in Gomez Palacio, Durango, Mexico. The claimant sought and obtained a suspension from the district judge to stop the Company's construction work while the claim is studied and reviewed. Chemours, as the third-party affected, has filed an appeal. The Company has declared force majeure with its vendors while plant construction is idled. Chemours' project permits fully comply with the laws and regulations at the federal, state, and municipal levels, and the Company is working with local and federal authorities, along with community leaders, to address the complaint.

*Environmental*

Chemours, due to the terms of its Separation-related agreements with DuPont, is subject to contingencies pursuant to environmental laws and regulations that in the future may require further action to correct the effects on the environment of prior disposal practices or releases of chemical substances by Chemours or other parties. Much of this liability results from CERCLA, the Resource Conservation and Recovery Act, and similar state and global laws. These laws require Chemours to undertake certain investigative, remediation, and restoration activities at sites where Chemours conducts or once conducted operations or at sites where Chemours-generated waste was disposed. The accrual also includes estimated costs related to a number of sites identified for which it is probable that environmental remediation will be required, but which are not currently the subject of enforcement activities.

At December 31, 2018 and 2017, the consolidated balance sheets included liabilities relating to these matters of $226 and $253, respectively, which, in management's opinion, are appropriate based on existing facts and circumstances. The time-frame for a site to go through all phases of remediation (investigation and active clean-up) may take about 15 to 20 years, followed by several years of OM&M activities. Remediation activities, including OM&M activities, vary substantially in duration and cost from site to site. These activities, and their associated costs, depend on the mix of unique site characteristics, evolving remediation technologies, diverse regulatory requirements, as well as the presence or absence of other potentially responsible parties. In addition, for claims that Chemours may be required to indemnify DuPont pursuant to the Separation-related agreements, Chemours, through DuPont, has limited available information for certain sites or is in the early stages of discussions with regulators. For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $450 above the amount accrued at December 31, 2018.

For the years ended December 31, 2018, 2017, and 2016, Chemours incurred environmental remediation expenses of $36, $48, and $44, respectively. In addition, during the fourth quarter of 2018, the Company reclassified $2 of its environmental liabilities to accrued litigation in connection with the ongoing matters at its Fayetteville, North Carolina facility.

*Sale of East Chicago, Indiana*

On June 29, 2018, the Company sold its East Chicago, Indiana site to a third-party for $1. In connection with the sale, the buyer has agreed to assume all costs associated with environmental remediation activities at the site in excess of $21, which will remain the responsibility of Chemours. At the time of the sale, the Company had accrued the full $21, and will reimburse the buyer through a series of progress payments to be made at defined intervals as certain tasks are completed. The Company recognized a gain of $3 on the sale, which includes the purchase price of $1, plus $2 in environmental remediation liabilities that were assumed by the buyer on the occurrence of the sale.

F-46

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Sale of Potomac River, West Virginia*

On September 27, 2018, the Company sold its Potomac River, West Virginia site to a third-party for $4. In connection with the sale, the buyer has agreed to assume certain future environmental remediation costs, and Chemours has retained $4 in existing environmental remediation liabilities. The Company recognized a $3

gain on the sale, which was deferred and will be recognized as the Company completes certain environmental remediation activities at the site.

### Note 22. Equity

*Share Repurchase Program*

On November 30, 2017, the Company's board of directors approved a share repurchase program authorizing the purchase of shares of Chemours' issued and outstanding common stock in an aggregate amount not to exceed $500, plus any associated fees or costs in connection with the Company's share repurchase activity (the "2017 Share Repurchase Program"). Under the 2017 Share Repurchase Program, shares of Chemours' common stock were purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. The Company's 2017 Share Repurchase Program became effective on November 30, 2017. On May 31, 2018, the Company completed the aggregate $500 in authorized purchases of Chemours' issued and outstanding common stock under the 2017 Share Repurchase Program, which amounted to a cumulative 10,085,647 shares purchased at an average share price of $49.58 per share. All common shares purchased under the 2017 Share Repurchase Program are held as treasury stock and are accounted for using the cost method.

On August 1, 2018, the Company's board of directors approved a share repurchase program authorizing the purchase of shares of Chemours' issued and outstanding common stock in an aggregate amount not to exceed $750, plus any associated fees or costs in connection with the Company's share repurchases activity (the "2018 Share Repurchase Program"). Under the 2018 Share Repurchase Program, shares of Chemours' common stock can be purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. The Company's 2018 Share Repurchase Program became effective on August 1, 2018 and will continue through the earlier of its expiration on December 31, 2020, or the completion of repurchases up to the approved amount. The program may be suspended or discontinued at any time. All common shares purchased under the 2018 Share Repurchase Program are expected to be held as treasury stock and accounted for using the cost method.

During 2018, the Company purchased an aggregate 6,350,857 shares of Chemours' issued and outstanding common stock under the 2018 Share Repurchase Program, which amounted to $250 at an average share price of $39.31 per share. The aggregate amount of Chemours' common stock that remained available for purchase under this program at December 31, 2018 was $

500.

*Dividends Payable*

On November 30, 2017, the Company's board of directors declared a cash dividend of $0.17 per share, payable to the record holders of Chemours' issued and outstanding common stock as of the close of business on February 15, 2018. This dividend was paid on March 15, 2018, and accordingly, the Company had accrued a dividend payable amounting to $

31 at December 31, 2017.

### Note 23. Stock-based Compensation

The Company's stock-based compensation expense amounted to $24, $29, and $19 for the years ended December 31, 2018, 2017, and 2016, respectively.

On April 26, 2017, Chemours' stockholders approved The Chemours Company 2017 Equity and Incentive Plan (the "2017 Plan"), which provides for grants to certain employees, independent contractors, or non-employee directors of the Company of different forms of awards, including stock options, RSUs, and PSUs. The 2017 Plan replaced The Chemours Company Equity and Incentive Plan (the "Prior Plan"), which was adopted by the Company at Separation. As a result, no further grants will be made under the Prior Plan.

F-47

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

A total of 19,000,000 shares of the Company's common stock may be subject to awards granted under the 2017 Plan, less one share for every one share that was subject to an option or stock appreciation right granted after December 31, 2016 under the Prior Plan, and one-and-a-half shares for every one share that was subject to an award other than an option or stock appreciation right granted after December 31, 2016 under the Prior Plan. Any shares that are subject to options or stock appreciation rights will be counted against this limit as one share for every one share granted, and any shares that are subject to awards other than options or stock appreciation rights will be counted against this limit as one-and-a-half shares for every one share granted. Awards that were outstanding under the Prior Plan remain outstanding under the Prior Plan in accordance with their terms. Shares underlying awards granted under the Prior Plan after December 31, 2016 that are forfeited, cancelled, or that otherwise do not result in the issuance of shares, will be available for issuance under the 2017 Plan. At December 31, 2018, approximately 16,800,000 shares of equity and incentive plan reserve are available for grants under the 2017 Plan.

The Chemours Compensation Committee determines the long-term incentive mix, including stock options, RSUs, and PSUs, and may authorize new grants annually.

*Stock Options*

In connection with the Separation from DuPont, Chemours granted non-qualified stock options to certain employees in July 2015, which represented the replacement of previously-granted performance stock unit awards at DuPont. The July 2015 grant cliff vested on March 1, 2018 and will expire 10 years from the date of grant.

During 2018, 2017, and 2016, Chemours granted non-qualified stock options to certain of its employees, which will serially vest over a three-year period and expire 10 years from the date of grant.

The following table sets forth the weighted-average assumptions used to determine expense related to stock option awards granted during the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2018** | **2017** | **2016** |
| Risk-free interest rate | 2.65% | 2.14% | 1.46% |
| Expected term (years) | 6 | 6 | 6 |
| Volatility | 47.56% | 44.49% | 60.00% |
| Dividend yield | 1.42% | 0.35% | 2.14% |
| **Fair value per stock option** | $ 20.47 | $ 15.21 | $ 3.41 |

The Company determined the dividend yield by dividing the expected annual dividend on the Company's stock by the option exercise price. A historical daily measurement of volatility is determined based on the average volatility of peer companies adjusted for the Company's debt leverage. The risk-free interest rate is determined by reference to the yield on an outstanding U.S. Treasury note with a term equal to the expected life of the option granted. The expected life is determined using a simplified approach, calculated as the mid-point between the graded vesting period and the contractual life of the award.

The following table sets forth Chemours' stock option activity for the year ended December 31, 2018.

| | Number of Shares (in Thousands) | Weighted-average Exercise Price (per Share) | Weighted-average Remaining Contractual Term (in Years) | Aggregate Intrinsic Value (in Thousands) |
| --- | --- | --- | --- | --- |
| **Outstanding, December 31, 2017** | 6,597 | $ 15.72 | 5.11 | $ 226,524 |
| Granted | 495 | 48.41 | | |
| Exercised | (1,073) | 14.69 | | |
| Forfeited | (46) | 37.77 | | |
| Expired | (3) | 18.80 | | |
| **Outstanding, December 31, 2018** | 5,970 | $ 18.45 | 4.80 | $ 72,108 |
| **Exercisable, December 31, 2018** | 4,401 | $ 15.00 | 3.91 | $ 59,486 |

F-48

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The aggregate intrinsic values in the table above represent the total pre-tax intrinsic value (the difference between the Company's closing stock price on the last trading day at the end of the year and the exercise price, multiplied by the number of in-the-money options) that would have been received by the option holders had all option holders exercised their in-the-money options at year-end. The amount changes based on the fair market value of the Company's stock. The total intrinsic value of all options exercised for the years ended December 31, 2018, 2017, and 2016 amounted to $37, $49, and $9, respectively.

At December 31, 2018, there was $7 of unrecognized stock-based compensation expense related to stock options that is expected to be recogn ized over a weighted-average period of 1.86 years.

### Restricted Stock Units

In the years following the Separation, as well as at the time of Separation in accordance with the employee matters agreement, Chemours granted RSUs to key management employees that generally vest over a three-year period and, upon vesting, convert one-for-one to Chemours' common stock. The fair value of all stock-settled RSUs is based on the market price of the underlying common stock as of the grant date.

Non-vested awards of RSUs primarily include awards without a performance condition, as well as a small subset of awards for which specific levels of cost savings and revenue enhancements must be achieved for vesting to occur.

The following table sets forth non-vested RSUs, both with and without a performance condition, at December 31, 2018.

| | Number of Shares (in Thousands) | | Weighted-average Grant Date Fair Value (per Share) |
|---|---|---|---|
| Non-vested, December 31, 2017 | 1,165 | $ | 15.34 |
| Granted | 135 | | 48.35 |
| Vested | (1,034) | | 14.86 |
| Forfeited | (19) | | 30.94 |
| Non-vested, December 31, 2018 | 247 | $ | 34.22 |

At December 31, 2018, there was $6 of unrecognized stock-based compensation expense related to RSUs that is expected to be recognized over a weighte d-average period of 0.57 years.

### Performance Share Units

Beginning in 2016, Chemours issued PSUs to key senior management employees which, upon vesting, convert one-for-one to Chemours' common stock if specified performance goals, including certain market-based conditions, are met over the three-year performance period specified in the grant, subject to exceptions through the respective vesting period of three years. Each grantee is granted a target award of PSUs, and may earn between 0% and 200% of the target amount depending on the Company's performance against stated performance goals.

The following table sets forth non-vested PSUs at 100% of target amounts at December 31, 2018.

| | Number of Shares (in Thousands) | | Weighted-average Grant Date Fair Value (per Share) |
|---|---|---|---|
| Non-vested, December 31, 2017 | 987 | $ | 12.94 |
| Granted | 139 | | 52.34 |
| Vested | (19) | | 24.16 |
| Non-vested, December 31, 2018 | 1,107 | $ | 17.71 |

F-49

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

A portion of the fair value of PSUs was estimated at the grant date based on the probability of satisfying the market-based conditions associated with the PSUs using the Monte Carlo valuation method, which assesses the probabilities of various outcomes of market conditions. The other portion of the fair value of the PSUs is based on the fair market value of the Company's stock at the grant date, regardless of whether the market-based condition is satisfied. The per unit weighted-average fair value at the date of grant for PSUs granted during the year ended December 31, 2018 was $52.34. The fair value of each PSU grant is amortized monthly into compensation expense based on its respective vesting conditions over four equally weighted measurement periods, three of which are annual and one of which is cumulative. Compensation cost is incurred based on the Company's estimate of the final expected value of the award, which is adjusted as required for the portion based on the performance-based condition. The Company assumes that forfeitures will be minimal and recognizes forfeitures as they occur, which results in a reduction in compensation expense. As the payout of PSUs includes dividend equivalents, no separate dividend yield assumption is required in calculating the fair value of the PSUs.

At December 31, 2018, based on the Company's assessment of its performance goals, approximately 900,000 additional shares may be awarded under the 2017 Plan.

*Employee Stock Purchase Plan*

On January 26, 2017, the Company's board of directors approved The Chemours Company Employee Stock Purchase Plan (the "ESPP"), which was approved by Chemours' stockholders on April 26, 2017. Under the ESPP, a total of 7,000,000 shares of Chemours' common stock are reserved and authorized for issuance to participating employees, as defined by the ESPP, which excludes executive officers of the Company. The ESPP provides for consecutive 12-month offering periods, each with four purchase periods beginning and ending on the calendar quarters within those offering periods. The initial offering period under the ESPP began on October 2, 2017. Participating employees are eligible to purchase the Company's common stock at a discounted rate equal to 95% of its fair value on the last trading day of each purchase period. To date, the Company has executed open market transactions to purchase the Company's common stock on behalf of its ESPP participants, which amounted to 38,111 shares. An additional 12,411 shares have been issued from the Company's treasury stock to ESPP participants at December 31, 2018. The total amount of Chemours' common stock issued in connection with the ESPP amounted to $2 at December 31, 2018.

## Note 24. Accumulated Other Comprehensive Loss

The following table sets forth the components of accumulated other comprehensive loss, net of income taxes, for the years ended December 31, 2018, 2017, and 2016.

| | Cumulative Translation Adjustment | Net Investment Hedge | Cash Flow Hedge | Employee Benefits | Total |
|---|---|---|---|---|---|
| Balance at January 1, 2016 | $ (285) | $ 8 | $ - | $ (259) | $ (536) |
| Other comprehensive (loss) income | (73) | 14 | - | 18 | (41) |
| Balance at December 31, 2016 | (358) | 22 | - | (241) | (577) |
| Other comprehensive income (loss) | 200 | (62) | - | (3) | 135 |
| Balance at December 31, 2017 | (158) | (40) | - | (244) | (442) |
| Other comprehensive (loss) income | (75) | 15 | 6 | (68) | (122) |
| Balance at December 31, 2018 | | | | | ) |
| | $ (233) | $ (25) | $ 6 | $ (312) | $ (564 |

## Note 25. Financial Instruments

*Derivative Instruments*

*Net Monetary Assets and Liabilities Hedge - Foreign Currency Forward Contracts*

At December 31, 2018, the Company had 20 foreign currency forward contracts outstanding with an aggregate gross notional U.S. dollar equivalent of $503, and an average maturity of one month. There were no foreign currency forward contracts outstanding at December 31, 2017. Chemours recognized net gains of $3 and $4 for the years ended December 31, 2018 and 2017, respectively, and a net loss of $15 for the year ended December 31, 2016, which were recorded in other income, net in the consolidated statements of operations.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Cash Flow Hedge - Foreign Currency Forward Contracts*

At December 31, 2018, the Company had 75 foreign currency forward contracts outstanding under Chemours' cash flow hedge program with an aggregate notional U.S. dollar equivalent of $143, and an average maturity of four months. The Company recognized a pre-tax gain of $10 for the year ended December 31, 2018 on its cash flow hedge within accumulated other comprehensive loss. For the year ended December 31, 2018, $4 of gain was reclassified to the cost of goods sold from accumulated other comprehensive loss.

The Company expects to reclassify an approximate $6 of net gain from accumulated other comprehensive loss to the cost of goods sold over the next 12 months, based on current foreign currency exchange rates.

*Net Investment Hedge - Foreign Currency Borrowings*

The Company recognized a pre-tax gain of $32, a pre-tax loss of $86, and a pre-tax gain of $14 for the years ended December 31, 2018, 2017, and 2016 on its net investment hedges within accumulated other comprehensive loss. No amounts were reclassified from accumulated other comprehensive loss for the Company's net investment hedges during the years ended December 31, 2018, 2017, and 2016.

### *Fair Value of Derivative Instruments*

The following table sets forth the fair value of the Company's derivative assets and liabilities, and their level within the fair value hierarchy, at December 31, 2018 and 2017.

| | | December 31, | |
| --- | --- | --- | --- |
| | **Balance Sheet Location** | **2018** | **2017** |
| Asset derivatives: | | | |
| Foreign currency forward contracts not designated as a hedging instrument | Accounts and notes receivable, net | $ 1 | $ - |
| Foreign currency forward contracts designated as a cash flow hedge | Accounts and notes receivable, net | 3 | - |
| **Total asset derivatives** | | $ 4 | $ - |
| Liability derivatives: | | | |
| Foreign currency forward contracts not designated as a hedging instrument | Other accrued liabilities | $ 1 | $ - |
| **Total liability derivatives** | | $ 1 | $ - |

The Company's foreign currency forward contracts are classified as Level 2 financial instruments within the fair value hierarchy as the valuation inputs are based on quoted prices and market observable data of similar instruments. For derivative assets and liabilities, standard industry models are used to calculate the fair value of the various financial instruments based on significant observable market inputs, such as foreign exchange rates and implied volatilities obtained from various market sources. Market inputs are obtained from well-established and recognized vendors of market data, and are subjected to tolerance and/or quality checks.

F-51

**The Chemours Company**
**Notes to the Consolidated Financia**

l Statements

*(Dollars in millions, except per share amounts and par values)*

*Summary of Derivative Instruments*

The following table sets forth the pre-tax changes in fair value of the Company's derivative assets and liabilities for the years ended December 31, 2018, 2017, and 2016.

| | Gain (Loss) Recognized In | | |
| --- | --- | --- | --- |
| **Year Ended December 31,** | **Cost of Goods Sold** | **Other Income, Net** | **Accumulated Other Comprehensive Loss** |
| **2018** | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ 3 | $ - |
| Foreign currency forward contracts designated as a cash flow hedge | 4 | - | 10 |
| Euro-denominated debt designated as a net investment hedge | - | - | 32 |
| **2017** | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ 4 | $ - |
| Euro-denominated debt designated as a net investment hedge | - | - | (86) |
| **2016** | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ (15) | $ - |
| Euro-denominated debt designated as a net investment hedge | - | - | 14 |

## Note 26. Long-term Employee Benefits

*Plans Covering Employees in the U.S.*

On July 1, 2015, Chemours established a defined contribution plan, which covered all eligible U.S. employees. The purpose of the plan is to encourage employees to save for their future retirement needs. The plan is a tax-qualified contributory profit-sharing plan, with cash or deferred arrangement, and any eligible employee of Chemours may participate. Chemours matches 100% of the first 6% of the employee's contribution election, and the plan's matching contributions vest immediately upon contribution. Chemours may also provide an additional discretionary retirement savings contribution to eligible employees' compensation. The amount of this contribution, if any, is at the sole discretion of the Company, and the discretionary contribution vests for employees with at least three years of service. From time to time, Chemours provides additional discretionary retirement savings contributions to eligible employees' compensation.

In lieu of a defined benefit plan, Chemours provides an enhanced 401(k) contribution for employees who previously participated in DuPont's pension plan. The enhanced benefits consist of an additional contribution of 1% to 7% of the employee's eligible compensation, depending upon the employee's length of service with DuPont at the time of the Separation. The enhancement will continue until 2019, and is subject to early termination.

*Plans Covering Employees Outside the U.S.*

Pension coverage for employees of Chemours' non-U.S. subsidiaries is provided, to the extent deemed appropriate, through separate plans established after the Separation and comparable to the DuPont plans in those countries. Obligations under such plans are either funded by depositing funds with trustees, covered by insurance contracts, or unfunded.

F-52

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the Company's net periodic pension income and amounts recognized in other comprehensive income (loss) for the years ended December 31, 2018, 2017, and 2016.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2016 |
| Net periodic pension cost (income): | | | | | | |
| Service cost | $ | 14 | $ | 16 | $ | 14 |
| Interest cost | | 16 | | 16 | | 19 |
| Expected return on plan assets | | (58) | | (75) | | (63) |
| Amortization of prior service gain | | (2) | | (2) | | (1) |
| Amortization of actuarial loss | | 12 | | 22 | | 23 |
| Curtailment gain | | - | | - | | (2) |
| Settlement loss | | - | | 1 | | 5 |
| Net periodic pension income | | (18) | | (22) | | (5) |
| Changes in plan assets and benefit obligations recognized in other comprehensive income: | | | | | | |
| Net loss (gain) | | 115 | | (24) | | 17 |
| Amortization of actuarial loss | | (16) | | (24) | | (28) |
| Amortization of prior service gain | | 2 | | 2 | | 3 |
| Effect of foreign exchange rates | | (8) | | 38 | | (15) |
| Cost (benefit) recognized in other comprehensive income | | 93 | | (8) | | (23) |
| **Total net periodic pension income and cost (benefit) recognized in other comprehensive income** | $ | 75 | $ | (30) | $ | (28) |

The following table sets forth the pre-tax amounts recognized in accumulated other comprehensive loss for the years ended December 31, 2018, 2017, and 2016.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2016 |
| Net loss | $ | 419 | $ | 329 | $ | 336 |
| Prior service credit | | (10) | | (11) | | (11) |
| **Total amount recognized in accumulated other comprehensive loss** | $ | 409 | $ | 318 | $ | 325 |

The estimated pre-tax net loss and prior service credit for the defined benefit pension plans that will be amortized from accumulated other comprehensive loss into net periodic pension cost (income) during 2019 are $24 and $2, respectively.

F-53

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth summarized information on the Company's pension plans at December 31, 2018 and 2017.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | | 2017 | |
| **Change in benefit obligation:** | | | | |
| Benefit obligation at beginning of year | $ | 1,177 | $ | 1,105 |
| Service cost | | 14 | | 16 |
| Interest cost | | 16 | | 16 |
| Plan participants' contributions | | 2 | | 2 |
| Actuarial loss (gain) | | 45 | | (39) |
| Benefits paid | | (46) | | (53) |
| Plan amendments | | - | | (1) |
| Settlements and transfers | | 2 | | (3) |
| Other events | | - | | (4) |
| Currency translation | | (42) | | 138 |
| Benefit obligation at end of year | | 1,168 | | 1,177 |
| **Change in plan assets:** | | | | |
| Fair value of plan assets at beginning of year | | 1,363 | | 1,169 |
| Actual (loss) return on plan assets | | (17) | | 60 |
| Employer contributions | | 15 | | 38 |
| Plan participants' contributions | | 2 | | 2 |
| Benefits paid | | (46) | | (53) |
| Settlements and transfers | | 2 | | (3) |
| Other events | | - | | (3) |
| Currency translation | | (51) | | 153 |
| Fair value of plan assets at end of year | | 1,268 | | 1,363 |
| **Total funded status at end of year** | $ | 100 | $ | 186 |

The following table sets forth the net amounts recognized in the Company's consolidated balance sheets at December 31, 2018 and 2017.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | | 2017 | |
| Non-current assets | $ | 174 | $ | 258 |
| Current liabilities | | (1) | | (1) |
| Non-current liabilities | | (73) | | (71) |
| **Total net amount recognized** | $ | 100 | $ | 186 |

The accumulated benefit obligation for all pension plans was $1,106 and $1,112 as of December 31, 2018 and 2017, respectively.

F-54

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following tables set forth information related to the Company's pension plans with projected and accumulated benefit obligations in excess of the fair value of plan assets at December 31, 2018 and 2017.

| | December 31, | | |
| --- | --- | --- | --- |
| **Pension plans with projected benefit obligation in excess of plan assets** | **2018** | | **2017** |
| Projected benefit obligation | $ | 177 | $ 178 |
| Accumulated benefit obligation | | 149 | 149 |
| Fair value of plan assets | | 103 | 106 |

| | December 31, | | |
| --- | --- | --- | --- |
| **Pension plans with accumulated benefit obligation in excess of plan assets** | **2018** | | **2017** |
| Projected benefit obligation | $ | 177 | $ 178 |
| Accumulated benefit obligation | | 149 | 149 |
| Fair value of plan assets | | 103 | 106 |

*Assumptions*

The Company generally utilizes discount rates that are developed by matching the expected cash flows of each benefit plan to various yield curves constructed from a portfolio of high-quality, fixed income instruments provided by the plans' actuaries as of the measurement date. The expected rate of return on plan assets reflects economic assumptions applicable to each country.

The following tables set forth the assumptions that have been used to determine the Company's benefit obligations and net benefit cost at December 31, 2018 and 2017.

| | December 31, | |
| --- | --- | --- |
| **Weighted-average assumptions used to determine benefit obligations** | **2018** | **2017** |
| Discount rate | 2.0% | 1.9% |
| Rate of compensation increase (1) | 2.5% | 2.5% |

(1) The rate of compensation increase represents the single annual effective salary increase that an average plan participant would receive during the participant's entire career at Chemours.

| | December 31, | |
| --- | --- | --- |
| **Weighted-average assumptions used to determine net benefit cost** | **2018** | **2017** |
| Discount rate | 1.9% | 1.8% |
| Rate of compensation increase (1) | 2.5% | 2.5% |
| Expected return on plan assets | 4.1% | 5.7% |

(1) The rate of compensation increase represents the single annual effective salary increase that an average plan participant would receive during the participant's entire career at Chemours.

*Plan Assets*

Each pension plan's assets are invested through either an insurance vehicle, a master trust fund, or a stand-alone pension fund. The strategic asset allocation for each plan is selected by management, together with the pension board, where appropriate, reflecting the results of comprehensive asset and liability modeling. For assets under its control, Chemours establishes strategic asset allocation percentage targets and appropriate benchmarks for significant asset classes with the aim of achieving a prudent balance between return and risk. Strategic asset allocations in countries are selected in accordance with the laws and practices of those countries.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the weighted-average allocation for the Company's pension plan assets at December 31, 2018 and 2017.

| | December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Cash and cash equivalents | 5% | 5% |
| U.S. and non-U.S. equity securities | 45% | 42% |
| Fixed income securities | 50% | 53% |
| **Total weighted-average allocation** | 100% | 100% |

Fixed income securities include corporate-issued, government-issued, and asset-backed securities. Corporate debt investments encompass a range of credit risk and industry diversification.

Fair value calculations may not be indicative of net realizable value or reflective of future fair values. Furthermore, although Chemours believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The following tables set forth the fair values of the Company's pension assets by level within the fair value hierarchy at December 31, 2018 and 2017.

| | Fair Value Measurements at December 31, 2018 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Total | | Level 1 | | Level 2 |
| Asset category: | | | | | | |
| Debt - government issued | $ | 487 | $ | 3 | $ | 484 |
| Debt - corporate issued | | 130 | | 33 | | 97 |
| U.S. and non-U.S. equities | | 264 | | 263 | | 1 |
| Mututal Funds | | 296 | | - | | 296 |
| Derivatives - asset position | | 9 | | - | | 9 |
| Derivatives - liability position | | (5) | | - | | (5) |
| Cash and cash equivalents | | 67 | | 67 | | - |
| Other | | 12 | | 8 | | 4 |
| Total pension assets before pension receivables | | 1,260 | $ | 374 | $ | 886 |
| Pension trust receivables, net (1) | | 8 | | | | |
| **Total pension assets** | $ | 1,268 | | | | |

   (1)   Receivables are primarily for investment income earned but not yet received.

| | Fair Value Measurements at December 31, 2017 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Total | | Level 1 | | Level 2 |
| Asset category: | | | | | | |
| Debt - government issued | $ | 505 | $ | 1 | $ | 504 |
| Debt - corporate issued | | 144 | | 24 | | 120 |
| Debt - asset backed | | 40 | | - | | 40 |
| U.S. and non-U.S. equities | | 581 | | 295 | | 286 |
| Derivatives - asset position | | 8 | | 2 | | 6 |
| Derivatives - liability position | | (1) | | - | | (1) |
| Cash and cash equivalents | | 65 | | 65 | | - |
| Other | | 14 | | 11 | | 3 |
| Total pension assets before pension receivables | | 1,356 | $ | 398 | $ | 958 |
| Pension trust receivables, net (1) | | 7 | | | | |
| **Total pension assets** | $ | 1,363 | | | | |

   (1)   Receivables are primarily for investment income earned but not yet received.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

For pension plan assets classified as Level 1 instruments within the fair value hierarchy, total fair value is either the price of the most recent trade at the time of the market close or the official close price, as defined by the exchange on which the asset is most actively traded on the last trading day of the period, multiplied by the number of units held without consideration of transaction costs.

For pension plan assets classified as Level 2 instruments within the fair value hierarchy, where the security is frequently traded in less active markets, fair value is based on the closing price at the end of the period; where the security is less frequently traded, fair value is based on the price a dealer would pay for the security or similar securities, adjusted for any terms specific to that asset or liability. Market inputs are obtained from well-established, recognized vendors of market data and subjected to tolerance and/or quality checks.

For derivative assets and liabilities, standard industry models are used to calculate the fair value of the various financial instruments based on significant observable market inputs, such as foreign exchange rates, commodity prices, swap rates, interest rates, and implied volatilities obtained from various market sources.

### Cash Flows
*Defined Benefit Plan*

For the years ended December 31, 2018, 2017, and 2016 Chemours contributed $15, $38, and $16, respectively, to its defined benefit plans.

Of the contributions made in 2017, $10 relates to the settlement of the U.S. Pension Restoration Plan ("U.S. PRP"), which was a supplemental pension plan for certain U.S. employees. The liability associated with the U.S. PRP was transferred to Chemours from DuPont at the Separation Date, at which point the plan ceased accepting new participants. In October 2017, the Company made a cash payment of $10 to settle the remaining liability attributable to the remaining participants in the U.S. PRP.

Chemours expects to contribute $16 to its pension plans in 2019.

The following table sets forth the benefit payments that are expected to be paid by the Company over the next five years and the five years thereafter as of December 31, 2018.

|  | Year Ended December 31, |
| --- | --- |
| 2019 | $ 45 |
| 2020 | 47 |
| 2021 | 46 |
| 2022 | 47 |
| 2023 | 50 |
| 2024 to 2028 | 264 |

*Defined Contribution Plan*

For the years ended December 31, 2018, 2017, and 2016, Chemours contributed $51, $45, and $44, respectively, to its defined contribution plan.

F-57

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

Note 27. Geographic and Segment Information

*Geographic Information*

The following table sets forth the geographic locations of the Company's net sales and property, plant, and equipment as of, and for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| | 2018 | | 2017 | | 2016 | |
| | Net Sales (1) | Property, Plant, and Equipment, Net | Net Sales (1) | Property, Plant, and Equipment, Net | Net Sales (1) | Property, Plant, and Equipment, Net |
|---|---|---|---|---|---|---|
| North America | $ 2,378 | $ 2,279 | $ 2,255 | $ 2,018 | $ 2,288 | $ 1,861 |
| Asia Pacific | 1,720 | 124 | 1,593 | 131 | 1,315 | 129 |
| Europe, the Middle East, and Africa | 1,685 | 293 | 1,506 | 302 | 1,081 | 278 |
| Latin America (2) | 855 | 595 | 829 | 557 | 716 | 516 |
| Total net sales and property, plant, and equipment, net | $ 6,638 | $ 3,291 | $ 6,183 | $ 3,008 | $ 5,400 | $ 2,784 |

(1)  Net sales are attributed to countries based on customer location.

(2   Latin America includes Mexico.
)

*Segment Information*

Chemours' operations consist of three reportable segments based on similar economic characteristics, the nature of products and production processes, end-use markets, channels of distribution, and regulatory environments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. Corporate costs and certain legacy legal and environmental expenses, stock-based compensation costs, and foreign exchange gains and losses arising from the remeasurement of balances in currencies other than the functional currency of the Company's legal entities are reflected in Corporate and Other.

Segment net sales include transfers to another reportable segment. Certain products are transferred between segments on a basis intended to reflect, as nearly as practicable, the market value of the products. These product transfers were limited and were not significant for each of the periods presented. Depreciation and amortization includes depreciation on R&D facilities and amortization of other intangible assets, excluding any write-downs of assets. Segment net assets include net working capital, net property, plant, and equipment, and other non-current operating assets and liabilities of the segment. This is the measure of segment assets reviewed by the Company's Chief Operating Decision Maker ("CODM").

Adjusted earnings before interest, taxes, depreciation, and amortization ("Adjusted EBITDA") is the primary measure of segment performance used by the CODM and is defined as income (loss) before income taxes, excluding the following:

- interest expense, depreciation, and amortization;
- non-operating pension and other post-retirement employee benefit costs, which represent the components of net periodic pension (income) costs excluding the service cost component;
- exchange (gains) losses included in other income (expense), net;
- restructuring, asset-related, and other charges;
- asset impairments;
- (gains) losses on sales of assets and businesses; and,
- other items not considered indicative of the Company's ongoing operational performance and expected to occur infrequently.

F-58

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth certain summary financial information for the Company's reportable segments and Corporate and Other as of, and for the years ended December 31, 2018, 2017, and 2016.

| Year Ended December 31, | Fluoroproducts | | Chemical Solutions | | Titanium Technologies | | Corporate and Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2018** | | | | | | | | | | |
| Net sales to external customers | $ | 2,862 | $ | 602 | $ | 3,174 | $ | - | $ | 6,638 |
| Adjusted EBITDA | | 783 | | 64 | | 1,055 | | (162) | | 1,740 |
| Depreciation and amortization | | 117 | | 20 | | 119 | | 28 | | 284 |
| Equity in earnings of affiliates | | 43 | | - | | - | | - | | 43 |
| Net assets | | 2,309 | | 506 | | 1,487 | | (3,282) | | 1,020 |
| Investments in affiliates | | 160 | | - | | - | | - | | 160 |
| Purchases of property, plant, and equipment | | 274 | | 75 | | 91 | | 58 | | 498 |
| **2017** | | | | | | | | | | |
| Net sales to external customers | $ | 2,654 | $ | 571 | $ | 2,958 | $ | - | $ | 6,183 |
| Adjusted EBITDA | | 669 | | 57 | | 862 | | (166) | | 1,422 |
| Depreciation and amortization | | 109 | | 18 | | 118 | | 28 | | 273 |
| Equity in earnings of affiliates | | 33 | | - | | - | | - | | 33 |
| Net assets | | 1,842 | | 460 | | 1,785 | | (3,222) | | 865 |
| Investments in affiliates | | 173 | | - | | - | | - | | 173 |
| Purchases of property, plant, and equipment | | 249 | | 65 | | 65 | | 32 | | 411 |
| **2016** | | | | | | | | | | |
| Net sales to external customers | $ | 2,264 | $ | 772 | $ | 2,364 | $ | - | $ | 5,400 |
| Adjusted EBITDA | | 445 | | 39 | | 466 | | (128) | | 822 |
| Depreciation and amortization | | 101 | | 30 | | 119 | | 34 | | 284 |
| Equity in earnings of affiliates | | 26 | | - | | - | | 3 | | 29 |
| Net assets | | 1,400 | | 292 | | 1,513 | | (3,101) | | 104 |
| Investments in affiliates | | 116 | | - | | - | | 20 | | 136 |
| Purchases of property, plant, and equipment | | 120 | | 104 | | 105 | | 9 | | 338 |

F-59

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth a reconciliation of Adjusted EBITDA to the Company's consolidated net income (loss) before income taxes for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | **2017** | | **2016** | |
| Income (loss) before income taxes | $ | 1,155 | $ | 912 | $ | (11) |
| Interest expense, net | | 195 | | 214 | | 219 |
| Depreciation and amortization | | 284 | | 273 | | 284 |
| Non-operating pension and other post-retirement employee benefit income | | (27) | | (34) | | (20) |
| Exchange (gains) losses, net | | (1) | | (3) | | 57 |
| Restructuring, asset-related, and other charges (1) | | 49 | | 57 | | 170 |
| Loss (gain) on extinguishment of debt | | 38 | | 1 | | (6) |
| Gain on sales of assets and businesses (2) | | (45) | | (22) | | (254) |
| Transaction costs (3) | | 9 | | 3 | | 19 |
| Legal charges (4) | | 82 | | 9 | | 343 |
| Other charges | | 1 | | 12 | | 21 |
| **Adjusted EBITDA** | $ | 1,740 | $ | 1,422 | $ | 822 |

(1) Includes restructuring, asset-related, and other charges, which are discussed in further detail in "Note 7 - Restructuring, Asset-related, and Other Charges."

(2) The year ended December 31, 2018, included gains of $3 and $42 associated with the sales of the Company's East Chicago, Indiana and Linden, New Jersey sites, respectively. The year ended December 31, 2017 included gains of $13 and $12 associated with the sale of the Company's land in Repauno, New Jersey that was previously deferred and realized upon meeting certain milestones, and for the sale of its Edge Moor, Delaware plant site, respectively, net of certain losses on other disposals. The year ended December 31, 2016 included gains of $169 and $89 associated with the sales of the Company's C&D business and its Aniline facility in Beaumont, Texas, respectively.

(3) Includes costs associated with the Company's debt transactions, as well as accounting, legal, and bankers' transaction costs incurred in connection with the Company's strategic initiatives.

(4) Includes litigation settlements, PFOA drinking water treatment accruals, and other legal charges. The year ended December 31, 2018 included $63 in additional charges for the estimated liability associated with the Company's Fayetteville, North Carolina site, which was included as a component of selling, general, and administrative expense in the consolidated statements of operations. See "Note 21 - Commitments and Contingent Liabilities" for further detail. For the year ended December 31, 2016, legal and other charges included $335 in litigation accruals associated with the PFOA MDL Settlement.

The following table sets forth the Company's net sales to external customers by product group for the years ended December 31, 2018, 2017, and 2016.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2018** | | **2017** | | **2016** | |
| Fluorochemicals | $ | 1,497 | $ | 1,378 | $ | 1,093 |
| Fluoropolymers | | 1,365 | | 1,276 | | 1,171 |
| Mining solutions | | 289 | | 261 | | 262 |
| Performance chemicals and intermediates | | 313 | | 306 | | 298 |
| Titanium dioxide and other minerals | | 3,174 | | 2,958 | | 2,364 |
| Divested businesses (1) | | - | | 4 | | 212 |
| **Total net sales** | $ | 6,638 | $ | 6,183 | $ | 5,400 |

(1) Inclusive of the Company's C&D and Sulfur businesses, as well as its Aniline facility in Beaumont, Texas, which were all sold in 2016.

**Note 28. Subsequent Events**

In connection with its 2018 Share Repurchase Program, the Company purchased an additional 4,363,277 shares of Chemours' issued and outstanding common stock subsequent to December 31, 2018, which amounted to $150 at an average share price of $34.38 per share.

On February 13, 2019, the Company's board of directors increased the authorization amount of the 2018 Share Repurchase Program from $750 to $1,000.

F-60

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

### Note 29. Quarterly Financial Data (Unaudited)

The following table sets forth a summary of the Company's quarterly results of operations for the years ended December 31, 2018 and 2017.

| 2018 | For the Three Months Ended | | | | |
| | March 31, | June 30, | September 30, | December 31, | Full Year (1), |
|---|---|---|---|---|---|
| Net sales | $ 1,730 | $ 1,816 | $ 1,628 | $ 1,464 | $ 6,638 |
| Cost of goods sold | 1,193 | 1,259 | 1,151 | 1,064 | 4,667 |
| Income before income taxes | 381 | 323 | 269 | 182 | 1,155 |
| Net income | 297 | 282 | 275 | 142 | 996 |
| Net income attributable to Chemours | 297 | 281 | 275 | 142 | 995 |
| Basic earnings per share of common stock | 1.63 | 1.58 | 1.56 | 0.83 | 5.62 |
| Diluted earnings per share of common stock | 1.58 | 1.53 | 1.51 | 0.81 | 5.45 |

| 2017 | For the Three Months Ended | | | | |
| | March 31, | June 30, | September 30, | December 31, | Full Year (1), |
|---|---|---|---|---|---|
| Net sales | $ 1,437 | $ 1,588 | $ 1,584 | $ 1,575 | $ 6,183 |
| Cost of goods sold | 1,081 | 1,150 | 1,119 | 1,090 | 4,438 |
| Income before income taxes | 173 | 225 | 250 | 264 | 912 |
| Net income | 151 | 161 | 207 | 228 | 747 |
| Net income attributable to Chemours | 150 | 161 | 207 | 228 | 746 |
| Basic earnings per share of common stock | 0.82 | 0.87 | 1.12 | 1.23 | 4.04 |
| Diluted earnings per share of common stock | 0.79 | 0.84 | 1.08 | 1.19 | 3.91 |

(1)  Individual quarters may not sum to full year amounts due to rounding.

### Note 30. Guarantor Condensed Consolidating Financial Information

The following guarantor condensed consolidating financial information is included in accordance with Rule 3-10 of Regulation S-X ("Rule 3-10") in connection with the subsidiary guarantees of the "Notes" (collectively, the 2023 Dollar Notes, the 2025 Notes, the 2026 Euro Notes, and 2027 Notes), in each case, issued by The Chemours Company (the "Parent Issuer"). As of the dates indicated, each series of the Notes was fully and unconditionally guaranteed, jointly and severally, on a senior unsecured basis, subject to certain exceptions, by the same group of subsidiaries of the Parent Issuer (together, the "Guarantor Subsidiaries"). Each of the Guarantor Subsidiaries is 100% owned by the Company. None of the other subsidiaries of the Company, either direct or indirect, guarantee the Notes (together, the "Non-Guarantor Subsidiaries"). Pursuant to the indentures governing the Notes, the Guarantor Subsidiaries will be automatically released from those guarantees upon the occurrence of certain customary release provisions.

The following condensed consolidating financial information is presented to comply with the Company's requirements under Rule 3-10:

- the consolidating statements of comprehensive income (loss) for the years ended December 31, 2018, 2017, and 2016;
- the consolidating balance sheets at December 31, 2018 and 2017; and,
- the consolidating statements of cash flows for the years ended December 31, 2018, 2017, and 2016.

The following guarantor condensed financial information is presented using the equity method of accounting for the Company's investments in its wholly-owned subsidiaries. Under the equity method, the investments in subsidiaries are recorded at cost and adjusted for the Company's share of its subsidiaries' cumulative results of operations, capital contributions, distributions, and other equity changes. The elimination entries principally eliminate investments in subsidiaries and intercompany balances and transactions. The financial information included herein may not necessarily be indicative of the financial positions, results of operations, or cash flows of the Company's subsidiaries had they operated as independent entities, and should be read in conjunction with the consolidated financial statements and the related notes thereto.

F-61

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except*
per share amounts and par values)

**Condensed Consolidating Statements of Comprehensive Income (Loss)**

| | Year Ended December 31, 2018 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| Net sales | $ - | $ 3,974 | $ 4,484 | $ (1,820) | $ 6,638 |
| Cost of goods sold | - | 3,112 | 3,380 | (1,825) | 4,667 |
| Gross profit | - | 862 | 1,104 | 5 | 1,971 |
| Selling, general, and administrative expense | 33 | 485 | 163 | (24) | 657 |
| Research and development expense | - | 76 | 6 | - | 82 |
| Restructuring, asset-related, and other charges | - | 46 | 3 | - | 49 |
| Total other operating expenses | 33 | 607 | 172 | (24) | 788 |
| Equity in earnings of affiliates | - | - | 43 | - | 43 |
| Equity in earnings of subsidiaries | 1,155 | 2 | - | (1,157) | - |
| Interest (expense) income, net | (210) | 5 | 10 | - | (195) |
| Loss on extinguishment of debt | (38) | - | - | - | (38) |
| Intercompany interest income (expense), net | 47 | 10 | (57) | - | - |
| Other income (expense), net | 25 | 199 | (40) | (22) | 162 |
| Income before income taxes | 946 | 471 | 888 | (1,150) | 1,155 |
| (Benefit from) provision for income taxes | (50) | 98 | 111 | - | 159 |
| Net income | 996 | 373 | 777 | (1,150) | 996 |
| Less: Net income attributable to non-controlling interests | - | - | 1 | - | 1 |
| Net income attributable to Chemours | $ 996 | $ 373 | $ 776 | $ (1,150) | $ 995 |
| Comprehensive income attributable to Chemours | $ 873 | $ 375 | $ 637 | $ (1,012) | $ 873 |

F-62

**The Chemours Company**
**Notes to the Consolidated Financial Statements**

(Dollars in millions, except per share amounts and par values)

**Condensed Consolidating Statements of Comprehensive Income (Loss)**

| | Year Ended December 31, 2017 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| Net sales | $ - | $ 3,887 | $ 4,030 | $ (1,734) | $ 6,183 |
| Cost of goods sold | - | 3,084 | 3,045 | (1,691) | 4,438 |
| Gross profit | - | 803 | 985 | (43) | 1,745 |
| Selling, general, and administrative expense | 36 | 449 | 179 | (38) | 626 |
| Research and development expense | - | 74 | 7 | - | 81 |
| Restructuring, asset-related, and other charges | - | 56 | 1 | - | 57 |
| Total other operating expenses | 36 | 579 | 187 | (38) | 764 |
| Equity in earnings of affiliates | - | - | 33 | - | 33 |
| Equity in earnings of subsidiaries | 849 | - | - | (849) | - |
| Interest (expense) income, net | (220) | 3 | 3 | - | (214) |
| Loss on extinguishment of debt | (1) | - | - | - | (1) |
| Intercompany interest income (expense), net | 64 | - | (64) | - | - |
| Other income (expense), net | 29 | 139 | (21) | (34) | 113 |
| **Income before income taxes** | 685 | 366 | 749 | (888) | 912 |
| (Benefit from) provision for income taxes | (62) | 117 | 114 | (4) | 165 |
| **Net income** | 747 | 249 | 635 | (884) | 747 |
| Less: Net income attributable to non-controlling interests | - | - | 1 | - | 1 |
| **Net income attributable to Chemours** | $ 747 | $ 249 | $ 634 | $ (884) | $ 746 |
| **Comprehensive income attributable to Chemours** | $ 881 | $ 253 | $ 828 | $ (1,081) | $ 881 |

F-63

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

**Condensed Consolidating Statements of Comprehensive Income (Loss)**

| | Year Ended December 31, 2016 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| Net sales | $ - | $ 3,749 | $ 3,222 | $ (1,571) | $ 5,400 |
| Cost of goods sold | - | 3,218 | 2,622 | (1,543) | 4,297 |
| Gross profit | - | 531 | 600 | (28) | 1,103 |
| Selling, general, and administrative expense | 21 | 794 | 151 | (20) | 946 |
| Research and development expense | - | 77 | 4 | - | 81 |
| Restructuring, asset-related, and other charges | - | 168 | 2 | - | 170 |
| Total other operating expenses | 21 | 1,039 | 157 | (20) | 1,197 |
| Equity in earnings of affiliates | - | 4 | 25 | - | 29 |
| Equity in earnings of subsidiaries | 100 | - | - | (100) | - |
| Interest (expense) income, net | (217) | (3) | 1 | - | (219) |
| Gain on extinguishment of debt | 6 | - | - | - | 6 |
| Intercompany interest income (expense), net | 60 | 4 | (64) | - | - |
| Other income, net | 20 | 193 | 74 | (20) | 267 |
| (Loss) income before income taxes | (52) | (310) | 479 | (128) | (11) |
| (Benefit from) provision for income taxes | (59) | (52) | 100 | (7) | (18) |
| Net income (loss) | 7 | (258) | 379 | (121) | 7 |
| Less: Net income attributable to non-controlling interests | - | - | - | - | - |
| Net income (loss) attributable to Chemours | $ 7 | $ (258) | $ 379 | $ (121) | $ 7 |
| Comprehensive (loss) income attributable to Chemours | $ (34) | $ (255) | $ 321 | $ (66) | $ (34) |

F-64

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values*

)

**Condensed Consolidating Balance Sheets**

| | Year Ended December 31, 2018 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| **Assets** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ - | $ 239 | $ 962 | $ - | $ 1,201 |
| Accounts and notes receivable, net | - | 297 | 564 | - | 861 |
| Intercompany receivable | 2 | 1,057 | 91 | (1,150) | - |
| Inventories | - | 483 | 749 | (85) | 1,147 |
| Prepaid expenses and other | - | 58 | 26 | - | 84 |
| Total current assets | 2 | 2,134 | 2,392 | (1,235) | 3,293 |
| Property, plant, and equipment | - | 6,870 | 2,122 | - | 8,992 |
| Less: Accumulated depreciation | - | (4,591) | (1,110) | - | (5,701) |
| Property, plant, and equipment, net | - | 2,279 | 1,012 | - | 3,291 |
| Goodwill and other intangible assets, net | - | 167 | 14 | - | 181 |
| Investments in affiliates | - | - | 160 | - | 160 |
| Investments in subsidiaries | 4,487 | 11 | - | (4,498) | - |
| Intercompany notes receivable | 1,150 | - | - | (1,150) | - |
| Other assets | 17 | 154 | 274 | (8) | 437 |
| **Total assets** | $ 5,656 | $ 4,745 | $ 3,852 | $ (6,891) | $ 7,362 |
| **Liabilities** | | | | | |
| Current liabilities: | | | | | |
| Accounts payable | $ - | $ 637 | $ 500 | $ - | $ 1,137 |
| Current maturities of long-term debt | 13 | - | - | - | 13 |
| Intercompany payable | 698 | 92 | 360 | (1,150) | - |
| Other accrued liabilities | 21 | 341 | 198 | (1) | 559 |
| Total current liabilities | 732 | 1,070 | 1,058 | (1,151) | 1,709 |
| Long-term debt, net | 3,902 | 57 | - | - | 3,959 |
| Intercompany notes payable | - | - | 1,150 | (1,150) | - |
| Deferred income taxes | 8 | 143 | 82 | (16) | 217 |
| Other liabilities | - | 372 | 85 | - | 457 |
| Total liabilities | 4,642 | 1,642 | 2,375 | (2,317) | 6,342 |
| Commitments and contingent liabilities | | | | | |
| **Equity** | | | | | |
| Total Chemours stockholders' equity | 1,014 | 3,103 | 1,471 | (4,574) | 1,014 |
| Non-controlling interests | - | - | 6 | - | 6 |
| Total equity | 1,014 | 3,103 | 1,477 | (4,574) | 1,020 |
| **Total liabilities and equity** | $ 5,656 | $ 4,745 | $ 3,852 | $ (6,891) | $ 7,362 |

F-65

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

**Condensed Consolidating Balance Sheets**

| | Year Ended December 31, 2017 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| **Assets** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ - | $ 761 | $ 795 | $ - | $ 1,556 |
| Accounts and notes receivable, net | - | 308 | 611 | - | 919 |
| Intercompany receivable | 3 | 904 | 581 | (1,488) | - |
| Inventories | - | 394 | 631 | (90) | 935 |
| Prepaid expenses and other | - | 57 | 15 | 11 | 83 |
| Total current assets | 3 | 2,424 | 2,633 | (1,567) | 3,493 |
| Property, plant, and equipment | - | 6,449 | 2,062 | - | 8,511 |
| Less: Accumulated depreciation | - | (4,438) | (1,065) | - | (5,503) |
| Property, plant, and equipment, net | - | 2,011 | 997 | - | 3,008 |
| Goodwill and other intangible assets, net | - | 152 | 14 | - | 166 |
| Investments in affiliates | - | - | 173 | - | 173 |
| Investments in subsidiaries | 4,393 | - | - | (4,393) | - |
| Intercompany notes receivable | 1,150 | - | - | (1,150) | - |
| Other assets | 23 | 115 | 328 | (13) | 453 |
| **Total assets** | $ 5,569 | $ 4,702 | $ 4,145 | $ (7,123) | $ 7,293 |
| **Liabilities** | | | | | |
| Current liabilities: | | | | | |
| Accounts payable | $ 31 | $ 606 | $ 438 | $ - | $ 1,075 |
| Current maturities of long-term debt | 15 | - | - | - | 15 |
| Intercompany payable | 542 | 581 | 365 | (1,488) | - |
| Other accrued liabilities | 34 | 343 | 181 | - | 558 |
| Total current liabilities | 622 | 1,530 | 984 | (1,488) | 1,648 |
| Long-term debt, net | 4,087 | 10 | - | - | 4,097 |
| Intercompany notes payable | - | - | 1,150 | (1,150) | - |
| Deferred income taxes | - | 127 | 105 | (24) | 208 |
| Other liabilities | - | 388 | 87 | - | 475 |
| Total liabilities | 4,709 | 2,055 | 2,326 | (2,662) | 6,428 |
| Commitments and contingent liabilities | | | | | |
| **Equity** | | | | | |
| Total Chemours stockholders' equity | 860 | 2,647 | 1,814 | (4,461) | 860 |
| Non-controlling interests | - | - | 5 | - | 5 |
| Total equity | 860 | 2,647 | 1,819 | (4,461) | 865 |
| **Total liabilities and equity** | $ 5,569 | $ 4,702 | $ 4,145 | $ (7,123) | $ 7,293 |

F-66

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except p*

er share amounts and par values)

**Condensed Consolidating Statements of Cash Flows**

| | Year Ended December 31, 2018 | | | | |
|---|---|---|---|---|---|
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| **Cash flows from operating activities** | | | | | |
| Cash (used for) provided by operating activities | $ (159) | $ 10 | $ 1,289 | $ - | $ 1,140 |
| **Cash flows from investing activities** | | | | | |
| Purchases of property, plant, and equipment | - | (390) | (108) | - | (498) |
| Acquisition of business, net | - | (37) | - | - | (37) |
| Proceeds from sales of assets and businesses, net | - | 46 | - | - | 46 |
| Intercompany investing activities | - | (153) | (999) | 1,152 | - |
| Foreign exchange contract settlements, net | - | 2 | - | - | 2 |
| Cash used for investing activities | - | (532) | (1,107) | 1,152 | (487) |
| **Cash flows from financing activities** | | | | | |
| Proceeds from issuance of debt, net | 520 | - | - | - | 520 |
| Debt repayments | (679) | - | - | - | (679) |
| Payments related to extinguishment of debt | (29) | - | - | - | (29) |
| Payments of debt issuance costs | (12) | - | - | - | (12) |
| Purchases of treasury stock, at cost | (644) | - | - | - | (644) |
| Intercompany financing activities | 1,152 | - | - | (1,152) | - |
| Proceeds from exercised stock options, net | 16 | - | - | - | 16 |
| Payments related to tax withholdings on vested restricted stock units | (17) | - | - | - | (17) |
| Payments of dividends | (148) | - | - | - | (148) |
| Cash provided by (used for) financing activities | 159 | - | - | (1,152) | (993) |
| Effect of exchange rate changes on cash and cash equivalents | - | - | (15) | - | (15) |
| **(Decrease) increase in cash and cash equivalents** | - | (522) | 167 | - | (355) |
| **Cash and cash equivalents at January 1,** | - | 761 | 795 | - | 1,556 |
| **Cash and cash equivalents at December 31,** | $ - | $ 239 | $ 962 | $ - | $ 1,201 |

F-67

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

**Condensed Consolidating Statements of Cash Flows**

| | Year Ended December 31, 2017 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| **Cash flows from operating activities** | | | | | |
| Cash (used for) provided by operating activities | $ (132) | $ 603 | $ 169 | $ - | $ 640 |
| **Cash flows from investing activities** | | | | | |
| Purchases of property, plant, and equipment | - | (327) | (84) | - | (411) |
| Proceeds from sales of assets and businesses, net | - | 39 | - | - | 39 |
| Intercompany investing activities | - | 220 | - | (220) | - |
| Foreign exchange contract settlements, net | - | 2 | - | - | 2 |
| Cash used for investing activities | - | (66) | (84) | (220) | (370) |
| **Cash flows from financing activities** | | | | | |
| Intercompany short-term borrowings, net | (220) | - | - | 220 | - |
| Proceeds from issuance of debt, net | 495 | - | - | - | 495 |
| Debt repayments | (27) | - | - | - | (27) |
| Payments related to extinguishment of debt | (1) | - | - | - | (1) |
| Payments of debt issuance costs | (6) | - | - | - | (6) |
| Purchases of treasury stock, at cost | (106) | - | - | - | (106) |
| Proceeds from exercised stock options, net | 31 | - | - | - | 31 |
| Payments related to tax withholdings on vested restricted stock units | (12) | - | - | - | (12) |
| Payments of dividends | (22) | - | - | - | (22) |
| Cash provided by financing activities | 132 | - | - | 220 | 352 |
| Effect of exchange rate changes on cash and cash equivalents | - | - | 32 | - | 32 |
| **Increase in cash and cash equivalents** | - | 537 | 117 | - | 654 |
| **Cash and cash equivalents at January 1,** | - | 224 | 678 | - | 902 |
| **Cash and cash equivalents at December 31,** | $ - | $ 761 | $ 795 | $ - | $ 1,556 |

F-68

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
(Dollars in millions, except per share amounts and par values)

**Condensed Consolidating Statements of Cash Flows**

| | Year Ended December 31, 2016 | | | | |
|---|---|---|---|---|---|
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| **Cash flows from operating activities** | | | | | |
| Cash (used for) provided by operating activities | $ (176) | $ 355 | $ 415 | $ - | $ 594 |
| **Cash flows from investing activities** | | | | | |
| Purchases of property, plant, and equipment | - | (233) | (105) | - | (338) |
| Proceeds from sales of assets and businesses, net | - | 591 | 117 | - | 708 |
| Intercompany investing activities | - | (560) | - | 560 | - |
| Investments in affiliates | - | - | (1) | - | (1) |
| Foreign exchange contract settlements, net | - | (12) | - | - | (12) |
| Cash (used for) provided by investing activities | - | (214) | 11 | 560 | 357 |
| **Cash flows from financing activities** | | | | | |
| Intercompany short-term borrowings, net | 560 | - | - | (560) | - |
| Debt repayments | (369) | (12) | - | - | (381) |
| Payments of debt issuance costs | (4) | - | - | - | (4) |
| Proceeds from exercised stock options, net | 11 | - | - | - | 11 |
| Payments of dividends | (22) | - | - | - | (22) |
| Cash provided by (used for) financing activities | 176 | (12) | - | (560) | (396) |
| Effect of exchange rate changes on cash and cash equivalents | - | - | (19) | - | (19) |
| **Increase in cash and cash equivalents** | - | 129 | 407 | - | 536 |
| **Cash and cash equivalents at January 1,** | - | 95 | 271 | - | 366 |
| **Cash and cash equivalents at December 31,** | $ - | $ 224 | $ 678 | $ - | $ 902 |

F-69

**Exhibit 21**

## SUBSIDIARIES OF THE REGISTRANT

| Name | Organized Under Laws Of |
|---|---|
| 2463297 Ontario Limited | Canada |
| Baanhoekweg Energie Project BV | Netherlands |
| ChemFirst Inc. | Mississippi |
| Chemours Belgium BVBA | Belgium |
| Chemours Chemicals Rus | Russia |
| Chemours Deutschland GmbH | Germany |
| Chemours EMEA 2, LLC | Delaware |
| Chemours France SAS | France |
| Chemours Hong Kong Holding Limited | Hong Kong |
| Chemours International 2, LLC | Delaware |
| Chemours International Operations Sàrl | Switzerland |
| Chemours Italy S.r.l. | Italy |
| Chemours Kabushiki Kaisha | Japan |
| Chemours Korea Inc. | Korea |
| Chemours Netherlands 2, LLC | Delaware |
| Chemours Netherlands BV | Netherlands |
| Chemours NL Holding 1 B.V. | Netherlands |
| Chemours NL Holding 2 B.V. | Netherlands |
| Chemours NL Holding 3 B.V. | Netherlands |
| Chemours NL Holding 4 B.V. | Netherlands |
| Chemours NL Holding 5 B.V. | Netherlands |
| Chemours Services Sàrl | Switzerland |
| Chemours Spain S.L. | Spain |
| Chemours Titanium Technologies (Taiwan) Ltd. | Taiwan |
| Chemours TR Kimyasal Ürünler Limited Şirketi | Turkey |
| Chemours UK Limited | United Kingdom |
| Dordrecht Energy Supply Company B.V. | Netherlands |
| Dordrecht Energy Supply Company C.V. | Netherlands |
| First Chemical Corporation | Mississippi |
| First Chemical Texas, L.P | Delaware |
| ICOR International Inc. | Indiana |
| Initiatives Inc de México S.A. de C.V. | Mexico |
| Noluma International, LLC | Delaware |
| TCC Holding 1 C.V. | Netherlands |
| TCC Holding 3 C.V. | Netherlands |
| The Chemours (Changshu) Fluoro Technology Company Limited | China |
| The Chemours (Taiwan) Company Limited | Taiwan |
| The Chemours (Thailand) Company Limited | Thailand |
| The Chemours Canada Company | Canada |
| The Chemours Chemical (Shanghai) Company Limited | China |
| The Chemours China Holding Co., Ltd. | China |
| The Chemours Company 3F Fluorochemicals (Changshu) Company, Limited | China |
| The Chemours Company (Argentina) S.R.L. | Argentina |

| | |
|---|---|
| The Chemours Company (Australia) Pty Ltd | Australia |
| The Chemours Company Asia Pacific Operations, Inc. | Delaware |
| The Chemours Company Chile Limitada | Chile |
| The Chemours Company Delaware Operations, Inc. | Delaware |
| The Chemours Company EMEA, LLC | Delaware |
| The Chemours Company Holding US, LLC | Delaware |
| The Chemours Company FC, LLC | Delaware |
| The Chemours Company Industria E Comercio de Produtos Quimicos Ltda. | Brazil |
| The Chemours Company International, LLC | Delaware |
| The Chemours Company Mexicana S. de R.L. de C.V. | Mexico |
| The Chemours Company Mexico, S. de R.L. de C.V. | Mexico |
| The Chemours Company Netherlands, LLC | Delaware |
| The Chemours Company North America, Inc. | Delaware |
| The Chemours Company Servicios, S. de R.L. de C.V. | Mexico |
| The Chemours Company Singapore Pte. Ltd. | Singapore |
| The Chemours Company Worldwide Operations, Inc. | Delaware |
| The Chemours Holding Company, S. de R.L. de C.V. | Mexico |
| The Chemours India Private Limited | India |
| The Chemours Malaysia Sdn. Bhd. | Malaysia |

Subsidiaries not listed would not, if considered in the aggregate as a single subsidiary, constitute a significant subsidiary.

**Exhibit 23**

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We hereby consent to the incorporation by reference in the Registration Statements on Form S-3 (No. 333-217642) and S-8 (Nos. 333-205391, 333-205392, 333-205393, 333-217623) of The Chemours Company of our report dated February 15, 2019 relating to the financial statements and the effectiveness of internal control over financial reporting, which appears in this Form 10-K.

/s/ PricewaterhouseCoopers LLP

Philadelphia, Pennsylvania

February 15, 2019

**Exhibit 31.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**

I, Mark P. Vergnano, certify that:

1. I have reviewed this Annual Report on Form 10-K of The Chemours Company;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and,

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and,

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and,

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

| | |
|---|---|
| Date: | February 15, 2019 |
| By: | /s/ Mark P. Vergnano |
| | Mark P. Vergnano |
| | President and Chief Executive Officer |

**Exhibit 31.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**

I, Mark E. Newman, certify that:

1. I have reviewed this Annual Report on Form 10-K of The Chemours Company;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and,

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and,

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and,

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

| | |
|---|---|
| Date: | February 15, 2019 |
| By: | /s/ Mark E. Newman |
| | Mark E. Newman |
| | Senior Vice President and |
| | Chief Financial Officer |

**Exhibit 32.1**

**Certification of CEO Pursuant to**
**18 U.S.C. Section 1350,**
**As Adopted Pursuant to**
**Section 906 of the Sarbanes-Oxley Act of 2002**

In connection with the Annual Report of The Chemours Company (the "Company") on Form 10-K for the year ended December 31, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Mark P. Vergnano, as Chief Executive Officer of the Company, hereby certifies, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)     The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934; and,

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Mark P. Vergnano

Mark P. Vergnano
President and Chief Executive Officer
February 15, 2019

**Exhibit 32.2**

**Certification of CFO Pursuant to**
**18 U.S.C. Section 1350,**
**As Adopted Pursuant to**
**Section 906 of the Sarbanes-Oxley Act of 2002**

In connection with the Annual Report of The Chemours Company (the "Company") on Form 10-K for the period ended December 31, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Mark E. Newman, as Chief Financial Officer of the Company, hereby certifies, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)    The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934; and,

(2)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Mark E. Newman

Mark E. Newman
Senior Vice President and Chief Financial Officer
February 15, 2019

**Exhibit 95**

## MINE SAFETY DISCLOSURES

The Company owns and operates a surface mine near Starke, Florida. The following table provides information about citations, orders and notices issued from the Mine Safety and Health Administration ("MSHA") under the Federal Mine Safety and Health Act of 1977 ("Mine Act") for the year ended December 31, 2018.

| Mine (MSHA Identification Number) | Section 104 S&S[1] Citations (#) | Section 104(b) Orders (#) | Section 104(d) Citations and Orders (#) | Section 110(b)(2) Violations (#) | Section 107(a) Orders (#) | Total Dollar Value of MSHA Assessments Proposed ($) | Total Number of Mining Related Fatalities (#) | Received Notice of Pattern of Violations Under Section 104(e) (yes/no) | Received Notice of Potential to Have Pattern Under Section 104(e) (yes/no) | Legal Actions Pending as of Last Day of Period (#) | Legal Actions Initiated During Period (#) | Legal Actions Resolved During Period (#) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starke, FL (0800225) | 8 | - | - | - | - | $ 3,989 | - | No | No | - | - | - |

[1]    S&S refers to significant and substantial violations of mandatory health or safety standards under section 104 of the Mine Act.

# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2019**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-36794**



# The Chemours Company
(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **46-4845564** |
|---|---|
| (State or other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

**1007 Market Street, Wilmington, Delaware 19801**
(Address of Principal Executive Offices)
Registrant's Telephone Number: **(302) 773-1000**
**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbols(s) | Name of Exchange on Which Registered |
|---|---|---|
| Common Stock ($.01 par value) | CC | New York Stock Exchange |

Securities are registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒          Accelerated filer ☐          Non-accelerated filer ☐
Smaller reporting company ☐          Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of common stock held by non-affiliates of the registrant as of June 28, 2019, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $3.9 billion. As of February 10, 2020, 164,006,272 shares of the company's common stock, $0.01 par value, were outstanding.

**Documents Incorporated by Reference**

Portions of the registrant's definitive proxy statement relating to its 2020 annual meeting of shareholders (the "2020 Proxy Statement") are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. The 2020 Proxy Statement will be filed with the U. S. Securities and Exchange Commission within 120 days after the end of the fiscal year to which this report relates.

**The Chemours Company**

| TABLE OF CONTENTS | |
|---|---|

| | | | Page |
|---|---|---|---|
| **Part I** | | | |
| | Item 1. | Business | 3 |
| | Item 1A. | Risk Factors | 12 |
| | Item 1B. | Unresolved Staff Comments | 26 |
| | Item 2. | Properties | 27 |
| | Item 3. | Legal Proceedings | 28 |
| | Item 4. | Mine Safety Disclosures | 29 |
| | | Information About Our Executive Officers | 29 |
| **Part II** | | | |
| | Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 31 |
| | Item 6. | Selected Historical Consolidated Financial Data | 33 |
| | Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 34 |
| | Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 60 |
| | Item 8. | Financial Statements and Supplementary Data | 61 |
| | Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 61 |
| | Item 9A. | Controls and Procedures | 61 |
| | Item 9B. | Other Information | 61 |
| **Part III** | | | |
| | Item 10. | Directors, Executive Officers, and Corporate Governance | 62 |
| | Item 11. | Executive Compensation | 62 |
| | Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 62 |
| | Item 13. | Certain Relationships and Related Transactions, and Director Independence | 62 |
| | Item 14. | Principal Accounting Fees and Services | 62 |
| **Part IV** | | | |
| | Item 15. | Exhibits, Financial Statement Schedules | 63 |
| | Item 16. | Form 10-K Summary | 63 |
| **Signatures** | | | 67 |

1

**The Chemours Company**

**Forward-looking Statements**

This section and other parts of this Annual Report on Form 10-K contain forward-looking statements within the meaning of the federal securities law that involve risks and uncertainties. Forward-looking statements provide current expectations of future events based on certain assumptions and include any statement that does not directly relate to any historical or current fact. The words "believe," "expect," "anticipate," "plan," "estimate," "target," "project," and similar expressions, among others, generally identify "forward-looking statements," which speak only as of the date the statements were made. The matters discussed in these forward-looking statements are subject to risks, uncertainties, and other factors that could cause actual results to differ materially from those set forth in the forward-looking statements. Factors that could cause or contribute to these differences include those discussed below and within *Item 1A - Risk Factors*.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- fluctuations in energy and raw materials pricing;
- failure to develop and market new products and applications, and optimally manage product life cycles;
- increased competition, and increasing consolidation of our core customers;
- significant litigation and environmental matters, including indemnifications we were required to assume;
- significant or unanticipated expenses, including, but not limited to, litigation or legal settlement expenses;
- our ability to manage and complete capital projects and/or planned expansions, including the start-up of capital projects;
- changes in relationships with our significant customers and suppliers;
- failure to manage process safety and product stewardship issues appropriately;
- global economic and capital markets conditions, such as inflation, interest and currency exchange rates, and commodity prices, as well as regulatory requirements;
- currency-related risks;
- our current indebtedness and availability of borrowing facilities, including access to our revolving credit facilities;
- business or supply disruptions and security threats, such as acts of sabotage, terrorism or war, weather events, and natural disasters;
- uncertainty regarding the availability of additional financing in the future, and the terms of such financing;
- negative rating agency actions;
- changes in laws and regulations or political conditions;
- our ability to protect, defend, and enforce our intellectual property rights;
- our ability to predict, identify, and address changes in consumer preference and demand;
- our ability to complete potential divestitures or acquisitions and our ability to realize the expected benefits of divestitures or acquisitions if they are completed;
- our ability to meet our growth expectations and outlook;
- our ability to pay a dividend and the amount of any such dividend declared; and,
- disruptions in our information technology networks and systems.

Additionally, there may be other risks and uncertainties that we are unable to identify at this time, or that we do not currently expect to have a material impact on our business. We assume no obligation to revise or update any forward-looking statement for any reason, except as required by law.

Unless the context otherwise requires, references herein to "The Chemours Company," "Chemours," "the Company," "our company," "we," "us," and "our" refer to The Chemours Company and its consolidated subsidiaries. References herein to "DuPont" refer to E. I. du Pont de Nemours and Company, which is now a subsidiary of Corteva, Inc., a Delaware corporation, unless the context otherwise requires.

2

**The Chemours Company**
**PART I**

<span style="background-color:#E8502A">**Item 1. BUSINESS**</span>

**Overview**

The Chemours Company (herein referred to as "us," "we," or "our") is a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. We deliver customized solutions with a wide range of industrial and specialty chemicals products for markets, including plastics and coatings, refrigeration and air conditioning, general industrial, electronics, mining, and oil refining. Our principal products include refrigerants, industrial fluoropolymer resins, sodium cyanide, performance chemicals and intermediates, and titanium dioxide ("TiO$_2$") pigment. We manage and report our operating results through three reportable segments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. Our Fluoroproducts segment is a leading, global provider of fluoroproducts, including refrigerants and industrial fluoropolymer resins. Our Chemical Solutions segment is a leading, North American provider of industrial chemicals used in gold production, industrial, and consumer applications. Our Titanium Technologies segment is a leading, global provider of TiO$_2$ pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protection in a variety of applications.

We operate 30 major production facilities located in nine countries and serve approximately 3,700 customers across a wide range of end-markets in over 120 countries.

We are committed to creating value for our customers and stakeholders through the reliable delivery of high-quality products and services around the world. To achieve this goal, we have a global team dedicated to upholding our five values: (i) *customer centricity* - driving customer growth, and our own, by understanding our customers' needs and building long-lasting relationships with them; (ii) *refreshing simplicity* - cutting complexity by investing in what matters, and getting results faster; (iii) *collective entrepreneurship* - empowering our employees to act like they own our business, while embracing the power of inclusion and teamwork; (iv) *safety obsession* - living our steadfast belief that a safe workplace is a profitable workplace; and, (v) *unshakable integrity* - doing what's right for our customers, colleagues, and communities - always.

We also have a forward-looking Corporate Responsibility commitment, which focuses on three key principles - inspired people, a shared planet, and an evolved portfolio - in an effort to achieve, among other goals, increased diversity and inclusion in our global workforce, increased sustainability of our products, and becoming carbon positive. We call this responsible chemistry - it is rooted in who we are, and we expect that our Corporate Responsibility commitment will drive sustainable, long-term earnings growth.

Many of our commercial and industrial relationships span decades. Our customer base includes a diverse set of companies, many of which are leaders in their respective industries. Our sales are not materially dependent on any single customer. As of December 31, 2019, no one individual customer balance represented more than 5% of our total outstanding receivables balance, and no one individual customer represented more than 10% of our consolidated net sales.

**Corporate History**

We began operating as an independent company on July 1, 2015 (the "Separation Date") after separating from E.I. du Pont de Nemours and Company ("DuPont") (the "Separation"). The Separation was completed pursuant to a separation agreement and other agreements with DuPont, including an employee matters agreement, a tax matters agreement, a transition services agreement, and an intellectual property cross-license agreement. These agreements govern the relationship between us and DuPont following the Separation and provided for the allocation of various assets, liabilities, rights, and obligations at the Separation Date. On August 31, 2017, DuPont completed a merger with The Dow Chemical Company ("Dow"). Following their merger, DuPont and Dow engaged in a series of reorganization steps and, in 2019, separated into three publicly-traded companies named Dow Inc., DuPont de Nemours, Inc., and Corteva, Inc. ("Corteva"). DuPont is now a subsidiary of Corteva, and, at this time, any agreements related to our Separation remain between us and DuPont.

3

**The Chemours Company**

**Segments**

In our Fluoroproducts segment, we are a globally-integrated producer making both fluorochemicals and fluoropolymers. In our Fluorochemicals business, there is increased adoption of Opteon™, one of the world's lowest global warming potential ("GWP") refrigerant brands, as governments around the world pass legislation that makes the use of low GWP refrigerants a requirement. Our Fluoropolymers offerings provide customers with tailored products that have unique properties, including very high temperature resistance, high chemical resistance, resistivity, and selective permeability. We will continue to invest in research and development ("R&D") to remain a leader in these areas and ensure that we are able to meet our customers' needs.

In our Chemical Solutions segment, our Mining Solutions and Performance Chemicals and Intermediates businesses produce industrial chemicals used in various applications by our customers, which are primarily located in the Americas. As one of the largest North American producers of solid sodium cyanide, our Mining Solutions business is recognized for its high quality product offering, reliability of supply, and commitment to the safe production, storage, and use of our products. Global demand growth over the next three years is expected to remain healthy, driven by growth in gold ore processing volumes. In our Mining Solutions business, particularly in the Americas region, the demand for sodium cyanide is expected to exceed global demand growth rates. In our Performance Chemicals and Intermediates business, growth in demand for our products is expected to generally grow in line with growth in global gross domestic product ("GDP").

In our Titanium Technologies segment, we have a long-standing history of delivering high-quality $TiO_2$ pigment using our proprietary chloride technology. We are one of the largest global producers of $TiO_2$ pigment, and our low-cost network of manufacturing facilities allows us to efficiently and cost-effectively serve our global customer base. We believe we are well-positioned to remain one of the lowest-cost, high-quality $TiO_2$ pigment producers, and we will continue to meet our customers' needs around the world.

We will maintain our commitment to responsible stewardship and safety for our employees, customers, and the communities in which we operate. Meeting and exceeding our customers' expectations while conducting business in accordance with our high ethical standards will continue to be a primary focus for us as we continue to operate as a higher-value chemistry company.

Additional information on our segments can be found in *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* and "Note 28 - Geographic and Segment Information" to the *Consolidated Financial Statements*.

***Fluoroproducts Segment***

*Segment Overview*

Our Fluoroproducts segment is a leading, global provider of fluorine-based, advanced materials solutions, such as refrigerants and industrial resins and derivatives. The segment creates products that have unique properties, such as high temperature resistance, high chemical resistance, and unique di-electric properties, for applications across a broad array of industries and applications. We have an industry-leading safety culture and apply world-class R&D and technical expertise to ensure that our operations run safely and reliably, and to improve our process technology. We sell fluoroproducts through two primary product groups: Fluorochemicals and Fluoropolymers.

Fluorochemicals products include refrigerants, foam blowing agents, and propellants. We have held a leading position in the fluorochemicals market since the commercial introduction of Freon™ in 1930. Since the original chlorofluorocarbons ("CFC")-based product was introduced, we have been at the forefront of new technology research for lower GWP and lesser ozone-depleting potential products, leading to the development of hydrochlorofluorocarbons ("HCFC") and hydrofluorocarbons ("HFC"). We have a leading position in HFC refrigerants under the brand name Freon™, and we are a leader in the development of sustainable technologies like Opteon™, a line of low GWP hydrofluoroolefin ("HFO") refrigerants, which also have a zero ozone-depletion footprint. Opteon™ was initially developed in response to the European Union's ("EU") Mobile Air Conditioning Directive. Today, our Opteon™-branded portfolio of products are used in a broad range of applications, including automotive, air conditioning, commercial refrigeration, and foam blowing agents. This patented technology offers similar functionality to current HFC products, but meets or betters currently-mandated environmental standards and, in some cases, provides energy efficiency benefits.

We led the industry in the Montreal Protocol-driven transition in 1987 from CFCs to the lesser ozone-depleting HCFCs and non-ozone-depleting HFCs. In 1988, we committed to cease production of CFCs and started manufacturing non-ozone-depleting HFCs in the early 1990s. Driven by new and emerging environmental legislation being enacted across the U.S., Europe, Latin America, and Japan, we have commercialized Opteon™. Over the years, regulations have pushed the industry to evolve and respond to environmental concerns. We will continue to invest in R&D to remain a leader and meet our customers' needs as regulations change.

**The Chemours Company**

Fluoropolymers products include various industrial resins, specialty products, and coatings. We serve a wide range of essential industrial and end-user applications, including electronics, communications, automotive, wire and cable, energy, oil and gas, and aerospace, among others. Our products' unique properties include chemical inertness, thermal stability, non-stick adhesion, low friction, weather and corrosion resistance, extreme temperature resistance, and unique di-electric properties. Our Fluoropolymers products are sold under the brand names Teflon™, Viton™, Krytox™, and Nafion™. Teflon™ coatings, resins, additives, and films are used in a wide range of industrial products. Our fluoroelastomer products, sold under the Viton™ brand name, are used in automotive, consumer electronics, chemical processing, oil and gas, petroleum refining and transportation, and aircraft and aerospace applications. Our Krytox™-branded lubricants are used in a broad range of industrial applications, including bearings, electric motors, and gearboxes. Under the brand name Nafion™, we sell membranes, which are used in fuel cells, energy flow battery storage, transportation, stationary power, and medical tubing.

*Industry Overview and Competitors*

Our Fluoroproducts segment competes against a broad variety of global manufacturers, as well as regional Chinese and Indian manufacturers. We have a leadership position in fluorine chemistry and materials science, a broad scope and scale of operations, market-driven applications development, and deep customer knowledge. Key competitors in Fluorochemicals include: Honeywell International, Inc., Arkema S.A., Orbia, Dongyue Group Co., Ltd. ("Dongyue"), and Juhua Group Corporation. Key competitors in Fluoropolymers include: Daikin Industries, Ltd., 3M Company, Solvay, S.A., Asahi Glass Co., Ltd., Dongyue, and Chenguang Group.

Fluoroproducts demand growth is generally in line with global GDP growth. Within Fluorochemicals, growth may be higher than GDP in situations where, for environmental reasons, regulatory drivers constrain the market or drive the market toward lower GWP alternatives. In Fluoropolymers, overall market growth is expected to be in line with GDP over the next few years, but may be influenced by increased competition and pricing pressure in some businesses. There are certain emerging technologies, such as 5G, along with our focus on application development, that may drive our growth at a rate faster than GDP. Developed markets represent the largest consumers of fluoroproducts today. Global middle class growth and the increasing demand for expanding infrastructure, alternative energy, consumer electronics, telecommunications, automobiles, refrigeration, and air conditioning are all key drivers of increased demand for various fluoroproducts.

*Raw Materials*

The primary raw materials required to support the Fluoroproducts segment are fluorspar, chlorinated organics, chlorinated inorganics, hydrofluoric acid, and vinylidene fluoride. These are available in many countries and are not concentrated in any particular region. We pursue maximum competitiveness in our global supply chains through favorable sourcing of key raw materials. Our contracts typically include terms that span from two to 10 years, except for select resale purchases that are negotiated on a monthly basis. Qualified fluorspar sources have fixed contract prices or freely-negotiated, market-based pricing. We diversify our sourcing through multiple geographic regions and suppliers to ensure a stable and cost competitive supply. Our current supply agreements are generally in effect for the next five years.

*Sales, Marketing, and Distribution*

With more than 85 years of innovation and development in fluorine science, our technical, marketing, and sales teams around the world have deep expertise in our products and their end-uses. We work with customers to select the appropriate fluoroproducts to meet their technical performance needs. We sell our products through direct channels and through resellers. Selling agreements vary by product line and markets served and include both spot-pricing arrangements and contracts with a typical duration of one year.

We maintain a large fleet of railcars, tank trucks, and containers to deliver our products and support our supply chain needs. For the portion of the fleet that is leased, the related lease terms are usually staggered, which provides us with a competitive cost position, as well as the ability to adjust the size of our fleet in response to changes in market conditions. A dedicated logistics team, along with external partners, continually optimizes the assignment of our transportation equipment to product lines and geographic regions in order to maximize utilization and flexibility of the supply chain.

*Customers*

The Fluoroproducts segment serves approximately 2,800 customers and distributors globally and, in many instances, these commercial relationships have been in place for decades. No single Fluoroproducts customer represented more than 10% of the segment's net sales in 2019.

5

**The Chemours Company**

*Seasonality*

Fluorochemicals' refrigerant sales fluctuate by season, as sales in the first half of the year are generally higher than sales in the second half of the year due to increased demand for residential, commercial, and automotive air conditioning in the spring, which peaks in the summer months, and then declines in the fall and winter in the northern hemisphere. Mobile air conditioning demand is slightly higher in the first half of the year due to the timing of automotive production shutdowns in the second half of the year. There is no significant seasonality for Fluoropolymers, as demand is relatively consistent throughout the year.

**Chemical Solutions Segment**

*Segment Overview*

Our Chemical Solutions segment is comprised of a portfolio of industrial chemical businesses, primarily operating in the Americas. The segment's products are used as important raw materials and catalysts for a diverse group of industries including, among others, gold production, oil and gas, water treatment, electronics, and automotive. Chemical Solutions generates value through the use of market-leading manufacturing technology, safety performance, product stewardship, and differentiated logistics capabilities.

The Chemical Solutions segment has operations at three production facilities in North America, which sell products and solutions through two primary product groups: Mining Solutions and Performance Chemicals and Intermediates. The Mining Solutions product group includes our sodium cyanide and hydrogen cyanide product lines. We are a market leader in solid sodium cyanide production in the Americas, which is used primarily by the mining industry for gold and silver production. We are also investing in a new sodium cyanide production facility in Mexico, for which construction is currently suspended as discussed further in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. For our Mining Solutions product group, we expect global demand growth to remain healthy over the next few years. In the Performance Chemicals and Intermediates product group, we manufacture a wide variety of chemicals used in many different applications. Performance Chemicals and Intermediates is now primarily comprised of our Glycolic Acid, Vazo™, and Aniline product lines, following our exit of the Methylamines and Methylamides business at our Belle, West Virginia production facility. Our plans to exit the business were announced in the third quarter of 2019, culminating in our completed exit and sale of the business to Belle Chemical Company, a subsidiary of Cornerstone Chemical Company, in the fourth quarter of 2019. Our remaining Performance Chemicals and Intermediates business is expected to generally grow in line with growth in global GDP.

*Industry Overview and Competitors*

The industrial and specialty chemicals produced by our Chemical Solutions segment are important raw materials for a wide range of industries and end-markets. We hold a long-standing reputation for high quality, and the safe-handling of hazardous products, such as sodium cyanide, Aniline, and Vazo™. Our positions in these products are the result of our process technology, manufacturing scale, efficient supply chain, and proximity to large customers. Our Chemical Solutions segment holds what we believe to be leading process technologies for the production of hydrogen and sodium cyanide, which are used in industrial polymers and gold production. The segment occasionally licenses these process technologies, as well as its process technology for the production of acrylonitrile. Key competitors for the Chemicals Solutions segment include Cyanco Corp., Hebei Chengxin Group Co. Ltd., CyPlus GmbH, Orica Ltd., and Tongsuh Petrochemical Corp., Ltd.

*Raw Materials*

Key raw materials for our Chemical Solutions segment include ammonia, methanol, natural gas, hydrogen, and caustic soda. We source raw materials from global and regional suppliers, where possible, and maintain multiple supplier relationships to protect against supply disruptions and potential price increases. To further mitigate the risk of raw materials availability and cost fluctuations, our Chemical Solutions segment has also taken steps to optimize routes for distribution, lock in long-term contracts with key suppliers, and increase the number of customer contracts with raw materials price pass-through terms. We do not believe that the loss of any particular supplier would be material to our business.

*Sales, Marketing, and Distribution*

Our technical, marketing, and sales teams around the world have deep expertise with our products and their end-markets. We predominantly sell directly to end-customers, although we also use a network of distributors for specific product lines and geographies. Sales may take place through either spot transactions or via long-term contracts.

6

**The Chemours Company**

Most of Chemical Solutions' raw materials and products can be delivered by efficient bulk transportation. As such, we maintain a large fleet of railcars, tank trucks, and containers to support our supply chain needs. For the portion of the fleet that is leased, the related lease terms are usually staggered, which provides us with a competitive cost position as well as the ability to adjust the size of our container fleet in response to changes in market conditions. A dedicated logistics team, along with external partners, continually optimizes the assignment of our transportation equipment to product lines and geographic regions in order to maximize utilization and flexibility of the supply chain. The strategic placement of our production facilities in locations designed to serve our key customer base in the Americas gives us robust distribution capabilities.

*Customers*

Our Chemical Solutions segment focuses on developing long-term partnerships with key market participants. Many of our commercial and industrial relationships have been in place for decades and are based on our proven value proposition of safely and reliably supplying our customers with the materials needed for their operations. Our reputation and long-term track record are key competitive advantages, as several of the products' end-users demand the highest level of excellence in safe manufacturing, distribution, handling, and storage. Our Chemical Solutions segment has U.S. Department of Transportation Special Permits and Approvals in place for the distribution of various materials associated with each of our business lines, as required. Our Chemical Solutions segment serves approximately 500 customers globally. No single Chemical Solutions customer represented more than 10% of the segment's net sales in 2019.

*Seasonality*

Our Chemical Solutions segment's sales are subject to minimal seasonality.

***Titanium Technologies Segment***

*Segment Overview*

Our Titanium Technologies segment is a leading, global manufacturer of high-quality $TiO_2$ pigment. $TiO_2$ pigment is used to deliver whiteness, brightness, opacity, and ultra-violet light protection in applications such as architectural and industrial coatings, flexible and rigid plastic packaging, polyvinylchloride ("PVC"), laminate papers used for furniture and building materials, coated paper, and coated paperboard used for packaging. We sell our $TiO_2$ pigment under the Ti-Pure™ brand name. We also sell a chloride-based $TiO_2$ pigment under the BaiMax™ brand name, which is exclusively produced for customers in Greater China. We operate four $TiO_2$ pigment production facilities: two in the U.S., one in Mexico, and one in Taiwan. In addition, we have a large-scale repackaging and distribution facility in Belgium. We also operate mineral sands mining and separation operations in Starke, Florida, as well as mineral sands mining operations in Folkston, Georgia and mineral sands separation operations in Offerman, Georgia. In total, we have a $TiO_2$ pigment nameplate capacity of approximately 1.25 million metric tons per year.

We are one of a limited number of manufacturers operating a chloride process for the production of $TiO_2$ pigment. We believe that our proprietary chloride technology enables us to operate plants at a much higher capacity than other chloride technology-based $TiO_2$ pigment producers, as we uniquely utilize a broad spectrum of titanium-bearing ore feedstocks to achieve one of the highest $TiO_2$ pigment unit margins in our industry. This technology, which is in use at all of our production facilities, provides us with one of the industry's lowest manufacturing cost positions. Our R&D efforts focus on improving production processes and developing $TiO_2$ pigment grades that help our customers achieve optimal cost and product performance to enhance end-user total value.

We sell over 20 different grades of $TiO_2$ pigment, with each grade tailored for targeted applications. Our portfolio of premium performance $TiO_2$ pigment grades provides end-users with benefits beyond opacity, such as longer-lasting performance, brighter colors, and the brilliant whites achievable only through chloride-manufactured pigment.

We have operated a titanium mine in Starke, Florida since 1949. Additionally, in 2019, we acquired a titanium mine in Folkston, Georgia, from which we source ore feedstock to be processed at its associated mineral sands separation facility in Offerman, Georgia. The recently added mine and separation facility were attained in the third quarter of 2019 as part of our acquisition of Southern Ionics Minerals, LLC ("SIM"), which expands our flexibility and scalability to internally source ore. These mines provide us with access to low-cost sources of domestic, high-quality ilmenite ore feedstock and supply less than 10% of our ore feedstock consumption needs, with expansion options that could effectively double our in-sourced material base. Co-products of our mining operations, which comprised less than 5% of our total net sales in Titanium Technologies during 2019, are zircon (zirconium silicate) and staurolite minerals. We are a major supplier of high-quality calcined zircon in North America, primarily focused on the precision investment casting industry, foundry, specialty applications, and ceramics. Our staurolite blasting abrasives are used in a variety of surface preparation applications, including steel preparation and maintenance and paint removal.

7

**The Chemours Company**

*Industry Overview and Competitors*

The overall demand for TiO$_2$ pigment is highly correlated to growth in the global residential housing, commercial construction, and packaging markets. In the long-run, industry demand for TiO$_2$ pigment is generally expected to grow proportionally with GDP growth. We continue to experience customers' preference for high-quality Ti-Pure$^{TM}$ offerings. After 2016 and 2017 demand in the TiO$_2$ pigment market above GDP growth, the TiO$_2$ pigment market contracted below the GDP trend in 2018 and 2019. In the longer-term, we expect global TiO$_2$ pigment demand to resume its historical correlation with global GDP growth rates.

We estimate that the worldwide demand for TiO$_2$ pigment in 2019 was approximately 6.1 million metric tons, of which approximately 60% was for premium performance pigments. Worldwide nameplate capacity in 2019 was estimated to be approximately 8.0 million metric tons. The products manufactured on this global capacity base are not fully substitutable due to pigment quality consistency and pigment product design. We believe that the utilization of the premium performance manufacturing base is considerably higher than that for general purpose, lower-performance production. Over the next few years, as customer demand grows, we will be able to incrementally increase our production capacity by approximately 10% through technology-enabled de-bottlenecking processes. We believe that unlocking this additional 10% of capacity is in line with the anticipated needs of our customers during this time. This new capacity is expected to provide the equivalent of a new production line, while requiring a fraction of the capital investment. Our increased production capacity will be supported by investments to extend our ilmenite mines and through long-term contracts with our suppliers.

Competition in the TiO$_2$ pigment market is based primarily on product performance (both product design and quality consistency), supply capability, price, and technical service. Our major competitors within higher-performance pigments include: Tronox Holdings plc, Venator Materials plc, Kronos Worldwide, Inc., and INEOS AG. Beyond multi-national suppliers, the only other large producer of TiO$_2$ pigment is the Chinese producer, the Lomon-Billions Group. The other TiO$_2$ pigment producers are fragmented, mostly utilizing the sulfate production process, and competing in the general purpose, lower-performance pigment market. Over the next few years, we believe that the announced added effective capacity in China is expected to be somewhat offset by capacity shutdowns at marginal producers.

*Raw Materials*

The primary raw materials used in the manufacture of TiO$_2$ pigment are titanium-bearing ores, chlorine, calcined petroleum coke, and energy. We source titanium-bearing ores from a number of suppliers around the globe, who are primarily located in Australia and Africa. To ensure proper supply volume and to minimize pricing volatility, we generally enter into contracts in which volume is requirement-based and pricing is determined by a range of mechanisms structured to help us achieve competitive cost. We typically enter into a combination of long-term and medium-term supply contracts and source our raw materials from multiple suppliers across different regions and from multiple sites per supplier. Furthermore, we typically purchase multiple grades of ore from each supplier to limit our exposure to any single supplier for any single grade of ore in any given time period. Historically, we have not experienced any problems renewing such contracts for raw materials or securing our supply of titanium-bearing ores.

We play an active role in ore source development around the globe, especially for those ores which can only be used by us, given the capability of our unique process technology. Supply chain flexibility allows for ore purchase and use optimization to manage short-term demand fluctuations and provides long-term competitive advantage. Our process technology and ability to use lower-grade ilmenite ore gives us the flexibility to alter our ore mix to low-cost configuration based on sales, demand, and projected ore pricing. Lastly, we have taken steps to optimize routes for distribution and increase storage capacity at our production facilities.

Transporting chlorine, one of our primary raw materials, can be costly. To reduce our need to transport chlorine, we have a chlor-alkali production facility run by a third party that is co-located at our New Johnsonville, Tennessee site. Calcined petroleum coke is an important raw material input to our process. We source calcined petroleum coke from well-established suppliers in North America and China, typically under contracts that run multiple years to facilitate materials and logistics planning through the supply chain. Distribution efficiency is enhanced through the use of bulk ocean, barge, and rail transportation modes. Energy is another key input cost in the TiO$_2$ pigment manufacturing process, representing approximately 10% of the production cost. We have access to natural gas-based energy at our U.S. and Mexico TiO$_2$ pigment production facilities and our Florida and Georgia minerals plants, supporting advantaged energy costs given the low cost of shale gas in the U.S.

8

**The Chemours Company**

*Sales, Marketing, and Distribution*

We sell the majority of our products through a direct sales force. In 2018, we launched our Ti-Pure™ Value Stabilization ("TVS") strategy, which we believe to be foundational to maintain and grow our Titanium Technologies business. Our TVS strategy establishes a commercial framework that allows us to focus on enhancing durable, value-oriented customer relationships, while providing access to a predictable and reliable supply of high-quality $TiO_2$. Customers can purchase Ti-Pure™ $TiO_2$ through our Chemours Assured Value Agreements ("AVA"). As an alternative, in 2019, we launched a new, innovative channel, Ti-Pure™ Flex, which provides customers the unique ability to purchase Ti-Pure™ $TiO_2$ via our web-based portal, the first of its kind in the industry. To further expand our reach beyond these sales channels, we also utilize third-party sales agents and distributors.

$TiO_2$ pigment represents a significant raw material cost for our direct customers, and as a result, purchasing decisions are often made by our customers' senior management teams. $TiO_2$ pigment, however, is only a small fraction of the cost when considering certain end-use applications, especially in segments with larger value chain players, such as specialty coatings, plastics, and laminates applications. Our sales organization works to develop and maintain close relationships with key decision-makers in our value chain. In addition to close purchasing relationships, our sales and technical service teams work together to develop relationships with all layers of our customers' organizations to ensure that we meet our customers' commercial and technical requirements. When appropriate, we collaborate closely with customers to solve formulation or application problems by modifying product characteristics or developing new product grades.

To ensure an efficient distribution, we have a large fleet of railcars, which are predominantly used for outbound distribution of products in the U.S. and Canada. A dedicated logistics team, along with external partners, continually optimizes the assignment of our transportation equipment to product lines and geographic regions in order to maximize utilization and maintain an efficient supply chain.

*Customers*

Globally, we serve approximately 600 customers through our Titanium Technologies segment. In 2019, our 10 largest Titanium Technologies customers accounted for approximately 40% of the segment's net sales, and one Titanium Technologies customer represented more than 10% of the segment's net sales. Our larger customers are typically served through direct sales and tend to have medium-term to long-term contracts. We serve our small-size and mid-size customers through a combination of our direct sales and distribution network. Our direct customers in the Titanium Technologies segment are producers of decorative coatings, automotive and industrial coatings, polyolefin masterbatches, PVC, engineering polymers, laminate paper, coatings paper, and coated paperboard. We focus on developing long-term partnerships with key market participants in each of these sectors. We also deliver a high level of technical service to satisfy our customers' specific needs, which helps us maintain strong customer relationships.

*Seasonality*

The demand for $TiO_2$ pigment is subject to seasonality due to the influence of weather conditions and holiday seasons on some of our applications, such as decorative coatings. As a result, our $TiO_2$ pigment sales volume is typically lowest in the first quarter, highest in the second and third quarters, and moderate in the fourth quarter. This pattern applies to the entire $TiO_2$ pigment market, but may vary by region, country, or application. It can also be altered by economic or other demand cycles.

**The Chemours Company**

## Intellectual Property

Intellectual property, including trade secrets, certain patents, trademarks, copyrights, know-how, and other proprietary rights, is a critical part of maintaining our technology leadership and competitive edge. Our business strategy is to file patent and trademark applications globally for proprietary new product and applications development technologies. We hold many patents, particularly in our Fluoroproducts segment, as described herein. These patents, including various patents that will expire in varying years into the 2030s, in the aggregate, are believed to be of material importance to our business. However, we believe that no single patent (or related group of patents) is material in relation to our business as a whole. Our Chemical Solutions segment is a manufacturing and application development technology leader in a majority of the markets in which it participates. Trade secrets are one of the key elements of our intellectual property security in the Chemical Solutions segment, as most of the segment's manufacturing and applications development technologies are no longer under patent coverage. In addition, particularly in our Titanium Technologies segment, we hold significant intellectual property in the form of trade secrets, and, while we believe that no single trade secret is material in relation to our combined business as a whole, we believe that our trade secrets are material in the aggregate. Unlike patents, trade secrets do not have a pre-determined validity period, but are valid indefinitely, so long as their secrecy is maintained. We work actively on a global basis to create, protect, and enforce our intellectual property rights. The protection afforded by these patents and trademarks varies based on country, scope of individual patent, and trademark coverage, as well as the availability of legal remedies in each country. Although certain proprietary intellectual property rights are important to our success, we do not believe that we are materially-dependent on any particular patent or trademark. We believe that securing our intellectual property is critical to maintaining our technology leadership and our competitive position, especially with respect to new technologies or the extensions of existing technologies. Our proprietary process technology can be a source of incremental income through licensing arrangements.

Our Fluoroproducts segment is a technology leader in the markets in which it participates. We have one of the largest patent portfolios in the fluorine derivatives industry. In our Fluoroproducts segment's intellectual property portfolio, we consider our Freon™, Opteon™, Teflon™, Viton™, Nafion™, and Krytox™ trademarks to be valuable assets. Our Titanium Technologies segment in particular relies upon unpatented proprietary knowledge, continuing technological innovation, and other trade secrets to develop and maintain our competitive position in this sector. Our proprietary chloride production process is an important part of our technology, and our business could be harmed if our trade secrets are not maintained in confidence. In our Titanium Technologies segment's intellectual property portfolio, we consider our trademarks Ti-Pure™ and BaiMax™ to be valuable assets and have registered the Ti-Pure™ trademark in a number of countries and the BaiMax™ trademark in China.

At the Separation, certain of our subsidiaries entered into an intellectual property cross-license agreement with DuPont, pursuant to which (i) DuPont licenses to us certain patents, know-how, and technical information owned by DuPont or its affiliates which are necessary or useful in our business, and (ii) we license to DuPont certain patents owned by us or our affiliates which are necessary or useful in DuPont's business. In most circumstances, the licenses are perpetual, irrevocable, sub-licensable (in connection with the party's business), assignable (in connection with a sale of the applicable portion of a party's business or assets, subject to certain exceptions) worldwide licenses in connection with the current operations of the businesses and, with respect to specified products and fields of use, future operations of such businesses, subject to certain limitations with respect to specified products and fields of use.

## Backlog

In general, we do not manufacture our products against a backlog of orders and do not consider backlog to be a significant indicator of the level of our future sales activity. Our production and inventory levels are based on the level of incoming orders, as well as projections of future demand. Therefore, we believe that backlog information is not material to understanding our overall business and should not be considered a reliable indicator of our ability to achieve any particular level of net sales or financial performance.

## Environmental Matters

Information related to environmental matters is included in several areas of this Annual Report on Form 10-K, including: (i) *Item 1A - Risk Factors*; (ii) *Item 3 - Legal Proceedings*, under the heading "Environmental Proceedings"; (iii) *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations*; and, (iv) "Note 3 - Summary of Significant Accounting Policies" and "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

10

**The Chemours Company**

**Available Information**

We are subject to the reporting requirements under the Securities Exchange Act of 1934 (the "Exchange Act"). Consequently, we are required to file reports and information with the U.S. Securities and Exchange Commission ("SEC"), including reports on the following forms: Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act.

Our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports are also accessible on our website at http://www.chemours.com by clicking on the section labeled "Investor Relations," then on "Financials" and "SEC Filings." These reports are made available, without charge, as soon as it is reasonably practicable after we file or furnish them electronically with the SEC at http://www.sec.gov.

**Employees**

We have approximately 7,000 employees, approximately 14% of whom are represented by unions or works councils. Management believes that its relations with employees and labor organizations are good.

11

**The Chemours Company**

<div style="background-color:#E8603C">**Item 1A. RISK FACTORS**</div>

*Our operations could be affected by various risks, many of which are beyond our control. Based on current information, we believe that the following identifies the most significant risk factors that could affect our business, results of operations, or financial condition. Past financial performance may not be a reliable indicator of future performance, and historical trends should not be used to anticipate results or trends in future periods. See our "Forward-looking Statements" for more details.*

**Risks Related to Our Business**

***Our results of operations could be adversely affected by litigation and other commitments and contingencies.***

We face risks arising from various unasserted and asserted legal claims, investigations and litigation matters, such as product liability claims, patent infringement claims, antitrust claims, and claims for third-party property damage or personal injury stemming from alleged environmental actions (which may concern regulated or unregulated substances) or other torts. We have noted a nationwide trend in purported mass tort and class actions against chemical manufacturers generally seeking relief such as medical monitoring, property damages, off-site remediation, and punitive damages arising from alleged environmental actions (which may concern regulated or unregulated substances) or other torts without claiming present personal injuries. We also have noted a trend in public and private nuisance suits being filed on behalf of states, counties, cities, and utilities alleging harm to the general public and damages to natural resources. Various factors or developments in these nationwide trends or in the actions could result in future charges that could have a material adverse effect on us. An adverse outcome in any one or more of these matters could be material to our financial results and/or stock price, and could adversely impact the value of any of our brands that are associated with any such matters. As discussed below, we are a named defendant and/or indemnifying and defending DuPont in litigation related to the production and use of perfluorooctanoic acids and its salts, including the ammonium salt ("PFOA"); hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid," sometimes referred to as "GenX" or "C3 Dimer Acid"); Aqueous Film Forming Foam ("AFFF"); perfluorinated and polyfluorinated compounds ("PFAS"); and other compounds.

We have received inquiries, government investigations, directives, multiple lawsuits, and other actions related to PFOA, GenX, AFFF, and PFAS as discussed in more detail in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. These or other governmental inquiries or lawsuits could lead to our incurring liability for damages or other costs, a criminal or civil proceeding, the imposition of fines and penalties, and/or other remedies, as well as restrictions on or added costs for our business operations going forward, including in the form of restrictions on discharges at our Fayetteville Works site in Fayetteville, North Carolina ("Fayetteville") or otherwise. Additional lawsuits or inquiries also could be instituted related to these or other compounds in the future. Accordingly, the existing lawsuits and inquiries, and any such additional litigation, relating to our existing operations, PFOA, HFPO Dimer Acid, AFFF, PFAS and other perfluorinated and polyfluorinated compounds, or other compounds associated with our products or operations, could result in us incurring additional costs and liabilities, which may be material to our financial results.

In the ordinary course of business, we may make certain commitments, including representations, warranties, and indemnities relating to current and past operations, including those related to divested businesses, and issue guarantees of third-party obligations. Additionally, we may be required to indemnify DuPont with regard to liabilities allocated to, or assumed by us, under each of the separation agreement, the employee matters agreement, the tax matters agreement, and the intellectual property cross-license agreement that were executed prior to the Separation. These indemnification obligations to date have included defense costs associated with certain litigation matters as well as certain damages awards, settlements, and penalties. On August 24, 2017, we and DuPont entered into an amendment to the separation agreement concerning future PFOA litigation and costs not covered by the MDL Settlement as detailed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. Future PFOA-related costs and settlements could be significant and could exceed the amounts we have accrued with respect thereto, adversely affecting our results of operations. In addition, in the event that DuPont seeks indemnification for adverse trial rulings or outcomes, these indemnification claims could materially adversely affect our financial condition. Disputes with DuPont and others which may arise with respect to indemnification matters including disputes based on matters of law or contract interpretation, could materially adversely affect us.

12

**The Chemours Company**

***We are subject to extensive environmental and health and safety laws and regulations that may result in unanticipated loss or liability related to our current and past operations, and that may result in significant additional compliance costs or obligations, which in either case, could reduce our profitability.***

Our operations and production facilities are dependent upon attainment and renewal of requisite operating permits and are subject to extensive environmental and health and safety laws, regulations, and enforcements at national, international, and local levels in numerous jurisdictions relating to pollution, protection of the environment, climate change, transporting and storing raw materials and finished products, storing and disposing of hazardous wastes, and product content and other safety concerns. Such laws include, but are not limited to:

- U.S.-based regulations, such as the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA," often referred to as "Superfund"), the Resource Conservation and Recovery Act ("RCRA") and similar state and global laws for management and remediation of hazardous materials, the Clean Air Act ("CAA") and Clean Water Act ("CWA") and similar state and global laws for the protection of air and water resources, and the Toxic Substances Control Act ("TSCA");
- Foreign-based chemical control regulations, such as the Registration, Evaluation, Authorization, and Restriction of Chemicals ("REACH") in the EU, the Chemical Substances Control Law ("CSCL") in Japan, MEP Order No. 7 in China, and the Toxic Chemical Substance Control Act ("TCSCA") in Taiwan for the production and distribution of chemicals in commerce and reporting of potential adverse effects;
- The EU Emissions Trading System and similar local and global laws for regulating greenhouse gas ("GHG") emissions; and,
- Numerous local, state, federal, and foreign laws, regulations, and enforcements governing materials transport and packaging.

If we are found to be in violation of these laws, regulations, or enforcements, which may be subject to change based on legislative, scientific, or other factors, we may incur substantial costs, including fines, damages, criminal or civil sanctions, remediation costs, reputational harm, loss of sales or market access, or experience interruptions in our operations. We also may be subject to changes in our operations and production based on increased regulation or other changes to, or restrictions imposed by, any such additional regulations. Any operational interruptions or plant shutdowns may result in delays in production, or may cause us to incur additional costs to develop redundancies in order to avoid interruptions in our production cycles. In addition, the manner in which adopted regulations (including environmental and safety regulations) are ultimately implemented may affect our products, the demand for and public perception of our products, the reputation of our brands, our market access, and our results of operations. In the event of a catastrophic incident involving any of the raw materials we use or chemicals we produce, we could incur material costs as a result of addressing the consequences of such event and future reputational costs associated with any such event.

Our costs of complying with complex environmental laws, regulations, and enforcements, as well as internal voluntary programs, are significant and will continue to be significant for the foreseeable future. These laws, regulations, and enforcements may change and could become more stringent over time, which could result in significant additional compliance costs, increased costs of purchased energy or other raw materials, investments in, or restrictions on, our operations, or installation or modification of GHG emitting equipment. As a result of our current and historic operations, including the operations of divested businesses and certain discontinued operations, we also expect to continue to incur costs for environmental investigation and remediation activities at a number of our current or former sites and third-party disposal locations. However, the ultimate costs under environmental laws and the timing of these costs are difficult to accurately predict. While we establish accruals in accordance with U.S. generally accepted accounting principles ("GAAP"), the ultimate actual costs and liabilities may vary from the accruals because the estimates on which the accruals are based depend on a number of factors (many of which are outside of our control), including the nature of the matter and any associated third-party claims, the complexity of the site, site geology, the nature and extent of contamination, the type of remedy, the outcome of discussions with regulatory agencies and other Potentially Responsible Parties ("PRPs") at multi-party sites, and the number and financial viability of other PRPs. See "Environmental Matters" within *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* and "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information. We also could incur significant additional costs as a result of additional contamination that is discovered or remedial obligations imposed in the future.

There is also a risk that one or more of our manufacturing processes, key raw materials, or products may be found to have, or be characterized or perceived as having, a toxicological or health-related impact on the environment or on our customers or employees or unregulated emissions, which could potentially result in our incurring liability in connection with such characterization and the associated effects of any toxicological or health-related impact. If such a discovery or characterization occurs, we may incur increased costs in order to comply with new regulatory requirements or as a result of litigation. In addition, the relevant materials or products, including products of our customers incorporating our materials or products, may be recalled, phased-out, or banned. Changes in laws, science or regulations, or their interpretation, and our customers' perception of such changes or interpretations may also affect the marketability of certain of our products.

13

**The Chemours Company**

For example, in May 2016, the European Chemicals Agency ("ECHA") accepted a proposal from France's competent authority under REACH to change the classification of $TiO_2$. ECHA's Committee for Risk Action ("RAC") provided the opinion that the evidence meets the criteria under the EU's Classification, Labeling and Packaging ("CLP") Regulation to classify $TiO_2$ as a Category 2 Carcinogen (suspected human carcinogen) by inhalation. To implement this opinion, the EU Commission ("EC") presented a draft of the full 14th Adaptation to Technical Progress ("ATP"), including a proposed classification (with notes) for the powder form of $TiO_2$ as a Category 2 Carcinogen by inhalation, as a delegated act for scrutiny by EU Council and Parliament. The scrutiny period ended in February 2020, with publication to follow shortly thereafter. Publication will then be followed by an 18-month implementation period before the act comes into enforcement. Upon publication of the act and our subsequent review of the additional regulatory measures enacted, we may be subject to increased requirements for $TiO_2$ product labeling, importing operations, and certain downstream use applications associated with $TiO_2$. This could increase our costs associated with our $TiO_2$ manufacturing and handling processes.

In June 2019, the Member States Committee of ECHA also voted to list HFPO Dimer Acid as a Substance of Very High Concern. The vote was based on Article 57(f) - equivalent level of concern having probable serious effects to the environment. This identification does not impose immediate regulatory restriction or obligations, but may lead to a future authorization or restriction of the substance, which could have an adverse effect on our results of operations, financial condition, and cash flows. In September 2019, Chemours filed an application with the EU Court of Justice for the annulment of the decision of ECHA to list HFPO Dimer Acid as a Substance of Very High Concern.

***The businesses in which we compete are highly competitive. If our intellectual property were compromised or copied by competitors, or if our competitors were to develop similar or superior intellectual property or technology, our results of operations could be negatively affected.***

Each of the businesses in which we operate is highly competitive. Competition in the performance chemicals industry is based on a number of factors such as price, product quality, and service. We face significant competition from major international and regional competitors. Some of our competitors have announced plans to expand their chloride capacity. Additionally, our Titanium Technologies business competes with numerous regional producers, including producers in China, who have expanded their readily-available production capacity during the previous five years. The risk of substitution of these Chinese producers by our customers could increase as these Chinese producers expand their use of chloride production technology. Similarly, we compete with various producers in our Fluoroproducts business, and the risk of substitution of these producers by our customers could increase if these producers develop better capabilities to manufacture products similar to our specialty fluoropolymers.

Intellectual property rights, including patents, trade secrets, confidential information, trademarks, and tradenames are important to our business. We endeavor to protect our intellectual property rights in key jurisdictions in which our products are produced or used and in jurisdictions into which our products are imported. Our success depends to a significant degree upon our ability to protect and preserve our intellectual property rights. However, we may be unable to obtain protection for our intellectual property in key jurisdictions. Although we own and have applied for numerous patents and trademarks throughout the world, we may have to rely on judicial enforcement of our patents and other proprietary rights. Our patents and other intellectual property rights may be challenged, invalidated, circumvented, and rendered unenforceable or otherwise compromised. A failure to protect, defend, or enforce our intellectual property could have an adverse effect on our financial condition and results of operations. Similarly, third parties may assert claims against us and our customers and distributors alleging our products infringe upon third-party intellectual property rights.

We also rely upon unpatented proprietary technology, know-how, and other trade secrets to maintain our competitive position. While we maintain policies to enter into confidentiality agreements with our employees and third parties to protect our proprietary expertise and other trade secrets, these agreements may not be enforceable or, even if legally enforceable, we may not have adequate remedies for breaches of such agreements. We also may not be able to readily detect breaches of such agreements. The failure of our patents or confidentiality agreements to protect our proprietary technology, know-how, or trade secrets could result in significantly lower revenues, reduced profit margins, or loss of market share.

If we must take legal action to protect, defend, or enforce our intellectual property rights, any suits or proceedings could result in significant costs and diversion of resources and management's attention, and we may not prevail in any such suits or proceedings. A failure to protect, defend, or enforce our intellectual property rights could have an adverse effect on our financial condition and results of operations.

14

**The Chemours Company**

***Restrictions under the intellectual property cross-license agreement could limit our ability to develop and commercialize certain products and/or prosecute, maintain, and enforce certain intellectual property.***

We depend to a certain extent on DuPont to prosecute, maintain, and enforce certain of the intellectual property licensed under the intellectual property cross-license agreement. Specifically, DuPont is responsible for filing, prosecuting, and maintaining patents that DuPont licenses to us. DuPont also has the first right to enforce such patents, trade secrets, and the know-how licensed to us by DuPont. If DuPont fails to fulfill its obligations or chooses to not enforce the licensed patents, trade secrets, or know-how under the intellectual property cross-license agreement, we may not be able to prevent competitors from making, using, and selling competitive products unless we are able to effectively exercise our secondary rights to enforce such patents, trade secrets, and know-how.

In addition, our restrictions under the intellectual property cross-license agreement could limit our ability to develop and commercialize certain products. For example, the licenses granted to us under the agreement may not extend to all new products, services, and businesses that we may enter in the future. These limitations and restrictions may make it more difficult, time-consuming, or expensive for us to develop and commercialize certain new products and services, or may result in certain of our products or services being later to market than those of our competitors.

***If we are unable to innovate and successfully introduce new products, or new technologies or processes reduce the demand for our products or the price at which we can sell products, our profitability could be adversely affected.***

Our industries and the end-use markets into which we sell our products experience periodic technological changes and product improvements, as well as changes in mandates on or regulation of products and services. Our future growth will depend on our ability to gauge the direction of commercial and technological progress in key end-use markets, our ability to fund and successfully develop, manufacture, and market products in such changing end-use markets, and our ability to adapt to changing regulations. We must continue to identify, develop, and market innovative products or enhance existing products on a timely basis to maintain our profit margins and our competitive position. We may be unable to develop new products or technologies, either alone or with third parties, or license intellectual property rights from third parties on a commercially-competitive basis. If we fail to keep pace with the evolving technological innovations in our end-use markets on a competitive basis, including with respect to innovation with regard to the development of alternative uses for, or application of, products developed that utilize such end-use products, our financial condition and results of operations could be adversely affected. We cannot predict whether technological innovations will, in the future, result in a lower demand for our products or affect the competitiveness of our business. We may be required to invest significant resources to adapt to changing technologies, markets, customer behaviors and demands, competitive environments, and laws, regulations, or enforcements. We cannot anticipate market acceptance of new products or future products. In addition, we may not achieve our expected benefits associated with new products developed to meet new laws, regulations, or enforcements if the implementation of such laws, regulations, or enforcements is delayed, and we may face competition from illegal or counterfeit products in regulated markets.

***Our results of operations and financial condition could be seriously impacted by business disruptions and security breaches, including cybersecurity incidents.***

Business and/or supply chain disruptions, plant downtime, power outages, and/or information technology system and network disruptions, regardless of cause, including acts of sabotage, employee error or other actions, geo-political activity, military actions, and terrorism (including cyberterrorism) could seriously harm our operations, as well as the operations of our customers and suppliers. Further, the nature of our business dictates that we maintain significant concentrations of physical assets in certain geographical locations, some of which may be prone to weather-related events and natural disasters (which could be exacerbated by climate change). Such events could also seriously harm our operations, as well as the operations of our customers and suppliers, and accordingly, we continue to study the long-term implications of changing climate parameters on plant siting, operational issues, and water availability. Any of the aforementioned disruptions and/or events could have a negative impact on our business, results of operations, financial condition, and cash flows.

Failure to effectively prevent, detect, and recover from security breaches, including attacks on information technology and infrastructure by hackers, viruses, breaches due to employee error or other actions, or other disruptions, could result in misuse of our assets, business disruptions, loss of property including trade secrets and confidential business information, legal claims or proceedings, reporting errors, processing inefficiencies, negative media attention, loss of sales, and interference with regulatory compliance. Like most major corporations, we have been, and expect to be the target of industrial espionage, including cyberattacks, from time to time. We have determined that these attacks have resulted, and could result in the future, in unauthorized parties gaining access to certain confidential business information, and have included the obtaining of trade secrets and proprietary information related to the chloride manufacturing process for $TiO_2$ pigment by third parties. Although we do not believe that we have experienced any material losses to date related to these breaches, there can be no assurance that we will not suffer any such losses in the future. We plan to actively manage the risks within our control that could lead to business disruptions and security breaches. As these threats continue to evolve, particularly around cybersecurity, we may be required to expend significant resources to enhance our control environment, processes, practices, and other protective measures. Despite these efforts, such events could materially adversely affect our business, financial condition, or results of operations.

15

**The Chemours Company**

Our information technology is provided by a combination of internal and external services and service providers, and we rely on information technology in many aspects of our business, including internal and external communications, and the management of our accounting, finance, and supply chain functions. Further, our business involves the use, storage, and transmission of information about customers, suppliers, and employees. As we become more dependent on information technology to conduct our business, and as the number and sophistication of cyberattacks increases, the risks associated with cybersecurity, information security, and data privacy also increase. Failure to maintain effective internal control over our information technology and infrastructure could materially adversely affect our business, financial condition, or results of operations, and/or have a material adverse impact on our stock price.

Preparedness plans pertaining to the physical- and cyber-related aspects of our business have been developed and detail the actions needed in the event of unforeseen events or severe weather. These measures have historically been in place, and such activities and associated costs are driven by normal operational preparedness. However, there can be no assurance that such measures will be effective for a particular event that we may experience.

***Our ability to make future strategic decisions regarding our manufacturing operations are subject to regulatory, environmental, political, legal, and economic risks, and to a certain extent may be subject to consents or cooperation from DuPont under the agreements entered into between us and DuPont as part of the Separation. These could adversely affect our ability to execute our future strategic decisions and our results of operations and financial condition.***

One of the ways we may improve our business is through the expansion or improvement of our facilities. Construction of additions or modifications to facilities involves numerous regulatory, environmental, political, legal, and economic uncertainties that are beyond our control, and are subject to various start-up risks and consent to operate. Difficulties in obtaining any of the requisite licenses, permits, and authorizations from governmental or regulatory authorities could increase the total cost, delay, jeopardize, or prevent the construction or opening of such facilities. Our expansion or improvement projects may also require the expenditure of significant amounts of capital, and financing may not be available on economically acceptable terms, or at all. As a result, these projects may not be completed on schedule, at the budgeted cost, or at all, which may adversely affect our results of operations, financial condition, and cash flows. Moreover, our revenue may not increase immediately upon the expenditure of funds on a particular project or may be negatively impacted by regulatory or other developments relating to the chemicals we use or manufacture. As a result, we may not be able to realize our expected investment return, which could also adversely affect our results of operations, financial condition, and cash flows.

We periodically assess our manufacturing operations in order to manufacture and distribute our products in the most efficient manner. Based on our assessments, we may make strategic decisions regarding our manufacturing operations such as capital improvements to modernize certain units, move manufacturing or distribution capabilities from one plant or facility to another plant or facility, discontinue manufacturing or distributing certain products, or close or divest all or part of a manufacturing plant or facility, some of which have significant shared services and lease agreements with DuPont. These agreements may adversely impact our ability to make these strategic decisions regarding our manufacturing operations. Further, if such agreements are terminated or revised, we would have to assess and potentially adjust our manufacturing operations, the closure or divestiture of all or part of a manufacturing plant or facility that could result in future charges that could be significant.

***If our long-lived assets become impaired, we may be required to record a significant charge to earnings.***

We have a significant amount of long-lived assets on our consolidated balance sheets. Under GAAP, we review our long-lived assets for impairment when events or changes in circumstances indicate the carrying value may not be recoverable. Factors that may be considered a change in circumstances, indicating that the carrying value of our long-lived assets may not be recoverable, include, but are not limited to, changes in the industrial, economic, political, and social landscapes in which we operate, as well as competition or other factors leading to a reduction in expected long-term sales or profitability. We may be required to record a significant non-cash charge in our financial statements during the period in which any impairment of our long-lived assets is determined, negatively impacting our results of operations.

In March 2018, a civil association in Mexico filed a complaint against the government authorities involved in the permitting process of our new Mining Solutions facility under construction in Gomez Palacio, Durango, Mexico. The claimant sought and obtained a suspension from the district judge to stop our construction work. The suspension was subsequently lifted on appeal, and the matter is before the Supreme Court of Mexico. A second similar complaint was filed in September 2019 and, again, a suspension of construction was granted. We have filed an appeal. In the event that the suspension of construction is ultimately upheld, we would incur $26 million of contract termination fees with a third-party services provider. Additionally, at December 31, 2019, we had $144 million long-lived assets under construction at the facility, $7 million of other related prepaid costs, and $51 million of our goodwill assigned to the Mining Solutions reporting unit. While we currently believe these amounts are recoverable, any future assessment that could potentially deem the facility to be impaired would result in a non-cash charge that negatively impacts our results of operations.

16

**The Chemours Company**

***Our operations could be materially impacted in the event of a failure of our information technology infrastructure.***

We currently use an enterprise resource planning ("ERP") software platform that is no longer supported; however, we are able to pay for extended, customer-specific support, which can be costly. We are currently evaluating our options to upgrade or switch this platform. Any systems failure, accident, or security breach could result in significant costs or disruptions to our operations, which could have a material adverse effect on our business. Further, such improvements and upgrades are often complex, costly, and time-consuming. We may experience challenges integrating any new ERP software platform with our existing technology systems, or may uncover problems with our existing technology systems. Any unsuccessful attempt to upgrade or switch our ERP software platform could result in outages, a disruption to our operations and our ability to serve our customers, and/or damage to our reputation.

***Hazards associated with chemical manufacturing, storage, containment, and transportation could adversely affect our results of operations.***

There are hazards associated with chemical manufacturing and the related storage, containment, and transportation of raw materials, products, and wastes. These hazards could lead to an interruption or suspension of operations and have an adverse effect on the productivity and profitability of a particular manufacturing facility or on us as a whole. While we endeavor to provide adequate protection for the safe-handling of these materials, issues could be created by various events, including unforeseen accidents or defects, natural disasters, severe weather events, acts of sabotage, military actions, terrorism, and performance by third parties, and as a result, we could face the following potential hazards:

- piping and storage tank leaks and ruptures;
- mechanical failure;
- employee exposure to hazardous substances; and,
- chemical spills and other discharges or releases of toxic or hazardous substances or gases.

These hazards may cause personal injury and loss of life, damage to property, contamination of the environment, and damage to natural resources, which could lead to government fines and penalties, remedial obligations, work stoppage injunctions, claims and lawsuits by injured persons, damage to our public reputation and brands, loss of sales and market access, customer dissatisfaction, and diminished product acceptance. If such actions are determined adversely to us or there is an associated economic impact to our business, we may have inadequate insurance or cash flows to offset any associated costs. Such outcomes could adversely affect our financial condition and results of operations.

***Our success depends on our ability to attract and retain key employees, and to identify and develop talented personnel to succeed our senior management and other employees.***

Our success depends on the performance of our senior management team and other key employees. If we are unable to attract, retain, identify, and develop such individuals, whether due to technical, geographical, social, or other misalignment, our results of operations, financial condition, and cash flows could be adversely affected. Further, if we are unable to effectively plan for the succession of our senior management team, our results of operations, financial condition, and cash flows could be adversely affected, as we may be unable to realize our business strategy. While our ongoing personnel practices identify a succession process for our key employees, including our senior management team, we cannot guarantee the effectiveness of this process, the continuity of highly-qualified individuals serving in all of our key positions at particular moments in time, and/or the completeness of any knowledge transfer at the time of succession.

In addition, we expect to experience significant turnover at an operations level due to the demographics of our general workforce. Accordingly, we cannot guarantee the completeness of any knowledge transfer at the time of departure, or the continuity of key processes and/or internal controls over our financial reporting and disclosure controls and procedures.

***Operating as a multi-national corporation presents risks associated with global and regional economic downturns and global capital market conditions as well as risks resulting from changes to regional regulatory requirements (including environmental standards).***

Our business and operating results may in the future be adversely affected by global economic conditions, including instability in credit markets, declining consumer and business confidence, fluctuating commodity prices and interest rates, volatile exchange rates, and other challenges, such as tariffs on international trade and a changing financial regulatory environment that could affect the global economy. Such global economic conditions may be further affected by physical risks that stem from a number of root causes, including natural disasters and/or travel-based restrictions that may be driven by geo-political activities, military actions, terrorism, and the spread of pandemics, such as the novel coronavirus.

17

**The Chemours Company**

Our customers may experience deterioration of their businesses, shortages in cash flows, and difficulty obtaining financing. As a result, existing or potential customers may delay or cancel plans to purchase products and may not be able to fulfill their obligations to us in a timely fashion. Further, suppliers could experience similar conditions, which could impact their ability to supply materials or otherwise fulfill their obligations to us. Because we have significant international operations, there are a large number of currency transactions that result from our international sales, purchases, investments, and borrowings. Also, our effective tax rate may fluctuate because of variability in our geographic mix of earnings, changes in statutory rates, and taxes associated with the repatriation of our non-U.S. earnings. Future weakness in the global economy and failure to manage these risks could adversely affect our results of operations, financial condition, and cash flows in future periods.

In addition to the general risks associated with operating in the global economy, our revenue and profitability are largely dependent on the $TiO_2$ pigment industry and the industries that are the end-users of our fluoroproducts. $TiO_2$ pigment and our fluoroproducts, such as refrigerants and resins, are used in many "quality of life" products for which demand historically has been linked to global, regional, and local GDP and discretionary spending, which can be negatively impacted by regional and world events, or economic conditions. Such events, which may or may not impact all of our businesses at the same time or to the same degree, are likely to cause a decrease in the demand for our products and, as a result, may have an adverse effect on our results of operations and financial condition. The future profitability of our operations, and cash flows generated by those operations, will also be affected by the available supply of our products in the market. Our future Ti-Pure™ demand growth may be below average global GDP growth rates if our sales into developed markets outpace our sales into emerging markets. In addition, because demand for our fluorochemicals is driven in part by industry needs to comply with certain mandated environmental regulations (such as markets for refrigerants and foams with low GWP), changes in, the elimination of, or lack of enforcement of such environmental regulations in the U.S., the EU, or other jurisdictions can also negatively impact demand for such products and, as a result, our results of operations and financial condition.

***Our reported results could be adversely affected by currency exchange rates and currency devaluation could impair our competitiveness.***

Due to our international operations, we transact in many foreign currencies, including, but not limited to, the euro, the Mexican peso, the Chinese yuan, and the Japanese yen. As a result, we are subject to the effects of changes in foreign currency exchange rates. During times of a strengthening U.S. dollar, our reported net sales and operating income will be reduced because the local currency will be translated into fewer U.S. dollars. During periods of local economic crisis, local currencies may be devalued significantly against the U.S. dollar, potentially reducing our margin. For example, depreciation of the euro against the U.S. dollar has historically negatively impacted our results of operations, and further decline of the euro could affect future periods.

We enter into certain of our qualifying foreign currency forward contracts under a cash flow hedge program to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases for certain of our international subsidiaries. There can be no assurance that any hedging action will lessen the adverse impact of a variation in currency rates. Also, actions to recover margins may result in lower volume and a weaker competitive position, which may have an adverse effect on our profitability. For example, in our Titanium Technologies segment, a substantial portion of our manufacturing is located in the U.S. and Mexico, while our $TiO_2$ pigment is delivered to customers around the world. Furthermore, our ore cost is principally denominated in U.S. dollars. Accordingly, in periods when the U.S. dollar or Mexican peso strengthen against other local currencies, such as the euro, our costs are higher relative to some of our competitors who operate largely outside of the U.S., and the benefits we realize from having lower costs associated with our manufacturing process are reduced, impacting our profitability.

***Effects of price fluctuations in energy and raw materials, our raw materials contracts, and our inability to renew such contracts, could have a significant impact on our earnings.***

Our manufacturing processes consume significant amounts of energy and raw materials, the costs of which may be subject to worldwide supply and demand factors, global trade regulations and tariffs, GHG emissions-based regulations, and other factors beyond our control. Variations in the cost of energy, which primarily reflect market prices for oil and natural gas, and for raw materials may significantly affect our operating results from period to period. Additionally, consolidation in the industries providing our raw materials may have an impact on the cost and availability of such materials. To the extent we do not have fixed price contracts with respect to specific raw materials, we have no control over the costs of raw materials and such costs may fluctuate widely for a variety of reasons, including changes in availability, major capacity additions or reductions, or significant facility operating problems.

When possible, we have purchased, and we plan to continue to purchase, raw materials, including titanium-bearing ores and fluorspar, through negotiated medium-term or long-term contracts to minimize the impact of price fluctuations. To the extent that we have been able to achieve favorable pricing in our existing negotiated long-term contracts, we may not be able to renew such contracts at the current prices, or at all, and this may adversely impact our profitability and cash flows from operations. However, to the extent that the prices of the raw materials that we utilize significantly decline, we may be bound by the terms of our existing long-term contracts and obligated to purchase such raw materials at higher prices as compared to other market participants.

**The Chemours Company**

We attempt to offset the effects of higher energy and raw materials costs through selling price increases, productivity improvements, and cost reduction programs. However, the outcome of these efforts is largely determined by existing competitive and economic conditions, and may be subject to a time delay between the increase in our raw materials costs and our ability to increase prices, which could vary significantly depending on the market served. If we are not able to fully offset the effects of higher energy or raw materials costs, there could be a material adverse effect on our financial results.

***In connection with our Separation, we were required to assume, and indemnify DuPont for, certain liabilities. As we may be required to make payments pursuant to these indemnities to DuPont, we may need to divert cash to meet those obligations and our financial results could be negatively affected. In addition, DuPont's obligation to indemnify us for certain liabilities may not be sufficient to insure us against the full amount of liabilities for which it will be allocated responsibility, and DuPont may not be able to satisfy its indemnification obligations in the future.***

Pursuant to the separation agreement, the employee matters agreement, the tax matters agreement, and the intellectual property cross-license agreement, we entered into with DuPont prior to the Separation, we were required to assume, and indemnify DuPont for, certain liabilities. These indemnification obligations to date have included, among other items, defense costs associated with certain litigation matters as well as certain damages awards, settlement amounts, and penalties. In connection with MDL Settlement described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, we and DuPont entered into an amendment to the separation agreement concerning PFOA costs, the terms of which are also described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. Payments pursuant to these indemnities, whether relating to PFOA costs or otherwise, may be significant and could negatively impact our business, particularly indemnities relating to our actions that could impact the tax-free nature of the distribution. In addition, in the event that DuPont seeks indemnification for adverse trial rulings or outcomes, these indemnification claims could materially adversely affect our financial condition.

Disputes with DuPont and others which may arise with respect to indemnification matters, including disputes based on matter of law or contract interpretation, could materially adversely affect us. As described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, we have filed a lawsuit against DuPont regarding indemnification matters. As further described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, multiple lawsuits have been filed by third parties containing allegations that DuPont's separation of Chemours was fraudulent.

Third parties could also seek to hold us responsible for any of the liabilities of the DuPont businesses. DuPont has agreed to indemnify us for such liabilities, but such indemnity from DuPont may not be sufficient to protect us against the full amount of such liabilities, and DuPont may not be able to fully satisfy its indemnification obligations. Moreover, even if we ultimately succeed in recovering from DuPont any amounts for which we are held liable, we may be temporarily required to bear these losses ourselves. Each of these risks could negatively affect our business, financial condition, results of operations, and cash flows. See "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information.

***In connection with our Separation, we were required to enter into numerous Separation-related and commercial agreements with our former parent company, DuPont, which may not reflect optimal or commercially beneficial terms to us.***

Commercial agreements we entered into with DuPont prior to the Separation were formed in the context of the Separation while we were still a wholly-owned subsidiary of DuPont. Accordingly, during the period in which the terms of those agreements were formed, we did not have an independent board of directors or management independent of DuPont. Certain commercial agreements, having long terms and commercially-advantageous cancellation and assignment rights to DuPont, may not include adjustments for changes in industry and market conditions. There is a risk that the pricing and other terms under these agreements may not be commercially beneficial and may not be able to be changed in the future. The terms relate to, among other things, the allocation of assets, liabilities, rights, and obligations, including the provision of products and services and the sharing and operation of property, manufacturing, office, and laboratory sites, and other commercial rights and obligations between us and DuPont.

***Our customers, prospective customers, suppliers, other companies with whom we conduct business, or regulators may need assurances that our financial stability is sufficient to satisfy their respective business or regulatory requirements.***

Some of our customers, prospective customers, suppliers, other companies with whom we conduct business, or regulators may need assurances that our financial stability is sufficient to satisfy their respective business or regulatory requirements, and may require us to provide additional credit support, such as letters of credit or other financial guarantees. Any failure of parties to be satisfied with our financial stability could have a material adverse effect on our business, financial condition, results of operations, and cash flows.

19

**The Chemours Company**

***We are a holding company that is dependent on cash flows from our operating subsidiaries to fund our debt obligations, capital expenditures, and ongoing operations.***

All of our operations are conducted, and all of our assets are owned, by our operating companies, which are our subsidiaries. We intend to continue to conduct our operations at the operating companies and any future subsidiaries. Consequently, our cash flows and our ability to meet our obligations or make cash distributions depends upon the cash flows of our operating companies and any future subsidiaries, and the payment of funds by our operating companies and any future subsidiaries in the form of dividends or otherwise. The ability of our operating companies and any future subsidiaries to make any payments to us depends on their earnings, the terms of their indebtedness, including the terms of any credit facilities, and legal restrictions regarding the transfer of funds.

Our debt is generally the exclusive obligation of The Chemours Company and our guarantor subsidiaries, as described in "Note 20 - Debt" to the *Consolidated Financial Statements*. Because a significant portion of our operations are conducted by non-guarantor subsidiaries, our cash flows and our ability to service indebtedness, including our ability to pay the interest on our debt when due and principal of such debt at maturity, are dependent to a large extent upon cash dividends and distributions or other transfers from such non-guarantor subsidiaries. Any payment of dividends, distributions, loans, or advances by our non-guarantor subsidiaries to us could be subject to restrictions on dividends or repatriation of earnings under applicable local law, monetary transfer restrictions, and foreign currency exchange regulations in the jurisdictions in which our subsidiaries operate, and any restrictions imposed by the current and future debt instruments of our non-guarantor subsidiaries. In addition, payments to us by our subsidiaries are contingent upon our subsidiaries' earnings.

Our subsidiaries are separate legal entities and, except for our guarantor subsidiaries, have no obligation, contingent or otherwise, to pay any amounts due on our debt or to make any funds available for those amounts, whether by dividends, loans, distributions, or other payments, and do not guarantee the payment of interest on, or principal of, our debt. Any right that we have to receive any assets of any of our subsidiaries that are not guarantors upon the liquidation or reorganization of any such subsidiary, and the consequent right of holders of the outstanding notes to realize proceeds from the sale of their assets, will be structurally subordinated to the claims of that subsidiary's creditors, including trade creditors and holders of debt issued by that subsidiary.

***Our failure to comply with the anti-corruption laws of the U.S. and various international jurisdictions could negatively impact our reputation and results of operations.***

Doing business on a global basis requires us to comply with the laws and regulations of the U.S. government and those of various international and sub-national jurisdictions, and our failure to successfully comply with these rules and regulations may expose us to liabilities. These laws and regulations apply to companies, individual directors, officers, employees, and agents, and may restrict our operations, trade practices, investment decisions, and partnering activities. In particular, our international operations are subject to U.S. and foreign anti-corruption laws and regulations, such as the U.S. Foreign Corrupt Practices Act ("FCPA"), the U.K. Bribery Act 2010 ("Bribery Act"), as well as other anti-corruption laws of the various jurisdictions in which we operate. The FCPA, the Bribery Act, and other laws prohibit us and our officers, directors, employees, and agents acting on our behalf from corruptly offering, promising, authorizing, or providing anything of value to foreign officials for the purposes of influencing official decisions or obtaining or retaining business or otherwise obtaining favorable treatment. Our global operations may expose us to the risk of violating, or being accused of violating, the foregoing or other anti-corruption laws. Such violations could be punishable by criminal fines, imprisonment, civil penalties, disgorgement of profits, injunctions, and exclusion from government contracts, as well as other remedial measures. Investigations of alleged violations can be very expensive, disruptive, and damaging to our reputation. Although we have implemented anti-corruption policies and procedures, there can be no guarantee that these policies, procedures, and training will effectively prevent violations by our employees or representatives in the future. Additionally, we face a risk that our distributors and other business partners may violate the FCPA, the Bribery Act, or similar laws or regulations. Such violations could expose us to FCPA and Bribery Act liability and/or our reputation may potentially be harmed by their violations and resulting sanctions and fines.

20

**The Chemours Company**

***We could be subject to changes in our tax rates and the adoption of tax legislation or exposure to additional tax liabilities that may adversely affect our results of operations, financial condition, and cash flows.***

We are subject to taxes in the U.S. and non-U.S. jurisdictions where our subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. Our future effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, and changes in tax laws or their interpretations. Our tax returns and other tax matters are subject to examination by local tax authorities and governmental bodies. We regularly assess the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of our provision for taxes. There can be no assurance as to the outcome of these examinations. If our effective tax rates were to increase, or if the ultimate determination of the taxes owed by us is for an amount in excess of amounts previously accrued, our operating results, financial condition, and cash flows could be adversely affected.

***Failure to meet some or all of our key financial and non-financial targets could negatively impact the value of our business and adversely affect our stock price.***

From time to time, we may announce certain key financial and non-financial targets that are expected to serve as benchmarks for our performance for a given time period, including goals for our future net sales growth, adjusted earnings before interest, taxes, depreciation, and amortization, adjusted earnings per share, free cash flows, return on invested capital, corporate responsibility, and/or sustainability. Our failure to meet one or more of these key targets may negatively impact our results of operations, stock price, and stockholder returns. The factors influencing our ability to meet these key targets include, but are not limited to, changes in the global economic environment, changes in our competitive landscape, including our relationships with new or existing customers, our ability to introduce new products, applications, or technologies, our undertaking of an acquisition, joint venture, or other strategic arrangement, the outcome of any new or existing litigation, our failure to comply with new or existing laws or regulations, and other factors described within this *Item 1A - Risk Factors*, many of which are beyond our control.

## Risks Related to Our Indebtedness

***Our current level of indebtedness could adversely affect our financial condition, and we could have difficulty fulfilling our obligations under our indebtedness, which may have a material adverse effect on us.***

As of December 31, 2019, we had approximately $4.2 billion of indebtedness. At December 31, 2019, together with the guarantors, we had approximately $1.3 billion of indebtedness outstanding under our senior secured credit facilities, and an $800 million revolving credit facility ("Revolving Credit Facility") capacity, which would be senior secured indebtedness, if drawn (collectively, the "Senior Secured Credit Facilities"). Our current level of indebtedness increases the risk that we may be unable to generate cash sufficient to pay amounts due in respect of our indebtedness. The level of our indebtedness could have other important consequences on our business, including:

- making it more difficult for us to satisfy our obligations with respect to indebtedness;
- increasing our vulnerability to adverse changes in general economic, industry, and competitive conditions;
- requiring us to dedicate a significant portion of our cash flows from operations to make payments on our indebtedness, thereby reducing the availability of our cash flows to fund working capital and other general corporate purposes;
- limiting our flexibility in planning for, or reacting to, changes in our business and the industry in which we operate;
- restricting us from capitalizing on business opportunities;
- placing us at a competitive disadvantage compared to our competitors that have less debt;
- limiting our ability to borrow additional funds for working capital, acquisitions, debt service requirements, execution of our business strategy, or other general corporate purposes;
- limiting our ability to enter into certain commercial arrangements because of concerns of counterparty risks; and,
- limiting our ability to adjust to changing market conditions and placing us at a competitive disadvantage compared to our competitors that have less debt.

The occurrence of any one or more of these circumstances could have a material adverse effect on us.

Our ability to make scheduled payments on and to refinance our indebtedness, including on our outstanding notes, depends on and is subject to our financial and operating performance, which in turn is affected by general and regional economic, financial, competitive, business, and other factors (many of which are beyond our control), including the availability of financing in the international banking and capital markets. We cannot be certain that our business will generate sufficient cash flows from operations or that future borrowings will be available to us in an amount sufficient to enable us to service our debt, including the outstanding notes, to refinance our debt, or to fund our other liquidity needs.

21

**The Chemours Company**

If we are unable to meet our debt service obligations or to fund our other liquidity needs, we will need to restructure or refinance all or a portion of our debt, including the outstanding notes. Failure to successfully restructure or refinance our debt could cause us to default on our debt obligations and would impair our liquidity. Our ability to restructure or refinance our debt will depend on the condition of the capital markets and our financial condition at such time. Any refinancing of our indebtedness could be at higher interest rates and may require us to comply with more onerous covenants that could further restrict our business operations.

Moreover, in the event of a default of our debt service obligations, the holders of the applicable indebtedness, including holders of our outstanding notes and the Senior Secured Credit Facilities, could elect to declare all the funds borrowed to be due and payable, together with accrued and unpaid interest. We cannot be certain that our assets or cash flows would be sufficient to fully repay borrowings under our outstanding debt instruments if accelerated upon an event of default. First, a default in our debt service obligations in respect of the outstanding notes would result in a cross-default under the Senior Secured Credit Facilities. The foregoing would permit the lenders under the Revolving Credit Facility to terminate their commitments thereunder and cease making further loans, and would allow the lenders under the Senior Secured Credit Facilities to declare all loans immediately due and payable and to institute foreclosure proceedings against their collateral, which could force us into bankruptcy or liquidation. Second, any event of default or declaration of acceleration under the Senior Secured Credit Facilities or certain other agreements relating to our outstanding indebtedness could also result in an event of default under the indenture governing the outstanding notes, and any event of default or declaration of acceleration under any other of our outstanding indebtedness may also contain a cross-default provision. Any such default, event of default, or declaration of acceleration could materially and adversely affect our results of operations and financial condition. See "Note 20 - Debt" to the *Consolidated Financial Statements* for further discussion related to our indebtedness.

***Despite our current level of indebtedness, we may incur substantially more debt and enter into other transactions, which could further exacerbate the risks to our financial condition described above.***

Notwithstanding our current level of indebtedness, we may incur significant additional indebtedness in the future, including additional secured indebtedness (including the $800 million under the Revolving Credit Facility) that would be effectively senior to our outstanding notes. Although the indenture that governs the outstanding notes and the credit agreement that governs the Senior Secured Credit Facilities contain restrictions on our ability to incur additional indebtedness and to enter into certain types of other transactions, these restrictions are subject to a number of significant qualifications and exceptions. Additional indebtedness incurred in compliance with these restrictions, including additional secured indebtedness, could be substantial. These restrictions also do not prevent us from incurring obligations, such as trade payables, that do not constitute indebtedness as defined under our debt instruments. To the extent such new debt is added to our current debt levels, the substantial leverage risks described in the immediately preceding risk factor would increase.

***We may need additional capital in the future and may not be able to obtain it on favorable terms.***

Our industry is capital intensive, and we may require additional capital in the future to finance our growth and development, implement further marketing and sales activities, fund ongoing R&D activities, make investments driven by environmental compliance, and meet general working capital needs. Our capital requirements will depend on many factors, including acceptance of and demand for our products, the extent to which we invest in new technology and R&D projects, and the status and timing of these developments, as well as the general availability of capital from debt and/or equity markets. However, debt or equity financing may not be available to us on terms we find acceptable, if at all. If we are unable to raise additional capital when needed, our financial condition could be materially and adversely affected.

Additionally, our failure to maintain the credit ratings on our debt securities, including the outstanding notes, could negatively affect our ability to access capital and could increase our interest expense on future indebtedness. We expect the credit rating agencies to periodically review our capital structure and the quality and stability of our earnings. Deterioration in our capital structure or the quality and stability of our earnings could result in a downgrade of our overall credit ratings and our debt securities. Any negative rating agency actions could constrain the capital available to us, reduce or eliminate available borrowing to us, and could limit our access to and/or increase the cost of funding our operations. If, as a result, our ability to access capital when needed becomes constrained, our interest costs could increase, which could have material adverse effect on our results of operations, financial condition, and cash flows.

***Our variable rate indebtedness subjects us to interest rate risk, which could cause our indebtedness service obligations to increase significantly.***

Our borrowings under the Senior Secured Credit Facilities are at variable rates and expose us to interest rate risk. As a result, if interest rates increase, our debt service obligations under the Senior Secured Credit Facilities or other variable rate debt would increase, even though the amount borrowed would remain the same, and our net income and cash flows, including cash available for servicing our indebtedness, would correspondingly decrease. As of December 31, 2019, we had approximately $1.3 billion of our outstanding debt under the Senior Secured Credit Facilities at variable interest rates.

22

**The Chemours Company**

***The agreements governing our indebtedness restrict our current and future operations, particularly our ability to respond to changes or to take certain actions.***

The agreements governing our indebtedness, including the outstanding notes, contain, and the agreements governing future indebtedness and future debt securities may contain, significant restrictive covenants and, in the case of the Revolving Credit Facility, financial maintenance and negative covenants that will limit our operations, including our ability to engage in activities that may be in our long-term best interests. These restrictive covenants may limit us, and our restricted subsidiaries, from taking, or give rights to the holders of our indebtedness in the event of the following actions:

- incurring additional indebtedness and guaranteeing indebtedness and other obligations;
- paying dividends or making other distributions in respect of, or repurchasing or redeeming, our capital stock;
- making acquisitions or other investments;
- prepaying, redeeming, or repurchasing certain indebtedness;
- selling or otherwise disposing of assets;
- selling stock of our subsidiaries;
- incurring liens;
- entering into transactions with affiliates;
- entering into agreements restricting our subsidiaries' ability to pay dividends;
- entering into transactions that result in a change of control of us; and,
- consolidating, merging, or selling all or substantially all of our assets.

Our failure to comply with those covenants could result in an event of default that, if not cured or waived, could result in the acceleration of some or all of our indebtedness, which could lead us to bankruptcy, reorganization, or insolvency.

23

**The Chemours Company**

Risks Related to the Separation

***If the distribution, in connection with the Separation, together with certain related transactions, were to fail to qualify for non-recognition treatment for U.S. federal income tax purposes, then we could be subject to significant tax and indemnification liability and stockholders receiving our common stock in the distribution could be subject to significant tax liability.***

DuPont received a ruling from the U.S. Internal Revenue Service ("IRS") substantially to the effect that, among other things, the distribution in connection with the Separation qualified as a tax-free transaction under Section 355 and Section 368(a)(1)(D) of the Internal Revenue Code of 1986, as amended ("IRC"). The tax-free nature of the distribution was conditioned on the continued validity of the IRS Ruling, as well as on receipt of a tax opinion, in form and substance acceptable to DuPont, substantially to the effect that, among other things, the distribution would qualify as a tax-free transaction under Section 355 and Section 368(a)(1)(D) of the IRC, and certain transactions related to the transfer of assets and liabilities to us in connection with the Separation and distribution would not result in the recognition of any gain or loss to us, DuPont, or our stockholders. The IRS Ruling and the tax opinion relied on certain facts, assumptions, and undertakings, and certain representations from us and DuPont, regarding the past and future conduct of both respective businesses and other matters, and the tax opinion relies on the IRS Ruling. Notwithstanding the IRS Ruling and the tax opinion, the IRS could determine that the distribution or such related transactions should be treated as a taxable transaction if it determines that any of these facts, assumptions, representations, or undertakings were not correct, or that the distribution should be taxable for other reasons, including if the IRS were to disagree with the conclusions in the tax opinion that are not covered by the IRS Ruling.

If the distribution ultimately was determined to be taxable, then a stockholder of DuPont that received shares of our common stock in the distribution would be treated as having received a distribution of property in an amount equal to the fair market value of such shares on the distribution date and could incur significant income tax liabilities. Such distribution would be taxable to such stockholder as a dividend to the extent of DuPont's current and accumulated earnings and profits. Any amount that exceeded DuPont's earnings and profits would be treated first as a non-taxable return of capital to the extent of such stockholder's tax basis in its shares of DuPont stock with any remaining amount being taxed as a capital gain. DuPont would recognize a taxable gain in an amount equal to the excess, if any, of the fair market value of the shares of our common stock held by DuPont on the distribution date over DuPont's tax basis in such shares. In addition, if certain related transactions fail to qualify for tax-free treatment under U.S. federal, state, and/or local tax law, and/or foreign tax law, we and DuPont could incur significant tax liabilities under U.S. federal, state, and/or local tax law, and/or foreign tax law.

Generally, taxes resulting from the failure of the Separation and distribution or certain related transactions to qualify for non-recognition treatment under U.S. federal, state, and/or local tax law, and/or foreign tax law, would be imposed on DuPont or DuPont's stockholders and, under the tax matters agreement that we entered into with DuPont prior to the Separation, DuPont is generally obligated to indemnify us against such taxes to the extent that we may be jointly, severally, or secondarily liable for such taxes. However, under the terms of the tax matters agreement, we are also generally responsible for any taxes imposed on DuPont that arise from the failure of the distribution to qualify as tax-free for U.S. federal income tax purposes within the meaning of Section 355 of the IRC or the failure of such related transactions to qualify for tax-free treatment, to the extent such failure to qualify is attributable to actions, events, or transactions relating to our or our affiliates' stock, assets, or business, or any breach of our or our affiliates' representations, covenants, or obligations under the tax matters agreement (or any other agreement we enter into in connection with the Separation and distribution), the materials submitted to the IRS or other governmental authorities in connection with the request for the IRS Ruling or other tax rulings or the representation letter provided to counsel in connection with the tax opinion. Events triggering an indemnification obligation under the agreement include events occurring after the distribution that cause DuPont to recognize a gain under Section 355(e) of the IRC. Such tax amounts could be significant. To the extent we are responsible for any liability under the tax matters agreement, there could be a material adverse impact on our business, financial condition, results of operations, and cash flows in future reporting periods.

***We are subject to continuing contingent tax-related liabilities of DuPont.***

There are several significant areas where the liabilities of DuPont may become our obligations. For example, under the IRC and the related rules and regulations, each corporation that was a member of DuPont's consolidated tax reporting group during any taxable period or portion of any taxable period ending on or before the effective time of the distribution is jointly and severally liable for the U.S. federal income tax liability of the entire consolidated tax reporting group for such taxable period. In connection with the Separation and distribution, we entered into a tax matters agreement with DuPont that allocates the responsibility for prior period taxes of DuPont's consolidated tax reporting group between us and DuPont. If DuPont were unable to pay any prior period taxes for which it is responsible, however, we could be required to pay the entire amount of such taxes, and such amounts could be significant. Other provisions of federal, state, local, or foreign law may establish similar liability for other matters, including laws governing tax-qualified pension plans, as well as other contingent liabilities.

**The Chemours Company**

<u>Risks Related to Our Common Stock</u>

***Our stock price could become more volatile and investments could lose value.***

The market price for our common stock may be affected by a number of factors, including, but not limited to:

- our quarterly or annual earnings, or those of other companies in our industry;
- actual or anticipated fluctuations in our operating results;
- changes in earnings estimates by securities analysts or our ability to meet those estimates or our earnings guidance;
- anticipated or actual outcomes or resolutions of legal or other contingencies;
- the operating and stock price performance of other comparable companies;
- a change in our dividend or stock repurchase activities;
- changes in applicable rules and regulations and the reputation of our business;
- the announcement of new products by us or our competitors;
- overall market fluctuations and domestic and worldwide economic conditions; and,
- other factors described in this *Item 1A - Risk Factors*, and elsewhere within this Annual Report on Form 10-K.

A significant drop or rise in our stock price could expose us to costly and time-consuming litigation, which could result in substantial costs and divert management's attention and resources, resulting in an adverse effect on our business. As further described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, lawsuits have been filed alleging that Chemours and certain of its officers have violated the Exchange Act of 1934.

***We cannot guarantee the timing or amount of our dividends and/or our share repurchases, which are subject to a number of uncertainties that may affect the price of our common stock.***

The declaration, payment, and amount of any dividends, and/or the decision to purchase common stock under our share repurchase programs are subject to the sole discretion of our board of directors and, in the context of our financial policy and capital allocation strategy, will depend upon many factors, including our financial condition, operating results, cash flows, and relevant prospects, our capital requirements and access to capital markets, covenants associated with certain of our debt obligations, legal requirements, and other factors that our board of directors may deem relevant, and there can be no assurances that we will continue to pay a dividend or repurchase our common shares in the future.

The reduction or elimination of our dividends or share repurchase programs could adversely affect the price of our common stock. Additionally, any repurchases of our common stock will reduce the amount of our common stock outstanding. There can be no assurances that any share repurchase activity will increase stockholder value due to market fluctuations in the price of our common stock, which may reduce the price of our common stock to levels below the repurchase price. Although our share repurchase programs are designed to enhance long-term shareholder value, short-term fluctuations in the market price of our common stock could reduce the program's overall effectiveness.

***A stockholder's percentage of ownership in us may be diluted in the future.***

A stockholder's percentage ownership in our common stock may be diluted because of equity issuances for acquisitions, capital market transactions, or otherwise, including, without limitation, equity awards that we may be granting to our directors, officers, and employees. Such issuances may have a dilutive effect on our earnings per share, which could adversely affect the market price of our common stock.

In addition, our amended and restated certificate of incorporation authorizes us to issue, without the approval of our stockholders, one or more classes or series of preferred stock having such designation, powers, preferences, and relative participating, optional, and other special rights, including preferences over our common stock with respect to dividends and distributions, as our board of directors generally may determine. The terms of one or more classes or series of preferred stock could dilute the voting power or reduce the value of our common stock. For example, we could grant the holders of preferred stock the right to elect some number of our directors in all events or on the happening of specified events or to veto specified transactions. Similarly, the repurchase or redemption rights or liquidation preferences we could assign to holders of preferred stock could affect the residual value of our common stock.

**The Chemours Company**

*Certain provisions in our amended and restated certificate of incorporation and amended and restated by-laws, and of Delaware law, may prevent or delay an acquisition of us, which could decrease the trading price of the common stock.*

Our amended and restated certificate of incorporation and amended and restated by-laws contain, and Delaware law contains, provisions that are intended to deter coercive takeover practices and inadequate takeover bids by making such practices or bids unacceptably expensive to the bidder and to encourage prospective acquirers to negotiate with our board of directors rather than to attempt a hostile takeover. These provisions include, among others:

- the inability of our stockholders to act by written consent;
- the limited ability of our stockholders to call a special meeting;
- rules regarding how stockholders may present proposals or nominate directors for election at stockholder meetings;
- the right of our board of directors to issue preferred stock without stockholder approval;
- the ability of our directors, and not stockholders, to fill vacancies (including those resulting from an enlargement of the board of directors) on our board of directors; and,
- the requirement that stockholders holding at least 80% of our voting stock are required to amend certain provisions in our amended and restated certificate of incorporation and our amended and restated by-laws.

In addition, we are subject to Section 203 of the Delaware General Corporations Law ("DGCL"). Section 203 of the DGCL provides that, subject to limited exceptions, persons that (without prior board of directors approval) acquire, or are affiliated with a person that acquires, more than 15% of the outstanding voting stock of a Delaware corporation shall not engage in any business combination with that corporation, including by merger, consolidation, or acquisitions of additional shares, for a three-year period following the date on which that person or its affiliate becomes the holder of more than 15% of the corporation's outstanding voting stock.

We believe these provisions will protect our stockholders from coercive or otherwise unfair takeover tactics by requiring potential acquirers to negotiate with our board of directors and by providing our board of directors with more time to assess any acquisition proposal. These provisions are not intended to make us immune from takeovers. However, these provisions will apply even if an acquisition proposal or offer may be considered beneficial by some stockholders and could delay or prevent an acquisition that our board of directors determines is not in our best interests and/or our stockholders. These provisions may also prevent or discourage attempts to remove and replace incumbent directors.

Several of the agreements that we have entered into with DuPont require DuPont's consent to any assignment by us of our rights and obligations, or a change of control of us, under the agreements. The consent rights set forth in these agreements might discourage, delay, or prevent a change of control that a stockholder may consider favorable.

In addition, an acquisition or further issuance of our stock could trigger the application of Section 355(e) of the IRC. Under the tax matters agreement executed prior to the Separation, we would be required to indemnify DuPont for the tax imposed under Section 355(e) of the IRC resulting from an acquisition or issuance of its stock, even if it did not participate in or otherwise facilitate the acquisition, and this indemnity obligation might discourage, delay, or prevent a change of control that a stockholder may consider favorable. See the risk factor, "If the distribution, in connection with the Separation, together with certain related transactions, were to fail to qualify for non-recognition treatment for U.S. federal income tax purposes, then we could be subject to significant tax and indemnification liability and stockholders receiving our common stock in the distribution could be subject to significant tax liability" for further information.

**Item 1B. UNRESOLVED STAFF COMMENTS**

None.

26

**The Chemours Company**

<span style="background-color:#f04b3f">**Item 2. PROPERTIES**</span>

### Our Production Facilities and Technical Centers

Our corporate headquarters is located in Wilmington, Delaware, and we maintain a global network of production facilities and technical centers located in cost-effective and strategic locations. We also use contract manufacturing and joint venture partners in order to provide regional access or to lower manufacturing costs, as appropriate.

The following chart sets forth our production facilities at December 31, 2019.

**Production Facilities**

| Region | Fluoroproducts | Chemical Solutions | Titanium Technologies | Shared Locations |
|---|---|---|---|---|
| North America | El Dorado, Arkansas (1)<br>Elkton, Maryland (1)<br>Louisville, Kentucky<br>Fayetteville, North Carolina<br>Deepwater, New Jersey<br>Parlin, New Jersey (2)<br>Corpus Christi, Texas<br>LaPorte, Texas (2)<br>Washington, West Virginia | Memphis, Tennessee | DeLisle, Mississippi<br>New Johnsonville, Tennessee<br>Starke, Florida (Mine &<br>Mineral Separation)<br>Folkston, Georgia (Mine)<br>Offerman, Georgia (Mineral<br>Separation) | Pascagoula, Mississippi (4)<br>Belle, West Virginia (4) |
| Europe, the Middle East, and Africa | Mechelen, Belgium<br>Villers St. Paul, France (1)<br>Dordrecht, Netherlands | | | |
| Latin America | Barra Mansa, Brazil (2)<br>Manaus, Brazil (1)<br>Monterrey, Mexico (1) | | Altamira, Mexico | |
| Asia Pacific | Changshu, China<br>Shanghai, China (3)<br>Sichuan, China (3)<br>Chiba, Japan (3)<br>Shimizu, Japan (3) | | Kuan Yin, Taiwan | |

(1)   Site is leased from a third party.

(2)   Site is leased from DuPont.

(3)   Site with joint venture equity affiliates.

(4)   Shared site between the Chemical Solutions and Fluoroproducts segments.

We have technical centers and R&D facilities located at a number of our production facilities. We also maintain stand-alone technical centers to serve our customers and provide technical support.

The following chart sets forth our stand-alone technical centers at December 31, 2019.

**Technical Centers**

| Region | Fluoroproducts | Chemical Solutions | Titanium Technologies | Shared Locations |
|---|---|---|---|---|
| North America | Deepwater, New Jersey | | | Newark, Delaware<br>(All Segments)<br>Wilmington, Delaware<br>(All Segments) (2,4) |
| Europe, the Middle East, and Africa | Mechelen, Belgium<br>Meyrin, Switzerland (2) | | Kallo, Belgium (1) | |
| Latin America | | | Mexico City, Mexico (1) | |
| Asia Pacific | Shanghai, China (1)<br>Shimizu, Japan (3) | | | Shanghai, China<br>(All Segments) (1) |

(1)   Site is leased from a third party.

(2)   Site is leased from DuPont.

(3)   Site with joint venture equity affiliates.

(4)   There are multiple sites at this location.

27

**The Chemours Company**

Our plants and equipment are maintained in good operating condition. We believe that we have sufficient production capacity for our primary products to meet demand in 2020. Our properties are primarily owned by us; however, certain properties are leased, as noted in the preceding tables. We recognize that the security and safety of our operations are critical to our employees and communities, as well as our future. Physical security measures have been combined with process safety measures, administrative procedures, and emergency response preparedness into an integrated security plan. We conduct vulnerability assessments at our operating facilities in the U.S., as well as high-priority sites worldwide, and as a result, identify and implement the appropriate measures to protect these facilities from physical and cyberattacks. We are partnering with carriers, including railroad, shipping, and trucking companies, to secure chemicals in transit.

## Item 3. LEGAL PROCEEDINGS

### Legal Proceedings

We are subject to various legal proceedings, including, but not limited to, product liability, intellectual property, personal injury, commercial, contractual, employment, governmental, environmental, anti-trust, and other such matters that arise in the ordinary course of business. Information regarding certain of these matters is set forth below and in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

### Litigation

#### PFOA: Environmental and Litigation Proceedings

For purposes of this report, the term "PFOA" means, collectively, perfluorooctanoic acid and its salts, including the ammonium salt, and does not distinguish between the two forms. Information related to this and other litigation matters is included in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

#### Fayetteville, North Carolina

The following actions related to Fayetteville, as discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, are filed in the U.S. District Court for the Eastern District of North Carolina, Southern Division:

- *Carey et al. vs. E. I. DuPont de Nemours and Company* (7:17-cv-00189-D; 7:17-cv-00197-D; and, 7:17-cv-00201-D);
- *Cape Fear Public Utility Authority vs. The Chemours Company FC, LLC et al. and Brunswick County v. DowDuPont et al.* (7:17-cv-00195-D and 7:17-cv-00209-D); and,
- *Dew et al. vs. E. I. DuPont de Nemours and Company et al.* (17:18-cv-00030-D).

### Environmental Proceedings

#### LaPorte, Texas

The U.S. Environmental Protection Agency ("EPA") conducted a multimedia inspection at the DuPont LaPorte, Texas facility in January 2008. DuPont, the EPA, and the U.S. Department of Justice began discussions in the fall of 2011 relating to the management of certain materials in the facility's waste water treatment system, hazardous waste management, flare, and air emissions. These negotiations continue. We operate a fluoroproducts production facility at this site.

A Proposed Consent Agreement and Final Order ("CAFO") was received from the EPA in January 2020, alleging CAA Section 112(r) violations at the LaPorte, Texas site. The alleged violations are under the CAA's chemical accident prevention provisions (40 CFR Part 68), and the EPA states that it is seeking a civil penalty of $0.6 million for negotiation purposes. We are reviewing the draft CAFO and the alleged violations, and will respond to the EPA. At this time, we believe a loss is reasonably possible.

28

**The Chemours Company**

*Dordrecht, Netherlands*

We have complied with requests from the local environmental agency ("DCMR," formerly under the jurisdiction of "OZHZ"), the Labor Inspectorate ("iSZW"), the Inspectorate for Environment and Transportation ("ILT"), and the Water Authority ("RWS") in the Netherlands for information and documents regarding the Dordrecht site's operations. We have complied with the requests, and the agencies have published several reports between 2016 and 2018, all of them publicly available. The National Institute for Public Health and the Environment ("RIVM") has also published several reports with respect to PFOA and GenX. In December 2018, DCMR imposed a €1 million fine after undertaking waste water tests, which detected low levels of PFOA. DCMR continued taking samples and has imposed three additional fines between January and May 2019, each of which was €0.25 million. We have appealed all the fines, and we believe that we have valid defenses to prevail. We continue to cooperate with all authorities in responding to information requests.

*Louisville, Kentucky*

In October 2019, we received a $0.15 million fine from the Federal Rail Administration ("FRA") based on the results of an investigation of our Antimony Pentachloride railcar shipments, fleet, commodity code accuracy, and condition of valves. We are continuing to investigate this matter and have submitted a response to the FRA in December 2019.

*Fayetteville, North Carolina*

In February 2019, we received a Notice of Violation ("NOV") from the EPA alleging certain TSCA violations at Fayetteville. Matters raised in the NOV could have the potential to affect operations at Fayetteville. We responded to the EPA in March 2019, asserting that we have not violated environmental laws. At this time, management does not believe that a loss is probable related to the matters in this NOV. Further discussion related to this matter is included in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

## Item 4. MINE SAFETY DISCLOSURES

Information regarding mine safety and other regulatory actions at our surface mines in Starke, Florida and Folkston, Georgia and our mineral sands separation facility in Offerman, Georgia is included in *Exhibit 95* to this Annual Report on Form 10-K.

## INFORMATION ABOUT OUR EXECUTIVE OFFICERS

The following list sets forth our executive officers and a summary of their professional experience.

*Mark P. Vergnano*, age 62, serves as our President and Chief Executive Officer ("CEO"). Prior to joining Chemours, he held roles of increasing responsibility at DuPont. In October 2009, Mr. Vergnano was appointed Executive Vice President of DuPont and was responsible for multiple businesses and functions, including the businesses in the Chemours segment: DuPont Chemicals and Fluoroproducts and Titanium Technologies. In June 2006, he was named Group Vice President of DuPont Safety and Protection. In October 2005, he was named Vice President and General Manager - Surfaces and Building Innovations. In February 2003, he was named Vice President and General Manager - Nonwovens. Prior to that, he had several assignments in manufacturing, technology, marketing, sales, and business strategy. Mr. Vergnano joined DuPont in 1980 as a process engineer. Mr. Vergnano was appointed Chairman of the National Safety Council in 2017 and has served on its board of directors since 2007. He has also served on the board of directors of the American Chemistry Council since 2015 and was appointed Chairman in 2019, and he has served on the board of directors of Johnson Controls International plc since 2016. He previously served on the board of directors of Johnson Controls, Inc. from 2011 to 2016.

*Mark E. Newman*, age 56, serves as our Senior Vice President and Chief Operating Officer ("COO"). Mr. Newman was appointed Senior Vice President and COO in June 2019, prior to which time he had served as our Senior Vice President and Chief Financial Officer ("CFO") since November 2014. Mr. Newman joined Chemours in November 2014 from SunCoke Energy, Inc. ("SunCoke"), where he was SunCoke's Senior Vice President and CFO and led its financial, strategy, business development, and information technology functions. Mr. Newman joined SunCoke's leadership team in March 2011 to help drive SunCoke's separation from its parent company, Sunoco, Inc. He led SunCoke through an initial public offering and championed a major restructuring of SunCoke, which resulted in the initial public offering of SunCoke Energy Partners, L.P. in January 2013, creating the first coke-manufacturing master limited partnership. Prior to joining SunCoke, Mr. Newman served as Vice President - Remarketing and Managing Director of SmartAuction, Ally Financial Inc. (previously, the General Motors Acceptance Corporation). Mr. Newman began his career at the General Motors Company in 1986 as an Industrial Engineer and progressed through several financial and operational leadership roles within the global automaker, including Vice President and CFO of Shanghai General Motors Limited; Assistant Treasurer of General Motors Corporation; and, Vice President - North America and CFO. Mr. Newman has served on the board of Altria Group, Inc. since February 2018.

**The Chemours Company**

*Sameer Ralhan*, age 46, serves as our Senior Vice President, CFO, and Treasurer. Mr. Ralhan was appointed Senior Vice President and CFO in June 2019. Mr. Ralhan joined Chemours in November 2014 and has held several positions of increasing responsibility in strategy, mergers and acquisitions ("M&A"), finance, and treasury. He served as Vice President, Business Finance and Treasurer from 2018 to 2019, and Vice President, Business Finance and Head of M&A from 2016 to 2018. He also served as Treasurer and Head of M&A from 2015 to 2016, and Head of M&A from 2014 to 2015. Prior to joining Chemours, Mr. Ralhan served as a Managing Director in the Global Natural Resources Group of Goldman Sachs & Co. During his tenure at Goldman Sachs and Co., from 2007 to 2014, he advised companies in the chemicals, industrials, and basic materials sectors on M&A, portfolio transformations, corporate finance matters, and capital markets transactions. Mr. Ralhan also served as an associate in the investment banking group of Bank of America Securities, LLC from 2004 to 2007. Mr. Ralhan began his career as a Chemical Engineer and brings chemicals industry operating experience from his time (1998 - 2002) at Aspen Technology, Inc., where, as an advanced process control engineer, he executed manufacturing process improvement and operational enhancement initiatives for several global chemical and petrochemical companies.

*Edwin C. Sparks*, age 46, serves as our President - Fluoroproducts and President - Chemical Solutions. Mr. Sparks was appointed to these roles in October 2019 and April 2018, respectively. Previously, he served as Director of Corporate Strategy from 2017 to 2018 and Global Planning Director - Titanium Technologies from 2016 to 2017. He also served as the Asia Pacific Business Director - Titanium Technologies from 2015 to 2016, based in Singapore. Prior to joining Chemours, he held leadership positions of increasing scope in the DuPont Titanium Technologies business, with responsibilities including sales, marketing, operations, strategy, and technology. Mr. Sparks joined DuPont in 1994 as a process engineer.

*Bryan Snell*, age 63, serves as our President - Titanium Technologies. Mr. Snell was appointed President - Titanium Technologies in May 2015. Previously, he served as Planning Director - DuPont Performance Chemicals from 2014 to 2015. Prior to that, he held leadership positions in DuPont Titanium Technologies, including Planning Director from 2011 to 2012 in Wilmington, Delaware and from 2012 to 2013 in Singapore, and Global Sales and Marketing Director from 2008 to 2010. Mr. Snell served as Regional Operations Director - DuPont Coatings and Color Technologies Platform in 2007 and 2008. He was based in Taiwan from 2002 to 2006, in the roles of Plant Manager - Kuan Yin Plant and Asia Pacific Regional Director, DuPont Titanium Technologies. Mr. Snell joined DuPont in 1978 as a process engineer and has experience in nuclear and petrochemical operations, as well as sales, business strategy, and mergers and acquisitions.

*David C. Shelton*, age 56, serves as our Senior Vice President, General Counsel, and Corporate Secretary. Prior to Chemours, Mr. Shelton was appointed Associate General Counsel for DuPont in 2011 and was responsible for the U.S. Commercial team, which included the business lawyers and paralegals counseling all DuPont business units, with the exception of Agriculture. Mr. Shelton also served as the Commercial Attorney to a variety of DuPont businesses including the Performance Materials platform, which he advised on international assignment in Geneva, and the businesses now comprising the DuPont Chemicals and Fluoroproducts business unit. Prior to that, Mr. Shelton advised the company on environmental and remediation matters as part of the environmental legal team. Mr. Shelton joined DuPont in 1996, after seven years in private practice as a litigator in Pennsylvania and New Jersey.

*Susan M. Kelliher*, age 53, serves as our Senior Vice President - Human Resources and Health Services. Ms. Kelliher joined Chemours in 2017 from Albemarle Corporation ("Albemarle"), where she served as Senior Vice President - Human Resources for the global specialty chemical company. Prior to Albemarle, she served as Vice President - Human Resources at Hewlett Packard, where she held a number of leadership positions on global teams including Imaging and Printing and Global Sales and Enterprise Marketing from 2007 to 2012. Before joining Hewlett Packard, Ms. Kelliher served as Vice President - Human Resources for Cymer, Inc. ("Cymer"), where she led the people function. She joined Cymer from The Home Depot where, from 2004 to 2007, she was the Vice President - Human Resources for the growth engines of the company - Business Development and Home Services including responsibility for due diligence and integration for the company's acquisitions. From 2000 to 2004, Ms. Kelliher served as Senior Director of Human Resources for Corporate Business Development and International Operations for the Raytheon Company ("Raytheon"). Prior to Raytheon, she served as the Director of Human Resources - Western Region for YUM! Brands, Pizza Hut division from 1995 to 2000. Ms. Kelliher started her career at Mobil Oil, where her career progressed through a variety of assignments including support for new ventures in Europe, Russia, and Africa from 1990 to 1995.

*Erich Parker*, age 68, serves as our Senior Vice President of Corporate Communications and Chief Brand Officer. Mr. Parker was appointed Creative Director and Global Director of Corporate Communications of DuPont in 2010. He led the initiative to develop corporate positioning and its creative expression through branded content and program sponsorship with large international news media outlets. In 2008, Mr. Parker was appointed Communications Leader for DuPont's Safety and Protection Platform. Prior to joining DuPont, Mr. Parker was principal of his own public relations and marketing communications firm based in Washington, District of Columbia and New York. Mr. Parker has also served as Executive Vice President of Association and Issues Management; Director of Communications for the American Academy of Actuaries; founding publisher and Executive Editor of the magazine, Contingencies; and, Public Affairs Aide for Renewable Energy to the Secretary of Energy, U.S. Department of Energy.

**The Chemours Company**
**PART II**

**Item 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS, AND ISSUER PURCHASES OF EQUITY SECURITIES**

**Market for Registrant's Common Equity and Related Stockholder Matters**
Our common stock is listed on the New York Stock Exchange ("NYSE") under the symbol, "CC." The number of record holders of our common stock was 45,310 at February 10, 2020. Holders of our common stock are entitled to receive dividends when they are declared by our board of directors, and dividends are generally declared and paid on a quarterly basis. The stock transfer agent and registrar is Computershare Trust Company, N.A.

**Unregistered Sales of Equity Securities**
None.

**Issuer Purchases of Equity Securities**
*2017 Share Repurchase Program*
On November 30, 2017, our board of directors approved a share repurchase plan authorizing the purchase of shares of our issued and outstanding common stock in an aggregate amount not to exceed $500 million, plus any associated fees or costs in connection with our share repurchase activity (the "2017 Share Repurchase Program"). Under the 2017 Share Repurchase Program, shares of our common stock were purchased in the open market from time to time, subject to management's discretion, as well as general business and market conditions. Our 2017 Share Repurchase Program became effective on November 30, 2017, and was announced to the public on December 1, 2017. On May 31, 2018, we completed the aggregate $500 million in authorized purchases of our issued and outstanding common stock under the 2017 Share Repurchase Program, which amounted to a cumulative 10,085,647 shares purchased at an average share price of $49.58 per share. All common shares purchased under the 2017 Share Repurchase Program are held as treasury stock and are accounted for using the cost method.
*2018 Share Repurchase Program*
On August 1, 2018, our board of directors approved a share repurchase program authorizing the purchase of shares of our issued and outstanding common stock in an aggregate amount not to exceed $750 million, plus any associated fees or costs in connection with our share repurchase activity (the "2018 Share Repurchase Program"). On February 13, 2019, our board of directors increased the authorization amount of the 2018 Share Repurchase Program from $750 million to $1.0 billion. Under the 2018 Share Repurchase Program, shares of our common stock can be purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. Our 2018 Share Repurchase Program became effective on August 1, 2018, was announced to the public on August 2, 2018, and will continue through the earlier of its expiration on December 31, 2020, or the completion of repurchases up to the approved amount. The program may be suspended or discontinued at any time. All common shares purchased under the 2018 Share Repurchase Program are expected to be held as treasury stock and accounted for using the cost method.
As of December 31, 2019, we have purchased a cumulative 15,245,999 shares of our issued and outstanding common stock under the 2018 Share Repurchase Program, which amounted to $572 million at an average share price of $37.52 per share. There were no share repurchases under the 2018 Share Repurchase Program for the three months ended December 31, 2019. The aggregate amount of our common stock that remained available for purchase under the 2018 Share Repurchase Program at December 31, 2019 was $428 million.

31

**The Chemours Company**

**Stock Performance Graph**

The following graph presents the cumulative total stockholder returns for our common stock compared with the Standard & Poor's ("S&P") MidCap 400 and the S&P MidCap 400 Chemical indices since our Separation from DuPont on July 1, 2015, the date that our common stock began "regular-way" trading on the NYSE.



The graph assumes that the values of our common stock, the S&P MidCap 400 index, and the S&P MidCap 400 Chemical index were each $100 on July 1, 2015, and that all dividends were reinvested.

32

**The Chemours Company**

**Item 6. SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA**

The selected historical consolidated financial data for each of the years ended December 31, 2019, 2018, and 2017, and as of December 31, 2019 and 2018 was derived from the audited consolidated financial statements included in the *Consolidated Financial Statements* of this Annual Report on Form 10-K. The selected historical consolidated financial data for each of the years ended December 31, 2016 and 2015, and as of December 31, 2017, 2016, and 2015 was derived from our audited consolidated financial statements not included in this Annual Report on Form 10-K.

The selected historical consolidated financial data for the first six months of the year ended December 31, 2015 includes expenses of DuPont that were allocated to us for certain corporate functions, including information technology, R&D, finance, legal, insurance, compliance, and human resources activities. These costs may not be representative of our actual costs as an independent, publicly-traded company. In addition, our selected historical consolidated financial data does not reflect changes related to our Separation from DuPont, including changes in our cost structure, personnel needs, tax structure, capital structure, financing, and business operations. Consequently, the financial information included herein may not necessarily reflect what our financial position, results of operations, and cash flows would have been had we been an independent, publicly-traded company during the periods presented. Accordingly, these historical results should not be relied upon as an indicator of our future performance. For a better understanding of our financial results, this section should be read in conjunction with *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* and the *Consolidated Financial Statements*.

The following table sets forth our selected historical consolidated financial data as of and for the years ended December 31, 2019, 2018, 2017, 2016, and 2015.

| | | | Year Ended December 31, | | |
| --- | --- | --- | --- | --- | --- |
| *(Dollars in millions, except per share amounts)* | **2019** | **2018** | **2017** | **2016** | **2015** |
| **Summary consolidated statements of operations data** | | | | | |
| Net sales | $ 5,526 | $ 6,638 | $ 6,183 | $ 5,400 | $ 5,717 |
| Restructuring, asset-related, and other charges | 87 | 49 | 57 | 170 | 333 |
| (Loss) income before income taxes | (124 ) | 1,155 | 912 | (11 ) | (188 ) |
| (Benefit from) provision for income taxes | (72 ) | 159 | 165 | (18 ) | (98 ) |
| Net (loss) income attributable to Chemours | (52 ) | 995 | 746 | 7 | (90 ) |
| Basic (loss) earnings per share of common stock (1,2) | (0.32 ) | 5.62 | 4.04 | 0.04 | (0.50 ) |
| Diluted (loss) earnings per share of common stock (1,2) | (0.32 ) | 5.45 | 3.91 | 0.04 | (0.50 ) |
| **Summary consolidated balance sheets data** | | | | | |
| Working capital, net (3) | $ 1,236 | $ 1,584 | $ 1,845 | $ 782 | $ 835 |
| Total assets | 7,258 | 7,362 | 7,293 | 6,060 | 6,298 |
| Debt, net (4) | 4,160 | 3,972 | 4,112 | 3,544 | 3,954 |
| **Other summary consolidated financial data** | | | | | |
| Purchases of property, plant, and equipment | $ 481 | $ 498 | $ 411 | $ 338 | $ 519 |
| Depreciation and amortization | 311 | 284 | 273 | 284 | 267 |
| Dividends per share of common stock (5,6) | 1.00 | 0.67 | 0.29 | 0.12 | 0.58 |

(1) For the first six months of the year ended December 31, 2015, pro forma earnings per share was calculated based on 180,966,833 shares of our common stock that were distributed to DuPont's shareholders on July 1, 2015. The same number of shares was used to calculate basic and diluted earnings per share since none of our equity awards were outstanding prior to the Separation.

(2) In periods where the Company incurs a net loss, the impact of potentially dilutive securities is excluded from the calculation of earnings per share as its inclusion would have an anti-dilutive effect.

(3) Defined as current assets minus current liabilities. Our current assets include cash and cash equivalents of $943 million, $1.2 billion, $1.6 billion, $902 million, and $366 million at December 31, 2019, 2018, 2017, 2016, and 2015, respectively.

(4) Amounts at December 31, 2019, 2018, 2017, 2016, and 2015 include unamortized debt issuance costs and discount of $36 million, $45 million, $49 million, $47 million, and $60 million, respectively.

(5) Dividends per share of common stock for the year ended December 31, 2015 includes the following: (i) dividends of an aggregate amount of $100 million declared prior to the Separation by our then-board of directors (consisting of DuPont employees), which was paid on September 11, 2015 to our stockholders of record as of August 3, 2015; and, (ii) dividends of $0.03 per share declared after the Separation by our independent board of directors, which was paid on December 14, 2015 to our shareholders of record as of November 13, 2015.

(6) Dividends per share of common stock for the year ended December 31, 2017 includes a $0.17 per share dividend declared in December 2017, which was paid on March 15, 2018 to our shareholders of record as of February 15, 2018. In the third quarter of 2018, we increased our quarterly dividend declared to $0.25 per share. Our quarterly dividends declared in 2019 remained at $0.25 per share.

**The Chemours Company**

**Item 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*This Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") supplements the Consolidated Financial Statements and the related notes thereto included elsewhere herein to help provide an understanding of our financial condition, changes in our financial condition, and the results of our operations for the years ended December 31, 2019 and 2018 and the changes therein. For the year ended December 31, 2017, and changes from the year ended December 31, 2017 to the year ended December 31, 2018, management's discussion and analysis pertaining to our financial condition, changes in our financial condition, and the results of our operations have been omitted from this MD&A and may be found in Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations as included in our Annual Report on Form 10-K for the year ended December 31, 2018.*

*Our forward-looking statements are based on certain assumptions and expectations of future events that may not be accurate or realized. These statements, as well as our historical performance, are not guarantees of future performance. Forward-looking statements also involve risks and uncertainties that are beyond our control. Additionally, there may be other risks and uncertainties that we are unable to identify at this time or that we do not currently expect to have a material impact on our business. Factors that could cause or contribute to these differences include, but are not limited to, the risks, uncertainties, and other factors discussed within Item 1A - Risk Factors.*

*This MD&A should be read in conjunction with the Consolidated Financial Statements and the related notes thereto included elsewhere in this Annual Report on Form 10-K.*

### Overview

We are a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. We deliver customized solutions with a wide range of industrial and specialty chemical products for markets, including plastics and coatings, refrigeration and air conditioning, general industrial, electronics, mining, and oil refining. Our principal products include refrigerants, industrial fluoropolymer resins, sodium cyanide, performance chemicals and intermediates, and $TiO_2$ pigment. We manage and report our operating results through three reportable segments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. Our Fluoroproducts segment is a leading, global provider of fluoroproducts, including refrigerants and industrial fluoropolymer resins. Our Chemical Solutions segment is a leading, North American provider of industrial chemicals used in gold production, industrial, and consumer applications. Our Titanium Technologies segment is a leading, global provider of $TiO_2$ pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protection in a variety of applications.

### Recent Developments

#### *Fayetteville Works, Fayetteville, North Carolina*

In February 2019, we entered into a final Consent Order with the North Carolina Department of Environmental Quality ("NC DEQ") and Cape Fear River Watch, a non-profit organization. The final Consent Order comprehensively addressed certain legal and environmental matters at our Fayetteville Works site in Fayetteville, North Carolina ("Fayetteville") and was accepted by the North Carolina Superior Court for Bladen County.

In connection with the Consent Order, a thermal oxidizer ("TO") became fully operational at the site in December 2019, and we switched to the permitted operating scenario for the TO on December 31, 2019 as required by the Consent Order. The TO is designed to reduce aerial PFAS emissions from Fayetteville, and, within 90 days of installation, we, along with the North Carolina Division of Air Quality, will conduct testing to confirm whether the TO is destroying 99.99% of all PFAS air emissions routed to it, utilizing a 2017 baseline.

In the fourth quarter of 2019, we completed and submitted our Cape Fear River PFAS Loading Reduction Plan - Supplemental Information Report and Corrective Action Plan ("CAP") to NC DEQ. The Supplemental Information Report provides information to support the evaluation of potential remedial options to reduce PFAS loadings to surface waters, including interim alternatives. The CAP describes potential remediation activities to address PFAS in on-site groundwater and surface waters at the site, in accordance with the requirements of the Consent Order and the North Carolina groundwater standards, and builds on the previous submissions to NC DEQ. In the fourth quarter of 2019, based on the Consent Order, CAP, and our plans, we accrued an additional $132 million related to the estimated cost of on-site remediation.

See "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information about environmental remediation at Fayetteville.

34

**The Chemours Company**

*Netherlands Pension Plan*

In the fourth quarter of 2019, we completed a settlement transaction related to a significant portion of our Netherlands pension plan. The future risk, responsibility, and administration associated with the $932 million of inactive participants' vested pension benefits was transferred to a third-party asset management company via an irrevocable transaction in December 2019, thereby eliminating our exposure to the pension liabilities and formally effecting the settlement. The cumulative loss associated with the inactive participants' vested pension benefits was recognized in earnings, resulting in a charge of $380 million recognized in other expense, net in the consolidated statements of operations. At December 31, 2019, the projected benefit obligations associated with the plan's active employees remained on our consolidated balance sheet.

*2019 Restructuring Program*

In an effort to better align our cost structure with market opportunities, we recorded net severance charges of $22 million during the year ended December 31, 2019. Impacted employees are subject to our customary involuntary termination benefits. The majority of the employees separated from the Company during the fourth quarter of 2019, and the majority of the associated severance payments will be made by the end of 2020.

Also, in the third quarter of 2019, we announced plans to exit the Methylamines and Methylamides business at our Belle, West Virginia manufacturing plant, which culminated in our completed exit and sale of the business to Belle Chemical Company, a subsidiary of Cornerstone Chemical Company, in the fourth quarter of 2019. As a result, for the year ended December 31, 2019, we recorded accelerated depreciation of $34 million, which is reflected as a component of restructuring, asset-related, and other charges in the consolidated statement of operations. Upon completion of the sale, we also recorded an additional pre-tax loss on sale of $2 million, net of a benefit from working capital adjustments, in other expense, net in the consolidated statements of operations. Both of the aforementioned charges relate to Chemical Solutions, and we do not expect to incur additional charges related to our exit of the Methylamines and Methylamides business.

*Accounts Receivable Securitization Facility*

In July 2019, we, through a wholly-owned special purpose entity, entered into an accounts receivable securitization facility ("Securitization Facility") to enhance our liquidity. The original borrowings amounted to $125 million, which, along with available cash, was used to pay down our then outstanding revolving loan. At December 31, 2019, our net borrowings under the Securitization Facility were $110 million.

*Capital Allocation*

For the year ended December 31, 2019, we returned $486 million in cash to our shareholders by purchasing $322 million in our issued and outstanding common stock under our 2018 Share Repurchase Program, and through the payment of $164 million in cash dividends, thereby fulfilling our goal of returning the majority of our free cash flows to shareholders.

At December 31, 2019, the aggregate amount of our common stock that remained available for purchase under the 2018 Share Repurchase Program was $428 million.

35

**The Chemours Company**

**Results of Operations and Business Highlights**

*Results of Operations*

The following table sets forth our results of operations for the years ended December 31, 2019 and 2018.

| (Dollars in millions, except per share amounts) | Year Ended December 31, 2019 | | Year Ended December 31, 2018 | |
|---|---|---|---|---|
| Net sales | $ | 5,526 | $ | 6,638 |
| Cost of goods sold | | 4,463 | | 4,667 |
| Gross profit | | 1,063 | | 1,971 |
| Selling, general, and administrative expense | | 548 | | 657 |
| Research and development expense | | 80 | | 82 |
| Restructuring, asset-related, and other charges | | 87 | | 49 |
| Total other operating expenses | | 715 | | 788 |
| Equity in earnings of affiliates | | 29 | | 43 |
| Interest expense, net | | (208 ) | | (195 ) |
| Loss on extinguishment of debt | | - | | (38 ) |
| Other (expense) income, net | | (293 ) | | 162 |
| **(Loss) income before income taxes** | | (124 ) | | 1,155 |
| (Benefit from) provision for income taxes | | (72 ) | | 159 |
| **Net (loss) income** | | (52 ) | | 996 |
| Less: Net income attributable to non-controlling interests | | - | | 1 |
| **Net (loss) income attributable to Chemours** | $ | (52 ) | $ | 995 |
| **Per share data** | | | | |
| Basic (loss) earnings per share of common stock | $ | (0.32 ) | $ | 5.62 |
| Diluted (loss) earnings per share of common stock | | (0.32 ) | | 5.45 |

*Net Sales*

The following table sets forth the impacts of price, volume, and currency on our net sales for the year ended December 31, 2019.

| Change in net sales from prior period | Year Ended December 31, 2019 |
|---|---|
| Price | (2 )% |
| Volume | (14 )% |
| Currency | (1 )% |
| **Total change in net sales** | (17 )% |

Our net sales decreased by $1.1 billion (or 17%) to $5.5 billion for the year ended December 31, 2019, compared with net sales of $6.6 billion for the same period in 2018. The components of the decrease in our net sales by segment for the year ended December 31, 2019 were as follows: in our Fluoroproducts segment, price declined 2% and volume was down 4%; in our Chemical Solutions segment, price declined 4% and volume was down 7%; and, in our Titanium Technologies segment, price declined 1% and volume was down 24%. Unfavorable currency movements also added a 1% headwind to net sales in our Fluoroproducts and Titanium Technologies segments.

The drivers of these changes for each of our segments are discussed further under the heading "Segment Reviews" within this *MD&A.*

*Cost of Goods Sold*

Our cost of goods sold ("COGS") decreased by $204 million (or 4%) to $4.5 billion for the year ended December 31, 2019, compared with COGS of $4.7 billion for the same period in 2018. The decrease in our COGS for the year ended December 31, 2019 was primarily attributable to lower net sales volumes, as well as lower distribution, freight, and logistics expenses. These decreases were partially offset by operational headwinds in our Fluoroproducts segment, and higher raw materials costs and lower fixed cost absorption in our Titanium Technologies segment. Additionally, during the year ended December 31, 2019, we incurred $150 million for environmental remediation activities related to Fayetteville.

**The Chemours Company**

*Selling, General, and Administrative Expense*

Our selling, general, and administrative ("SG&A") expense decreased by $109 million (or 17%) to $548 million for the year ended December 31, 2019, compared with SG&A expense of $657 million for the same period in 2018. The decrease in our SG&A expense for the year ended December 31, 2019 was primarily attributable to lower performance-related compensation costs, as well as costs incurred for our 2018 debt transactions, which did not recur in 2019. The year ended December 31, 2018 also included the accrual of $63 million for estimated liabilities associated with ongoing environmental matters at Fayetteville. These comparative decreases for the year ended December 31, 2019 are partially offset by $18 million incurred during the first quarter of 2019, in connection with the approved final Consent Order to settle certain legal and environmental matters at Fayetteville.

*Research and Development Expense*

Our R&D expense was largely unchanged at $80 million for the year ended December 31, 2019 and $82 million for the year ended December 31, 2018.

*Restructuring, Asset-related, and Other Charges*

Our restructuring, asset-related, and other charges amounted to $87 million and $49 million for the years ended December 31, 2019 and 2018, respectively.

For the year ended December 31, 2019, our restructuring, asset-related, and other charges were primarily attributable to $22 million of employee separation charges incurred in connection with our 2019 Restructuring Program, as well as $34 million of accelerated depreciation recorded in conjunction with our exit of the Methylamines and Methylamides business at our Belle, West Virginia manufacturing plant. We also recognized $20 million in decommissioning and dismantling-related charges, primarily attributable to the demolition and removal of certain unused buildings at our Chambers Works site in Deepwater, New Jersey, as well as $9 million of accelerated depreciation associated with the discontinuation of the titanium tetrachloride product line at our New Johnsonville, Tennessee site.

For the year ended December 31, 2018, our restructuring, asset-related, and other charges were primarily attributable to employee separation and other charges incurred in connection with our 2017 restructuring program of $27 million, and employee separation charges of $5 million for our 2018 restructuring program. In addition, we recognized $13 million in decommissioning and dismantling-related charges, primarily attributable to the demolition and removal of certain unused buildings at our Chambers Works site in Deepwater, New Jersey, and an asset-related charge of $4 million for a goodwill impairment in our Chemical Solutions segment.

*Equity in Earnings of Affiliates*

Our equity in earnings of affiliates decreased by $14 million (or 33%) to $29 million for the year ended December 31, 2019, compared with equity in earnings of affiliates of $43 million for the same period in 2018. The decrease in our equity in earnings of affiliates for the year ended December 31, 2019 was primarily attributable to global semiconductor and automotive market softness for our equity method investees in the Fluoroproducts segment.

*Interest Expense, Net*

Our interest expense, net increased by $13 million (or 7%) to $208 million for the year ended December 31, 2019, compared with interest expense, net of $195 million for the same period in 2018. The increase in our interest expense, net for the year ended December 31, 2019 was primarily attributable to a reduction in interest income earned on lower cash and cash equivalents balances, as well as less interest capitalized following the completion or stoppage of certain of our large-scale construction projects. These increases were partially offset by lower interest expense following our 2018 debt transactions.

*Loss on Extinguishment of Debt*

For the year ended December 31, 2019, we did not extinguish any of our outstanding debt.

For the year ended December 31, 2018, we recognized a combined loss on extinguishment of debt of $38 million in connection with the amendment and restatement of our credit agreement, and our tender offers to purchase any and all of our outstanding euro-denominated 6.125% senior unsecured notes due May 2023 and a portion of our outstanding U.S. dollar-denominated 6.625% senior unsecured notes due May 2023.

**The Chemours Company**

*Other Income (Expense), Net*

Our other income, net decreased by $455 million to other expense, net of $293 million for the year ended December 31, 2019, compared with other income, net of $162 million for the same period in 2018. The decrease in our other income, net for the year ended December 31, 2019 was primarily attributable to $368 million in non-operating pension and other post-retirement employee benefit loss, which is inclusive of a $380 million expense recognized upon settlement of the portion of our Netherlands pension plan pertaining to inactive participants' vested pension benefits. We also experienced a decrease in miscellaneous income, which is primarily attributable to $26 million lower EU fluorinated greenhouse gas ("F-Gas") quota authorization sales. The comparative decrease in our other income, net is also reflective of a $42 million gain on the sale of our Linden, New Jersey site during the year ended December 31, 2018. These decreases were partially offset by recognition of a previously deferred non-cash gain of $9 million during the year ended December 31, 2019. The gain, which was associated with the sale of our Repauno site in Gibbstown, New Jersey, had been deferred until certain environmental obligations were fulfilled.

*Provision for (Benefit from) Income Taxes*

Our benefit from income taxes amounted to $72 million for the year ended December 31, 2019, representing an effective tax rate of 58%. Our provision for income taxes amounted to $159 million for the year ended December 31, 2018, representing an effective tax rate of 14%.

The $231 million decrease in our provision for income taxes for the year ended December 31, 2019, when compared with the same period in 2018, was primarily attributable to reduced profitability and the geographic mix of our earnings. In addition, our benefit from income taxes for the year ended December 31, 2019 included $14 million in windfall benefit from our share-based payments, which was partially offset by an $8 million valuation allowance on certain foreign subsidiary earnings and certain foreign tax credits. Our provision for income taxes for the year ended December 31, 2018 included $14 million in windfall benefit from our share-based payments, a $15 million benefit from the release of a valuation allowance against our foreign tax credits, and a net $10 million benefit from certain other provisions of U.S. tax reform.

**Segment Reviews**

Adjusted earnings before interest, taxes, depreciation, and amortization ("Adjusted EBITDA") is the primary measure of segment performance used by our Chief Operating Decision Maker ("CODM") and is defined as income (loss) before income taxes, excluding the following:

- interest expense, depreciation, and amortization;
- non-operating pension and other post-retirement employee benefit costs, which represents the component of net periodic pension (income) costs excluding the service cost component;
- exchange (gains) losses included in other income (expense), net;
- restructuring, asset-related, and other charges;
- asset impairments;
- (gains) losses on sales of assets and businesses; and,
- other items not considered indicative of our ongoing operational performance and expected to occur infrequently.

A reconciliation of Adjusted EBITDA to net income (loss) attributable to Chemours for the years ended December 31, 2019 and 2018 is included in the "Non-GAAP Financial Measures" section of this *MD&A*.

The following table sets forth our Adjusted EBITDA by segment for the years ended December 31, 2019 and 2018.

| (Dollars in millions) | Year Ended December 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Fluoroproducts | $ 578 | $ 783 |
| Chemical Solutions | 80 | 64 |
| Titanium Technologies | 505 | 1,055 |
| **Segment Adjusted EBITDA** | 1,163 | 1,902 |
| Corporate and Other | (143 ) | (162 ) |
| **Total Adjusted EBITDA** | $ 1,020 | $ 1,740 |

38

**The Chemours Company**

*Fluoroproducts*

The following table sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Fluoroproducts segment for the years ended December 31, 2019 and 2018.

| (Dollars in millions) | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| Segment net sales | $ | 2,648 | $ | 2,862 |
| Adjusted EBITDA | | 578 | | 783 |
| Adjusted EBITDA margin | | 22 % | | 27 % |

The following table sets forth the impacts of price, volume, and currency on our Fluoroproducts segment's net sales for the year ended December 31, 2019.

| Change in segment net sales from prior period | Year Ended December 31, |
| --- | --- |
| | 2019 |
| Price | (2 )% |
| Volume | (4 )% |
| Currency | (1 )% |
| **Total change in segment net sales** | (7 )% |

*Segment Net Sales*

Our Fluoroproducts segment's net sales decreased by $214 million (or 7%) to $2.6 billion for the year ended December 31, 2019, compared with segment net sales of $2.9 billion for the same period in 2018. The decrease in segment net sales for the year ended December 31, 2019 was primarily attributable to decreases in volume and price of 4% and 2%, respectively. Illegal imports of legacy HFC refrigerants into the EU, in violation of the EU's F-gas regulations, impacted both volume and price during the year ended December 31, 2019. Volumes also declined due to lower demand for our legacy base refrigerants and polymers, which was driven by softness in global markets, primarily the automotive and electronics markets. These decreases were partially offset by volume increases from the continued adoption of Opteon™ products in mobile applications and growth in high-grade Fluoropolymers sales. Unfavorable currency movements added a 1% headwind to the segment's net sales during the year ended December 31, 2019.

*Segment Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA decreased by $205 million (or 26%) to $578 million and segment Adjusted EBITDA margin decreased by approximately 500 basis points to 22% for the year ended December 31, 2019, compared with segment Adjusted EBITDA of $783 million and segment Adjusted EBITDA margin of 27% for the same period in 2018. The decreases in segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2019 were primarily attributable to the aforementioned decreases in the price and volume and unfavorable currency movements in the segment's net sales. We also experienced increased costs during the year ended December 31, 2019 due to the start-up of our new Opteon™ refrigerants facility in Corpus Christi, Texas, and unplanned outages at certain facilities. Additionally, our F-gas quota authorization sales decreased by $26 million when compared to the year ended December 31, 2018.

The segment's operating results for the years ended December 31, 2019 and 2018 included $22 million and $34 million, respectively, of additional costs for process waste water treatment at Fayetteville. We expect to continue to incur these costs as we actively work with the NC DEQ to resolve the suspension of our National Pollutant Discharge Elimination System permit.

**The Chemours Company**

*Chemical Solutions*

The following table sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Chemical Solutions segment for the years ended December 31, 2019 and 2018.

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| *(Dollars in millions)* | **2019** | | **2018** | |
| Segment net sales | $ | 533 | $ | 602 |
| Adjusted EBITDA | | 80 | | 64 |
| Adjusted EBITDA margin | | 15 % | | 11 % |

The following table sets forth the impacts of price, volume, and currency on our Chemical Solutions segment's net sales for the year ended December 31, 2019.

| | Year Ended December 31, |
|---|---|
| **Change in segment net sales from prior period** | **2019** |
| Price | (4 )% |
| Volume | (7 )% |
| Currency | - % |
| **Total change in segment net sales** | (11 )% |

*Segment Net Sales*

Our Chemical Solutions segment's net sales decreased by $69 million (or 11%) to $533 million for the year ended December 31, 2019, compared with segment net sales of $602 million for the same period in 2018. The decrease in segment net sales for the year ended December 31, 2019 was primarily attributable to decreases in volume and price of 7% and 4%, respectively, which were driven by operational issues at a key customer mine in Mining Solutions and lower prices for certain Performance Chemicals and Intermediates products, mainly driven by mix and raw material cost pass-throughs as stipulated in certain contracts.

*Segment Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA increased by $16 million (or 25%) to $80 million and segment Adjusted EBITDA margin increased by approximately 400 basis points to 15% for the year ended December 31, 2019, compared with segment Adjusted EBITDA of $64 million and segment Adjusted EBITDA margin of 11% for the same period in 2018. The increases in segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2019 were primarily attributable to increased license income and lower cost of goods sold, partially offset by the aforementioned decreases in net sales.

**The Chemours Company**

*Titanium Technologies*

The following table sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Titanium Technologies segment for the years ended December 31, 2019 and 2018.

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| *(Dollars in millions)* | 2019 | | 2018 | |
| Segment net sales | $ | 2,345 | $ | 3,174 |
| Adjusted EBITDA | | 505 | | 1,055 |
| Adjusted EBITDA margin | | 22 % | | 33 % |

The following table sets forth the impacts of price, volume, and currency on our Titanium Technologies segment's net sales for the year ended December 31, 2019.

| | Year Ended December 31, |
|---|---|
| **Change in segment net sales from prior period** | 2019 |
| Price | (1 )% |
| Volume | (24 )% |
| Currency | (1 )% |
| **Total change in segment net sales** | (26 )% |

*Segment Net Sales*

Our Titanium Technologies segment's net sales decreased by $829 million (or 26%) to $2.3 billion for the year ended December 31, 2019, compared with segment net sales of $3.2 billion for the same period in 2018. The decrease in segment net sales for the year ended December 31, 2019 was primarily attributable to a 24% decrease in volume, driven by lower TiPure$^{TM}$ $TiO_2$ net sales volumes due to market destocking and share loss. Price declined modestly by 1%, primarily due to customer, regional, and channel mix, but remained largely stable as a result of our TVS strategy. We also experienced a 1% headwind from unfavorable currency movements.

*Segment Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA decreased by $550 million (or 52%) to $505 million and segment Adjusted EBITDA margin decreased by approximately 1,100 basis points to 22% for the year ended December 31, 2019, compared with segment Adjusted EBITDA of $1.1 billion and segment Adjusted EBITDA margin of 33% for the same period in 2018. The decreases in segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2019 were primarily attributable to the aforementioned decreases in segment net sales volume associated with market destocking and share loss, as well as margin compression due to higher costs for certain raw materials and lower fixed cost absorption as we reduced production rates to match reduced customer demand.

***Corporate and Other***

Corporate costs and certain legacy legal and environmental expenses, stock-based compensation costs, and foreign exchange gains and losses arising from the remeasurement of balances in currencies other than the functional currency of our legal entities are reflected in Corporate and Other.

Corporate and Other costs decreased by $19 million (or 12%) to $143 million for the year ended December 31, 2019, compared with Corporate and Other costs of $162 million for the same period in 2018. The decrease in Corporate and Other costs for the year ended December 31, 2019 was primarily attributable to lower performance-related compensation and lower costs for certain legacy legal matters.

41

**The Chemours Company**

**2020 Outlook**

Our 2020 results will be driven by the following expectations: (i) 2020 volume for our Titanium Technologies segment will continue to recover as we further execute our TVS strategy; (ii) there will be continued transition to Opteon$^{TM}$ refrigerants in our Fluoroproducts segment, which will be offset by the impacts of illegal imports of legacy HFC refrigerants into the EU in violation of the region's F-gas regulations; and, (iii) there will be continued demand for Mining Solutions products in our Chemical Solutions segment. We expect that our capital expenditures will be approximately $400 million.

Our outlook for 2020 reflects our current visibility and expectations based on market factors, such as currency movements, macro-economic factors, and end-market demand. In particular, end-market demand may be impacted by factors beyond our control, such as the recent spread of the novel coronavirus. Our ability to meet our expectations are subject to numerous risks, including, but not limited to, those described in *Item 1A - Risk Factors*.

**Liquidity and Capital Resources**

Our primary sources of liquidity are cash generated from operations, available cash, receivables securitization, and borrowings under our debt financing arrangements, which are described in further detail in "Note 20 - Debt" to the *Consolidated Financial Statements*. We believe these sources are sufficient to fund our planned operations and to meet our interest, dividend, and contractual obligations. Our financial policy seeks to: (i) selectively invest in organic and inorganic growth to enhance our portfolio, including certain strategic capital investments; (ii) return cash to shareholders through dividends and share repurchases; and, (iii) maintain appropriate leverage by using free cash flows to repay outstanding borrowings. Subject to approval by our board of directors, we may raise additional capital or borrowings from time to time, or seek to refinance our existing debt. There can be no assurances that future capital or borrowings will be available to us, and the cost and availability of new capital or borrowings could be materially impacted by market conditions. Further, the decision to refinance our existing debt is based on a number of factors, including general market conditions and our ability to refinance on attractive terms at any given point in time. Any attempts to raise additional capital or borrowings, or refinance our existing debt, could cause us to incur significant charges. Such charges could have a material impact on our financial position, results of operations, or cash flows.

Our operating cash flow generation is driven by, among other things, the general global economic conditions at any point in time and their resulting impacts on demand for our products, raw materials and energy prices, and industry-specific issues, such as production capacity and utilization. We have generated strong operating cash flows through various industry and economic cycles, evidencing the operating strength of our businesses.

In May 2018, we completed our $500 million 2017 Share Repurchase Program. On August 1, 2018, our board of directors increased our quarterly cash dividend to $0.25 per share. Additionally, on August 1, 2018, our board of directors approved the 2018 Share Repurchase Program, which authorizes us to purchase shares of our issued and outstanding common stock in an aggregate amount not to exceed $750 million, plus any fees or costs in connection with our share repurchase activity. On February 13, 2019, our board of directors increased the authorization amount of the 2018 Share Repurchase Program to $1.0 billion. The 2018 Share Repurchase Program became effective on August 1, 2018 and will continue through the earlier of its expiration on December 31, 2020, or the completion of repurchases up to the approved amount. To date, we have repurchased $572 million of our common stock under the 2018 Share Repurchase Program.

We anticipate making significant payments for interest, capital expenditures, environmental remediation costs and investments, dividends, and other actions over the next 12 months, which we expect to fund through cash generated from operations, available cash, receivables securitization, and borrowings. We further anticipate that our operations and existing debt financing arrangements will provide us with sufficient liquidity over the next 12 months. The availability under our revolving credit facility is subject to the last 12 months of consolidated EBITDA, as defined in the amended and restated credit agreement, which is discussed further in "Note 20 - Debt" to the *Consolidated Financial Statements*.

At December 31, 2019, we had total cash and cash equivalents of $943 million, of which, $839 million was held by our foreign subsidiaries. All of the cash and cash equivalents held by our foreign subsidiaries is readily convertible into currencies used in our operations, including the U.S. dollar. The cash and earnings of our foreign subsidiaries are generally used to finance their operations and capital expenditures. At December 31, 2019, management believed that sufficient liquidity was available in the U.S., which includes borrowing capacity under our revolving credit facility, and it is our intention to indefinitely reinvest the historical pre-2018 earnings of our foreign subsidiaries. Beginning in 2018, management asserts that only certain foreign subsidiaries are indefinitely reinvested. See "Note 9 - Income Taxes" to the *Consolidated Financial Statements* for further information related to our income tax positions.

42

**The Chemours Company**

*Cash Flows*

The following table sets forth a summary of the net cash provided by (used for) our operating, investing, and financing activities for the years ended December 31, 2019 and 2018.

| | Year Ended December 31, | |
|---|---|---|
| (Dollars in millions) | 2019 | 2018 |
| Cash provided by operating activities | $ 650 | $ 1,140 |
| Cash used for investing activities | (483 ) | (487 ) |
| Cash used for financing activities | (419 ) | (993 ) |

*Operating Activities*

We received $650 million and $1.1 billion in cash flows from our operating activities for the years ended December 31, 2019 and 2018, respectively. The decrease in our operating cash inflows for the year ended December 31, 2019 was primarily attributable to a decrease in our net income, despite reduction in our finished products inventories to align with decreased sales volumes during the year ended December 31, 2019 when compared to the prior year. We also made cash payments for certain raw materials purchases that occurred during the fourth quarter of 2018.

*Investing Activities*

We used $483 million in cash flows for our investing activities during the year ended December 31, 2019. Our investing cash outflows for the year ended December 31, 2019 were primarily attributable to purchases of property, plant, and equipment amounting to $481 million, as well as $10 million in total cash consideration payments for the acquisition of Southern Ionics Minerals, LLC. These investing cash outflows were partially offset by proceeds from the sales of assets and businesses of $9 million, which were primarily attributable to $4 million received from the sale of our Oakley, California site and $2 million received from the sale of our Methylamines and Methylamides business.

We used $487 million in cash flows for our investing activities during the year ended December 31, 2018. Our investing cash outflows for the year ended December 31, 2018 were primarily attributable to purchases of property, plant, and equipment amounting to $498 million, and $37 million in total cash consideration payments for the acquisition of ICOR International, Inc. These investing cash outflows were partially offset by proceeds from the sales of assets and businesses of $46 million, which were primarily attributable to the sale of our Linden, New Jersey site for $39 million.

*Financing Activities*

We used $419 million in cash flows for our financing activities during the year ended December 31, 2019. Our financing cash outflows for the year ended December 31, 2019 were primarily attributable to our capital allocation activities, resulting in $486 million of cash returned to shareholders through our 2018 Share Repurchase Program and through cash dividends paid. In addition, we made $30 million in payments for withholding taxes on certain of our vested stock-based compensation awards. We also drew $150 million on our revolving credit facility for general corporate purposes. We subsequently repaid the revolver borrowing in full, primarily using the $125 million proceeds originally received from the Securitization Facility, as well as available cash. During the year ended December 31, 2019, we also repaid a net $15 million of the borrowings from the Securitization Facility. The Securitization Facility is further described in "Note 20 - Debt" to the *Consolidated Financial Statements*.

We used $993 million in cash flows for our financing activities during the year ended December 31, 2018. Our financing cash outflows for the year ended December 31, 2018 were primarily attributable to the following: $679 million in debt repayments and $29 million in "make-whole" premium payments in connection with our debt refinancing activities, as well as scheduled principal repayments; $644 million for purchases of our issued and outstanding common stock under our share repurchase programs; and, $148 million for payments of cash dividends. These financing cash outflows were partially offset by $520 million in net proceeds from the issuance of our euro-denominated 4.000% senior unsecured notes due May 2026.

**The Chemours Company**

*Current Assets*

The following table sets forth the components of our current assets at December 31, 2019 and 2018.

| (Dollars in millions) | December 31, | | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| Cash and cash equivalents | $ | 943 | $ | 1,201 |
| Accounts and notes receivable, net | | 674 | | 861 |
| Inventories | | 1,079 | | 1,147 |
| Prepaid expenses and other | | 81 | | 84 |
| **Total current assets** | $ | 2,777 | $ | 3,293 |

Our accounts and notes receivable, net decreased by $187 million (or 22%) to $674 million at December 31, 2019, compared with accounts and notes receivable, net of $861 million at December 31, 2018. The decrease in our accounts and notes receivable, net at December 31, 2019 was primarily attributable to lower net sales in the fourth quarter of 2019 versus the same period in 2018, as well as the timing of payments from our customers.

Our inventories decreased by $68 million (or 6%) to $1.1 billion at December 31, 2019, compared with inventories of $1.1 billion at December 31, 2018. The decrease in our inventories at December 31, 2019 was primarily attributable to a decrease in our finished products inventories, in order to align with decreased sales volumes across all segments, and changes to our last-in, first-out inventory reserve balances. These decreases were partially offset by an increase in our raw materials inventories, driven by the strategic acquisition of ore in our Titanium Technologies segment.

Our prepaid expenses and other assets were largely unchanged at $81 million and $84 million at December 31, 2019 and 2018, respectively.

*Current Liabilities*

The following table sets forth the components of our current liabilities at December 31, 2019 and 2018.

| (Dollars in millions) | December 31, | | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| Accounts payable | $ | 923 | $ | 1,137 |
| Short-term and current maturities of long-term debt | | 134 | | 13 |
| Other accrued liabilities | | 484 | | 559 |
| **Total current liabilities** | $ | 1,541 | $ | 1,709 |

Our accounts payable decreased by $214 million (or 19%) to $923 million at December 31, 2019, compared with accounts payable of $1.1 billion at December 31, 2018. The decrease in our accounts payable at December 31, 2019 was primarily attributable to our decline in net sales volumes during the year ended December 31, 2019, as well as the timing of our inventory purchases in the fourth quarter of 2018.

Our short-term and current maturities of long-term debt increased by $121 million (or greater than 100%) to $134 million at December 31, 2019, compared with short-term and current maturities of long-term debt of $13 million at December 31, 2018. The increase in our short-term and current maturities of long-term debt at December 31, 2019 was primarily attributable to $110 million net borrowings under the Securitization Facility, $6 million for financed insurance premiums, and $5 million for the current portion of finance lease liabilities and financing obligations.

Our other accrued liabilities decreased by $75 million (or 13%) to $484 million at December 31, 2019, compared with other accrued liabilities of $559 million at December 31, 2018. The decrease in our other accrued liabilities at December 31, 2019 was primarily attributable to lower accrued compensation and employee-related costs, payments of certain accrued expenses, and changes in the expected timing of payments related to accrued environmental costs. These decreases were partially offset by balance sheet recognition of our operating lease liabilities upon the adoption of the new leasing standard on January 1, 2019. As of December 31, 2019, the current portion of our operating lease liabilities amounted to $66 million.

*Credit Facilities and Notes*

See "Note 20 - Debt" to the *Consolidated Financial Statements* for a summary of our debt arrangements.

44

**The Chemours Company**

*Supplier Financing*

We maintain global paying services agreements with several financial institutions. Under these agreements, the financial institutions act as our paying agents with respect to accounts payable due to our suppliers who elect to participate in the program. The agreements allow our suppliers to sell their receivables to one of the participating financial institutions at the discretion of both parties on terms that are negotiated between the supplier and the respective financial institution. Our obligations to our suppliers, including the amounts due and scheduled payment dates, are not impacted by our suppliers' decisions to sell their receivables under this program. At December 31, 2019 and 2018, the total payment instructions from us amounted to $106 million and $210 million, respectively. Pursuant to their agreement with one of the financial institutions, certain suppliers may elect to be paid early at their discretion. The available capacity under these programs can vary based on the number of investors and/or financial institutions participating in these programs at any point in time.

*Capital Expenditures*

Our operations are capital intensive, requiring ongoing investment to upgrade or enhance existing operations and to meet environmental and operational regulations. Our capital requirements have consisted, and are expected to continue to consist, primarily of:

- ongoing capital expenditures, such as those required to maintain equipment reliability, the integrity and safety of our manufacturing sites, and to comply with environmental regulations;
- investments in our existing facilities to help support the introduction of new products and de-bottleneck to expand capacity and grow our business; and,
- investments in projects to reduce future operating costs and enhance productivity.

The following table sets forth our ongoing and expansion capital expenditures, including environmental capital expenditures, for the years ended December 31, 2019 and 2018.

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| *(Dollars in millions)* | **2019** | | **2018** | |
| Fluoroproducts | $ | 201 | $ | 274 |
| Chemical Solutions | | 40 | | 75 |
| Titanium Technologies | | 121 | | 91 |
| Corporate and Other (1) | | 119 | | 58 |
| **Total purchases of property, plant, and equipment** | $ | 481 | $ | 498 |

    (1)   Includes $83 million and $41 million during the years ended December 31, 2019 and 2018, respectively, related to our capital expenditures for our new R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware in Newark, Delaware ("Chemours Discovery Hub").

Our capital expenditures decreased by $17 million (or 3%) to $481 million for the year ended December 31, 2019, compared with capital expenditures of $498 million for the same period in 2018. Our capital expenditures for the year ended December 31, 2019 included the continued construction and completion of our new R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware in Newark, Delaware, as well as preparation of a new minerals sands mine site in Jesup, Georgia. We also invested in a thermal oxidizer to reduce aerial PFAS emissions from Fayetteville, which is further discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. These increases are more than offset by capital expenditures for the year ended December 31, 2018 that did not recur, whether to the same magnitude or at all, in 2019. Such expenditures included the completion of our Opteon™ refrigerants plant in Corpus Christi, Texas, as well as progress on our planned Mining Solutions plant in Mexico prior to its construction suspension, which is further discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

45

**The Chemours Company**

*Contractual Obligations*

The following table sets forth information related to our significant contractual obligations at December 31, 2019.

| (Dollars in millions) | Total | | 2020 | | Payments Due In 2021 - 2022 | | 2023 - 2024 | | 2025 and Beyond |
|---|---|---|---|---|---|---|---|---|---|
| Long-term debt obligations (1) | $ | 4,036 | $ | 122 | $ | 26 | $ | 934 | $ | 2,954 |
| Interest on long-term debt obligations (1) | | 1,046 | | 203 | | 401 | | 309 | | 133 |
| Operating leases | | 379 | | 82 | | 115 | | 64 | | 118 |
| Financing leases | | 76 | | 9 | | 16 | | 16 | | 35 |
| Purchase obligations (2): | | | | | | | | | |
| Raw materials | | 1,290 | | 160 | | 303 | | 257 | | 570 |
| Utilities | | 1,055 | | 113 | | 162 | | 153 | | 627 |
| Other | | 107 | | 64 | | 30 | | 13 | | - |
| Total purchase obligations | | 2,452 | | 337 | | 495 | | 423 | | 1,197 |
| Other liabilities: | | | | | | | | | |
| Workers' compensation (3) | | 24 | | 3 | | 5 | | 4 | | 12 |
| Asset retirement obligations (3) | | 61 | | 7 | | 21 | | 11 | | 22 |
| Environmental remediation (3) | | 406 | | 74 | | 111 | | 86 | | 135 |
| Legal settlements (3) | | 20 | | 4 | | 6 | | 5 | | 5 |
| Employee separation charges | | 15 | | 15 | | - | | - | | - |
| Other (3) | | 170 | | 27 | | 18 | | 21 | | 104 |
| Total other liabilities | | 696 | | 130 | | 161 | | 127 | | 278 |
| **Total contractual obligations** | $ | 8,685 | $ | 883 | $ | 1,214 | $ | 1,873 | $ | 4,715 |

(1) To calculate payments due for principal and interest, we assumed that interest rates, foreign currency exchange rates, and outstanding borrowings under our credit facilities were unchanged from December 31, 2019 through their dates of maturity.

(2) Represents enforceable and legally-binding agreements to purchase goods and/or services that specify fixed or minimum quantities, fixed minimum or variable price provisions, and the approximate timing of the agreement.

(3) Represents reasonable estimates of future cash payments for our contractual obligations.

*Off Balance Sheet Arrangements*

Historically, we have not made significant payments to satisfy guarantee obligations; however, we believe we have the financial resources to satisfy these guarantees in the event required.

**The Chemours Company**

**Recent Accounting Pronouncements**

See "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements* for a summary of our recent accounting pronouncements.

**Critical Accounting Policies and Estimates**

Our significant accounting policies are more fully described in "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements*. Management believes that the application of these policies on a consistent basis enables us to provide the users of our financial statements with useful and reliable information about our operating results and financial condition.

The preparation of our consolidated financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts, including, but not limited to, receivable and inventory valuations, impairment of tangible and intangible assets, long-term employee benefit obligations, income taxes, restructuring liabilities, environmental matters, and litigation. Management's estimates are based on historical experience, facts, and circumstances available at the time, and various other assumptions that are believed to be reasonable. We review these matters and reflect changes in estimates as appropriate. Management believes that the following represents some of the more critical judgment areas in the application of our accounting policies, which could have a material effect on our financial position, results of operations, or cash flows.

*Provision for (Benefit from) Income Taxes*

The provision for (benefit from) income taxes is determined using the asset and liability approach of accounting for income taxes. Under this approach, deferred taxes represent the future tax consequences expected to occur when the reported amounts of assets and liabilities are recovered or paid. The provision for (benefit from) income taxes represents income taxes paid or payable for the current year, plus the change in deferred taxes during the year. Deferred taxes result from differences between the financial and tax bases of our assets and liabilities and are adjusted for changes in tax rates and tax laws when changes are enacted. Valuation allowances are recorded to reduce deferred tax assets when it is more-likely-than-not that a tax benefit will not be realized. In evaluating the ability to realize deferred tax assets, we rely on, in order of increasing subjectivity, taxable income in prior carryback years, the future reversals of existing taxable temporary differences, tax planning strategies, and forecasted taxable income using historical and projected future operating results.

The breadth of our operations and the global complexity of tax regulations require assessments of uncertainties and judgments in estimating the taxes that we will ultimately pay. The final taxes paid are dependent upon many factors, including negotiations with taxing authorities in various jurisdictions, outcomes of tax litigation, and resolutions of disputes arising from federal, state, and international tax audits in the normal course of business. A liability for unrecognized tax benefits is recorded when management concludes that the likelihood of sustaining such positions upon examination by taxing authorities is less than more-likely-than-not. It is our policy to include accrued interest related to unrecognized tax benefits in other income (expense), net and income tax-related penalties in the provision for (benefit from) income taxes.

With respect to U.S. tax reform, while we have completed our analysis within the applicable measurement period, pursuant to Staff Accounting Bulletin No. 118 as issued by the SEC, we account for the tax impacts of new provisions based on interpretation of existing statutory law, including proposed regulations issued by the U.S. Treasury and the IRS. While there can be no assurances as to the effect of any final regulations on our provision for (benefit from) income taxes, we will continue to evaluate the impacts as any issued regulations become final and adjust our estimates, as appropriate.

See "Note 9 - Income Taxes" to the *Consolidated Financial Statements* for further information related to our income tax positions.

**The Chemours Company**

*Long-lived Assets*

We evaluate the carrying value of our long-lived assets to be held and used when events or changes in circumstances indicate that the carrying value of an asset may not be recoverable. For the purposes of recognition or measurement of an impairment charge, the assessment is performed on the asset or asset group at the lowest level for which identifiable cash flows are largely independent of the cash flows of other groups of assets and liabilities. To determine the level at which the assessment is performed, we consider factors such as revenue dependency, shared costs, and the extent of vertical integration. The carrying value of a long-lived asset is considered impaired when the total projected undiscounted cash flows from the use and eventual disposition of the asset or asset group are separately identifiable and are less than its carrying value. In that event, a loss is recognized based on the amount by which the carrying value exceeds the fair value of the long-lived asset. The fair value methodology used is an estimate of fair market value, which is made based on prices of similar assets or other valuation methodologies, including present value techniques. Long-lived assets to be disposed of other than by sale are classified as held for use until their disposal. Long-lived assets to be disposed of by sale are classified as held for sale and are reported at the lower of their carrying amount or fair market value, less the estimated costs to sell. Depreciation is discontinued for any long-lived assets classified as held for sale.

The testing for potential impairment of these assets is significantly dependent on numerous assumptions and reflects management's best estimates at a particular point in time. The dynamic economic environments in which our segments operate, and key economic and business assumptions with respect to projected selling prices, market growth, and inflation rates, can significantly impact the outcome of our impairment tests. Estimates based on these assumptions may differ significantly from actual results. Changes in the factors and assumptions used in assessing potential impairments can have a significant impact on the existence and magnitude of impairments, as well as the time in which such impairments are recognized. In addition, we continually review our diverse portfolio of assets to ensure that they are achieving their greatest potential and are aligned with our growth strategy. Strategic decisions involving a particular group of assets may trigger an assessment of the recoverability of the related assets. Such an assessment could result in impairment losses.

No impairment charges were recognized on our long-lived assets during the years ended December 31, 2019 and 2018.

*Goodwill*

The excess of the purchase price over the estimated fair value of the net assets acquired in a business combination, including any identified intangible assets, is recorded as goodwill. We test our goodwill for impairment at least annually on October 1; however, these tests are performed more frequently when events or changes in circumstances indicate that the asset may be impaired. Goodwill is evaluated for impairment at the reporting unit level, which is defined as an operating segment, or one level below an operating segment. A reporting unit is the level at which discrete financial information is available and reviewed by business management on a regular basis. An impairment exists when the carrying value of a reporting unit exceeds its fair value. The amount of impairment loss recognized in the consolidated statements of operations is equal to the excess of a reporting unit's carrying value over its fair value, which is limited to the total amount of goodwill allocated to the reporting unit.

The fair values of our reporting units were determined by using a combination of income-based and/or market-based valuation techniques. These valuation models incorporated a number of assumptions and judgments surrounding general market and economic conditions, short and long-term revenue growth rates, gross margins and prospective financial information surrounding future reporting unit cash flows. Projections are based on internal forecasts of future business performance and are based on growth assumptions which exclude business growth opportunities not yet fully realized. Discount rate and market multiple assumptions were determined based on relevant peer companies in the chemicals sector.

As of October 1, 2019, we performed our annual goodwill impairment tests for all reporting units. Based upon the results of our annual goodwill impairment tests, no adjustments to the carrying value of goodwill were necessary during the year ended December 31, 2019.

The estimated fair value of the Fluoropolymers reporting unit was determined by utilizing a discount rate of 9.84% and a market multiple of 7.3 times Adjusted EBITDA, resulting in an estimated fair value 30% higher than its carrying value. Fluoropolymers has $56 million of goodwill. Changing the weighting of the market and income approaches used for Fluoropolymers could result in a maximum reduction of the excess of estimated fair value over carrying value to 17%. Assuming all other factors remain the same, a 200-basis point increase in the discount rate would decrease the excess of estimated fair value over carrying value to 17%; a 1% decrease in the long-term growth rate would decrease the excess of estimated fair value over carrying value to 24%; and, a 15% decrease in the market multiple assumption would decrease the excess of estimated fair value over carrying value to 20%. Under each of these sensitivity scenarios, the Fluoropolymers reporting unit's fair value exceeded its carrying value.

The estimated fair value of the Mining Solutions reporting unit was determined by utilizing a discount rate of 11.09%, resulting in an estimated fair value 17% higher than its carrying value. Mining Solutions has $51 million of goodwill. Assuming all other factors remain the same, it would take more than a 110-basis point increase in the discount rate to cause the estimated fair value to fall below the unit's carrying value; and, a 1% decrease in the long-term growth rate would decrease the excess of estimated fair value over carrying value to 5%.

48

**The Chemours Company**

Our determination of the fair value of the Mining Solutions reporting unit considered further delays and additional costs of construction for our new Mining Solutions facility under construction in Gomez Palacio, Durango, Mexico. The construction-in-process for this facility represents a significant portion of the total carrying value of Mining Solutions, and, in the event that the facility was unable to be completed, the impairment of the related long-lived assets would significantly decrease the carrying value of the reporting unit. As a result, an impairment of the reporting unit's goodwill would become less likely.

*Employee Benefits*

The amounts recognized in our consolidated financial statements related to pension and other long-term employee benefits plans are determined from actuarial valuations. Inherent in these valuations are assumptions including, but not limited to, the expected returns on plan assets, discount rates at which liabilities are expected to be settled, rates of increase in future compensation levels, and mortality rates. These assumptions are updated annually and are disclosed in "Note 27 - Long-term Employee Benefits" to the *Consolidated Financial Statements*. In accordance with GAAP, actual results that differed from the assumptions are accumulated and amortized over future periods and therefore, affect expense recognized and obligations recorded in future periods.

We use discount rates that are developed by matching the expected cash flows of each benefit plan to various yield curves constructed from a portfolio of high-quality, fixed income instruments provided by the plan's actuary as of the measurement date. As of December 31, 2019, the weighted-average discount rate was 1.4%.

The expected long-term rates of return on plan assets are determined by performing a detailed analysis of historical and expected returns based on the strategic asset allocation of the underlying asset class applicable to each country. We also consider our historical experience with the pension funds' asset performance. The expected long-term rates of return on plan assets are assumptions and not what is expected to be earned in any one particular year. The weighted-average long-term rates of return on plan assets assumptions used for determining our net periodic pension expense for 2019 was 4.1%.

A 50 basis point increase in the discount rate would result in a decrease of $4 million to the net periodic benefit cost for 2020, while a 50 basis point decrease in the discount rate would result in an increase of approximately $5 million. A 50 basis point increase in the expected return on plan assets assumption would result in a decrease of approximately $3 million to the net periodic benefit cost for 2020, while a 50 basis point decrease in the expected return on plan assets assumption would result in an increase of approximately $3 million.

In the fourth quarter of 2019, we, through our wholly-owned subsidiary Chemours Netherlands B.V., completed a settlement transaction related to a significant portion of our Netherlands pension plan. We transferred the future risk and administration associated with the $932 million of inactive participants' vested pension benefits to a third-party asset management company in the Netherlands. The irrevocability of the transaction was contingent upon non-objection by the Dutch National Bank, which was received in October 2019. Following the receipt of non-objection, the responsibility for the associated pension obligation was transferred to the third-party asset management company in December 2019, thereby eliminating our exposure to the pension liabilities and formally effecting the settlement. At the time of settlement, a remeasurement of plan assets and projected benefit obligations was performed, resulting in a $158 million decrease to net pension assets and increase to accumulated other comprehensive loss on the consolidated balance sheet. The cumulative loss associated with the inactive participants' vested pension benefits was then immediately reclassified from accumulated other comprehensive loss and recognized in earnings, resulting in a charge of $380 million recognized in other expense, net in the consolidated statements of operations. At December 31, 2019, the projected benefit obligations associated with the plan's active employees remained on our consolidated balance sheet.

*Litigation*

We accrue for litigation matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Litigation liabilities and expenditures included in our consolidated financial statements include litigation matters that are liabilities of DuPont and its subsidiaries, which we may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Disputes between us and DuPont may arise with respect to indemnification of these matters, including disputes based on matters of law or contract interpretation. If, and to the extent these disputes arise, they could materially adversely affect our results of operations. Legal costs such as outside counsel fees and expenses are charged to expense in the period services are received.

**The Chemours Company**

*Environmental Liabilities and Expenditures*

We accrue for environmental remediation costs when it is probable that a liability has been incurred and a reasonable estimate of the liability can be made. Where the available information is sufficient to estimate the amount of liability, that estimate has been used. Where the information is only sufficient to establish a range of probable liability, and no point within the range is more likely than any other, the lower end of the range has been used. Estimated liabilities are determined based on existing remediation laws and technologies and our planned remedial responses, which are derived from in-depth environmental studies, sampling, testing, and other analyses. Inherent uncertainties exist in such evaluations, primarily due to unknown environmental conditions, changing governmental regulations and legal standards regarding liability, and emerging remediation technologies. These accruals are adjusted periodically as remediation efforts progress and as additional technology, regulatory, and legal information become available.

Environmental liabilities and expenditures include claims for matters that are liabilities of DuPont and its subsidiaries, which we may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Accrued liabilities are undiscounted and do not include claims against third parties.

Costs related to environmental remediation are charged to expense in the period that the associated liability is accrued. Other environmental costs are also charged to expense in the period incurred, unless they increase the value of the property or reduce or prevent contamination from future operations, in which case, they are capitalized and amortized.

**Environmental Matters**

Consistent with our values and our *Environment, Health, Safety, and Corporate Responsibility* policy, we are committed to preventing releases to the environment at our manufacturing sites to keep our people and communities safe, and to be good stewards of the environment. We are also subject to environmental laws and regulations relating to the protection of the environment. We believe that, as a general matter, our policies, standards, and procedures are properly designed to prevent unreasonable risk of harm to people and the environment, and that our handling, manufacture, use, and disposal of hazardous substances are in accordance with applicable environmental laws and regulations.

*Environmental Expenditures*

We incur costs for pollution abatement activities including waste collection and disposal, installation and maintenance of air pollution controls and waste water treatment, emissions testing and monitoring, and obtaining permits. Annual expenses charged to current operations include environmental operating costs and increases in remediation accruals (further described below), if any, during the period reported.

The charges described in this section include $201 million accrued for costs associated with the proposed Consent Order between us and the NC DEQ, which is further described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. These accrued liabilities represent on-site remediation, off-site groundwater remediation, and toxicology studies related to Fayetteville.

Our environmental remediation expenditures are subject to considerable uncertainty and may fluctuate significantly. In the U.S., additional capital expenditures associated with ongoing operations (further described below) are expected to be required over the next decade for treatment, storage, and disposal facilities for solid and hazardous waste and for compliance with the Clean Air Act ("CAA"). Until all CAA regulatory requirements are established and known, considerable uncertainty will remain regarding estimates for our future capital and remediation expenditures.

*Environmental Capital Expenditures*

For the years ended December 31, 2019, 2018, and 2017, we spent $101 million, $57 million, and $15 million, respectively, on environmental capital projects that were either required by law or necessary to meet our internal environmental objectives. The increases in our environmental capital expenditures for the years ended December 31, 2019 and 2018 when compared with the same period in 2017 were primarily attributable to new capital projects at Fayetteville. We expect further increases in these capital expenditures over the near-term, while in the longer-term, our capital expenditures for environmental matters will vary based on the success of our deployed solutions, changes in our operations, technological advancements, developments in environmental requirements, and stakeholder expectations.

50

**The Chemours Company**

*Environmental Remediation*

In large part, because of past operations, operations of predecessor companies, or past disposal practices, we, like many other similar companies, have clean-up responsibilities and associated remediation costs, and are subject to claims by other parties, including claims for matters that are liabilities of DuPont and its subsidiaries that we may be required to indemnify pursuant to the separation-related agreements executed prior to the Separation.

We accrue for clean-up activities consistent with the policy described under "Critical Accounting Policies and Estimates" within this *MD&A* and in "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements*. Our environmental liabilities include estimated costs, including certain accruable costs associated with on-site capital projects, related to a number of sites for which it is probable that environmental remediation will be required, whether or not subject to enforcement activities, as well as those obligations that result from environmental laws such as the CERCLA, RCRA, and similar federal, state, local, and foreign laws. These laws require certain investigative, remediation, and restoration activities at sites where we conduct or once conducted operations or at sites where our generated waste was disposed. At December 31, 2019 and 2018, our consolidated balance sheets included environmental remediation liabilities of $406 million and $291 million, respectively, relating to these matters, which, as discussed in further detail below, included $201 million and $75 million, respectively, for Fayetteville.

The following table sets forth the activities in our remediation accruals for the years ended December 31, 2019 and 2018.

| | | December 31, | | |
|---|---|---|---|---|
| (Dollars in millions) | | 2019 | | 2018 |
| **Balance at January 1,** | $ | 291 | $ | 253 |
| Increase in remediation accrual | | 200 | | 101 |
| Remediation payments | | (85 ) | | (63 ) |
| **Balance at December 31,** | $ | 406 | $ | 291 |

Our estimated liability for environmental remediation covered 211 sites at December 31, 2019 and 2018.

The following table sets forth our estimated environmental liability by site category.

| (Dollars in millions) | December 31, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| Site category | Number of Sites | Remediation Accrual | Number of Sites | Remediation Accrual |
| Chemours-owned (1) | 25 | $ 327 | 25 | $ 204 |
| Multi-party Superfund/non-owned (2) | 86 | 79 | 86 | 87 |
| Closed or settled | 100 | - | 100 | - |
| **Total sites** | 211 | $ 406 | 211 | $ 291 |

(1)  Includes remediation accrual of divested or sold sites where certain environmental obligations were retained by us in accordance with the related sale agreements.

(2)  Sites not owned by us, including sites previously owned by DuPont and sites owned by a third party, where remediation obligations are imposed by Superfund laws such as CERCLA or similar state laws.

As part of our legacy as a former subsidiary of DuPont, we are cleaning-up historical impacts to soil and groundwater that have occurred in the past at the 25 sites that we own. These operating and former operating sites make up approximately 80% of our remediation liabilities at December 31, 2019.

We were also assigned numerous clean-up obligations from DuPont, which pertain to 86 sites previously owned by DuPont and sites that we or DuPont never owned or operated. We are meeting our obligations to clean up those sites. The majority of these never-owned sites are multi-party Superfund sites that we, through DuPont, have been notified of potential liability under CERCLA or similar state laws and which, in some cases, may represent a small fraction of the total waste that was allegedly disposed of at a site. These sites represent approximately 20% of our remediation liabilities at December 31, 2019. Included in the 86 sites are 36 inactive sites for which there has been no known investigation, clean-up, or monitoring activity, and no remediation obligation is imposed or required; as such, no remediation liabilities are recorded.

The remaining 100 sites, which are Superfund sites and other sites not owned by us, are either already closed or settled, or sites for which we do not believe we have clean-up responsibility based on current information.

With the exception of Fayetteville, our remediation portfolio is relatively mature, with many sites under active clean-up moving towards final completion.

51

**The Chemours Company**

The following graph sets forth the number of remediation sites by site clean-up phase and our remediation liabilities by site clean-up phase as of December 31, 2019 and 2018.



(1)   Number of sites does not include the 36 inactive sites for which there has been no known investigation, clean-up, or monitoring activities as of December 31, 2019 and 2018.

(2)   Dollars in millions.

(3)   As of December 31, 2019, related to Fayetteville, Investigation included $155 million for on-site remediation, and Active Remediation included $46 million for off-site groundwater remediation. As of December 31, 2018, Investigation included $75 million related to Fayetteville.

As remediation efforts progress, sites move from the investigation phase ("Investigation") to the active clean-up phase ("Active Remediation"), and as construction is completed at Active Remediation sites, those sites move to the operation, maintenance, and monitoring ("OM&M"), or closure phase. As final clean-up activities for some significant sites are completed over the next several years, we expect our annual expenses related to these active sites to decline over time. The time frame for a site to go through all phases of remediation (Investigation and Active Remediation) may take about 15 to 20 years, followed by several years of OM&M activities. Remediation activities, including OM&M activities, vary substantially in duration and cost from site to site. These activities, and their associated costs, depend on the mix of unique site characteristics, evolving remediation technologies, and diverse regulatory requirements, as well as the presence or absence of other Potentially Responsible Parties ("PRPs"). In addition, for claims that we may be required to indemnify DuPont pursuant to the separation-related agreements, we and DuPont may have limited available information for certain sites or are in the early stages of discussions with regulators. For these sites, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $530 million above the amount accrued at December 31, 2019. In general, uncertainty is greatest and the range of potential liability is widest in the Investigation phase, narrowing over time as regulatory agencies approve site remedial plans. As a result, uncertainty is reduced, and sites ultimately move into OM&M, as needed. As more sites advance from Investigation to Active Remediation to OM&M or closure, the upper end of the range of potential liability is expected to decrease over time.

Some remediation sites will achieve site closure and will require no further action to protect people and the environment and comply with laws and regulations. At certain sites, we expect that there will continue to be some level of remediation activity due to ongoing OM&M of remedial systems. In addition, portfolio changes, such as an acquisition or divestiture, or notification as a PRP for a multi-party Superfund site, could result in additional remediation activity and potentially additional accrual.

Management does not believe that any loss, in excess of amounts accrued, related to remediation activities at any individual site will have a material impact on our financial position or cash flows for any given year, as such obligation can be satisfied or settled over many years.

52

**The Chemours Company**

*Significant Environmental Remediation Sites*

While there are many remediation sites that contribute to our total accrued environmental remediation liabilities at December 31, 2019 and 2018, the following table sets forth the sites that are the most significant.

| | December 31, | | | |
|---|---|---|---|---|
| *(Dollars in millions)* | **2019** | | **2018** | |
| Chambers Works, Deepwater, New Jersey | $ | 20 | $ | 18 |
| East Chicago, Indiana | | 17 | | 21 |
| Fayetteville Works, Fayetteville, North Carolina | | 201 | | 75 |
| Pompton Lakes, New Jersey | | 43 | | 45 |
| USS Lead, East Chicago, Indiana | | 13 | | 15 |
| All other sites | | 112 | | 117 |
| **Total accrued environmental remediation** | $ | 406 | $ | 291 |

The five sites listed above represent 72% and 60% of our total accrued environmental remediation liabilities at December 31, 2019 and 2018, respectively. For these five sites, we expect to spend, in the aggregate, $115 million over the next three years. For all other sites, we expect to spend $68 million over the next three years.

*Chambers Works, Deepwater, New Jersey*

The Chambers Works complex is located on the eastern shore of the Delaware River in Deepwater, Salem County, New Jersey. The site comprises the former Carneys Point Works in the northern area and the Chambers Works manufacturing area in the southern area. Site operations began in 1892 when the former Carneys Point smokeless gunpowder plant was constructed at the northern end of Carneys Point. Site operations began in the manufacturing area around 1914 and included the manufacture of dyes, aromatics, elastomers, chlorofluorocarbons, and tetraethyl lead. We continue to manufacture a variety of fluorochemicals and finished products at Chambers Works. In addition, three tenants operate processes at Chambers Works including steam/electricity generation, industrial gas production, and the manufacture of intermediate chemicals. As a result of over 100 years of continuous industrial activity, site soils and groundwater have been impacted by chemical releases.

In response to identified groundwater contamination, a groundwater interceptor well system ("IWS") was installed in 1970, which was designed to contain contaminated groundwater and restrict off-site migration. Additional remediation is being completed under a federal RCRA Corrective Action permit. The site has been studied extensively over the years, and more than 25 remedial actions have been completed to date and engineering and institutional controls put in place to ensure protection of people and the environment. In the fourth quarter of 2017, a site perimeter sheet pile barrier intended to more efficiently contain groundwater was completed.

Remaining work beyond continued operation of the IWS and groundwater monitoring includes completion of various targeted studies on site and in adjacent water bodies to close investigation data gaps, as well as selection and implementation of final remedies under RCRA Corrective Action for various solid waste management units and areas of concern not yet addressed through interim measures.

*East Chicago, Indiana*

East Chicago is a former manufacturing facility that we previously owned in East Chicago, Lake County, Indiana. The approximate 440-acre site is bounded to the south by the east branch of the Grand Calumet River, to the east and north by residential and commercial areas, and to the west by industrial areas, including a former lead processing facility. The inorganic chemicals unit on site produced various chloride, ammonia, and zinc products and inorganic agricultural chemicals beginning in 1892 until 1986. Organic chemical manufacturing began in 1944, consisting primarily of chlorofluorocarbons production. The remaining business was sold to W.R. Grace Company ("Grace") in early 2000. Approximately 172 acres of the site were never developed and are managed by The Nature Conservancy for habitat preservation.

A comprehensive evaluation of soil and groundwater conditions at the site was performed as part of the RCRA Corrective Action process. Studies of historical site impacts began in 1983 in response to preliminary CERCLA actions undertaken by the U.S. Environmental Protection Agency ("EPA"). The EPA eventually issued an Administrative Order on Consent for the site in 1997. The order specified that remediation work be performed under RCRA Corrective Action authority. Work has proceeded under the RCRA Corrective Action process since that time.

**The Chemours Company**

Subsequent investigations included the preparation of initial environmental site assessments and multiple phases of investigation. In 2002, as an interim remedial measure, two 2,000-foot long permeable reactive barrier treatment walls were installed along the northern property boundary to address migration of chemicals in groundwater. Since that time, the investigation process has been completed and approved by the EPA, and the final remedy for the site was issued by the EPA in July 2018.

On June 29, 2018, we sold the East Chicago, Indiana site to a third party for $1 million. In connection with the sale, the buyer agreed to assume all costs associated with environmental remediation activities at the site in excess of $21 million, which will remain our responsibility. At the time of the sale, we had accrued the full $21 million, of which $17 million remained as of December 31, 2019. We will reimburse the buyer through a series of progress payments to be made at defined intervals as certain tasks are completed.

*Fayetteville Works, Fayetteville, North Carolina*

Fayetteville is located southeast of the City of Fayetteville in Cumberland and Bladen counties, North Carolina. The facility encompasses approximately 2,200 acres, which were purchased by DuPont in 1970, and are bounded to the east by the Cape Fear River and to the west by North Carolina Highway 87. Currently, the site manufactures plastic sheeting, fluorochemicals, and intermediates for plastics manufacturing. A former manufacturing area, which was sold in 1992, produced nylon strapping and elastomeric tape. DuPont sold its Butacite® and SentryGlas® manufacturing units to Kuraray America, Inc. in September 2014. In July 2015, upon our separation from DuPont, we became the owner of the Fayetteville land assets along with fluoromonomers, Nafion® membranes, and the related polymer processing aid manufacturing units. A polyvinyl fluoride resin manufacturing unit remained with DuPont.

Beginning in 1996, several stages of site investigation were conducted under NC DEQ oversight, as required by the facility's hazardous waste permit. In addition, the site has voluntarily agreed to agency requests for additional investigations of the potential release of "PFAS" (perfluoroalkyl and polyfluoroalkyl substances) beginning with "PFOA" (collectively, perfluorooctanoic acids and its salts, including the ammonium salt) in 2006. As a result of detection of the polymerization processing aid hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid," sometimes referred to as "GenX" or "C3 Dimer Acid") in on-site groundwater wells during our investigations in 2017, the NC DEQ issued a Notice of Violation ("NOV") on September 6, 2017 alleging violations of North Carolina water quality statutes and requiring further response. Since that time, and in response to three additional NOVs issued by NC DEQ and pursuant to the Consent Order (as discussed below), we have worked cooperatively with the agency to investigate and address releases of PFAS to on-site and off-site groundwater and surface water.

As discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, as well as "Recent Developments" within this MD&A, we and the NC DEQ have filed a final Consent Order that comprehensively addressed various issues, NOVs, and court filings made by the NC DEQ regarding Fayetteville and resolved litigations filed by the NC DEQ and Cape Fear River Watch, a non-profit organization. In connection with the Consent Order, a thermal oxidizer became fully operational at the site in December 2019 to reduce aerial PFAS emissions from Fayetteville.

In the fourth quarter of 2019, we completed and submitted our Cape Fear River PFAS Loading Reduction Plan - Supplemental Information Report and CAP to NC DEQ. The Supplemental Information Report provides information to support the evaluation of potential remedial options to reduce PFAS loadings to surface waters, including interim alternatives. The CAP describes potential remediation activities to address PFAS in on-site groundwater and surface waters at the site, in accordance with the requirements of the Consent Order and the North Carolina groundwater standards, and builds on the previous submissions to NC DEQ. The NC DEQ has made the CAP available for public review and comment until March 6, 2020.

In the fourth quarter of 2019, based on the Consent Order, CAP, and our plans, we accrued an additional $132 million related to the estimated cost of on-site remediation.

*Pompton Lakes, New Jersey*

During the 20th century, blasting caps, fuses, and related materials were manufactured at Pompton Lakes, Passaic County, New Jersey. Operating activities at the site were ceased in the mid-1990s. The primary contaminants in the soil and sediments are lead and mercury. Groundwater contaminants include volatile organic compounds. Under the authority of the EPA and the New Jersey Department of Environmental Protection ("NJ DEP"), remedial actions at the site are focused on investigating and cleaning-up the area. Groundwater monitoring at the site is ongoing, and we have installed and continue to install vapor mitigation systems at residences within the groundwater plume. In addition, we are further assessing groundwater conditions. In September 2015, the EPA issued a modification to the site's RCRA permit that requires us to dredge mercury contamination from a 36-acre area of the lake and remove sediment from two other areas of the lake near the shoreline. The remediation activities commenced when permits and implementation plans were approved in May 2016, and work on the lake dredging project is now complete. In April 2019, Chemours submitted a revised Corrective Measures Study ("CMS") proposing actions to address on-site soils impacted from past operations that exceed applicable clean-up criteria. That CMS is currently under review by EPA and NJ DEP.

54

**The Chemours Company**

*U.S. Smelter and Lead Refinery, Inc., East Chicago, Indiana*

The U.S. Smelter and Lead Refinery, Inc. ("USS Lead") Superfund site is located in the Calumet neighborhood of East Chicago, Lake County, Indiana. The site includes the former USS Lead facility along with nearby commercial, municipal, and residential areas. The primary compounds of interest are lead and arsenic which may be found in soils within the impacted area. The EPA is directing and organizing remediation on this site, and we are one of a number of parties working cooperatively with the EPA on the safe and timely completion of this work. DuPont's former East Chicago manufacturing facility was located adjacent to the site, and DuPont assigned responsibility for the site to us in the separation agreement.

The USS Lead Superfund site was listed on the National Priorities List in 2009. To facilitate negotiations with PRPs, the EPA divided the residential part of the USS Lead Superfund site into three zones, referred to as Zone 1, Zone 2, and Zone 3. The division into three zones resulted in Atlantic Richfield Co. ("Atlantic Richfield") and DuPont entering into an agreement in 2014 with the EPA and the State of Indiana to reimburse the EPA's costs to implement clean-up in Zone 1 and Zone 3. More recently, in March 2017, we and three other parties - Atlantic Richfield, DuPont, and the U.S. Metals Refining Co. ("US Metals") - entered into an administrative order on consent to reimburse the EPA's costs to clean-up a portion of Zone 2. In March 2018, the EPA issued a Unilateral Administrative Order for the remainder of the Zone 2 work to five parties, including us, Atlantic Richfield, DuPont, U.S. Metals, and USS Lead Muller Group, and these parties entered into an interim allocation agreement to perform that work. As of the end of 2019, the required work in Zone 3 has been completed, and Zone 2 is nearly complete. There is uncertainty as to whether these parties will be able to agree on a final allocation for Zone 2 and/or the other Zones, and whether any additional PRPs may be identified.

The environmental accrual for USS Lead continues to include completion of the remaining obligations under the 2012 Record of Decision ("ROD") and Statement of Work, which principally encompasses completion of Zone 1. The EPA released a proposed amendment to the 2012 ROD for a portion of Zone 1 in December 2018 (following its August 2018 Feasibility Study Addendum), with its recommended option based on future residential use. However, the proposed amendment was sent out for public comment with the EPA's statement that the remedy basis and cost may change based on community input on future land use. The EPA's final decision was expected in 2019, but has not yet been released. We expect that our future costs for Zone 1 will be contingent on this remedy decision, as well as any final allocation between PRPs.

*New Jersey Department of Environmental Protection Directives and Litigation*

In March 2019, the NJ DEP issued two Directives and filed four lawsuits against Chemours and other defendants. Further discussion related to these matters is included in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

*Climate Change*

In 2018, we issued our inaugural Corporate Responsibility Commitment ("CRC") Report, which expresses our corporate responsibility commitment - an extension of our growth strategy - as 10 ambitious goals targeted for completion by 2030. Built on the pillars of Inspired People, Shared Planet, and an Evolved Portfolio, our Shared Planet pillar underlines our commitment to deliver essential solutions responsibly, without causing harm to the Earth. With a focus on the responsible treatment of climate, water, and waste, our Shared Planet goals are comprised of the following:

- Reduce greenhouse gas ("GHG") emissions intensity by 60%;
- Advance our plan to become carbon positive by 2050;
- Reduce air and water process emissions of fluorinated organic chemicals by 99% or more; and,
- Reduce our landfill volume intensity by 70%.

We are committed to improving our resource efficiency, to acting on opportunities to reduce our GHG emissions, to enhancing the eco-efficiency of our supply chain, and to encouraging our employees to reduce their own environmental footprints. We understand that maintaining safe, sustainable operations has an impact on us, our communities, the environment, and our collective future. We continue to invest in R&D to develop safer, cleaner, and more efficient products and processes that help our customers and consumers reduce both their GHGs and their overall environmental footprint. We value collaboration to drive change and commit to working with policymakers, our value chain, and other organizations to encourage collective action for reducing GHGs.

**PFOA**

See our discussion under the heading "PFOA" in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

**The Chemours Company**

**GenX**

On June 26, 2019 the Member States Committee of the European Chemicals Agency ("ECHA") voted to list HFPO Dimer Acid as a Substance of Very High Concern. The vote was based on Article 57(f) - equivalent level of concern having probable serious effects to the environment. This identification does not impose immediate regulatory restriction or obligations, but may lead to a future authorization or restriction of the substance. On September 24, 2019, Chemours filed an application with the EU Court of Justice for the annulment of the decision of ECHA to list HFPO Dimer Acid as a Substance of Very High Concern.

**Delaware Chancery Court Lawsuit**

In May 2019, we filed a lawsuit in Delaware Chancery Court ("Chancery Court") against DowDuPont, Inc., Corteva, Inc., and DuPont concerning DuPont's contention that it is entitled to unlimited indemnity from us for specified liabilities that DuPont assigned to us in the spin-off. The lawsuit requests that the Chancery Court enter a declaratory judgment limiting DuPont's indemnification rights against us and the transfer of liabilities to us to the actual "high-end (maximum) realistic exposures" it stated in connection with the spin-off, or, in the alternative, requiring the return of the approximate $4 billion dividend DuPont extracted from us in connection with the spin-off. In response, DuPont has filed a Motion to Dismiss the lawsuit seeking to have the dispute heard in a non-public arbitration rather than the Chancery Court. Many of the potential litigation liabilities discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* are at issue in the lawsuit.

**The Chemours Company**

**Non-GAAP Financial Measures**

We prepare our consolidated financial statements in accordance with GAAP. To supplement our financial information presented in accordance with GAAP, we provide the following non-GAAP financial measures - Adjusted EBITDA, Adjusted Net Income, Adjusted Earnings per Share ("EPS"), Free Cash Flows ("FCF"), and Return on Invested Capital ("ROIC") - in order to clarify and provide investors with a better understanding of our performance when analyzing changes in our underlying business between reporting periods and provide for greater transparency with respect to supplemental information used by management in its financial and operational decision-making. We utilize Adjusted EBITDA as the primary measure of segment profitability used by our CODM.

Adjusted EBITDA is defined as income (loss) before income taxes, excluding the following:

- interest expense, depreciation, and amortization;
- non-operating pension and other post-retirement employee benefit costs, which represents the components of net periodic pension (income) costs excluding the service cost component;
- exchange (gains) losses included in other income (expense), net;
- restructuring, asset-related, and other charges;
- asset impairments;
- (gains) losses on sales of business or assets; and,
- other items not considered indicative of our ongoing operational performance and expected to occur infrequently.

Adjusted Net Income is defined as our net income or loss, adjusted for items excluded from Adjusted EBITDA, except interest expense, depreciation, amortization, and certain provision for (benefit from) income tax amounts. Adjusted EPS is presented on a diluted basis and is calculated by dividing Adjusted Net Income by the weighted-average number of our common shares outstanding, accounting for the dilutive impact of our stock-based compensation awards. FCF is defined as our cash flows provided by (used for) operating activities, less purchases of property, plant, and equipment as shown in our consolidated statements of cash flows. ROIC is defined as Adjusted Earnings before Interest and Taxes ("EBIT"), divided by the average of our invested capital, which amounts to net debt plus equity.

We believe the presentation of these non-GAAP financial measures, when used in conjunction with GAAP financial measures, is a useful financial analysis tool that can assist investors in assessing our operating performance and underlying prospects. This analysis should not be considered in isolation or as a substitute for analysis of our results as reported under GAAP. In the future, we may incur expenses similar to those eliminated in this presentation. Our presentation of Adjusted EBITDA, Adjusted Net Income, Adjusted EPS, FCF, and ROIC should not be construed as an inference that our future results will be unaffected by unusual or infrequently occurring items. The non-GAAP financial measures we use may be defined differently from measures with the same or similar names used by other companies. This analysis, as well as the other information provided in this Annual Report on Form 10-K, should be read in conjunction with the *Consolidated Financial Statements* and notes thereto included in this report.

**The Chemours Company**

The following table sets forth a reconciliation of Adjusted EBITDA, Adjusted Net Income, and Adjusted EPS to our net income (loss) attributable to Chemours for the years ended December 31, 2019 and 2018.

| | | Year Ended December 31, | | |
|---|---|---|---|---|
| (Dollars in millions, except per share amounts) | | 2019 | | 2018 |
| **Net (loss) income attributable to Chemours** | $ | (52 ) | $ | 995 |
| Non-operating pension and other post-retirement employee benefit cost (income) (1) | | 368 | | (27 ) |
| Exchange losses (gains), net | | 2 | | (1 ) |
| Restructuring, asset-related, and other charges (2) | | 87 | | 49 |
| Loss on extinguishment of debt | | - | | 38 |
| Gain on sales of assets and businesses (3) | | (10 ) | | (45 ) |
| Transaction costs (4) | | 3 | | 9 |
| Legal and environmental charges (5) | | 175 | | 82 |
| Other charges | | - | | 1 |
| Adjustments made to income taxes (6) | | - | | (41 ) |
| Benefit from income taxes relating to reconciling items (7) | | (154 ) | | (26 ) |
| **Adjusted Net Income** | | 419 | | 1,034 |
| Net income attributable to non-controlling interests | | - | | 1 |
| Interest expense, net | | 208 | | 195 |
| Depreciation and amortization | | 311 | | 284 |
| All remaining provision for income taxes | | 82 | | 226 |
| **Adjusted EBITDA** | $ | 1,020 | $ | 1,740 |
| Weighted-average number of common shares outstanding - basic | | 164,816,839 | | 176,968,554 |
| Dilutive effect of our employee compensation plans (8) | | 2,428,184 | | 5,603,467 |
| Weighted-average number of common shares outstanding - diluted (8) | | 167,245,023 | | 182,572,021 |
| **Per share data** | | | | |
| Basic (loss) earnings per share of common stock | $ | (0.32 ) | $ | 5.62 |
| Diluted (loss) earnings per share of common stock (8) | | (0.32 ) | | 5.45 |
| Adjusted basic earnings per share of common stock | | 2.54 | | 5.85 |
| Adjusted diluted earnings per share of common stock (8) | | 2.51 | | 5.67 |

(1) The year ended December 31, 2019 includes a $380 million settlement loss related to a significant portion of our Netherlands pension plan, specific to the vested pension benefits of the inactive participants. See "Note 27 - Long-term Employee Benefits" to the *Consolidated Financial Statements* for further details.

(2) Includes restructuring, asset-related, and other charges, which are discussed in further detail in "Note 7 - Restructuring, Asset-related, and Other Charges" to the *Consolidated Financial Statements*.

(3) The year ended December 31, 2019 included a non-cash gain of $9 million related to the sale of the Company's Repauno, New Jersey site. The year ended December 31, 2018 included gains of $3 million and $42 million associated with the sales of our East Chicago, Indiana and Linden, New Jersey sites, respectively.

(4) Includes costs associated with our debt transactions, as well as accounting, legal, and bankers' transaction costs incurred in connection with our strategic initiatives.

(5) Legal charges pertains to litigation settlements, PFOA drinking water treatment accruals, and other legal charges. Environmental charges pertains to estimated liabilities associated with on-site remediation, off-site groundwater remediation, and toxicology studies related to Fayetteville. The year ended December 31, 2019 included $168 million in additional charges for the approved final Consent Order associated with certain matters at Fayetteville. The year ended December 31, 2018 included $63 million in additional charges for the estimated liability associated with Fayetteville. See "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further detail.

(6) Includes the removal of certain discrete income tax impacts within our provision for income taxes, such as the benefit from windfalls on our share-based payments, historical valuation allowance adjustments, unrealized gains and losses on foreign exchange rate changes, and other discrete income tax items.

(7) The income tax impacts included in this caption are determined using the applicable rates in the taxing jurisdictions in which income or expense occurred and represents both current and deferred income tax expense or benefit based on the nature of the non-GAAP financial measure.

(8) In periods where the Company incurs a net loss, the impact of potentially dilutive securities is excluded from the calculation of EPS under GAAP, as its inclusion would have an anti-dilutive effect. As such, with respect to the GAAP measure of diluted EPS, the impact of potentially dilutive securities is excluded from our calculation for the year ended December 31, 2019. With respect to the non-GAAP measure of adjusted diluted EPS, the impact of potentially dilutive securities is included in our calculation for both of the periods presented above, as Adjusted Net Income was in a net income position for the years ended December 31, 2019 and 2018.

58

**The Chemours Company**

The following table sets forth a reconciliation of FCF to our cash flows provided by operating activities for the years ended December 31, 2019 and 2018.

| (Dollars in millions) | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2019** | | **2018** | |
| Cash flows provided by operating activities | $ | 650 | $ | 1,140 |
| Less: Purchases of property, plant, and equipment | | (481 ) | | (498 ) |
| **Free Cash Flows** | $ | 169 | $ | 642 |

The following table sets forth a reconciliation of invested capital, net, a component of ROIC, to our total debt, equity, and cash and cash equivalents amounts for the years ended December 31, 2019 and 2018.

| (Dollars in millions) | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2019** | | **2018** | |
| Adjusted EBITDA (1) | $ | 1,020 | $ | 1,740 |
| Less: Depreciation and amortization | | (311 ) | | (284 ) |
| **Adjusted EBIT** | | 709 | | 1,456 |
| Total debt | | 4,160 | | 3,972 |
| Total equity | | 695 | | 1,020 |
| Less: Cash and cash equivalents | | (943 ) | | (1,201 ) |
| **Invested capital, net** | $ | 3,912 | $ | 3,791 |
| Average invested capital (2) | $ | 4,102 | $ | 3,717 |
| **Return on Invested Capital** | | 17 % | | 39 % |

(1) See the preceding tables for a reconciliation of Adjusted EBITDA to net income (loss) attributable to Chemours for the years ended December 31, 2019 and 2018.

(2) Average invested capital is based on a five-quarter trailing average of invested capital, net.

59

**The Chemours Company**

## Item 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

We are exposed to changes in foreign currency exchange rates because of our global operations. As a result, we have assets, liabilities, and cash flows denominated in a variety of foreign currencies. We are also exposed to changes in the prices of certain commodities that we use in production. Changes in these rates and commodity prices may have an impact on our future cash flows and earnings. We manage these risks through normal operating and financing activities and, when deemed appropriate, through the use of derivative financial instruments. We do not enter into derivative financial instruments for trading or speculative purposes.

By using derivative financial instruments, we are subject to credit and market risk. The fair values of the derivative financial instruments are determined by using valuation models whose inputs are derived using market observable inputs, and reflects the asset or liability position as of the end of each reporting period. When the fair value of a derivative contract is positive, the counterparty owes us, thus creating a receivable risk for us. We are exposed to counterparty credit risk in the event of non-performance by counterparties to our derivative agreements. We minimize counterparty credit (or repayment) risk by entering into transactions with major financial institutions of investment grade credit ratings.

### Foreign Currency Risks

We enter into foreign currency forward contracts to minimize the volatility in our earnings related to foreign exchange gains and losses resulting from the remeasurement of our monetary assets and liabilities that are denominated in non-functional currencies, and any gains and losses from the foreign currency forward contracts are intended to be offset by any gains or losses from the remeasurement of the underlying monetary assets and liabilities. These derivatives are stand-alone and, except as described below, have not been designated as a hedge. At December 31, 2019, we had 16 foreign currency forward contracts outstanding, with an aggregate gross notional U.S. dollar equivalent of $530 million, the fair value of which amounted to less than $1 million. At December 31, 2018, we had 20 foreign currency forward contracts outstanding, with an aggregate gross notional U.S. dollar equivalent of $503 million, the fair value of which amounted to less than $1 million. We recognized a net loss of $2 million, and net gains of $3 million and $4 million for the years ended December 31, 2019, 2018, and 2017, respectively, within other income (expense), net related to our non-designated foreign currency forward contracts.

We enter into certain of our qualifying foreign currency forward contracts under a cash flow hedge program to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases in certain of our international subsidiaries that use the euro as their functional currency. At December 31, 2019, we had 150 foreign currency forward contracts outstanding under our cash flow hedge program with an aggregate notional U.S. dollar equivalent of $124 million, the fair value of which amounted to $1 million of net unrealized gain. At December 31, 2018, we had 75 foreign currency forward contracts outstanding under our cash flow hedge program with an aggregate notional U.S. dollar equivalent of $143 million, the fair value of which amounted to $3 million of net unrealized gain. We recognized pre-tax gains of $6 million and $10 million for the years ended December 31, 2019 and 2018, respectively, on our cash flow hedge within accumulated other comprehensive loss. For the years ended December 31, 2019 and 2018, $10 million and $4 million of gain was reclassified to the cost of goods sold from accumulated other comprehensive loss, respectively.

We designated our euro-denominated debt as a hedge of our net investment in certain of our international subsidiaries that use the euro as their functional currency in order to reduce the volatility in stockholders' equity caused by changes in foreign currency exchange rates of the euro with respect to the U.S. dollar. We recognized pre-tax gains of $20 million and $32 million, and a pre-tax loss of $86 million on our net investment hedge within accumulated other comprehensive loss for the years ended December 31, 2019, 2018, and 2017, respectively.

Our risk management programs and the underlying exposures are closely correlated, such that the potential loss in value for the risk management portfolio described above would be largely offset by the changes in the value of the underlying exposures. See "Note 26 - Financial Instruments" to the *Consolidated Financial Statements* for further information.

### Concentration of Credit Risk

Our sales are not dependent on any single customer. At December 31, 2019 and 2018, one individual customer balance represented approximately 5% and 8% of our total outstanding accounts and notes receivable balance, respectively. Any credit risk associated with our accounts and notes receivable balance is representative of the geographic, industry, and customer diversity associated with our global businesses. As a result of our customer base being widely dispersed, we do not believe our exposure to credit-related losses related to our business as of December 31, 2019 and 2018 was material.

We also maintain strong credit controls in evaluating and granting customer credit. As a result, we may require that customers provide some type of financial guarantee in certain circumstances. The length of terms for customer credit varies by industry and region.

60

**The Chemours Company**

## Commodities Risk

A portion of our products and raw materials are commodities whose prices fluctuate as market supply and demand fundamentals change. Accordingly, product margins and the level of our profitability tend to fluctuate with changes in the business cycle. We try to protect against such instability through various business strategies. These include provisions in sales contracts allowing us to pass on higher raw materials costs through timely price increases and formula price contracts to transfer or share commodity price risk. We did not have any commodity derivative financial instruments in place as of December 31, 2019 and 2018.

## Item 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

The financial statements and supplementary data required by this *Item 8 - Financial Statements and Supplementary Data* is incorporated by reference herein as set forth in *Item 15(a)(1) - Consolidated Financial Statements*.

## Item 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

None.

## Item 9A. CONTROLS AND PROCEDURES

### Disclosure Controls and Procedures

We maintain disclosure controls and procedures designed to provide reasonable assurance that the information required to be disclosed in our reports filed or submitted under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the SEC. These controls and procedures also provide reasonable assurance that information required to be disclosed in such reports is accumulated and communicated to management, including our CEO and CFO, to allow timely decisions regarding required disclosures.

As of December 31, 2019, our CEO and CFO, together with management, conducted an evaluation of the effectiveness of our disclosure controls and procedures as defined in Rule 13a-15(e) under the Exchange Act. Based on that evaluation, the CEO and CFO have concluded that these disclosure controls and procedures are effective at the reasonable assurance level.

### Changes in Internal Control over Financial Reporting

There have been no changes in our internal control over financial reporting that occurred during the year ended December 31, 2019 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

### Management's Report on Internal Control over Financial Reporting

We have completed an evaluation of our internal control over financial reporting and have concluded that our internal control over financial reporting was effective as of December 31, 2019 (see "Management's Report on Internal Control over Financial Reporting" on page F-2 to the *Consolidated Financial Statements*).

## Item 9B. OTHER INFORMATION

None.

61

**The Chemours Company**
**PART III**

### Item 10. DIRECTORS, EXECUTIVE OFFICERS, AND CORPORATE GOVERNANCE

Except for information concerning executive officers, which is included in Part I of this Annual Report on Form 10-K under the caption "Information About Our Executive Officers," the information about our directors required by this *Item 10 - Directors, Executive Officers, and Corporate Governance* is contained under the caption "Proposal 1 - Election of Directors" in the definitive proxy statement for our 2020 annual meeting of stockholders (the "2020 Proxy Statement"), which we anticipate filing with the SEC within 120 days after the end of the fiscal year to which this report relates, and is incorporated herein by reference.

Information regarding our audit committee, code of ethics, and compliance with Section 16(a) of the Exchange Act is contained in the 2020 Proxy Statement under the captions "Corporate Governance," "Board Structure and Committee Composition," and "Section 16(a) Beneficial Ownership Reporting Compliance" and is incorporated herein by reference.

### Item 11. EXECUTIVE COMPENSATION

The information required by this *Item 11 - Executive Compensation* is contained in the 2020 Proxy Statement under the captions "Executive Compensation," "Director Compensation," "Compensation Committee Report," and "Compensation Committee Interlocks, and Insider Participation" and is incorporated herein by reference.

### Item 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required by this *Item 12 - Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters* and not otherwise set forth below is contained in the 2020 Proxy Statement under the caption "Security Ownership of Certain Beneficial Owners and Management" and is incorporated herein by reference.

**Securities authorized for issuance under equity compensation plans**

*(Shares in thousands)*

| | December 31, 2019 | | |
| --- | --- | --- | --- |
| Plan Category | Number of Securities to be Issued Upon Exercise of Outstanding Options, Warrants, and Rights (1) | Weighted-average Exercise Price of Outstanding Options, Warrants, and Rights (2) | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans (3) |
| Equity compensation plans approved by security holders | 7,100 | $ 20.92 | 13,900 |

(1) Includes the approximate number of outstanding stock options, restricted stock units ("RSUs"), and performance share units ("PSUs").

(2) Represents the weighted-average exercise price of outstanding stock options only. RSUs and PSUs do not have associated exercise prices.

(3) Reflects the approximate shares available for issuance pursuant to The Chemours Company 2017 Equity and Incentive Plan (the "2017 Plan"), which was approved by our stockholders on April 26, 2017 and replaces The Chemours Company Equity and Incentive Plan. The maximum number of shares of stock reserved for the grant or settlement of awards under the 2017 Plan is 19,000,000.

### Item 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

The information required by this *Item 13 - Certain Relationships and Related Transactions, and Director Independence* is contained in the 2020 Proxy Statement under the captions "Director Independence" and "Certain Relationships and Transactions" and is incorporated herein by reference.

### Item 14. PRINCIPAL ACCOUNTING FEES AND SERVICES

The information required by this *Item 14 - Principal Accounting Fees and Services* is contained in the 2020 Proxy Statement under the captions "Proposal 3 - Ratification of Selection of Independent Registered Public Accounting Firm," "Fees Paid to Independent Registered Public Accounting Firm," and "Audit Committee's Pre-approval Policies and Procedures" and is incorporated herein by reference.

**The Chemours Company**
**PART IV**

## Item 15. EXHIBITS, FINANCIAL STATEMENT SCHEDULES

### (a)(1) Consolidated Financial Statements
See the "Index to the *Consolidated Financial Statements*" commencing on page F-1 of this Annual Report on Form 10-K.

### (a)(2) Financial Statement Schedule
Schedules not listed above have been omitted because they are not required, not applicable, or the required information is otherwise included.

### (a)(3) Exhibits
See the "Exhibit Index" beginning on page 64 of this Annual Report on Form 10-K.

## Item 16. FORM 10-K SUMMARY
None.

**The Chemours Company**

| EXHIBIT INDEX |
|---|

| Exhibit Number | Description |
|---|---|
| 2.1 | Separation Agreement by and between E. I. du Pont de Nemours and Company and the Chemours Company (incorporated by reference to Exhibit 2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 2.1(1) | Amendment No. 1, dated August 24, 2017, to the Separation Agreement, dated as of July 1, 2015, by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 2.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on August 25, 2017). |
| 3.1 | Company's Amended and Restated Certificate of Incorporation (incorporated by reference to Exhibit 3.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 3.2 | Company's Amended and Restated Bylaws (incorporated by reference to Exhibit 3.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 4.1 | Indenture, dated May 12, 2015 by and among The Chemours Company, The Guarantors party thereto and U.S. Bank National Association, as Trustee, Elavon Financial Services Limited, as Registrar and Transfer Agent for the Euro Notes (incorporated by reference to Exhibit 10.7 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(1) | First Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee (incorporated by reference to Exhibit 10.8 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(2) | Second Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee (incorporated by reference to Exhibit 10.9 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(3) | Third Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee, Elavon Financial Services Limited, UK Branch, as Paying Agent for the Euro Notes and Elavon Financial Services Limited, as Registrar and Transfer Agent for the Euro Notes (incorporated by reference to Exhibit 10.10 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(4) | Fourth Supplemental Indenture, dated as of June 6, 2018, among The Chemours Company, the Guarantors named therein, U.S. Bank National Association, as trustee, Elavon Financial Services DAC, UK Branch, as paying agent, and Elavon Financial Services DAC, as registrar and transfer agent (incorporated by reference to Exhibit 4.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on June 6, 2018). |
| 4.1(5) | Specimen 6.625% Notes due 2023 (included in Exhibit 4.1(1)). |
| 4.1(6) | Specimen 7.000% Notes due 2025 (included in Exhibit 4.1(2)). |
| 4.1(7) | Specimen 6.125% Notes due 2023 (included in Exhibit 4.1(3)). |
| 4.2 | Indenture (for senior debt securities), dated as of May 23, 2017, by and between The Chemours Company and U.S. Bank National Association, as trustee (incorporated by reference to Exhibit 4.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(1) | First Supplemental Indenture, dated as of May 23, 2017, by and among The Chemours Company, the guarantors named therein and U.S. Bank National Association, as trustee (incorporated by reference to Exhibit 4.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(2) | Second Supplemental Indenture, dated as of June 6, 2018, among The Chemours Company, the Guarantors named therein, U.S. Bank National Association, as trustee, Elavon Financial Services DAC, UK Branch, as paying agent, and Elavon Financial Services DAC, as registrar and transfer agent (incorporated by reference to Exhibit 4.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on June 6, 2018). |
| 4.2(3) | Specimen 5.375% Senior Note due 2027 (incorporated by reference to Exhibit 4.3 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(4) | Specimen 4.000% Senior Note Due 2026 (included in Exhibit 4.2(2)). |
| 4.3 | Description of common stock. |
| 10.1 | Second Amended and Restated Transition Services Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.2 | Tax Matters Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.3 | Employee Matters Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.3 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.4 | Third Amended and Restated Intellectual Property Cross-License Agreement by and among E. I. du Pont de Nemours and Company, The Chemours Company FC and The Chemours Company TT, LLC (incorporated by reference to Exhibit 10.4 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.14 | Amended and Restated Credit Agreement, dated as of April 3, 2018, among The Chemours Company, the Lenders and Issuing Banks party thereto and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on April 3, 2018). |
| 10.16* | The Chemours Company Equity and Incentive Plan (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205391, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.17* | The Chemours Company Retirement Savings Restoration Plan (incorporated by reference to Exhibit 10.5 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |

64

**The Chemours Company**

| Exhibit Number | Description |
|---|---|
| 10.18* | The Chemours Company Management Deferred Compensation Plan (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205393), as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.19(1)* | The Chemours Company Stock Accumulation and Deferred Compensation Plan for Directors (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205392), as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.19(2)* | The Chemours Company Stock Accumulation and Deferred Compensation Plan for Directors (incorporated by reference to Exhibit 10.2 to the Company's Quarterly Report on Form 10-Q, as filed with the U.S. Securities and Exchange Commission on May 4, 2018). |
| 10.20* | The Chemours Company Senior Executive Severance Plan (incorporated by reference to Exhibit 10.20 to the company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 10.21* | Form of Option Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.21 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.22* | Form of Restricted Stock Unit Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.22 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.23* | Form of Stock Appreciation Right Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.23 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.24(1)* | Form of Restricted Stock Unit Terms for Non-Employee Directors under the Company's Equity Incentive Plan (incorporated by reference to Exhibit 10.24 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.24(2)* | Form of Deferred Stock Unit Terms for Non-Employee Directors under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.3 to the Company's Quarterly Report on Form 10-Q, as filed with the U.S. Securities and Exchange Commission on May 4, 2018). |
| 10.25* | Form of Performance-Based Restricted Stock Unit Terms for August 2015 (incorporated by reference to Exhibit 10.25 to the company's Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2015). |
| 10.26* | Form of Performance Share Unit Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.26 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.27* | Form of Cash Performance Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.27 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.28* | Form of Indemnification Agreement for officers and directors (incorporated by reference to Exhibit 10.28 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.30 | Letter Agreement dated January 28, 2016 by and between The Chemours Company and E. I. du Pont de Nemours and Company (incorporated by reference to Item 10.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on February 23, 2016). |
| 10.31* | Form of Option Award Terms under the Company's Equity Incentive Plan for grantees located in the U.S. (incorporated by reference to Exhibit 10.31 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.32* | Form of Option Award Terms under the Company's Equity Incentive Plan for grantees located outside the U.S. (incorporated by reference to Exhibit 10.32 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.33* | Form of Award Terms of Time-Vested Restricted Stock Units under the Company's Equity Incentive Plan for grantees located in the U.S. (incorporated by reference to Exhibit 10.33 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.34* | Form of Award Terms of Time-Vested Restricted Stock Units under the Company's Equity Incentive Plan for grantees located outside the U.S. (incorporated by reference to Exhibit 10.34 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.35* | Form of Award Terms of Performance Share Units under the Company's Equity Incentive Plan (incorporated by reference to Exhibit 10.35 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.36* | Separation Agreement and Release between Paul Kirsch and the Company effective October 31, 2019, dated October 3, 2019. |
| 10.37* | The Chemours Company 2017 Equity and Incentive Plan (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 1, 2017). |
| 21 | Subsidiaries of the Registrant. |
| 23 | Consent of Independent Registered Public Accounting Firm. |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certification of the Company's Principal Executive Officer. |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certification of the Company's Principal Financial Officer. |
| 32.1 | Section 1350 Certification of the company's Principal Executive Officer. The information contained in this Exhibit shall not be deemed filed with the Securities and Exchange Commission nor incorporated by reference in any registration statement filed by the registrant under the Securities Act of 1933, as amended. |
| 32.2 | Section 1350 Certification of the company's Principal Financial Officer. The information contained in this Exhibit shall not be deemed filed with the Securities and Exchange Commission nor incorporated by reference in any registration statement filed by the registrant under the Securities Act of 1933, as amended. |
| 95 | Mine Safety Disclosures. |
| 101.INS | XBRL Instance Document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |

**The Chemours Company**

| Exhibit Number | Description |
| --- | --- |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 104 | The cover page from the Company's Annual Report on Form 10-K for the year ended December 31, 2019, which has been formatted in Inline XBRL and included within Exhibit 101. |

* Management contract or compensatory plan or arrangement.

66

**The Chemours Company**

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

THE CHEMOURS COMPANY
(Registrant)

Date: February 14, 2020

By: /s/ Sameer Ralhan

Sameer Ralhan
Senior Vice President, Chief Financial Officer and Treasurer
(As Duly Authorized Officer and Principal Financial Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant in the capacities and on the dates indicated:

| Signature | Title(s) | Date |
|---|---|---|
| /s/ Mark P. Vergnano<br>Mark P. Vergnano | President, Chief Executive Officer, and Director<br>(Principal Executive Officer) | February 14, 2020 |
| /s/ Sameer Ralhan<br>Sameer Ralhan | Senior Vice President,<br>Chief Financial Officer and Treasurer<br>(Principal Financial Officer) | February 14, 2020 |
| /s/ Matthew S. Abbott<br>Matthew S. Abbott | Vice President and Controller<br>(Principal Accounting Officer) | February 14, 2020 |
| /s/ Richard H. Brown<br>Richard H. Brown | Chairman of the Board | February 14, 2020 |
| /s/ Curtis V. Anastasio<br>Curtis V. Anastasio | Director | February 14, 2020 |
| /s/ Bradley J. Bell<br>Bradley J. Bell | Director | February 14, 2020 |
| /s/ Mary B. Cranston<br>Mary B. Cranston | Director | February 14, 2020 |
| /s/ Curtis J. Crawford<br>Curtis J. Crawford | Director | February 14, 2020 |
| /s/ Dawn L. Farrell<br>Dawn L. Farrell | Director | February 14, 2020 |
| /s/ Erin N. Kane<br>Erin N. Kane | Director | February 14, 2020 |
| /s/ Sean D. Keohane<br>Sean D. Keohane | Director | February 14, 2020 |

67

**The Chemours Company**

<table>
<tr><td style="background-color:#EE4B3A; color:white; text-align:center" colspan="2">**INDEX TO THE CONSOLIDATED FINANCIAL STATEMENTS**</td></tr>
<tr><td></td><td>**Page**</td></tr>
<tr><td>Management's Report on Internal Control over Financial Reporting</td><td>F-2</td></tr>
<tr><td>Report of Independent Registered Public Accounting Firm</td><td>F-3</td></tr>
<tr><td>Consolidated Statements of Operations for the years ended December 31, 2019, 2018, and 2017</td><td>F-6</td></tr>
<tr><td>Consolidated Statements of Comprehensive Income (Loss) for the years ended December 31, 2019, 2018, and 2017</td><td>F-7</td></tr>
<tr><td>Consolidated Balance Sheets at December 31, 2019 and 2018</td><td>F-8</td></tr>
<tr><td>Consolidated Statements of Stockholders' Equity for the years ended December 31, 2019, 2018, and 2017</td><td>F-9</td></tr>
<tr><td>Consolidated Statements of Cash Flows for the years ended December 31, 2019, 2018, and 2017</td><td>F-10</td></tr>
<tr><td>Notes to the Consolidated Financial Statements</td><td>F-11</td></tr>
</table>

F-1

**The Chemours Company**

**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rule 13a-15(f) under the Securities Exchange Act of 1934. The Company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. The Company's internal control over financial reporting includes those policies and procedures that:

(i)    pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the Company;

(ii)   provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles and that receipts and expenditures of the Company are being made only in accordance with authorization of management and directors of the Company; and,

(iii)  provide reasonable assurance regarding prevention or timely detection of unauthorized acquisitions, uses, or dispositions of the Company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2019, based on criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) in *Internal Control - Integrated Framework* (2013). Based on its assessment and those criteria, management concluded that the Company maintained effective internal control over financial reporting as of December 31, 2019.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, has audited the effectiveness of the Company's internal control over financial reporting as of December 31, 2019, as stated in its report, which is presented on the following page.

/s/ Mark P. Vergnano                                      /s/ Sameer Ralhan

Mark P. Vergnano                                          Sameer Ralhan
President and                                            Senior Vice President,
Chief Executive Officer                                  Chief Financial Officer and Treasurer
February 14, 2020

F-2

**Report of Independent Registered Public Accounting Firm**

To the Board of Directors and Stockholders of The Chemours Company

***Opinions on the Financial Statements and Internal Control over Financial Reporting***

We have audited the accompanying consolidated balance sheets of The Chemours Company and its subsidiaries (the "Company") as of December 31, 2019 and 2018, and the related consolidated statements of operations, of comprehensive income (loss), of stockholders' equity and of cash flows for each of the three years in the period ended December 31, 2019, including the related notes (collectively referred to as the "consolidated financial statements"). We also have audited the Company's internal control over financial reporting as of December 31, 2019, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Company as of December 31, 2019 and 2018, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2019 in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2019, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the COSO.

*Change in Accounting Principle*

As discussed in Note 3 to the consolidated financial statements, the Company changed the manner in which it accounts for leases in 2019.

***Basis for Opinions***

The Company's management is responsible for these consolidated financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express opinions on the Company's consolidated financial statements and on the Company's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the consolidated financial statements included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

***Definition and Limitations of Internal Control over Financial Reporting***

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

F-3

*Critical Audit Matters*

The critical audit matters communicated below are matters arising from the current period audit of the consolidated financial statements that were communicated or required to be communicated to the audit committee and that (i) relate to accounts or disclosures that are material to the consolidated financial statements and (ii) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

*Accrued Liabilities Associated with the Fayetteville Works Site*

As described in Note 22 to the consolidated financial statements, the Company is cooperating with a variety of ongoing inquiries and investigations from federal, state, and local authorities, regulators, and other governmental entities with respect to the discharge of hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid," sometimes referred to as "GenX" or "C3 Dimer Acid") and other perfluorinated and polyfluorinated compounds ("PFAS") from the Company's Fayetteville Works site in North Carolina ("Fayetteville") into the Cape Fear River, site surface water, groundwater, and air emissions. The Company's accruals for these off-site and on-site remedial activities as of December 31, 2019 were $201 million. The Company's estimated liability for off-site replacement drinking water supplies is based on management's assessment of the current facts and circumstances for this matter, which is subject to various assumptions that include the number of affected surrounding properties, response rates to the Company's offer, the type of water treatment systems selected, the cost of the selected water treatment systems, and any related operation, maintenance, and monitoring ("OM&M") requirements, and other charges contemplated by the Consent Order with the North Carolina Department of Environmental Quality ("Consent Order"). The Company's estimated liability for the on-site remediation activities that are probable and estimable is based on the Corrective Action Plan ("CAP") and management's assessment of the current facts and circumstances, which are subject to various assumptions including the transport pathways (being pathways by which PFAS reaches the Cape Fear River) which will require remedial actions, the types of site surface water and on-site remedies and treatment systems selected and implemented, the estimated cost of such potential remedies and treatment systems, and any related OM&M requirements, and other charges contemplated by the Consent Order and CAP.

The principal considerations for our determination that performing procedures relating to liabilities associated with Fayetteville is a critical audit matter are there was significant judgment by management to estimate the ultimate costs expected to be incurred under environmental regulations, the Consent Order, and the CAP which in turn led to significant auditor judgment, subjectivity and effort in performing procedures to assess management's judgments, including assumptions related to the number of affected surrounding properties, the type of water treatment systems selected, the cost of the selected water treatment systems, transport pathways which will require remedial actions, the types of site surface water and on-site remedies and treatment systems selected and implemented, and the estimated cost of such potential remedies and treatment systems and any related OM&M requirements. Additionally, the audit effort involved the use of professionals with specialized skill and knowledge to assist in performing these procedures and evaluating the audit evidence obtained.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's determination and valuation of the liabilities related to Fayetteville, as well as the related financial statement disclosures. These procedures also included, among others, (i) testing the reasonableness of management's assumptions used to estimate the ultimate costs, including the number of affected surrounding properties, the type and cost of water treatment systems selected, transport pathways which will require remedial actions, the types of site surface water and on-site remedies and treatment systems selected and implemented, and the estimated cost of such potential remedies and treatment systems and any related OM&M requirements, (ii) obtaining and evaluating responses to letters of audit inquiry from legal counsel, and (iii) evaluating the sufficiency of the Company's disclosures related to the matter. Professionals with specialized skill and knowledge were used to assist us in evaluating the estimated costs resulting from the Consent Order and CAP.

*Goodwill Impairment Assessment - Mining Solutions and Fluoropolymers Reporting Units*

As described in Notes 3 and 15 to the consolidated financial statements, the Company's consolidated goodwill balance was $153 million as of December 31, 2019, of which the goodwill associated with the Mining Solutions and Fluoropolymers reporting units was $51 million and $56 million, respectively. Management tests its goodwill for impairment at least annually on October 1; however, these tests are performed more frequently when events or changes in circumstances indicate that the asset may be impaired. As previously disclosed by management, in addition to the annual impairment test performed on October 1, management determined trigger events occurred during 2019 that required certain reporting units' goodwill to be tested for impairment prior to the annual test. An impairment exists when the carrying value of a reporting unit exceeds its fair value. When performing a quantitative impairment assessment, management weights the results of an income-based valuation technique, the discounted cash flows method, and a market-based valuation technique, the guideline public companies method, to determine the reporting units' fair values. Such techniques require significant judgment and assumptions by management relating to short and long-term revenue growth rates, gross margins, discount rates, market multiples, and prospective financial information surrounding future reporting unit cash flows.

F-4

The principal considerations for our determination that performing procedures relating to the goodwill impairment assessments related to the Mining Solutions and Fluoropolymers reporting units is a critical audit matter are there was significant judgment by management when developing the fair value measurements of the reporting units. This in turn led to a high degree of auditor effort in performing procedures to evaluate the significant assumptions used in management's interim and annual impairment assessments, including short and long-term revenue growth rates, gross margins, discount rates, and market multiples. In addition, the audit effort involved the use of professionals with specialized skill and knowledge to assist in performing these procedures and evaluating the audit evidence obtained.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's goodwill impairment assessments, including controls over the valuation of the Company's reporting units. These procedures also included, among others, testing management's process for developing the fair value estimates; evaluating the appropriateness of the discounted cash flow models and the guideline public companies models; testing the completeness, accuracy, and relevance of underlying data used in the models; and evaluating the significant assumptions used by management, including short and long-term revenue growth rates, gross margins, discount rates, and market multiples. Evaluating management's assumptions related to short and long-term revenue growth rates, gross margins, discount rates, and market multiples involved evaluating whether the assumptions used by management were reasonable considering (i) the current and past performance of the respective reporting unit, (ii) the consistency with external market and industry data, and (iii) whether these assumptions were consistent with evidence obtained in other areas of the audit. Professionals with specialized skill and knowledge were used to assist in the evaluation of the Company's discounted cash flow models, the guideline public companies models, and certain significant assumptions.

/s/ PricewaterhouseCoopers LLP
Philadelphia, Pennsylvania
February 14, 2020
We have served as the Company's auditor since 2014.

F-5

**The Chemours Company**
**Consolidated Statements of Operations**
*(Dollars in millions, except per share amounts)*

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2017 |
| Net sales | $ | 5,526 | $ | 6,638 | $ | 6,183 |
| Cost of goods sold | | 4,463 | | 4,667 | | 4,438 |
| Gross profit | | 1,063 | | 1,971 | | 1,745 |
| Selling, general, and administrative expense | | 548 | | 657 | | 626 |
| Research and development expense | | 80 | | 82 | | 81 |
| Restructuring, asset-related, and other charges | | 87 | | 49 | | 57 |
| Total other operating expenses | | 715 | | 788 | | 764 |
| Equity in earnings of affiliates | | 29 | | 43 | | 33 |
| Interest expense, net | | (208 ) | | (195 ) | | (214 ) |
| Loss on extinguishment of debt | | - | | (38 ) | | (1 ) |
| Other (expense) income, net | | (293 ) | | 162 | | 113 |
| **(Loss) income before income taxes** | | (124 ) | | 1,155 | | 912 |
| (Benefit from) provision for income taxes | | (72 ) | | 159 | | 165 |
| **Net (loss) income** | | (52 ) | | 996 | | 747 |
| Less: Net income attributable to non-controlling interests | | - | | 1 | | 1 |
| **Net (loss) income attributable to Chemours** | $ | (52 ) | $ | 995 | $ | 746 |
| **Per share data** | | | | | | |
| Basic (loss) earnings per share of common stock | $ | (0.32 ) | $ | 5.62 | $ | 4.04 |
| Diluted (loss) earnings per share of common stock | | (0.32 ) | | 5.45 | | 3.91 |

*See accompanying notes to the consolidated financial statements.*

F-6

**The Chemours Company**
**Consolidated Statements of Comprehensive Income (Loss)**
*(Dollars in millions)*

| | Year Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2019** | | | **2018** | | | **2017** | | |
| | Pre-tax | Tax | After-tax | Pre-tax | Tax | After-tax | Pre-tax | Tax | After-tax |
| Net (loss) income | $ (124) | $ 72 | $ (52) | $ 1,155 | $ (159) | $ 996 | $ 912 | $ (165) | $ 747 |
| Other comprehensive income (loss): | | | | | | | | | |
| Hedging activities: | | | | | | | | | |
| Unrealized gain (loss) on net investment hedge | 20 | (5) | 15 | 32 | (8) | 24 | (86) | 24 | (62) |
| Unrealized gain on cash flow hedge | 6 | (1) | 5 | 10 | (1) | 9 | - | - | - |
| Reclassifications to net income - cash flow hedge | (10) | 1 | (9) | (4) | 1 | (3) | - | - | - |
| Hedging activities, net | 16 | (5) | 11 | 38 | (8) | 30 | (86) | 24 | (62) |
| Cumulative translation adjustment | 2 | - | 2 | (75) | - | (75) | 200 | - | 200 |
| Defined benefit plans: | | | | | | | | | |
| Additions to accumulated other comprehensive loss: | | | | | | | | | |
| Net (loss) gain | (144) | 31 | (113) | (115) | 29 | (86) | 24 | (5) | 19 |
| Prior service benefit | 5 | (1) | 4 | - | - | - | - | - | - |
| Effect of foreign exchange rates | 7 | - | 7 | 8 | - | 8 | (38) | - | (38) |
| Reclassifications to net income: | | | | | | | | | |
| Amortization of prior service gain | (2) | - | (2) | (2) | - | (2) | (2) | - | (2) |
| Amortization of actuarial loss | 18 | (4) | 14 | 16 | (4) | 12 | 24 | (6) | 18 |
| Settlement loss | 383 | (91) | 292 | - | - | - | - | - | - |
| Defined benefit plans, net | 267 | (65) | 202 | (93) | 25 | (68) | 8 | (11) | (3) |
| **Other comprehensive income (loss)** | 285 | (70) | 215 | (130) | 17 | (113) | 122 | 13 | 135 |
| Cumulative effect of adopting ASU No. 2018-02 | - | - | - | - | (9) | (9) | - | - | - |
| **Comprehensive income** | 161 | 2 | 163 | 1,025 | (151) | 874 | 1,034 | (152) | 882 |
| Less: Comprehensive income attributable to non-controlling interests | - | - | - | 1 | - | 1 | 1 | - | 1 |
| **Comprehensive income attributable to Chemours** | $ 161 | $ 2 | $ 163 | $ 1,024 | $ (151) | $ 873 | $ 1,033 | $ (152) | $ 881 |

*See accompanying notes to the consolidated financial statements.*

F-7

**The Chemours Company**
**Consolidated Balance Sheets**
*(Dollars in millions, except per share amounts)*

| | December 31, | | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 943 | $ | 1,201 |
| Accounts and notes receivable, net | | 674 | | 861 |
| Inventories | | 1,079 | | 1,147 |
| Prepaid expenses and other | | 81 | | 84 |
| Total current assets | | 2,777 | | 3,293 |
| Property, plant, and equipment | | 9,413 | | 8,992 |
| Less: Accumulated depreciation | | (5,854 ) | | (5,701 ) |
| Property, plant, and equipment, net | | 3,559 | | 3,291 |
| Operating lease right-of-use assets | | 294 | | - |
| Goodwill and other intangible assets, net | | 174 | | 181 |
| Investments in affiliates | | 162 | | 160 |
| Other assets | | 292 | | 437 |
| **Total assets** | $ | 7,258 | $ | 7,362 |
| **Liabilities** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 923 | $ | 1,137 |
| Short-term and current maturities of long-term debt | | 134 | | 13 |
| Other accrued liabilities | | 484 | | 559 |
| Total current liabilities | | 1,541 | | 1,709 |
| Long-term debt, net | | 4,026 | | 3,959 |
| Operating lease liabilities | | 245 | | - |
| Deferred income taxes | | 118 | | 217 |
| Other liabilities | | 633 | | 457 |
| Total liabilities | | 6,563 | | 6,342 |
| Commitments and contingent liabilities | | | | |
| **Equity** | | | | |
| Common stock (par value $0.01 per share; 810,000,000 shares authorized; 188,893,478 shares issued and 163,574,243 shares outstanding at December 31, 2019; 187,204,567 shares issued and 170,780,474 shares outstanding at December 31, 2018) | | 2 | | 2 |
| Treasury stock, at cost (25,319,235 shares at December 31, 2019; 16,424,093 shares at December 31, 2018) | | (1,072 ) | | (750 ) |
| Additional paid-in capital | | 859 | | 860 |
| Retained earnings | | 1,249 | | 1,466 |
| Accumulated other comprehensive loss | | (349 ) | | (564 ) |
| Total Chemours stockholders' equity | | 689 | | 1,014 |
| Non-controlling interests | | 6 | | 6 |
| Total equity | | 695 | | 1,020 |
| **Total liabilities and equity** | $ | 7,258 | $ | 7,362 |

*See accompanying notes to the consolidated financial statements.*

F-8

**The Chemours Company**
**Consolidated Statements of Stockholders' Equity**
*(Dollars in millions, except per share amounts)*

| | Common Stock | | Treasury Stock | | Additional Paid-in Capital | (Accumulated Deficit) Retained Earnings | Accumulated Other Comprehensive (Loss) Income | Non-controlling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | |
| **Balance at January 1, 2017** | 182,600,533 | $ 2 | - | $ - | $ 789 | $ (114) | $ (577) | $ 4 | $ 104 |
| Common stock issued - compensation plans | 569,263 | - | - | - | - | - | - | - | - |
| Exercise of stock options, net | 2,173,238 | - | - | - | 31 | - | - | - | 31 |
| Purchases of treasury stock, at cost | - | - | 2,386,406 | (116) | - | - | - | - | (116) |
| Stock-based compensation expense | - | - | - | - | 29 | - | - | - | 29 |
| Cancellation of unissued stock awards withheld to cover taxes | - | - | - | - | (12) | - | - | - | (12) |
| Net income | - | - | - | - | - | 746 | - | 1 | 747 |
| Dividends ($0.29 per share) | - | - | - | - | - | (53) | - | - | (53) |
| Other comprehensive income | - | - | - | - | - | - | 135 | - | 135 |
| **Balance at December 31, 2017** | 185,343,034 | 2 | 2,386,406 | (116) | 837 | 579 | (442) | 5 | 865 |
| Common stock issued - compensation plans | 783,346 | - | - | - | - | - | - | - | - |
| Exercise of stock options, net | 1,078,187 | - | - | - | 16 | - | - | - | 16 |
| Purchases of treasury stock, at cost | - | - | 14,050,098 | (634) | - | - | - | - | (634) |
| Shares issued under employee stock purchase plan | - | - | (12,411) | - | - | - | - | - | - |
| Stock-based compensation expense | - | - | - | - | 24 | - | - | - | 24 |
| Cancellation of unissued stock awards withheld to cover taxes | - | - | - | - | (17) | - | - | - | (17) |
| Cumulative effect of adopting ASU No. 2018-02 | - | - | - | - | - | 9 | (9) | - | - |
| Net income | - | - | - | - | - | 995 | - | 1 | 996 |
| Dividends ($0.67 per share) | - | - | - | - | - | (117) | - | - | (117) |
| Other comprehensive loss | - | - | - | - | - | - | (113) | - | (113) |
| **Balance at December 31, 2018** | 187,204,567 | 2 | 16,424,093 | (750) | 860 | 1,466 | (564) | 6 | 1,020 |
| Common stock issued - compensation plans | 1,098,542 | - | - | - | 1 | (1) | - | - | - |
| Exercise of stock options, net | 590,369 | - | - | - | 9 | - | - | - | 9 |
| Purchases of treasury stock, at cost | - | - | 8,895,142 | (322) | - | - | - | - | (322) |
| Stock-based compensation expense | - | - | - | - | 19 | - | - | - | 19 |
| Cancellation of unissued stock awards withheld to cover taxes | - | - | - | - | (30) | - | - | - | (30) |
| Net loss | - | - | - | - | - | (52) | - | - | (52) |
| Dividends ($1.00 per share) | - | - | - | - | - | (164) | - | - | (164) |
| Other comprehensive income | - | - | - | - | - | - | 215 | - | 215 |
| **Balance at December 31, 2019** | 188,893,478 | $ 2 | 25,319,235 | $ (1,072) | $ 859 | $ 1,249 | $ (349) | $ 6 | $ 695 |

*See accompanying notes to the consolidated financial statements.*

F-9

**The Chemours Company**
**Consolidated Statements of Cash Flows**
*(Dollars in millions)*

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2017 |
| **Cash flows from operating activities** | | | | | | |
| Net (loss) income | $ | (52) | $ | 996 | $ | 747 |
| Adjustments to reconcile net income to cash provided by (used for) operating activities: | | | | | | |
| Depreciation and amortization | | 311 | | 284 | | 273 |
| Gain on sales of assets and businesses | | (10) | | (45) | | (22) |
| Equity in earnings of affiliates, net | | (3) | | 18 | | (33) |
| Loss on extinguishment of debt | | - | | 38 | | 1 |
| Amortization of debt issuance costs and issue discounts | | 9 | | 11 | | 13 |
| Deferred tax (benefit) provision | | (165) | | 23 | | 83 |
| Asset-related charges | | 43 | | 4 | | 3 |
| Stock-based compensation expense | | 19 | | 24 | | 29 |
| Net periodic pension cost (income) | | 381 | | (18) | | (22) |
| Defined benefit plan contributions | | (19) | | (15) | | (38) |
| Other operating charges and credits, net | | (2) | | (7) | | 12 |
| Decrease (increase) in operating assets: | | | | | | |
| Accounts and notes receivable, net | | 191 | | 47 | | (88) |
| Inventories and other operating assets | | 116 | | (284) | | (146) |
| (Decrease) increase in operating liabilities: | | | | | | |
| Accounts payable and other operating liabilities | | (169) | | 64 | | (172) |
| Cash provided by operating activities | | 650 | | 1,140 | | 640 |
| **Cash flows from investing activities** | | | | | | |
| Purchases of property, plant, and equipment | | (481) | | (498) | | (411) |
| Acquisition of business, net | | (10) | | (37) | | - |
| Proceeds from sales of assets and businesses, net | | 9 | | 46 | | 39 |
| Proceeds from life insurance policies | | 1 | | - | | - |
| Foreign exchange contract settlements, net | | (2) | | 2 | | 2 |
| Cash used for investing activities | | (483) | | (487) | | (370) |
| **Cash flows from financing activities** | | | | | | |
| Proceeds from issuance of debt, net | | - | | 520 | | 495 |
| Proceeds from revolving loan | | 150 | | - | | - |
| Repayments on revolving loan | | (150) | | - | | - |
| Proceeds from accounts receivable securitization facility | | 128 | | - | | - |
| Debt repayments | | (37) | | (679) | | (27) |
| Payments related to extinguishment of debt | | - | | (29) | | (1) |
| Payments of debt issuance costs | | - | | (12) | | (6) |
| Payments on finance leases | | (3) | | - | | - |
| Purchases of treasury stock, at cost | | (322) | | (644) | | (106) |
| Proceeds from exercised stock options, net | | 9 | | 16 | | 31 |
| Payments related to tax withholdings on vested stock awards | | (30) | | (17) | | (12) |
| Payments of dividends | | (164) | | (148) | | (22) |
| Cash (used for) provided by financing activities | | (419) | | (993) | | 352 |
| Effect of exchange rate changes on cash and cash equivalents | | (6) | | (15) | | 32 |
| **(Decrease) increase in cash and cash equivalents** | | (258) | | (355) | | 654 |
| **Cash and cash equivalents at January 1,** | | 1,201 | | 1,556 | | 902 |
| **Cash and cash equivalents at December 31,** | $ | 943 | $ | 1,201 | $ | 1,556 |
| **Supplemental cash flows information** | | | | | | |
| Cash paid during the year for: | | | | | | |
| Interest, net of amounts capitalized | $ | 204 | $ | 206 | $ | 208 |
| Income taxes, net of refunds | | 85 | | 75 | | 79 |
| Non-cash investing and financing activities: | | | | | | |
| Changes in property, plant, and equipment included in accounts payable | $ | 85 | $ | 37 | $ | (14) |
| Obligations incurred under build-to-suit lease arrangement | | 40 | | 47 | | 8 |
| Purchases of treasury stock not settled by year-end | | - | | - | | 10 |
| Non-cash financing arrangements | | 11 | | - | | - |
| Deferred payments related to acquisition of business | | 15 | | - | | - |
| Dividends accrued but not yet paid | | - | | - | | 31 |

*See accompanying notes to the consolidated financial statements.*

F-10

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 1. Background and Description of the Business

The Chemours Company ("Chemours," or the "Company") is a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. The Company delivers customized solutions with a wide range of industrial and specialty chemicals products for markets, including plastics and coatings, refrigeration and air conditioning, general industrial, electronics, mining, and oil refining. The Company's principal products include refrigerants, industrial fluoropolymer resins, sodium cyanide, performance chemicals and intermediates, and titanium dioxide ("TiO$_2$") pigment. Chemours manages and reports its operating results through three reportable segments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. The Fluoroproducts segment is a leading, global provider of fluoroproducts, including refrigerants and industrial fluoropolymer resins. The Chemical Solutions segment is a leading, North American provider of industrial chemicals used in gold production, industrial, and consumer applications. The Titanium Technologies segment is a leading, global producer of TiO$_2$ pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protections in a variety of applications.

Chemours has manufacturing facilities, sales centers, administrative offices, and warehouses located throughout the world. Chemours' operations are primarily located in the U.S., Canada, Mexico, Brazil, the Netherlands, Belgium, China, Taiwan, Japan, Switzerland, Singapore, Hong Kong, India, and France. At December 31, 2019, the Company operated 30 major production facilities globally, of which, 20 were dedicated to Fluoroproducts, one was dedicated to Chemical Solutions, seven were dedicated to Titanium Technologies, and two supported multiple segments.

Chemours began operating as an independent company on July 1, 2015 (the "Separation Date") after separating from E.I. DuPont de Nemours and Company ("DuPont") (the "Separation"). The Separation was completed pursuant to a separation agreement and other agreements with DuPont, including an employee matters agreement, a tax matters agreement, a transition services agreement, and an intellectual property cross-license agreement. These agreements govern the relationship between Chemours and DuPont following the Separation and provided for the allocation of various assets, liabilities, rights, and obligations at the Separation Date. On August 31, 2017, DuPont completed a merger with The Dow Chemical Company ("Dow"). Following their merger, DuPont and Dow engaged in a series of reorganization steps and, in 2019, separated into three publicly-traded companies named Dow Inc., DuPont de Nemours, Inc., and Corteva, Inc. ("Corteva").

Unless the context otherwise requires, references herein to "The Chemours Company," "Chemours," "the Company," "our Company," "we," "us," and "our" refer to The Chemours Company and its consolidated subsidiaries. References herein to "DuPont" refer to E. I. du Pont de Nemours and Company, which is now a subsidiary of Corteva.

## Note 2. Basis of Presentation

The accompanying consolidated financial statements have been prepared in conformity with U.S. generally accepted accounting principles ("GAAP"). In the opinion of management, all adjustments (consisting of normal, recurring adjustments) considered necessary for a fair presentation of the Company's financial position and results of operations have been included for the periods presented herein. The notes that follow are an integral part of the Company's consolidated financial statements.

Certain prior period amounts have been reclassified to conform to the current period presentation, the effect of which, was not material to the Company's consolidated financial statements.

## Note 3. Summary of Significant Accounting Policies

*Preparation of Financial Statements*

The consolidated financial statements have been prepared in conformity with GAAP, which requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Management's estimates are based on historical experiences, facts, and circumstances available at the time and various other assumptions that management believes are reasonable. Actual results could differ from those estimates.

F-11

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Principles of Consolidation*

The consolidated financial statements include the accounts of Chemours and its subsidiaries, as well as entities in which a controlling interest is maintained. For those consolidated subsidiaries in which the Company's ownership is less than 100%, the outside shareholders' interests are shown as non-controlling interests. Investments in companies in which Chemours, directly or indirectly, owns 20% to 50% of the voting stock, or has the ability to exercise significant influence over the operating and financial policies of the investee, are accounted for using the equity method of accounting. As a result, Chemours' share of the earnings or losses of such equity affiliates is included in the consolidated statements of operations, and Chemours' share of such equity affiliates' equity is included in the consolidated balance sheets.

The Company assesses the requirements related to the consolidation of any variable interest entity ("VIE"), including a qualitative assessment of power and economics that considers which entity has the power to direct the activities that most significantly impact the VIE's economic performance, and has the right to receive any benefits or the obligation to absorb any losses of the VIE. No such VIE was consolidated by the Company for the periods presented.

All intercompany accounts and transactions were eliminated in the preparation of the accompanying consolidated financial statements.

*Revenue Recognition*

Chemours recognizes revenue using a five-step model resulting in revenue being recognized as performance obligations within a contract have been satisfied. The steps within that model include: (i) identifying the existence of a contract with a customer; (ii) identifying the performance obligations within the contract; (iii) determining the contract's transaction price; (iv) allocating the transaction price to the contract's performance obligations; and, (v) recognizing revenue as the contract's performance obligations are satisfied. A contract with a customer exists when: (i) the Company enters into an enforceable agreement that defines each party's rights regarding the goods or services to be transferred, and the related payment terms; (ii) the agreement has commercial substance; and, (iii) it is probable that the Company will collect the consideration to which it is entitled to in the exchange. A performance obligation is a promise in a contract to transfer a distinct good or service, or a series of distinct goods or services to a customer. The transaction price is the customary amount of consideration that the Company expects to be entitled to in exchange for a transfer of the promised goods or services to a customer, excluding any amounts collected by the Company on behalf of third parties (e.g., sales and use taxes). Judgment is required to apply the principles-based, five-step model for revenue recognition. Management is required to make certain estimates and assumptions about the Company's contracts with its customers, including, among others, the nature and extent of its performance obligations, its transaction price amounts and any allocations thereof, the critical events which constitute satisfaction of its performance obligations, and when control of any promised goods or services is transferred to its customers.

The Company's revenue from contracts with customers is reflected in the consolidated statements of operations as net sales, the vast majority of which represents product sales that consist of a single performance obligation. Product sales to customers are made under a purchase order ("PO"), or in certain cases, in accordance with the terms of a master services agreement ("MSA") or similar arrangement, which documents the rights and obligations of each party to the contract. When a customer submits a PO for product or requests product under an MSA, a contract for a specific quantity of distinct goods at a specified price is created, and the Company's performance obligation under the contract is satisfied when control of the product is transferred to the customer, which is indicated by shipment of the product and the transfer of title and the risk of loss to the customer. Revenue is recognized on consignment sales when control transfers to the customer, generally at the point of customer usage of the product. The transaction price for product sales is generally the amount specified in the PO or in the request under an MSA; however, as is common in Chemours' industry, the Company offers variable consideration in the form of rebates, volume discounts, early payment discounts, pricing based on formulas or indices, price matching, and guarantees to certain customers. Such amounts are included in the Company's estimated transaction price using either the expected value method or the most-likely amount, depending on the nature of the variable consideration included in the contract. The Company regularly assesses its customers' creditworthiness, and product sales are made based on established credit limits. Payment terms for the Company's invoices are typically less than 90 days.

The Company also licenses the right to access certain of its trademarks to customers under specified terms and conditions in certain arrangements, which is recognized as a component of net sales in the consolidated statements of operations. Under such arrangements, the Company may receive a royalty payment for a trademark license that is entered into on a stand-alone basis or incorporated into an overall product sales arrangement. Royalty income is generally based on customer sales and recognized under the sales-based exception as the customer sale occurs. When minimum guaranteed royalty amounts are included in the transaction price, the Company recognizes royalty income ratably over the license period for the minimum amount. When there is no consideration specified for the use of the Company's trademark, the entire transaction price is recognized in connection with the transfer of control of product. Royalty income resulting from the right to use the Company's technology is considered outside the scope of revenue recognition under GAAP as it is not a part of the Company's ongoing major or central activities, and is recognized as a component of other income (expense), net in the consolidated statements of operations in accordance with agreed-upon terms at the point or points in time that performance obligations are satisfied.

F-12

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Consistent with the fact that the vast majority of the Company's payment terms are less than 90 days from the point at which control of the promised goods or services is transferred, no adjustments have been made for the effects of a significant financing component. Additionally, the Company has elected to recognize the incremental costs associated with obtaining contracts as an expense when incurred if the amortization period of the assets that the Company would have recognized is one year or less. Amounts billed to customers for shipping and handling fees are considered a fulfillment cost and are included in net sales, and the costs incurred by the Company for the delivery of goods are classified as a component of the cost of goods sold in the consolidated statements of operations.

### Research and Development Expense

Research and development ("R&D") costs are expensed as incurred. R&D expenses include costs (primarily consisting of employee costs, materials, contract services, research agreements, and other external spend) relating to the discovery and development of new products, enhancement of existing products, and regulatory approval of new and existing products.

### Provision for (Benefit from) Income Taxes

The provision for (benefit from) income taxes is determined using the asset and liability approach of accounting for income taxes. Under this approach, deferred taxes represent the future tax consequences expected to occur when the reported amounts of assets and liabilities are recovered or paid. The provision for (benefit from) income taxes represents income taxes paid or payable for the current year, plus the change in deferred taxes during the year. Deferred taxes result from differences between the financial and tax bases of Chemours' assets and liabilities and are adjusted for changes in tax rates and tax laws when changes are enacted. The Company's deferred tax assets and liabilities are presented on a net basis by jurisdictional filing group. Net deferred tax assets are presented as a component of other assets, while net deferred tax liabilities are presented as a component of deferred income taxes on the Company's consolidated balance sheets. Valuation allowances are recorded to reduce deferred tax assets when it is more-likely-than-not that a tax benefit will not be realized.

Chemours recognizes income tax positions that meet the more-likely-than-not threshold and accrues any interest related to unrecognized income tax positions as a component of other income (expense), net in the consolidated statements of operations. Income tax-related penalties are included in the provision for (benefit from) income taxes.

### Earnings Per Share

Chemours presents both basic earnings per share and diluted earnings per share. Basic earnings per share excludes dilution and is computed by dividing the total net income (loss) attributable to Chemours by the weighted-average number of shares outstanding for the period. Diluted earnings per share reflects the dilution that could occur if the Company's outstanding stock-based compensation awards, including any unvested restricted shares, were vested and exercised, thereby resulting in the issuance of common stock as determined under the treasury stock method. In periods where the Company incurs a net loss, stock-based compensation awards are excluded from the calculation of earnings per share as their inclusion would have an anti-dilutive effect.

### Cash and Cash Equivalents

Cash and cash equivalents generally include cash, time deposits, or highly-liquid investments with original maturities of three months or less.

### Accounts and Notes Receivable and Allowance for Doubtful Accounts

Accounts and notes receivables are recognized net of an allowance for doubtful accounts. The allowance for doubtful accounts reflects the best estimate of losses inherent in Chemours' accounts and notes receivable portfolio, which is determined on the basis of historical experience, specific allowances for known troubled accounts, and other available evidence. Accounts and notes receivable are written-off when management determines that they are uncollectible.

### Inventories

Chemours' U.S. inventories are valued at the lower of cost or market, as inventories held at substantially all U.S. locations are valued using the last-in, first-out ("LIFO") method. Chemours' non-U.S. inventories are valued at the lower of cost or net realizable value, as inventories held outside the U.S. are valued using the average cost method. The elements of cost in inventories include raw materials, direct labor, and manufacturing overhead. Stores and supplies are valued at the lower of cost or net realizable value. Cost is generally determined by the average cost method.

F-13

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Property, Plant, and Equipment***

Property, plant, and equipment is carried at cost and is depreciated using the straight-line method. Substantially all equipment and buildings are depreciated over useful lives ranging from 15 to 25 years. Capitalizable costs associated with computer software for internal use are amortized on a straight-line basis over five to seven years. When assets are surrendered, retired, sold, or otherwise disposed of, their gross carrying values and related accumulated depreciation are removed from the consolidated balance sheets and are included in the determination of any gain or loss on such disposals.

Repair and maintenance costs that materially add to the value of the asset or prolong its useful life are capitalized and depreciated based on their extension to the asset's useful life. Capitalized repair and maintenance costs are recorded on the consolidated balance sheets as a component of other assets.

***Impairment of Long-lived Assets***

Chemours evaluates the carrying value of its long-lived assets to be held and used when events or changes in circumstances indicate the carrying value may not be recoverable. For the purposes of recognition or measurement of an impairment charge, the assessment is performed on the asset or asset group at the lowest level for which identifiable cash flows are largely independent of the cash flows of other groups of assets and liabilities. To determine the level at which the assessment is performed, Chemours considers factors such as revenue dependency, shared costs, and the extent of vertical integration. The carrying value of a long-lived asset is considered impaired when the total projected undiscounted cash flows from the use and eventual disposition of the asset or asset group are separately identifiable and are less than its carrying value. In that event, a loss is recognized based on the amount by which the carrying value exceeds the fair value of the long-lived asset. The fair value methodology used is an estimate of fair market value, which is made based on prices of similar assets or other valuation methodologies, including present value techniques. Long-lived assets to be disposed of by means other than sale are classified as held for use until their disposal. Long-lived assets to be disposed of by sale are classified as held for sale and are reported at the lower of carrying amount or fair market value, less the estimated cost to sell. Depreciation is discontinued for any long-lived assets classified as held for sale.

***Goodwill and Other Intangible Assets***

The excess of the purchase price over the estimated fair value of the net assets acquired in a business combination, including any identified intangible assets, is recorded as goodwill. Chemours tests its goodwill for impairment at least annually on October 1; however, these tests are performed more frequently when events or changes in circumstances indicate that the asset may be impaired. Goodwill is evaluated for impairment at the reporting unit level, which is defined as an operating segment, or one level below an operating segment. A reporting unit is the level at which discrete financial information is available and reviewed by business management on a regular basis. An impairment exists when the carrying value of a reporting unit exceeds its fair value. The amount of impairment loss recognized in the consolidated statements of operations is equal to the excess of a reporting unit's carrying value over its fair value, which is limited to the total amount of goodwill allocated to the reporting unit.

Chemours has the option to first qualitatively assess whether it is more-likely-than-not that an impairment exists for a reporting unit. Such qualitative factors include, among other things, prevailing macroeconomic conditions, industry and market conditions, changes in costs associated with raw materials, labor, or other inputs, the Company's overall financial performance, and certain other entity-specific events that impact Chemours' reporting units. When performing a quantitative test, the Company weights the results of an income-based valuation technique, the discounted cash flows method, and a market-based valuation technique, the guideline public companies method, to determine its reporting units' fair values.

Definite-lived intangible assets, such as purchased and licensed technology, patents, trademarks, and customer lists, are amortized over their estimated useful lives, generally for periods ranging from five to 20 years. The reasonableness of the useful lives of these assets is periodically evaluated.

F-14

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Asset Retirement Obligations

Chemours records its asset retirement obligations at their fair value at the time the liability is incurred. Fair value is measured using the expected future cash outflows discounted at Chemours' credit-adjusted, risk-free interest rate, which is considered to be a Level 3 input within the fair value hierarchy. Accretion expense is recognized as an operating expense within the cost of goods sold in the consolidated statements of operations using the credit-adjusted, risk-free interest rate in effect when the liability was recognized. The associated asset retirement costs are capitalized as part of the carrying amount of the long-lived asset and are depreciated over the estimated remaining useful life of the asset, generally for periods ranging from two to 25 years.

### Insurance

Chemours insures for certain risks where permitted by law or regulation, including workers' compensation, vehicle liability, and employee-related benefits. Liabilities associated with these risks are estimated in part by considering any historical claims experience, demographic factors, and other actuarial assumptions. For certain other risks, the Company uses a combination of third-party insurance and self-insurance, reflecting its comprehensive review of relevant risks. A receivable for an insurance recovery is generally recognized when the loss has occurred and collection is considered probable.

### Litigation

Chemours accrues for legal matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Litigation-related liabilities and expenditures included in the consolidated financial statements include legal matters that are liabilities of DuPont and its subsidiaries, which Chemours may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Legal costs, such as outside counsel fees and expenses, are charged to expense in the period that services are rendered.

### Environmental Liabilities and Expenditures

Chemours accrues for environmental remediation matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Where the available information is only sufficient to establish a range of probable liability, and no point within the range is more likely than any other, the lower end of the range has been used.

Estimated liabilities are determined based on existing remediation laws and technologies and our planned remedial responses, which are derived from in-depth environmental studies, sampling, testing, and analyses. Inherent uncertainties exist in such evaluations, primarily due to unknown environmental conditions, changing governmental regulations and legal standards regarding liability, and emerging remediation technologies. These accruals are adjusted periodically as remediation efforts progress and as additional technological, regulatory, and legal information becomes available.

Environmental liabilities and expenditures include claims for matters that are liabilities of DuPont and its subsidiaries, which Chemours may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Accrued liabilities are undiscounted and do not include claims against third parties, and are included in other accrued liabilities and other liabilities on the consolidated balance sheets.

Costs related to environmental remediation are charged to expense in the period that the associated liability is accrued and are reflected as a component of the cost of goods sold in the consolidated statements of operations. Other environmental costs are also charged to expense in the period incurred, unless they extend the useful life of the property, increase the property's capacity, and/or reduce or prevent contamination from future operations, in which case they are capitalized and amortized.

### Treasury Stock

Chemours accounts for repurchases of the Company's common stock as treasury stock using the cost method, whereby the entire cost of the acquired common stock is recorded as treasury stock.

F-15

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Stock-based Compensation*

Chemours' stock-based compensation consists of stock options, restricted stock units ("RSUs"), and performance share units ("PSUs") awarded to employees and non-employee directors. Stock options and PSUs are measured at their fair value on the grant date or date of modification, as applicable. RSUs are measured at the stock price on the grant date or date of modification, as applicable. The Company recognizes compensation expense on a straight-line basis over the requisite service and/or performance period, as applicable. Forfeitures of awards are accounted as a reduction in stock-based compensation expense in the period such awards are forfeited.

*Derivatives*

In the ordinary course of business, Chemours enters into contractual arrangements (i.e., derivatives) to reduce its exposure to foreign currency risks. The Company has established a derivative program to be utilized for financial risk management, which currently includes the following risk management strategies: (i) foreign currency forward contracts, which are used to minimize the volatility in the Company's earnings related to foreign exchange gains and losses resulting from the remeasurement of its monetary assets and liabilities that are denominated in non-functional currencies; (ii) foreign currency forward contracts, which are used to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases in certain of the Company's international subsidiaries that use the euro as their functional currency; and, (iii) euro-denominated debt, which is used to reduce the volatility in stockholders' equity resulting from changes in foreign currency exchange rates of the euro with respect to the U.S. dollar for certain of the Company's international subsidiaries that use the euro as their functional currency. The Company's derivative program reflects varying levels of exposure coverage and time horizons based on an assessment of risk. The derivative program operates within Chemours' financial risk management policies and guidelines, and the Company does not enter into derivative financial instruments for trading or speculative purposes.

The Company's foreign currency forward contracts that are used as a net monetary assets and liabilities hedge are not part of a cash flow hedge program or a fair value hedge program, and have not been designated as a hedge. For these instruments, any gains and losses resulting from the revaluation of derivative assets and liabilities are recognized in other income (expense), net in the consolidated statements of operations during the period in which they occurred, and any such gains or losses are intended to be offset by any gains or losses on the underlying asset or liability. For the Company's foreign currency forward contracts that have been designated under a cash flow hedge program, any gains and losses resulting from the revaluation of derivative assets and liabilities are recognized as a component of accumulated other comprehensive loss on the consolidated balance sheets during the period in which they occurred, and are reclassified to the cost of goods sold in the consolidated statements of operations during the period in which the underlying transactions affect earnings, or when it becomes probable that the forecasted transactions will not occur. Changes due to remeasurement of the Company's euro-denominated debt instruments, which are designated as a net investment hedge, are included in accumulated other comprehensive loss on the consolidated balance sheets. Chemours' uses the spot method to evaluate the effectiveness of its net investment hedge.

Derivative assets and liabilities are reported on a gross basis on the consolidated balance sheets.

*Foreign Currency Translation*

Chemours identifies its separate and distinct foreign entities and groups them into two categories: (i) extensions of the parent (U.S. dollar functional currency); and, (ii) self-contained (local functional currency). If a foreign entity does not align with either category, factors are evaluated, and a judgment is made to determine the functional currency. Chemours changes the functional currency of its separate and distinct foreign entities only when significant changes in economic facts and circumstances clearly indicate that the functional currency has changed.

During the periods covered by the consolidated financial statements, part of Chemours' business operated within foreign entities. For foreign entities where the U.S. dollar is the functional currency, all foreign currency-denominated asset and liability amounts are remeasured into U.S. dollars at end-of-period exchange rates, with the exception of inventories, prepaid expenses, property, plant, and equipment, goodwill, and other intangible assets. These aforementioned assets are remeasured at historical exchange rates. Foreign currency-denominated revenue and expense amounts are measured at exchange rates in effect during the period, with the exception of expenses related to any balance sheet amounts remeasured at historical exchange rates. Exchange gains and losses arising from remeasurement of foreign currency-denominated monetary assets and liabilities are included in other income (expense), net in the consolidated statements of operations in the period in which they occurred.

F-16

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

For foreign entities where the local currency is the functional currency, assets and liabilities denominated in local currencies are translated into U.S. dollars at end-of-period exchange rates, and the resulting translation adjustments are reported as a component of accumulated other comprehensive loss on the consolidated balance sheets. Assets and liabilities denominated in currencies other than the functional currency are remeasured into the functional currency prior to translation into U.S. dollars, and the resulting exchange gains or losses are included in other income (expense), net in the consolidated statements of operations in the period in which they occurred. Revenues and expenses are translated into U.S. dollars at average exchange rates in effect during the period.

### Defined Benefit Plans

Due to local regulations outside of the U.S., Chemours has defined benefit plans covering certain of its employees. The benefits of these plans, which primarily relate to pension, are accrued over the employees' service periods. The Company uses actuarial methods and assumptions in the valuation of its defined benefit obligations and the determination of any net periodic pension income or expense. Any differences between actual and expected results, or changes in the value of defined benefit obligations and plan assets, if any, are not recognized in earnings as they occur. Rather, they are systematically recognized over subsequent periods.

### Fair Value Measurement

Fair value is defined as the exit price, the price that would be received to sell an asset or transfer a liability in an orderly transaction between market participants at the measurement date. Under the accounting for fair value measurements and disclosures, a fair value hierarchy was established to prioritize the valuation inputs used to measure fair value. The hierarchy gives highest priority to unadjusted, quoted prices in active markets for identical assets and liabilities (i.e., Level 1 measurements) and lowest priority to unobservable inputs (i.e., Level 3 measurements). A financial instrument's level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.

Chemours applies the following valuation hierarchy in measuring the fair values of its assets and liabilities:

Level 1 - Quoted prices in active markets for identical assets and liabilities;

Level 2 - Significant other observable inputs (e.g., quoted prices for similar items in active markets, quoted prices for identical or similar items in markets that are not active, inputs other than quoted prices that are observable, such as interest rate and yield curves, and market-corroborated inputs); and,

Level 3 - Unobservable inputs for the asset or liability, which are valued based on management's estimates of assumptions that market participants would use in pricing the asset or liability.

### Recent Accounting Pronouncements

*Accounting Guidance Issued and Not Yet Adopted*

Measurement of Credit Losses on Financial Instruments

In June 2016, the Financial Accounting Standards Board ("FASB") issued ASU No. 2016-13, *Financial Instruments - Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments* ("ASU No. 2016-13"). The amendments in this update affect loans, debt securities, trade receivables, and any other financial assets that have the contractual right to receive cash, which, for the Company, primarily consists of accounts and notes receivable, net. ASU No. 2016-13 requires an entity to recognize expected credit losses rather than incurred losses for financial assets. For public entities, the amendments are effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years, and early adoption is permitted. The Company does not expect the impact of adopting this guidance to be material to its financial position, results of operations, and cash flows.

F-17

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Recently Adopted Accounting Guidance*

Leases

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)* ("ASU No. 2016-02"), which supersedes the leases requirements in Topic 840. The core principle of ASU No. 2016-02 is that a lessee should recognize on the balance sheet the lease assets and lease liabilities that arise from all lease arrangements with terms greater than 12 months. Recognition of these lease assets and lease liabilities represents a change from previous GAAP, which did not require lease assets and lease liabilities to be recognized for operating leases.

The Company adopted ASU No. 2016-02 on January 1, 2019 using the modified retrospective transition method, which did not require the Company to adjust comparative periods. Operating leases are included in operating lease right-of-use assets, other accrued liabilities, and operating lease liabilities on the consolidated balance sheets. Finance leases are included in property, plant, and equipment, net, short-term and current maturities of long-term debt, and long-term debt, net, on the consolidated balance sheets. The Company's lease assets and lease liabilities are recognized on the lease commencement date in an amount that represents the present value of future lease payments. The Company's incremental borrowing rate, which is based on information available at the adoption date for existing leases and the commencement date for leases commencing after the adoption date, is used to determine the present value of lease payments.

The most significant impact of the Company's adoption of ASU No. 2016-02 was the recognition of $333 of operating lease right-of-use assets and $349 of operating lease liabilities on its consolidated balance sheets at January 1, 2019. Operating lease right-of-use assets were reduced by $16 due to a tenant improvement allowance on a lease of office space. The Company's adoption of ASU No. 2016-02 did not have any impact to the Company's consolidated statements of operations, or its consolidated statements of cash flows. Further, there was no impact on the Company's covenant compliance under its current debt agreements as a result of the adoption of ASU No. 2016-02.

The Company elected the package of practical expedients included in this guidance, which allowed it to not reassess: (i) whether any expired or existing contracts contain leases; (ii) the lease classification for any expired or existing leases; and, (iii) the initial direct costs for existing leases. The Company combines lease components with non-lease components for all classes of assets, except for certain manufacturing facilities. The Company also elected the practical expedient to not assess whether existing or expired land easements contain a lease.

The Company does not recognize short-term leases on its consolidated balance sheets, and will recognize those lease payments in the consolidated statements of operations on a straight-line basis over the lease term. Certain leases contain variable payments which are based on usage or operating costs, such as utilities and maintenance. These payments are not included in the measurement of the right-of-use asset or lease liability due to uncertainty of the payment amount and are recorded as lease expense in the period incurred. Leases with the options to extend their term or terminate early are reflected in the lease term when it is reasonably certain that the Company will exercise such options.

Customer's Accounting for Implementation Costs Incurred in a Cloud Computing Arrangement That Is a Service Contract

In August 2018, the FASB issued ASU No. 2018-15, *Intangibles - Goodwill and Other - Internal-Use Software (Subtopic 350-40): Customer's Accounting for Implementation Costs Incurred in a Cloud Computing Arrangement That Is a Service Contract* ("ASU No. 2018-15"), which aligns the requirements for capitalizing implementation costs incurred in a cloud computing arrangement that is a service contract with the requirements for capitalizing implementation costs incurred to develop or obtain internal-use software. Pursuant to the amendments, the Company, when acting as a customer to a cloud computing arrangement that is a service contract, is required to follow the guidance in Subtopic 350-40 to determine the implementation costs to capitalize as an asset related to the service contract and the costs to expense. Upon adoption, the Company had the option to elect whether it applies the amendments under ASU No. 2018-15 retrospectively, or prospectively to all implementation costs incurred after the date of adoption. The Company adopted ASU No. 2018-15 on January 1, 2019 using the prospective adoption method, the effect of which, was not material to its financial position, results of operations, or cash flows for the year ended December 31, 2019.

Changes to Disclosure Requirements for Defined Benefit Plans

In August 2018, the FASB issued ASU No. 2018-14, *Compensation -Retirement Benefits - Defined Benefit Plans - General (Subtopic 715-20): Disclosure Framework - Changes to the Disclosure Requirements for Defined Benefit Plans* ("ASU No. 2018-14"). This update removes disclosures that are no longer considered cost beneficial, clarifies the specific requirements of certain disclosures, and adds new disclosure requirements that are considered relevant for employers that sponsor defined benefit pension or other postretirement plans. The Company adopted ASU No. 2018-14 on December 31, 2019 using retrospective application, the effect of which, was not material to its financial statement disclosures.

F-18

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 4. Acquisitions and Divestitures

### Divestiture of Methylamines and Methylamides

In December 2019, the Company entered into an asset purchase agreement with Belle Chemical Company ("Belle"), a subsidiary of Cornerstone Chemical Company, whereby Belle agreed to acquire the Methylamines and Methylamides business of Chemours' Chemical Solutions segment for a negligible purchase price, subject to customary working capital and other adjustments, but not to exceed a loss on sale of $2. The Company completed the sale and, in December 2019, subsequent to working capital adjustments, received cash proceeds of $2. Prior to the completion of the sale, in the second half of 2019, the Company recorded accelerated depreciation of $34, which was recorded as a component of restructuring, asset-related, and other charges in the consolidated statements of operations. Upon completion of the sale, the Company also recorded an additional pre-tax loss on sale of $2, net of a benefit from working capital adjustments, in other expense, net in the consolidated statements of operations.

### Acquisition of Southern Ionics Minerals, LLC.

In August 2019, the Company, through its wholly-owned subsidiary, The Chemours Company FC, LLC, entered into a Membership Interest Purchase Agreement to acquire all of the outstanding stock of Southern Ionics Minerals, LLC ("SIM"), for an estimated total consideration of approximately $25, which included customary working capital and other adjustments made within a specified time period. SIM is a privately-held minerals exploration, mining, and manufacturing company headquartered in Jacksonville, Florida. SIM mines and processes titanium and zirconium mineral sands, and this acquisition expands Chemours' flexibility and scalability to internally source ore in the Company's Titanium Technologies segment. The aggregate purchase price of $25 included an upfront payment of $10, an additional installment payment of $10, and contingent considerations with an estimated fair value of $5. The Company accounted for the acquisition of SIM as a business combination, and as such, all assets acquired and liabilities assumed were recorded at their estimated fair values.

The purchase consideration has been primarily assigned to the property, plant, and equipment of the acquired business, and there is no goodwill associated with the transaction. These amounts were subject to further adjustment during the applicable measurement period as additional information was obtained, including the finalization of a third-party appraisal. The Company completed its assessment during the fourth quarter of 2019, and no subsequent adjustments were made to these amounts.

The Company's consolidated financial statements include SIM's results of operations from August 1, 2019, the date of acquisition, through December 31, 2019. Net sales and net income (loss) attributable to Chemours contributed by SIM during this period were not material to the Company's or its Titanium Technologies segment's results of operations. Acquisition-related expenses amounted to less than $1 for the year ended December 31, 2019 and are included as a component of selling, general, and administrative expense in the consolidated statements of operations.

### Acquisition of ICOR International, Inc.

In April 2018, the Company, through its wholly-owned subsidiary, The Chemours Company FC, LLC, entered into a Stock Purchase Agreement ("SPA") to acquire all of the outstanding stock of ICOR International, Inc. ("ICOR"), a closely-held private company that produces, sells, and distributes replacement refrigerant gases for use in commercial, industrial, and automotive refrigerant applications. Pursuant to the terms of the SPA, the Company paid $37 in total consideration at closing in the all-cash acquisition, which included customary working capital and other adjustments made within a specified time period. The acquisition of ICOR complements the Company's existing portfolio of product offerings within the Fluoroproducts segment, as well as provides the Company with access to ICOR's established customer base and assembled workforce.

The Company accounted for the acquisition of ICOR as a business combination, and as such, all assets acquired and liabilities assumed were recorded at their estimated fair values. The excess of the consideration transferred over the fair value of the identifiable net assets acquired was recorded as goodwill within the Fluoroproducts segment, which represents the expected future benefits arising from the assembled workforce and other synergies to be realized from the acquisition of ICOR. The Company elected to treat the acquisition of ICOR as an asset acquisition under the Internal Revenue Code, and as such, expects that all of the related goodwill will be deductible for federal income tax purposes.

F-19

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the Company's fair value estimates of the assets acquired and liabilities assumed in the acquisition of ICOR, which were finalized during the fourth quarter of 2018.

| | Fair Value At Acquisition Date | | Measurement Period Adjustments | | Adjusted Fair Value | | Weighted-average Useful Life (in Years) |
|---|---|---|---|---|---|---|---|
| Assets acquired: | | | | | | | |
| Accounts receivable - trade | $ | 4 | $ | - | $ | 4 | |
| Inventories | | 8 | | - | | 8 | |
| Property, plant, and equipment | | 1 | | - | | 1 | |
| Identifiable intangible asset: | | | | | | | |
| Customer relationships (1) | | 20 | | 2 | | 22 | 5 |
| Total assets acquired | | 33 | | 2 | | 35 | |
| Liabilities assumed: | | | | | | | |
| Accounts payable | | 1 | | - | | 1 | |
| Other accrued liabilities | | 1 | | - | | 1 | |
| Total liabilities assumed | | 2 | | - | | 2 | |
| Total identifiable net assets acquired | | 31 | | 2 | | 33 | |
| Goodwill (1) | | 6 | | (2 ) | | 4 | |
| **Net assets acquired** | $ | 37 | $ | - | $ | 37 | |

(1) During the third quarter of 2018, the Company recorded a measurement period adjustment to its customer relationships based on an ongoing analysis associated with the preparation of a third-party appraisal.

The fair value of ICOR's customer relationships was determined using the excess earnings method, which is a discounted cash flows approach. This method takes into account significant unobservable inputs and is a Level 3 fair value measurement within the fair value hierarchy. The use of this valuation methodology requires management to make various assumptions, including, but not limited to, assumptions about future profitability, cash flows, and discount rates applicable to the acquired business and, where applicable, market participants. These assumptions are based on management's best estimates and include considerations related to management's knowledge and experience, historical trends, general economic conditions, and other situational factors.

The Company's consolidated financial statements include ICOR's results of operations from April 2, 2018, the date of acquisition, through December 31, 2018, as well as the year ended December 31, 2019. Net sales and net income (loss) attributable to Chemours contributed by ICOR during these periods were not material to the Company's or its Fluoroproducts segment's results of operations. Acquisition-related expenses amounted to less than $1 at December 31, 2018, and are included as a component of selling, general, and administrative expense in the consolidated statements of operations.

*Sale of Land in Linden, New Jersey*

In March 2016, the Company entered into an agreement to sell a 210-acre plot of land that formerly housed a DuPont manufacturing site located in Linden, New Jersey. The land was assigned to Chemours in connection with its separation from DuPont, and the Company completed the sale in March 2018 for a gain of $42 and net cash proceeds of $39. As part of the sales agreement, the buyer agreed to assume certain costs associated with ongoing environmental remediation activities at the site amounting to $3, which have been reflected as a component of prepaid expenses and other on the consolidated balance sheets. Chemours remains responsible for certain other ongoing environmental remediation activities at the site, which were previously accrued as a component of other liabilities on the consolidated balance sheets.

F-20

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 5. Net Sales**

*Disaggregation of Net Sales*

The following table sets forth a disaggregation of the Company's net sales by geographic region and segment and product group for the years ended December 31, 2019 and 2018.

| | Year Ended December 31, | |
| --- | --- | --- |
| | **2019** | **2018** |
| **Net sales by geographic region (1)** | | |
| North America: | | |
| Fluoroproducts | $ 1,104 | $ 1,143 |
| Chemical Solutions | 313 | 341 |
| Titanium Technologies | 727 | 894 |
| Total North America | 2,144 | 2,378 |
| Asia Pacific: | | |
| Fluoroproducts | 673 | 675 |
| Chemical Solutions | 61 | 81 |
| Titanium Technologies | 809 | 964 |
| Total Asia Pacific | 1,543 | 1,720 |
| Europe, the Middle East, and Africa: | | |
| Fluoroproducts | 666 | 825 |
| Chemical Solutions | 23 | 18 |
| Titanium Technologies | 474 | 842 |
| Total Europe, the Middle East, and Africa | 1,163 | 1,685 |
| Latin America (2): | | |
| Fluoroproducts | 205 | 219 |
| Chemical Solutions | 136 | 162 |
| Titanium Technologies | 335 | 474 |
| Total Latin America | 676 | 855 |
| **Total net sales** | $ 5,526 | $ 6,638 |
| **Net sales by segment and product group** | | |
| Fluoroproducts: | | |
| Fluorochemicals | $ 1,318 | $ 1,497 |
| Fluoropolymers | 1,330 | 1,365 |
| Chemical Solutions: | | |
| Mining solutions | 268 | 289 |
| Performance chemicals and intermediates | 265 | 313 |
| Titanium Technologies: | | |
| Titanium dioxide and other minerals | 2,345 | 3,174 |
| **Total net sales** | $ 5,526 | $ 6,638 |

(1)  Net sales are attributable to countries based on customer location.

(2)  Latin America includes Mexico.

Substantially all of the Company's net sales are derived from goods and services transferred at a point in time.

F-21

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Contract Balances*

The Company's assets and liabilities from contracts with customers constitute accounts receivable - trade, deferred revenue, and customer rebates. An amount for accounts receivable - trade is recorded when the right to consideration under a contract becomes unconditional. An amount for deferred revenue is recorded when consideration is received prior to the conclusion that a contract exists, or when a customer transfers consideration prior to the Company satisfying its performance obligations under a contract. Customer rebates represent an expected refund liability to a customer based on a contract. In contracts with customers where a rebate is offered, it is generally applied retroactively based on the achievement of a certain sales threshold. As revenue is recognized, the Company estimates whether or not the sales threshold will be achieved to determine the amount of variable consideration to include in the transaction price.

The following table sets forth the Company's contract balances from contracts with customers at December 31, 2019 and 2018.

| | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| Accounts receivable - trade, net (1) | $ | 602 | $ | 790 |
| Customer rebates | | 72 | | 79 |

    (1)   Accounts receivable - trade, net includes trade notes receivable of less than $1 and $2 at December 31, 2019 and 2018, respectively, and is net of allowances for doubtful accounts of $5 at December 31, 2019 and 2018. Such allowances are equal to the estimated uncollectible amounts.

The Company's deferred revenue balances at December 31, 2019 and 2018 were not significant. Additionally, changes in the Company's deferred revenue balances resulting from additions for advance payments and deductions for amounts recognized in net sales during the years ended December 31, 2019 and 2018, were not significant. For the years ended December 31, 2019 and 2018, the amount of revenue recognized from performance obligations satisfied in prior periods (e.g., due to changes in transaction price) was not significant.

There were no other contract asset balances or capitalized costs associated with obtaining or fulfilling customer contracts at December 31, 2019 and 2018.

*Remaining Performance Obligations*

Certain of the Company's MSA or other arrangements contain take-or-pay clauses, whereby customers are required to purchase a fixed minimum quantity of product during a specified period, or pay the Company for such orders, even if not requested by the customer. The Company considers these take-or-pay clauses to be an enforceable contract, and as such, the legally-enforceable minimum amounts under such an arrangement are considered to be outstanding performance obligations on contracts with an original expected duration greater than one year. At December 31, 2019 and 2018, Chemours had $83 and $119 of remaining performance obligations, respectively. The Company expects to recognize approximately 69% of its remaining performance obligations as revenue in 2020, an approximate additional 16% in 2021, and the balance thereafter. The Company applies the practical expedient and does not include remaining performance obligations that have original expected durations of one year or less, or amounts for variable consideration allocated to wholly-unsatisfied performance obligations or wholly-unsatisfied distinct goods that form part of a single performance obligation, if any. Amounts for contract renewals that are not yet exercised by December 31, 2019 and 2018 are also excluded.

**Note 6. Research and Development Expense**

The following table sets forth the Company's R&D expense by segment for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | | 2018 | | 2017 | |
| Fluoroproducts | $ | 48 | $ | 50 | $ | 48 |
| Chemical Solutions | | 2 | | 2 | | 3 |
| Titanium Technologies | | 29 | | 28 | | 29 |
| Corporate and Other | | 1 | | 2 | | 1 |
| **Total research and development expense** | $ | 80 | $ | 82 | $ | 81 |

F-22

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 7. Restructuring, Asset-related, and Other Charges**

The following table sets forth the components of the Company's restructuring, asset-related, and other charges by category for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | | **2018** | | **2017** | |
| Restructuring and other charges: | | | | | | |
| Employee separation charges | $ | 21 | $ | 14 | $ | 23 |
| Decommissioning and other charges | | 23 | | 31 | | 33 |
| Total restructuring and other charges | | 44 | | 45 | | 56 |
| Asset-related charges (1) | | 43 | | 4 | | 1 |
| **Total restructuring, asset-related, and other charges** | $ | 87 | $ | 49 | $ | 57 |

(1) Asset-related charges for the year ended December 31, 2019 included $34 for accelerated depreciation in connection with the Company's exit of the Methylamines and Methylamides business at its Belle, West Virginia manufacturing plant, and $9 for accelerated depreciation in connection with its closure of the titanium tetrachloride production line at its New Johnsonville, Tennessee manufacturing plant. Asset-related charges for the year ended December 31, 2018 included $4 for a pre-tax goodwill impairment charge in the Company's Chemical Solutions segment.

The following table sets forth the impacts of the Company's restructuring programs to segment earnings for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2019** | | **2018** | | **2017** | |
| Restructuring and other charges: | | | | | | |
| Plant and product line closures: | | | | | | |
| Fluoroproducts | $ | - | $ | - | $ | 3 |
| Chemical Solutions | | 2 | | 4 | | 17 |
| Titanium Technologies | | - | | - | | 4 |
| Corporate and Other | | 18 | | 9 | | - |
| Total plant and product line closures | | 20 | | 13 | | 24 |
| 2017 Restructuring Program: | | | | | | |
| Fluoroproducts | | 2 | | 9 | | - |
| Chemical Solutions | | - | | 2 | | - |
| Titanium Technologies | | 1 | | 1 | | - |
| Corporate and Other | | - | | 15 | | 32 |
| Total 2017 Restructuring Program | | 3 | | 27 | | 32 |
| 2018 Restructuring Program: | | | | | | |
| Corporate and Other | | (1) | | 5 | | - |
| Total 2018 Restructuring Program | | (1) | | 5 | | - |
| 2019 Restructuring Program: | | | | | | |
| Fluoroproducts | | 7 | | - | | - |
| Chemical Solutions | | 1 | | - | | - |
| Titanium Technologies | | 5 | | - | | - |
| Corporate and Other | | 9 | | - | | - |
| Total 2019 Restructuring Program | | 22 | | - | | - |
| Total restructuring and other charges | | 44 | | 45 | | 56 |
| Asset-related charges: | | | | | | |
| Chemical Solutions | | 34 | | 4 | | - |
| Titanium Technologies | | 9 | | - | | - |
| Corporate and Other | | - | | - | | 1 |
| Total asset-related charges | | 43 | | 4 | | 1 |
| **Total restructuring, asset-related, and other charges** | $ | 87 | $ | 49 | $ | 57 |

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Plant and Product Line Closures***

*Fluoroproducts*

In August 2015, in an effort to improve the profitability of the Company's Fluoroproducts segment, management approved the closure of certain production lines in the segment's U.S. manufacturing plants. For the year ended December 31, 2017, the Company recorded additional decommissioning and dismantling-related charges of $3 for certain of these production lines. At December 31, 2017, the Company had substantially completed all actions related to the restructuring activities for certain of its production lines, which amounted to $17 in the aggregate, excluding asset-related charges.

*Chemical Solutions*

In the fourth quarter of 2015, the Company announced its completion of the strategic review of its Reactive Metals Solutions ("RMS") business and the decision to stop production at its Niagara Falls, New York manufacturing plant. The Company recorded additional decommissioning and dismantling-related charges of $2, $4, and $17 for the years ended December 31, 2019, 2018, and 2017, respectively. The Company expects to incur approximately $5 in additional restructuring charges for similar activities through 2021. As of December 31, 2019, the Company incurred, in the aggregate, $37 in restructuring charges related to these activities, excluding asset-related charges.

In the third quarter of 2019, in an effort to improve the profitability of the Company's Chemical Solutions segment, the Company announced plans to exit its Methylamines and Methylamides business at its Belle, West Virginia manufacturing plant, which culminated in the completed exit and sale of the business in the fourth quarter of 2019. As a result, for the year ended December 31, 2019, the Company recorded accelerated depreciation of $34. We do not expect to incur additional charges related to the exit of the Methylamines and Methylamides business. Refer to "Note 4 - Acquisitions and Divestitures" for further details.

*Titanium Technologies*

In August 2015, the Company announced the closure of its Edge Moor, Delaware manufacturing plant. The Edge Moor plant produced $TiO_2$ pigment for use in the paper industry and certain other applications where demand had steadily declined, resulting in under-used capacity at the plant. In addition, the Company permanently closed one under-used $TiO_2$ pigment production line at its New Johnsonville, Tennessee plant. The Company stopped production at its Edge Moor plant in September 2015, and immediately began decommissioning the plant. For the year ended December 31, 2017, the Company recorded additional decommissioning and dismantling-related charges of $4. The Company completed these activities in 2017, which amounted to $60 in the aggregate, excluding asset-related charges. The Company sold the land where the plant was located for $10 in the first quarter of 2017.

In December 2019, in an effort to improve the profitability of the Company's Titanium Technologies segment, management approved the discontinuation of the titanium tetrachloride production line at the Company's New Johnsonville, Tennessee site. For the year ended December 31, 2019, the Company recorded accelerated depreciation of $9. The Company does not expect to incur material decommissioning and dismantling-related charges related to the discontinuation of this production line.

*Corporate and Other*

In the first quarter of 2018, the Company began a project to demolish and remove several dormant, unused buildings at its Chambers Works site in Deepwater, New Jersey, which were assigned to Chemours in connection with its separation from DuPont and never used in Chemours' operations. For the years ended December 31, 2019 and 2018, the Company incurred $18 and $9, respectively, in decommissioning and dismantling-related charges associated with these efforts. The Company expects to incur approximately $6 in additional restructuring charges related to its Chambers Works site through the end of 2021. As of December 31, 2019, the Company incurred, in the aggregate, $27 in restructuring charges related to these activities.

F-24

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*2017 Restructuring Program*

In 2017, the Company announced certain restructuring activities designed to further the cost savings and productivity improvements outlined under management's transformation plan. These activities include, among other efforts: (i) outsourcing and further centralizing certain business process activities; (ii) consolidating existing, outsourced third-party information technology ("IT") providers; and, (iii) implementing various upgrades to the Company's current IT infrastructure. In connection with these corporate function efforts, the Company recorded $3, $18, and $14 in restructuring-related charges for years ended December 31, 2019, 2018, and 2017, respectively.

In 2017, the Company also announced a voluntary separation program ("VSP") for certain eligible U.S. employees in an effort to better manage the anticipated future changes to its workforce. Employees who volunteered for and were accepted under the VSP were entitled to receive certain financial incentives above the Company's customary involuntary termination benefits to end their employment with Chemours after providing a mutually agreed-upon service period. Approximately 300 employees separated from the Company through the end of 2018. An accrual representing the majority of these termination benefits, amounting to $18, was recognized in the fourth quarter of 2017. The remaining $9 of incremental, one-time financial incentives under the VSP were recognized over the period each participating employee continued to provide service to Chemours.

The Company recorded charges of $3, $27, and $32 for the years ended December 31, 2019, 2018, and 2017, respectively, for its 2017 program. The cumulative amount incurred, in the aggregate, for the Company's 2017 program amounted to $62 at December 31, 2019. The Company has substantially completed all actions related to this program.

*2018 Restructuring Program*

In the fourth quarter of 2018, management initiated a restructuring program of the Company's corporate functions and recorded the related estimated severance costs of $5. The Company has substantially completed all actions related to this program.

*2019 Restructuring Program*

In the third quarter of 2019, management initiated a severance program of the Company's corporate functions and businesses. For the year ended December 31, 2019, the Company recorded the related estimated severance costs of $22, which it believes to be substantially complete for this program. The majority of employees separated from the Company during the fourth quarter of 2019, and the majority of the associated payments will be made by the end of 2020.

The following table sets forth the change in the Company's employee separation-related liabilities associated with its restructuring programs for the years ended December 31, 2019 and 2018.

| | Chemical Solutions Site Closures | | Titanium Technologies Site Closures | | 2015 Global Restructuring Program | | 2017 Restructuring Program | | 2018 Restructuring Program | | 2019 Restructuring Program | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance at January 1, 2018** | $ | 2 | $ | 1 | $ | 1 | $ | 23 | $ | - | $ | - | $ | 27 |
| Charges to income | | - | | - | | - | | 9 | | 5 | | - | | 14 |
| Payments | | (2) | | (1) | | - | | (22) | | - | | - | | (25) |
| **Balance at December 31, 2018** | | - | | - | | 1 | | 10 | | 5 | | - | | 16 |
| (Credits) charges to income | | - | | - | | (1) | | - | | (1) | | 22 | | 20 |
| Payments | | - | | - | | - | | (9) | | (4) | | (8) | | (21) |
| **Balance at December 31, 2019** | $ | - | $ | - | $ | - | $ | 1 | $ | - | $ | 14 | $ | 15 |

At December 31, 2019 and 2018, there were no significant outstanding liabilities related to the Company's decommissioning and other restructuring-related charges.

F-25

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 8. Other Income (Expense), Net

The following table sets forth the components of the Company's other income (expense), net for the years ended December 31, 2019, 2018, and 2017.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2017 |
| Leasing, contract services, and miscellaneous income (1) | $ | 51 | $ | 79 | $ | 30 |
| Royalty income (2) | | 16 | | 10 | | 24 |
| Gain on sales of assets and businesses (3) | | 10 | | 45 | | 22 |
| Exchange (losses) gains, net (4) | | (2) | | 1 | | 3 |
| Non-operating pension and other post-retirement employee benefit (loss) income (5) | | (368) | | 27 | | 34 |
| **Total other (expense) income, net** | $ | (293) | $ | 162 | $ | 113 |

   (1)   Leasing, contract services, and miscellaneous income includes European Union fluorinated greenhouse gas quota authorization sales of $41, $67, and $15 for the years ended December 31, 2019, 2018, and 2017, respectively.

   (2)   Royalty income for the years ended December 31, 2019 and 2018 is primarily from technology licensing. Royalty income for the year ended December 31, 2017 is primarily from technology and trademark licensing.

   (3)   For the year ended December 31, 2019, gain on sale includes a $9 non-cash gain associated with the sale of the Company's Repauno, New Jersey site. For the year ended December 31, 2018, gain on sale includes a $3 gain and a $42 gain associated with the sales of the Company's East Chicago, Indiana and Linden, New Jersey sites, respectively. For the year ended December 31, 2017, gain on sale includes a gain of $13 associated with the sale of the Company's land in Repauno, New Jersey that was previously deferred and realized upon meeting certain milestones, and a $12 gain associated with the sale of the Company's Edge Moor, Delaware plant site, net of certain losses on other disposals.

   (4)   Exchange gains (losses), net includes gains (losses) on the Company's foreign currency forward contracts that have not been designated as a cash flow hedge.

   (5)   The year ended December 31, 2019 includes a $380 settlement loss related to a significant portion of the Company's Netherlands pension plan, specific to the vested pension benefits of the inactive participants. See "Note 27 - Long-term Employee Benefits" for further details.

### Note 9. Income Taxes

The following table sets forth the components of the Company's provision for (benefit from) income taxes for the years ended December 31, 2019, 2018, and 2017.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2017 |
| Current tax expense (benefit): | | | | | | |
|    U.S. federal | $ | 13 | $ | 23 | $ | (8) |
|    U.S. state and local | | (1) | | 4 | | 1 |
|    International | | 79 | | 110 | | 89 |
|      Total current tax expense | | 91 | | 137 | | 82 |
| Deferred tax expense (benefit): | | | | | | |
|    U.S. federal | | (77) | | 20 | | 60 |
|    U.S. state and local | | (5) | | 3 | | 6 |
|    International | | (81) | | (1) | | 17 |
|      Total deferred tax (benefit) expense | | (163) | | 22 | | 83 |
| **Total (benefit from) provision for income taxes** | $ | (72) | $ | 159 | $ | 165 |

F-26

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the components of the Company's deferred tax assets and liabilities at December 31, 2019 and 2018.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2019** | | **2018** | |
| Deferred tax assets: | | | | |
| Environmental and other liabilities | $ | 99 | $ | 80 |
| Accrued litigation | | 37 | | 28 |
| Stock-based compensation and accrued employee benefits | | 29 | | 28 |
| Other assets and other accrued liabilities | | 6 | | 8 |
| Tax attribute carryforwards | | 96 | | 29 |
| Operating lease liability | | 75 | | - |
| Foreign tax credit carryforwards | | 18 | | 18 |
| Total deferred tax assets | | 360 | | 191 |
| Less: Valuation allowance | | (10 ) | | (2 ) |
| Total deferred tax assets, net | | 350 | | 189 |
| Deferred tax liabilities: | | | | |
| Pension and other liabilities | | (7 ) | | (35 ) |
| Property, plant, and equipment | | (320 ) | | (313 ) |
| Operating lease asset | | (71 ) | | - |
| Inventories and other assets | | (30 ) | | (12 ) |
| Total deferred tax liabilities | | (428 ) | | (360 ) |
| **Deferred tax liability, net** | $ | (78 ) | $ | (171 ) |

The following table sets forth an analysis of the Company's effective tax rates for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2019** | | **2018** | | **2017** | |
| | **$** | **%** | **$** | **%** | **$** | **%** |
| **Statutory U.S. federal income tax rate** | $ (26 ) | 21.0 % | $ 243 | 21.0 % | $ 319 | 35.0 % |
| State income taxes, net of federal benefit | (7 ) | 5.6 % | 7 | 0.6 % | 7 | 0.7 % |
| Lower effective tax rate on international operations, net | (28 ) | 22.7 % | (44 ) | (3.8 )% | (149 ) | (16.3 )% |
| Depletion | (5 ) | 4.0 % | (6 ) | (0.5 )% | (8 ) | (0.9 )% |
| Exchange (gains) losses | (7 ) | 5.6 % | (4 ) | (0.3 )% | 5 | 0.6 % |
| Provision to return and other adjustments | (4 ) | 3.2 % | (9 ) | (0.8 )% | 6 | 0.6 % |
| Valuation allowance | 8 | (6.5 )% | (15 ) | (1.3 )% | (33 ) | (3.6 )% |
| Net impact of U.S. tax reform | - | - % | (10 ) | (0.9 )% | 39 | 4.3 % |
| Stock-based compensation | (14 ) | 11.4 % | (14 ) | (1.2 )% | (20 ) | (2.2 )% |
| Executive compensation limitation | 9 | (7.3 )% | 4 | 0.3 % | 6 | 0.7 % |
| R&D credit | (6 ) | 4.8 % | (5 ) | (0.4 )% | (1 ) | (0.1 )% |
| Uncertain tax positions | 7 | (5.6 )% | 2 | 0.2 % | (6 ) | (0.7 )% |
| Other, net | 1 | (0.8 )% | 10 | 0.9 % | - | - % |
| **Total effective tax rate** | $ (72 ) | 58.1 % | $ 159 | 13.8 % | $ 165 | 18.1 % |

The following table sets forth the Company's income (loss) before income taxes for its U.S. and international operations for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2019** | | **2018** | | **2017** | |
| U.S. operations (including exports) | $ | (375 ) | $ | 114 | $ | (306 ) |
| International operations | | 251 | | 1,041 | | 1,218 |
| **Total (loss) income before income taxes** | $ | (124 ) | $ | 1,155 | $ | 912 |

F-27

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***U.S. Tax Reform***

With respect to U.S. tax reform, while management has completed its analysis within the applicable measurement period, pursuant to Staff Accounting Bulletin No. 118 as issued by the SEC, the Company accounts for the tax impacts of new provisions based on interpretation of existing statutory law, including proposed regulations issued by the U.S. Treasury and the Internal Revenue Service ("IRS"). While there can be no assurances as to the effect of any final regulations on the Company's provision for (benefit from) income taxes, management will continue to evaluate the impacts as any issued regulations become final and adjust our estimates, as appropriate.

At December 31, 2019, management believed that sufficient liquidity was available in the U.S. As a result, the Company is indefinitely reinvested with respect to the historical unremitted pre-2018 Earnings and Profits ("E&P") of its foreign subsidiaries, which was approximately $440 at December 31, 2019. Management asserts that it is indefinitely reinvested with respect to current year earnings from certain foreign subsidiaries, and therefore, has not recorded deferred tax liabilities with respect to those earnings. At December 31, 2019, deferred tax liabilities for foreign subsidiaries that are not indefinitely reinvested were not material to the Company's consolidated financial statements. The potential tax implications of the repatriation of unremitted earnings are driven by the facts at the time of distribution; however, due to U.S. tax reform and the U.S. Transition Tax, the incremental cost to repatriate earnings is not expected to be material if a distribution is made in the future as there are minimal foreign withholding taxes in the applicable foreign jurisdictions.

***Other Matters***

For the year ended December 31, 2019, the Company recorded $5 of valuation allowance on certain foreign subsidiary earnings and $3 of valuation allowance on certain foreign tax credits.

Under the tax laws of various jurisdictions in which the Company operates, deductions or credits that cannot be fully utilized for tax purposes during the current year may be carried forward or back, subject to statutory limitations, to reduce taxable income or taxes payable in future or prior years. At December 31, 2019, the Company's U.S federal and state tax losses amounted to $13, which substantially expire between 2036 and 2038. The Company also had U.S. foreign tax credit carryforwards of $18, which expire in 2026, and $24 in R&D tax credits, which expire between 2035 and 2039. Lastly, the Company had foreign net operating losses of $3, which expire between 2026 and 2029.

Each year, Chemours and/or its subsidiaries file income tax returns in the U.S. federal jurisdiction and various states and non-U.S. jurisdictions.

The following table sets forth the Company's significant jurisdictions' tax returns that are subject to examination by their respective taxing authorities for the open years listed.

| Jurisdiction | Open Years |
|---|---|
| China | 2015 through 2019 |
| India | 2015 through 2019 |
| Mexico | 2013 through 2019 |
| Netherlands | 2015 through 2019 |
| Singapore | 2015 through 2019 |
| Switzerland | 2015 through 2019 |
| Taiwan | 2015 through 2019 |
| U.S. | 2015 through 2019 |

F-28

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Positions challenged by the taxing authorities may be settled or appealed by Chemours and/or DuPont in accordance with the tax matters agreement. As a result, income tax uncertainties are recognized in the Company's consolidated financial statements in accordance with accounting for income taxes, when applicable.

The following table sets forth the change in the Company's unrecognized tax benefits for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2019** | | **2018** | | **2017** | |
| **Balance at January 1,** | $ | 2 | $ | - | $ | 6 |
| Gross amounts of decreases in unrecognized tax benefits as a result of adjustments to tax provisions taken during the prior period | | - | | - | | (6) |
| Gross amounts of increases in unrecognized tax benefits as a result of tax positions taken during the current period | | 7 | | 2 | | - |
| Reduction to unrecognized tax benefits as a result of a lapse of the applicable statute of limitations | | - | | - | | - |
| **Balance at December 31,** | $ | 9 | $ | 2 | $ | - |
| Total unrecognized tax benefits, if recognized, that would impact the effective tax rate | $ | 9 | $ | 2 | $ | - |
| Total amount of interest and penalties recognized in the consolidated statements of operations | | - | | - | | - |
| Total amount of interest and penalties recognized in the consolidated balance sheets | | - | | - | | - |

The following table sets forth a rollforward of the Company's deferred tax asset valuation allowance for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2019** | | **2018** | | **2017** | |
| **Balance at January 1,** | $ | 2 | $ | 17 | $ | 50 |
| Net charges to income tax expense | | 8 | | - | | - |
| Release of valuation allowance | | - | | (15) | | (33) |
| **Balance at December 31,** | $ | 10 | $ | 2 | $ | 17 |

F-29

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 10. Earnings Per Share of Common Stock

The following table sets forth the reconciliations of the numerators and denominators for the Company's basic and diluted earnings per share calculations for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 | 2018 | 2017 |
| Numerator: | | | |
| Net (loss) income attributable to Chemours | $ (52 ) | $ 995 | $ 746 |
| Denominator: | | | |
| Weighted-average number of common shares outstanding - basic | 164,816,839 | 176,968,554 | 184,844,106 |
| Dilutive effect of the Company's employee compensation plans (1) | - | 5,603,467 | 6,139,885 |
| Weighted-average number of common shares outstanding - diluted (1) | 164,816,839 | 182,572,021 | 190,983,991 |
| Basic (loss) earnings per share of common stock | $ (0.32 ) | $ 5.62 | $ 4.04 |
| Diluted (loss) earnings per share of common stock (1) | (0.32 ) | 5.45 | 3.91 |

(1) In periods where the Company incurs a net loss, the impact of potentially dilutive securities is excluded from the calculation of earnings per share as its inclusion would have an anti-dilutive effect.

The following table sets forth the average number of stock options that were anti-dilutive and, therefore, were not included in the Company's diluted earnings per share calculations for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 | 2018 | 2017 |
| Average number of stock options | 2,206,609 | 393,016 | 43,072 |

### Note 11. Accounts and Notes Receivable, Net

The following table sets forth the components of the Company's accounts and notes receivable, net at December 31, 2019 and 2018.

| | December 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Accounts receivable - trade, net (1) | $ 602 | $ 790 |
| VAT, GST, and other taxes (2) | 59 | 56 |
| Other receivables (3) | 13 | 15 |
| **Total accounts and notes receivable, net** | $ 674 | $ 861 |

(1) Accounts receivable - trade, net includes trade notes receivable of less than $1 and $2 at December 31, 2019 and 2018, respectively, and is net of allowances for doubtful accounts of $5 at December 31, 2019 and 2018. Such allowances are equal to the estimated uncollectible amounts.

(2) Value added tax ("VAT") and goods and services tax ("GST") for various jurisdictions.

(3) Other receivables consist of derivative instruments, advances, and other deposits.

Accounts and notes receivable are carried at amounts that approximate fair value. Bad debt expense amounted to less than $1 for the years ended December 31, 2019 and 2018, and $1 for the year ended December 31, 2017.

F-30

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 12. Inventories

The following table sets forth the components of the Company's inventories at December 31, 2019 and 2018.

| | December 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| Finished products | $ | 589 | $ | 701 |
| Semi-finished products | | 189 | | 195 |
| Raw materials, stores, and supplies | | 559 | | 476 |
| Inventories before LIFO adjustment | | 1,337 | | 1,372 |
| Less: Adjustment of inventories to LIFO basis | | (258 ) | | (225 ) |
| **Total inventories** | $ | 1,079 | $ | 1,147 |

Inventory values, before LIFO adjustment, are generally determined by the average cost method, which approximates current cost. Inventories are valued under the LIFO method at substantially all of the Company's U.S. locations, which comprised $674 and $622 (or 50% and 45%) of inventories before the LIFO adjustments at December 31, 2019 and 2018, respectively. The remainder of the Company's inventory held in international locations and certain U.S. locations is valued under the average cost method.

### Note 13. Property, Plant, and Equipment, Net

The following table sets forth the components of the Company's property, plant, and equipment, net at December 31, 2019 and 2018.

| | December 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| Equipment | $ | 7,595 | $ | 7,344 |
| Buildings (1) | | 1,174 | | 914 |
| Construction-in-progress | | 493 | | 579 |
| Land | | 115 | | 119 |
| Mineral rights | | 36 | | 36 |
| Property, plant, and equipment | | 9,413 | | 8,992 |
| Less: Accumulated depreciation | | (5,854 ) | | (5,701 ) |
| **Total property, plant, and equipment, net** | $ | 3,559 | $ | 3,291 |

(1) At December 31, 2019, buildings includes $95 in connection with the financed portion of the Chemours Discovery Hub, which was considered a build-to-suit lease asset of $55 at December 31, 2018. Refer to note "Note 14 - Leases" for further details.

Property, plant, and equipment, net included gross assets under finance leases of $68 and $7 at December 31, 2019 and 2018, respectively. In the second quarter of 2019, a subsidiary of the Company renegotiated the terms of an existing Fluoroproducts supply contract with Changshu 3F Zhonghao New Chemical Materials Co., Ltd., a related party and equity method investee, to improve the long-term supply security and competitiveness relative to not-in-kind competition of its low global warming potential foam offering. The renegotiated supply contract resulted in the recognition of a finance lease asset and a corresponding finance lease liability, both of which amounted to $62.

Interest expense capitalized as part of property, plant, and equipment, net amounted to $10, $17, and $9 for the years ended December 31, 2019, 2018, and 2017, respectively.

Depreciation expense amounted to $304, $276, and $269 for the years ended December 31, 2019, 2018, and 2017, respectively.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 14. Leases

The Company leases certain office space, equipment, railcars, tanks, barges, tow boats, and warehouses. Leases with an initial term of 12 months or less are not recorded on the consolidated balance sheets, and lease expense is recognized over the term of these leases on a straight-line basis. The Company's leases have remaining terms of up to 17 years. Some leases of equipment contain immaterial amounts of residual value guarantees.

The following table sets forth the Company's lease assets and lease liabilities and their balance sheet location at December 31, 2019.

| | Balance Sheet Location | | December 31, 2019 |
|---|---|---|---|
| Lease assets: | | | |
| Operating lease right-of-use assets | Operating lease right-of-use assets | $ | 294 |
| Finance lease assets | Property, plant, and equipment, net (Note 13) | | 58 |
| **Total lease assets** | | $ | 352 |
| Lease liabilities: | | | |
| Current: | | | |
| Operating lease liabilities | Other accrued liabilities (Note 19) | $ | 66 |
| Finance lease liabilities | Short-term and current maturities of long-term debt (Note 20) | | 5 |
| Total current lease liabilities | | | 71 |
| Non-current: | | | |
| Operating lease liabilities | Operating lease liabilities | | 245 |
| Finance lease liabilities | Long-term debt, net (Note 20) | | 54 |
| Total non-current lease liabilities | | | 299 |
| **Total lease liabilities** | | $ | 370 |

The following table sets forth the components of the Company's lease cost for the year ended December 31, 2019.

| | | Year Ended December 31, 2019 |
|---|---|---|
| Operating lease cost | $ | 99 |
| Short-term lease cost | | 5 |
| Variable lease cost | | 16 |
| Finance lease cost: | | |
| Amortization of lease assets | | 5 |
| Interest on lease liabilities | | 2 |
| **Total lease cost** | $ | 127 |

The following table sets forth the cash flows related to the Company's leases for the year ended December 31, 2019.

| | | Year Ended December 31, 2019 |
|---|---|---|
| Cash paid for amounts included in the measurement of lease liabilities: | | |
| Operating cash flows from operating leases | $ | 101 |
| Operating cash flows from finance leases | | 2 |
| Financing cash flows from finance leases | | 3 |
| Non-cash lease liabilities activity: | | |
| Leased assets obtained in exchange for new operating lease liabilities | $ | 48 |
| Leased assets obtained in exchange for new finance lease liabilities | | 62 |

F-32

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the weighted-average term and weighted-average discount rate for the Company's leases at December 31, 2019.

|  | December 31, 2019 |
|---|---|
| Weighted-average remaining lease term (years): | |
| Operating leases | 8.5 |
| Finance leases | 9.2 |
| Weighted-average discount rate: | |
| Operating leases | 5.10 % |
| Finance leases | 5.90 % |

The following table sets forth the Company's lease liabilities' maturities for the next five years and thereafter.

|  | As of December 31, 2019 | | |
|---|---|---|---|
|  | Operating Leases | Finance Leases | Total |
| 2020 | $ 82 | $ 9 | $ 91 |
| 2021 | 66 | 8 | 74 |
| 2022 | 49 | 8 | 57 |
| 2023 | 35 | 8 | 43 |
| 2024 | 29 | 8 | 37 |
| Thereafter | 118 | 35 | 153 |
| Total lease payments | 379 | 76 | 455 |
| Less: Imputed interest | 68 | 17 | 85 |
| Present value of lease liabilities | $ 311 | $ 59 | $ 370 |

Prior to the adoption of ASU No. 2016-02, the following table set forth the Company's lease liabilities' maturities for the subsequent five years and thereafter.

|  | As of December 31, 2018 | | |
|---|---|---|---|
|  | Operating Leases | Finance Leases | Total |
| 2019 | $ 92 | $ - | $ 92 |
| 2020 | 70 | 2 | 72 |
| 2021 | 59 | - | 59 |
| 2022 | 42 | - | 42 |
| 2023 | 27 | - | 27 |
| Thereafter | 134 | - | 134 |
| Total lease payments | $ 424 | $ 2 | $ 426 |

F-33

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*The Chemours Discovery Hub*

In October 2017, Chemours executed a build-to-suit lease agreement to construct a new 312,000-square-foot research and development facility on the Science, Technology, and Advanced Research campus of the University of Delaware ("UD") in Newark, Delaware ("Chemours Discovery Hub"). Chemours was deemed to be the owner for accounting purposes during construction of the facility. Construction was completed in the fourth quarter of 2019, and, upon its completion, Chemours evaluated whether a sale occurred for purposes of sale-leaseback accounting treatment. The Company determined that this transaction did not qualify for sale-leaseback accounting, and, as a result, the leasing arrangement is considered to be a financing transaction. At completion of the construction, the build-to-suit lease liability was reclassified as a financing obligation within long-term debt, net, and the build-to-suit lease asset was capitalized in property, plant and equipment, net. At December 31, 2019, a financing obligation of $95 and property, plant, and equipment of $95 are recorded on the Company's consolidated balance sheet.

The following table sets forth the Company's minimum future payments due for the next five years and thereafter related to the Chemours Discovery Hub financing obligation.

|  | December 31, 2019 |
|---|---|
| 2020 | $ 6 |
| 2021 | 7 |
| 2022 | 7 |
| 2023 | 7 |
| 2024 | 7 |
| Thereafter | 160 |
| **Total payments** | $ 194 |

**Note 15. Goodwill and Other Intangible Assets, Net**

*Goodwill*

The following table sets forth the changes in the carrying amount of the Company's goodwill by segment for the years ended December 31, 2019 and 2018.

|  | December 31, | |
|---|---|---|
|  | 2019 | 2018 |
| Fluoroproducts: | | |
| Balance at January 1, | $ 89 | $ 85 |
| Acquisition of business | - | 4 |
| Balance at December 31, | 89 | 89 |
| Chemical Solutions: | | |
| Balance at January 1, | 51 | 55 |
| Goodwill impairment | - | (4) |
| Balance at December 31, | 51 | 51 |
| Titanium Technologies: | | |
| Balance at January 1, | 13 | 13 |
| Balance at December 31, | 13 | 13 |
| **Total goodwill** | $ 153 | $ 153 |

F-34

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Chemours consists of three operating segments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. The Company defines its reporting units as one level below these operating segments, with the exception of the Titanium Technologies segment, which is both an operating segment and a reporting unit. The Company tested the goodwill balances attributable to each of its reporting units for potential impairment on October 1, 2019 and 2018, the dates of Chemours' annual goodwill assessment, and concluded that $4 of goodwill associated with the Performance Chemicals and Intermediates reporting unit in the Chemical Solutions segment was impaired at October 1, 2018. No further goodwill impairments were recorded for the years ended December 31, 2019 and 2018, as the fair values of the Company's other reporting units that carry goodwill exceeded each respective reporting unit's carrying amount on October 1, 2019 and 2018.

The total accumulated impairment losses included in the Company's goodwill balance at December 31, 2019 and 2018 amounted to $4.

***Other Intangible Assets, Net***

The following table sets forth the gross carrying amounts and accumulated amortization of the Company's other intangible assets by major class at December 31, 2019 and 2018.

|  | December 31, 2019 | | | December 31, 2018 | | |
|---|---|---|---|---|---|---|
|  | Cost | Accumulated Amortization | Net | Cost | Accumulated Amortization | Net |
| Customer lists | $ 9 | $ (8) | $ 1 | $ 9 | $ (8) | $ 1 |
| Customer relationships | 22 | (8) | 14 | 22 | (3) | 19 |
| Patents | 19 | (19) | - | 19 | (19) | - |
| Purchased trademarks | 5 | (3) | 2 | 5 | (3) | 2 |
| Purchased and licensed technology | 3 | (3) | - | 3 | (3) | - |
| Other (1) | 10 | (6) | 4 | 10 | (4) | 6 |
| **Total other intangible assets, net** | $ 68 | $ (47) | $ 21 | $ 68 | $ (40) | $ 28 |

    (1)   Represents non-cash favorable supply contracts acquired in connection with the sale of the Sulfur business and recognized during the third quarter of 2016 based on the present value of the difference between their contractual cash flows and estimated cash flows had the contracts been executed at a determinable market price. These contract intangibles will be amortized to cost of goods sold over the remaining life of the supply contracts through 2021.

The aggregate pre-tax amortization expense for definite-lived intangible assets was $7, $6, and $4 for the years ended December 31, 2019, 2018, and 2017, respectively. The estimated aggregate pre-tax amortization expense for 2020, 2021, 2022, 2023, and 2024 is $7, $7, $5, $1, and less than $1, respectively. Definite-lived intangible assets are amortized over their estimated useful lives, generally for periods ranging from five to 20 years. The reasonableness of the useful lives of these assets is periodically evaluated. The Company does not have any indefinite-lived intangible assets.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 16. Investments in Affiliates**

The Company holds investments in companies where it, directly or indirectly, owns 20% to 50% of the voting stock, or has the ability to exercise significant influence over the operating and financial policies of the investee.

The following table sets forth the carrying value, jurisdiction, and ownership percentages of the Company's investments in affiliates at December 31, 2019 and 2018.

| | | December 31, 2019 | | December 31, 2018 | |
| | | Carrying Value | Ownership | Carrying Value | Ownership |
|---|---|---|---|---|---|
| Investee | Jurisdiction | | | | |
| Chemours-Mitsui Fluorochemicals Company, Ltd. | Japan | $ 96 | 50.0% | $ 94 | 50.0% |
| The Chemours Chenguang Fluoromaterials Company Limited | China | 33 | 50.0% | 36 | 50.0% |
| Changshu 3F Zhonghao New Chemical Materials Co., Ltd. | China | 33 | 10.0% | 30 | 10.0% |
| | | $ 162 | | $ 160 | |

The following table sets forth the changes in the Company's investments in affiliates for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | |
| | 2019 | 2018 | 2017 |
|---|---|---|---|
| Balance at January 1, | $ 160 | $ 173 | $ 136 |
| Equity in earnings of affiliates | 29 | 43 | 33 |
| Dividends | (28 ) | (58 ) | - |
| Currency translation and other | 1 | 2 | 4 |
| Balance at December 31, | $ 162 | $ 160 | $ 173 |

The Company engages in transactions with its equity method investees in the ordinary course of business. For the years ended December 31, 2019, 2018, and 2017, net sales to the Company's equity method investees amounted to $135, $143, and $99, respectively, and purchases from the Company's equity method investees amounted to $249, $125, and $87, respectively.

**Note 17. Other Assets**

The following table sets forth the components of the Company's other assets at December 31, 2019 and 2018.

| | December 31, | |
| | 2019 | 2018 |
|---|---|---|
| Capitalized repair and maintenance costs | $ 148 | $ 178 |
| Pension assets (1) | 59 | 174 |
| Deferred income taxes | 40 | 46 |
| Miscellaneous | 45 | 39 |
| Total other assets | $ 292 | $ 437 |

(1) Pension assets represent the funded status of certain of the Company's long-term employee benefit plans. During the year ended December 31, 2019, pension assets decreased primarily due to the Company's settlement of a significant portion of the Netherlands pension plan, specific to the vested pension benefits of the inactive participants. See "Note 27 - Long-term Employees Benefits" for further details.

F-36

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 18. Accounts Payable

The following table sets forth the components of the Company's accounts payable at December 31, 2019 and 2018.

| | December 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| Trade payables | $ | 901 | $ | 1,111 |
| VAT and other payables | | 22 | | 26 |
| **Total accounts payable** | $ | 923 | $ | 1,137 |

## Note 19. Other Accrued Liabilities

The following table sets forth the components of the Company's other accrued liabilities at December 31, 2019 and 2018.

| | December 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| Compensation and other employee-related costs | $ | 52 | $ | 108 |
| Employee separation costs (1) | | 15 | | 16 |
| Accrued litigation (2) | | 10 | | 11 |
| Environmental remediation (2) | | 74 | | 139 |
| Income taxes | | 65 | | 87 |
| Customer rebates | | 72 | | 79 |
| Deferred revenue | | 7 | | 6 |
| Accrued interest | | 21 | | 21 |
| Operating lease liabilities (3) | | 66 | | - |
| Miscellaneous (4) | | 102 | | 92 |
| **Total other accrued liabilities** | $ | 484 | $ | 559 |

(1) Represents the current portion of accrued employee separation costs related to the Company's restructuring activities.

(2) Represents the current portions of environmental remediation and accrued litigation, which are discussed further in "Note 22 - Commitments and Contingent Liabilities." With respect to the Company's ongoing matters at Fayetteville, environmental remediation includes $20 and $75 at December 31, 2019 and 2018, respectively.

(3) Represents the current portion of the Company's operating lease liabilities, which is discussed further in "Note 3 - Summary of Significant Accounting Policies" and "Note 14 - Leases."

(4) Miscellaneous primarily includes accrued utility expenses, property taxes, an accrued indemnification liability, the current portion of the Company's asset retirement obligations, and other miscellaneous expenses.

F-37

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 20. Debt

The following table sets forth the components of the Company's debt at December 31, 2019 and 2018.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | | 2019 | | 2018 |
| Senior secured term loans: | | | | |
| Tranche B-2 U.S. dollar term loan due May 2025 | $ | 884 | $ | 893 |
| Tranche B-2 euro term loan due May 2025 (€344 at December 31, 2019 and €347 at December 31, 2018) | | 383 | | 396 |
| Senior unsecured notes: | | | | |
| 6.625% due May 2023 | | 908 | | 908 |
| 7.000% due May 2025 | | 750 | | 750 |
| 4.000% due May 2026 (€450 at December 31, 2019 and 2018) | | 501 | | 513 |
| 5.375% due May 2027 | | 500 | | 500 |
| Securitization Facility | | 110 | | - |
| Finance lease liabilities | | 59 | | 2 |
| Financing obligation (1) | | 95 | | 55 |
| Other | | 6 | | - |
| **Total debt** | | 4,196 | | 4,017 |
| Less: Unamortized issue discounts | | (8 ) | | (10 ) |
| Less: Unamortized debt issuance costs | | (28 ) | | (35 ) |
| Less: Short-term and current maturities of long-term debt | | (134 ) | | (13 ) |
| **Total long-term debt, net** | $ | 4,026 | $ | 3,959 |

(1)   At December 31, 2019, financing obligation includes $95 in connection with the financed portion of the Chemours Discovery Hub, which was considered a build-to-suit lease liability of $55 at December 31, 2018. Refer to "Note 14 - Leases" for further details.

***Senior Secured Credit Facilities***

On April 3, 2018, the Company amended and restated its credit agreement ("Credit Agreement") that provides for a seven-year, senior secured term loan facility and a five-year, $800 senior secured revolving credit facility ("Revolving Credit Facility") (collectively, the "Senior Secured Credit Facilities"). The Senior Secured Credit Facilities are subject to a springing maturity in the event that the senior unsecured notes due in May 2023 are not redeemed, repaid, modified, and/or refinanced within the 91-day period prior to their maturity date.

The senior secured term loan facility under the Senior Secured Credit Facilities provides for a class of term loans, denominated in U.S. dollars, in an aggregate principal amount of $900 ("Dollar Term Loan") and a class of term loans, denominated in euros, in an aggregate principal amount of €350 ("Euro Term Loan") (collectively, the "Term Loans"). The Dollar Term Loan bears a variable interest rate equal to, at the election of the Company, adjusted LIBOR plus 1.75% or adjusted base rate plus 0.75%, subject to an adjusted LIBOR or an adjusted base rate floor of 0.00% or 1.00%, respectively. The Euro Term Loan bears a variable interest rate equal to adjusted EURIBOR plus 2.00%, subject to an adjusted EURIBOR floor of 0.50%. The Term Loans will mature on April 3, 2025, and are subject to acceleration in certain circumstances.

F-38

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The proceeds of any loans made under the Revolving Credit Facility can be used for working capital needs and other general corporate purposes, including permitted acquisitions, as defined in the Credit Agreement. The Revolving Credit Facility bears a variable interest rate range based on the Company's total net leverage ratio, as defined in the Credit Agreement, between (i) a 0.25% and a 1.00% spread for adjusted base rate loans, and (ii) a 1.25% and a 2.00% spread for LIBOR and EURIBOR loans. In addition, the Company is required to pay a commitment fee on the average daily unused amount of the Revolving Credit Facility within an interest rate range based on its total net leverage ratio, between 0.10% and 0.25%. The Revolving Credit Facility will mature on April 3, 2023, and is subject to acceleration in certain circumstances.

During the year ended December 31, 2019, the Company borrowed and subsequently repaid $150 under the Revolving Credit Facility. There were no borrowings outstanding under the Revolving Credit Facility at December 31, 2019 and 2018. Issued and outstanding letters of credit under the Revolving Credit Facility amounted to $103 and $104 at December 31, 2019 and 2018, respectively. At December 31, 2019, the effective interest rates on the Dollar Term Loan and the Euro Term Loan were 3.6% and 2.5%, respectively, and commitment fees on the Revolving Credit Facility were assessed at a rate of 0.20% per annum. In connection with the issuance of the Senior Secured Credit Facilities, the Company incurred a loss on debt extinguishment of $3 for the year ended December 31, 2018.

Under the Credit Agreement, solely with respect to the Revolving Credit Facility, the Company is required to maintain a senior secured net leverage ratio not to exceed 2.00 to 1.00 in each quarter, through the date of maturity. In addition, the Credit Agreement contains customary affirmative and negative covenants that, among other things, limit or restrict the Company's and its subsidiaries' ability, subject to certain exceptions, to incur additional indebtedness or liens, pay dividends, and engage in certain transactions, including mergers, acquisitions, asset sales, or investments, outside of specified carve-outs. The Credit Agreement also contains customary representations and warranties and events of default. The Company was in compliance with its debt covenants at December 31, 2019 and 2018.

The Company's obligations under the Senior Secured Credit Facilities are guaranteed on a senior secured basis by all of its material domestic subsidiaries, which are also guarantors of the Company's outstanding notes, subject to certain exceptions. The obligations under the Senior Secured Credit Facilities are also, subject to certain exceptions, secured by a first priority lien on substantially all of the Company's assets and substantially all of the assets of its wholly-owned, material domestic subsidiaries, including 100% of the stock of certain of its domestic subsidiaries and 65% of the stock of certain of its foreign subsidiaries.

***Senior Unsecured Notes***

*Senior Unsecured Notes due May 2023 and May 2025*

On May 12, 2015, Chemours issued an aggregate principal amount of $2,503 in senior unsecured notes consisting of an aggregate principal amount of $1,350 6.625% senior unsecured notes due May 2023, denominated in U.S. dollars (the "2023 Dollar Notes"), an aggregate principal amount of €360 6.125% senior unsecured notes due May 2023, denominated in euros (the "2023 Euro Notes"), and an aggregate principal amount of $750 7.000% senior unsecured notes due May 2025, denominated in U.S dollars (the "2025 Notes") (collectively, the "Original Notes"). The Original Notes required or require, as applicable, payment of principal at maturity and payments of interest semi-annually in cash and in arrears on May 15 and November 15 of each year. The proceeds from the Original Notes were issued to fund a cash distribution to DuPont in connection with the Separation. As discussed in more detail below, the Company purchased or redeemed, as applicable, all of the outstanding 2023 Euro Notes and a $250 aggregate principal amount of the 2023 Dollar Notes during the year ended December 31, 2018.

The Original Notes were or are, as applicable, fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis, by each of Chemours' existing and future direct or indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of the Company or any guarantor in an aggregate principal amount in excess of $75. The Original Notes were or are, as applicable, unsecured and unsubordinated by Chemours and its guarantor subsidiaries. The Original Notes ranked or rank, as applicable, equally in right of payment to all of Chemours' existing and future unsecured unsubordinated debt and senior in right of payment to all of its existing and future debt that is by its terms expressly subordinated in right of payment to the Original Notes. The Original Notes were or are, as applicable, subordinated to indebtedness under the Senior Secured Credit Facilities as well as any future secured debt to the extent of the value of the assets securing such debt.

F-39

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Pursuant to the terms of the indenture governing the Original Notes, the Company was or is, as applicable, obligated to offer to purchase the Original Notes at a price of (i) 101% of their principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events, and (ii) 100% of their principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, with the proceeds from certain asset dispositions. These restrictions and prohibitions were or are, as applicable, subject to certain qualifications and exceptions set forth in the indenture governing the Original Notes, including without limitation, reinvestment rights with respect to the proceeds of asset dispositions.

Chemours is permitted to currently redeem some or all of the 2023 Dollar Notes at specified redemption prices, and may redeem some or all of the 2025 Notes on or after May 15, 2020 at specified redemption prices. Chemours may also redeem some or all of the 2023 Dollar Notes or the 2025 Notes by means other than a redemption, including tender offer or open market purchases. Pursuant to the terms of the tax matters agreement entered into at the time of the Separation, the Company's ability to pre-pay, pay down, redeem, retire, or otherwise acquire the 2025 Notes is limited in the absence of obtaining certain tax opinions.

*Senior Unsecured Notes Due May 2027*

On May 23, 2017, Chemours issued a $500 aggregate principal amount of 5.375% senior unsecured notes due May 2027 (the "2027 Notes"). The 2027 Notes require payment of principal at maturity and interest semi-annually in cash and in arrears on May 15 and November 15 of each year. The Company received proceeds of $489, net of an original issue discount of $5 and underwriting fees and other related expenses of $6, which are deferred and amortized to interest expense using the effective interest method over the term of the 2027 Notes. A portion of the net proceeds from the 2027 Notes was used to pay the $335 accrued for the global settlement of the multi-district "PFOA MDL Settlement," as discussed in "Note 22 - Commitments and Contingent Liabilities." The remaining proceeds from the 2027 Notes were available for general corporate purposes.

The 2027 Notes are fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis by each of Chemours' existing and future direct and indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of Chemours or any guarantor in an aggregate principal amount in excess of $100. The guarantees of the 2027 Notes will rank equally with all other senior indebtedness of the guarantors. The 2027 Notes rank equally in right of payment to all of Chemours' existing and future unsecured unsubordinated debt and are senior in right of payment to all of its existing and future debt that is by its terms expressly subordinated in right of payment to the 2027 Notes. The 2027 Notes are subordinated to indebtedness under the Senior Secured Credit Facilities as well as any future secured debt to the extent of the value of the assets securing such debt, and structurally subordinated to the liabilities of any non-guarantor subsidiaries.

Pursuant to the terms of the indenture governing the 2027 Notes, Chemours may redeem the 2027 Notes, in whole or in part, at an amount equal to 100% of the aggregate principal amount plus a specified "make-whole" premium and accrued and unpaid interest, if any, to the date of purchase prior to February 15, 2027. Chemours may also redeem some or all of the 2027 Notes by means other than a redemption, including tender offer and open market repurchases. Chemours is obligated to offer to purchase the 2027 Notes at a price of 101% of the principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events.

*Senior Unsecured Notes due May 2026*

On June 6, 2018, the Company issued an aggregate principal amount of €450 4.000% senior unsecured notes due May 2026, denominated in euros (the "2026 Euro Notes"). The 2026 Euro Notes are fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis, by each of the Company's existing and future direct and indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of the Company or any guarantor in an aggregate principal amount in excess of $100. The 2026 Euro Notes require payment of principal at maturity and payments of interest semi-annually in cash and in arrears on May 15 and November 15 of each year.

F-40

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Pursuant to the terms of the indenture governing the 2026 Euro Notes, the Company is obligated to offer to purchase the 2026 Euro Notes at a price of 101% of the principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events. Prior to May 15, 2021, the Company may redeem the 2026 Euro Notes (i) in whole or in part, at an amount equal to 100% of the aggregate principal amount plus a specified "make-whole" premium, and (ii) on one or more occasions, up to 35% of the aggregate principal amount of the notes, with the net cash proceeds of one or more equity offerings at a price equal to 104% of the principal amounts of such notes, plus accrued and unpaid interest, if any, up to, but excluding, the redemption date. The guarantees of the 2026 Euro Notes will rank equally with all other senior indebtedness of the guarantors. The 2026 Euro Notes rank equally in right of payment to all of the Company's existing and future unsecured unsubordinated debt and are senior in right of payment to all of its existing and future debt that is, by its terms, expressly subordinated in right of payment to the 2026 Euro Notes. The 2026 Euro Notes are subordinated to indebtedness under the Senior Secured Credit Facilities, as well as any future secured debt to the extent of the value of the assets securing such debt, and are structurally subordinated to the liabilities of any non-guarantor subsidiaries.

The Company received net proceeds of €445 from the offering of the 2026 Euro Notes, which, together with cash on hand, were used to purchase or redeem, as the case may be, all of the outstanding 2023 Euro Notes and a $250 aggregate principal amount of the 2023 Dollar Notes pursuant to the Tender Offers (defined below) and the redemption of the 2023 Euro Notes, as well as pay for any fees and expenses in connection therewith. In connection with the concurrent redemption of the 2023 Euro Notes and issuance of the 2026 Euro Notes, the Company incurred a loss on extinguishment of $35 for the year ended December 31, 2018.

*2023 Notes Tender Offers and Redemption of the 2023 Euro Notes*

On May 21, 2018, the Company commenced two all-cash tender offers to purchase: (i) up to $250 of the outstanding 2023 Dollar Notes, for a purchase price of $1,052.50 per $1,000.00 of principal amount through an early tender deadline of June 4, 2018, and $1,022.50 per $1,000.00 of principal amount thereafter, through June 18, 2018, the tender expiration date, plus any accrued and unpaid interest thereon (the "Dollar Tender Offer"); and, (ii) any and all of the outstanding 2023 Euro Notes (collectively, the "2023 Notes"), for a purchase price of €1,048.75 per €1,000.00 of principal amount through an early tender deadline of June 4, 2018, and €1,018.75 per €1,000.00 of principal amount thereafter, through June 18, 2018, the tender expiration date, plus any accrued and unpaid interest thereon (the "Euro Tender Offer") (collectively, the "Tender Offers").

The Company completed the Dollar Tender Offer on June 6, 2018 for an aggregate purchase price of $264, inclusive of an early participation premium of $13 and accrued interest of $1. The Company completed the Euro Tender Offer on June 8, 2018 for an aggregate purchase price of €310, inclusive of an early participation premium of €14 and accrued interest of €1. In connection with the Euro Tender Offer, the Company received consents from the holders of a majority of the aggregate principal amount of the 2023 Euro Notes to amend certain provisions of the indenture governing the 2023 Euro Notes, thereby allowing the Company to call and redeem the remaining 2023 Euro Notes outstanding upon two business days' notice to the noteholders. On June 8, 2018, the Company completed the redemption of the remaining outstanding 2023 Euro Notes that were not purchased pursuant to the Euro Tender Offer. The Tender Offers and the redemption of the 2023 Euro Notes were funded with the proceeds from the offering of the 2026 Euro Notes and cash on hand.

***Accounts Receivable Securitization Facility***

On July 12, 2019, the Company, through a wholly-owned special purpose entity ("SPE"), executed an agreement with a bank for an accounts receivable securitization facility ("Securitization Facility") for the purpose of enhancing the Company's liquidity. Under the Securitization Facility, certain of the Company's subsidiaries will sell their accounts receivable to the SPE, which is a non-guarantor subsidiary. In turn, the SPE may transfer undivided ownership interests in such receivables to the bank in exchange for cash. The Securitization Facility permits the SPE to borrow up to a total of $125, with an option to increase to $200. The bank has a first priority security interest in all receivables held by the SPE, and the SPE has not granted a security interest to anyone else. At December 31, 2019, receivables held by the SPE totaled $176.

Because the SPE maintains effective control over the accounts receivable, transfers of the ownership interests to the bank do not meet the criteria to account for the transfers as true sales. As a result, the Company accounted for the transfers under the Securitization Facility as collateralized borrowings. Cash received from the bank is a short-term obligation of the Company, which is fully-collateralized by all receivables held by the SPE. The Securitization Facility is subject to interest charges against both the amount of outstanding borrowings and the amount of available but undrawn commitments. The Securitization Facility bears a variable interest rate on outstanding borrowings and a fixed commitment fee on the average daily undrawn amount. During the year ended December 31, 2019, the weighted average interest rate on the outstanding borrowings under the Securitization Facility was 2.0%. Borrowings under the Securitization Facility are classified in its consolidated balance sheets as a component of its current liabilities due to the short-term nature of the obligation. Borrowings and repayments under the Securitization Facility amounted to $128 and $18, respectively. Net borrowings of $110 remained outstanding as of December 31, 2019.

F-41

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Other*

During the third quarter of 2019, the Company entered into a financing arrangement, by which an external financing company funded certain of the Company's annual insurance premiums for $11. During the year ended December 31, 2019, the Company made payments of $5 to the financing company, and the remaining $6 is to be repaid within the next twelve months.

*Maturities*

The Company has required quarterly principal payments related to the Senior Secured Credit Facilities equivalent to 1.00% per annum through December 2024, with the balance due at maturity. Also, following the end of each fiscal year commencing on the year ended December 31, 2019, on an annual basis, the Company is required to make additional principal payments depending on leverage levels, as defined in the amended and restated credit agreement, equivalent to up to 50% of excess cash flows based on certain leverage targets with step-downs to 25% and 0% as actual leverage decreases to below a 3.50 to 1.00 leverage target.

The following table sets forth the Company's debt principal maturities for the next five years and thereafter.

|  | Year Ended December 31, |
|---|---:|
| 2020 | $ 122 |
| 2021 | 13 |
| 2022 | 13 |
| 2023 | 921 |
| 2024 | 13 |
| Thereafter (1) | 2,954 |
| **Total principal maturities on debt** | $ 4,036 |

   (1)   The Senior Secured Credit Facilities are subject to a springing maturity in the event that the senior unsecured notes due in May 2023 are not redeemed, repaid, modified, and/or refinanced within the 91-day period prior to their maturity date

*Debt Fair Value*

The following table sets forth the estimated fair values of the Company's senior debt issues, which are based on quotes received from third-party brokers, and are classified as Level 2 financial instruments in the fair value hierarchy. The carrying value of the Securitization Facility approximates its fair value based on its short-term nature and maturity.

|  | December 31, 2019 | | December 31, 2018 | |
|---|---:|---:|---:|---:|
|  | Carrying Value | Fair Value | Carrying Value | Fair Value |
| Senior secured term loans: |  |  |  |  |
| Tranche B-2 U.S. dollar term loan due May 2025 | $ 884 | $ 865 | $ 893 | $ 862 |
| Tranche B-2 euro term loan due May 2025 (€344 at December 31, 2019 and €347 at December 31, 2018) | 383 | 378 | 396 | 394 |
| Senior unsecured notes: |  |  |  |  |
| 6.625% due May 2023 | 908 | 917 | 908 | 918 |
| 7.000% due May 2025 | 750 | 755 | 750 | 761 |
| 4.000% due May 2026 (€450 at December 31, 2019 and 2018) | 501 | 455 | 513 | 487 |
| 5.375% due May 2027 | 500 | 450 | 500 | 454 |
| Securitization Facility | 110 | 110 | - | - |
| **Total senior debt** | 4,036 | $ 3,930 | 3,960 | $ 3,876 |
| Less: Unamortized issue discounts | (8) |  | (10) |  |
| Less: Unamortized debt issuance costs | (28) |  | (35) |  |
| **Total senior debt, net** | $ 4,000 |  | $ 3,915 |  |

F-42

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 21. Other Liabilities

The following table sets forth the components of the Company's other liabilities at December 31, 2019 and 2018.

| | December 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| Environmental remediation (1) | $ | 332 | $ | 152 |
| Employee-related costs (2) | | 113 | | 130 |
| Accrued litigation (1) | | 50 | | 53 |
| Asset retirement obligations | | 54 | | 51 |
| Deferred revenue | | 8 | | 7 |
| Miscellaneous (3) | | 76 | | 64 |
| **Total other liabilities** | $ | 633 | $ | 457 |

(1) Represents the long-term portions of environmental remediation and accrued litigation, which are discussed further in "Note 22 - Commitments and Contingent Liabilities." With respect to the Company's ongoing matters at Fayetteville, environmental remediation includes $181 at December 31, 2019. There were no amounts included in other liabilities for such matters at December 31, 2018.

(2) Employee-related costs primarily represent liabilities associated with the Company's long-term employee benefit plans.

(3) Miscellaneous primarily includes an accrued indemnification liability of $41 and $46 at December 31, 2019 and 2018, respectively.

## Note 22. Commitments and Contingent Liabilities

### Asset Retirement Obligations

Chemours has recorded asset retirement obligations, which are inclusive of costs related to closure, reclamation, and removal for mining operations in the production of $TiO_2$ in the Titanium Technologies segment; cap, cover, and post-closure maintenance of landfills in all segments; and, shipment and disposal of stored waste in all segments.

The following table sets forth the activity in the Company's asset retirement obligations for the years ended December 31, 2019 and 2018.

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| **Balance at January 1,** | $ | 57 | $ | 48 |
| Accretion expense | | 7 | | 10 |
| Settlements and payments | | (3 ) | | (1 ) |
| **Balance at December 31,** | $ | 61 | $ | 57 |
| Current portion | $ | 7 | $ | 6 |
| Non-current portion | | 54 | | 51 |

F-43

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Litigation Overview***

In addition to the matters discussed below, the Company and certain of its subsidiaries, from time to time, are subject to various lawsuits, claims, assessments, and proceedings with respect to product liability, intellectual property, personal injury, commercial, contractual, employment, governmental, environmental, anti-trust, and other such matters that arise in the ordinary course of business. In addition, Chemours, by virtue of its status as a subsidiary of DuPont prior to the separation, is subject to or required, under the separation-related agreements executed prior to the separation, to indemnify DuPont against various pending legal proceedings. It is not possible to predict the outcomes of these various lawsuits, claims, assessments, or proceedings. Except as noted below, while management believes it is reasonably possible that Chemours could incur losses in excess of the amounts accrued, if any, for the aforementioned proceedings, it does not believe any such loss would have a material impact on the Company's consolidated financial position, results of operations, or cash flows. Additional disputes between Chemours and DuPont may also arise with respect to indemnification matters, including disputes based on matters of law or contract interpretation. If and to the extent these disputes arise, they could materially adversely affect Chemours.

The Company accrues for litigation matters when it is probable that a liability has been incurred, and the amount of the liability can be reasonably estimated. Legal costs such as outside counsel fees and expenses are recognized in the period in which the expense was incurred. Management believes the Company's litigation accruals are appropriate based on the facts and circumstances for each matter, which are discussed in further detail below.

The following table sets forth the components of the Company's accrued litigation at December 31, 2019 and 2018.

|  | December 31, 2019 | December 31, 2018 |
|---|---|---|
| Asbestos | $ 34 | $ 37 |
| PFOA | 20 | 22 |
| All other matters | 6 | 5 |
| **Total accrued litigation** | $ 60 | $ 64 |

The following table sets forth the current and long-term components of the Company's accrued litigation and their balance sheet locations at December 31, 2019 and 2018.

|  | Balance Sheet Location | December 31, 2019 | December 31, 2018 |
|---|---|---|---|
| Accrued Litigation: |  |  |  |
| Current accrued litigation | Other accrued liabilities (Note 19) | $ 10 | $ 11 |
| Long-term accrued litigation | Other liabilities (Note 21) | 50 | 53 |
| **Total accrued litigation** |  | $ 60 | $ 64 |

*Fayetteville Works, Fayetteville, North Carolina*

For information regarding the Company's ongoing litigation and environmental remediation matters at its Fayetteville Works site in Fayetteville, North Carolina ("Fayetteville"), refer to "Fayetteville Works, Fayetteville, North Carolina" under the "Environmental Overview" within this "Note 22 - Commitments and Contingent Liabilities".

F-44

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Asbestos*

In the Separation, DuPont assigned its asbestos docket to Chemours. At December 31, 2019 and 2018, there were approximately 1,100 and 1,300 lawsuits pending against DuPont alleging personal injury from exposure to asbestos. These cases are pending in state and federal court in numerous jurisdictions in the U.S. and are individually set for trial. A small number of cases are pending outside of the U.S. Most of the actions were brought by contractors who worked at sites between the 1950s and the 1990s. A small number of cases involve similar allegations by DuPont employees or household members of contractors or DuPont employees. Finally, certain lawsuits allege personal injury as a result of exposure to DuPont products.

At December 31, 2019 and 2018, Chemours had an accrual of $34 and $37 related to these matters, respectively.

*Benzene*

In the Separation, DuPont assigned its benzene docket to Chemours. At December 31, 2019 and 2018 there were 16 and 19 cases pending against DuPont alleging benzene-related illnesses, respectively. These cases consist of premises matters involving contractors and deceased former employees who claim exposure to benzene while working at DuPont sites primarily in the 1960s through the 1980s, and product liability claims based on alleged exposure to benzene found in trace amounts in aromatic hydrocarbon solvents used to manufacture DuPont products such as paints, thinners, and reducers.

Management believes that a loss is reasonably possible as to the docket as a whole; however, given the evaluation of each benzene matter is highly fact-driven and impacted by disease, exposure, and other factors, a range of such losses cannot be reasonably estimated at this time.

*PFOA*

Chemours does not, and has never, used "PFOA" (collectively, perfluorooctanoic acids and its salts, including the ammonium salt) as a polymer processing aid and/or sold it as a commercial product. Prior to the Separation, the performance chemicals segment of DuPont made PFOA at Fayetteville and used PFOA as a processing aid in the manufacture of fluoropolymers and fluoroelastomers at certain sites, including: Washington Works, Parkersburg, West Virginia; Chambers Works, Deepwater, New Jersey; Dordrecht Works, Netherlands; Changshu Works, China; and, Shimizu, Japan. These sites are now owned and/or operated by Chemours.

At December 31, 2019 and 2018, Chemours maintained accruals of $20 and $22, respectively, related to PFOA matters under the Leach Settlement as discussed below. These accruals relate to DuPont's obligations under agreements with the U.S. Environmental Protection Agency ("EPA") and voluntary commitments to the New Jersey Department of Environmental Protection ("NJ DEP"). These obligations and voluntary commitments include surveying, sampling, and testing drinking water in and around certain Company sites, and offering treatment or an alternative supply of drinking water if tests indicate the presence of PFOA in drinking water at or greater than the state or the national health advisory. The Company will continue to work with the EPA and other authorities regarding the extent of work that may be required with respect to these matters.

*Leach Settlement*

In 2004, DuPont settled a class action captioned *Leach v. DuPont*, filed in West Virginia state court, alleging that approximately 80,000 residents living near the Washington Works facility had suffered, or may suffer, deleterious health effects from exposure to PFOA in drinking water. Among the settlement terms, DuPont funded a series of health studies by an independent science panel of experts ("C8 Science Panel") to evaluate available scientific evidence on whether any probable link exists, as defined in the settlement agreement, between exposure to PFOA and disease.

The C8 Science Panel found probable links, as defined in the settlement agreement, between exposure to PFOA and pregnancy-induced hypertension, including preeclampsia, kidney cancer, testicular cancer, thyroid disease, ulcerative colitis, and diagnosed high cholesterol. Under the terms of the settlement, DuPont is obligated to fund up to $235 for a medical monitoring program for eligible class members and pay the administrative costs associated with the program, including class counsel fees. The court-appointed Director of Medical Monitoring implemented the program and testing is ongoing with associated payments to service providers disbursed from an escrow account which the Company replenishes pursuant to the settlement agreement. As of December 31, 2019, approximately $1.7 has been disbursed from escrow related to medical monitoring. While it is reasonably possible that the Company will incur additional costs related to the medical monitoring program, such costs cannot be reasonably estimated due to uncertainties surrounding the level of participation by eligible class members and the scope of testing.

In addition, under the Leach settlement agreement, DuPont must continue to provide water treatment designed to reduce the level of PFOA in water to six area water districts and private well users. At separation, this obligation was assigned to Chemours, and $20 and $22 was accrued for these matters at December 31, 2019 and 2018, respectively.

F-45

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*PFOA Leach Class Personal Injury*

Further, under the Leach settlement, class members may pursue personal injury claims against DuPont only for those diseases for which the C8 Science Panel determined a probable link exists. Approximately 3,500 lawsuits were subsequently filed in various federal and state courts in Ohio and West Virginia and consolidated in multi-district litigation ("MDL") in Ohio federal court. These were resolved in March 2017 when DuPont entered into an agreement settling all MDL cases and claims, including all filed and unfiled personal injury cases and claims that were part of the plaintiffs' counsel's claims inventory, as well as cases tried to a jury verdict ("MDL Settlement") for $670.7 in cash, with half paid by Chemours, and half paid by DuPont.

Concurrently with the MDL Settlement, DuPont and Chemours agreed to a limited sharing of potential future PFOA costs (indemnifiable losses, as defined in the separation agreement between DuPont and Chemours) for a period of five years. During that five-year period, Chemours will annually pay future PFOA costs up to $25 and, if such amount is exceeded, DuPont will pay any excess amount up to the next $25 (which payment will not be subject to indemnification by Chemours), with Chemours annually bearing any further excess costs under the terms of the separation agreement. After the five-year period, this limited sharing agreement will expire, and Chemours' indemnification obligations under the separation agreement will continue unchanged. Chemours has also agreed that it will not contest its indemnification obligations to DuPont under the separation agreement for PFOA costs on the basis of defenses generally applicable to the indemnification provisions under the separation agreement, including defenses relating to punitive damages, fines or penalties, or attorneys' fees, and waives any such defenses with respect to PFOA costs. Chemours has, however, retained other defenses, including as to whether any particular PFOA claim is within the scope of the indemnification provisions of the separation agreement.

While all MDL lawsuits were dismissed or resolved through the MDL Settlement, the MDL Settlement did not resolve PFOA personal injury claims of plaintiffs who did not have cases or claims in the MDL or personal injury claims based on diseases first diagnosed after February 11, 2017. Since the resolution of the MDL, approximately 61 personal injury cases have been filed and are pending in West Virginia or Ohio courts alleging status as a Leach class member. These cases are consolidated before the MDL court. A two-plaintiff trial commenced in January 2020, and a six-plaintiff trial is scheduled for June 2020.

*State of Ohio*

In February 2018, the State of Ohio initiated litigation against DuPont regarding historical PFOA emissions from the Washington Works site. Chemours is an additional named defendant. Ohio alleges damage to natural resources and fraudulent transfer in the spin-off that created Chemours and seeks damages including remediation and other costs and punitive damages.

**PFAS**

DuPont and Chemours have received governmental and regulatory inquiries and have been named in other litigations, including class actions, brought by individuals, municipalities, businesses and water districts alleging exposure to and/or contamination from perfluorinated and polyfluorinated compounds ("PFAS"), including PFOA. Many actions include an allegation of fraudulent transfer in the spin-off that created Chemours. Chemours has declined DuPont's requests for indemnity for fraudulent transfer claims.

In January 2020, Chemours received a letter informing it that the U.S. Department of Justice, Consumer Protection Branch, and the United States Attorney's Office for the Eastern District of Pennsylvania are considering whether to open a criminal investigation under the Federal Food, Drug, and Cosmetic Act and asking that it retain its documents regarding PFAS and food contact applications. Based upon the letter, we are presently unable to predict the duration, scope, or result of any potential governmental, criminal, or civil proceeding that may result, the imposition of fines and penalties, and/or other remedies. We are also unable to develop a reasonable estimate of a possible loss or range of losses, if any.

F-46

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Aqueous Film Forming Foam Matters*

Chemours does not, and has never, manufactured aqueous film forming foam ("AFFF"). DuPont and Chemours have been named in 154 matters, involving AFFF, which is used to extinguish hydrocarbon-based (i.e., Class B) fires and subject to U.S. military specifications. Most matters have been transferred to or filed directly into a multidistrict litigation ("AFFF MDL") in South Carolina federal court or identified by a party for transfer. The matters pending in the AFFF MDL allege damages as a result of contamination, in most cases due to migration from military installations or airports, or personal injury from exposure to AFFF. Plaintiffs seek to recover damages for investigating, monitoring, remediating, treating, and otherwise responding to the contamination. Others have claims for personal injury, property diminution and punitive damages.

There are 8 AFFF lawsuits currently pending outside the AFFF MDL that have not been designated by a party for inclusion in the MDL. These matters are:

Valero Refining ("Valero") has six pending state court lawsuits filed commencing in June 2019 regarding its Tennessee, Texas, Oklahoma, California, and Louisiana facilities. These lawsuits allege that several defendants that designed, manufactured, marketed, and/or sold AFFF or PFAS incorporated into AFFF have caused Valero to incur damages and costs including remediation, AFFF disposal, and replacement. Valero also alleges fraudulent transfer.

In August 2019, a putative class action was filed in Alaska state court seeking class status for property owners whose groundwater has been contaminated by AFFF use at Fairbanks International Airport, a nearby fire training facility, and other state operations. Damages sought include cost of remediation, monitoring, medical monitoring, diminution of property value, cost of replacement water, and punitive damages. Plaintiffs also allege fraudulent transfer.

In September 2019, a lawsuit alleging personal injury resulting from exposure to AFFF in Long Island drinking water was filed by four individuals in New York state court. Plaintiffs also allege violation of New York Uniform Fraudulent Conveyance Act and seek compensatory and punitive damages, and medical monitoring.

*State Natural Resource Damages Matters*

In addition to the State of New Jersey actions (as detailed below) and the State of Ohio action (as detailed above), the states of Vermont, New Hampshire, New York, and Michigan have filed lawsuits against defendants, including DuPont and Chemours, relating to the alleged contamination of state natural resources with PFAS compounds either from AFFF and/or other unidentified sources. These lawsuits seek damages including costs to investigate, clean up, restore, treat, monitor, or otherwise respond to contamination to natural resources. The lawsuits include counts for fraudulent transfer.

*Other PFAS Matters*

DuPont has also been named in approximately 51 lawsuits pending in New York courts, which are not part of the Leach class, brought by individual plaintiffs alleging negligence and other claims in the release of PFAS, including PFOA, into drinking water, and seeking medical monitoring, compensatory, and punitive damages against current and former owners and suppliers of a manufacturing facility in Hoosick Falls, New York. Two other lawsuits in New York have been filed by a business seeking to recover its losses and by nearby property owners and residents in a putative class action seeking medical monitoring, compensatory and punitive damages, and injunctive relief.

In May 2017, the Water Works and Sewer Board of the Town of Centre, Alabama filed suit against numerous carpet manufacturers located in Dalton, Georgia and suppliers and former suppliers, including DuPont, in Alabama state court. The complaint alleges negligence, nuisance, and trespass in the release of PFAS, including PFOA, into a river leading to the town's water source, and seeks compensatory and punitive damages.

In February 2018, the New Jersey-American Water Company, Inc. ("NJAW") filed suit against DuPont and Chemours in New Jersey federal court alleging that discharges in violation of the New Jersey Spill Compensation and Control Act ("Spill Act"), were made into groundwater utilized in the NJAW Penns Grove water system. NJAW alleges that damages include costs associated with remediating, operating, and maintaining its system, and attorney fees.

In October 2018, a putative class action was filed in Ohio federal court against 3M, DuPont, Chemours, and other defendants seeking class action status for U.S. residents having a detectable level of PFAS in their blood serum. The complaint seeks declaratory and injunctive relief, including the establishment of a "PFAS Science Panel."

F-47

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

In December 2018, the owners of a dairy farm filed a lawsuit in Maine state court against numerous defendants including DuPont and Chemours alleging that their dairy farm was contaminated by PFAS, including perfluorooctanesulfonic acid ("PFOS") and PFOA present in treated municipal sewer sludge used in agricultural spreading applications on their farm. The complaint asserts negligence, trespass, and other tort and state statutory claims and seeks damages.

In May 2019, a putative class action was filed in Delaware state court against two electroplating companies alleging that they are responsible for PFAS contamination, including PFOA and PFOS, in drinking water and the environment in the nearby community. The suit also names 3M, DuPont, and Chemours, asserting they sold PFAS containing materials to the electroplating companies. The putative class of residents alleges negligence, nuisance, trespass, and other claims and seeks medical monitoring, personal injury and property damages, and punitive damages.

Commencing in August 2019, eight Long Island water suppliers filed lawsuits in New York federal court against defendants including DuPont and Chemours regarding alleged PFAS, PFOA, and PFOS contamination through releases from industrial and manufacturing facilities and business locations where PFAS-contaminated water was used for irrigation and sites where consumer products were disposed.  The complaints allege products liability, negligence, nuisance, trespass, and fraudulent transfer.  Plaintiffs seek declaratory and injunctive relief as well as compensatory and punitive damages.

In November 2019, 30 residents filed a lawsuit in New Jersey state court against DuPont, Chemours, and other defendants alleging that they are responsible for PFAS contamination including PFOA and PFOS in groundwater and drinking water.  Plaintiffs have claims for medical monitoring, property value diminution, trespass, and punitive damages.

In November 2019, the City of Rome, Georgia filed suit against numerous carpet manufacturers located in Dalton, Georgia, suppliers, DuPont, and Chemours in Georgia state court alleging negligence, nuisance, and trespass in the release of perfluorinated compounds, including PFOA, into a river leading to the town's water source. City of Rome alleges damages to property and lost profits, and expenses for abatement and remediation and punitive damages.

In December 2019, a putative class action was filed in Georgia state court on behalf of customers of the Rome, Georgia water division and the Floyd County, Georgia water department against numerous carpet manufacturers located in Dalton, Georgia, suppliers, DuPont, and Chemours in Georgia state court alleging negligence and nuisance and related to the release of perfluorinated compounds, including PFOA, into a river leading to their water sources. Damages sought include compensatory damages for increased water surcharges as well as punitive damages and injunctive relief for abatement and remediation.

***New Jersey Department of Environmental Protection Directives and Litigation***

In March 2019, the NJ DEP issued two Directives and filed four lawsuits against Chemours and other defendants. The Directives are: (i) a state-wide PFAS Directive issued to DuPont, DowDuPont, DuPont Specialty Products USA ("DuPont SP USA"), Solvay S.A., 3M, and Chemours seeking a meeting to discuss future costs for PFAS related costs incurred by the NJ DEP and establishing a funding source for such costs by the Directive recipients, and information relating to historic and current use of certain PFAS compounds; and, (ii) a Pompton Lakes Natural Resources Damages ("NRD") Directive to DuPont and Chemours demanding $0.1 to cover the cost of preparation of a natural resource damage assessment plan and access to related documents.

The lawsuits filed in New Jersey state courts by the NJ DEP are: (i) in Salem County, against DuPont, 3M, and Chemours primarily alleging clean-up and removal costs and damages and natural resource damages under the Spill Act, the Water Pollution Control Act ("WPCA"), the Industrial Site Recovery Act ("ISRA"), and common law regarding past and present operations at Chambers Works, a site assigned to Chemours at separation; (ii) in Middlesex County, against DuPont, DuPont SP USA, 3M, and Chemours primarily alleging clean-up and removal costs and damages and natural resource damages under the Spill Act, ISRA, WPCA, and common law regarding past and present operations at Parlin, a DuPont owned site; (iii) in Gloucester County, against DuPont and Chemours primarily alleging clean-up and removal costs and damages and natural resource damages under the Spill Act, WPCA, and common law regarding past operations at Repauno, a non-operating remediation site assigned to Chemours at separation which has been sold; and (iv) in Passaic County, against DuPont and Chemours primarily alleging clean-up and removal costs and damages and natural resource damages under the Spill Act, WPCA, and common law regarding past operations at Pompton Lakes, a non-operating remediation site assigned to Chemours at separation. The alleged pollutants listed in the Salem County and Middlesex County matters above include PFAS. Each lawsuit also alleges fraudulent transfer.

DuPont requested that Chemours defend and indemnify it in these matters. Chemours has accepted the defense while reserving rights and declining DuPont's demand as to matters under ISRA, fraudulent transfer, or involving other DuPont entities.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***PFOA and PFAS Summary***

Management believes that it is reasonably possible that the Company could incur losses related to PFOA and/or PFAS matters in excess of amounts accrued, but any such losses are not estimable at this time due to various reasons, including, among others, that such matters are in their early stages and have significant factual issues to be resolved.

***U.S. Smelter and Lead Refinery, Inc.***

There are six lawsuits, including one putative class action in which class certification was denied, pending against DuPont by area residents concerning the U.S. Smelter and Lead Refinery multi-party Superfund site in East Chicago, Indiana. Several of the lawsuits allege that Chemours is now responsible for DuPont environmental liabilities. The lawsuits include allegations for personal injury damages, property diminution, and other damages. At separation, DuPont assigned Chemours its former plant site, which is located south of the residential portion of the Superfund area, and its responsibility for the environmental remediation at the Superfund site. Management believes a loss is reasonably possible, but not estimable at this time due to various reasons including, among others, that such matters are in their early stages and have significant factual issues to be resolved.

***Securities Litigation***

Commencing in October 2019, two putative class action complaints were filed in Delaware federal court alleging that Chemours and certain of its officers violated the Securities Exchange Act of 1934 by making materially false and misleading statements and omissions in public disclosures regarding environmental liabilities assigned to Chemours in connection with its spin-off from DuPont. The complaints seek a class of purchasers of Chemours stock between February 16, 2017 and August 1, 2019 and allege compensatory damages and fees. The Company believes the allegations are without merit and intends to vigorously defend against them. In January 2020, the court appointed a lead plaintiff for the consolidated litigation and set a schedule providing for the filing of a consolidated amended complaint in March 2020.

Management believes that it is not possible at this time to reasonably assess the outcome of this litigation or to estimate the loss or range of loss as the matter is in the early stages with significant issues to be resolved. If the Company were not to prevail in the litigation, the impact could be material to the Company's results of operations, financial position, and cash flows.

***Mining Solutions Facility Construction Stoppage***

In March 2018, a civil association in Mexico filed a complaint against the government authorities involved in the permitting process of the Company's new Mining Solutions facility under construction in Gomez Palacio, Durango, Mexico. The claimant sought and obtained a suspension from the district judge to stop the Company's construction work. The suspension was subsequently lifted on appeal, and the matter is before the Supreme Court of Mexico. A second similar complaint was filed in September 2019 and, again, a suspension of construction was granted. Chemours has filed an appeal. In the event that the suspension of construction is ultimately upheld, the Company would incur $26 of contract termination fees with a third-party services provider.

At December 31, 2019 the Company had $144 long-lived assets under construction at the facility, $7 of other related prepaid costs, and $51 of the Company's goodwill assigned to the Mining Solutions reporting unit. Management believes these amounts are recoverable as of December 31, 2019.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Environmental Overview*

Chemours, due to the terms of the Separation-related agreements with DuPont, is subject to contingencies pursuant to environmental laws and regulations that in the future may require further action to correct the effects on the environment of prior disposal practices or releases of chemical substances, which are attributable to DuPont's activities before it spun-off Chemours. Much of this liability results from CERCLA, the Resource Conservation and Recovery Act, and similar state and global laws. These laws require Chemours to undertake certain investigative, remediation, and restoration activities at sites where Chemours conducts or once conducted operations or at sites where Chemours-generated waste was disposed. The accrual also includes estimated costs related to a number of sites identified for which it is probable that environmental remediation will be required, but which are not currently the subject of enforcement activities.

Chemours accrues for remediation activities when it is probable that a liability has been incurred and a reasonable estimate of the liability can be made. Where the available information is sufficient to estimate the amount of liability, that estimate has been used. Where the available information is only sufficient to establish a range of probable liability, and no point within the range is more likely than any other, the lower end of the range has been used. Estimated liabilities are determined based on existing remediation laws and technologies and the Company's planned remedial responses, which are derived from in-depth environmental studies, sampling, testing, and analyses. Inherent uncertainties exist in such evaluations, primarily due to unknown environmental conditions, changing governmental regulations regarding liability, and emerging remediation technologies. These accruals are adjusted periodically as remediation efforts progress and as additional technological, regulatory, and legal information becomes available. Environmental liabilities and expenditures include claims for matters that are liabilities of DuPont and its subsidiaries, which Chemours may be required to indemnify pursuant to the separation-related agreements. These accrued liabilities are undiscounted and do not include claims against third parties. Costs related to environmental remediation are charged to expense in the period that the associated liability is accrued.

The following table sets forth the components of the Company's environmental remediation liabilities at December 31, 2019 and 2018, and for the five sites that are deemed the most significant by management, including Fayetteville as further discussed below.

| | December 31, 2019 | December 31, 2018 |
|---|---|---|
| Chambers Works, Deepwater, New Jersey | $ 20 | $ 18 |
| East Chicago, Indiana | 17 | 21 |
| Fayetteville Works, Fayetteville, North Carolina | 201 | 75 |
| Pompton Lakes, New Jersey | 43 | 45 |
| USS Lead, East Chicago, Indiana | 13 | 15 |
| All other sites | 112 | 117 |
| **Total accrued environmental remediation** | $ 406 | $ 291 |

The following table sets forth the current and long-term components of the Company's environmental remediation liabilities and their balance sheet locations at December 31, 2019 and 2018.

| | Balance Sheet Location | December 31, 2019 | December 31, 2018 |
|---|---|---|---|
| Environmental Remediation: | | | |
| Current environmental remediation | Other accrued liabilities (Note 19) | $ 74 | $ 139 |
| Long-term environmental remediation | Other liabilities (Note 21) | 332 | 152 |
| **Total environmental remediation** | | $ 406 | $ 291 |

F-50

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The time-frame for a site to go through all phases of remediation (investigation and active clean-up) may take about 15 to 20 years, followed by several years of OM&M activities. Remediation activities, including OM&M activities, vary substantially in duration and cost from site to site. These activities, and their associated costs, depend on the mix of unique site characteristics, evolving remediation technologies, and diverse regulatory requirements, as well as the presence or absence of other potentially responsible parties. In addition, for claims that Chemours may be required to indemnify DuPont pursuant to the Separation-related agreements, Chemours, through DuPont, has limited available information for certain sites or is in the early stages of discussions with regulators. For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $530 above the amount accrued at December 31, 2019.

For the years ended December 31, 2019, 2018, and 2017, Chemours incurred environmental remediation expenses of $200, $101, and $48, respectively.

### Fayetteville Works, Fayetteville, North Carolina

Fayetteville has been in operation since the 1970s and is located next to the Cape Fear River southeast of the City of Fayetteville, North Carolina. Hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid," sometimes referred to as "GenX" or "C3 Dimer Acid") is manufactured at Fayetteville. The Company has operated the site since its separation from DuPont in 2015.

The Company believes that discharges from Fayetteville to the Cape Fear River, site surface water, groundwater, and air emissions have not impacted the safety of drinking water in North Carolina. The Company is cooperating with a variety of ongoing inquiries and investigations from federal, state, and local authorities, regulators, and other governmental entities.

### Consent Order with North Carolina Department of Environmental Quality ("NC DEQ")

In September 2017, the NC DEQ issued a 60-day notice of intent to suspend the National Pollutant Discharge Elimination System ("NPDES") permit for Fayetteville, and the State of North Carolina filed an action in North Carolina state court regarding site discharges, seeking a temporary restraining order and preliminary injunction, as well as other relief, including abatement and site correction. The state court entered a partial consent order resolving NC DEQ's motion for a temporary restraining order.

In November 2017, NC DEQ informed the Company that it was suspending the NPDES permit for Fayetteville. The Company thereafter commenced the capture and separate disposal of all process wastewater from Fayetteville related to the Company's own operations.

In June 2018, the North Carolina Legislature enacted legislation (i) granting the governor the authority, in certain circumstances, to require a facility with unauthorized PFAS discharges to cease operations, and (ii) granting the governor the authority, in certain circumstances, to direct the NC DEQ secretary to order a PFAS discharger to establish permanent replacement water supplies for parties whose water was contaminated by the discharge.

In July 2018, Cape Fear River Watch ("CFRW"), a non-profit organization, sued NC DEQ in North Carolina state court, seeking to require NC DEQ to take additional actions at Fayetteville. On August 29, 2018, CFRW sued the Company in North Carolina federal court for alleged violations of the Clean Water Act ("CWA") and the Toxic Substances Control Act ("TSCA"), seeking declaratory and injunctive relief and penalties.

In February 2019, the North Carolina Superior Court for Bladen County approved a Consent Order ("CO") between NC DEQ, CFRW and the Company, resolving the State's and CFRW's lawsuits and other matters (including Notices of Violation ("NOVs") issued by the State). Under the terms of the CO, Chemours paid $13 in March 2019 to cover a civil penalty and investigative costs and agreed to certain compliance measures (with stipulated penalties for failures to do so), including the following:

- Install a thermal oxidizer to control all PFAS in process streams from certain processes at Fayetteville at an efficiency of 99.99%;
- Develop, submit, and implement, subject to approval from NC DEQ and CFRW, a plan for interim actions that are economically and technologically feasible to achieve the maximum PFAS reduction from Fayetteville to the Cape Fear River within a two-year period;
- Develop and implement, subject to approval, a Corrective Action Plan that complies with North Carolina's groundwater standards and guidance provided by NC DEQ. At a minimum, the Corrective Action Plan must require Chemours to reduce the total loading of PFAS originating from Fayetteville to surface water by at least 75% from baseline, as defined by the CO; and,
- Provide and properly maintain permanent drinking water supplies, including via whole-building filtration units and reverse osmosis ("RO") units to qualifying surrounding properties with private drinking water wells.

F-51

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the components of the Company's accrued environmental remediation liabilities related to PFAS at Fayetteville at December 31, 2019 and 2018.

|  | December 31, 2019 | December 31, 2018 |
|---|---|---|
| On-site remediation | $ 155 | $ 10 |
| Off-site groundwater remediation | 46 | 65 |
| **Total accrued liabilities** | $ 201 | $ 75 |

The following table sets forth the current and long-term components of the Company's accrued environmental remediation liabilities related to PFAS at Fayetteville and their balance sheet locations at December 31, 2019 and 2018.

|  | Balance Sheet Location | December 31, 2019 | December 31, 2018 |
|---|---|---|---|
| Current accrued liabilities | Other accrued liabilities (Note 19) | $ 20 | $ 75 |
| Long-term accrued liabilities | Other liabilities (Note 21) | 181 | - |
| **Total accrued liabilities** |  | $ 201 | $ 75 |

*Emissions to air*

Fayetteville operates multiple permitted air discharge stacks, blowers, and vents as part of its manufacturing activities. A thermal oxidizer ("TO") became fully operational at the site on December 27, 2019, and Chemours switched to the permitted operating scenario for the TO on December 31, 2019 as set forth in the CO. The TO is designed to reduce aerial PFAS emissions from Fayetteville, and, within 90 days of installation, Chemours and North Carolina Division of Air Quality will conduct testing to confirm whether the TO is destroying 99.99% of all PFAS air emissions routed to it, utilizing a 2017 baseline. Environmental costs are capitalized and subsequently depreciated if the costs extend the useful life of the property, increase the property's capacity, and/or reduce or prevent contamination from future operations.

*Off-site replacement drinking water supplies*

The CO requires the Company to provide permanent replacement drinking water supplies, including via connection to public water supply, whole building filtration units and/or RO units, to qualifying surrounding residents, businesses, schools, and public buildings with private drinking water wells. The qualifying area residents whose drinking water wells have tested above the state provisional health goal of 140 parts per trillion (ppt) for GenX may be eligible for public water or a whole building filtration system. Area residents whose drinking water wells have tested above 10 ppt for GenX or other perfluorinated compounds ("Table 3 Compounds") are eligible for three under-sink RO units. The Company provides bottled drinking water to a residence when it becomes eligible for a replacement drinking water supply, and continues to provide delivery of bottled drinking water to these homeowners until the eligible supply is established or installed.

The Company's estimated liability for off-site replacement drinking water supplies is based on management's assessment of the current facts and circumstances for this matter, which are subject to various assumptions that include, but are not limited to, the number of affected surrounding properties, response rates to the Company's offer, the type of water treatment systems selected (i.e., whole building filtration or RO units), the cost of the selected water treatment systems, and any related operation, maintenance, and monitoring ("OM&M") requirements, assessed fines and penalties, and other charges contemplated by the CO. For off-site drinking water supplies, OM&M is accrued for 20 years on an undiscounted basis based on the Company's current plans under the CO. It is estimated that $46 of disbursements related to off-site replacement drinking water supplies will be made over approximately 20 years.

F-52

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*On-site surface water and groundwater remediation*

Abatement and remediation measures already taken by Chemours, including the capture and separate disposal of its operations' process wastewater and other interim actions, have addressed and abated nearly all PFAS discharges from the Company's continuing operations at Fayetteville. However, the Company continues to have active dialogue with NC DEQ and other stakeholders regarding the potential remedies that are both economically and technologically feasible to achieve the CO objectives related to site surface water and groundwater.

In the fourth quarter of 2019, the Company completed and submitted its Cape Fear River PFAS Loading Reduction Plan - Supplemental Information Report and Corrective Action Plan ("CAP") to NC DEQ. The Supplemental Information Report provides information to support the evaluation of potential remedial options to reduce PFAS loadings to surface waters, including interim alternatives. The CAP describes potential remediation activities to address PFAS in on-site groundwater and surface waters at the site, in accordance with the requirements of the CO and the North Carolina groundwater standards, and builds on the previous submissions to NC DEQ. The NC DEQ has made the CAP available for public review and comment until March 6, 2020.

The Company's estimated liability for the remediation activities that are probable and estimable is based on the CAP and management's assessment of the current facts and circumstances, which are subject to various assumptions including the transport pathways (being pathways by which PFAS reaches the Cape Fear River) which will require remedial actions, the types of site surface water and on-site remedies and treatment systems selected and implemented, the estimated cost of such potential remedies and treatment systems, and any related OM&M requirements, and other charges contemplated by the CO.

The CAP also addresses remediation of on-site groundwater and proposes an interim action of extraction of groundwater from existing monitoring wells and treatment prior to discharge. Chemours also proposes to simultaneously proceed with detailed design and engineering of a permanent on-site groundwater treatment system alternative, including collection of extensive pre-design data, while holding a final decision on which alternative should be selected, with approval by NC DEQ, until that design and engineering work is complete (approximately two years). The actual cost of a permanent on-site groundwater treatment system primarily depends on the determination of certain significant design details, notably the actual barrier wall installation method (i.e., slurry wall vs. steel sheets), configuration of extraction wells, and extraction rates.

Accordingly, in the fourth quarter of 2019, based on the CO, the CAP, and management's plans, which are based on current regulations and technology, the Company accrued an additional $132 related to the estimated cost of on-site remediation. The incremental estimated remediation liability, based on current potential remedial options, is primarily comprised of $42 of construction costs, which are projected to be paid through 2025, and $88 of related OM&M requirements, which is projected to be paid over a period of approximately 20 years. The final costs of any selected remediation will depend primarily on the final approved design and actual labor and material costs.

It is possible that issues relating to site discharges in various transport pathways, the selection of remediation alternatives to achieve PFAS loading reductions, or the operating effectiveness of the TO could result in further litigation and/or regulatory demands with regards to Fayetteville, including potential permit modifications. It is also possible that, as additional data is collected on the transport pathways and dialogue continues with NC DEQ and other stakeholders, the type or extent of remediation actions required to achieve the objectives committed to in the CO may change (increase or decrease). If such issues arise, or if the CO is amended, an additional loss is reasonably possible, but not estimable at this time.

F-53

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Other matters related to Fayetteville*

The Company has responded to grand jury subpoenas, produced witnesses before a grand jury and for interviews with government investigators and attorneys, and met with the U.S. Attorney's Office for the Eastern District of North Carolina and the Environment and Natural Resources Division of the U.S. Department of Justice regarding their ongoing investigation into a potential violation of the CWA. We are presently unable to predict the duration, scope or result of any potential criminal or civil proceeding, including whether fines, penalties, and/or other remedies will be imposed. As such, management believes that it is not possible at this time to reasonably assess the outcome of this matter or to estimate the loss or range of losses, if any, that could result from this matter.

A Notice of Violation (NOV) was received from the EPA in February 2019 alleging certain TSCA violations at Fayetteville. Matters raised in the NOV could have the potential to affect operations at Fayetteville. The Company responded to the EPA in March 2019 asserting that the Company has not violated environmental laws. At this time, management does not believe that a loss is probable related to the matters in this NOV.

In 2019, civil actions have been filed against DuPont and Chemours in North Carolina federal court relating to discharges from Fayetteville. These actions include a consolidated action brought by public water suppliers seeking damages and injunctive relief, a consolidated purported class action seeking medical monitoring, and property damage and/or other monetary and injunctive relief on behalf of the putative classes of property owners and residents in areas near or that draw drinking water from the Cape Fear River, and an action by private well owners seeking compensatory and punitive damages. Ruling on the Company's motions in April 2019, the court dismissed the medical monitoring, injunctive demand, and many other alleged causes of actions in these lawsuits. It is possible that additional litigation may be filed against the Company and/or DuPont concerning the discharges.

It is not possible at this point to predict the timing, course, or outcome of all governmental and regulatory inquiries and notices and litigation, and it is reasonably possible that these matters could materially affect the Company's financial position, results of operations, and cash flows. In addition, local communities, organizations, and federal and state regulatory agencies have raised questions concerning HFPO Dimer Acid and other perfluorinated and polyfluorinated compounds at certain other manufacturing sites operated by the Company. It is possible that additional developments similar to those described above and centering on Fayetteville could arise in other locations.

### Sale of East Chicago, Indiana

On June 29, 2018, the Company sold its East Chicago, Indiana site to a third party for $1. In connection with the sale, the buyer has agreed to assume all costs associated with environmental remediation activities at the site in excess of $21, which will remain the responsibility of Chemours. At the time of the sale, the Company had accrued the full $21, and will reimburse the buyer through a series of progress payments to be made at defined intervals as certain tasks are completed. The Company recognized a gain of $3 on the sale, which includes the purchase price of $1, plus $2 in environmental remediation liabilities that were assumed by the buyer on the occurrence of the sale.

### Sale of Potomac River, West Virginia

On September 27, 2018, the Company sold its Potomac River, West Virginia site to a third party for $4. In connection with the sale, the buyer has agreed to assume certain future environmental remediation costs, and Chemours has retained $4 in existing environmental remediation liabilities, which is a component of all other sites in the significant sites table above. The Company recognized a $3 gain on the sale, which was deferred and will be recognized as the Company completes certain environmental remediation activities at the site.

### Sale of Oakley, California

On September 9, 2019, the Company sold its Oakley, California site to a third party for $7, of which $4 was received at closing with receipt of the remaining $3 of proceeds contingent upon the completion of certain future environmental remediation activities at the site. In connection with the sale, Chemours has retained $10 in existing environmental remediation liabilities, which is a component of all other sites in the significant sites table above. The Company recognized a $2 gain on the sale, which was deferred and will be recognized as the Company completes certain environmental remediation activities at the site.

F-54

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 23. Equity

*Share Repurchase Program*

On November 30, 2017, the Company's board of directors approved a share repurchase program authorizing the purchase of shares of Chemours' issued and outstanding common stock in an aggregate amount not to exceed $500, plus any associated fees or costs in connection with the Company's share repurchase activity (the "2017 Share Repurchase Program"). Under the 2017 Share Repurchase Program, shares of Chemours' common stock were purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. The Company's 2017 Share Repurchase Program became effective on November 30, 2017. On May 31, 2018, the Company completed the aggregate $500 in authorized purchases of Chemours' issued and outstanding common stock under the 2017 Share Repurchase Program, which amounted to a cumulative 10,085,647 shares purchased at an average share price of $49.58 per share. All common shares purchased under the 2017 Share Repurchase Program are held as treasury stock and are accounted for using the cost method.

On August 1, 2018, the Company's board of directors approved a share repurchase program authorizing the purchase of shares of Chemours' issued and outstanding common stock in an aggregate amount not to exceed $750, plus any associated fees or costs in connection with the Company's share repurchases activity ("2018 Share Repurchase Program"). On February 13, 2019, the Company's board of directors increased the authorization amount of the 2018 Share Repurchase Program from $750 to $1,000. Under the 2018 Share Repurchase Program, shares of Chemours' common stock can be purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. The Company's 2018 Share Repurchase Program became effective on August 1, 2018 and will continue through the earlier of its expiration on December 31, 2020, or the completion of repurchases up to the approved amount. The program may be suspended or discontinued at any time. All common shares purchased under the 2018 Share Repurchase Program are expected to be held as treasury stock and accounted for using the cost method.

During 2019, the Company purchased an aggregate 8,895,142 shares of Chemours' issued and outstanding common stock under the 2018 Share Repurchase Program, which amounted to $322 at an average share price of $36.24 per share. During 2018, the Company purchased an aggregate 6,350,857 shares of Chemours' issued and outstanding common stock under the 2018 Share Repurchase Program, which amounted to $250 at an average share price of $39.31 per share. The aggregate amount of Chemours' common stock that remained available for purchase under this program at December 31, 2019 was $428.

### Note 24. Stock-based Compensation

The Company's stock-based compensation expense amounted to $19, $24, and $29 for the years ended December 31, 2019, 2018, and 2017, respectively.

On April 26, 2017, Chemours' stockholders approved The Chemours Company 2017 Equity and Incentive Plan (the "2017 Plan"), which provides for grants to certain employees, independent contractors, or non-employee directors of the Company of different forms of awards, including stock options, RSUs, and PSUs. The 2017 Plan replaced The Chemours Company Equity and Incentive Plan (the "Prior Plan"), which was adopted by the Company at Separation. As a result, no further grants will be made under the Prior Plan.

A total of 19,000,000 shares of the Company's common stock may be subject to awards granted under the 2017 Plan, less one share for every one share that was subject to an option or stock appreciation right granted after December 31, 2016 under the Prior Plan, and one-and-a-half shares for every one share that was subject to an award other than an option or stock appreciation right granted after December 31, 2016 under the Prior Plan. Any shares that are subject to options or stock appreciation rights will be counted against this limit as one share for every one share granted, and any shares that are subject to awards other than options or stock appreciation rights will be counted against this limit as one-and-a-half shares for every one share granted. Awards that were outstanding under the Prior Plan remain outstanding under the Prior Plan in accordance with their terms. Shares underlying awards granted under the Prior Plan after December 31, 2016 that are forfeited, cancelled, or that otherwise do not result in the issuance of shares, will be available for issuance under the 2017 Plan. At December 31, 2019, approximately 13,900,000 shares of equity and incentive plan reserve are available for grants under the 2017 Plan.

The Chemours Compensation Committee determines the long-term incentive mix, including stock options, RSUs, and PSUs, and may authorize new grants annually.

F-55

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Stock Options*

During 2019, 2018, and 2017, Chemours granted non-qualified stock options to certain of its employees, which will serially vest over a three-year period and expire 10 years from the date of grant. The fair values of the Company's stock options are based on the Black-Scholes valuation model. The following table sets forth the weighted-average assumptions used at the respective grant dates to determine the fair values of the Company's stock option awards granted during the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 | 2018 | 2017 |
| Risk-free interest rate | 2.53 % | 2.65 % | 2.14 % |
| Expected term (years) | 6 | 6 | 6 |
| Volatility | 48.05 % | 47.56 % | 44.49 % |
| Dividend yield | 2.81 % | 1.42 % | 0.35 % |
| **Fair value per stock option** | $ 13.66 | $ 20.47 | $ 15.21 |

The Company determined the dividend yield by dividing the expected annual dividend on the Company's stock by the option exercise price. A historical daily measurement of volatility is determined based on the average volatility of peer companies adjusted for the Company's debt leverage. The risk-free interest rate is determined by reference to the yield on an outstanding U.S. Treasury note with a term equal to the expected life of the option granted. The expected life is determined using a simplified approach, calculated as the mid-point between the graded vesting period and the contractual life of the award.

The following table sets forth Chemours' stock option activity for the years ended December 31, 2019, 2018, and 2017.

| | Number of Shares (in Thousands) | Weighted-average Exercise Price (per Share) | Weighted-average Remaining Contractual Term (in Years) | Aggregate Intrinsic Value (in Thousands) |
| --- | --- | --- | --- | --- |
| **Outstanding, December 31, 2016** | 7,969 | $ 13.72 | 5.08 | $ 66,668 |
| Granted | 878 | 34.84 | | |
| Exercised | (2,173 ) | 14.36 | | |
| Forfeited | (47 ) | 20.55 | | |
| Expired | (30 ) | 12.29 | | |
| **Outstanding, December 31, 2017** | 6,597 | $ 15.72 | 5.11 | $ 226,524 |
| Granted | 495 | 48.41 | | |
| Exercised | (1,073 ) | 14.69 | | |
| Forfeited | (46 ) | 37.77 | | |
| Expired | (3 ) | 18.80 | | |
| **Outstanding, December 31, 2018** | 5,970 | $ 18.45 | 4.80 | $ 72,108 |
| Granted | 836 | 36.48 | | |
| Exercised | (590 ) | 14.56 | | |
| Forfeited | (110 ) | 39.06 | | |
| Expired | (50 ) | 22.12 | | |
| **Outstanding, December 31, 2019** | 6,056 | $ 20.92 | 4.71 | $ 19,087 |
| **Exercisable, December 31, 2019** | 4,620 | $ 16.23 | 3.79 | $ 18,630 |

The aggregate intrinsic values in the table above represent the total pre-tax intrinsic value (the difference between the Company's closing stock price on the last trading day at the end of the year and the exercise price, multiplied by the number of in-the-money options) that would have been received by the option holders had all option holders exercised their in-the-money options at year-end. The amount changes based on the fair market value of the Company's stock. The total intrinsic value of all options exercised for the years ended December 31, 2019, 2018, and 2017 amounted to $2, $37, and $49, respectively.

F-56

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

For the years ended December 31, 2019, 2018, and 2017, the Company recorded $9, $8, and $7 in stock-based compensation expense specific to its non-qualified stock options, respectively. At December 31, 2019, there was $8 of unrecognized stock-based compensation expense related to stock options, which is expected to be recognized over a weighted-average period of 1.83 years.

*Restricted Stock Units*

Chemours grants RSUs to key management employees that generally vest over a three-year period and, upon vesting, convert one-for-one to Chemours' common stock. The fair value of all stock-settled RSUs is based on the market price of the underlying common stock as of the grant date. RSUs vest contingent upon a time-based vesting condition and do not have explicit performance conditions.

The following table sets forth non-vested RSUs at December 31, 2019, 2018, and 2017.

| | Number of Shares (in Thousands) | Weighted-average Grant Date Fair Value (per Share) |
|---|---|---|
| **Non-vested, December 31, 2016** | 2,316 | $ 11.23 |
| Granted | 214 | 36.68 |
| Vested | (1,316 ) | 11.46 |
| Forfeited | (49 ) | 14.27 |
| **Non-vested, December 31, 2017** | 1,165 | $ 15.34 |
| Granted | 135 | 48.35 |
| Vested | (1,034 ) | 14.86 |
| Forfeited | (19 ) | 30.94 |
| **Non-vested, December 31, 2018** | 247 | $ 34.22 |
| Granted | 439 | 26.89 |
| Vested | (110 ) | 24.98 |
| Forfeited | (30 ) | 33.90 |
| **Non-vested, December 31, 2019** | 546 | $ 29.95 |

The Company recorded stock-based compensation expense specific to its RSUs of $7 for the years ended December 31, 2019 and 2018, and $14 for the year ended December 31, 2017. At December 31, 2019, there was $10 of unrecognized stock-based compensation expense related to RSUs, which is expected to be recognized over a weighted-average period of 0.88 years.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Performance Share Units*

Chemours grants PSUs to key senior management employees which, upon vesting, convert one-for-one to Chemours' common stock if specified performance goals, including certain market-based conditions, are met over the three-year performance period specified in the grant, subject to exceptions through the respective vesting period of three years. Each grantee is granted a target award of PSUs, and may earn between 0% and 250% of the target amount depending on the Company's performance against stated performance goals.

The following table sets forth non-vested PSUs at 100% of target amounts at December 31, 2019, 2018, and 2017.

| | Number of Shares (in Thousands) | | Weighted-average Grant Date Fair Value (per Share) |
|---|---|---|---|
| **Non-vested, December 31, 2016** | 803 | $ | 6.10 |
| Granted | 211 | | 40.30 |
| Vested | - | | - |
| Forfeited | (27 ) | | 16.62 |
| **Non-vested, December 31, 2017** | 987 | $ | 12.94 |
| Granted | 139 | | 52.34 |
| Vested | (19 ) | | 24.16 |
| **Non-vested, December 31, 2018** | 1,107 | $ | 17.71 |
| Granted | 240 | | 44.38 |
| Vested (1) | (761 ) | | 5.07 |
| Forfeited | (57 ) | | 43.35 |
| **Non-vested, December 31, 2019** | 529 | $ | 39.53 |

(1)  During the year ended December 31, 2019, approximately 1,520,000 PSUs granted in 2016 to the Company's key senior management employees vested, based on the attainment of certain performance- and market-based conditions. Of the 1,520,000 PSUs that vested during the year ended December 31, 2019, approximately 680,000 non-issued shares were cancelled to cover the employee portion of income taxes related to such awards.

A portion of the fair value of PSUs was estimated at the grant date based on the probability of satisfying the market-based conditions associated with the PSUs using the Monte Carlo valuation method, which assesses the probabilities of various outcomes of market conditions. The other portion of the fair value of the PSUs is based on the fair market value of the Company's stock at the grant date, regardless of whether the market-based condition is satisfied. The per unit weighted-average fair value at the date of grant for PSUs granted during the year ended December 31, 2019 was $44.38. The fair value of each PSU grant is amortized monthly into compensation expense based on its respective vesting conditions over a three-year period. Compensation cost is incurred based on the Company's estimate of the final expected value of the award, which is adjusted as required for the portion based on the performance-based condition. The Company assumes that forfeitures will be minimal and recognizes forfeitures as they occur, which results in a reduction in compensation expense. As the payout of PSUs includes dividend equivalents, no separate dividend yield assumption is required in calculating the fair value of the PSUs.

For the years ended December 31, 2019, 2018, and 2017, the Company recorded $3, $9, and $8 in stock-based compensation expense specific to its PSUs, respectively. At December 31, 2019, based on the Company's assessment of its performance goals, approximately 600,000 additional shares may be awarded under the 2017 Plan.

F-58

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Employee Stock Purchase Plan*

On January 26, 2017, the Company's board of directors approved The Chemours Company Employee Stock Purchase Plan (the "ESPP"), which was approved by Chemours' stockholders on April 26, 2017. Under the ESPP, a total of 7,000,000 shares of Chemours' common stock are reserved and authorized for issuance to participating employees, as defined by the ESPP, which excludes executive officers of the Company. The ESPP provides for consecutive 12-month offering periods, each with two purchase periods in March and September within those offering periods. The initial offering period under the ESPP began on October 2, 2017. Participating employees are eligible to purchase the Company's common stock at a discounted rate equal to 95% of its fair value on the last trading day of each purchase period.

To date, the Company has executed open market transactions to purchase the Company's common stock on behalf of its ESPP participants, which amounted to 120,714 shares. During the year ended December 31, 2018, an additional 12,411 shares were issued from the Company's treasury stock to ESPP participants. The total amount of Chemours' common stock received by employees in connection with the ESPP amounted to $4 at December 31, 2019.

### Note 25. Accumulated Other Comprehensive Loss

The following table sets forth the components of accumulated other comprehensive loss, net of income taxes, for the years ended December 31, 2019, 2018, and 2017.

| | Net Investment Hedge | | Cash Flow Hedge | | Cumulative Translation Adjustment | | Employee Benefits | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Balance at January 1, 2017** | $ | 22 | $ | - | $ | (358 ) | $ | (241 ) | $ | (577 ) |
| Other comprehensive (loss) income | | (62 ) | | - | | 200 | | (3 ) | | 135 |
| **Balance at December 31, 2017** | | (40 ) | | - | | (158 ) | | (244 ) | | (442 ) |
| Other comprehensive income (loss) | | 15 | | 6 | | (75 ) | | (68 ) | | (122 ) |
| **Balance at December 31, 2018** | | (25 ) | | 6 | | (233 ) | | (312 ) | | (564 ) |
| Other comprehensive income (loss) | | 15 | | (4 ) | | 2 | | 202 | | 215 |
| **Balance at December 31, 2019** | $ | (10 ) | $ | 2 | $ | (231 ) | $ | (110 ) | $ | (349 ) |

### Note 26. Financial Instruments

*Derivative Instruments*

*Net Monetary Assets and Liabilities Hedge - Foreign Currency Forward Contracts*

At December 31, 2019, the Company had 16 foreign currency forward contracts outstanding with an aggregate gross notional U.S. dollar equivalent of $530, and an average maturity of one month. At December 31, 2018, the Company had 20 foreign currency forward contracts outstanding with an aggregate gross notional U.S. dollar equivalent of $503, and an average maturity of one month. Chemours recognized a net loss of $2, and net gains of $3 and $4 for the years ended December 31, 2019, 2018, and 2017, respectively, which were recorded in other income (expense), net in the consolidated statements of operations.

*Cash Flow Hedge - Foreign Currency Forward Contracts*

At December 31, 2019, the Company had 150 foreign currency forward contracts outstanding under Chemours' cash flow hedge program with an aggregate notional U.S. dollar equivalent of $124, and an average maturity of five months. At December 31, 2018, the Company had 75 foreign currency forward contracts outstanding under Chemours' cash flow hedge program with an aggregate notional U.S. dollar equivalent of $143, and an average maturity of four months. The Company recognized pre-tax gains of $6 and $10 for the years ended December 31, 2019 and 2018, respectively, on its cash flow hedge within accumulated other comprehensive loss. For the years ended December 31, 2019 and 2018, $10 and $4 of gain was reclassified to the cost of goods sold from accumulated other comprehensive loss, respectively.

The Company expects to reclassify an approximate $3 of net gain from accumulated other comprehensive loss to the cost of goods sold over the next 12 months, based on current foreign currency exchange rates.

F-59

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Net Investment Hedge - Foreign Currency Borrowings*

The Company recognized pre-tax gains of $20 and $32, and a pre-tax loss of $86 for the years ended December 31, 2019, 2018, and 2017, respectively, on its net investment hedges within accumulated other comprehensive loss. No amounts were reclassified from accumulated other comprehensive loss for the Company's net investment hedges during the years ended December 31, 2019, 2018, and 2017.

***Fair Value of Derivative Instruments***

The following table sets forth the fair value of the Company's derivative assets and liabilities, and their level within the fair value hierarchy, at December 31, 2019 and 2018.

| | Balance Sheet Location | December 31, 2019 | December 31, 2018 |
|---|---|---|---|
| Asset derivatives: | | | |
| Foreign currency forward contracts not designated as a hedging instrument | Accounts and notes receivable, net | $ 1 | $ 1 |
| Foreign currency forward contracts designated as a cash flow hedge | Accounts and notes receivable, net | 1 | 3 |
| **Total asset derivatives** | | $ 2 | $ 4 |
| Liability derivatives: | | | |
| Foreign currency forward contracts not designated as a hedging instrument | Other accrued liabilities | $ 1 | $ 1 |
| **Total liability derivatives** | | $ 1 | $ 1 |

The Company's foreign currency forward contracts are classified as Level 2 financial instruments within the fair value hierarchy as the valuation inputs are based on quoted prices and market observable data of similar instruments. For derivative assets and liabilities, standard industry models are used to calculate the fair value of the various financial instruments based on significant observable market inputs, such as foreign exchange rates and implied volatilities obtained from various market sources. Market inputs are obtained from well-established and recognized vendors of market data, and are subjected to tolerance and/or quality checks.

F-60

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Summary of Derivative Instruments*

The following table sets forth the pre-tax changes in fair value of the Company's derivative assets and liabilities for the years ended December 31, 2019, 2018, and 2017.

| | | Gain (Loss) Recognized In | |
| | Cost of Goods Sold | Other Income (Expense), Net | Accumulated Other Comprehensive Loss |
| Year Ended December 31, | | | |
|---|---|---|---|
| **2019** | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ (2) | $ - |
| Foreign currency forward contracts designated as a cash flow hedge | 10 | - | 6 |
| Euro-denominated debt designated as a net investment hedge | - | - | 20 |
| **2018** | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ 3 | $ - |
| Foreign currency forward contracts designated as a cash flow hedge | 4 | - | 10 |
| Euro-denominated debt designated as a net investment hedge | - | - | 32 |
| **2017** | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ 4 | $ - |
| Euro-denominated debt designated as a net investment hedge | - | - | (86) |

### Note 27. Long-term Employee Benefits

*Plans Covering Employees in the U.S.*

On July 1, 2015, Chemours established a defined contribution plan, which covered all eligible U.S. employees. The purpose of the plan is to encourage employees to save for their future retirement needs. The plan is a tax-qualified contributory profit-sharing plan, with cash or deferred arrangement, and any eligible employee of Chemours may participate. Chemours matches 100% of the first 6% of the employee's contribution election, and the plan's matching contributions vest immediately upon contribution. Chemours may also provide an additional discretionary retirement savings contribution to eligible employees' compensation. The amount of this contribution, if any, is at the sole discretion of the Company, and the discretionary contribution vests for employees with at least three years of service. From time to time, Chemours provides additional discretionary retirement savings contributions to eligible employees' compensation.

In lieu of a defined benefit plan, Chemours provides an enhanced 401(k) contribution for employees who previously participated in DuPont's pension plan. The enhanced benefits consist of an additional contribution of 1% to 7% of the employee's eligible compensation, depending upon the employee's length of service with DuPont at the time of the Separation. The enhancement ended in 2019.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Plans Covering Employees Outside the U.S.***

Pension coverage for employees of Chemours' non-U.S. subsidiaries is provided, to the extent deemed appropriate, through separate plans established after the Separation and comparable to the DuPont plans in those countries. Obligations under such plans are either funded by depositing funds with trustees, covered by insurance contracts, or unfunded.

In the fourth quarter of 2019, the Company, through its wholly-owned subsidiary Chemours Netherlands B.V., completed a settlement transaction related to a significant portion of its Netherlands pension plan. The Company transferred the future risk and administration associated with the $932 of its inactive participants' vested pension benefits to a third-party asset management company in the Netherlands. The irrevocability of the transaction was contingent upon non-objection by the Dutch National Bank, which was received in October 2019. Following the receipt of non-objection, the responsibility for the associated pension obligation was transferred to the third-party asset management company in December 2019, thereby eliminating the Company's exposure to the pension liabilities and formally effecting the settlement. At the time of settlement, a remeasurement of plan assets and projected benefit obligations was performed, resulting in a $158 decrease to net pension assets and increase to accumulated other comprehensive loss on the consolidated balance sheet. The cumulative loss associated with the inactive participants' vested pension benefits was then immediately reclassified from accumulated other comprehensive loss and recognized in earnings, resulting in a charge of $380 recognized in other expense, net in the consolidated statements of operations. At December 31, 2019, the projected benefit obligations associated with the plan's active employees remained on the Company's consolidated balance sheet.

The following table sets forth the Company's net periodic pension income and amounts recognized in other comprehensive income (loss) for the years ended December 31, 2019, 2018, and 2017.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2017 |
| Net periodic pension cost (income): | | | | | | |
| Service cost | $ | 13 | $ 14 | $ | 16 |
| Interest cost | | 17 | | 16 | | 16 |
| Expected return on plan assets | | (48 ) | | (58 ) | | (75 ) |
| Amortization of prior service gain | | (2 ) | | (2 ) | | (2 ) |
| Amortization of actuarial loss | | 18 | | 12 | | 22 |
| Settlement loss | | 383 | | - | | 1 |
| Net periodic pension cost (income) | | 381 | | (18 ) | | (22 ) |
| Changes in plan assets and benefit obligations recognized in other comprehensive income: | | | | | | |
| Net loss (gain) | | 144 | | 115 | | (24 ) |
| Amortization of actuarial loss | | (18 ) | | (16 ) | | (24 ) |
| Prior service gain | | (5 ) | | - | | - |
| Amortization of prior service gain | | 2 | | 2 | | 2 |
| Settlement loss | | (383 ) | | - | | - |
| Effect of foreign exchange rates | | (7 ) | | (8 ) | | 38 |
| (Benefit) cost recognized in other comprehensive income | | (267 ) | | 93 | | (8 ) |
| **Total net periodic pension income and cost (benefit) recognized in other comprehensive income** | $ | 114 | $ 75 | $ | (30 ) |

The following table sets forth the pre-tax amounts recognized in accumulated other comprehensive loss for the years ended December 31, 2019, 2018, and 2017.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2017 |
| Net loss | $ | 151 | $ 419 | $ | 329 |
| Prior service credit | | (14 ) | | (10 ) | | (11 ) |
| **Total amount recognized in accumulated other comprehensive loss** | $ | 137 | $ 409 | $ | 318 |

F-62

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth summarized information on the Company's pension plans at December 31, 2019 and 2018.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| Change in benefit obligation: | | | | |
| Benefit obligation at beginning of year | $ | 1,168 | $ | 1,177 |
| Service cost | | 13 | | 14 |
| Interest cost | | 17 | | 16 |
| Plan participants' contributions | | 2 | | 2 |
| Actuarial loss | | 313 | | 45 |
| Benefits paid | | (37 ) | | (46 ) |
| Plan amendments | | (5 ) | | - |
| Settlements and transfers | | (945 ) | | 2 |
| Currency translation | | (19 ) | | (42 ) |
| Benefit obligation at end of year | | 507 | | 1,168 |
| Change in plan assets: | | | | |
| Fair value of plan assets at beginning of year | | 1,268 | | 1,363 |
| Actual return (loss) on plan assets | | 217 | | (17 ) |
| Employer contributions | | 19 | | 15 |
| Plan participants' contributions | | 2 | | 2 |
| Benefits paid | | (37 ) | | (46 ) |
| Settlements and transfers | | (945 ) | | 2 |
| Currency translation | | (24 ) | | (51 ) |
| Fair value of plan assets at end of year | | 500 | | 1,268 |
| **Total funded status at end of year** | $ | (7 ) | $ | 100 |

The following table sets forth the net amounts recognized in the Company's consolidated balance sheets at December 31, 2019 and 2018.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| Non-current assets | $ | 59 | $ | 174 |
| Current liabilities | | (2 ) | | (1 ) |
| Non-current liabilities | | (64 ) | | (73 ) |
| **Total net amount recognized** | $ | (7 ) | $ | 100 |

The accumulated benefit obligation for all pension plans was $445 and $1,106 as of December 31, 2019 and 2018, respectively.

F-63

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following tables set forth information related to the Company's pension plans with projected and accumulated benefit obligations in excess of the fair value of plan assets at December 31, 2019 and 2018.

| | December 31, | | | |
|---|---|---|---|---|
| **Pension plans with projected benefit obligation in excess of plan assets** | **2019** | | **2018** | |
| Projected benefit obligation | $ | 178 | $ | 177 |
| Accumulated benefit obligation | | 150 | | 149 |
| Fair value of plan assets | | 111 | | 103 |

| | December 31, | | | |
|---|---|---|---|---|
| **Pension plans with accumulated benefit obligation in excess of plan assets** | **2019** | | **2018** | |
| Projected benefit obligation | $ | 178 | $ | 177 |
| Accumulated benefit obligation | | 150 | | 149 |
| Fair value of plan assets | | 111 | | 103 |

*Assumptions*

The Company generally utilizes discount rates that are developed by matching the expected cash flows of each benefit plan to various yield curves constructed from a portfolio of high-quality, fixed income instruments provided by the plans' actuaries as of the measurement date. The expected rate of return on plan assets reflects economic assumptions applicable to each country.

The following tables set forth the assumptions that have been used to determine the Company's benefit obligations and net benefit cost at December 31, 2019 and 2018.

| | December 31, | |
|---|---|---|
| **Weighted-average assumptions used to determine benefit obligations** | **2019** | **2018** |
| Discount rate | 1.4 % | 2.0 % |
| Rate of compensation increase (1) | 2.6 % | 2.5 % |

(1)  The rate of compensation increase represents the single annual effective salary increase that an average plan participant would receive during the participant's entire career at Chemours.

| | December 31, | |
|---|---|---|
| **Weighted-average assumptions used to determine net benefit cost** | **2019** | **2018** |
| Discount rate | 2.0 % | 1.9 % |
| Rate of compensation increase (1) | 2.5 % | 2.5 % |
| Expected return on plan assets | 4.1 % | 4.1 % |

(1)  The rate of compensation increase represents the single annual effective salary increase that an average plan participant would receive during the participant's entire career at Chemours.

F-64

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Plan Assets***

Each pension plan's assets are invested through either an insurance vehicle, a master trust fund, or a stand-alone pension fund. The strategic asset allocation for each plan is selected by management, together with the pension board, where appropriate, reflecting the results of comprehensive asset and liability modeling. For assets under its control, Chemours establishes strategic asset allocation percentage targets and appropriate benchmarks for significant asset classes with the aim of achieving a prudent balance between return and risk. Strategic asset allocations in countries are selected in accordance with the laws and practices of those countries.

The following table sets forth the weighted-average allocation for the Company's pension plan assets at December 31, 2019 and 2018.

|  | December 31, | |
|---|---|---|
|  | **2019** | **2018** |
| Cash and cash equivalents | 8 % | 5 % |
| U.S. and non-U.S. equity securities | 52 % | 45 % |
| Fixed income securities | 40 % | 50 % |
| **Total weighted-average allocation** | 100 % | 100 % |

Fixed income securities include corporate-issued, government-issued, and asset-backed securities. Corporate debt investments encompass a range of credit risk and industry diversification.

Fair value calculations may not be indicative of net realizable value or reflective of future fair values. Furthermore, although Chemours believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

F-65

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following tables set forth the fair values of the Company's pension assets by level within the fair value hierarchy at December 31, 2019 and 2018.

| | Fair Value Measurements at December 31, 2019 | | | | | |
| | Total | | Level 1 | | Level 2 | |
|---|---|---|---|---|---|---|
| Asset category: | | | | | | |
| Debt - government issued | $ | 150 | $ | 9 | $ | 141 |
| Debt - corporate issued | | 51 | | 47 | | 4 |
| U.S. and non-U.S. equities | | 102 | | 101 | | 1 |
| Mututal funds | | 135 | | - | | 135 |
| Derivatives - asset position | | 28 | | - | | 28 |
| Derivatives - liability position | | - | | - | | - |
| Cash and cash equivalents | | 41 | | 41 | | - |
| Other | | 2 | | 2 | | - |
| Total pension assets before pension receivables | | 509 | $ | 200 | $ | 309 |
| Pension trust payables, net (1) | | (9) | | | | |
| **Total pension assets** | $ | 500 | | | | |

(1)  Payables are primarily for investments purchased and received but not yet paid.

| | Fair Value Measurements at December 31, 2018 | | | | | |
| | Total | | Level 1 | | Level 2 | |
|---|---|---|---|---|---|---|
| Asset category: | | | | | | |
| Debt - government issued | $ | 487 | $ | 3 | $ | 484 |
| Debt - corporate issued | | 130 | | 33 | | 97 |
| U.S. and non-U.S. equities | | 264 | | 263 | | 1 |
| Mututal funds | | 296 | | - | | 296 |
| Derivatives - asset position | | 9 | | - | | 9 |
| Derivatives - liability position | | (5) | | - | | (5) |
| Cash and cash equivalents | | 67 | | 67 | | - |
| Other | | 12 | | 8 | | 4 |
| Total pension assets before pension receivables | | 1,260 | $ | 374 | $ | 886 |
| Pension trust receivables, net (1) | | 8 | | | | |
| **Total pension assets** | $ | 1,268 | | | | |

(1)  Receivables are primarily for investment income earned but not yet received.

For pension plan assets classified as Level 1 instruments within the fair value hierarchy, total fair value is either the price of the most recent trade at the time of the market close or the official close price, as defined by the exchange on which the asset is most actively traded on the last trading day of the period, multiplied by the number of units held without consideration of transaction costs.

For pension plan assets classified as Level 2 instruments within the fair value hierarchy, where the security is frequently traded in less active markets, fair value is based on the closing price at the end of the period; where the security is less frequently traded, fair value is based on the price a dealer would pay for the security or similar securities, adjusted for any terms specific to that asset or liability. Market inputs are obtained from well-established, recognized vendors of market data and subjected to tolerance and/or quality checks. For derivative assets and liabilities, standard industry models are used to calculate the fair value of the various financial instruments based on significant observable market inputs, such as foreign exchange rates, commodity prices, swap rates, interest rates, and implied volatilities obtained from various market sources.

F-66

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Cash Flows - Defined Benefit Plans***

*Employer Contributions*

For the years ended December 31, 2019, 2018, and 2017, Chemours contributed $19, $15, and $38, respectively, to its defined benefit plans.

Of the contributions made in 2017, $10 relates to the settlement of the U.S. Pension Restoration Plan ("U.S. PRP"), which was a supplemental pension plan for certain U.S. employees. The liability associated with the U.S. PRP was transferred to Chemours from DuPont at the Separation Date, at which point the plan ceased accepting new participants. In October 2017, the Company made a cash payment of $10 to settle the remaining liability attributable to the remaining participants in the U.S. PRP.

Chemours expects to contribute $18 to its pension plans in 2020.

*Future Benefit Payments*

The following table sets forth the benefit payments that are expected to be paid by the plans over the next five years and the five years thereafter as of December 31, 2019.

|  | Year Ended December 31, |
|---|---|
| 2020 | $ 13 |
| 2021 | 9 |
| 2022 | 10 |
| 2023 | 13 |
| 2024 | 15 |
| 2025 to 2029 | 87 |

***Cash Flows - Defined Contribution Plan***

*Employer Contributions*

For the years ended December 31, 2019, 2018, and 2017, Chemours contributed $34, $51, and $45, respectively, to its defined contribution plan.

F-67

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 28. Geographic and Segment Information

### Geographic Information

The following table sets forth the geographic locations of the Company's net sales and property, plant, and equipment, net as of, and for the years ended December 31, 2019, 2018, and 2017.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2019 | | 2018 | | 2017 | |
| | Net Sales (1) | Property, Plant, and Equipment, Net | Net Sales (1) | Property, Plant, and Equipment, Net | Net Sales (1) | Property, Plant, and Equipment, Net |
| North America | $ 2,144 | $ 2,533 | $ 2,378 | $ 2,279 | $ 2,255 | $ 2,018 |
| Asia Pacific | 1,543 | 121 | 1,720 | 124 | 1,593 | 131 |
| Europe, the Middle East, and Africa | 1,163 | 294 | 1,685 | 293 | 1,506 | 302 |
| Latin America (2) | 676 | 611 | 855 | 595 | 829 | 557 |
| **Total** | $ 5,526 | $ 3,559 | $ 6,638 | $ 3,291 | $ 6,183 | $ 3,008 |

(1)  Net sales are attributed to countries based on customer location.

(2)  Latin America includes Mexico.

### Segment Information

Chemours' operations consist of three reportable segments based on similar economic characteristics, the nature of products and production processes, end-use markets, channels of distribution, and regulatory environments: Fluoroproducts, Chemical Solutions, and Titanium Technologies. Corporate costs and certain legal and environmental expenses, stock-based compensation expenses, and foreign exchange gains and losses arising from the remeasurement of balances in currencies other than the functional currency of the Company's legal entities are reflected in Corporate and Other.

Segment net sales include transfers to another reportable segment. Certain products are transferred between segments on a basis intended to reflect, as nearly as practicable, the market value of the products. These product transfers were limited and were not significant for each of the periods presented. Depreciation and amortization includes depreciation on R&D facilities and amortization of other intangible assets, excluding any write-downs of assets. Segment net assets include net working capital, net property, plant, and equipment, and other non-current operating assets and liabilities of the segment. This is the measure of segment assets reviewed by the Company's Chief Operating Decision Maker ("CODM").

Adjusted earnings before interest, taxes, depreciation, and amortization ("Adjusted EBITDA") is the primary measure of segment profitability used by the CODM and is defined as income (loss) before income taxes, excluding the following:

- interest expense, depreciation, and amortization;
- non-operating pension and other post-retirement employee benefit costs, which represent the components of net periodic pension (income) costs excluding the service cost component;
- exchange (gains) losses included in other income (expense), net;
- restructuring, asset-related, and other charges;
- asset impairments;
- (gains) losses on sales of assets and businesses; and,
- other items not considered indicative of the Company's ongoing operational performance and expected to occur infrequently.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth certain summary financial information for the Company's reportable segments as of, and for the years ended December 31, 2019, 2018, and 2017.

| Year Ended December 31, | Fluoroproducts | | Chemical Solutions | | Titanium Technologies | | Segment Total | |
|---|---|---|---|---|---|---|---|---|
| **2019** | | | | | | | | |
| Net sales to external customers | $ | 2,648 | $ | 533 | $ | 2,345 | $ | 5,526 |
| Adjusted EBITDA | | 578 | | 80 | | 505 | | 1,163 |
| Depreciation and amortization | | 136 | | 22 | | 121 | | 279 |
| Equity in earnings of affiliates | | 29 | | - | | - | | 29 |
| Total assets | | 2,582 | | 574 | | 2,291 | | 5,447 |
| Net assets | | 2,283 | | 495 | | 1,296 | | 4,074 |
| Investments in affiliates | | 162 | | - | | - | | 162 |
| Purchases of property, plant, and equipment | | 201 | | 40 | | 121 | | 362 |
| **2018** | | | | | | | | |
| Net sales to external customers | $ | 2,862 | $ | 602 | $ | 3,174 | $ | 6,638 |
| Adjusted EBITDA | | 783 | | 64 | | 1,055 | | 1,902 |
| Depreciation and amortization | | 117 | | 20 | | 119 | | 256 |
| Equity in earnings of affiliates | | 43 | | - | | - | | 43 |
| Total assets | | 2,744 | | 623 | | 2,354 | | 5,721 |
| Net assets | | 2,309 | | 506 | | 1,487 | | 4,302 |
| Investments in affiliates | | 160 | | - | | - | | 160 |
| Purchases of property, plant, and equipment | | 274 | | 75 | | 91 | | 440 |
| **2017** | | | | | | | | |
| Net sales to external customers | $ | 2,654 | $ | 571 | $ | 2,958 | $ | 6,183 |
| Adjusted EBITDA | | 669 | | 57 | | 862 | | 1,588 |
| Depreciation and amortization | | 109 | | 18 | | 118 | | 245 |
| Equity in earnings of affiliates | | 33 | | - | | - | | 33 |
| Total assets | | 2,311 | | 581 | | 2,502 | | 5,394 |
| Net assets | | 1,842 | | 460 | | 1,785 | | 4,087 |
| Investments in affiliates | | 173 | | - | | - | | 173 |
| Purchases of property, plant, and equipment | | 249 | | 65 | | 65 | | 379 |

The following table sets forth a reconciliation for instances in which the above summary financial information for the Company's reportable segments does not sum to consolidated amounts. A reconciliation of Segment Adjusted EBITDA to consolidated results can be found in the table immediately thereafter.

| Year Ended December 31, | Segment Total | Corporate and Other | Total Consolidated |
|---|---|---|---|
| **2019** | | | |
| Depreciation and amortization | 279 | 32 | 311 |
| Total assets | 5,447 | 1,811 | 7,258 |
| Net assets | 4,074 | (3,379 ) | 695 |
| Purchases of property, plant, and equipment | 362 | 119 | 481 |
| **2018** | | | |
| Depreciation and amortization | 256 | 28 | 284 |
| Total assets | 5,721 | 1,641 | 7,362 |
| Net assets | 4,302 | (3,282 ) | 1,020 |
| Purchases of property, plant, and equipment | 440 | 58 | 498 |
| **2017** | | | |
| Depreciation and amortization | 245 | 28 | 273 |
| Total assets | 5,394 | 1,899 | 7,293 |
| Net assets | 4,087 | (3,222 ) | 865 |
| Purchases of property, plant, and equipment | 379 | 32 | 411 |

F-69

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth a reconciliation of Segment Adjusted EBITDA to the Company's consolidated net income (loss) before income taxes for the years ended December 31, 2019, 2018, and 2017.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2019** | | **2018** | | **2017** |
| Segment Adjusted EBITDA | $ | 1,163 | $ | 1,902 | $ | 1,588 |
| Corporate and Other Adjusted EBITDA | | (143 ) | | (162 ) | $ | (166 ) |
| Interest expense, net | | (208 ) | | (195 ) | | (214 ) |
| Depreciation and amortization | | (311 ) | | (284 ) | | (273 ) |
| Non-operating pension and other post-retirement employee benefit (cost) income (1) | | (368 ) | | 27 | | 34 |
| Exchange (losses) gains, net | | (2 ) | | 1 | | 3 |
| Restructuring, asset-related, and other charges (2) | | (87 ) | | (49 ) | | (57 ) |
| Loss on extinguishment of debt | | - | | (38 ) | | (1 ) |
| Gain on sales of assets and businesses (3) | | 10 | | 45 | | 22 |
| Transaction costs (4) | | (3 ) | | (9 ) | | (3 ) |
| Legal and environmental charges (5) | | (175 ) | | (82 ) | | (9 ) |
| Other charges | | - | | (1 ) | | (12 ) |
| (Loss) income before income taxes | $ | (124 ) | $ | 1,155 | $ | 912 |

(1)    The year ended December 31, 2019 includes a $380 settlement loss related to a significant portion of the Company's Netherlands pension plan, specific to the vested pension benefits of the inactive participants. See "Note 27 - Long-term Employee Benefits" for further details.

(2)    Includes restructuring, asset-related, and other charges, which are discussed in further detail in "Note 7 - Restructuring, Asset-related, and Other Charges."

(3)    The year ended December 31, 2019, included a non-cash gain of $9 associated with the sale of the Company's Repauno, New Jersey site. The year ended December 31, 2018, included gains of $3 and $42 associated with the sales of the Company's East Chicago, Indiana and Linden, New Jersey sites, respectively. The year ended December 31, 2017 included gains of $13 and $12 associated with the sale of the Company's land in Repauno, New Jersey that was previously deferred and realized upon meeting certain milestones, and for the sale of its Edge Moor, Delaware plant site, respectively, net of certain losses on other disposals.

(4)    Includes costs associated with the Company's debt transactions, as well as accounting, legal, and bankers' transaction costs incurred in connection with the Company's strategic initiatives.

(5)    Legal charges pertains to litigation settlements, PFOA drinking water treatment accruals, and other legal charges. Environmental charges pertains to estimated liabilities associated with on-site remediation, off-site groundwater remediation, and toxicity studies related to Fayetteville. The year ended December 31, 2019 included $168 in additional charges for the approved final Consent Order associated with certain matters at Fayetteville. The year ended December 31, 2018 included $63 in additional charges for the estimated liability associated with Fayetteville. See "Note 22 - Commitments and Contingent Liabilities" for further details.

The following table sets forth the Company's net sales to external customers by product group for the years ended December 31, 2019, 2018, and 2017.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2019** | | **2018** | | **2017** |
| Fluorochemicals | $ | 1,318 | $ | 1,497 | $ | 1,378 |
| Fluoropolymers | | 1,330 | | 1,365 | | 1,276 |
| Mining solutions | | 268 | | 289 | | 261 |
| Performance chemicals and intermediates | | 265 | | 313 | | 306 |
| Titanium dioxide and other minerals | | 2,345 | | 3,174 | | 2,958 |
| Divested businesses (1) | | - | | - | | 4 |
| Total net sales | $ | 5,526 | $ | 6,638 | $ | 6,183 |

(1)    Inclusive of the Company's C&D and Sulfur businesses, as well as its Aniline facility in Beaumont, Texas, which were all sold in 2016.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 29. Quarterly Financial Data (Unaudited)

The following table sets forth a summary of the Company's quarterly results of operations for the years ended December 31, 2019 and 2018.

| 2019 | | For the Three Months Ended | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | March 31, | June 30, | September 30, | December 31, | Full Year (1), |
| Net sales | $ | 1,376 | $ 1,408 | $ 1,390 | $ 1,353 | $ 5,526 |
| Cost of goods sold | | 1,080 | 1,085 | 1,096 | 1,203 | 4,463 |
| Income (loss) before income taxes | | 107 | 133 | 91 | (454) | (124) |
| Net income (loss) | | 94 | 96 | 76 | (317) | (52) |
| Net income (loss) attributable to Chemours | | 94 | 96 | 76 | (317) | (52) |
| Basic earnings (loss) per share of common stock | | 0.56 | 0.58 | 0.46 | (1.94) | (0.32) |
| Diluted earnings (loss) per share of common stock | | 0.55 | 0.57 | 0.46 | (1.94) | (0.32) |

| 2018 | | For the Three Months Ended | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | March 31, | June 30, | September 30, | December 31, | Full Year (1), |
| Net sales | $ | 1,730 | $ 1,816 | $ 1,628 | $ 1,464 | $ 6,638 |
| Cost of goods sold | | 1,193 | 1,259 | 1,151 | 1,064 | 4,667 |
| Income before income taxes | | 381 | 323 | 269 | 182 | 1,155 |
| Net income | | 297 | 282 | 275 | 142 | 996 |
| Net income attributable to Chemours | | 297 | 281 | 275 | 142 | 995 |
| Basic earnings per share of common stock | | 1.63 | 1.58 | 1.56 | 0.83 | 5.62 |
| Diluted earnings per share of common stock | | 1.58 | 1.53 | 1.51 | 0.81 | 5.45 |

(1)    Individual quarters may not sum to full year amounts due to rounding.

### Note 30. Guarantor Condensed Consolidating Financial Information

The following guarantor condensed consolidating financial information is included in accordance with Rule 3-10 of Regulation S-X ("Rule 3-10") in connection with the subsidiary guarantees of the "Notes" (collectively, the 2023 Dollar Notes, the 2025 Notes, the 2026 Euro Notes, and the 2027 Notes), in each case, issued by The Chemours Company (the "Parent Issuer"). As of the dates indicated, each series of the Notes was fully and unconditionally guaranteed, jointly and severally, on a senior unsecured basis, subject to certain exceptions, by the same group of subsidiaries of the Parent Issuer (together, the "Guarantor Subsidiaries"). Each of the Guarantor Subsidiaries is 100% owned by the Company. None of the other subsidiaries of the Company, either direct or indirect, guarantee the Notes (together, the "Non-Guarantor Subsidiaries"). Pursuant to the indentures governing the Notes, the Guarantor Subsidiaries will be automatically released from those guarantees upon the occurrence of certain customary release provisions.

The following condensed consolidating financial information is presented to comply with the Company's requirements under Rule 3-10:

- the consolidating statements of comprehensive income (loss) for the years ended December 31, 2019, 2018, and 2017;
- the consolidating balance sheets at December 31, 2019 and 2018; and,
- the consolidating statements of cash flows for the years ended December 31, 2019, 2018, and 2017.

The following guarantor condensed financial information is presented using the equity method of accounting for the Company's investments in its wholly-owned subsidiaries. Under the equity method, the investments in subsidiaries are recorded at cost and adjusted for the Company's share of its subsidiaries' cumulative results of operations, capital contributions, distributions, and other equity changes. The elimination entries principally eliminate investments in subsidiaries and intercompany balances and transactions. The financial information included herein may not necessarily be indicative of the financial positions, results of operations, or cash flows of the Company's subsidiaries had they operated as independent entities, and should be read in conjunction with the consolidated financial statements and the related notes thereto.

F-71

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*
**Condensed Consolidating Statements of Comprehensive Income (Loss)**

| | Parent Issuer | | Guarantor Subsidiaries | | Non-Guarantor Subsidiaries | | Eliminations and Adjustments | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Year Ended December 31, 2019** | | | | | | |
| Net sales | $ | - | $ | 3,357 | $ | 3,656 | $ | (1,487 ) | $ | 5,526 |
| Cost of goods sold | | - | | 3,068 | | 2,882 | | (1,487 ) | | 4,463 |
| Gross profit | | - | | 289 | | 774 | | - | | 1,063 |
| Selling, general, and administrative expense | | 19 | | 406 | | 141 | | (18 ) | | 548 |
| Research and development expense | | - | | 73 | | 7 | | - | | 80 |
| Restructuring, asset-related, and other charges | | - | | 74 | | 13 | | - | | 87 |
| Total other operating expenses | | 19 | | 553 | | 161 | | (18 ) | | 715 |
| Equity in earnings of affiliates | | - | | - | | 29 | | - | | 29 |
| Equity in earnings (loss) of subsidiaries | | 73 | | (3 ) | | - | | (70 ) | | - |
| Interest (expense) income, net | | (209 ) | | - | | 1 | | - | | (208 ) |
| Intercompany interest income (expense), net | | 41 | | 16 | | (57 ) | | - | | - |
| Other income (expense), net | | 21 | | 122 | | (417 ) | | (19 ) | | (293 ) |
| **(Loss) income before income taxes** | | (93 ) | | (129 ) | | 169 | | (71 ) | | (124 ) |
| Benefit from income taxes | | (41 ) | | (28 ) | | (2 ) | | (1 ) | | (72 ) |
| **Net (loss) income** | | (52 ) | | (101 ) | | 171 | | (70 ) | | (52 ) |
| Less: Net income attributable to non-controlling interests | | - | | - | | - | | - | | - |
| **Net (loss) income attributable to Chemours** | $ | (52 ) | $ | (101 ) | $ | 171 | $ | (70 ) | $ | (52 ) |
| **Comprehensive income (loss) attributable to Chemours** | $ | 163 | $ | (101 ) | $ | 371 | $ | (270 ) | $ | 163 |

F-72

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*
**Condensed Consolidating Statements of Comprehensive Income (Loss)**

| | Year Ended December 31, 2018 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Parent Issuer | | Guarantor Subsidiaries | | Non-Guarantor Subsidiaries | | Eliminations and Adjustments | | Consolidated |
| Net sales | $ | - | $ | 3,974 | $ | 4,484 | $ | (1,820 ) | $ | 6,638 |
| Cost of goods sold | | - | | 3,112 | | 3,380 | | (1,825 ) | | 4,667 |
| Gross profit | | - | | 862 | | 1,104 | | 5 | | 1,971 |
| Selling, general, and administrative expense | | 33 | | 485 | | 163 | | (24 ) | | 657 |
| Research and development expense | | - | | 76 | | 6 | | - | | 82 |
| Restructuring, asset-related, and other charges | | - | | 46 | | 3 | | - | | 49 |
| Total other operating expenses | | 33 | | 607 | | 172 | | (24 ) | | 788 |
| Equity in earnings of affiliates | | - | | - | | 43 | | - | | 43 |
| Equity in earnings of subsidiaries | | 1,155 | | 2 | | - | | (1,157 ) | | - |
| Interest (expense) income, net | | (210 ) | | 5 | | 10 | | - | | (195 ) |
| Loss on extinguishment of debt | | (38 ) | | - | | - | | - | | (38 ) |
| Intercompany interest income (expense), net | | 47 | | 10 | | (57 ) | | - | | - |
| Other income (expense), net | | 25 | | 199 | | (40 ) | | (22 ) | | 162 |
| **Income before income taxes** | | 946 | | 471 | | 888 | | (1,150 ) | | 1,155 |
| (Benefit from) provision for income taxes | | (50 ) | | 98 | | 111 | | - | | 159 |
| **Net income** | | 996 | | 373 | | 777 | | (1,150 ) | | 996 |
| Less: Net income attributable to non-controlling interests | | - | | - | | 1 | | - | | 1 |
| **Net income attributable to Chemours** | $ | 996 | $ | 373 | $ | 776 | $ | (1,150 ) | $ | 995 |
| **Comprehensive income attributable to Chemours** | $ | 873 | $ | 375 | $ | 637 | $ | (1,012 ) | $ | 873 |

F-73

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*
**Condensed Consolidating Statements of Comprehensive Income (Loss)**

| | Parent Issuer | | Guarantor Subsidiaries | | Non-Guarantor Subsidiaries | | Eliminations and Adjustments | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Year Ended December 31, 2017 | | | | | |
| Net sales | $ | - | $ | 3,887 | $ | 4,030 | $ | (1,734 ) | $ | 6,183 |
| Cost of goods sold | | - | | 3,084 | | 3,045 | | (1,691 ) | | 4,438 |
| Gross profit | | - | | 803 | | 985 | | (43 ) | | 1,745 |
| Selling, general, and administrative expense | | 36 | | 449 | | 179 | | (38 ) | | 626 |
| Research and development expense | | - | | 74 | | 7 | | - | | 81 |
| Restructuring, asset-related, and other charges | | - | | 56 | | 1 | | - | | 57 |
| Total other operating expenses | | 36 | | 579 | | 187 | | (38 ) | | 764 |
| Equity in earnings of affiliates | | - | | - | | 33 | | - | | 33 |
| Equity in earnings of subsidiaries | | 849 | | - | | - | | (849 ) | | - |
| Interest (expense) income, net | | (220 ) | | 3 | | 3 | | - | | (214 ) |
| Loss on extinguishment of debt | | (1 ) | | - | | - | | - | | (1 ) |
| Intercompany interest income (expense), net | | 64 | | - | | (64 ) | | - | | - |
| Other income (expense), net | | 29 | | 139 | | (21 ) | | (34 ) | | 113 |
| **Income before income taxes** | | 685 | | 366 | | 749 | | (888 ) | | 912 |
| (Benefit from) provision for income taxes | | (62 ) | | 117 | | 114 | | (4 ) | | 165 |
| **Net income** | | 747 | | 249 | | 635 | | (884 ) | | 747 |
| Less: Net income attributable to non-controlling interests | | - | | - | | 1 | | - | | 1 |
| **Net income attributable to Chemours** | $ | 747 | $ | 249 | $ | 634 | $ | (884 ) | $ | 746 |
| **Comprehensive income attributable to Chemours** | $ | 881 | $ | 253 | $ | 828 | $ | (1,081 ) | $ | 881 |

F-74

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*
**Condensed Consolidating Balance Sheets**

| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
|---|---|---|---|---|---|
| | | | **Year Ended December 31, 2019** | | |
| **Assets** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $        - | $    104 | $    839 | $        - | $    943 |
| Accounts and notes receivable, net | - | 53 | 621 | - | 674 |
| Intercompany receivable | 2 | 1,023 | 180 | (1,205 ) | - |
| Inventories | - | 552 | 612 | (85 ) | 1,079 |
| Prepaid expenses and other | - | 60 | 15 | 6 | 81 |
| Total current assets | 2 | 1,792 | 2,267 | (1,284 ) | 2,777 |
| Property, plant, and equipment | - | 7,207 | 2,206 | - | 9,413 |
| Less: Accumulated depreciation | - | (4,697 ) | (1,157 ) | - | (5,854 ) |
| Property, plant, and equipment, net | - | 2,510 | 1,049 | - | 3,559 |
| Operating lease right-of-use assets | - | 273 | 21 | - | 294 |
| Goodwill and other intangible assets, net | - | 160 | 14 | - | 174 |
| Investments in affiliates | - | - | 162 | - | 162 |
| Investments in subsidiaries | 4,077 | 148 | - | (4,225 ) | - |
| Intercompany notes receivable | 1,250 | - | - | (1,250 ) | - |
| Other assets | 7 | 140 | 145 | - | 292 |
| **Total assets** | $    5,336 | $    5,023 | $    3,658 | $    (6,759 ) | $    7,258 |
| **Liabilities** | | | | | |
| Current liabilities: | | | | | |
| Accounts payable | $        - | $    528 | $    395 | $        - | $    923 |
| Short-term and current maturities of long-term debt | 13 | 11 | 110 | - | 134 |
| Intercompany payable | 720 | 138 | 345 | (1,203 ) | - |
| Other accrued liabilities | 21 | 294 | 171 | (2 ) | 484 |
| Total current liabilities | 754 | 971 | 1,021 | (1,205 ) | 1,541 |
| Long-term debt, net | 3,876 | 150 | - | - | 4,026 |
| Operating lease liabilities | - | 233 | 12 | - | 245 |
| Intercompany notes payable | - | - | 1,250 | (1,250 ) | - |
| Deferred income taxes | 17 | 45 | 56 | - | 118 |
| Other liabilities | - | 551 | 82 | - | 633 |
| Total liabilities | 4,647 | 1,950 | 2,421 | (2,455 ) | 6,563 |
| Commitments and contingent liabilities | | | | | |
| **Equity** | | | | | |
| Total Chemours stockholders' equity | 689 | 3,073 | 1,231 | (4,304 ) | 689 |
| Non-controlling interests | - | - | 6 | - | 6 |
| Total equity | 689 | 3,073 | 1,237 | (4,304 ) | 695 |
| **Total liabilities and equity** | $    5,336 | $    5,023 | $    3,658 | $    (6,759 ) | $    7,258 |

F-75

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*
**Condensed Consolidating Balance Sheets**

| | Year Ended December 31, 2018 | | | | |
| --- | --- | --- | --- | --- | --- |
| | **Parent Issuer** | **Guarantor Subsidiaries** | **Non-Guarantor Subsidiaries** | **Eliminations and Adjustments** | **Consolidated** |
| **Assets** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ - | $ 239 | $ 962 | $ - | $ 1,201 |
| Accounts and notes receivable, net | - | 297 | 564 | - | 861 |
| Intercompany receivable | 2 | 1,057 | 91 | (1,150 ) | - |
| Inventories | - | 483 | 749 | (85 ) | 1,147 |
| Prepaid expenses and other | - | 58 | 26 | - | 84 |
| Total current assets | 2 | 2,134 | 2,392 | (1,235 ) | 3,293 |
| Property, plant, and equipment | - | 6,870 | 2,122 | - | 8,992 |
| Less: Accumulated depreciation | - | (4,591 ) | (1,110 ) | - | (5,701 ) |
| Property, plant, and equipment, net | - | 2,279 | 1,012 | - | 3,291 |
| Goodwill and other intangible assets, net | - | 167 | 14 | - | 181 |
| Investments in affiliates | - | - | 160 | - | 160 |
| Investments in subsidiaries | 4,487 | 11 | - | (4,498 ) | - |
| Intercompany notes receivable | 1,150 | - | - | (1,150 ) | - |
| Other assets | 17 | 154 | 274 | (8 ) | 437 |
| **Total assets** | $ 5,656 | $ 4,745 | $ 3,852 | $ (6,891 ) | $ 7,362 |
| **Liabilities** | | | | | |
| Current liabilities: | | | | | |
| Accounts payable | $ - | $ 637 | $ 500 | $ - | $ 1,137 |
| Current maturities of long-term debt | 13 | - | - | - | 13 |
| Intercompany payable | 698 | 92 | 360 | (1,150 ) | - |
| Other accrued liabilities | 21 | 341 | 198 | (1 ) | 559 |
| Total current liabilities | 732 | 1,070 | 1,058 | (1,151 ) | 1,709 |
| Long-term debt, net | 3,902 | 57 | - | - | 3,959 |
| Intercompany notes payable | - | - | 1,150 | (1,150 ) | - |
| Deferred income taxes | 8 | 143 | 82 | (16 ) | 217 |
| Other liabilities | - | 372 | 85 | - | 457 |
| Total liabilities | 4,642 | 1,642 | 2,375 | (2,317 ) | 6,342 |
| Commitments and contingent liabilities | | | | | |
| **Equity** | | | | | |
| Total Chemours stockholders' equity | 1,014 | 3,103 | 1,471 | (4,574 ) | 1,014 |
| Non-controlling interests | - | - | 6 | - | 6 |
| Total equity | 1,014 | 3,103 | 1,477 | (4,574 ) | 1,020 |
| **Total liabilities and equity** | $ 5,656 | $ 4,745 | $ 3,852 | $ (6,891 ) | $ 7,362 |

F-76

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*
**Condensed Consolidating Statements of Cash Flows**

| | Year Ended December 31, 2019 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| **Cash flows from operating activities** | | | | | |
| Cash provided by (used for) operating activities | $ 140 | $ (892 ) | $ 1,684 | $ (282 ) | $ 650 |
| **Cash flows from investing activities** | | | | | |
| Purchases of property, plant, and equipment | - | (403 ) | (78 ) | - | (481 ) |
| Intercompany investing activities | - | 26 | (398 ) | 372 | - |
| Acquisition of business, net | - | (10 ) | - | - | (10 ) |
| Proceeds from sales of assets and businesses, net | - | 7 | 2 | - | 9 |
| Proceeds from life insurance policies | - | 1 | - | - | 1 |
| Foreign exchange contract settlements, net | - | (2 ) | - | - | (2 ) |
| Cash used for investing activities | - | (381 ) | (474 ) | 372 | (483 ) |
| **Cash flows from financing activities** | | | | | |
| Proceeds from revolving loan | 150 | - | - | - | 150 |
| Repayments on revolving loan | (150 ) | - | - | - | (150 ) |
| Proceeds from accounts receivable securitization facility | - | - | 128 | - | 128 |
| Debt repayments | (13 ) | (5 ) | (19 ) | - | (37 ) |
| Payments on finance leases | - | (1 ) | (2 ) | - | (3 ) |
| Purchases of treasury stock, at cost | (322 ) | - | - | - | (322 ) |
| Intercompany financing activities (1) | 380 | 1,144 | (1,434 ) | (90 ) | - |
| Proceeds from exercised stock options, net | 9 | - | - | - | 9 |
| Payments related to tax withholdings on vested stock awards | (30 ) | - | - | - | (30 ) |
| Payments of dividends | (164 ) | - | - | - | (164 ) |
| Cash (used for) provided by financing activities | (140 ) | 1,138 | (1,327 ) | (90 ) | (419 ) |
| Effect of exchange rate changes on cash and cash equivalents | - | - | (6 ) | - | (6 ) |
| **Decrease in cash and cash equivalents** | - | (135 ) | (123 ) | - | (258 ) |
| **Cash and cash equivalents at January 1,** | - | 239 | 962 | - | 1,201 |
| **Cash and cash equivalents at December 31,** | $ - | $ 104 | $ 839 | $ - | $ 943 |

(1)   During the year ended December 31, 2019, the Company received $1,034 in collections on its accounts receivable sold into the SPE under the Securitization Facility, which, inclusive of net borrowings, led to a total of $1,144 received by the SPE and distributed to the Guarantor Subsidiaries during the period.

F-77

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*
**Condensed Consolidating Statements of Cash Flows**

| | Year Ended December 31, 2018 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
| **Cash flows from operating activities** | | | | | |
| Cash (used for) provided by operating activities | $ (159 ) | $ 10 | $ 1,289 | $ - | $ 1,140 |
| **Cash flows from investing activities** | | | | | |
| Purchases of property, plant, and equipment | - | (390 ) | (108 ) | - | (498 ) |
| Acquisition of business, net | - | (37 ) | - | - | (37 ) |
| Proceeds from sales of assets and businesses, net | - | 46 | - | - | 46 |
| Intercompany investing activities | - | (153 ) | (999 ) | 1,152 | - |
| Foreign exchange contract settlements, net | - | 2 | - | - | 2 |
| Cash used for investing activities | - | (532 ) | (1,107 ) | 1,152 | (487 ) |
| **Cash flows from financing activities** | | | | | |
| Proceeds from issuance of debt, net | 520 | - | - | - | 520 |
| Debt repayments | (679 ) | - | - | - | (679 ) |
| Payments related to extinguishment of debt | (29 ) | - | - | - | (29 ) |
| Payments of debt issuance costs | (12 ) | - | - | - | (12 ) |
| Purchases of treasury stock, at cost | (644 ) | - | - | - | (644 ) |
| Intercompany financing activities | 1,152 | - | - | (1,152 ) | - |
| Proceeds from exercised stock options, net | 16 | - | - | - | 16 |
| Payments related to tax withholdings on vested restricted stock units | (17 ) | - | - | - | (17 ) |
| Payments of dividends | (148 ) | - | - | - | (148 ) |
| Cash provided by (used for) financing activities | 159 | - | - | (1,152 ) | (993 ) |
| Effect of exchange rate changes on cash and cash equivalents | - | - | (15 ) | - | (15 ) |
| **(Decrease) increase in cash and cash equivalents** | - | (522 ) | 167 | - | (355 ) |
| **Cash and cash equivalents at January 1,** | - | 761 | 795 | - | 1,556 |
| **Cash and cash equivalents at December 31,** | $ - | $ 239 | $ 962 | $ - | $ 1,201 |

F-78

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*
**Condensed Consolidating Statements of Cash Flows**

| | Parent Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations and Adjustments | Consolidated |
|---|---|---|---|---|---|
| | | | Year Ended December 31, 2017 | | |
| **Cash flows from operating activities** | | | | | |
| Cash (used for) provided by operating activities | $ (132) | $ 603 | $ 169 | $ - | $ 640 |
| **Cash flows from investing activities** | | | | | |
| Purchases of property, plant, and equipment | - | (327) | (84) | - | (411) |
| Proceeds from sales of assets and businesses, net | - | 39 | - | - | 39 |
| Intercompany investing activities | - | 220 | - | (220) | - |
| Foreign exchange contract settlements, net | - | 2 | - | - | 2 |
| Cash used for investing activities | - | (66) | (84) | (220) | (370) |
| **Cash flows from financing activities** | | | | | |
| Intercompany short-term borrowings, net | (220) | - | - | 220 | - |
| Proceeds from issuance of debt, net | 495 | - | - | - | 495 |
| Debt repayments | (27) | - | - | - | (27) |
| Payments related to extinguishment of debt | (1) | - | - | - | (1) |
| Payments of debt issuance costs | (6) | - | - | - | (6) |
| Purchases of treasury stock, at cost | (106) | - | - | - | (106) |
| Proceeds from exercised stock options, net | 31 | - | - | - | 31 |
| Payments related to tax withholdings on vested restricted stock units | (12) | - | - | - | (12) |
| Payments of dividends | (22) | - | - | - | (22) |
| Cash provided by financing activities | 132 | - | - | 220 | 352 |
| Effect of exchange rate changes on cash and cash equivalents | - | - | 32 | - | 32 |
| **Increase in cash and cash equivalents** | - | 537 | 117 | - | 654 |
| **Cash and cash equivalents at January 1,** | - | 224 | 678 | - | 902 |
| **Cash and cash equivalents at December 31,** | $ - | $ 761 | $ 795 | $ - | $ 1,556 |

F-79

**Exhibit 4.3**

<div align="center">

**THE CHEMOURS COMPANY**
**DESCRIPTION OF COMMON STOCK**

</div>

Our common stock trades on the New York Stock Exchange under the symbol "CC." The following description of the terms of our common stock is not complete and is qualified in its entirety by reference to our Amended and Restated Certificate of Incorporation ("Certificate of Incorporation") and our Amended and Restated Bylaws ("Bylaws"), both of which are exhibits to our Annual Reports on Form 10-K and Quarterly Reports on Form 10-Q.

**Voting**

Each share of our common stock entitles the holder thereof to one vote in person or by proxy for each share on all matters on which such stockholders are entitled to vote. No holder of common stock is entitled to exercise any right of cumulative voting.

**Dividend Rights**

Holders of shares of our common stock are entitled to receive ratably such dividends and other distributions in cash, stock or property when, as and if declared thereon by the board of directors, subject to any preferential rights of any then outstanding preferred stock and any other provisions of our Certificate of Incorporation.

**Liquidation Rights**

Upon our dissolution, liquidation or winding up, after payment or provision for payment of debts and other liabilities, holders of our common stock are entitled to receive ratably all remaining assets available for distribution to stockholders, subject to any preferential rights of any then outstanding preferred stock.

**Other Rights**

No holder of shares of our common stock is entitled to preemptive or subscription rights, and our common stock is not subject to any redemption or sinking fund provisions.

**Anti-Takeover Provisions**

Various provisions contained in our Certificate of Incorporation, our Bylaws, and Delaware law could delay or discourage some transactions involving an actual or potential change in control.

Our Certificate of Incorporation and our Bylaws contain provisions that are intended to deter coercive takeover practices and inadequate takeover bids by encouraging prospective acquirers to negotiate with our board of directors rather than attempt a hostile takeover. These provisions include, among others:

- the inability of stockholders to act by written consent;
- the limited ability of stockholders to call a special meeting;
- rules regarding how stockholders may present proposals or nominate directors for election at stockholder meetings;
- the ability of the board of directors to issue preferred stock without stockholder approval;
- the ability of directors, and not stockholders, to fill vacancies on our board of directors (including those resulting from an increase in the size of the board); and
- the requirement that approval from stockholders holding at least 80 percent of our voting stock is required to amend certain provisions in our Certificate of Incorporation and our Bylaws.

In addition, we are subject to Section 203 of the Delaware General Corporations Law. Section 203 provides that, subject to limited exceptions, persons that (without prior board approval) acquire, or are affiliated with a person that acquires, more than 15 percent of the outstanding voting stock of a Delaware corporation shall not engage in any business combination with that corporation, including by merger, consolidation or acquisitions of additional shares, for a three-year period following the date on which that person or its affiliate becomes the holder of more than 15 percent of the corporation's outstanding voting stock.

**10.36**

**<u>SEPARATION AGREEMENT AND RELEASE</u>**

This Separation Agreement and Release ("Agreement") is made and entered into by and between and The Chemours Company ("Employer") and Paul Kirsch ("Employee"), in connection with Employee's separation of employment with Employer, effective October 31, 2019 (the "Separation Date").

In consideration of the mutual promises and releases contained herein and other good and valuable consideration as set forth herein, it is hereby agreed as follows:

1. Termination and  Severance.

(a) Employee shall remain employed until 5:00pm EDT on the Separation Date, at which time Employee's employment with Employer and all affiliates will terminate. Until the Separation Date, Employee agrees to perform work as requested including knowledge transfer to the new President Flouroproducts.

(b) Subject to Employee's compliance with the terms of this Agreement, including Employee's timely execution and return of this Agreement and Employee not revoking this Agreement after its execution, Employer will provide to Employee the payments and benefits described in Exhibit "A," which is attached hereto and made a part hereof.

(c) Employee agrees that payments and benefits described in Exhibit "A" are adequate to support the release and other terms in this Agreement. For the avoidance of doubt, if Employee revokes or does not timely return the executed Agreement, Employee shall not be entitled to the payments and benefits set forth in Exhibit A, other than the payment of any accrued but unpaid salary and accrued but unused vacation.

2. Unless Employee first obtains Employer's written consent, Employee will not disclose or use at any time any trade secret, technical or nontechnical confidential information of Employer of which he became or becomes aware either before or after the Separation Date, except where such disclosure is required by law.

3. For a period of two years following the Separation Date, Employee will not hire, recruit, solicit or induce any employee of Employer who possesses confidential information of Employer to terminate his or her employment with Employer and/or to seek employment with his or her new or prospective employer.

4. Unless Employee first obtains Employer's written consent, for a period of thirteen (13) month's following the Separation Date, Employee will not engage in activities which are entirely or in part the same as, or similar to, activities in which he engaged as President with Employer for any person, company or entity in connection with products or services (existing or planned) that are entirely or in part the same as, similar to, or competitive with, any products or services (existing or planned) of Employer or its affiliates at any time during the thirteen (13) months preceding the Separation Date.

5. Employee agrees that he will not disparage Employer or any of the other Released Parties (as that terms is defined in Section 11(a)) or in any way communicate information to third parties for the purpose of damaging Employer's or any of the other Released Parties' business standing or reputation. Employer agrees that it will not disparage Employee or in any way communicate information to third parties for the purpose of damaging Employee's business standing or reputation.

6. No Additional Benefits. Other than those payments and benefits described in this Agreement, Employee acknowledges and agrees that Employee is not entitled to any additional payments or benefits in connection with termination of Employee's employment with Employer, including without limitation, the accrual of any additional benefits.

7. Tax Liability. Employee, on behalf of himself and his heirs, agrees that, in the event he incurs any tax liability resulting from any payments described herein, he shall be solely responsible for such taxes and shall indemnify and hold Employer harmless from such taxes, interest and penalties.

8. Duty of Cooperation. Employee agrees to cooperate with Employer and to provide all information and sign any corporate records and instruments that Employer may reasonably request with respect to any matter involving Employee's employment relationship with Employer, the work Employee has performed, or present or former Employees of Employer, including but not limited to any litigation with respect to such matters.

9. Acknowledgement No Claim for Wages or Compensation or FMLA Leave. Except for any payment referenced in Section 1 above, Employee acknowledges that Employee has been paid in full all compensation and benefits due to Employee as of the date of Employee's signature on this Agreement including, but not limited to, having received all wages, overtime, meal and rest break pay, salary, expense reimbursement, penalty, bonus or other compensation of any kind which Employee is due or to which Employee believes Employee may be entitled. To the extent permitted by law, Employee waives any claim for wages, salary, reimbursement, penalty, bonus or other compensation earned or accrued through the date Employee signs this Agreement. Employee further warrants that, if applicable, Employee has exercised without interference all leave rights available to Employee under the Family and Medical Leave Act.

10. Age Discrimination Release Notification. This Agreement includes a release of all charges and claims under the Age Discrimination in Employment Act ("ADEA") and, therefore, pursuant to 29 U.S.C. § 626(f), Employee acknowledges that:

(a) Employee is releasing claims Employee may have under the ADEA;

(b) Employee has read and fully understands the terms of this Agreement;

(c) Employee has agreed to execute this Agreement knowingly and voluntarily;

(d) As with any legal document, Employee is advised to consult with an attorney of Employee's own choosing and to discuss all aspects of this Agreement with an attorney of Employee's own choosing before signing this Agreement;

Page 2 of 9

(e)      Employee is releasing only those claims arising prior to the date of the effectiveness of this release;

(f)      Employee may sign at any time, but acknowledges that Employee has twenty one (21) days in which to consider this release of claims under the ADEA, which Employee acknowledges to be a reasonable and sufficient period of time for review, deliberation, and negotiation;

(g)      Employee has full knowledge of the implications of such settlement and release of claims; and

(h)      Employee may revoke Employee's release of claims under the ADEA for a period of seven (7) days from the date of Employee's execution of the Agreement by delivering a written notice of revocation to Employer, to David C. Shelton, Senior Vice President and General Counsel, 1007 Market Street, Wilmington DE 19898 or [email redacted].

(i)      No payment will be made until the revocation period has passed.

11.    Unconditional General Release.

(a)      Except as specifically provided elsewhere in this Agreement, in consideration of the benefits to Employee in this Agreement, the adequacy of which is hereby acknowledged, and as a material inducement to Employee to enter into this Agreement, Employee agrees for Employee's heirs and personal or legal representatives, that by Employee's signature, Employee is forever giving up and waiving any claims, whether known or unknown, Employee ever has had or may have against Employer, its affiliates, and their respective assigns, successors, employees, directors, officers, agents, advisors and representatives (the "Released Parties"), for any personal or monetary relief that is based, in whole or in part, on conduct that occurred by Employer on or before the date Employee signs this Agreement. Employee represents and warrants that Employee has no suits, claims, charges, complaints except as specifically provided elsewhere in this Agreement, in consideration of the benefits to Employee in this Agreement, the adequacy of which is hereby acknowledged, and as a material inducement to Employee to enter into this Agreement, Employee agrees for Employee's heirs and personal or legal representatives, that by Employee's signature, Employee is forever giving up and waiving any claims, whether known or unknown, Employee ever has had or may have against the Released Parties, for any personal or monetary relief that is based, in whole or in part, on conduct that occurred on or before the date Employee signs this Agreement.

(b)      By waiving such claims Employee understands that Employee is releasing the Released Parties from any liability or obligation for any expense, damage, or loss Employee did or might claim based on, among other things, the following: (a) Employee's employment with Employer and/or any affiliate, or the termination of that employment; (b) any Employer or affiliate policy, practice, contract, agreement, promise, publication, or other communication; (c) any tort

Page 3 of 9

or personal injury; (d) any policies, practices, laws or agreements governing the payment of wages, commissions or other compensation; (e) any laws governing employment discrimination, including, but not limited to, Title VII of the Civil Rights Act of 1964; Sections 1981 through 1988 of Title 42 of the United States Code; The Employee Retirement Income Security Act of 1974 ("ERISA") (except for any vested benefits under any tax qualified benefit plan); The Immigration Reform and Control Act; The Americans with Disabilities Act of 1990; The Age Discrimination in Employment Act of 1967 ("ADEA"); The Worker Adjustment and Retraining Notification Act; The Fair Credit Reporting Act; The Family and Medical Leave Act; The Genetic Information Nondiscrimination Act; The Equal Pay Act; The Sarbanes-Oxley Act retaliation provisions; The False Claims Act retaliation provisions; The Dodd-Frank Wall Street Reform and Consumer Protection Act retaliation provisions; The Older Worker Benefit Protection Act; and any similar federal, state, or local law or ordinance; (f) any claim of retaliation based on any federal, state, or local law or ordinance; (g) any laws or agreements that provide for punitive, exemplary or statutory damages; (h) any implied contract, covenant of good faith and fair dealing, or violation of public policy or claims that Employee was fraudulently induced to enter into this Agreement; interference with business opportunity or contracts, negligence, misrepresentation, fraud, detrimental reliance, personal injury, assault, battery, defamation, false light, invasion of privacy, infliction of emotional distress, retaliation, constructive discharge, or wrongful discharge; (i) any other federal, state or local law or ordinance relating to employment or benefits associated with employment; and (j) any laws or agreements that provide for payment of attorneys' fees, costs or expenses.

12. Claims Not Waived and Cooperation with Governmental Entities. This Agreement does not waive any claim for breach of this Agreement or claims that Employee may have that by law cannot be waived or released. Employee is not waiving any rights he may have to: (a) his own vested or accrued employee benefits under Employer's health, welfare, or retirement plans as of the Separation Date; (b) benefits and/or the right to seek benefits under applicable workers' compensation and/or unemployment compensation statutes; (c) any bounty that may be recoverable as a result of participating in the Securities and Exchange Commission's whistleblower program, or any other bounty program for which recovery cannot be waived as a matter of law; (d) pursue claims which by law cannot be waived by signing this Agreement; (e) enforce this Agreement; and/or (f) challenge the validity of this Agreement. Further, notwithstanding any other provision of this Agreement (including the non disparagement provision and confidentiality provision), Employee may file a charge, or cooperate with any government agency (including but not limited to the Equal Employment Opportunity Commission ("EEOC")) for claims not covered in this release, although this Agreement does prohibit Employee from obtaining any personal or monetary relief for Employee based on such a charge or based on Employee's providing information to or cooperating with the EEOC or any other governmental agency or demands of any kind whatsoever currently pending against Employer with any local, state, or federal court or any governmental, administrative, investigative, civil rights or other agency or board.

13. Non-Admission. Employee understands and agrees that Employer expressly denies any liability in connection with Employee's separation from employment or in connection with any dispute Employee may have with or about Employer. Employee further understands and agrees that Employer expressly denies any responsibility for any injury or loss Employee has or may allege.

14. Section 409A. It is intended that any amounts payable under this Agreement will either be exempt from or will comply with Section 409A of the Internal Revenue Code of 1986, as amended, and all regulations, guidance and other interpretive authority issued thereunder ("Section 409A") so as not to subject you to payment of any additional tax penalty or interest imposed under Section 409A, and this Agreement will be interpreted on a basis consistent with such intent. Any provision that would cause this Agreement or any payment hereof to fail to satisfy Section 409A shall have no force or effect until amended in the least restrictive manner necessary to comply with Section 409A, which amendment may be retroactive to the extent permitted by Section 409A. Notwithstanding anything to the contrary in this Agreement, if (and only if) necessary to comply with Section 409A, (a) no amount payable under this Agreement that constitutes nonqualified deferred compensation under Section 409A payable due to Employee's termination of employment will be payable until Employee has a "separation from service" within the meaning of Section 409A, and (b) amounts payable under this Agreement due to Employee's termination of employment that constitute nonqualified deferred compensation under Section 409A that are otherwise payable during the six (6) month period immediately following Employee's separation from service shall instead be paid on the first business day after the date that is six (6) months following Employee's separation from service (or, if earlier, Employee's date of death). For purposes of the application of Section 409A, each payment will be deemed a separate payment. Employer makes no representation that any or all of the payments described in this Agreement will be exempt from or comply with Section 409A and makes no undertaking to preclude Section 409A from applying to any such payment. Employee understands and agrees that Employee shall be solely responsible for the payment of any taxes, penalties, interest or other expenses incurred by Employee on account of noncompliance with Section 409A, and Employer, Employer's affiliates, and their respective employees, officers, directors, agents, advisors and representatives will not have any liability to Employee with respect to any taxes, penalties, interest or other costs or expenses Employee or any related party may incur with respect to or as a result of Section 409A or for damages for failing to comply with Section 409A.

15. Severability. If any portion or clause of this Agreement is void or deemed unenforceable for any reason, the unenforceable portion or clause shall be deemed severed from the remaining portions of this Agreement, which shall otherwise remain in full force.

16. No Assignment of Claims Released. Employee represents that Employee has not assigned, given or sold any portion of any claim represented to be released in this Agreement to anyone else.

17. Assignment; Successors. This Agreement shall inure to the benefit of and be enforceable by Employer's successors and assigns. Employee's rights and obligations under this Agreement are personal and shall not be subject in any manner to

Page 5 of 9

anticipation, alienation, sale, transfer, assignment, pledge, encumbrance, levy, or charge.

18. Governing Law and Venue. This Agreement shall be interpreted in accordance with the laws of the State of Delaware. Any dispute or controversy related to, or arising from, this Agreement shall be brought exclusively in the state or federal court located in New Castle County, Delaware. Employee submits to personal jurisdiction in these courts.

19. DTSA Notification. Under the federal Defend Trade Secrets Act of 2016, Employee shall not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that: (a) is made (i) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney and (ii) solely for the purpose of reporting or investigating a suspected violation of law; (b) is made to Employee's attorney in relation to a lawsuit for retaliation against Employee for reporting a suspected violation of law; or (c) is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal.

20. Effect of Agreement. Each of the Parties to this Agreement represents and warrants to the other that, except for the obligations contained in this Agreement and the Employee's Employment Agreement (which remains in effect), and the Certificate of Compliance, there are no other obligations of any kind between the parties. Employee agrees that in executing this Agreement Employee does not rely upon and has not relied upon any representation or statement not set forth in this Agreement with regard to the subject matter, basis or effect of this Agreement. Employee represents that Employee has carefully read the Agreement, that Employee has been fully and fairly advised as to its terms and that Employee executes this Agreement as Employee's own free act and deed.

Page 6 of 9

By signing and dating in the space provided below the parties are acknowledging their agreement to the foregoing:

/s/ Paul Kirsch

Witness                                    EMPLOYEE'S SIGNATURE

Date: 9/27/19

and the Chemours Company

Date: 10/3/19              By: /s/ Mark Vergnano

Mark Vergnano

Chief Executive Officer, Chemours

Date: 9/27/19              By: /s/ David Shelton

David Shelton

Senior Vice-President & General Counsel, Chemours

Page 7 of 9

EXHIBIT "A" PAUL KIRSCH

| | |
|---|---|
| Separation Date: | October 31, 2019 |
| Separation Benefit: | Under the Chemours Severance Pay Plan, a lump sum payment in the amount of Forty-Two Thousand Three Hundred Eight Dollars ($42,308), payable as a lump sum as soon as administratively practical (and in all events within thirty (30) days) following the Separation Date. |
| Notice Period | Under the Chemours Severance Pay Plan, a lump sum payment equivalent to two weeks' paid notice of termination, in the amount of Twenty-One Thousand One Hundred Fifty-Four Dollars ($21,154), payable as a lump sum as soon as administratively practical (and in all events within thirty (30) days) following the Separation Date. |
| 2019 Annual Incentive Program | A pro-rated 2019 Annual Incentive Plan award in the amount of Three Hundred Forty-Three Thousand Seven Hundred Fifty Dollars ($343,750), payable as a lump sum as soon as administratively practical (and in all events within thirty (30) days) following the Separation Date. This amount is equal to the Employee's target Annual Incentive Award pro-rated by the number of days worked during the performance period as of the Separation Date. |
| COBRA Payment | A lump sum payment in the amount of Five Thousand One Hundred Seventy-Eight Dollars ($5,178), which is equal to 3 months of Consolidated Omnibus Reconciliation Act ("COBRA") premiums for medical and dental coverage, payable as soon as administratively practical (and in all events within thirty (30) days) following the Separation Date. The lump sum payment was determined using 2019 COBRA rates based on the Employee's enrolled coverage. Employee is responsible for electing and paying for all COBRA coverage, |
| Agreement on Non-Competition, Non-Solicitation and Non-Disparagement | Under the terms of the Separation Agreement and Release, a lump sum payment in the amount of Five Hundred and Fifty-Nine Thousand Eight Hundred Thirty-Three Dollars ($595,833), payable as a lump sum as soon as administratively practical (and in all events within thirty (30) days) following the Separation Date. |

| Long-Term Incentives: | In accordance with the terms of applicable plan(s) and award agreements for separation related to lack of work, equity awards granted on June 1, 2016 will be treated as follows:<br>Stock Options: Stock Options, to the extent vested, will be exercisable through the date that is one year after the Separation Date, at which time the Stock Options will expire.<br>In accordance with the terms of applicable plan(s) and award agreements for separation related to lack of work, equity awards granted on March 1, 2017, March 1, 2018 and March 1, 2019 will be treated as follows:<br>Stock Options: Stock Options, to the extent vested, will be exercisable through the date that is 90 days after the Separation Date, at which time the Stock Options will expire. Any unvested Options as of the Separation Date will be forfeited on the Separation Date.<br>PSUs:All Performance Share Units are subject to the Restricted Period on the Separation Date and will be forfeited. |
|---|---|
| Earned but Unpaid Salary and Accrued but Unused Vacation: | All earned but unpaid salary and outstanding unused accrued but unused vacation in accordance with Employer's applicable vacation policy shall be payable as a lump sum as soon as administratively practical (and in all events within thirty (30) days) following the Separation Date. |
| Outplacement: | Executive outplacement and counseling services will be provided according to Employer's US policy. Estimated cost is $2,500, which is paid directly to the Company s outplacement partner. The employee may elect to accept cash in lieu of the service provided. |
| Taxes: | All amounts described in this Exhibit A shall be subject to applicable federal, state, or local withholding, taxes, or other deductions or withholdings required by law or applicable benefit plans, if any, and shall be payable in accordance with Employer's ordinary payroll practices. |

Page 2 of 2
Initials__

EXHIBIT "B"
THE CHEMOURS COMPANY
CERTIFICATE OF COMPLIANCE

This to certify that in connection with the termination of my employment with The Chemours Company, I do not have in my possession, nor have I have failed to return, any records, documents, laboratory notebooks, data, specifications, materials, drawings, blueprints, reproductions, sketches, notes, reports, proposals, customer lists, computer software (including source or object code listings therefor), documentation accompanying computer software, flow charts, data structures, data files, algorithms, programs structures and logic, prototypes and like items or copies of the foregoing or any other documents, materials or written or computerized information belonging to The Chemours Company or to any of its subsidiaries, joint ventures, or affiliated companies, or to their clients customers, or licensees.

I further state that I have been advised that I am obligated to preserve in confidence and not use for my own benefit or for the benefit of any third party (including any future employer or client) any and all confidential and proprietary company information that I learned about during my employment with the company, including any such information relating to trade secrets; research initiatives and projects; manufacturing and research processes and methods; experimental and test results; computer software and code; data or information relating to company's products or services; mailing lists; cost and pricing information; lists of customers or prospective customers; marketing or strategy information; competitive intelligence; employee compensation information; and including any such confidential or proprietary information pertaining to any of company's subsidiaries, joint ventures, suppliers, customers, consultants or licensees. l understand that this Certificate of Compliance is not to be construed as a substitute for my Employment Agreement and that to the extent that I have obligations under such an agreement, I hereby state and affirm that I intend to comply with those obligations.

We also take this opportunity to remind you that under the Employee Agreement which you signed at the commencement of your employment with the company, you are obligated to preserve in confidence and not divulge or use for your own benefit or the benefit of any third party (including any future employer or client) any of the following: all confidential and proprietary information, knowledge, data, documents or other information relating to company's products, systems, manufacturing facilities, technology, research programs, know-how, designs, data, customer lists, shareholders or any other proprietary information pertaining to any business of The Chemours Company or any of its subsidiaries, parents, or affiliated companies, or information pertaining to any of company's suppliers, customers, consultants or licensees that you have learned during your term of employment.

/s/ Paul Kirsch
EMPLOYEE'S SIGNATURE
Paul Kirsch
PRINTED NAME of EMPLOYEE
10/2/19
DATE

Page 9 of 9

**Exhibit 21**

## SUBSIDIARIES OF THE REGISTRANT

| Name | Organized Under Laws Of |
| --- | --- |
| 2463297 Ontario Limited | Canada |
| ChemFirst Inc. | Mississippi |
| Chemours Belgium BVBA | Belgium |
| Chemours Chemicals Rus | Russia |
| Chemours Deutschland GmbH | Germany |
| Chemours EMEA 2, LLC | Delaware |
| Chemours France SAS | France |
| Chemours Hong Kong Holding Limited | Hong Kong |
| Chemours International 2, LLC | Delaware |
| Chemours International Operations Sàrl | Switzerland |
| Chemours Italy S.r.l. | Italy |
| Chemours Kabushiki Kaisha | Japan |
| Chemours Korea Inc. | Korea |
| Chemours Netherlands B.V. | Netherlands |
| Chemours NL Holding 1 B.V. | Netherlands |
| Chemours NL Holding 2 B.V. | Netherlands |
| Chemours NL Holding 4 B.V. | Netherlands |
| Chemours NL Holding 5 B.V. | Netherlands |
| Chemours Services Sàrl | Switzerland |
| Chemours Spain S.L. | Spain |
| Chemours Titanium Technologies (Taiwan) Ltd. | Taiwan |
| Chemours TR Kimyasal Ürünler Limited Şirketi | Turkey |
| Chemours UK Limited | United Kingdom |
| Dordrecht Energy Supply Company (Desco) B.V. | Netherlands |
| First Chemical Corporation | Mississippi |
| First Chemical Texas, L.P | Delaware |
| ICOR International Inc. | Indiana |
| Initiatives Inc de México S.A. de C.V. | Mexico |
| Noluma International, LLC | Delaware |
| Southern Ionics Minerals, LLC | Mississippi |
| TCC Holding 1 C.V. | Netherlands |
| TCC Holding 3 C.V. | Netherlands |
| The Chemours (Changshu) Fluoro Technology Company Limited | China |
| The Chemours (Taiwan) Company Limited | Taiwan |
| The Chemours (Thailand) Company Limited | Thailand |
| The Chemours 3F Fluorochemicals (Changshu) Company, Limited | China |
| The Chemours Canada Company | Canada |
| The Chemours Chemical (Shanghai) Company Limited | China |
| The Chemours China Holding Co., Ltd. | China |
| The Chemours Company (Argentina) S.R.L. | Argentina |

| | |
|---|---|
| The Chemours Company AR, LLC | Delaware |
| The Chemours Company (Australia) Pty Ltd | Australia |
| The Chemours Company Asia Pacific Operations, Inc. | Delaware |
| The Chemours Company Chile Limitada | Chile |
| The Chemours Company Delaware Operations, Inc. | Delaware |
| The Chemours Company EMEA, LLC | Delaware |
| The Chemours Company FC, LLC | Delaware |
| The Chemours Company Holding US, LLC | Delaware |
| The Chemours Company Industria E Comercio de Produtos Quimicos Ltda. | Brazil |
| The Chemours Company International, LLC | Delaware |
| The Chemours Company Mexicana S. de R.L. de C.V. | Mexico |
| The Chemours Company Mexico, S. de R.L. de C.V. | Mexico |
| The Chemours Company North America, Inc. | Delaware |
| The Chemours Company Servicios, S. de R.L. de C.V. | Mexico |
| The Chemours Company Singapore Pte. Ltd. | Singapore |
| The Chemours Company Worldwide Operations, Inc. | Delaware |
| The Chemours Holding Company, S. de R.L. de C.V. | Mexico |
| The Chemours India Private Limited | India |
| The Chemours Malaysia Sdn. Bhd. | Malaysia |

Subsidiaries not listed would not, if considered in the aggregate as a single subsidiary, constitute a significant subsidiary.

**Exhibit 23**

### CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

We hereby consent to the incorporation by reference in the Registration Statements on Forms S-3 (No. 333-217642) and S-8 (Nos. 333-205391, 333-205392, 333-205393, 333-217623) of The Chemours Company of our report dated February 14, 2020 relating to the consolidated financial statements and the effectiveness of internal control over financial reporting, which appears in this Form 10-K.


/s/ PricewaterhouseCoopers LLP


Philadelphia, Pennsylvania
February 14, 2020

**Exhibit 31.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**

I, Mark P. Vergnano, certify that:

1.    I have reviewed this Annual Report on Form 10-K of The Chemours Company;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and,

   d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and,

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and,

   b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

| | |
|---|---|
| Date: | February 14, 2020 |
| By: | /s/ Mark P. Vergnano |
| | Mark P. Vergnano |
| | President and Chief Executive Officer |

**Exhibit 31.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**

I, Sameer Ralhan, certify that:

1.  I have reviewed this Annual Report on Form 10-K of The Chemours Company;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and,

    d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and,

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and,

    b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

| | |
|---|---|
| Date: | February 14, 2020 |
| By: | /s/ Sameer Ralhan |
| | Sameer Ralhan |
| | Senior Vice President, |
| | Chief Financial Officer and Treasurer |

**Exhibit 32.1**

**Certification of CEO Pursuant to**
**18 U.S.C. Section 1350,**
**As Adopted Pursuant to**
**Section 906 of the Sarbanes-Oxley Act of 2002**

In connection with the Annual Report of The Chemours Company (the "Company") on Form 10-K for the year ended December 31, 2019 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Mark P. Vergnano, as Chief Executive Officer of the Company, hereby certifies, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)     The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934; and,

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Mark P. Vergnano
Mark P. Vergnano
President and Chief Executive Officer
February 14, 2020

**Exhibit 32.2**

**Certification of CFO Pursuant to**
**18 U.S.C. Section 1350,**
**As Adopted Pursuant to**
**Section 906 of the Sarbanes-Oxley Act of 2002**

In connection with the Annual Report of The Chemours Company (the "Company") on Form 10-K for the period ended December 31, 2019 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Sameer Ralhan, as Chief Financial Officer of the Company, hereby certifies, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)     The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934; and,

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Sameer Ralhan
Sameer Ralhan
Senior Vice President, Chief Financial Officer and Treasurer
February 14, 2020

**Exhibit 95**

## MINE SAFETY DISCLOSURES

The Company owns and operates a mineral sands mining and separation facility in Starke, Florida, a mineral sands mining facility in Folkston, Georgia, and a mineral sands separation facility in Offerman, Georgia. The following table provides information about citations, orders and notices issued from the Mine Safety and Health Administration ("MSHA") under the Federal Mine Safety and Health Act of 1977 ("Mine Act") for the year ended December 31, 2019.

| Mine (MSHA Identification Number) | Section 104 S&S[1] Citations (#) | Section 104(b) Orders (#) | Section 104(d) Citations and Orders (#) | Section 110(b)(2) Violations (#) | Section 107(a) Orders (#) | Total Dollar Value of MSHA Assessments Proposed ($) | Total Number of Mining Related Fatalities (#) | Received Notice of Pattern of Violations Under Section 104(e) (yes/no) | Received Notice of Potential to Have Pattern Under Section 104(e) (yes/no) | Legal Actions Pending as of Last Day of Period (#) | Legal Actions Initiated During Period (#) | Legal Actions Resolved During Period (#) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starke, FL (0800225) | 7 | - | - | - | - | $ 10,113 | - | No | No | - | - | - |
| Mission Mine (0901230) | - | - | - | - | - | $ - | - | No | No | - | - | - |
| Offerman MSP (0901236) | 1 | - | - | - | - | $ 371 | - | No | No | - | - | - |

[1]     S&S refers to significant and substantial violations of mandatory health or safety standards under section 104 of the Mine Act.

# EXHIBIT 7

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2020**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-36794**



# The Chemours Company
(Exact Name of Registrant as Specified in Its Charter)

| Delaware | 46-4845564 |
|---|---|
| (State or other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

**1007 Market Street, Wilmington, Delaware 19801**
(Address of Principal Executive Offices)
Registrant's Telephone Number: **(302) 773-1000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Exchange on Which Registered |
|---|---|---|
| Common Stock ($0.01 par value) | CC | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

| | |
|---|---|
| Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. | Yes ☒ No ☐ |
| Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. | Yes ☐ No ☒ |
| Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. | Yes ☒ No ☐ |
| Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). | Yes ☒ No ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ |
| Smaller reporting company ☐ | Emerging growth company ☐ | |

| | |
|---|---|
| If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. | ☐ |
| Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. | ☒ |
| Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). | Yes ☐ No ☒ |

The aggregate market value of common stock held by non-affiliates of the registrant as of June 30, 2020, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $2.5 billion. As of February 8, 2021, 165,171,934 shares of the company's common stock, $0.01 par value, were outstanding.

**Documents Incorporated by Reference**

Portions of the registrant's definitive proxy statement relating to its 2021 annual meeting of shareholders (the "2021 Proxy Statement") are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. The 2021 Proxy Statement will be filed with the U. S. Securities and Exchange Commission within 120 days after the end of the fiscal year to which this report relates.

**The Chemours Company**

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| **Part I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 16 |
| Item 1B. | Unresolved Staff Comments | 31 |
| Item 2. | Properties | 31 |
| Item 3. | Legal Proceedings | 32 |
| Item 4. | Mine Safety Disclosures | 33 |
| | Information About Our Executive Officers | 34 |
| **Part II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 36 |
| Item 6. | Selected Historical Consolidated Financial Data | 37 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 38 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 74 |
| Item 8. | Financial Statements and Supplementary Data | 75 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 75 |
| Item 9A. | Controls and Procedures | 76 |
| Item 9B. | Other Information | 76 |
| **Part III** | | |
| Item 10. | Directors, Executive Officers, and Corporate Governance | 77 |
| Item 11. | Executive Compensation | 77 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 77 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 77 |
| Item 14. | Principal Accounting Fees and Services | 77 |
| **Part IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules | 78 |
| Item 16. | Form 10-K Summary | 78 |
| **Signatures** | | 82 |

1

**The Chemours Company**

## Forward-looking Statements

This section and other parts of this Annual Report on Form 10-K contain forward-looking statements, within the meaning of the federal securities laws, that involve risks and uncertainties. Forward-looking statements provide current expectations of future events based on certain assumptions and include any statement that does not directly relate to any historical or current fact. The words "believe", "expect", "anticipate", "plan", "estimate", "target", "project", and similar expressions, among others, generally identify "forward-looking statements", which speak only as of the date the statements were made. The matters discussed in these forward-looking statements are subject to risks, uncertainties, and other factors that could cause actual results to differ materially from those set forth in the forward-looking statements. Factors that could cause or contribute to these differences include, but are not limited to, the risks, uncertainties, and other factors discussed below and within *Item 1A - Risk Factors* in this Annual Report on Form 10-K.

Forward-looking statements are based on certain assumptions and expectations of future events that may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- fluctuations in energy and raw materials pricing;

- failure to develop and market new products and applications, and optimally manage product life cycles;

- increased competition, and increasing consolidation of our core customers;

- significant litigation and environmental matters, including indemnifications we were required to assume and cost-sharing arrangements into which we have entered;

- significant or unanticipated expenses, including, but not limited to, litigation or legal settlement expenses;

- our ability to manage and complete capital projects and/or planned expansions, including the start-up of capital projects;

- changes in relationships with our significant customers and suppliers;

- failure to manage process safety and product stewardship issues appropriately;

- global economic and capital markets conditions, such as inflation, interest and currency exchange rates, and commodity prices, as well as regulatory requirements;

- the effects of pandemics on customer demand for our products, our manufacturing operations, our supply chain effectiveness and efficiencies, the broader financial markets, and our financial results;

- currency-related risks;

- our current indebtedness and availability of borrowing facilities, including access to our revolving credit facilities;

- business or supply disruptions and security threats, such as acts of sabotage, terrorism or war, weather events, and natural disasters;

- uncertainty regarding the availability of additional financing in the future, and the terms of such financing;

- negative rating agency actions;

- changes in laws and regulations or political conditions;

- our ability to protect, defend, and enforce our intellectual property rights;

- our ability to predict, identify, and address changes in consumer preference and demand;

- our ability to complete potential divestitures or acquisitions and our ability to realize the expected benefits of divestitures or acquisitions if they are completed;

- our ability to meet our growth expectations and outlook;

- our ability to pay a dividend and the amount of any such dividend declared; and,

- disruptions in our information technology networks and systems.

Additionally, there may be other risks and uncertainties that we are unable to identify at this time or that we do not currently expect to have a material impact on our business. We assume no obligation to revise or update any forward-looking statement for any reason, except as required by law.

Unless the context otherwise requires, references herein to "The Chemours Company", "Chemours", "the Company", "our company", "we", "us", and "our" refer to The Chemours Company and its consolidated subsidiaries. References herein to "EID" refer to E. I. du Pont de Nemours and Company, which is our former parent company and is now a subsidiary of Corteva, Inc. ("Corteva"), a Delaware corporation, unless the context otherwise requires.

2

**The Chemours Company**
**PART I**

## Item 1. BUSINESS

### Overview

The Chemours Company (herein referred to as "us", "we", or "our") is a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. We deliver customized solutions with a wide range of industrial and specialty chemicals products for markets, including coatings, plastics, refrigeration and air conditioning, transportation, semiconductor and consumer electronics, general industrial, mining, and oil and gas. Our principal products include titanium dioxide ("$TiO_2$") pigment, refrigerants, industrial fluoropolymer resins, sodium cyanide, and performance chemicals and intermediates. We manage and report our operating results through four reportable segments: Titanium Technologies, Thermal & Specialized Solutions, Advanced Performance Materials, and Chemical Solutions. Our Titanium Technologies segment is a leading, global provider of $TiO_2$ pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protection in a variety of applications. Our Thermal & Specialized Solutions segment is a leading, global provider of refrigerants, propellants, blowing agents, and specialty solvents. Our Advanced Performance Materials segment is a leading, global provider of high-end polymers and advanced materials. Our Chemical Solutions segment is a leading provider of industrial chemicals used in gold production, industrial, and consumer applications in the Americas.

We operate 30 major production facilities located in nine countries and serve approximately 3,300 customers across a wide range of end-markets in approximately 120 countries. Many of our commercial and industrial relationships span decades. Our customer base includes a diverse set of companies, many of which are leaders in their respective industries. Our sales are not materially dependent on any single customer. As of December 31, 2020, no one individual customer represented more than 10% of our consolidated net sales, and one individual customer balance represented approximately 5% of our total outstanding accounts and notes receivables balance.

We are a different kind of chemistry company, driven by our purpose to create a more colorful, capable, and cleaner world through the power of chemistry. Our world-class product portfolio brings everyday convenience to virtually everything people touch in their daily lives, making our products and the solutions they enable both vital and essential. We are committed to creating value for our customers and stakeholders around the world through the reliable delivery of our high-quality products and services. Our global workforce, renowned for their deep and unmatched expertise, bring our chemistry to life, guided by five values that form the bedrock foundation for how we operate: (i) *Customer Centricity* - driving customer growth, and our own, by understanding our customers' needs and building long-lasting relationships with them; (ii) *Refreshing Simplicity* - cutting complexity by investing in what matters, and getting results faster; (iii) *Collective Entrepreneurship* - empowering our employees to act like they own our business, while embracing the power of inclusion and teamwork; (iv) *Safety Obsession* - living our steadfast belief that a safe workplace is a profitable workplace; and, (v) *Unshakable Integrity* - doing what's right for our customers, colleagues, and communities - always.

Our values, together with our company purpose and vision, underpin our commitment to our stakeholders to make chemistry as responsible as it is essential. This Corporate Responsibility Commitment is embedded within our growth strategy as a company. In 2018, we issued our inaugural Corporate Responsibility Commitment Report, which included 10 ambitious goals targeted for completion by 2030, built on the pillars of Inspired People, Shared Planet, and an Evolved Portfolio. These goals are designed to promote accountability to our commitment and position us for sustainable, long-term earnings growth. We understand that maintaining safe, sustainable operations has an impact on us, our communities, the environment, and our collective future. With this focus, we invest in research and development ("R&D") in order to develop safer, cleaner, and more efficient products and processes that enable our operations, customers, and consumers to reduce both their greenhouse gas ("GHG") emissions, carbon footprint, and overall environmental footprint. We value collaboration to drive change and commit to working with policymakers, our value chain, and other organizations to encourage collective action to reduce GHG emissions and encourage lower-carbon forms of energy.

### Corporate History

We began operating as an independent company on July 1, 2015 (the "Separation Date") after separating from EID (the "Separation"). The Separation was completed pursuant to a separation agreement and other agreements with EID, including an employee matters agreement, a tax matters agreement, a transition services agreement, and an intellectual property cross-license agreement. These agreements govern the relationship between us and EID following the Separation and provided for the allocation of various assets, liabilities, rights, and obligations at the Separation Date. On August 31, 2017, EID completed a merger with The Dow Chemical Company ("Dow"). Following their merger, EID and Dow engaged in a series of reorganization steps and, in 2019, separated into three publicly-traded companies named Dow Inc., DuPont de Nemours, Inc. ("DuPont"), and Corteva. EID is now a subsidiary of Corteva, and, at this time, any agreements related to our Separation are between us and EID, Corteva, and DuPont.

3

**The Chemours Company**

## Segments

During the fourth quarter of 2020, we changed the level of detail at which our Chief Executive Officer ("CEO") and Chief Operating Officer ("COO") (together, the Chief Operating Decision Maker, or "CODM") regularly review and manage certain of our businesses, resulting in the bifurcation of our former Fluoroproducts segment into two standalone reportable segments: Thermal & Specialized Solutions (formerly Fluorochemicals) and Advanced Performance Materials (formerly Fluoropolymers). We now manage and report our operating results through four reportable segments: Titanium Technologies, Thermal & Specialized Solutions, Advanced Performance Materials, and Chemical Solutions. This change allows us to enhance our customer focus and better align our business models, resources, and cost structure to the specific current and future secular growth drivers of each business, while providing increased transparency to our shareholders. Our historical segment information has been recast to conform to the current segment structure.

In our Titanium Technologies segment, we have a long-standing history of delivering high-quality $TiO_2$ pigment using our proprietary chloride technology. We are one of the largest global producers of $TiO_2$ pigment, and our low-cost network of manufacturing facilities allows us to efficiently and cost-effectively serve our global customer base. We believe we are well-positioned to remain one of the lowest-cost, high-quality $TiO_2$ pigment producers. At the same time, our unique go-to-market strategy, Ti-Pure™ Value Stabilization ("TVS"), provides our customers with three differentiated channels to buy Ti-Pure™. This combination of technology, strength, and commercial innovation allows us to continue to meet our customers' needs around the world.

In our Thermal & Specialized Solutions segment, we are a leading, global provider of refrigerants, propellants, blowing agents, and specialty solvents. Our Thermal & Specialized Solutions segment has held a leading position in the refrigerants market since the commercial introduction of Freon™ in 1930. We are currently a leader in the development of sustainable technologies like Opteon™, one of the world's lowest global warming potential ("GWP") refrigerant brands, as governments around the world pass laws and regulations that make the use of low GWP refrigerants a requirement.

In our Advanced Performance Materials segment, we are a leading, global provider of high-end polymers and advanced materials that deliver unique attributes, including chemical inertness, thermal stability, low friction, weather and corrosion resistance, extreme temperature stability, and unique di-electric properties. Our Advanced Performance Materials segment has a diversified offering of products that includes various industrial resins, specialty products, and coatings. These product offerings position the business to serve a breadth of markets, segments, and applications, including electronics, communications, automotive, wire and cable, energy, oil and gas, and aerospace, among others.

In our Chemical Solutions segment, our Mining Solutions and Performance Chemicals and Intermediates businesses produce industrial chemicals used in various applications by our customers, which are primarily located in the Americas. As one of the largest North American producers of solid sodium cyanide, our Mining Solutions business is recognized for its high-quality product offering, reliability of supply, and commitment to the safe production, storage, and use of our products.

Additional information on our segments can be found in *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* and "Note 28 - Geographic and Segment Information" to the *Consolidated Financial Statements*.

### Titanium Technologies Segment

*Segment Overview*

Our Titanium Technologies segment is a leading, global manufacturer of high-quality $TiO_2$ pigment. $TiO_2$ pigment is used to deliver whiteness, brightness, opacity, and ultra-violet light protection in applications such as architectural and industrial coatings, flexible and rigid plastic packaging, polyvinylchloride ("PVC"), laminate papers used for furniture and building materials, coated paper, and coated paperboard used for packaging. We sell our $TiO_2$ pigment under the Ti-Pure™ brand name. We also sell a chloride-based $TiO_2$ pigment under the BaiMax™ brand name, which is exclusively produced for customers in Greater China. We operate four $TiO_2$ pigment production facilities: two in the U.S., one in Mexico, and one in Taiwan. In total, we have a $TiO_2$ pigment nameplate capacity of approximately 1.25 million metric tons per year. In addition, we have a large-scale repackaging and distribution facility in Belgium. We also operate mineral sands mining and separation operations in Starke, Florida, as well as mineral sands mining operations in Nahunta, Georgia and Jesup, Georgia and mineral sands separation operations in Offerman, Georgia.

We are one of a limited number of manufacturers operating a chloride process to produce $TiO_2$ pigment. We believe that our proprietary chloride technology enables us to operate plants at a much higher capacity than other chloride technology-based $TiO_2$ pigment producers, as we uniquely utilize a broad spectrum of titanium-bearing ore feedstocks to achieve one of the highest $TiO_2$ pigment unit margins in our industry. This technology, which is in use at all our production facilities, provides us with one of the industry's lowest manufacturing cost positions. Our R&D efforts focus on improving production processes and developing $TiO_2$ pigment grades that help our customers achieve optimal cost and product performance to enhance end-user total value.

4

**The Chemours Company**

We sell over 20 different grades of TiO$_2$ pigment, with each grade tailored for targeted applications. Our portfolio of premium performance TiO$_2$ pigment grades provides end-users with benefits beyond opacity, such as longer-lasting performance, brighter colors, and the brilliant whites achievable only through chloride-manufactured pigment.

We have operated a titanium mine in Starke, Florida since 1949. Additionally, in 2019, we acquired a titanium mine in Nahunta, Georgia, from which we source ore feedstock to be processed at its associated mineral sands separation facility in Offerman, Georgia. The recently added mine and separation facility were acquired in the third quarter of 2019 as part of our acquisition of Southern Ionics Minerals, LLC ("SIM"). This acquisition expanded our flexibility and scalability to internally source ore and enabled the commencement of mining operations at our surface mine in Jesup, Georgia in August 2020. Our mines provide us with low-cost, high-quality domestic ilmenite ore feedstock and currently supply less than 10% of our ore feedstock needs, with expansion options that could further increase our in-sourced raw material base. Co-products of our mining operations, which comprised less than 5% of our total net sales in Titanium Technologies during 2020, include zircon (zirconium silicate) and staurolite minerals. We are a major supplier of high-quality calcined zircon in North America, primarily focused on the precision investment casting industry, foundry, specialty applications, and ceramics. Our staurolite blasting abrasives are used in a variety of surface preparation applications, including steel preparation and maintenance and paint removal.

*Industry Overview and Competitors*

The overall demand for TiO$_2$ pigment is highly correlated to growth in the global residential housing, commercial construction, and packaging markets. In the long-run, industry demand for TiO$_2$ pigment is generally expected to grow proportionately with global GDP growth. We continue to experience customers' preference for high-quality Ti-Pure$^{TM}$ offerings. After above-GDP trend TiO$_2$ demand growth in 2016 and 2017, the TiO$_2$ pigment market contracted below the GDP trend in 2018 and 2019. In 2020, the TiO$_2$ pigment market expanded, while global GDP contracted during the COVID-19 pandemic. In the longer-term, we expect global TiO$_2$ pigment demand to resume its historical correlation with global GDP growth rates.

We estimate that the worldwide demand for TiO$_2$ pigment in 2020 was approximately 6.4 million metric tons, of which approximately 60% was for premium performance pigments. Worldwide nameplate capacity in 2020 was estimated to be approximately 8.5 million metric tons. The products manufactured on this global capacity base are not fully substitutable due to pigment quality consistency and pigment product design. We believe that the utilization of the premium performance manufacturing base is considerably higher than that for general purpose, lower-performance production. As future customer demand grows, we have the ability to incrementally increase our production capacity by approximately 10% through technology-enabled de-bottlenecking processes. We believe that unlocking this additional 10% of capacity is in line with our stated intention to grow with our customers' needs over the long-term. This new capacity is expected to provide the equivalent of a new production line, while requiring a fraction of the capital investment. Our increased pigment production capacity will be supported by investments to extend our ilmenite mines and through long-term ore feedstock contracts with our suppliers.

Competition in the TiO$_2$ pigment market is based primarily on product performance (both product design and quality consistency), supply capability, technical service, and price. Our major competitors within higher-performance pigments include Tronox Holdings plc, Lomon Billions Group, Venator Materials plc, Kronos Worldwide, Inc., and INEOS AG.

*Raw Materials*

The primary raw materials used in the manufacture of TiO$_2$ pigment are titanium-bearing ores, chlorine, calcined petroleum coke, and energy. We source titanium-bearing ores from a number of suppliers around the globe, who are primarily located in Australia and Africa. To ensure proper supply volume and to minimize pricing volatility, we generally enter into contracts in which volume is requirement-based and pricing is determined by a range of mechanisms structured to help us achieve competitive cost. We typically enter into a combination of long-term and medium-term supply contracts and source our raw materials from multiple suppliers across different regions and from multiple sites per supplier. Furthermore, we typically purchase multiple grades of ore from each supplier to limit our exposure to any single supplier for any single grade of ore in any given time period. Historically, we have not experienced any problems renewing such contracts for raw materials or securing our supply of titanium-bearing ores.

We play an active role in ore source development around the globe, especially for those ores which can only be used by us, given the capability of our unique process technology. Supply chain flexibility allows for ore purchase and use optimization to manage short-term demand fluctuations and provide a long-term competitive advantage. Our process technology and ability to use lower-grade ilmenite ore gives us the flexibility to alter our ore mix to low-cost configuration based on sales, demand, and projected ore pricing. Lastly, we have taken steps to optimize routes for distribution and increase storage capacity at our production facilities.

5

**The Chemours Company**

Transporting chlorine, one of our primary raw materials, can be costly. To reduce our need to transport chlorine, we have a chlor-alkali production facility run by a third party that is co-located at our New Johnsonville, Tennessee site. Calcined petroleum coke is an important raw material input to our process. We source calcined petroleum coke from well-established suppliers in North America and China, typically under contracts that run multiple years to facilitate materials and logistics planning through the supply chain. Raw materials distribution efficiency is enhanced through the use of bulk ocean, barge, and rail transportation modes. Energy is another key input cost in the $TiO_2$ pigment manufacturing process, representing approximately 10% of the production cost. We have access to natural gas-based energy at our U.S. and Mexico $TiO_2$ pigment production facilities and our Florida and Georgia minerals plants, supporting advantaged energy costs given the low cost of shale gas in the U.S.

*Sales, Marketing, and Distribution*

We sell the majority of our products through a direct sales force. In 2018, we launched our TVS strategy, which we believe to be foundational to maintaining and growing our Titanium Technologies business. Our TVS strategy establishes a commercial framework that allows us to focus on enhancing durable, value-oriented customer relationships, while providing access to a predictable and reliable supply of high-quality $TiO_2$. Customers can purchase Ti-Pure™ $TiO_2$ either through our Chemours Assured Value Agreements ("AVA") or through Ti-Pure™ Flex. Launched in 2019, Ti-Pure™ Flex is a new, innovative channel that provides customers the unique ability to purchase Ti-Pure™ $TiO_2$ via our web-based portal, the first of its kind in the industry. To further expand our reach beyond these sales channels, we also utilize third-party sales agents and distributors.

$TiO_2$ pigment represents a significant raw material cost for our direct customers, and as a result, purchasing decisions are often made by our customers' senior management teams. $TiO_2$ pigment, however, is only a small fraction of the cost when considering certain end-use applications, especially in segments with larger value chain players, such as specialty coatings, plastics, and laminates applications. Our sales organization works to develop and maintain close relationships with key decision makers in our value chain. In addition to close purchasing relationships, our sales and technical service teams work together to develop relationships with all layers of our customers' organizations to ensure that we meet our customers' commercial and technical requirements. When appropriate, we collaborate closely with customers to solve formulation or application problems by modifying product characteristics or developing new product grades.

To ensure efficient distribution, we have a large fleet of railcars, which are predominantly used for outbound distribution of products in the U.S. and Canada. A dedicated logistics team, along with external partners, continually optimizes the assignment of our transportation equipment to product lines and geographic regions in order to maximize utilization and maintain an efficient supply chain.

*Customers*

Globally, we serve approximately 600 customers through our Titanium Technologies segment. In 2020, our 10 largest Titanium Technologies customers accounted for approximately 40% of the segment's net sales, and one Titanium Technologies customer represented more than 10% of the segment's net sales. Our larger customers are typically served through direct sales and tend to have medium-term to long-term contracts. We serve our small-size and mid-size customers through a combination of our direct sales and distribution network. Our direct customers in the Titanium Technologies segment are producers of decorative coatings, automotive and industrial coatings, polyolefin masterbatches, PVC, engineering polymers, laminate paper, coatings paper, and coated paperboard. We focus on developing long-term partnerships with key market participants in each of these sectors. We also deliver a high level of technical service to satisfy our customers' specific needs, which helps us maintain strong customer relationships.

*Seasonality*

The demand for $TiO_2$ pigment is subject to seasonality due to the influence of weather conditions and holiday seasons on some of our applications, such as decorative coatings. As a result, our $TiO_2$ pigment sales volume is typically lowest in the first quarter, highest in the second and third quarters, and moderate in the fourth quarter. This pattern applies to the entire $TiO_2$ pigment market, but may vary by region, country, or application. The impacts of seasonality on demand for $TiO_2$ pigment may also be altered by economic factors, such as changes in global GDP, and other factors, such as the COVID-19 pandemic.

6

**The Chemours Company**

### *Thermal & Specialized Solutions Segment*

*Segment Overview*

Our Thermal & Specialized Solutions segment is a leading, global provider of refrigerants, propellants, blowing agents, and specialty solvents. We have an industry-leading safety culture and apply world-class R&D and technical expertise to ensure that our operations run safely and reliably, and to improve our process technology.

Our Thermal & Specialized Solutions segment has held a leading position in the fluorochemicals market since the commercial introduction of Freon™ in 1930. Since the original chlorofluorocarbons ("CFC")-based product was introduced, Thermal & Specialized Solutions has been at the forefront of new technology research for lower GWP and lesser ozone-depleting potential products, leading to the development of hydrochlorofluorocarbons ("HCFC") and hydrofluorocarbons ("HFC"). We have a leading position in HFC refrigerants under the brand name Freon™, and we are a leader in the development of sustainable technologies like Opteon™, a line of low GWP hydrofluoroolefin ("HFO") refrigerants, which also have a near-zero ozone-depletion footprint. Opteon™ was initially developed in response to the European Union's ("EU") Mobile Air Conditioning Directive. Today, our Opteon™-branded portfolio of products is used in a broad range of applications, including automotive, air conditioning, commercial refrigeration, and foam blowing agents. This patented technology offers similar functionality to current HFC products, but meets or betters currently-mandated environmental standards and, in some cases, provides energy efficiency benefits.

Our Thermal & Specialized Solutions segment led the industry in the Montreal Protocol-driven transition in 1987 from CFCs to the lesser ozone-depleting HCFCs and non-ozone-depleting HFCs and, in 1988, committed to cease production of CFCs. Starting in the early 1990s, Thermal & Specialized Solutions began manufacturing non-ozone-depleting HFCs. Driven by the emerging megatrends of Climate Change, Decarbonization, and Energy Efficiency, together with environmental legislation being enacted across the U.S., Europe, Latin America, and Japan, we commercialized Opteon™ in 2016. We will continue to invest in R&D to meet the increasing regulatory requirements of the industry and meet our customers' needs as regulations change.

*Industry Overview and Competitors*

Our Thermal & Specialized Solutions segment competes against a broad variety of global manufacturers, as well as regional manufacturers in Asia Pacific. We have a leadership position in fluorine chemistry and materials science, a broad scope and scale of operations, market-driven applications development capabilities, and deep customer knowledge. Key competitors for the Thermal & Specialized Solutions segment include Honeywell International, Inc., Arkema S.A., Orbia, and Daikin Industries, Ltd.

Thermal & Specialized Solutions' demand growth has generally been in line with global GDP growth. Growth may be higher than GDP in situations where, for environmental reasons, regulatory drivers constrain the market or drive the market toward lower GWP alternatives. Developed markets represent the largest consumers of fluorochemicals today. Global middle class growth and the increasing demand for automobiles, refrigeration, and air conditioning are all key drivers of increased demand for various fluorochemicals.

*Raw Materials*

The primary raw materials required to support the Thermal & Specialized Solutions segment are fluorspar, sulfur, ethylene, chlorinated organics, chlorine, and hydrogen fluoride. These are available in many countries and are not concentrated in any particular region. We pursue maximum competitiveness in our global supply chains through favorable sourcing of key raw materials. Our contracts typically include terms that span from two to 10 years, except for select resale purchases that are negotiated on a monthly basis. Qualified fluorspar sources have fixed contract prices or freely-negotiated, market-based pricing. We diversify our sourcing through multiple geographic regions and suppliers to ensure a stable and cost competitive supply.

7

**The Chemours Company**

*Sales, Marketing, and Distribution*

With approximately 90 years of innovation and development in fluorine science, our technical, marketing, and sales teams around the world have deep expertise in our products and their end-uses. We work with customers to select the appropriate solutions to meet their technical performance needs. We sell our products through direct channels and through resellers. Selling agreements vary by product line and markets served and include both spot-pricing arrangements and multi-year contracts with varying durations.

Our Thermal & Specialized Solutions segment maintains a large fleet of railcars, tank trucks, and containers to deliver our products and support our supply chain needs. For the portion of the fleet that is leased, the related lease terms are usually staggered, which provides us with a competitive cost position, as well as the ability to adjust the size of our fleet in response to changes in market conditions. A dedicated logistics team, along with external partners, works to optimize the assignment of our transportation equipment for each product line and geographic region to maximize utilization and flexibility of the supply chain.

*Customers*

Our Thermal & Specialized Solutions segment serves approximately 1,000 customers and distributors globally, and, in many instances, these commercial relationships have been in place for decades. No single Thermal & Specialized Solutions customer represented more than 10% of the segment's net sales in 2020.

*Seasonality*

Thermal & Specialized Solutions' refrigerant sales fluctuate by season, as sales in the first half of the year are generally higher than sales in the second half of the year due to increased demand for residential, commercial, and automotive air conditioning in the spring, which peaks in the summer months, and then declines in the fall and winter in the northern hemisphere. Mobile air conditioning demand is slightly higher in the first half of the year due to the timing of automotive production shutdowns in the second half of the year.

***Advanced Performance Materials Segment***

*Segment Overview*

Our Advanced Performance Materials segment is a leading, global provider of high-end polymers and advanced materials that deliver unique performance capabilities and are present in applications that people around the world use every day. The segment has a diversified portfolio that includes various industrial resins, specialty products, membranes, and coatings. These product offerings position the business to serve a broad range of markets, including consumer electronics, semiconductors, digital communications, transportation, energy, oil and gas, and aerospace, among others.

Our products set the standard in a number of performance categories, including chemical inertness, thermal stability, low friction, weather and corrosion resistance, temperature stability, and di-electric properties. These performance advantages make our polymers a material of choice, especially in complex applications and extreme environmental conditions. Our products are therefore critical to many emerging technology areas, including energy storage, hydrogen production and fuel cells, 5G data delivery, advanced semi-conductor infrastructure, and connected devices.

Our Advanced Performance Materials products are sold under the brand names Teflon™, Viton™, Krytox™, and Nafion™. Teflon™ coatings, resins, additives, and films serve as the key underpinning for a variety of industrial and commercial applications, including semiconductor infrastructure. Viton™ fluoroelastomers are used in automotive, consumer electronics, chemical processing, oil and gas, petroleum refining and transportation, and aircraft and aerospace applications. Our Krytox™-branded lubricants are used in a broad range of industrial applications, including bearings, automotive friction management, and electric motors. Nafion™ membranes are critical components in chlor-alkali processing and flow batteries, as well as the hydrogen electrolyzers and fuel cells which underpin the hydrogen economy.

Our Advanced Performance Materials segment uses a market-back approach to drive technology development. Our innovations are underpinned by deep technical knowledge and experience in fluoropolymer chemistry. We leverage our state-of-the-art R&D facilities at the Chemours Discovery Hub to drive faster development on a global scale. We also participate in a broad array of industry consortia and collaborate with leading academics across a variety of disciplines in order to drive fundamental R&D in the materials space.

The segment is well positioned to capture future growth through the combination of our unique product capabilities and market-driven product development process. Advanced Performance Materials will benefit long-term from the megatrends impacting our customers' key end markets, including digital connectivity, urbanization, and climate change.

8

**The Chemours Company**

*Industry Overview and Competitors*

Our Advanced Performance Materials segment competes against a broad variety of global manufacturers, as well as regional manufacturers in Asia Pacific. We have a leadership position in fluorine chemistry and materials science, a broad scope and scale of operations, a strong applications development competency, and deep customer knowledge. Key competitors for this segment include Daikin Industries, Ltd., 3M Company, Solvay, S.A., Asahi Glass Co., Ltd., and Dongyue Group Co., Ltd.

Demand growth for Advanced Performance Materials has generally been in line with global GDP growth. However, demand for the segment's products may grow at a rate faster than GDP, driven by global middle-class growth and alignment between our market-driven product technology development process and emerging market technologies, such as 5G, fuel cells and electrolyzers, electronics, communications, and transportation.

*Raw Materials*

The primary raw materials required for the Advanced Performance Materials segment are chlorinated organics, hydrogen fluoride, and vinylidene fluoride. These are available in many countries and are not concentrated in any particular region. We pursue maximum competitiveness in our global supply chains through favorable sourcing of key raw materials. Our contracts typically include terms that span from two to five years, except for select resale purchases that are negotiated on a monthly basis. We diversify our sourcing through multiple geographic regions and suppliers to ensure a stable and cost competitive supply.

*Sales, Marketing, and Distribution*

With approximately 90 years of innovation and development in fluorine science, our technical, marketing, and sales teams around the world have deep expertise in our products and their end-uses. We work with customers to select the appropriate fluoropolymers or other advanced performance materials to meet their technical performance needs based on their intended performance-in-use requirements. We sell our products through direct and indirect channels, and the duration of our selling agreements vary by product line and markets served.

Our Advanced Performance Materials segment maintains a limited fleet of railcars, tank trucks, containers, and totes to deliver our products and support our supply chain needs. For the portion of the fleet that is leased, the related lease terms are usually staggered, which provides us with a competitive cost position, as well as the ability to adjust the size of our fleet in response to changes in market conditions. We manage our fleet to ensure it is appropriately sized to meet market demand while maintaining flexibility. A dedicated logistics team, along with external partners, works to optimize the assignment of our transportation equipment for each product line and geographic region to maximize utilization and flexibility of the supply chain.

*Customers*

Our Advanced Performance Materials segment serves approximately 1,500 customers and distributors globally and, in many instances, these commercial relationships have been in place for decades. No single Advanced Performance Materials customer represented more than 10% of the segment's net sales in 2020.

*Seasonality*

There is no significant seasonality in our Advanced Performance Materials segment's net sales, as demand is relatively consistent throughout the year.

9

**The Chemours Company**

### *Chemical Solutions Segment*

*Segment Overview*

Our Chemical Solutions segment is comprised of a portfolio of industrial chemical businesses, primarily operating in the Americas. The segment's products are used as important raw materials and catalysts for a diverse group of industries, including, among others, gold production, oil and gas, water treatment, electronics, and automotive. Chemical Solutions generates value through the use of market-leading manufacturing technology, safety performance, product stewardship, and differentiated logistics capabilities.

Our Chemical Solutions segment has operations at two production facilities in North America and sells products and solutions through two primary product groups: Mining Solutions and Performance Chemicals and Intermediates. Our Mining Solutions product group includes our sodium cyanide and hydrogen cyanide product lines. We are a market leader in solid sodium cyanide production in the Americas, which is used primarily by the mining industry for gold and silver production. We expect global demand growth to be healthy over the next few years for our Mining Solutions product group. In our Performance Chemicals and Intermediates product group, we manufacture a wide variety of chemicals used in many different applications. Performance Chemicals and Intermediates is now primarily comprised of our Glycolic Acid and Vazo™ product lines, following our exits of the Methylamines and Methylamides business in 2019 and the Aniline business in 2020. Our remaining Performance Chemicals and Intermediates business is expected to generally grow in line with growth in global GDP.

*Industry Overview and Competitors*

The industrial and specialty chemicals produced by our Chemical Solutions segment are important raw materials for a wide range of industries and end-markets. We hold a long-standing reputation for high quality and the safe-handling of hazardous products, such as sodium cyanide and Vazo™. Our positions in these products are the result of our process technology, manufacturing scale, efficient supply chain, and proximity to large customers. Our Chemical Solutions segment holds what we believe to be leading process technologies for the production of hydrogen and sodium cyanide, which are used in industrial polymers and gold production. The segment occasionally licenses these process technologies, as well as its process technology for the production of acrylonitrile. Key competitors for the Chemicals Solutions segment include Cyanco Corp., Hebei Chengxin Group Co. Ltd., CyPlus GmbH, Orica Ltd., and Tongsuh Petrochemical Corp., Ltd.

*Raw Materials*

Key raw materials for our Chemical Solutions segment include ammonia, methanol, natural gas, hydrogen, and caustic soda. We source raw materials from global and regional suppliers, where possible, and maintain multiple supplier relationships to protect against supply disruptions and potential price increases. To further mitigate the risk of raw materials availability and cost fluctuations, our Chemical Solutions segment has also taken steps to optimize routes for distribution, lock in long-term contracts with key suppliers, and increase the number of customer contracts with raw materials price pass-through terms. We do not believe that the loss of any particular supplier would be material to our business.

*Sales, Marketing, and Distribution*

Our technical, marketing, and sales teams around the world have deep expertise with our products and their end-markets. We predominantly sell directly to end-customers, although we also use a network of distributors for specific product lines and geographies. Sales may take place through either spot transactions or via long-term contracts.

Most of Chemical Solutions' raw materials and products can be delivered by efficient bulk transportation. As such, we maintain a large fleet of railcars, tank trucks, and containers to support our supply chain needs. For the portion of the fleet that is leased, the related lease terms are usually staggered, which provides us with a competitive cost position as well as the ability to adjust the size of our container fleet in response to changes in market conditions. A dedicated logistics team, along with external partners, continually optimizes the assignment of our transportation equipment to product lines and geographic regions in order to maximize utilization and flexibility of the supply chain. The strategic placement of our facilities in locations designed to serve our key customer base in the Americas gives us robust distribution capabilities.

10

**The Chemours Company**

*Customers*

Our Chemical Solutions segment focuses on developing long-term partnerships with key market participants. Many of our commercial and industrial relationships have been in place for decades and are based on our proven value proposition of safely and reliably supplying our customers with the materials needed for their operations. Our reputation and long-term track record are key competitive advantages, as several of the products' end-users demand the highest level of excellence in safe manufacturing, distribution, handling, and storage. Our Chemical Solutions segment has U.S. Department of Transportation Special Permits and Approvals in place for the distribution of various materials associated with each of our business lines, as required. Our Chemical Solutions segment serves approximately 300 customers globally. No single Chemical Solutions customer represented more than 10% of the segment's net sales in 2020.

*Seasonality*

Our Chemical Solutions segment's sales are subject to minimal seasonality.

<span style="color:red">**Intellectual Property**</span>

Intellectual property, including trade secrets, certain patents, trademarks, copyrights, know-how, and other proprietary rights, is a critical part of maintaining our technology leadership and competitive edge. Our business strategy is to file patent and trademark applications globally for proprietary new product and application development technologies, and we work actively on a global basis to create, protect, and enforce our intellectual property rights.

Our Titanium Technologies segment relies upon unpatented proprietary knowledge, continuing technological innovation, and other trade secrets to develop and maintain our competitive position in this sector. Within this segment, we hold significant intellectual property in the form of trade secrets, and, while we believe that no single trade secret is material in relation to our combined business as a whole, we believe that our trade secrets are material in the aggregate. Our proprietary chloride production process is an important part of our technology, and our business could be harmed if our trade secrets are not maintained in confidence. Within our Titanium Technologies segment's intellectual property portfolio, we consider our trademarks Ti-Pure™ and BaiMax™ to be valuable assets. We have registered the Ti-Pure™ trademark in a number of countries and the BaiMax™ trademark in China.

Our Thermal & Specialized Solutions segment is a technology leader in the markets in which it participates. We maintain a large fluorochemicals patent portfolio, inclusive of patents which will expire in varying years into the 2030s. We consider our Opteon™ and Freon™ trademarks used in the Thermal & Specialized Solutions segment to be valuable assets.

Our Advanced Performance Materials segment possesses extensive know-how and trade secrets related to manufacturing technologies for a broad range of specialized fluoropolymers, as well as application development technology for fluoropolymers based on comprehensive knowledge of customer applications. We hold patents relating to manufacturing for certain products with high quality and purity as required by the electronics, communications, automotive, wire and cable, and other industries. Additionally, our Advanced Performance Materials segment is a leader in and holds patents relating to non-fluorinated materials for use as durable water repellants for garments and other uses. In our Advanced Performance Materials segment's intellectual property portfolio, we consider our Teflon™, Viton™, Nafion™, and Krytox™ trademarks to be valuable assets.

Our Chemical Solutions segment is a manufacturing technology leader in a majority of the markets in which it participates. Trade secrets are one of the key elements of our intellectual property security in the Chemical Solutions segment, as most of the segment's manufacturing and applications development technologies are no longer under patent coverage.

The protections afforded under our patents and trademarks vary based on country, scope of individual patent, and trademark coverage, as well as the availability of legal remedies in each country. Our patents, in the aggregate, are believed to be of material importance to our business. However, although certain proprietary intellectual property rights are important to our success, we do not believe that we are materially dependent on any single patent (or group of related patents) or trademark. We believe that securing our intellectual property is critical to maintaining our technology leadership and our competitive position, especially with respect to new technologies or the extensions of existing technologies. Our proprietary process technology can be a source of incremental income through licensing arrangements.

**The Chemours Company**

**Environmental and Regulatory Matters**

Information related to environmental matters is included in several areas of this Annual Report on Form 10-K, including: (i) *Item 1A - Risk Factors*; (ii) *Item 3 - Legal Proceedings*, under the heading "Environmental Proceedings"; (iii) *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations*; and, (iv) "Note 3 - Summary of Significant Accounting Policies" and "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

Consistent with our Corporate Responsibility Commitment, we believe that climate change is an important global issue that presents both opportunities and challenges for our company, our partners, and our communities. Climate change matters for our company are likely to be driven by changes in physical climate parameters, regulations and/or public policy, and changes in technology and product demand. Our operations and business results are increasingly subject to evolving climate-related legislation and regulations, inclusive of restrictions on GHG emissions, cap and trade emissions trading systems, and taxes on GHG emissions, fuel, and energy, among other provisions. Such regulatory matters have led, and are expected to continue to lead, to subsequent developments in product technology and demand. This helps guide our investment decisions and drive growth in demand for low-carbon and energy-efficient products, manufacturing technologies, and services that facilitate adaptation to a changing climate. Our business segments conduct market trend impact assessments, continuously evaluate opportunities for existing and new products and offerings, and are well-positioned to take advantage of opportunities that may arise from increased consumer demand for and/or legislation mandating or incentivizing the use of products and technologies necessary to achieve a low-carbon economy.

For example, global regulations driving the phase-down of HFCs, including the EU's F-Gas Directive, the EU's Mobile Air Conditioning Directive, and the recently enacted U.S. American Innovation and Manufacturing Act, promote the adoption and sale of our high performing Opteon™ products, which have lower global warming potential (GWP) and zero ozone-depletion footprint. Our Opteon™ portfolio has been developed to meet global regulations while maintaining or improving performance compared to the products they replace in refrigeration and cooling applications, such as food transportation, food and pharmaceutical/medical storage, food manufacturing and retail, automotive air conditioning, and residential and commercial building air conditioning. By the year 2025, we estimate that our low GWP products will eliminate an estimated 325 million tons of carbon dioxide equivalents on a global basis.

Our growth prospects in fluoropolymers are also enhanced by regulation driving the increasing demand for electric vehicles and high-performance, low-emission vehicles. Our fluoropolymers are critical to delivering high performance over a wide range of harsh operating conditions, contribute to passenger safety, emission controls, and better fuel economy, and enable vehicle electrification and the shift to hydrogen-powered vehicles. We expect the use of our fluoropolymers in vehicles to increase, driven by the automotive industry's trends toward energy efficiency and clean energy due to evolving emissions performance regulations and increasing adoption of electric vehicles.

As an energy and emissions intensive company, our costs of complying with complex environmental laws, regulations, and enforcements, as well as internal and external voluntary programs, are significant and will continue to be significant for the foreseeable future. These laws, regulations, and enforcements may change and could become more stringent over time, which could result in significant additional compliance costs, increased costs of purchased energy or other raw materials, increased transportation costs, investments in, or restrictions on, our operations, installation or modification of GHG-emitting equipment, or additional costs associated with GHG emissions. Additionally, significant regional or national differences in approaches to the imposition of such regulations and restrictions could present competitive challenges in a global marketplace. Currently, most of our global operating facilities are required to monitor and report their GHG emissions but are not subject to programs requiring trading or emission controls. The EU Emission Trading System and the recently approved cap and trade pilot program in Mexico apply to our operating sites in those regions. Furthermore, the recent change in the U.S. political administration could lead to additional federal regulation with respect to GHG emissions limits and/or other legislation that could impact our operations. By tracking and taking action to reduce our GHG emissions footprint through energy efficiency programs and focused GHG management efforts, we can decrease the potential future impact of these regulatory matters.

12

**The Chemours Company**

Human Capital

Meeting our commitment to responsible chemistry depends on our ability to create a vibrant workplace culture that attracts and retains the best and brightest in their fields to come work at Chemours. Our success also depends on creating a diverse, inclusive, and empowered workforce - one that holds a multiplicity of viewpoints, stems from a variety of backgrounds, and brings an abundance of different life experiences to work. We believe our global workforce should reflect the viewpoints and diversity of the communities in which we operate. That combination of excellence and diversity is essential to continuing our strong track record of uncovering and delivering the innovative solutions society needs.

*Diverse and Inclusive Leadership and Workforce*

Our board of directors is comprised of nine individuals with diverse experience and credentials, selected for their acumen and ability to challenge and add value to management. Our directors have held significant leadership positions and bring a depth of experience across a wide variety of industries, providing the company with unique insights and fresh perspectives. The demographics of our board of directors include 33% women and 11% ethnically diverse individuals. Refer to *Item 10 - Directors, Executive Officers, and Corporate Governance* for further information related to our board of directors. Management of the Company is led by our President and Chief Executive Officer and the other members of our Chemours Executive Team ("CET"). The demographics of our CET include 25% women and 38% ethnically diverse individuals. Further information related to our CET is included under the caption "Information About Our Executive Officers" within this Part I of our Annual Report on Form 10-K.

At December 31, 2020, we had approximately 6,500 employees globally, nearly all of which were full-time employees. Our employees' global demographics consisted of approximately 78% male employees and approximately 22% female employees, and, in the U.S., approximately 19% of our employees were considered to be ethnically diverse. Approximately 14% of our employees are represented by unions or works councils. Management believes that its relations with employees and labor organizations are good.

In addition to Chemours employees, our total global workforce also includes contract workers that are available to support our manufacturing sites. Our number of contract workers varies throughout the year due to business needs and seasonal plant activities. These on-site contract workers provide services for facility maintenance, engineering services and construction support, operations, research and logistics support, equipment service and maintenance, custodial services, and site security services. Management believes that its relations with contract workers are good.

*Corporate Responsibility Commitment*

In 2018, we issued our inaugural Corporate Responsibility Commitment ("CRC") Report, which expresses our commitment to our stakeholders to make chemistry as responsible as it is essential. This commitment is embedded within our growth strategy as a company. Our inaugural report included 10 ambitious goals targeted for completion by 2030, built on the pillars of Inspired People, Shared Planet, and an Evolved Portfolio. These goals are designed to promote accountability to our commitment and position us for long-term success. Our Inspired People pillar underlines our commitment to creating and sustaining a diverse, inclusive, and safe workplace. With a focus on creating a vibrant workplace culture that attracts, retains, and empowers the best and brightest in their fields, the following table sets forth our Inspired People goals and our relative progress at December 31, 2020.

| Inspired People Goal (1) | At December 31, 2020 |
|---|---|
| Fill 50% of all positions globally with women; | Approximately 22% of all global positions are filled with women; |
| Fill 20% of all U.S. positions with ethnically diverse employees; | Approximately 19% of all U.S. positions are filled with ethnically diverse employees; |
| Improve employee, contractor, process, and distribution safety performance by at least 75%; and, | For our most recent fiscal year (2,3): <br> - Our employee total recordable incident rate ("TRIR") was 0.34; <br> - Our contractor TRIR was 0.30; <br> - Our process safety tier 1 rate was 0.01; <br> - We had 3 distribution incidents; and, |
| Invest $50 million in our communities to improve lives by increasing access to science, technology, engineering, and math ("STEM") skills, safety initiatives, and sustainable environment programs. | $4 million has been invested to improve lives by increasing access to STEM skills, safety initiatives, and sustainable environment programs within the communities in which we operate. |

(1) Inspired People goals are targeted for completion by December 31, 2030.

(2) Rate is defined as number of events per 100 workers per year.

(3) Our 2018 baseline metrics are as follows: employee TRIR of 0.28, contractor TRIR of 0.23, process safety tier 1 rate of 0.04, and 3 distribution incidents.

Ultimately, we believe that our efforts towards achieving each of these goals result in a company culture that views our individual differences, safety-focused mentality, and talent development initiatives as sources of competitive strength.

13

**The Chemours Company**

*Safety Obsession*

Responsible chemistry begins with our focus on the safety and health of people all along our value chain, including our own workforce. Our Safety Obsession is deeply rooted in our responsible chemistry ethos and is one of our five core values, emphasizing our steadfast belief that a safe workplace is a profitable workplace. Our safety commitment extends beyond ourselves and our manufacturing sites, and we make ongoing, upfront investments in our people, our facilities, and our processes to protect the safety and well-being of our workforce, our business partners, and the communities in which we operate.

Our Safety Obsession culture requires and encourages our global workforce to seek out training opportunities to increase safety literacy and capability at our sites. We offer computer-based learning, classroom-style learning, hands-on training and demonstration for proficiency, and mentoring and apprenticeship training for skill development. Our course content ranges from general safety awareness trainings to specialized trainings, covering topics such as hazardous materials, electrical safety, and so forth. Our training programs are tailored to individual employee roles, promoting the safety of our workforce while simultaneously providing the knowledge and skills necessary to maintain operational performance at our complex manufacturing facilities. In measuring the safety performance of our workforce, we monitor several metrics, including those set forth in our Inspired People goals above.

Beyond the physical safety aspects of our workplace, we also consider the emotional and psychological aspects of employee safety - an idea we refer to as holistic safety. Emotional and psychological safety exists when team members feel accepted and respected, allowing them to bring their authentic selves to work without fear of negative consequences to self-image, workplace status, or career opportunities. Holistic safety and business performance are interconnected, as an environment lacking emotional and psychological safety creates distraction, which may lead to workplace missteps and can result in physical accidents. At Chemours, the way in which we work is grounded in our Safety Obsession, which encompasses the physical, emotional, and psychological dimensions of safety. Holistic safety also acknowledges our aspiration to be a diverse, equitable, and inclusive company, where every employee is fully engaged and actively contributing to business results.

Consistent with our Safety Obsession, we have taken several actions during 2020 to promote the health, safety, and well-being of our workforce in response to the COVID-19 pandemic. Such actions have included requiring remote working arrangements where practicable, the imposition of travel restrictions, limiting non-essential visits to plant sites, performing health checks before every shift, and providing personal protective equipment for our "essential" operations employees at our sites and labs. We have also provided our employees with opportunities to participate in webinar sessions focused on challenges that may be experienced during trying times, such as mental and financial health. We will continue to make decisions that promote the health and safety of our employees and contractors throughout the duration of the COVID-19 pandemic.

*Professional Development*

We encourage our employees to own their careers by taking the lead in their respective professional development journeys. We actively support our employees in their professional development, providing multiple learning opportunities and trainings. We also provide our employees with the necessary tools and resources to develop and produce the next generation of innovative chemistry products. Most notably, we recently opened our new 312,000-square-foot R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware in Newark, Delaware ("Chemours Discovery Hub"). Given our focus on experiential learning, we leverage special projects, short-term assignments, and cross-functional job rotations to further develop talent and support employees in meeting their professional aspirations. Semi-annual performance reviews, combined with annual career development planning and ongoing feedback, provide support in performance and development and help our people know where they excel and how they can improve.

*Equitable Employee Compensation*

We provide a total compensation package that is targeted to be competitive with the markets in which we compete for talent, while allowing individual employee pay to vary equitably based on performance, skills, and experience. Our compensation programs are globally aligned, and, where possible, our total rewards plans include base salary, incentives (short- and long-term), financial, physical, and mental well-being programs, and monetary and social recognition. We routinely review our total rewards practices in the markets in which we compete to ensure our plans allow us to recruit and retain the diverse talent we need to be successful. We are firmly committed to paying our employees in a fair and equitable manner, regardless of race or gender, and we have implemented global total rewards tools to promote equitable remuneration. To ensure we deliver on this commitment, we periodically engage with independent third-party consultants to review our compensation practices and recommend pay actions.

14

**The Chemours Company**

*Employee Attraction and Retention*

We believe that our workplace culture, as reinforced by our Corporate Responsibility Commitment, corporate values, professional development opportunities, and competitive employee compensation, is critical in attaining a high offer acceptance rate and maintaining low levels of attrition, thereby enabling us to attract talented employees and retain and recognize the benefits of our investments in our employees' technical manufacturing capabilities, safety acumen, and professional development. For the year ended December 31, 2020, our voluntary attrition percentage was approximately 6%.

**Available Information**

We are subject to the reporting requirements under the Securities Exchange Act of 1934 (the "Exchange Act"). Consequently, we are required to file reports and information with the U.S. Securities and Exchange Commission ("SEC"), including reports on the following forms: Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act.

Our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports are also accessible on our website at http://www.chemours.com by clicking on the section labeled "Investor Relations", then on "Financials" and "SEC Filings". These reports are made available, without charge, as soon as it is reasonably practicable after we file or furnish them electronically with the SEC at http://www.sec.gov.

15

**The Chemours Company**

**Item 1A. RISK FACTORS**

*Our operations could be affected by various risks, many of which are beyond our control. Based on current information, we believe that the following identifies the material risk factors that could affect our business, results of operations, or financial condition. Past financial performance may not be a reliable indicator of future performance, and historical trends should not be used to anticipate results or trends in future periods. Refer to our "Forward-looking Statements" for more details.*

**Risks Related to Legal Matters, Environmental Sustainability, and Regulations**

***Our results of operations could be adversely affected by litigation and other commitments and contingencies.***

We face risks arising from various unasserted and asserted legal claims, investigations, and litigation matters, such as product liability claims, patent infringement claims, anti-trust claims, and claims for third-party property damage or personal injury stemming from alleged environmental actions (which may concern regulated or unregulated substances) or other torts. We have noted a nationwide trend in purported mass tort and class actions against chemical manufacturers generally seeking relief, such as medical monitoring, property damages, off-site remediation, and punitive damages arising from alleged environmental actions (which may concern regulated or unregulated substances) or other torts without claiming present personal injuries. We also have noted a trend in public and private nuisance suits being filed on behalf of states, counties, cities, and utilities alleging harm to the general public and damages to natural resources. Various factors or developments in these nationwide trends or in the actions could result in future charges that could have a material adverse effect on us. An adverse outcome in any one or more of these matters could be material to our financial results and/or stock price, and could adversely impact the value of any of our brands that are associated with any such matters. As discussed below, we are a named defendant and/or cost-sharing and defending DuPont, Corteva, and EID (together, the "DuPont Indemnitees") in litigation related to the production and use of perfluorooctanoic acids and its salts, including the ammonium salt ("PFOA"); hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid", sometimes referred to as "GenX" or "C3 Dimer Acid"); Aqueous Film Forming Foam ("AFFF"); per- and polyfluoroalkyl substances ("PFAS"); and other compounds.

We have received inquiries, government investigations, directives, multiple lawsuits, and other actions related to PFOA, GenX, AFFF, and PFAS as discussed in more detail in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. These or other governmental inquiries or lawsuits could lead to our incurring liability for damages or other costs, a criminal or civil proceeding, the imposition of fines and penalties, and/or other remedies, as well as restrictions on or added costs for our business operations going forward, including in the form of restrictions on discharges at our Fayetteville Works site in Fayetteville, North Carolina ("Fayetteville") or otherwise. Additional lawsuits or inquiries also could be instituted related to these or other compounds in the future. Accordingly, the existing lawsuits and inquiries, and any such additional litigation, relating to our existing operations, PFOA, HFPO Dimer Acid, AFFF, PFAS, or other compounds associated with our products or operations could result in us incurring additional costs and liabilities, which may be material to our financial results.

In the ordinary course of business, we may make certain commitments, including representations, warranties, and indemnities relating to current and past operations, including those related to divested businesses, and issue guarantees of third-party obligations. Additionally, we may be required to indemnify EID with regard to liabilities allocated to, or assumed by, us under each of the separation agreement, the employee matters agreement, the tax matters agreement, and the intellectual property cross-license agreement that were executed prior to the Separation. These indemnification obligations to date have included defense costs associated with certain litigation matters, as well as certain damages awards, settlements, and penalties. In January 2021, we and the DuPont Indemnitees entered into a binding Memorandum of Understanding (the "MOU") addressing certain PFAS matters and costs as detailed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. Disputes with the DuPont Indemnitees and others which may arise with respect to the MOU and PFAS matters, including disputes based on matters of law or contract interpretation, could materially adversely affect our financial condition.

16

**The Chemours Company**

*We are subject to extensive environmental and health and safety laws and regulations that may result in unanticipated loss or liability related to our current and past operations, and that may result in significant additional compliance costs or obligations, which in either case, could reduce our profitability.*

Our operations and production facilities are dependent upon attainment and renewal of requisite operating permits and are subject to extensive environmental and health and safety laws, regulations, and enforcements at national, international, and local levels in numerous jurisdictions, relating to pollution, protection of the environment, climate change, transporting and storing raw materials and finished products, storing and disposing of hazardous wastes, and product content and other safety concerns. Such laws include, but are not limited to:

- U.S.-based regulations, such as the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA", often referred to as "Superfund"), the Resource Conservation and Recovery Act ("RCRA") and similar state and global laws for management and remediation of hazardous materials, the Clean Air Act ("CAA") and Clean Water Act ("CWA") and similar state and global laws for the protection of air and water resources, and the Toxic Substances Control Act ("TSCA");

- Foreign-based chemical control regulations, such as the Registration, Evaluation, Authorization, and Restriction of Chemicals ("REACH") in the EU, the Chemical Substances Control Law ("CSCL") in Japan, MEP Order No. 7 in China, and the Toxic Chemical Substance Control Act ("TCSCA") in Taiwan for the production and distribution of chemicals in commerce and reporting of potential adverse effects;

- The EU Emissions Trading System and similar local and global laws for regulating GHG emissions; and,

- Numerous local, state, federal, and foreign laws, regulations, and enforcements governing materials transport and packaging.

If we are found to be in violation of these laws, regulations, or enforcements, which may be subject to change based on legislative, scientific, or other factors, we may incur substantial costs, including fines, damages, criminal or civil sanctions, remediation costs, reputational harm, loss of sales or market access, or experience interruptions in our operations. We also may be subject to changes in our operations and production based on increased regulation or other changes to, or restrictions imposed by, any such additional regulations. Any operational interruptions or plant shutdowns may result in delays in production or may cause us to incur additional costs to develop redundancies in order to avoid interruptions in our production cycles. In addition, the manner in which adopted regulations (including environmental and safety regulations) are ultimately implemented may affect our products, the demand for and public perception of our products, the reputation of our brands, our market access, and our results of operations. In the event of a catastrophic incident involving any of the raw materials we use or chemicals we produce, we could incur material costs as a result of addressing the consequences of such event and future reputational costs associated with any such event.

Our costs of complying with complex environmental laws, regulations, and enforcements, as well as internal and external voluntary programs, are significant and will continue to be significant for the foreseeable future. These laws, regulations, and enforcements may change and could become more stringent over time, which could result in significant additional compliance costs, increased costs of purchased energy or other raw materials, increased transportation costs, investments in, or restrictions on, our operations, installation or modification of GHG-emitting equipment, or additional costs associated with GHG emissions. As a result of our current and historic operations, including the operations of divested businesses and certain discontinued operations, we also expect to continue to incur costs for environmental investigation and remediation activities at a number of our current or former sites and third-party disposal locations. However, the ultimate costs under environmental laws and the timing of these costs are difficult to accurately predict. While we establish accruals in accordance with U.S. generally accepted accounting principles ("GAAP"), the ultimate actual costs and liabilities may vary from the accruals because the estimates on which the accruals are based depend on a number of factors (many of which are outside of our control), including the nature of the matter and any associated third-party claims, the complexity of the site, site geology, the nature and extent of contamination, the type of remedy, the outcome of discussions with regulatory agencies and other Potentially Responsible Parties ("PRPs") at multi-party sites, and the number and financial viability of other PRPs. Refer to "Environmental Matters" within *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* and "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information. We also could incur significant additional costs as a result of additional contamination that is discovered or remedial obligations imposed in the future.

There is also a risk that one or more of our manufacturing processes, key raw materials, or products may be found to have, or be characterized or perceived as having, a toxicological or health-related impact on the environment or on our customers or employees or unregulated emissions, which could potentially result in our incurring liability in connection with such characterization and the associated effects of any toxicological or health-related impact. If such a discovery or characterization occurs, we may incur increased costs in order to comply with new regulatory requirements or as a result of litigation. In addition, the relevant materials or products, including products of our customers incorporating our materials or products, may be recalled, phased-out, or banned. Changes in laws, science, or regulations, or their interpretations, and our customers' perception of such changes or interpretations may also affect the marketability of certain of our products.

17

**The Chemours Company**

For example, in May 2016, the European Chemicals Agency ("ECHA") accepted a proposal from France's competent authority under REACH to change the classification of $TiO_2$. ECHA's Committee for Risk Action ("RAC") provided the opinion that the evidence meets the criteria under the EU's Classification, Labeling and Packaging ("CLP") Regulation to classify $TiO_2$ as a Category 2 Carcinogen (suspected human carcinogen) by inhalation. To implement this opinion, the EU Commission ("EC") presented a draft of the full 14th Adaptation to Technical Progress ("ATP"), including a proposed classification (with notes) for the powder form of $TiO_2$ as a Category 2 Carcinogen by inhalation, as a delegated act for scrutiny by EU Council and Parliament. The scrutiny period ended in February 2020, with publication to the Official Journal on February 18, 2020. The publication initiated an implementation period, and the act will come into enforcement on October 1, 2021. The impacts of the additional regulatory measures will include increased requirements for $TiO_2$ product labeling and importing operations. This could increase our costs associated with our $TiO_2$ manufacturing and handling processes.

In June 2019, the Member States Committee of ECHA also voted to list HFPO Dimer Acid as a Substance of Very High Concern. The vote was based on Article 57(f) - equivalent level of concern having probable serious effects to the environment. This identification does not impose immediate regulatory restriction or obligations, but may lead to a future authorization or restriction of the substance, which could have an adverse effect on our results of operations, financial condition, and cash flows. In September 2019, we filed an application with the EU Court of Justice for the annulment of the decision of ECHA to list HFPO Dimer Acid as a Substance of Very High Concern.

***In connection with our Separation, we were required to assume, and indemnify EID for, certain liabilities. As we may be required to make payments pursuant to these indemnities or under the cost-sharing provisions of the MOU, we may need to divert cash to meet those obligations, and our financial results could be negatively affected. In addition, the obligations of EID to indemnify us and/or the obligation of the DuPont Indemnitees to share costs for certain liabilities may not be sufficient to insure us against the full amount of the applicable liabilities for which it will be allocated responsibility, and EID and/or the DuPont Indemnitees may not be able to satisfy their obligations in the future.***

Pursuant to the separation agreement, the employee matters agreement, the tax matters agreement, and the intellectual property cross-license agreement we entered into with EID prior to the Separation, we were required to assume, and indemnify EID for, certain liabilities. These indemnification obligations to date have included, among other items, defense costs associated with certain litigation matters, as well as certain damages awards, settlement amounts, and penalties. In January 2021, we and the DuPont Indemnitees entered into a binding MOU addressing certain PFAS matters and costs as detailed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

Disputes with the DuPont Indemnitees and others, which may arise with respect to the MOU, PFAS matters, indemnification, and/or cost-sharing matters, including disputes based on matter of law or contract interpretation, could materially adversely affect our business, financial condition, results of operations, and cash flows. As described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, multiple lawsuits have been filed by third parties containing allegations that EID's separation of Chemours was fraudulent.

Third parties could also seek to hold us responsible for any of the liabilities of the EID businesses. EID has agreed to indemnify us for such liabilities, but such indemnity from EID may not be sufficient to protect us against the full amount of such liabilities, and EID may not be able to fully satisfy its indemnification obligations. Moreover, even if we ultimately succeed in recovering from EID any amounts for which we are held liable, we may be temporarily required to bear these losses ourselves. Each of these risks could negatively affect our business, financial condition, results of operations, and cash flows. Refer to "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information.

***In connection with our Separation, we were required to enter into numerous Separation-related and commercial agreements with our former parent company, EID, which may not reflect optimal or commercially beneficial terms to us.***

Commercial agreements we entered into with EID prior to the Separation were formed in the context of the Separation while we were still a wholly-owned subsidiary of EID. Accordingly, during the period in which the terms of those agreements were formed, we did not have an independent board of directors or management independent of EID. Certain commercial agreements, having long terms and commercially-advantageous cancellation and assignment rights to EID, may not include adjustments for changes in industry and market conditions. There is a risk that the pricing and other terms under these agreements may not be commercially beneficial and may not be able to be changed in the future. The terms relate to, among other things, the allocation of assets, liabilities, rights, and obligations, including the provision of products and services and the sharing and operation of property, manufacturing, office, and laboratory sites, and other commercial rights and obligations between us and EID.

18

**The Chemours Company**

***If the distribution, in connection with the Separation, together with certain related transactions, were to fail to qualify for non-recognition treatment for U.S. federal income tax purposes, then we could be subject to significant tax and indemnification liability and stockholders receiving our common stock in the distribution could be subject to significant tax liability.***

EID received a ruling from the U.S. Internal Revenue Service ("IRS") substantially to the effect that, among other things, the distribution in connection with the Separation qualified as a tax-free transaction under Section 355 and Section 368(a)(1)(D) of the Internal Revenue Code of 1986, as amended ("IRC"). The tax-free nature of the distribution was conditioned on the continued validity of the IRS Ruling, as well as on receipt of a tax opinion, in form and substance acceptable to EID, substantially to the effect that, among other things, the distribution would qualify as a tax-free transaction under Section 355 and Section 368(a)(1)(D) of the IRC, and certain transactions related to the transfer of assets and liabilities to us in connection with the Separation and distribution would not result in the recognition of any gain or loss to us, EID, or our stockholders. The IRS Ruling and the tax opinion relied on certain facts, assumptions, and undertakings, and certain representations from us and EID, regarding the past and future conduct of both respective businesses and other matters, and the tax opinion relies on the IRS Ruling. Notwithstanding the IRS Ruling and the tax opinion, the IRS could determine that the distribution or such related transactions should be treated as a taxable transaction if it determines that any of these facts, assumptions, representations, or undertakings were not correct, or that the distribution should be taxable for other reasons, including if the IRS were to disagree with the conclusions in the tax opinion that are not covered by the IRS Ruling.

If the distribution ultimately was determined to be taxable, then a stockholder of EID that received shares of our common stock in the distribution would be treated as having received a distribution of property in an amount equal to the fair market value of such shares on the distribution date and could incur significant income tax liabilities. Such distribution would be taxable to such stockholder as a dividend to the extent of EID's current and accumulated earnings and profits. Any amount that exceeded EID's earnings and profits would be treated first as a non-taxable return of capital to the extent of such stockholder's tax basis in its shares of EID stock with any remaining amount being taxed as a capital gain. EID would recognize a taxable gain in an amount equal to the excess, if any, of the fair market value of the shares of our common stock held by EID on the distribution date over EID's tax basis in such shares. In addition, if certain related transactions fail to qualify for tax-free treatment under U.S. federal, state, and/or local tax law, and/or foreign tax law, we and EID could incur significant tax liabilities under U.S. federal, state, and/or local tax law, and/or foreign tax law.

Generally, taxes resulting from the failure of the Separation and distribution or certain related transactions to qualify for non-recognition treatment under U.S. federal, state, and/or local tax law, and/or foreign tax law, would be imposed on EID or EID's stockholders and, under the tax matters agreement that we entered into with EID prior to the Separation, EID is generally obligated to indemnify us against such taxes to the extent that we may be jointly, severally, or secondarily liable for such taxes. However, under the terms of the tax matters agreement, we are also generally responsible for any taxes imposed on EID that arise from the failure of the distribution to qualify as tax-free for U.S. federal income tax purposes within the meaning of Section 355 of the IRC or the failure of such related transactions to qualify for tax-free treatment, to the extent such failure to qualify is attributable to actions, events, or transactions relating to our or our affiliates' stock, assets, or business, or any breach of our or our affiliates' representations, covenants, or obligations under the tax matters agreement (or any other agreement we enter into in connection with the Separation and distribution), the materials submitted to the IRS or other governmental authorities in connection with the request for the IRS Ruling or other tax rulings or the representation letter provided to counsel in connection with the tax opinion. Events triggering an indemnification obligation under the agreement include events occurring after the distribution that cause EID to recognize a gain under Section 355(e) of the IRC. Such tax amounts could be significant. To the extent we are responsible for any liability under the tax matters agreement, there could be a material adverse impact on our business, financial condition, results of operations, and cash flows in future reporting periods.

***Our failure to comply with the anti-corruption laws of the U.S. and various international jurisdictions could negatively impact our reputation and results of operations.***

Doing business on a global basis requires us to comply with the laws and regulations of the U.S. government and those of various international and sub-national jurisdictions, and our failure to successfully comply with these rules and regulations may expose us to liabilities. These laws and regulations apply to companies, individual directors, officers, employees, and agents, and may restrict our operations, trade practices, investment decisions, and partnering activities. In particular, our international operations are subject to U.S. and foreign anti-corruption laws and regulations, such as the U.S. Foreign Corrupt Practices Act ("FCPA"), the U.K. Bribery Act 2010 ("Bribery Act"), and other anti-corruption laws of the various jurisdictions in which we operate. The FCPA, the Bribery Act, and other laws prohibit us and our officers, directors, employees, and agents acting on our behalf from corruptly offering, promising, authorizing, or providing anything of value to foreign officials for the purposes of influencing official decisions or obtaining or retaining business or otherwise obtaining favorable treatment. Our global operations may expose us to the risk of violating, or being accused of violating, the foregoing or other anti-corruption laws. Such violations could be punishable by criminal fines, imprisonment, civil penalties, disgorgement of profits, injunctions, and exclusion from government contracts, as well as other remedial measures. Investigations of alleged violations can be very expensive, disruptive, and damaging to our reputation. Although we have implemented anti-corruption policies and procedures, there can be no guarantee that these policies, procedures, and training will effectively prevent violations by our employees or representatives in the future. Additionally, we face a risk that our distributors and other business partners may violate the FCPA, the Bribery Act, or similar laws or regulations. Such violations could expose us to FCPA and Bribery Act liability, and/or our reputation may potentially be harmed by their violations and resulting sanctions and fines.

19

**The Chemours Company**

**Risks Related to COVID-19**

***A pandemic, epidemic, or other outbreak of infectious disease may have a material adverse effect on our business operations, results of operations, financial condition, and cash flows.***

Our operational and financial condition may be negatively impacted by the widespread outbreak of any illnesses or communicable diseases, as well as any associated public health crises that may ensue. In December 2019, a novel coronavirus disease ("COVID-19") was identified in Wuhan, China. COVID-19 has continued to spread globally, including areas in which we operate and sell our products. In March 2020, the World Health Organization declared COVID-19 a global pandemic, and the President of the United States declared the COVID-19 outbreak a national emergency. Since the initial stages of the pandemic, certain economies in regions throughout the world have started to reopen; however, certain of these regions have also seen further spread and even resurgences in the number of positively identified infections. Particularly in the Americas and Europe, infections have continued to spread, leading to health-related concerns in regions where we have several key manufacturing facilities. In an attempt to minimize the transmission of COVID-19, significant social and economic restrictions have been imposed throughout the U.S. and abroad, including travel bans, quarantines, restrictions on public gatherings, shelter-in-place orders, and/or safer-at-home orders. These restrictions, while necessary and important for public health, have negative business-related implications for the Company and the U.S. and global economies.

Throughout 2020, the COVID-19 pandemic has negatively impacted the global economy, disrupting global supply chains and creating significant uncertainty and volatility in financial markets. As of the filing of this Annual Report on Form 10-K, we continue to experience minimal disruption in our operations and business-related processes. However, due to reduced consumer demand for certain of our customers' end-products, we have experienced the negative impact of COVID-19 in our results of operations, and we anticipate that this weakened consumer demand will continue to have a negative impact on our financial results. Refer to *Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations* in this Annual Report on Form 10-K for further information. We are continuously monitoring the effects of the COVID-19 pandemic on all aspects of our business, including its adverse impacts on our employees, customers, suppliers, vendors, business partners, and supply and distribution channels, as well as our ability to execute our business strategies and objectives. As a multi-national corporation, we are also continuously monitoring the operational and financial impacts of evolving restrictive local and national laws and regulations, as well as recommendations set forth by public health organizations and governmental organizations to impede the spread of COVID-19.

The extent to which the COVID-19 pandemic will continue to adversely impact our Company depends on currently evolving factors, as well as future developments that we are not able to predict with certainty. Such factors and potential developments may include but are not limited to:

- the duration, intensity, mutation, and spread of the virus, including how quickly and to what extent normal economic and operating conditions can resume;

- the health of our employees, and our ability to meet staffing needs at our manufacturing sites and in other critical functions;

- the health of the workforce of certain third-party service providers or contractors, and their ability to provide contracted services at our manufacturing sites or in other critical functions;

- federal, state, local, and foreign governmental and/or self-imposed actions that promote general safety and well-being, such as restrictions on travel and transport, regional quarantines, temporary site or office closures, and other social distancing measures, as well as the successful widespread distribution of vaccines;

- volatility in the broader financial markets, which may negatively impact our credit rating and our ability to obtain additional financial liquidity through either capital or debt offerings at acceptable terms, if at all;

- our ability to pay dividends or repurchase common stock in the future;

- consumer and business confidence and the resulting decreases in our customers' demand and spending patterns, as well as their respective abilities to fulfill any existing purchasing obligations;

- generation of sufficient cash flows to fulfill our indebtedness and general business obligations;

- increased operating costs to deal with the impacts of COVID-19;

- supply chain inefficiencies or ineffectiveness, including raw materials shortages, driven by the impacts of COVID-19 on our suppliers, as well as any increases in freight expense or other costs of transport;

- modifications to our operating footprint driven by potential future developments, such as decreases in consumer demand, geographical spread of the virus, and additional restrictive federal, state, local, and foreign government actions;

- impairments to our fixed and/or intangible assets, including goodwill, that may be recorded due to weaker prolonged economic conditions;

- interruptions in any services provided by our business partners; and,

- the potential negative impacts on our internal controls over financial reporting, including potential future significant deficiencies or material weaknesses, as a result of changes in working environments.

20

**The Chemours Company**

The widespread outbreak of any illness or communicable disease could result in, and in the instance of the COVID-19 pandemic has resulted in, a significant health crisis that adversely affects local and global economies and financial markets, including the companies that operate within these conditions. Each of the above considerations related to the COVID-19 pandemic remain highly uncertain and subject to change, continue to evolve, and have the potential to have a material adverse impact on our business operations, results of operations, financial condition, and cash flows. However, we cannot predict with certainty the magnitude of such impacts at this time. The impact of COVID-19 may also exacerbate our other risks, as described in this *Item 1A - Risk Factors*, any of which could have a material effect on us. The situation continues to evolve at a rapid pace, and additional impacts of which we are not currently aware may also arise.

**Risks Related to Our Business Performance**

***Operating as a multi-national corporation presents risks associated with global and regional economic downturns and global capital market conditions, as well as risks resulting from changes to regional regulatory requirements (including environmental standards).***

Our business and operating results may in the future be adversely affected by global economic conditions, including instability in credit markets, declining consumer and business confidence, fluctuating commodity prices and interest rates, volatile exchange rates, and other challenges, such as tariffs on international trade, border adjustments for certain products, and a changing financial regulatory environment that could affect the global economy. Such global economic conditions may be further affected by physical risks that stem from a number of root causes, including natural disasters, climate change, and/or travel-based restrictions that may be driven by geo-political activities, military actions, terrorism, and the spread of pandemics, such as the COVID-19 pandemic.

Our customers may experience deterioration of their businesses, shortages in cash flows, and difficulty obtaining financing. As a result, existing or potential customers may delay or cancel plans to purchase products and may not be able to fulfill their obligations to us in a timely fashion. Further, suppliers could experience similar conditions, which could impact their ability to supply materials or otherwise fulfill their obligations to us. Because we have significant international operations, there are a large number of currency transactions that result from our international sales, purchases, investments, and borrowings. Also, our effective tax rate may fluctuate because of variability in our geographic mix of earnings, changes in statutory rates, and taxes associated with the repatriation of our non-U.S. earnings. Future weakness in the global economy and failure to manage these risks could adversely affect our results of operations, financial condition, and cash flows in future periods.

In addition to the general risks associated with operating in the global economy, our revenue and profitability are largely dependent on the $TiO_2$ pigment industry and the industries that are the end-users of our fluorochemicals and fluoropolymers. $TiO_2$ pigment, fluorochemicals, and fluoropolymers are used in many "quality of life" products for which demand historically has been linked to global, regional, and local GDP and discretionary spending, which can be negatively impacted by regional and world events or economic conditions. Such events, which may or may not impact all of our businesses at the same time or to the same degree, are likely to cause a decrease in the demand for our products and, as a result, may have an adverse effect on our results of operations and financial condition. The future profitability of our operations, and cash flows generated by those operations, will also be affected by the available supply of our products in the market. Our future Ti-Pure™ demand growth may be below average global GDP growth rates if our sales into developed markets outpace our sales into emerging markets. In addition, because demand for our fluorochemicals is driven in part by industry needs to comply with certain mandated environmental regulations (such as markets for refrigerants and foams with low GWP), changes in, the elimination of, or lack of enforcement of such environmental regulations in the U.S., the EU, or other jurisdictions can also negatively impact demand for such products and, as a result, our results of operations and financial condition.

***The businesses in which we compete are highly competitive. If our intellectual property were compromised or copied by competitors, or if our competitors were to develop similar or superior intellectual property or technology, our results of operations could be negatively affected.***

Each of the businesses in which we operate is highly competitive. Competition in the performance chemicals industry is based on a number of factors, such as price, product quality, and service. We face significant competition from major international and regional competitors. Some of our competitors have announced plans to expand their chloride capacity. Additionally, our Titanium Technologies business competes with numerous regional producers, including producers in China, who have expanded their readily available production capacity during the previous five years. The risk of substitution of these Chinese producers by our customers could increase as these Chinese producers expand their use of chloride production technology. Similarly, we compete with various producers in our Thermal & Specialized Solutions and Advanced Performance Materials businesses, and the risk of substitution of these producers by our customers could increase if these producers develop better capabilities to manufacture products similar to our specialty products.

21

**The Chemours Company**

Intellectual property rights, including patents, trade secrets, confidential information, trademarks, and tradenames are important to our business. We endeavor to protect our intellectual property rights in key jurisdictions in which our products are produced or used and in jurisdictions into which our products are imported. Our success depends to a significant degree upon our ability to protect and preserve our intellectual property rights. However, we may be unable to obtain protection for our intellectual property in key jurisdictions. Although we own and have applied for numerous patents and trademarks throughout the world, we may have to rely on judicial enforcement of our patents and other proprietary rights. Our patents and other intellectual property rights may be challenged, invalidated, circumvented, and rendered unenforceable or otherwise compromised. A failure to protect, defend, or enforce our intellectual property could have an adverse effect on our financial condition and results of operations. Similarly, third parties may assert claims against us and our customers and distributors, alleging our products infringe upon third-party intellectual property rights.

We also rely upon unpatented proprietary technology, know-how, and other trade secrets to maintain our competitive position. While we maintain policies to enter into confidentiality agreements with our employees and third parties to protect our proprietary expertise and other trade secrets, these agreements may not be enforceable or, even if legally enforceable, we may not have adequate remedies for breaches of such agreements. We also may not be able to readily detect breaches of such agreements. The failure of our patents or confidentiality agreements to protect our proprietary technology, know-how, or trade secrets could result in significantly lower revenues, reduced profit margins, or loss of market share.

If we must take legal action to protect, defend, or enforce our intellectual property rights, any suits or proceedings could result in significant costs and diversion of resources and management's attention, and we may not prevail in any such suits or proceedings. A failure to protect, defend, or enforce our intellectual property rights could have an adverse effect on our financial condition and results of operations.

***Effects of price fluctuations in energy and raw materials, our raw materials contracts, and our inability to renew such contracts, could have a significant impact on our earnings.***

Our manufacturing processes consume significant amounts of energy and raw materials, the costs of which may be subject to worldwide supply and demand factors, global trade regulations and tariffs, GHG emissions-based regulations, and other factors beyond our control. Variations in the cost of energy, which primarily reflect market prices for oil and natural gas, and for raw materials may significantly affect our operating results from period to period. Additionally, to the extent climate change regulations and restrictions are not stringently imposed in the countries in which our competitors operate, our competitors could gain cost or other competitive advantages. Consolidation in the industries providing our raw materials may also have an impact on the cost and availability of such materials. To the extent we do not have fixed price contracts with respect to specific raw materials, we have no control over the costs of raw materials, and such costs may fluctuate widely for a variety of reasons, including changes in availability, major capacity additions or reductions, or significant facility operating problems.

When possible, we have purchased, and we plan to continue to purchase, raw materials, including titanium-bearing ores and fluorspar, through negotiated medium-term or long-term contracts to minimize the impact of price fluctuations. To the extent that we have been able to achieve favorable pricing in our existing negotiated long-term contracts, we may not be able to renew such contracts at the current prices, or at all, and this may adversely impact our profitability and cash flows from operations. However, to the extent that the prices of the raw materials that we utilize significantly decline, we may be bound by the terms of our existing long-term contracts and obligated to purchase such raw materials at higher prices as compared to other market participants.

We attempt to offset the effects of higher energy and raw materials costs through selling price increases, productivity improvements, and cost reduction programs. However, the outcome of these efforts is largely determined by existing competitive and economic conditions, and may be subject to a time delay between the increase in our raw materials costs and our ability to increase prices, which could vary significantly depending on the market served. If we are not able to fully offset the effects of higher energy or raw materials costs, there could be a material adverse effect on our financial results.

***Our reported results and financial condition could be adversely affected by currency exchange rates and currency devaluation could impair our competitiveness.***

Due to our international operations, we transact in many foreign currencies, including, but not limited to, the euro, the Mexican peso, the Chinese yuan, and the Japanese yen. As a result, we are subject to the effects of changes in foreign currency exchange rates. During times of a strengthening U.S. dollar, our reported net sales and operating income will be reduced because the local currency will be translated into fewer U.S. dollars. During periods of local economic crisis, local currencies may be devalued significantly against the U.S. dollar, potentially reducing our margin. For example, depreciation of the euro against the U.S. dollar has historically negatively impacted our results of operations, and further decline of the euro could affect future periods. We also have certain indebtedness denominated in the euro, and, during times of a strengthening euro relative to the U.S. dollar, our overall debt obligations denominated in U.S. dollars will increase.

22

**The Chemours Company**

We enter into certain of our qualifying foreign currency forward contracts under a cash flow hedge program to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases for certain of our international subsidiaries. There can be no assurance that any hedging action will lessen the adverse impact of a variation in currency rates. Also, actions to recover margins may result in lower volume and a weaker competitive position, which may have an adverse effect on our profitability. For example, in our Titanium Technologies segment, a substantial portion of our manufacturing is located in the U.S. and Mexico, while our $TiO_2$ pigment is delivered to customers around the world. Furthermore, our ore cost is principally denominated in U.S. dollars. Accordingly, in periods when the U.S. dollar or Mexican peso strengthen against other local currencies, such as the euro, our costs are higher relative to some of our competitors who operate largely outside of the U.S., and the benefits we realize from having lower costs associated with our manufacturing process are reduced, impacting our profitability.

***If we are unable to innovate and successfully introduce new products, or new technologies or processes reduce the demand for our products or the price at which we can sell products, our profitability could be adversely affected.***

Our industries and the end-use markets into which we sell our products experience periodic technological changes and product improvements, as well as changes in mandates on or regulation of products and services. Our future growth will depend on our ability to gauge the direction of commercial and technological progress in key end-use markets, our ability to fund and successfully develop, manufacture, and market products in such changing end-use markets, and our ability to adapt to changing regulations. We must continue to develop lower-emission manufacturing technologies and identify, develop, and market innovative products or enhance existing products on a timely basis to maintain our profit margins and our competitive position. We may be unable to develop new products or technologies, either alone or with third parties, or license intellectual property rights from third parties on a commercially competitive basis. If we fail to keep pace with the evolving technological innovations in our end-use markets on a competitive basis, including with respect to innovation with regard to the development of alternative uses for, or application of, products developed that utilize such end-use products, our financial condition and results of operations could be adversely affected. We cannot predict whether technological innovations will, in the future, result in a lower demand for our products or affect the competitiveness of our business. We may be required to invest significant resources to adapt to changing technologies, markets, customer behaviors and demands, competitive environments, and laws, regulations, or enforcements. We cannot anticipate market acceptance of new products or future products. In addition, we may not achieve our expected benefits associated with new products developed to meet new laws, regulations, or enforcements if the implementation of such laws, regulations, or enforcements is delayed, and we may face competition from illegal or counterfeit products in regulated markets.

***If our long-lived assets become impaired, we may be required to record a significant charge to earnings.***

We have a significant amount of long-lived assets on our consolidated balance sheets. Under GAAP, we review our long-lived assets for impairment when events or changes in circumstances indicate the carrying value may not be recoverable. Factors that may be considered a change in circumstances, indicating that the carrying value of our long-lived assets may not be recoverable, include, but are not limited to, changes in the industrial, economic, political, social, and physical landscapes in which we operate, as well as competition or other factors leading to a reduction in expected long-term sales or profitability. We may be required to record a significant non-cash charge in our financial statements during the period in which any impairment of our long-lived assets is determined, negatively impacting our results of operations.

We are currently in the process of constructing a new Mining Solutions facility in Gomez Palacio, Durango, Mexico. Following the commencement of the construction, several lawsuits were filed, which resulted in suspension of construction and nullification of our environmental permit at the site. Refer to "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information.

***We could be subject to changes in our tax rates and the adoption of tax legislation or exposure to additional tax liabilities that may adversely affect our results of operations, financial condition, and cash flows.***

We are subject to taxes in the U.S. and non-U.S. jurisdictions where our subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. Our future effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, and changes in tax laws or their interpretations. Our tax returns and other tax matters are subject to examination by local tax authorities and governmental bodies. We regularly assess the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of our provision for taxes. There can be no assurance as to the outcome of these examinations. If our effective tax rates were to increase, or if the ultimate determination of the taxes owed by us is for an amount in excess of amounts previously accrued, our operating results, financial condition, and cash flows could be adversely affected.

**The Chemours Company**

***We are subject to continuing contingent tax-related liabilities of EID.***

There are several significant areas where the liabilities of EID may become our obligations. For example, under the Internal Revenue Code ("IRC") and the related rules and regulations, each corporation that was a member of EID's consolidated tax reporting group during any taxable period or portion of any taxable period ending on or before the effective time of the distribution is jointly and severally liable for the U.S. federal income tax liability of the entire consolidated tax reporting group for such taxable period. In connection with the Separation and distribution, we entered into a tax matters agreement with EID that allocates the responsibility for prior period taxes of EID's consolidated tax reporting group between us and EID. If EID were unable to pay any prior period taxes for which it is responsible, however, we could be required to pay the entire amount of such taxes, and such amounts could be significant. Other provisions of federal, state, local, or foreign law may establish similar liability for other matters, including laws governing tax-qualified pension plans, as well as other contingent liabilities.

***We are a holding company that is dependent on cash flows from our operating subsidiaries to fund our debt obligations, PFAS escrow funding requirements, capital expenditures, and ongoing operations.***

All of our operations are conducted, and all of our assets are owned, by our operating companies, which are our subsidiaries. We intend to continue to conduct our operations at the operating companies and any future subsidiaries. Consequently, our cash flows and our ability to meet our obligations, including our PFAS escrow funding requirements, or make cash distributions depends upon the cash flows of our operating companies and any future subsidiaries, as well as the payment of funds by our operating companies and any future subsidiaries in the form of dividends or otherwise. The ability of our operating companies and any future subsidiaries to make any payments to us depends on their earnings, the terms of their indebtedness, including the terms of any credit facilities, and legal restrictions regarding the transfer of funds.

Our debt is generally the exclusive obligation of The Chemours Company and our guarantor subsidiaries, as described in "Note 20 - Debt" to the *Consolidated Financial Statements*. Because a significant portion of our operations are conducted by non-guarantor subsidiaries, our cash flows and our ability to service indebtedness, including our ability to pay the interest on our debt when due and principal of such debt at maturity, are dependent to a large extent upon cash dividends and distributions or other transfers from such non-guarantor subsidiaries. Any payment of dividends, distributions, loans, or advances by our non-guarantor subsidiaries to us could be subject to restrictions on dividends or repatriation of earnings under applicable local law, monetary transfer restrictions, and foreign currency exchange regulations in the jurisdictions in which our subsidiaries operate, and any restrictions imposed by the current and future debt instruments of our non-guarantor subsidiaries. In addition, payments to us by our subsidiaries are contingent upon our subsidiaries' earnings.

Our subsidiaries are separate legal entities and, except for our guarantor subsidiaries, have no obligation, contingent or otherwise, to pay any amounts due on our debt or to make any funds available for those amounts, whether by dividends, loans, distributions, or other payments, and do not guarantee the payment of interest on, or principal of, our debt. Any right that we have to receive any assets of any of our subsidiaries that are not guarantors upon the liquidation or reorganization of any such subsidiary, and the consequent right of holders of the outstanding notes to realize proceeds from the sale of their assets, will be structurally subordinated to the claims of that subsidiary's creditors, including trade creditors and holders of debt issued by that subsidiary.

***Failure to meet some or all of our key financial and non-financial targets could negatively impact the value of our business and adversely affect our stock price.***

From time to time, we may announce certain key financial and non-financial targets that are expected to serve as benchmarks for our performance for a given time period, including goals for our future net sales growth, adjusted earnings before interest, taxes, depreciation, and amortization, adjusted earnings per share, free cash flows, return on invested capital, net leverage ratio, corporate responsibility, and/or sustainability. Our failure to meet one or more of these key targets may negatively impact our results of operations, stock price, and stockholder returns. The factors influencing our ability to meet these key targets include, but are not limited to, changes in the global economic environment, changes in our competitive landscape, including our relationships with new or existing customers, our ability to introduce new products, applications, or technologies, our undertaking of an acquisition, joint venture, or other strategic arrangement, the outcome of any new or existing litigation, our failure to comply with new or existing laws or regulations, and other factors described within this *Item 1A - Risk Factors*, many of which are beyond our control.

24

**The Chemours Company**

<u>Risks Related to Our Operations</u>

***Our ability to make future strategic decisions regarding our manufacturing operations are subject to regulatory, environmental, political, legal, and economic risks, and to a certain extent may be subject to consents or cooperation from EID under the agreements entered into between us and EID as part of the Separation. These could adversely affect our ability to execute our future strategic decisions and our results of operations and financial condition.***

One of the ways we may improve our business is through the expansion or improvement of our facilities. Construction of additions or modifications to facilities involves numerous regulatory, environmental, political, legal, and economic uncertainties that are beyond our control and are subject to various start-up risks and consent to operate. Difficulties in obtaining any of the requisite licenses, permits, and authorizations from governmental or regulatory authorities could increase the total cost, delay, jeopardize, or prevent the construction or opening of such facilities. Our expansion or improvement projects may also require the expenditure of significant amounts of capital, and financing may not be available on economically acceptable terms, or at all. As a result, these projects may not be completed on schedule, at the budgeted cost, or at all, which may adversely affect our results of operations, financial condition, and cash flows. Moreover, our revenue may not increase immediately upon the expenditure of funds on a particular project or may be negatively impacted by regulatory or other developments relating to the chemicals we use or manufacture. As a result, we may not be able to realize our expected investment return, which could also adversely affect our results of operations, financial condition, and cash flows.

We periodically assess our manufacturing operations in order to manufacture and distribute our products in the most efficient manner and to minimize the potential impacts of climate-related physical risks on our operations. Based on our assessments, we may make strategic decisions regarding our manufacturing operations, such as capital improvements to modernize certain units and/or improve structural resilience, move manufacturing or distribution capabilities from one plant or facility to another plant or facility, discontinue manufacturing or distributing certain products, or close or divest all or part of a manufacturing plant or facility, some of which have significant shared services and lease agreements with EID. These agreements may adversely impact our ability to make these strategic decisions regarding our manufacturing operations. Further, if such agreements are terminated or revised, we would have to assess and potentially adjust our manufacturing operations, the closure or divestiture of all or part of a manufacturing plant or facility that could result in future charges that could be significant.

***Hazards associated with chemical manufacturing, storage, containment, and transportation could adversely affect our results of operations.***

There are hazards associated with chemical manufacturing and the related storage, containment, and transportation of raw materials, products, and wastes. These hazards could lead to an interruption or suspension of operations and have an adverse effect on the productivity and profitability of a particular manufacturing facility or on us as a whole. While we endeavor to provide adequate protection for the safe-handling of these materials, issues could be created by various events, including unforeseen accidents or defects, natural disasters, severe weather events, acts of sabotage, military actions, terrorism, and performance by third parties, including tenants at certain of our manufacturing facilities, and, as a result, we could face the following potential hazards:

- piping and storage tank leaks and ruptures;

- mechanical failure;

- employee exposure to hazardous substances;

- fires and explosions; and,

- chemical spills and other discharges or releases of toxic or hazardous substances or gases.

These hazards may cause personal injury and loss of life, damage to property, contamination of the environment, and damage to natural resources, which could lead to government fines and penalties, remedial obligations, work stoppage injunctions, claims and lawsuits by injured persons, damage to our public reputation and brands, loss of sales and market access, customer dissatisfaction, and diminished product acceptance. If such actions are determined adversely to us or there is an associated economic impact to our business, we may have inadequate insurance or cash flows to offset any associated costs. Such outcomes could adversely affect our financial condition and results of operations.

25

**The Chemours Company**

***Our results of operations and financial condition could be seriously impacted by business disruptions and security breaches, including cybersecurity incidents.***

Business and/or supply chain disruptions, plant downtime, power outages, and/or information technology system and network disruptions, regardless of cause, including acts of sabotage, employee error or other actions, geo-political activity, military actions, and terrorism (including cyberterrorism) could seriously harm our operations, as well as the operations of our customers and suppliers. Further, the nature of our business dictates that we maintain significant concentrations of physical assets in geographic locations which may be vulnerable to the impacts of climate change, including significant changes in storm patterns and intensities, water shortages, increasing atmospheric and water temperatures, and rising sea levels. Such events could also seriously harm our operations, as well as the operations of our customers and suppliers, and accordingly, we continue to study the long-term implications of changing climate parameters on plant siting, operational issues, and water availability. Any of the aforementioned disruptions and/or events could have a negative impact on our business, results of operations, financial condition, and cash flows.

Failure to effectively prevent, detect, and recover from security breaches, including attacks on information technology and infrastructure by hackers, viruses, breaches due to employee error or other actions, or other disruptions, could result in misuse of our assets, business disruptions, loss of property including trade secrets and confidential business information, legal claims or proceedings, reporting errors, processing inefficiencies, negative media attention, loss of sales, and interference with regulatory compliance. Such risks are particularly relevant in consideration of remote working arrangements utilized by our workforce where practicable during the COVID-19 pandemic. Like most major corporations, we have been, and expect to be, the target of industrial espionage, including cyberattacks, from time to time. We have determined that these attacks have resulted, and could result in the future, in unauthorized parties gaining access to certain confidential business information, and have included the obtaining of trade secrets and proprietary information related to the chloride manufacturing process for $TiO_2$ pigment by third parties. Although we do not believe that we have experienced any material losses to date related to these breaches, there can be no assurance that we will not suffer any such losses in the future. We plan to actively manage the risks within our control that could lead to business disruptions and security breaches. As these threats continue to evolve, particularly around cybersecurity, we may be required to expend significant resources to enhance our control environment, processes, practices, and other protective measures. Despite these efforts, such events could materially adversely affect our business, financial condition, or results of operations.

Our information technology is provided by a combination of internal and external services and service providers, and we rely on information technology in many aspects of our business, including internal and external communications, and the management of our accounting, finance, and supply chain functions. Further, our business involves the use, storage, and transmission of information about customers, suppliers, and employees. As we become more dependent on information technology to conduct our business, and as the number and sophistication of cyberattacks increases, the risks associated with cybersecurity, information security, and data privacy also increase. In response to such risks, we provide our employees with cyber and information security training on a periodic and an annual basis. Failure to maintain effective internal control over our information technology and infrastructure could materially adversely affect our business, financial condition, or results of operations, and/or have a material adverse impact on our stock price.

Preparedness plans pertaining to the physical- and cyber-related aspects of our business have been developed and detail the actions needed in the event of unforeseen events or severe weather. We also engineer our facilities to better withstand these events and hold limited insurance coverage to protect against losses from physical damages and business interruptions. These measures have historically been in place, and such activities and associated costs are driven by normal operational preparedness. However, there can be no assurance that such measures will be effective for a particular event that we may experience.

***Our operations could be materially impacted in the event of a failure of our information technology infrastructure.***

We currently use an enterprise resource planning ("ERP") software platform that is no longer supported; however, we are able to pay for extended, customer-specific support, which can be costly. We are currently evaluating our options to upgrade or switch this platform. Any systems failure, accident, or security breach could result in significant costs or disruptions to our operations, which could have a material adverse effect on our business. Further, such improvements and upgrades are often complex, costly, and time-consuming. We may experience challenges integrating any new ERP software platform with our existing technology systems, or may uncover problems with our existing technology systems. Any unsuccessful attempt to upgrade or switch our ERP software platform could result in outages, a disruption to our operations and our ability to serve our customers, and/or damage to our reputation.

26

**The Chemours Company**

## Risks Related to Our Indebtedness

***Our current level of indebtedness could adversely affect our financial condition, and we could have difficulty fulfilling our obligations under our indebtedness, which may have a material adverse effect on us.***

As of December 31, 2020, we had approximately $4.1 billion of indebtedness. At December 31, 2020, together with the guarantors, we had approximately $1.3 billion of indebtedness outstanding under our senior secured credit facilities, and an $800 million revolving credit facility ("Revolving Credit Facility") capacity, which would be senior secured indebtedness, if drawn (collectively, the "Senior Secured Credit Facilities"). Our current level of indebtedness increases the risk that we may be unable to generate cash sufficient to pay amounts due in respect of our indebtedness. The level of our indebtedness could have other important consequences on our business, including:

- making it more difficult for us to satisfy our obligations with respect to indebtedness;

- increasing our vulnerability to adverse changes in general economic, industry, and competitive conditions;

- requiring us to dedicate a significant portion of our cash flows from operations to make payments on our indebtedness, thereby reducing the availability of our cash flows to fund working capital and other general corporate purposes;

- limiting our flexibility in planning for, or reacting to, changes in our business and the industry in which we operate;

- restricting us from capitalizing on business opportunities;

- placing us at a competitive disadvantage compared to our competitors that have less debt;

- limiting our ability to borrow additional funds for working capital, acquisitions, debt service requirements, execution of our business strategy, or other general corporate purposes;

- requiring us to provide additional credit support, such as letters of credit or other financial guarantees, to our customers, suppliers, or regulators, thereby limiting our availability of funds under our Revolving Credit Facility;

- limiting our ability to enter into certain commercial arrangements because of concerns of counterparty risks; and,

- limiting our ability to adjust to changing market conditions and placing us at a competitive disadvantage compared to our competitors that have less debt.

The occurrence of any one or more of these circumstances could have a material adverse effect on us.

Our ability to make scheduled payments on and to refinance our indebtedness, including on our outstanding notes, depends on and is subject to our financial and operating performance, which in turn is affected by general and regional economic, financial, competitive, business, and other factors (many of which are beyond our control), including the availability of financing in the international banking and capital markets. We cannot be certain that our business will generate sufficient cash flows from operations or that future borrowings will be available to us in an amount sufficient to enable us to service our debt, including the outstanding notes, to refinance our debt, or to fund our other liquidity needs.

If we are unable to meet our debt service obligations or to fund our other liquidity needs, we will need to restructure or refinance all or a portion of our debt, including the outstanding notes. Failure to successfully restructure or refinance our debt could cause us to default on our debt obligations and would impair our liquidity. Our ability to restructure or refinance our debt will depend on the condition of the capital markets and our financial condition at such time. Any refinancing of our indebtedness could be at higher interest rates and may require us to comply with more onerous covenants that could further restrict our business operations.

Moreover, in the event of a default of our debt service obligations, the holders of the applicable indebtedness, including holders of our outstanding notes and the Senior Secured Credit Facilities, could elect to declare all the funds borrowed to be due and payable, together with accrued and unpaid interest. We cannot be certain that our assets or cash flows would be sufficient to fully repay borrowings under our outstanding debt instruments if accelerated upon an event of default. First, a default in our debt service obligations in respect of the outstanding notes would result in a cross-default under the Senior Secured Credit Facilities. The foregoing would permit the lenders under the Revolving Credit Facility to terminate their commitments thereunder and cease making further loans, and would allow the lenders under the Senior Secured Credit Facilities to declare all loans immediately due and payable and to institute foreclosure proceedings against their collateral, which could force us into bankruptcy or liquidation. Second, any event of default or declaration of acceleration under the Senior Secured Credit Facilities or certain other agreements relating to our outstanding indebtedness could also result in an event of default under the indenture governing the outstanding notes, and any event of default or declaration of acceleration under any other of our outstanding indebtedness may also contain a cross-default provision. Any such default, event of default, or declaration of acceleration could materially and adversely affect our results of operations and financial condition.

Refer to "Note 20 - Debt" to the *Consolidated Financial Statements* for further discussion related to our indebtedness.

27

**The Chemours Company**

***Despite our current level of indebtedness, we may incur substantially more debt and enter into other transactions, which could further exacerbate the risks to our financial condition described above.***

Notwithstanding our current level of indebtedness, we may incur significant additional indebtedness in the future, including additional secured indebtedness (including the $800 million maximum capacity under the Revolving Credit Facility) that would be effectively senior to our outstanding notes. Although the indenture that governs the outstanding notes and the credit agreement that governs the Senior Secured Credit Facilities contain restrictions on our ability to incur additional indebtedness and to enter into certain types of other transactions, these restrictions are subject to a number of significant qualifications and exceptions. Additional indebtedness incurred in compliance with these restrictions, including additional secured indebtedness, could be substantial. These restrictions also do not prevent us from incurring obligations, such as trade payables, that do not constitute indebtedness as defined under our debt instruments. To the extent such new debt is added to our current debt levels, the substantial leverage risks described in the immediately preceding risk factor would increase.

***We may need additional capital in the future and may not be able to obtain it on favorable terms.***

Our industry is capital intensive, and we may require additional capital in the future to finance our growth and development, implement further marketing and sales activities, fund ongoing R&D activities, make investments driven by environmental compliance, and meet general working capital needs. Our capital requirements will depend on many factors, including acceptance of and demand for our products, the extent to which we invest in new technology and R&D projects, and the status and timing of these developments, as well as the general availability of capital from debt and/or equity markets. However, debt or equity financing may not be available to us on terms we find acceptable, if at all. If we are unable to raise additional capital when needed, our financial condition could be materially and adversely affected.

Additionally, our failure to maintain the credit ratings on our debt securities, including the outstanding notes, could negatively affect our ability to access capital and could increase our interest expense on future indebtedness. We expect the credit rating agencies to periodically review our capital structure and the quality and stability of our earnings. Deterioration in our capital structure or the quality and stability of our earnings could result in a downgrade of our overall credit ratings and our debt securities. Any negative rating agency actions could constrain the capital available to us, reduce or eliminate available borrowing to us, and could limit our access to and/or increase the cost of funding our operations. If, as a result, our ability to access capital when needed becomes constrained, our interest costs could increase, which could have material adverse effect on our results of operations, financial condition, and cash flows.

***The agreements governing our indebtedness restrict our current and future operations, particularly our ability to respond to changes or to take certain actions.***

The agreements governing our indebtedness, including the outstanding notes, contain, and the agreements governing future indebtedness and future debt securities may contain, significant restrictive covenants and, in the case of the Revolving Credit Facility, financial maintenance and negative covenants that will limit our operations, including our ability to engage in activities that may be in our long-term best interests. These restrictive covenants may limit us, and our restricted subsidiaries, from taking, or give rights to the holders of our indebtedness in the event of, the following actions:

- incurring additional indebtedness and guaranteeing indebtedness and other obligations;

- paying dividends or making other distributions in respect of, or repurchasing or redeeming, our capital stock;

- making acquisitions or other investments;

- prepaying, redeeming, or repurchasing certain indebtedness;

- selling or otherwise disposing of assets;

- selling stock of our subsidiaries;

- incurring liens;

- entering into transactions with affiliates;

- entering into agreements restricting our subsidiaries' ability to pay dividends;

- entering into transactions that result in a change of control of us; and,

- consolidating, merging, or selling all or substantially all of our assets.

Our failure to comply with those covenants could result in an event of default that, if not cured or waived, could result in the acceleration of some or all of our indebtedness, which could lead us to bankruptcy, reorganization, or insolvency.

28

**The Chemours Company**

***Our variable rate indebtedness subjects us to interest rate risk, which could cause our indebtedness service obligations to increase significantly.***

Our borrowings under the Senior Secured Credit Facilities are at variable rates and expose us to interest rate risk. As a result, if interest rates increase, our debt service obligations under the Senior Secured Credit Facilities or other variable rate debt would increase, even though the amount borrowed would remain the same, and our net income and cash flows, including cash available for servicing our indebtedness, would correspondingly decrease. As of December 31, 2020, we had approximately $1.3 billion of our outstanding debt under the Senior Secured Credit Facilities at variable interest rates.

Beginning in the second quarter of 2020, we elected to expand our cash flow hedge program and enter into interest rate swaps, which are used to mitigate the volatility in our cash payments for interest due to fluctuations in the London Interbank Offered Rate ("LIBOR"), as is applicable to the portion of our Senior Secured Credit Facilities denominated in U.S. dollars. Refer to "Note 26 - Financial Instruments" to the *Consolidated Financial Statements* for further details regarding our interest rate swaps designated as a cash flow hedge.

**General Risk Factors**

***Our stock price could become more volatile and investments could lose value.***

The market price for our common stock may be affected by a number of factors, including, but not limited to:

- our quarterly or annual earnings, or those of other companies in our industry;

- actual or anticipated fluctuations in our operating results;

- changes in earnings estimates by securities analysts or our ability to meet those estimates or our earnings guidance;

- anticipated or actual outcomes or resolutions of legal or other contingencies;

- the operating and stock price performance of other comparable companies;

- a change in our dividend or stock repurchase activities;

- changes in applicable rules and regulations and the reputation of our business;

- the announcement of new products by us or our competitors;

- overall market fluctuations and domestic and worldwide economic conditions; and,

- other factors described in this *Item 1A - Risk Factors*, and elsewhere within this Annual Report on Form 10-K.

A significant drop or rise in our stock price could expose us to costly and time-consuming litigation, which could result in substantial costs and divert management's attention and resources, resulting in an adverse effect on our business. As further described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, lawsuits have been filed alleging that Chemours and certain of its officers have violated the Exchange Act of 1934.

***We cannot guarantee the timing or amount of our dividends and/or our share repurchases, which are subject to a number of uncertainties that may affect the price of our common stock.***

The declaration, payment, and amount of any dividends, and/or the decision to purchase common stock under our share repurchase programs, are subject to the sole discretion of our board of directors and, in the context of our financial policy and capital allocation strategy, will depend upon many factors, including our financial condition, operating results, cash flows, and relevant prospects, our capital requirements and access to capital markets, covenants associated with certain of our debt obligations, legal requirements, and other factors that our board of directors may deem relevant, and there can be no assurances that we will continue to pay a dividend or repurchase our common shares in the future.

The reduction or elimination of our dividends or share repurchase programs could adversely affect the price of our common stock. Additionally, any repurchases of our common stock will reduce the amount of our common stock outstanding. There can be no assurances that any share repurchase activity will increase stockholder value due to market fluctuations in the price of our common stock, which may reduce the price of our common stock to levels below the repurchase price. Although our share repurchase programs are designed to enhance long-term shareholder value, short-term fluctuations in the market price of our common stock could reduce the program's overall effectiveness.

**The Chemours Company**

***A stockholder's percentage of ownership in us may be diluted in the future.***

A stockholder's percentage ownership in our common stock may be diluted because of equity issuances for acquisitions, capital market transactions, or otherwise, including, without limitation, equity awards that we may be granting to our directors, officers, and employees. Such issuances may have a dilutive effect on our earnings per share, which could adversely affect the market price of our common stock.

In addition, our amended and restated certificate of incorporation authorizes us to issue, without the approval of our stockholders, one or more classes or series of preferred stock having such designation, powers, preferences, and relative participating, optional, and other special rights, including preferences over our common stock with respect to dividends and distributions, as our board of directors generally may determine. The terms of one or more classes or series of preferred stock could dilute the voting power or reduce the value of our common stock. For example, we could grant the holders of preferred stock the right to elect some number of our directors in all events or on the happening of specified events or to veto specified transactions. Similarly, the repurchase or redemption rights or liquidation preferences we could assign to holders of preferred stock could affect the residual value of our common stock.

***Certain provisions in our amended and restated certificate of incorporation and amended and restated by-laws, and of Delaware law, may prevent or delay an acquisition of us, which could decrease the trading price of the common stock.***

Our amended and restated certificate of incorporation and amended and restated by-laws contain, and Delaware law contains, provisions that are intended to deter coercive takeover practices and inadequate takeover bids by making such practices or bids unacceptably expensive to the bidder and to encourage prospective acquirers to negotiate with our board of directors rather than to attempt a hostile takeover. These provisions include, among others:

- the inability of our stockholders to act by written consent;

- the limited ability of our stockholders to call a special meeting;

- rules regarding how stockholders may present proposals or nominate directors for election at stockholder meetings;

- the right of our board of directors to issue preferred stock without stockholder approval;

- the ability of our directors, and not stockholders, to fill vacancies (including those resulting from an enlargement of the board of directors) on our board of directors; and,

- the requirement that stockholders holding at least 80% of our voting stock are required to amend certain provisions in our amended and restated certificate of incorporation and our amended and restated by-laws.

In addition, we are subject to Section 203 of the Delaware General Corporations Law ("DGCL"). Section 203 of the DGCL provides that, subject to limited exceptions, persons that (without prior board of directors approval) acquire, or are affiliated with a person that acquires, more than 15% of the outstanding voting stock of a Delaware corporation shall not engage in any business combination with that corporation, including by merger, consolidation, or acquisitions of additional shares, for a three-year period following the date on which that person or its affiliate becomes the holder of more than 15% of the corporation's outstanding voting stock.

We believe these provisions will protect our stockholders from coercive or otherwise unfair takeover tactics by requiring potential acquirers to negotiate with our board of directors and by providing our board of directors with more time to assess any acquisition proposal. These provisions are not intended to make us immune from takeovers. However, these provisions will apply even if an acquisition proposal or offer may be considered beneficial by some stockholders and could delay or prevent an acquisition that our board of directors determines is not in our and/or our stockholders' best interests. These provisions may also prevent or discourage attempts to remove and replace incumbent directors.

Several of the agreements that we have entered into with EID require EID's consent to any assignment by us of our rights and obligations, or a change of control of us, under the agreements. The consent rights set forth in these agreements might discourage, delay, or prevent a change of control that a stockholder may consider favorable.

***Our success depends on our ability to attract and retain key employees, and to identify and develop talented personnel to succeed our senior management and other key employees.***

Our success depends on the performance of our key employees, including our senior management team. If we are unable to attract, retain, identify, and develop a talented, diverse set of leaders, whether due to technical, geographical, social, or other differences, our results of operations, financial condition, and cash flows could be adversely affected. Further, if we are unable to effectively plan for the succession of our senior management team, our results of operations, financial condition, and cash flows could be adversely affected, as we may be unable to realize our business strategy. While our ongoing personnel practices identify a succession process for our key employees, we cannot guarantee the effectiveness of this process, the continuity of highly-qualified individuals serving in all of our key positions at particular moments in time, and/or the completeness of any knowledge transfer at the time of succession, including its impacts on our general operations and on our internal controls over our financial reporting.

**The Chemours Company**

## Item 1B. UNRESOLVED STAFF COMMENTS

None.

## Item 2. PROPERTIES

### Our Production Facilities and Technical Centers

Our corporate headquarters is located in Wilmington, Delaware, and we maintain a global network of production facilities and technical centers located in cost-effective and strategic locations. We also use contract manufacturing and joint venture partners in order to provide regional access or to lower manufacturing costs, as appropriate.

The following chart sets forth our production facilities at December 31, 2020.

**Production Facilities**

| Region | Titanium Technologies | Thermal & Specialized Solutions | Advanced Performance Materials | Chemical Solutions | Shared Locations |
|---|---|---|---|---|---|
| North America | DeLisle, Mississippi<br>New Johnsonville, Tennessee<br>Jesup, Georgia (Mine) (1)<br>Nahunta, Georgia (Mine) (1)<br>Offerman, Georgia (Mineral Separation)<br>Starke, Florida (Mine & Mineral Separation) | Corpus Christi, Texas<br>El Dorado, Arkansas (1)<br>LaPorte, Texas (1)<br>Louisville, Kentucky (1) | Deepwater, New Jersey<br>Elkton, Maryland (1)<br>Fayetteville, North Carolina<br>Louisville, Kentucky<br>Parlin, New Jersey (1)<br>Washington, West Virginia | Memphis, Tennessee | Belle, West Virginia (3) |
| Europe, the Middle East, and Africa | | | Mechelen, Belgium<br>Villers St. Paul, France (1) | | Dordrecht, Netherlands (4) |
| Latin America | Altamira, Mexico | Barueri, Brazil (1)<br>Manaus, Brazil (1)<br>Monterrey, Mexico (1) | | | |
| Asia Pacific | Kuan Yin, Taiwan | Chiba, Japan (2) | Shimizu, Japan (2)<br>Sichuan, China (2) | | Changshu, China (2,4) |

(1) Site is leased from a third party.

(2) Site with joint venture equity affiliates.

(3) Shared site between the Thermal & Specialized Solutions and Chemical Solutions segments.

(4) Shared site between the Thermal & Specialized Solutions and Advanced Performance Materials segments.

We have technical centers and R&D facilities located at a number of our production facilities. We also maintain stand-alone technical centers to serve our customers and provide technical support.

The following chart sets forth our stand-alone technical centers at December 31, 2020.

**Technical Centers**

| Region | Titanium Technologies | Thermal & Specialized Solutions | Advanced Performance Materials | Chemical Solutions | Shared Locations |
|---|---|---|---|---|---|
| North America | | | | | Newark, Delaware (3)<br>Wilmington, Delaware (1,2) |
| Europe, the Middle East, and Africa | Kallo, Belgium (1) | | | | Meyrin, Switzerland (1,2) |
| Latin America | Mexico City, Mexico (1) | | | | |
| Asia Pacific | | | | | Shanghai, China (1,3) |

(1) Site is leased from a third party.

(2) Shared site between the Thermal & Specialized Solutions and Advanced Performance Materials segments.

(3) Shared site between the Titanium Technologies, Thermal & Specialized Solutions, and Advanced Performance Materials segments.

**The Chemours Company**

Our plants and equipment are maintained in good operating condition. We believe that we have sufficient production capacity for our primary products to meet demand in 2021. Our properties are primarily owned by us; however, certain properties are leased, as noted in the preceding tables. We recognize that the security and safety of our operations are critical to our employees and communities, as well as our future. Physical security measures have been combined with process safety measures, administrative procedures, and emergency response preparedness into an integrated security plan. We conduct vulnerability assessments at our operating facilities in the U.S., as well as high-priority sites worldwide, and as a result, identify and implement the appropriate measures to protect these facilities from physical and cyberattacks. We also maintain preparedness plans that detail actions needed to recover from acute severe weather events, natural disasters, or other events that could disrupt our business. We engineer our facilities to better withstand these events and hold limited insurance coverage to protect against losses from physical damages and business interruptions. These measures have historically been in place, and these activities and associated costs are driven by normal operational preparedness.

### Item 3. LEGAL PROCEEDINGS

#### Legal Proceedings

We are subject to various legal proceedings, including, but not limited to, product liability, intellectual property, personal injury, commercial, contractual, employment, governmental, environmental, anti-trust, and other such matters that arise in the ordinary course of business. Information regarding certain of these matters is set forth below and in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. We have excluded matters that we expect to result in sanctions of less than $1 million, if any.

#### Litigation

*PFOA and PFAS: Environmental and Litigation Proceedings*

For purposes of this report, the term "PFOA" means, collectively, perfluorooctanoic acid and its salts, including the ammonium salt, and does not distinguish between the two forms. The term "PFAS" means per- and polyfluoroalkyl substances. Information related to these and other litigation matters is included in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

*Fayetteville, North Carolina*

Actions related to Fayetteville, as discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, other than those by the State of North Carolina, are shown below.

In the U.S. District Court for the Eastern District of North Carolina:

- *Carey et al. vs. E. I. DuPont de Nemours and Company* (7:17-cv-00189-D; 7:17-cv-00197-D; and, 7:17-cv-00201-D);

- *Cape Fear Public Utility Authority vs. The Chemours Company FC, LLC et al. and Brunswick County v. DowDuPont et al.* (7:17-cv-00195-D and 7:17-cv-00209-D);

- *Dew et al. vs. E. I. DuPont de Nemours and Company et al.* (17:18-cv-00030-D); and,

- *O'Brien et al. vs. E. I. DuPont de Nemours and Company et al.* (5:20-cv-00208-D).

In Bladen County, North Carolina:

- *Priselac vs. The Chemours Company et al.* (20-CVS-499);

- *Kinlaw et al. vs. The Chemours Company et al.* (20-CVS-497); and,

- *Lohr et al. vs. The Chemours Company et al.* (20-CVS-498).

**The Chemours Company**

**Environmental Proceedings**

*Dordrecht, Netherlands*

We have complied with requests from the local environmental agency ("DCMR", formerly under the jurisdiction of "OZHZ"), the Labor Inspectorate ("ISZW"), the Inspectorate for Environment and Transportation ("ILT"), and the Water Authority ("RWS") in the Netherlands for information and documents regarding the Dordrecht site's operations. The agencies have published several reports between 2016 and 2019, all of them publicly available. The National Institute for Public Health and the Environment ("RIVM") has also published several reports with respect to PFOA and the polymerization processing aid hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid", sometimes referred to as "GenX" or "C3 Dimer Acid"). Between December 2018 and March 2019, DCMR imposed several fines, aggregating to an amount of €1.75 million, after performing waste water tests that detected low levels of legacy PFOA. We have appealed the fines, and judgement was rendered on December 16, 2020. The court stated that Chemours did not deliberately discharge waste water containing PFOA and ruled that DCMR must reimburse Chemours for 50% of the collected fines, plus court and legal fees.

In May 2020, we were notified of an alleged criminal offense related to the Netherlands' Environmental Management Act and the Working Conditions Decree, regarding the use of PFOA during the pre-spin time period of June 1, 2008 to December 31, 2012. The investigation was initiated in the first quarter of 2016 by a public prosecutor. We believe that the Company has complied with all relevant laws, and we are in contact with the prosecutor.

*Fayetteville, North Carolina*

In February 2019, we received a Notice of Violation ("NOV") from the U.S. Environmental Protection Agency ("EPA"), alleging certain TSCA violations at Fayetteville. Matters raised in the NOV could have the potential to affect operations at Fayetteville. For this NOV, we responded to the EPA in March 2019, asserting that we have not violated environmental laws. We also received an NOV in April 2020 from the North Carolina Department of Environmental Quality ("NC DEQ"), alleging an air permit violation under the North Carolina Administrative Code. At this time, management does not believe that a loss is probable related to the matters in these NOVs. In January 2021, we received an NOV from NC DEQ, alleging violations related to the Old Outfall 002 treatment system and requesting additional information. We are reviewing the NOV and will respond to the agency. A loss is reasonably possible for this NOV, but not estimable at this time. Further discussion related to these matters is included in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

**Item 4. MINE SAFETY DISCLOSURES**

Information regarding mine safety and other regulatory actions at our surface mines in Starke, Florida, Jesup, Georgia, and Nahunta, Georgia, as well as our mineral sands separation facility in Offerman, Georgia, is included in *Exhibit 95* to this Annual Report on Form 10-K.

33

**The Chemours Company**

<div style="background:#e8512b;color:white;text-align:center;font-weight:bold">INFORMATION ABOUT OUR EXECUTIVE OFFICERS</div>

The following list sets forth our executive officers and a summary of their professional experience.

*Mark P. Vergnano*, age 63, serves as our President and CEO. Prior to joining Chemours, he held roles of increasing responsibility at EID. In October 2009, Mr. Vergnano was appointed Executive Vice President of EID and was responsible for multiple businesses and functions, including the businesses in the Chemours segment: EID Chemicals and Fluoroproducts and Titanium Technologies. In June 2006, he was named Group Vice President of EID Safety and Protection. In October 2005, he was named Vice President and General Manager - Surfaces and Building Innovations. In February 2003, he was named Vice President and General Manager - Nonwovens. Prior to that, he had several assignments in manufacturing, technology, marketing, sales, and business strategy. Mr. Vergnano joined EID in 1980 as a process engineer. Mr. Vergnano was appointed Chairman of the National Safety Council in 2017 and served on its board of directors from 2007 to 2020. He has also served on the board of directors of the American Chemistry Council since 2015 and was appointed Chairman in 2019, and he has served on the board of directors of Johnson Controls International plc since 2016. He previously served on the board of directors of Johnson Controls, Inc. from 2011 to 2016.

*Mark E. Newman*, age 57, serves as our Senior Vice President and COO. Mr. Newman was appointed Senior Vice President and COO in June 2019, prior to which time he had served as our Senior Vice President and Chief Financial Officer ("CFO") since November 2014. Mr. Newman joined Chemours in November 2014 from SunCoke Energy, Inc. ("SunCoke"), where he was SunCoke's Senior Vice President and CFO and led its financial, strategy, business development, and information technology functions. Mr. Newman joined SunCoke's leadership team in March 2011 to help drive SunCoke's separation from its parent company, Sunoco, Inc. He led SunCoke through an initial public offering and championed a major restructuring of SunCoke, which resulted in the initial public offering of SunCoke Energy Partners, L.P. in January 2013, creating the first coke-manufacturing master limited partnership. Prior to joining SunCoke, Mr. Newman served as Vice President - Remarketing and Managing Director of SmartAuction, Ally Financial Inc. (previously, the General Motors Acceptance Corporation). Mr. Newman began his career at the General Motors Company in 1986 as an Industrial Engineer and progressed through several financial and operational leadership roles within the global automaker, including Vice President and CFO of Shanghai General Motors Limited; Assistant Treasurer of General Motors Corporation; and, Vice President - North America and CFO. Mr. Newman has served on the board of Altria Group, Inc. since February 2018.

*Sameer Ralhan*, age 47, serves as our Senior Vice President and CFO. Mr. Ralhan was appointed Senior Vice President and CFO in June 2019. Mr. Ralhan joined Chemours in November 2014 and has held several positions of increasing responsibility in strategy, mergers and acquisitions ("M&A"), finance, and treasury. He served as Vice President, Business Finance and Treasurer from 2018 to 2019, retaining his responsibilities as Treasurer until August 2020, and Vice President, Business Finance and Head of M&A from 2016 to 2018. He also served as Treasurer and Head of M&A from 2015 to 2016, and Head of M&A from 2014 to 2015. Prior to joining Chemours, Mr. Ralhan served as a Managing Director in the Global Natural Resources Group of Goldman Sachs & Co. During his tenure at Goldman Sachs and Co., from 2007 to 2014, he advised companies in the chemicals, industrials, and basic materials sectors on M&A, portfolio transformations, corporate finance matters, and capital markets transactions. Mr. Ralhan also served as an associate in the investment banking group of Bank of America Securities, LLC from 2004 to 2007. Mr. Ralhan began his career as a Chemical Engineer and brings chemicals industry operating experience from his time (1998 - 2002) at Aspen Technology, Inc., where, as an advanced process control engineer, he executed manufacturing process improvement and operational enhancement initiatives for several global chemical and petrochemical companies.

*Edwin C. Sparks*, age 47, currently serves as our President - Fluoroproducts (comprised of Thermal & Specialized Solutions and Advanced Performance Materials) and President - Chemical Solutions. Beginning March 1, 2021, Mr. Sparks will serve as our President - Titanium Technologies and President - Chemical Solutions. Mr. Sparks was appointed to his current roles in October 2019 and April 2018, respectively. Previously, he served as Director of Corporate Strategy from 2017 to 2018 and Global Planning Director - Titanium Technologies from 2016 to 2017. He also served as the Asia Pacific Regional Business Director - Titanium Technologies from 2015 to 2016, based in Singapore. Prior to joining Chemours, he held leadership positions of increasing scope in the EID Titanium Technologies business, with responsibilities including sales, marketing, operations, strategy, and technology. Mr. Sparks joined EID in 1994 as a process engineer.

*Bryan Snell*, age 64, currently serves as our President - Titanium Technologies. Mr. Snell will retire from the Company in 2021 following the completion of a transition period which has yet to be determined. Mr. Snell was appointed President - Titanium Technologies in May 2015. Previously, he served as Planning Director - EID Performance Chemicals from 2014 to 2015. Prior to that, he held leadership positions in EID Titanium Technologies, including Planning Director from 2011 to 2012 in Wilmington, Delaware and from 2012 to 2013 in Singapore, and Global Sales and Marketing Director from 2008 to 2010. Mr. Snell served as Regional Operations Director - EID Coatings and Color Technologies Platform in 2007 and 2008. He was based in Taiwan from 2002 to 2006, in the roles of Plant Manager - Kuan Yin Plant and Asia Pacific Regional Director, EID Titanium Technologies. Mr. Snell joined EID in 1978 as a process engineer and has experience in nuclear and petrochemical operations, as well as sales, business strategy, and mergers and acquisitions.

34

**The Chemours Company**

*Alisha Bellezza*, age 45, will serve as our President - Thermal & Specialized Solutions, beginning March 1, 2021, having led the business since July 2020. Ms. Bellezza joined Chemours in 2015 to launch the investor relations function, before becoming our Vice President, Treasurer and Head of Investor Relations from 2016 to 2018. More recently, she held the position of Vice President, Global Sales, Commercial Operations & Supply Chain in the Titanium Technologies segment from 2018 to 2020. Prior to Chemours, Ms. Bellezza held positions with increasing responsibility in Investor Relations, Corporate Strategy & Development, and Finance at FMC Corporation in the Agricultural Products Group and at the Corporate level from 2006 to 2015. She began her career as a financial analyst in banking at Bank One corporation and First Bank & Trust, holding progressive leadership positions before joining Verizon Communications in 2003 to 2006.

*Denise Dignam*, age 55, will serve as our President - Advanced Performance Materials, beginning March 1, 2021. Ms. Dignam joined Chemours in 2015 and has served as our Vice President of Global Operations - Fluoroproducts, from 2019 to 2021; Global Senior Business Director - Fluoropolymers, from 2016 to 2019; and North American Business Director - Diversified Technologies and Industrial Resins, from 2015 to 2016. Previously, she worked at EID in various roles, including Director of Global Supply Chain - Fluoroproducts, from 2013 to 2014; Global Business Manager of Sulfur Products, from 2009 to 2013; and Global Sales Manager of Clean Technologies from 2007 to 2009. Ms. Dignam joined EID in 1988 as a design engineer.

*David C. Shelton*, age 57, serves as our Senior Vice President, General Counsel and Corporate Secretary. Prior to Chemours, Mr. Shelton was appointed Associate General Counsel for EID in 2011 and was responsible for the U.S. Commercial team, which included the business lawyers and paralegals counseling all EID business units, with the exception of Agriculture. Mr. Shelton also served as the Commercial Attorney to a variety of EID businesses including the Performance Materials platform, which he advised on international assignment in Geneva, and the businesses now comprising Chemours. Prior to that, Mr. Shelton advised the company on environmental and remediation matters as part of the environmental legal team. Mr. Shelton joined EID in 1996, after seven years in private practice as a litigator in Pennsylvania and New Jersey.

*Susan M. Kelliher*, age 54, serves as our Senior Vice President, Human Resources and Health Services. Ms. Kelliher joined Chemours in 2017 from Albemarle Corporation ("Albemarle"), where she served as Senior Vice President - Human Resources for the global specialty chemical company. Prior to Albemarle, she served as Vice President - Human Resources at Hewlett Packard, where she held a number of leadership positions on global teams including Imaging and Printing and Global Sales & Enterprise Marketing from 2007 to 2012. Before joining Hewlett Packard, Ms. Kelliher served as Vice President - Human Resources for Cymer, Inc. ("Cymer"), where she led the people function. She joined Cymer from The Home Depot where, from 2004 to 2007, she was the Vice President - Human Resources for the growth engines of the company - Business Development, and Home Services including responsibility for due diligence and integration for the company's acquisitions. From 2000 to 2004, Ms. Kelliher served as Senior Director of Human Resources for Corporate Business Development and International Operations for the Raytheon Company ("Raytheon"). Prior to Raytheon, she served as the Director of Human Resources - Western Region for YUM! Brands, Pizza Hut division from 1995 to 2000. Ms. Kelliher started her career at Mobil Oil, where her career progressed through a variety of assignments including support for new ventures in Europe, Russia, and Africa from 1990 to 1995.

*Alvenia Scarborough*, age 47, serves as our Senior Vice President, Corporate Communications and Chief Brand Officer. Ms. Scarborough was appointed to this role in October 2020, after serving as Senior Director of Corporate Communications and Brand Marketing since July 2015. Prior to Chemours, Ms. Scarborough held a variety of corporate communications and marketing communications positions with increasing responsibility across brand development, corporate reputation, media relations, employee communications, and digital marketing. Ms. Scarborough brings over two decades of communications experience with leading multinational companies, including: EID, where she served as the Corporate Leader, Brand Management, Protection and Licensing from 2013 to 2015 and Global Director, Business Communications and Brand Marketing from 2011 to 2013; Newell Rubbermaid, where she served as the Director, Business Communications and Brand Marketing, Global Technology Brands from 2009 to 2010; and Kodak Alaris, where she served as Director of Marketing & Communications, Consumer Imaging from 2000 to 2009, where she spent several years as a product management commercial leader. Ms. Scarborough's unique experience and modern approach to communications have resulted in multiple industry awards and recognition for breakthrough social media and advertising campaigns.

35

**The Chemours Company**
**PART II**

**Item 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS, AND ISSUER PURCHASES OF EQUITY SECURITIES**

**Market for Registrant's Common Equity and Related Stockholder Matters**

Our common stock is listed on the New York Stock Exchange ("NYSE") under the symbol, "CC". The number of record holders of our common stock was 43,248 at February 8, 2021. Holders of our common stock are entitled to receive dividends when they are declared by our board of directors, and dividends are generally declared and paid on a quarterly basis. Our stock transfer agent and registrar is Computershare Trust Company, N.A.

**Unregistered Sales of Equity Securities**

None.

**Issuer Purchases of Equity Securities**

*2017 Share Repurchase Program*

On November 30, 2017, our board of directors approved a share repurchase program authorizing the purchase of shares of our issued and outstanding common stock in an aggregate amount not to exceed $500 million, plus any associated fees or costs in connection with our share repurchase activity (the "2017 Share Repurchase Program"). Under the 2017 Share Repurchase Program, shares of our common stock were purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. Our 2017 Share Repurchase Program became effective on November 30, 2017 and was announced to the public on December 1, 2017. On May 31, 2018, we completed the aggregate $500 million in authorized purchases of our issued and outstanding common stock under the 2017 Share Repurchase Program, which amounted to a cumulative 10,085,647 shares purchased at an average share price of $49.58 per share. All common shares purchased under the 2017 Share Repurchase Program are held as treasury stock and accounted for using the cost method.

*2018 Share Repurchase Program*

On August 1, 2018, our board of directors approved a share repurchase program authorizing the purchase of shares of our issued and outstanding common stock in an aggregate amount not to exceed $750 million, plus any associated fees or costs in connection with our share repurchase activity (the "2018 Share Repurchase Program"). On February 13, 2019, our board of directors increased the authorization amount of the 2018 Share Repurchase Program from $750 million to $1.0 billion. Under the 2018 Share Repurchase Program, shares of our common stock can be purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. Our 2018 Share Repurchase Program became effective on August 1, 2018, was announced to the public on August 2, 2018, and was originally scheduled to continue through the earlier of its expiration on December 31, 2020 or the completion of repurchases up to the approved amount. On December 8, 2020, our board of directors approved the extension of the 2018 Share Repurchase Program through December 31, 2022. The program may be suspended or discontinued at any time. All common shares purchased under the 2018 Share Repurchase Program are expected to be held as treasury stock and accounted for using the cost method.

As of December 31, 2020, under the 2018 Share Repurchase Program, we have purchased a cumulative 15,245,999 shares of our issued and outstanding common stock, which amounted to $572 million at an average share price of $37.52 per share. There were no share repurchases under the 2018 Share Repurchase Program for the three months ended December 31, 2020. The aggregate amount of our common stock that remained available for purchase under the 2018 Share Repurchase Program at December 31, 2020 was $428 million.

36

**The Chemours Company**

**Stock Performance Graph**

The following graph presents the five-year cumulative total stockholder returns for our common stock compared with the Standard & Poor's ("S&P") MidCap 400 and the S&P MidCap 400 Chemical indices.



The graph assumes that the values of our common stock, the S&P MidCap 400 index, and the S&P MidCap 400 Chemical index were each $100 on December 31, 2015, and that all dividends were reinvested.

**Item 6. SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA**

Schedules not listed herein have been omitted because they are not required, not applicable, or the required information is otherwise included. Pursuant to the reporting requirements under the Exchange Act, we are required to and have previously filed reports and information with the SEC, including reports on the following forms: Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act. These reports and information have been filed or furnished with the SEC and are available electronically, both with the SEC and on our company website, as referenced under the caption "Available Information" within this Part I of our Annual Report on Form 10-K.

**The Chemours Company**

## Item 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*This Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") supplements the Consolidated Financial Statements and the related notes thereto included elsewhere herein to help provide an understanding of our financial condition, changes in our financial condition, and the results of our operations for the periods presented. This MD&A should be read in conjunction with the Consolidated Financial Statements and the related notes thereto included elsewhere in this Annual Report on Form 10-K.*

*Our forward-looking statements are based on certain assumptions and expectations of future events that may not be accurate or realized. These statements, as well as our historical performance, are not guarantees of future performance. Forward-looking statements also involve risks and uncertainties that are beyond our control. Additionally, there may be other risks and uncertainties that we are unable to identify at this time or that we do not currently expect to have a material impact on our business. Factors that could cause or contribute to these differences include, but are not limited to, the risks, uncertainties, and other factors discussed within Item 1A - Risk Factors in this Annual Report on Form 10-K.*

### Overview

We are a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. We deliver customized solutions with a wide range of industrial and specialty chemical products for markets, including coatings, plastics, refrigeration and air conditioning, transportation, semiconductor and consumer electronics, general industrial, mining, and oil and gas. Our principal products include $TiO_2$ pigment, refrigerants, industrial fluoropolymer resins, sodium cyanide, and performance chemicals and intermediates. We manage and report our operating results through four reportable segments: Titanium Technologies, Thermal & Specialized Solutions, Advanced Performance Materials, and Chemical Solutions. Our Titanium Technologies segment is a leading, global provider of $TiO_2$ pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protection in a variety of applications. Our Thermal & Specialized Solutions segment is a leading, global provider of refrigerants, propellants, blowing agents, and specialty solvents. Our Advanced Performance Materials segment is a leading, global provider of high-end polymers and advanced materials that deliver unique attributes, including low friction coefficients, extreme temperature resistance, weather resistance, ultraviolet and chemical resistance, and electrical insulation. Our Chemical Solutions segment is a leading, North American provider of industrial chemicals used in gold production, industrial, and consumer applications.

### Recent Developments

#### Coronavirus Disease 2019 ("COVID-19")

The COVID-19 pandemic has, to date, resulted in more than 100 million confirmed infections, over two million deaths, and continues to spread throughout the world. As a global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries, a pandemic presents obstacles that can adversely impact customer demand for our products, our manufacturing operations, our supply chain effectiveness and efficiencies, and ultimately, our financial results. Throughout the outbreak and subsequent stages of the COVID-19 pandemic that have occurred thus far, above all, we have remained steadfast in our commitment to the health, safety, and well-being of our employees and their families, while serving our customers, and conserving cash to ensure the continuity of our business operations into the future.

Although COVID-19 infections have continued to spread throughout the Americas and Europe, we continue to experience minimal disruption in our operations and business-related processes. We have taken a number of measures to promote the safety and security of our employees, including requiring remote working arrangements for employees where practicable, the imposition of travel restrictions, limiting non-essential visits to plant sites, performing health checks before every shift, and providing personal protective equipment for our "essential" operations employees at our sites and labs. Due to reduced consumer demand for certain of our customers' end-products, however, we have experienced the negative impact of COVID-19 in our results of operations, and while certain markets and regions have started to exhibit early stages of market recovery, we anticipate that weakened consumer demand will continue to have a negative impact on our financial results. Refer to the "Segment Reviews", "2021 Outlook", and "Liquidity and Capital Resources" sections within this *MD&A* for further considerations regarding the quickly evolving market dynamics that are impacting our businesses and our associated response. We cannot predict with certainty the potential future impact of the COVID-19 pandemic on our customers' ability to manufacture their products, as well as any potential future disruptions in our supply chain due to restrictions on travel and transport, regional quarantines, and other social distancing measures. The risks and uncertainties posed by this significant, widespread event are innumerable and far-reaching, including but not limited to those described in *Item 1A - Risk Factors* in this Annual Report on Form 10-K.

**The Chemours Company**

Despite the health and safety, business continuity, and macroeconomic challenges associated with conducting business in the current environment, we remain committed to anticipating and meeting the demands of our customers, as they, like us, continue to navigate uncharted territory. As a precautionary measure in light of macroeconomic uncertainties driven by COVID-19, we drew $300 million from our revolving credit facility on April 8, 2020, which we subsequently repaid during the third quarter of 2020 based on the Company's liquidity position. We also elected to accept tax relief provided by various taxing jurisdictions, resulting in the deferral of approximately $80 million in tax payments, of which approximately $35 million was paid in the fourth quarter of 2020. We continue to anticipate that our cash generated from operations, available cash, receivables securitization, and existing debt financing arrangements will provide us with sufficient liquidity through at least February 2022. Additionally, we continue to engage in scenario planning, and, as further discussed in the "Liquidity and Capital Resources" sections of this *MD&A*, we have implemented a range of actions aimed at temporarily reducing costs and preserving liquidity, including exercising careful discretion in our near-term operating and capital spending decisions. We will evaluate additional cost actions, as necessary, as the operational and financial impacts to our Company continue to evolve.

*MOU with the DuPont Indemnitees and Settlement of PFOA Multi-District Litigation*

In January 2021, we entered into a binding MOU with DuPont, Corteva, and EID, reflecting the parties' agreement to share potential future legacy PFAS liabilities arising out of pre-July 1, 2015 conduct (i.e., "Indemnifiable Losses", as defined in the separation agreement, dated as of June 26, 2015, as amended, between EID and Chemours (the "Separation Agreement")) until the earlier to occur of: (i) December 31, 2040; (ii) the day on which the aggregate amount of Qualified Spend is equal to $4.0 billion; or, (iii) a termination in accordance with the terms of the MOU (e.g., non-performance of the escrow funding requirements pursuant to the MOU by any party). Qualified Spend is further described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* and is defined in the MOU.

The parties have agreed that, during the term of the cost-sharing arrangement, we will bear half of the cost of such future potential legacy PFAS liabilities, and DuPont and Corteva will collectively bear the other half of the cost of such future potential legacy PFAS liabilities. Any recoveries of Qualified Spend from DuPont and/or Corteva under the cost-sharing arrangement will be recognized as an offset to our cost of goods sold or selling, general, and administrative expense, as applicable, when realizable. Any Qualified Spend incurred by DuPont and/or Corteva under the cost-sharing arrangement will be recognized in our cost of goods sold or selling, general, and administrative expense, as applicable, when the amounts of such costs are probable and estimable. After the term of this arrangement, our indemnification obligations under the Separation Agreement would continue unchanged, subject in each case to certain exceptions set out in the MOU. Pursuant to the terms of the MOU, the parties have agreed to release certain claims regarding our Delaware lawsuit and pending confidential arbitration (concerning the indemnification of specified liabilities that EID assigned to us in its spin-off), including that we have released any claim set forth in the complaint filed in the Delaware lawsuit, any other similar claims arising out of or resulting from the facts recited by us in the complaint or the process and manner in which EID structured or conducted the spin-off, and any other claims that challenge the spin-off or the assumption of Chemours Liabilities (as defined in the Separation Agreement) by us and the allocation thereof, subject in each case to certain exceptions set out in the MOU. The parties have further agreed not to bring any future, additional claims regarding the Separation Agreement or the MOU outside of arbitration.

In order to support and manage the payments for potential future PFAS liabilities, the parties have also agreed to establish an escrow account. The MOU provides that: (i) no later than each of September 30, 2021 and September 30, 2022, we shall deposit $100 million into an escrow account and DuPont and Corteva shall together deposit $100 million in the aggregate into an escrow account, and (ii) no later than September 30 of each subsequent year through and including 2028, we shall deposit $50 million into an escrow account and DuPont and Corteva shall together deposit $50 million in the aggregate into an escrow account. Subject to the terms and conditions set forth in the MOU, each party may be permitted to defer funding in any year (excluding 2021). Additionally, if on December 31, 2028, the balance of the escrow account (including interest) is less than $700 million, we will make 50% of the deposits and DuPont and Corteva together will make 50% of the deposits necessary to restore the balance of the escrow account to $700 million. Such payments will be made in a series of consecutive annual equal installments commencing on September 30, 2029 pursuant to the escrow account replenishment terms as set forth in the MOU. Any funds that remain in escrow at termination of the MOU will revert to the party that deposited them. As such, future payments made by us into the escrow account will remain an asset of Chemours, and such payments will be reflected as a transfer to restricted cash on our consolidated balance sheets. No withdrawals are permitted from the escrow account before January 2026, except for funding mutually agreed-upon third-party settlements in excess of $125 million. Starting in January 2026, withdrawals may be made from the escrow account to fund Qualified Spend if the parties' aggregate Qualified Spend in that particular year is greater than $200 million. Starting in January 2031, the amounts in the escrow account can be used to fund any Qualified Spend. Future payments from the escrow account for potential future PFAS liabilities will be reflected on our consolidated statement of cash flows at that point in time.

The parties will cooperate in good faith to enter into additional agreements reflecting the terms set forth in the MOU prior to February 28, 2021.

**The Chemours Company**

In January 2021, we and EID entered into settlement agreements with counsel representing the multi-district litigation ("MDL") plaintiffs, providing for a settlement of all but one of the 96 filed and pending cases in the MDL, as well as additional pre-suit claims, under which those cases and claims of settling plaintiffs will be resolved for approximately $83 million (the "Second MDL Settlement"). We will contribute approximately $29 million, and DuPont and Corteva will each contribute approximately $27 million to the Second MDL Settlement. At December 31, 2020, we have accrued approximately $29 million associated with this matter, which we will pay once the settlements are finalized. The settlements are expected to be finalized in the first quarter of 2021.

*Change in Segment Reporting*

During the fourth quarter of 2020, we changed the level of detail at which our CODM regularly reviews and manages certain of our businesses, resulting in the bifurcation of our former Fluoroproducts segment into two standalone reportable segments: Thermal & Specialized Solutions (formerly Fluorochemicals) and Advanced Performance Materials (formerly Fluoropolymers). We now manage and report our operating results through four reportable segments: Titanium Technologies, Thermal & Specialized Solutions, Advanced Performance Materials, and Chemical Solutions. This change allows us to enhance our customer focus and better align our business models, resources, and cost structure to the specific current and future secular growth drivers of each business, while providing increased transparency to our shareholders. Our historical segment information has been recast to conform to the current segment structure.

*Senior Unsecured Notes Due November 2028*

In November 2020, we issued an $800 million aggregate principal amount of 5.750% senior unsecured notes due November 2028 (the "2028 Notes"). We received proceeds of $790 million, net of underwriting fees and other related expenses of $10 million, which are deferred and amortized to interest expense over the term of the 2028 Notes. The net proceeds from the 2028 Notes were used, together with cash on hand, to purchase or redeem, as applicable, the remaining $908 million aggregate principal amount of our 6.625% senior unsecured notes due May 2023, denominated in U.S. dollars (the "2023 Dollar Notes"). In connection with the purchase and redemption of the remaining 2023 Dollar Notes, we incurred a loss on extinguishment of $22 million for the year ended December 31, 2020.

*Accounts Receivable Securitization Facility*

In March 2020, through a wholly-owned special purpose entity, we entered into an amended and restated receivables purchase agreement (the "Amended Purchase Agreement") under our accounts receivable securitization facility ("Securitization Facility"). The Amended Purchase Agreement amends and restates, in its entirety, the receivables purchase agreement dated as of July 12, 2019 (the "Original Purchase Agreement"). Under the Amended Purchase Agreement, we no longer maintain effective control over the receivables that have been transferred to the bank, and such transfers are considered true sales of receivables. As a result, on March 9, 2020, we repurchased the then-outstanding receivables under the Securitization Facility through repayment of the secured borrowings under the Original Purchase Agreement, resulting in net repayments of $110 million, and sold $125 million of our receivables (the "Aggregate Purchase Limit") to the bank. The receivables were sold at 100% of face value and were derecognized from our consolidated balance sheets.

*Pascagoula, Mississippi Plant Closure*

In the second quarter of 2020, we completed a business review of our Aniline business, which generated $71 million in net sales during the year ended December 31, 2019, primarily as a raw materials pass-through business. Based on our review, we determined that the Aniline business is not core to our future strategy, and the decision was made to stop production at our Pascagoula, Mississippi manufacturing plant by the end of 2020. As a result, we recorded restructuring, asset-related, and other charges of $12 million, which are comprised of $6 million for property, plant, and equipment and other asset impairments, $4 million for environmental remediation liabilities, and $2 million for employee separation-related liabilities. In conjunction with this decision, approximately 75 employees will separate from the Company in 2021 and will be subject to our customary involuntary termination benefits. The associated severance payments will also be made in 2021.

40

**The Chemours Company**

<span style="color:#C0504D">**Results of Operations and Business Highlights**</span>

*Results of Operations*

The following table sets forth our results of operations for the years ended December 31, 2020, 2019, and 2018.

| (Dollars in millions, except per share amounts) | | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 | |
| Net sales | $ | 4,969 | $ | 5,526 | $ | 6,638 | |
| Cost of goods sold | | 3,902 | | 4,463 | | 4,667 | |
| Gross profit | | 1,067 | | 1,063 | | 1,971 | |
| Selling, general, and administrative expense | | 527 | | 548 | | 657 | |
| Research and development expense | | 93 | | 80 | | 82 | |
| Restructuring, asset-related, and other charges | | 80 | | 87 | | 49 | |
| Total other operating expenses | | 700 | | 715 | | 788 | |
| Equity in earnings of affiliates | | 23 | | 29 | | 43 | |
| Interest expense, net | | (210) | | (208) | | (195) | |
| Loss on extinguishment of debt | | (22) | | - | | (38) | |
| Other income (expense), net | | 21 | | (293) | | 162 | |
| **Income (loss) before income taxes** | | 179 | | (124) | | 1,155 | |
| (Benefit from) provision for income taxes | | (40) | | (72) | | 159 | |
| **Net income (loss)** | | 219 | | (52) | | 996 | |
| Less: Net income attributable to non-controlling interests | | - | | - | | 1 | |
| **Net income (loss) attributable to Chemours** | $ | 219 | $ | (52) | $ | 995 | |
| **Per share data** | | | | | | | |
| Basic earnings (loss) per share of common stock | $ | 1.33 | $ | (0.32) | $ | 5.62 | |
| Diluted earnings (loss) per share of common stock | | 1.32 | | (0.32) | | 5.45 | |

*Net Sales*

The following table sets forth the impacts of price, volume, currency, and portfolio changes on our net sales for the years ended December 31, 2020 and 2019.

| | Year Ended December 31, | |
|---|---|---|
| Change in net sales from prior period | 2020 | 2019 |
| Price | (5)% | (2)% |
| Volume | (3)% | (14)% |
| Currency | -% | (1)% |
| Portfolio | (2)% | -% |
| **Total change in net sales** | (10)% | (17)% |

Our net sales decreased by $557 million (or 10%) to $5.0 billion for the year ended December 31, 2020, compared with net sales of $5.5 billion for the same period in 2019. The components of the decrease in our net sales by segment for the year ended December 31, 2020 were as follows: in our Titanium Technologies segment, price declined 6% and volume was up 8%; in our Thermal & Specialized Solutions segment, price declined 7% and volume was down 9%; in our Advanced Performance Materials segment, price declined 2% and volume was down 15%; and, in our Chemical Solutions segment, price declined 4%, volume was down 10%, and portfolio change led to a 19% decrease.

Our net sales decreased by $1.1 billion (or 17%) to $5.5 billion for the year ended December 31, 2019, compared with net sales of $6.6 billion for the same period in 2018. The components of the decrease in our net sales by segment for the year ended December 31, 2019 were as follows: in our Titanium Technologies segment, price declined 1% and volume was down 24%; in our Thermal & Specialized Solutions segment, price declined 6% and volume was down 5%; in our Advanced Performance Materials segment, price increased 3% and volume was down 4%; and, in our Chemical Solutions segment, price declined 4% and volume was down 7%. Unfavorable currency movements also added a 2% headwind to net sales in our Advanced Performance Materials segment and a 1% headwind to net sales in our Titanium Technologies and Thermal & Specialized Solutions segments.

The drivers of these changes for each of our segments are discussed further under the "Segment Reviews" section within this *MD&A*.

**The Chemours Company**

*Cost of Goods Sold*

Our cost of goods sold ("COGS") decreased by $561 million (or 13%) to $3.9 billion for the year ended December 31, 2020, compared with COGS of $4.5 billion for the same period in 2019. The decrease in our COGS for the year ended December 31, 2020 was primarily attributable to lower net sales, as well as lower distribution, freight, and logistics expenses. Our cost reductions and cost savings initiatives in response to the COVID-19 pandemic further reduced our COGS for the year ended December 31, 2020. In comparison with the prior year, we also did not incur costs during the year ended December 31, 2020 in connection with unplanned outages at certain of our operating facilities, or costs associated with the start-up of our Opteon™ refrigerants facility in Corpus Christi, Texas. We also incurred $150 million during the year ended December 31, 2019 in connection with on-site environmental remediation activities at our Fayetteville Works site in Fayetteville, North Carolina ("Fayetteville"). Our previous exit of the Methylamines and Methylamides business at our Belle, West Virginia production facility further contributed to our reduction in COGS for the year ended December 31, 2020. These comparative reductions in COGS were partially offset by costs incurred in conjunction with the temporary idling of certain of our production lines in 2020 due to reduced customer demand during the COVID-19 pandemic.

Our COGS decreased by $204 million (or 4%) to $4.5 billion for the year ended December 31, 2019, compared with COGS of $4.7 billion for the same period in 2018. The decrease in our COGS for the year ended December 31, 2019 was primarily attributable to lower net sales volumes, as well as lower distribution, freight, and logistics expenses. These decreases were partially offset by operational headwinds due to unplanned outages at certain facilities, and higher raw materials costs and lower fixed cost absorption in our Titanium Technologies segment. Additionally, during the year ended December 31, 2019, we incurred $150 million for on-site environmental remediation activities at Fayetteville.

*Selling, General, and Administrative Expense*

Our selling, general, and administrative ("SG&A") expense decreased by $21 million (or 4%) to $527 million for the year ended December 31, 2020, compared with SG&A expense of $548 million for the same period in 2019. The decrease in our SG&A expense for the year ended December 31, 2020 was primarily attributable to our cost reductions and our cost savings initiatives in response to the COVID-19 pandemic as further discussed in the "Liquidity and Capital Resources" section of this *MD&A*. The comparative decrease in our SG&A expense was also driven by $18 million incurred during the first quarter of 2019 in connection with the approved final Consent Order to settle certain legal and environmental matters at Fayetteville. These comparative decreases in our SG&A expense were partially offset by higher performance-related compensation costs during the year ended December 31, 2020, as well as $29 million incurred in connection with our portion of the costs to settle PFOA multi-district litigation in the fourth quarter of 2020.

Our SG&A expense decreased by $109 million (or 17%) to $548 million for the year ended December 31, 2019, compared with SG&A expense of $657 million for the same period in 2018. The decrease in our SG&A expense for the year ended December 31, 2019 was primarily attributable to lower performance-related compensation costs, as well as the accrual of $63 million during the year ended December 31, 2018 for estimated liabilities associated with ongoing environmental matters at Fayetteville. These comparative decreases for the year ended December 31, 2019 are partially offset by $18 million incurred during the first quarter of 2019, in connection with the approved final Consent Order to settle certain legal and environmental matters at Fayetteville.

*Research and Development Expense*

Our R&D expense increased by $13 million (or 16%) to $93 million for the year ended December 31, 2020, compared with R&D expense of $80 million for the same period in 2019. The increase in our R&D expense for the year ended December 31, 2020 was primarily attributable to real estate costs associated with our new R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware in Newark, Delaware.

Our R&D expense was largely unchanged at $80 million for the year ended December 31, 2019 and $82 million for the year ended December 31, 2018.

*Restructuring, Asset-related, and Other Charges*

Our restructuring, asset-related, and other charges decreased by $7 million (or 8%) to $80 million for the year ended December 31, 2020, compared with $87 million for the same period in 2019. Our restructuring, asset-related, and other charges increased by $38 million (or 78%) to $87 million for the year ended December 31, 2019, compared with $49 million for the same period in 2018.

**The Chemours Company**

For the year ended December 31, 2020, our restructuring, asset-related, and other charges were primarily attributable to $37 million in contract termination fees and immediate recognition of prepaid costs in connection with our entry into dispute resolution with a third-party services provider at our new Mining Solutions facility currently under construction in Gomez Palacio, Durango, Mexico. We also incurred $15 million of net charges in connection with employee-related separation liabilities under our recent restructuring programs. We incurred $10 million of asset-related charges in connection with various property, plant, and equipment and other asset impairments in our Advanced Performance Materials segment, as well as $12 million of charges in connection with our decision to exit the Aniline business and stop production at our Pascagoula, Mississippi manufacturing plant.

For the year ended December 31, 2019, our restructuring, asset-related, and other charges were primarily attributable to $22 million of employee separation charges incurred in connection with our 2019 Restructuring Program, as well as $34 million of accelerated depreciation recorded in conjunction with our exit of the Methylamines and Methylamides business at our Belle, West Virginia manufacturing plant. We also recognized $20 million in decommissioning and dismantling-related charges, primarily attributable to the demolition and removal of certain unused buildings at our Chambers Works site in Deepwater, New Jersey, as well as $9 million of accelerated depreciation associated with the discontinuation of the titanium tetrachloride product line at our New Johnsonville, Tennessee site.

For the year ended December 31, 2018, our restructuring, asset-related, and other charges were primarily attributable to employee separation and other charges incurred in connection with our 2017 restructuring program of $27 million, and employee separation charges of $5 million for our 2018 restructuring program. In addition, we recognized $13 million in decommissioning and dismantling-related charges, primarily attributable to the demolition and removal of certain unused buildings at our Chambers Works site in Deepwater, New Jersey, and an asset-related charge of $4 million for a goodwill impairment in our Chemical Solutions segment.

*Equity in Earnings of Affiliates*

Our equity in earnings of affiliates decreased by $6 million (or 21%) to $23 million for the year ended December 31, 2020, compared with equity in earnings of affiliates of $29 million for the same period in 2019. The decrease in our equity in earnings of affiliates for the year ended December 31, 2020 was primarily attributable to our reduced demand for our investees' products and the negative impacts of COVID-19 on end-market demand.

Our equity in earnings of affiliates decreased by $14 million (or 33%) to $29 million for the year ended December 31, 2019, compared with equity in earnings of affiliates of $43 million for the same period in 2018. The decrease in our equity in earnings of affiliates for the year ended December 31, 2019 was primarily attributable to global semiconductor and automotive market softness for our equity method investees.

*Interest Expense, Net*

Our interest expense, net increased by $2 million (or 1%) to $210 million for the year ended December 31, 2020, compared with interest expense, net of $208 million for the same period in 2019. The increase in our interest expense, net for the year ended December 31, 2020 was primarily attributable to a reduction in interest income earned due to lower rates, as well as less interest capitalized following the completion of certain of our large-scale construction projects. These increases in our interest expense, net were largely offset by lower variable interest rates on our senior secured term loans, as well as a reduction in our outstanding debt obligations and associated rates following the refinancing of our 2023 Dollar Notes in the fourth quarter of 2020.

Our interest expense, net increased by $13 million (or 7%) to $208 million for the year ended December 31, 2019, compared with interest expense, net of $195 million for the same period in 2018. The increase in our interest expense, net for the year ended December 31, 2019 was primarily attributable to a reduction in interest income earned on lower cash and cash equivalents balances, as well as less interest capitalized following the completion or stoppage of certain of our large-scale construction projects. These increases in our interest expense, net were partially offset by lower interest expense following our 2018 debt transactions.

*Loss on Extinguishment of Debt*

For the year ended December 31, 2020, we recognized a loss on extinguishment of debt of $22 million in connection with our tender offer and make-whole call to purchase any and all of our remaining outstanding U.S. dollar-denominated 6.625% senior unsecured notes due May 2023.

For the year ended December 31, 2019, we did not extinguish any of our outstanding debt.

For the year ended December 31, 2018, we recognized a combined loss on extinguishment of debt of $38 million in connection with the amendment and restatement of our credit agreement, and our tender offers to purchase any and all of our outstanding euro-denominated 6.125% senior unsecured notes due May 2023 and a portion of our outstanding U.S. dollar-denominated 6.625% senior unsecured notes due May 2023.

**The Chemours Company**

*Other Income (Expense), Net*

Our other income (expense), net increased by $314 million to other income, net of $21 million for the year ended December 31, 2020, compared with other expense, net of $293 million for the same period in 2019. The increase in our other income, net for the year ended December 31, 2020 was primarily attributable to $368 million in non-operating pension and other post-retirement employee benefit costs for the year ended December 31, 2019, which was inclusive of a $380 million expense recognized upon settlement of the portion of our Netherlands pension plan pertaining to inactive participants' vested pension benefits. We also recognized a gain on sale of $6 million during the year ended December 31, 2020 in connection with the sale of our Oakley, California site. The comparative increase in our other income, net for the year ended December 31, 2020 was partially offset by a decrease in our leasing, contract services, and miscellaneous income, driven by $38 million lower European Union ("EU") fluorinated greenhouse gas ("F-Gas") quota authorization sales. We also experienced unfavorable changes in net exchange gains and losses of $24 million, driven by unfavorable movements in several foreign currencies, primarily the strengthening of the euro against the U.S. dollar, partially offset by our foreign currency forward contracts. We also recognized a non-cash gain of $9 million during the year ended December 31, 2019 in connection with the sale of our Repauno, New Jersey site.

Our other income (expense), net decreased by $455 million to other expense, net of $293 million for the year ended December 31, 2019, compared with other income, net of $162 million for the same period in 2018. The decrease in our other income, net for the year ended December 31, 2019 was primarily attributable to aforementioned $380 million expense recognized upon settlement of a portion of our Netherlands pension plan. We also experienced a decrease in our leasing, contract services, and miscellaneous income, driven by $26 million lower EU F-Gas quota authorization sales. The comparative decrease in our other income, net is also reflective of a $42 million gain on the sale of our Linden, New Jersey site during the year ended December 31, 2018. These decreases were partially offset by the recognition of a previously deferred non-cash gain of $9 million during the year ended December 31, 2019. The gain, which was associated with the sale of our Repauno site in Gibbstown, New Jersey, had been deferred until certain environmental obligations were fulfilled.

*Provision for (Benefit from) Income Taxes*

Our provision for (benefit from) income taxes amounted to a benefit from income taxes of $40 million and $72 million for the years ended December 31, 2020 and 2019, respectively, and a provision for income taxes of $159 million for the year ended December 31, 2018. Our provision for (benefit from) income taxes represented effective tax rates of negative 22% for the year ended December 31, 2020 and 58% and 14% for the years ended December 31, 2019 and 2018, respectively.

The $32 million decrease in our benefit from income taxes for the year ended December 31, 2020, when compared with the same period in 2019, was primarily attributable to increased profitability and the geographic mix of our earnings. Our benefit from income taxes for the year ended December 31, 2020 also included a benefit of $37 million related to the favorable impacts of certain elections and accounting method changes in connection with the filing of our 2019 U.S. federal income tax return. Such elections and accounting method changes were not reflected in our benefit from income taxes for the year ended December 31, 2019, as they were not yet able to be quantified. This benefit was offset by a $13 million valuation allowance on certain foreign subsidiary net deferred tax assets and certain foreign tax credits. Our benefit from income taxes for the year ended December 31, 2019 included $14 million in windfall benefit from our share-based payments, which was partially offset by an $8 million valuation allowance on certain foreign subsidiary net deferred tax assets and certain foreign tax credits.

The $231 million decrease in our provision for income taxes for the year ended December 31, 2019, when compared with the same period in 2018, was primarily attributable to reduced profitability and the geographic mix of our earnings. Our benefit from income taxes for the year ended December 31, 2019 also included the aforementioned $14 million in windfall benefit from our share-based payments, which was partially offset by an $8 million valuation allowance on certain foreign subsidiary net deferred tax assets and certain foreign tax credits. Our provision for income taxes for the year ended December 31, 2018 included $14 million in windfall benefit from our share-based payments, a $15 million benefit from the release of a valuation allowance against our foreign tax credits, and a net $10 million benefit from certain other provisions of U.S. tax reform.

44

**The Chemours Company**

<span style="color:red">Segment Reviews</span>

Adjusted earnings before interest, taxes, depreciation, and amortization ("Adjusted EBITDA") is the primary measure of segment profitability used by our CODM and is defined as income (loss) before income taxes, excluding the following:

- interest expense, depreciation, and amortization;

- non-operating pension and other post-retirement employee benefit costs, which represents the component of net periodic pension (income) costs excluding the service cost component;

- exchange (gains) losses included in other income (expense), net;

- restructuring, asset-related, and other charges;

- (gains) losses on sales of assets and businesses; and,

- other items not considered indicative of our ongoing operational performance and expected to occur infrequently.

A reconciliation of Adjusted EBITDA to net income (loss) attributable to Chemours for the years ended December 31, 2020, 2019, and 2018 is included in the "Non-GAAP Financial Measures" section of this *MD&A*.

The following table sets forth our Adjusted EBITDA by segment for the years ended December 31, 2020, 2019, and 2018.

| *(Dollars in millions)* | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2020** | | **2019** | | **2018** | |
| Titanium Technologies | $ | 510 | $ | 505 | $ | 1,055 |
| Thermal & Specialized Solutions | | 354 | | 398 | | 542 |
| Advanced Performance Materials | | 126 | | 180 | | 241 |
| Chemical Solutions | | 73 | | 80 | | 64 |
| Corporate and Other | | (184) | | (143) | | (162) |
| **Total Adjusted EBITDA** | $ | 879 | $ | 1,020 | $ | 1,740 |

**The Chemours Company**

*Titanium Technologies*

The following table sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Titanium Technologies segment for the years ended December 31, 2020, 2019, and 2018.

| (Dollars in millions) | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2020 | | 2019 | | 2018 | |
| Segment net sales | $ | 2,402 | $ | 2,345 | $ | 3,174 |
| Adjusted EBITDA | | 510 | | 505 | | 1,055 |
| Adjusted EBITDA margin | | 21% | | 22% | | 33% |

The following table sets forth the impacts of price, volume, currency, and portfolio changes on our Titanium Technologies segment's net sales for the years ended December 31, 2020 and 2019.

| Change in segment net sales from prior period | Year Ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Price | (6)% | (1)% |
| Volume | 8% | (24)% |
| Currency | -% | (1)% |
| Portfolio | -% | -% |
| **Total change in segment net sales** | 2% | (26)% |

*Segment Net Sales*

Our Titanium Technologies segment's net sales increased by $57 million (or 2%) to $2.4 billion for the year ended December 31, 2020, compared with segment net sales of $2.3 billion for the same period in 2019. The increase in segment net sales for the year ended December 31, 2020 was primarily attributable to an increase in volume of 8%, which was partially offset by a decrease in price of 6%. In the first quarter of 2020, volume increases were driven by share regain, which was partially offset by lower global customer demand for our Ti-Pure™ TiO$_2$ in the second quarter of 2020, as COVID-19 negatively impacted end-market demand from our customers. Volume increases in the second half of 2020 were driven by the early stages of market recovery and likely incremental share gains. Price declined due to customer, channel, and product mix, as well as targeted price reductions in response to market conditions in early 2019.

Our Titanium Technologies segment's net sales decreased by $829 million (or 26%) to $2.3 billion for the year ended December 31, 2019, compared with segment net sales of $3.2 billion for the same period in 2018. The decrease in segment net sales for the year ended December 31, 2019 was primarily attributable to a 24% decrease in volume, driven by lower TiPure™ TiO$_2$ net sales volumes due to market destocking and share loss. Price declined modestly by 1%, primarily due to customer, regional, and channel mix, but remained largely stable as a result of our TVS strategy. We also experienced a 1% headwind from unfavorable currency movements.

*Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA increased by $5 million (or 1%) to $510 million and segment Adjusted EBITDA margin decreased by approximately 100 basis points to 21% for the year ended December 31, 2020, compared with segment Adjusted EBITDA of $505 million and segment Adjusted EBITDA margin of 22% for the same period in 2019. These changes in earnings were primarily attributable to the aforementioned increase in volumes in the segment's net sales and our cost reductions and savings initiatives in response to the COVID-19 pandemic, partially offset by decreased price in the segment's net sales and higher costs for certain raw materials. Our segment Adjusted EBITDA margin was further offset by reduced production rates to match lower customer demand during the COVID-19 pandemic.

Segment Adjusted EBITDA decreased by $550 million (or 52%) to $505 million and segment Adjusted EBITDA margin decreased by approximately 1,100 basis points to 22% for the year ended December 31, 2019, compared with segment Adjusted EBITDA of $1.1 billion and segment Adjusted EBITDA margin of 33% for the same period in 2018. The decreases in segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2019 were primarily attributable to the aforementioned decreases in segment net sales volume associated with market destocking and share loss, as well as margin compression due to higher costs for certain raw materials and lower fixed cost absorption as we reduced production rates to match reduced customer demand.

**The Chemours Company**

*Thermal & Specialized Solutions*

The following table sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Thermal & Specialized Solutions segment for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| *(Dollars in millions)* | **2020** | | **2019** | | **2018** | |
| Segment net sales | $ | 1,105 | $ | 1,318 | $ | 1,497 |
| Adjusted EBITDA | | 354 | | 398 | | 542 |
| Adjusted EBITDA margin | | 32% | | 30% | | 36% |

The following table sets forth the impacts of price, volume, currency, and portfolio changes on our Thermal & Specialized Solutions segment's net sales for the years ended December 31, 2020 and 2019.

| | Year Ended December 31, | |
|---|---|---|
| **Change in segment net sales from prior period** | **2020** | **2019** |
| Price | (7)% | (6)% |
| Volume | (9)% | (5)% |
| Currency | -% | (1)% |
| Portfolio | -% | -% |
| **Total change in segment net sales** | (16)% | (12)% |

*Segment Net Sales*

Our Thermal & Specialized Solutions segment's net sales decreased by $213 million (or 16%) to $1.1 billion for the year ended December 31, 2020, compared with segment net sales of $1.3 billion for the same period in 2019. The decrease in segment net sales for the year ended December 31, 2020 was primarily attributable to decreases in volume and price of 9% and 7%, respectively. Volumes declined due to lower global customer demand for our refrigerants, as initial softness in the automotive and other global end-markets was compounded by the negative impact of COVID-19 on end-market demand from our customers across several market sectors. Prices declined due to our composition of product and customer mix, as well as contractual price adjustments for refrigerants and market weakness in certain geographies.

Our Thermal & Specialized Solutions segment's net sales decreased by $179 million (or 12%) to $1.3 billion for the year ended December 31, 2019, compared with segment net sales of $1.5 billion for the same period in 2018. The decrease in segment net sales for the year ended December 31, 2019 was primarily attributable to decreases in volume and price of 5% and 6%, respectively. Illegal imports of legacy HFC refrigerants into the EU, in violation of the EU's F-gas regulations, negatively impacted both volume and price during the year ended December 31, 2019. Volumes also declined due to lower demand for our legacy base refrigerants, which was driven by softness in global markets, primarily the automotive market. Prices also declined due to contractual price adjustments for our refrigerants. These decreases were partially offset by volume increases from the continued adoption of Opteon™ products in mobile applications. Unfavorable currency movements added a 1% headwind to the segment's net sales during the year ended December 31, 2019.

47

**The Chemours Company**

*Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA decreased by $44 million (or 11%) to $354 million and segment Adjusted EBITDA margin increased by approximately 200 basis points to 32% for the year ended December 31, 2020, compared with segment Adjusted EBITDA of $398 million and segment Adjusted EBITDA margin of 30% for the same period in 2019. The decrease in segment Adjusted EBITDA for the year ended December 31, 2020 was primarily attributable to the aforementioned decreases in the volume and price of the segment's net sales. Our EU F-gas quota authorization sales also decreased by $38 million when compared with the year ended December 31, 2019. Lower costs during the year ended December 31, 2020, driven by enhanced operational performance at certain of our operating facilities, additional production of our Opteon™ refrigerants at our Corpus Christi, Texas facility, our cost reductions and savings initiatives in response to the COVID-19 pandemic, and structural cost reductions, helped to partially offset the impacts of lower net sales and EU F-gas quota authorization sales in the segment's Adjusted EBITDA and drive improvement in segment Adjusted EBITDA margin.

Segment Adjusted EBITDA decreased by $144 million (or 27%) to $398 million and segment Adjusted EBITDA margin decreased by approximately 600 basis points to 30% for the year ended December 31, 2019, compared with segment Adjusted EBITDA of $542 million and segment Adjusted EBITDA margin of 36% for the same period in 2018. The decreases in segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2019 were primarily attributable to the aforementioned decreases in volume and price and the unfavorable currency movements in the segment's net sales. We also experienced increased costs during the year ended December 31, 2019 due to the start-up of our Opteon™ refrigerants facility in Corpus Christi, Texas and unplanned outages at certain facilities. Additionally, our F-gas quota authorization sales decreased by $26 million when compared to the year ended December 31, 2018.

48

**The Chemours Company**

*Advanced Performance Materials*

The following table sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Advanced Performance Materials segment for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
|---|---|---|---|
| *(Dollars in millions)* | **2020** | **2019** | **2018** |
| Segment net sales | $ 1,104 | $ 1,330 | $ 1,365 |
| Adjusted EBITDA | 126 | 180 | 241 |
| Adjusted EBITDA margin | 11% | 14% | 18% |

The following table sets forth the impacts of price, volume, currency, and portfolio changes on our Advanced Performance Materials segment's net sales for the years ended December 31, 2020 and 2019.

| | Year Ended December 31, | |
|---|---|---|
| **Change in segment net sales from prior period** | **2020** | **2019** |
| Price | (2)% | 3% |
| Volume | (15)% | (4)% |
| Currency | -% | (2)% |
| Portfolio | -% | -% |
| **Total change in segment net sales** | (17)% | (3)% |

*Segment Net Sales*

Our Advanced Performance Materials segment's net sales decreased by $226 million (or 17%) to $1.1 billion for the year ended December 31, 2020, compared with segment net sales of $1.3 billion for the same period in 2019. The decrease in segment net sales for the year ended December 31, 2020 was primarily attributable to decreases in volume and price of 15% and 2%, respectively. Volumes declined due to lower global customer demand for our fluoropolymers, as initial softness in the automotive and other global end-markets was compounded by the negative impact of COVID-19 on end-market demand from our customers across several market sectors. Prices declined due to our composition of product and customer mix, as well as market weakness in certain geographies.

Our Advanced Performance Materials segment's net sales decreased by $35 million (or 3%) to $1.3 billion for the year ended December 31, 2019, compared with segment net sales of $1.4 billion for the same period in 2018. The decrease in segment net sales for the year ended December 31, 2019 was primarily attributable to a decrease in volume of 4%. Volumes declined due to lower demand for our fluoropolymers and advanced materials products, which was driven by softness in global markets, primarily the automotive and industrial markets. Favorable price movements added a 3% tailwind to the segment's net sales, driven by our composition of product and customer mix. Unfavorable currency movements added a 2% headwind to the segment's net sales during the year ended December 31, 2019.

**The Chemours Company**

*Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA decreased by $54 million (or 30%) to $126 million and segment Adjusted EBITDA margin decreased by approximately 300 basis points to 11% for the year ended December 31, 2020, compared with segment Adjusted EBITDA of $180 million and segment Adjusted EBITDA margin of 14% for the same period in 2019. The decreases in segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2020 were primarily attributable to the aforementioned decreases in the volume and price of the segment's net sales. We also incurred costs associated with the temporary idling of certain of our production lines due to reduced customer demand. The aforementioned decreases to segment Adjusted EBITDA and segment Adjusted EBITDA margin during the year ended December 31, 2020 were partially offset by enhanced operational performance at certain of our operating facilities, our cost reductions and savings initiatives in response to the COVID-19 pandemic, and structural cost reductions.

Segment Adjusted EBITDA decreased by $61 million (or 25%) to $180 million and segment Adjusted EBITDA margin decreased by approximately 400 basis points to 14% for the year ended December 31, 2019, compared with segment Adjusted EBITDA of $241 million and segment Adjusted EBITDA margin of 18% for the same period in 2018. The decreases in segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2019 were primarily attributable to the aforementioned decrease in the volume of the segment's net sales. We also experienced increased costs during the year ended December 31, 2019 due to unplanned outages at certain facilities.

The segment's operating results for the years ended December 31, 2020, 2019, and 2018 included $19 million, $22 million, and $34 million, respectively, of additional costs for process-related waste water treatment at Fayetteville. We expect to continue to incur these costs as we actively work with the NC DEQ to resolve the suspension of our National Pollutant Discharge Elimination System permit.

50

**The Chemours Company**

*Chemical Solutions*

The following table sets forth the net sales, Adjusted EBITDA, and Adjusted EBITDA margin amounts for our Chemical Solutions segment for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| (Dollars in millions) | 2020 | | 2019 | | 2018 | |
| Segment net sales | $ | 358 | $ | 533 | $ | 602 |
| Adjusted EBITDA | | 73 | | 80 | | 64 |
| Adjusted EBITDA margin | | 20% | | 15% | | 11% |

The following table sets forth the impacts of price, volume, currency, and portfolio changes on our Chemical Solutions segment's net sales for the years ended December 31, 2020 and 2019.

| | Year Ended December 31, | |
|---|---|---|
| Change in segment net sales from prior period | 2020 | 2019 |
| Price | (4)% | (4)% |
| Volume | (10)% | (7)% |
| Currency | -% | -% |
| Portfolio | (19)% | -% |
| **Total change in segment net sales** | (33)% | (11)% |

*Segment Net Sales*

Our Chemical Solutions segment's net sales decreased by $175 million (or 33%) to $358 million for the year ended December 31, 2020, compared with segment net sales of $533 million for the same period in 2019. The decrease in segment net sales for the year ended December 31, 2020 was primarily attributable to portfolio change, which drove a 19% decline in net sales following our exit of the Methylamines and Methylamides business at our Belle, West Virginia production facility. Segment net sales volumes decreased 10%, driven by the adverse impacts of the COVID-19 pandemic on the operations of several mining customers and overall end-market demand. Average prices decreased 4%, driven by market dynamics compared with the prior year.

Our Chemical Solutions segment's net sales decreased by $69 million (or 11%) to $533 million for the year ended December 31, 2019, compared with segment net sales of $602 million for the same period in 2018. The decrease in segment net sales for the year ended December 31, 2019 was primarily attributable to decreases in volume and price of 7% and 4%, respectively, which were driven by operational issues at a key customer mine in Mining Solutions and lower prices for certain Performance Chemicals and Intermediates products, mainly driven by mix and raw material cost pass-throughs as stipulated in certain contracts.

*Adjusted EBITDA and Adjusted EBITDA Margin*

Segment Adjusted EBITDA decreased by $7 million (or 9%) to $73 million and segment Adjusted EBITDA margin increased by approximately 500 basis points to 20% for the year ended December 31, 2020, compared with segment Adjusted EBITDA of $80 million and segment Adjusted EBITDA margin of 15% for the same period in 2019. Driven by the aforementioned decreases in segment net sales, our decrease in segment Adjusted EBITDA was partially offset, and, in the instance of segment Adjusted EBITDA margin, more than offset, by our exit of the Methylamines and Methylamides business at our Belle, West Virginia production facility, our cost reductions and savings initiatives in response to the COVID-19 pandemic, and an uptick in licensing income recognized during the year ended December 31, 2020.

Segment Adjusted EBITDA increased by $16 million (or 25%) to $80 million and segment Adjusted EBITDA margin increased by approximately 400 basis points to 15% for the year ended December 31, 2019, compared with segment Adjusted EBITDA of $64 million and segment Adjusted EBITDA margin of 11% for the same period in 2018. The increases in segment Adjusted EBITDA and segment Adjusted EBITDA margin for the year ended December 31, 2019 were primarily attributable to increased license income and lower cost of goods sold, partially offset by the aforementioned decreases in net sales.

**The Chemours Company**

*Corporate and Other*

Corporate costs and certain legal and environmental expenses, stock-based compensation expenses, and foreign exchange gains and losses arising from the remeasurement of balances in currencies other than the functional currency of our legal entities are reflected in Corporate and Other. Corporate and Other costs increased by $41 million (or 29%) to $184 million for the year ended December 31, 2020, compared with Corporate and Other costs of $143 million for the same period in 2019. The increase in Corporate and Other costs for the year ended December 31, 2020 was primarily attributable to $23 million of higher costs associated with legacy environmental remediation matters, $10 million of higher costs associated with legacy legal matters, and a $5 million investment in STEM under our Corporate Responsibility Commitment during the fourth quarter of 2020. Corporate and Other costs decreased by $19 million (or 12%) to $143 million for the year ended December 31, 2019, compared with Corporate and Other costs of $162 million for the same period in 2018. The decrease in Corporate and Other costs for the year ended December 31, 2019 was primarily attributable to lower performance-related compensation costs and lower costs for certain legacy legal matters.

**2021 Outlook**

Our 2021 results will be driven by the following expectations in each of our reportable segments:

- **Titanium Technologies** - Volume recovery as we execute our TVS strategy and experience improved global economic activity;

- **Thermal & Specialized Solutions** - Improved customer demand for our refrigerants, including Opteon in mobile and stationary applications, partially offset by continued headwinds from the illegal import of legacy HFC refrigerants into the EU;

- **Advanced Performance Materials** - Stronger demand for our polymers across diverse end-markets, driven by the global economic recovery and secular growth trends; and,

- **Chemical Solutions** - Increased volumes, driven by improved mine utilization across the Americas.

We expect that our capital expenditures will be approximately $350 million.

Our outlook for 2021 reflects our current visibility and expectations based on market factors, such as currency movements, macro-economic factors, and end-market demand. In particular, end-market demand may be impacted by factors beyond our control, including the ongoing COVID-19 pandemic. Our ability to meet our expectations are subject to numerous risks, including, but not limited to, those described in *Item 1A - Risk Factors*.

**Liquidity and Capital Resources**

Our primary sources of liquidity are cash generated from operations and available cash, along with our receivables securitization and borrowings under our debt financing arrangements, both of which are described in further detail in "Note 20 - Debt" to the *Consolidated Financial Statements*. Our operating cash flow generation is driven by, among other things, the general global economic conditions at any point in time and their resulting impacts on demand for our products, raw materials and energy prices, and industry-specific issues, such as production capacity and utilization. We have generated strong operating cash flows through various past industry and economic cycles, evidencing the underlying operating strength of our businesses.

52

**The Chemours Company**

Significant uncertainty continues to exist concerning both the magnitude and the duration of the impacts to our financial results and condition as caused by the COVID-19 pandemic. Regardless of size and duration, these rapidly evolving challenges have had and will continue to have an adverse impact on our operating cash flows. In anticipation of declines in customer demand driven by COVID-19, we implemented a range of actions aimed at reducing costs by reducing all discretionary spend, freezing non-critical hiring, and delaying external spend wherever possible. We also reduced structural plant fixed costs to improve the efficiency of our production units, an initiative that was already in flight at the end of 2019. In addition, where legally permissible, we made temporary base pay reductions for salaried employees globally, until we saw an improvement in demand across the Company. This included our Chief Executive Officer who took a temporary base salary reduction of 40% and the executive team who took a temporary base salary reduction of 30%. Our temporary base salary reductions were discontinued in September 2020, and employees were reimbursed their forgone base salary amounts in December 2020, where possible. Based on the aforementioned actions, we delivered to achieve $160 million in cost reductions. We also reduced our capital spending by $125 million, only proceeding with capital projects considered critical in the near-term. Based on our responses to the COVID-19 pandemic, we anticipate that our cash generated from operations, available cash, receivables securitization, and existing debt financing arrangements will provide us with sufficient liquidity through at least February 2022. If the macroeconomic situation deteriorates or the duration of the pandemic is extended, we will evaluate additional cost actions, as necessary, as the operational and financial impacts to our Company continue to evolve.

During the year ended December 31, 2020, we decided to take certain precautionary measures in light of macroeconomic uncertainties driven by COVID-19. On April 8, 2020, we drew $300 million from our revolving credit facility, which we subsequently repaid during the third quarter of 2020 based on the Company's liquidity position. As of December 31, 2020, no borrowings remain outstanding under the revolving credit facility, although outstanding letters of credit of $102 million offset our borrowing availability from the maximum capacity of $800 million. The availability under our revolving credit facility is subject to a maintenance covenant based on senior secured net debt and the last 12 months of consolidated EBITDA, as defined in our amended and restated credit agreement. Based on our forecasts and plans, we anticipate that we will be in compliance with our credit facility covenants through at least February 2022. For further details regarding our debt covenants pursuant to the amended and restated credit agreement of our senior secured credit facilities, refer to "Note 20 - Debt" to the *Consolidated Financial Statements*. In addition to the borrowings under our revolving credit facility, we also elected to accept tax relief provided by various taxing jurisdictions. The accepted relief primarily applies to foreign taxing jurisdictions and resulted in the deferral of approximately $80 million in tax payments, of which approximately $35 million was paid in the fourth quarter of 2020.

At December 31, 2020, we had total cash and cash equivalents of $1.1 billion, of which $822 million was held by our foreign subsidiaries. All cash and cash equivalents held by our foreign subsidiaries is readily convertible into currencies used in our operations, including the U.S. dollar. During the year ended December 31, 2020, we received approximately $360 million of net cash in the U.S. through intercompany loans and dividends. Traditionally, the cash and earnings of our foreign subsidiaries have generally been used to finance their operations and capital expenditures, and it is our intention to indefinitely reinvest the historical pre-2018 earnings of our foreign subsidiaries. However, beginning in 2018, management asserts that only certain foreign subsidiaries are indefinitely reinvested. For further information related to our income tax positions, refer to "Note 9 - Income Taxes" to the *Consolidated Financial Statements*. Management believes that sufficient liquidity is available in the U.S. through at least February 2022, which includes borrowing capacity under our revolving credit facility.

Over the course of the next 12 months and beyond, we anticipate making significant cash payments for known contractual and other obligations, which we expect to fund through cash generated from operations, available cash, receivables securitization, and our existing debt financing arrangements. Such obligations include:

- **Principal and interest obligations on long-term debt** - We are required to make quarterly principal payments related to our Senior Secured Credit Facilities, with the balance due at maturity. Principal payments are also due at maturity for our 7.000% senior unsecured notes due May 2025, the 4.000% senior unsecured notes due May 2026, which are denominated in euros, the 5.375% senior unsecured notes due May 2027, and the 5.750% senior unsecured notes due November 2028 (collectively, the "Notes"). As of the filing of this Annual Report on Form 10-K, none of our outstanding debt financing arrangements are scheduled to mature prior to 2025. For a schedule of our debt principal maturities for the next five years and thereafter, refer to "Note 20 - Debt" to the *Consolidated Financial Statements*. Our interest obligations in connection with our Senior Secured Credit Facilities may be paid monthly or quarterly, and our interest obligations in connection with the Notes are paid semi-annually in arrears on May 15 and November 15 of each year. Through 2024, we anticipate that our scheduled interest payments will approximate $175 million per year, subject to changes in variable interest rates.

- **Operating and finance leases** - We lease certain office space, lab space, equipment, railcars, tanks, barges, tow boats, and warehouses. The majority of our lease population pertains to operating leases, and the remaining terms on our total lease population varies, extending up to 19 years. For a schedule of our lease payments for the next five years and thereafter, refer to "Note 14 - Leases" to the *Consolidated Financial Statements*.

53

**The Chemours Company**

- **Purchase obligations** - As part of our normal, recurring operations, we enter into enforceable and legally-binding agreements to purchase goods and/or services that specify fixed or minimum quantities, fixed minimum or variable price provisions, and the approximate timing of the agreement. These agreements primarily pertain to our purchases of raw materials and utilities costs and may span multiple years. Based upon our currently executed agreements, we anticipate that our contractually obligated cash payments for raw materials and utilities will approximate $460 million for the year ending December 31, 2021, $370 million for the year ending December 31, 2022, and $220 million annually for each of the three years thereafter. Renewal, modification, or execution of additional agreements for future purchasing obligations may increase or decrease these amounts in future years. In connection with one of our purchase obligations associated with the construction of our new Mining Solutions facility in Gomez Palacio, Durango, Mexico, we entered into dispute resolution with a third-party services provider in the fourth quarter of 2020, resulting in a $26 million charge related to contract termination fees. We anticipate paying these fees in the first quarter of 2021.

- **Environmental remediation** - We, due to the terms of our Separation-related agreements with EID, are subject to contingencies pursuant to environmental laws and regulations that in the future may require further action to correct the effects on the environment of prior disposal practices or releases of chemical substances, which are attributable to EID's activities before our spin-off. Much of this liability results from CERCLA, RCRA, and similar federal, state, local, and foreign laws. These laws require us to undertake certain investigative, remediation, and restoration activities at sites where we conduct or once conducted operations or at sites where waste generated by us was disposed. At December 31, 2020, our consolidated balance sheets include $390 million for environmental remediation liabilities, of which $95 million was classified as current. Refer to the "Environmental Matters" section within this *MD&A* for our environmental remediation payments over each of the past two years, as well as our anticipated environmental remediation payments over the span of the next three years. Pursuant to the binding MOU that we entered into with DuPont, Corteva, and EID in January 2021, which is further discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, costs related to potential future legacy PFAS liabilities arising out of pre-July 1, 2015 conduct will be shared until the earlier to occur of: (i) December 31, 2040; (ii) the day on which the aggregate amount of Qualified Spend is equal to $4.0 billion; or, (iii) a termination in accordance with the terms of the MOU. Qualified Spend is further described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* and is defined in the MOU. The parties have agreed that, during the term of the cost-sharing arrangement, we will bear half of the cost of such future potential legacy PFAS liabilities, and DuPont and Corteva will collectively bear the other half of the cost of such future potential legacy PFAS liabilities. After the term of this arrangement, our indemnification obligations under the Separation Agreement would continue unchanged, subject in each case to certain exceptions set out in the MOU.

- **PFAS escrow funding requirements** - Pursuant to the binding MOU that we entered into with DuPont, Corteva, and EID in January 2021, which is further discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, the parties have agreed to establish an escrow account in order to support and manage the payments for potential future PFAS liabilities. The MOU provides that: (i) no later than each of September 30, 2021 and September 30, 2022, we shall deposit $100 million into an escrow account and DuPont and Corteva shall together deposit $100 million in the aggregate into an escrow account, and (ii) no later than September 30 of each subsequent year through and including 2028, we shall deposit $50 million into an escrow account and DuPont and Corteva shall together deposit $50 million in the aggregate into an escrow account. Subject to the terms and conditions set forth in the MOU, each party may be permitted to defer funding in any year (excluding 2021). Additionally, if on December 31, 2028, the balance of the escrow account (including interest) is less than $700 million, we will make 50% of the deposits and DuPont and Corteva together will make 50% of the deposits necessary to restore the balance of the escrow account to $700 million. Such payments will be made in a series of consecutive annual equal installments commencing on September 30, 2029 pursuant to the escrow account replenishment terms as set forth in the MOU. Any funds that remain in escrow at termination of the MOU will revert to the party that deposited them. As such, future payments made by us into the escrow account will remain an asset of Chemours, and such payments will be reflected as a transfer to restricted cash on our consolidated balance sheets. No withdrawals are permitted from the escrow account before January 2026, except for funding mutually agreed-upon third-party settlements in excess of $125 million. Starting in January 2026, withdrawals may be made from the escrow account to fund Qualified Spend if the parties' aggregate Qualified Spend in that particular year is greater than $200 million. Starting in January 2031, the amounts in the escrow account can be used to fund any Qualified Spend. Future payments from the escrow account for potential future PFAS liabilities will be reflected on our consolidated statement of cash flows at that point in time.

- **Settlement of PFOA MDL litigation** - In January 2021, we and EID entered into settlement agreements with counsel representing the MDL plaintiffs, providing for a settlement of all but one of the 96 filed and pending cases in the MDL, as well as additional pre-suit claims, under which those cases and claims of settling plaintiffs will be resolved for approximately $83 million. Following finalization of the settlements, we will contribute approximately $29 million in connection with this matter. The settlements are expected to be finalized in the first quarter of 2021. For further details related to this matter, refer to "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

54

**The Chemours Company**

- **Purchases of property, plant, and equipment** - As further discussed under the "Capital Expenditures" section within this *MD&A*, our operations are capital intensive, requiring ongoing investment to upgrade or enhance existing operations and to meet environmental and operational regulations. For the years ended December 31, 2019 and 2018, our purchases of property, plant, and equipment amounted to $481 million and $498 million, respectively. For the year ended December 31, 2020, our purchases of property, plant, and equipment decreased to $267 million, which was inclusive of our decision to reduce our capital spending by $125 million in response to COVID-19, only proceeding with capital projects considered critical in the near-term. For the year ending December 31, 2021, we expect that our capital expenditures will be approximately $350 million.

We continue to believe our sources of liquidity are sufficient to fund our planned operations and to meet our interest, dividend, and contractual obligations through at least February 2022. Our financial policy seeks to: (i) selectively invest in organic and inorganic growth to enhance our portfolio, including certain strategic capital investments; (ii) maintain appropriate leverage by using free cash flows to repay outstanding borrowings; and, (iii) return cash to shareholders through dividends and share repurchases. Specific to our objective to return cash to shareholders, in recent quarters, we have previously announced dividends of $0.25 per share, amounting to approximately $160 million per year, and, on February 10, 2021, we announced our quarterly cash dividend of $0.25 per share for the first quarter of 2021. Under our 2018 Share Repurchase Program, as further discussed in *Item 5 - Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities* in this Annual Report on Form 10-K, we also have remaining authority to repurchase $428 million of our outstanding common stock. Subject to approval by our board of directors, we may raise additional capital or borrowings from time to time, or seek to refinance our existing debt. There can be no assurances that future capital or borrowings will be available to us, and the cost and availability of new capital or borrowings could be materially impacted by market conditions. Further, the decision to refinance our existing debt is based on a number of factors, including general market conditions and our ability to refinance on attractive terms at any given point in time. Any attempts to raise additional capital or borrowings or refinance our existing debt could cause us to incur significant charges. Such charges could have a material impact on our financial position, results of operations, or cash flows.

### Cash Flows

The following table sets forth a summary of the net cash provided by (used for) our operating, investing, and financing activities for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| *(Dollars in millions)* | **2020** | | **2019** | | **2018** | |
| Cash provided by operating activities | $ | 807 | $ | 650 | $ | 1,140 |
| Cash used for investing activities | | (234) | | (483) | | (487) |
| Cash used for financing activities | | (449) | | (419) | | (993) |

### Operating Activities

We generated $807 million, $650 million, and $1.1 billion in cash flows from our operating activities during the years ended December 31, 2020, 2019, and 2018, respectively.

The increase in our operating cash inflows for the year ended December 31, 2020 was primarily attributable to lower raw materials inventories purchases, as well as the $125 million of accounts receivables sold to the bank pursuant to the amended and restated receivables purchase agreement (the "Amended Purchase Agreement") under our accounts receivable securitization facility ("Securitization Facility"). The increase in our comparative operating cash inflows was also attributable to our cost savings initiatives in response to the COVID-19 pandemic and decreased payments for performance-related compensation costs. These comparative increases in our operating cash flows for the year ended December 31, 2020 were partially offset by a decrease in our net sales.

The decrease in our operating cash inflows for the year ended December 31, 2019 was primarily attributable to a decrease in our net income, despite reduction in our finished products inventories to align with decreased sales volumes during the year ended December 31, 2019 when compared to the prior year. We also made cash payments for certain raw materials purchases that occurred during the fourth quarter of 2018.

**The Chemours Company**

*Investing Activities*

We used $234 million in cash flows for our investing activities during the year ended December 31, 2020. Our investing cash outflows were primarily attributable to purchases of property, plant, and equipment, amounting to $267 million. The comparative reduction in our purchases of property, plant, and equipment during the year ended December 31, 2020 was primarily attributable to temporary cash preservation initiatives, which were implemented in anticipation of declining customer demand as driven by COVID-19. For further information related to our temporary cash preservation initiatives and the impact on our capital spending for the year ended December 31, 2020, refer to the "Liquidity and Capital Resources" section within this *MD&A*. The comparative reduction in our purchases of property, plant, and equipment was also attributable to certain prior year capital expenditures, which did not recur during the year ended December 31, 2020. For further information related to the capital projects driving our year-over-year reduction in purchases of property, plant, and equipment, refer to the "Capital Expenditures" section within this *MD&A*. Our investing cash outflows for the year ended December 31, 2020 were partially offset by $27 million of cash received from the settlement of certain of our foreign currency forward contracts.

We used $483 million in cash flows for our investing activities during the year ended December 31, 2019. Our investing cash outflows were primarily attributable to purchases of property, plant, and equipment amounting to $481 million, as well as $10 million of upfront cash consideration payments in connection with our acquisition of Southern Ionics Minerals, LLC ("SIM") in the third quarter of 2019. These investing cash outflows were partially offset by proceeds from the sales of assets and businesses of $9 million, which were primarily attributable to $4 million received from the sale of our Oakley, California site and $2 million received from the sale of our Methylamines and Methylamides business.

We used $487 million in cash flows for our investing activities during the year ended December 31, 2018. Our investing cash outflows for the year ended December 31, 2018 were primarily attributable to purchases of property, plant, and equipment amounting to $498 million, and $37 million in total cash consideration payments for the acquisition of ICOR International, Inc. These investing cash outflows were partially offset by proceeds from the sales of assets and businesses of $46 million, which were primarily attributable to the sale of our Linden, New Jersey site for $39 million.

*Financing Activities*

We used $449 million in cash flows for our financing activities during the year ended December 31, 2020. Our financing cash outflows were primarily attributable to our debt refinancing activities, resulting in $908 million in debt repayments and $16 million in premium payments to purchase and redeem the remaining outstanding aggregate principal amount of our 2023 Dollar Notes. Our debt refinancing cash outflows were partially offset by $790 million of proceeds received, net of debt issuance costs, in connection with the issuance of our 2028 Notes. We also continued our capital allocation activities to return cash to our shareholders, resulting in $164 million of cash dividends paid. Our financing cash outflows were also attributable to the amendment and restatement of our receivables purchase agreement dated as of July 12, 2019 (the "Original Purchase Agreement") under our Securitization Facility, resulting in net repayments of $110 million to settle the associated collateralized borrowings. Aside from the payments associated with our refinancing activities and our Securitization Facility, we also made $35 million in debt repayments. Our financing cash outflows for the year ended December 31, 2020 are also inclusive of our repayment of $300 million in proceeds received from drawing on our revolving credit facility, which was executed on April 8, 2020 as a precautionary measure in light of macroeconomic uncertainties driven by COVID-19. We also made a $10 million acquisition-related installment payment in the third quarter of 2020, which was associated with our previous acquisition of SIM in the third quarter of 2019.

We used $419 million in cash flows for our financing activities during the year ended December 31, 2019. Our financing cash outflows were primarily attributable to our capital allocation activities, resulting in $486 million of cash returned to shareholders through our 2018 Share Repurchase Program and through cash dividends paid. In addition, we made $30 million in payments for withholding taxes on certain of our vested stock-based compensation awards. We also drew $150 million on our revolving credit facility for general corporate purposes. We subsequently repaid the revolver borrowing in full, primarily using the $125 million proceeds originally received from the Securitization Facility, as well as available cash. During the year ended December 31, 2019, we also repaid a net $15 million of the borrowings from the Securitization Facility. The Securitization Facility is further described in "Note 20 - Debt" to the *Consolidated Financial Statements*.

We used $993 million in cash flows for our financing activities during the year ended December 31, 2018. Our financing cash outflows for the year ended December 31, 2018 were primarily attributable to the following: $679 million in debt repayments and $29 million in "make-whole" premium payments in connection with our debt refinancing activities, as well as scheduled principal repayments; $644 million for purchases of our issued and outstanding common stock under our share repurchase programs; and, $148 million for payments of cash dividends. These financing cash outflows were partially offset by $520 million in net proceeds from the issuance of our euro-denominated 4.000% senior unsecured notes due May 2026.

**The Chemours Company**

*Current Assets*

The following table sets forth the components of our current assets at December 31, 2020 and 2019.

| (Dollars in millions) | December 31, | | | |
|---|---|---|---|---|
| | **2020** | | **2019** | |
| Cash and cash equivalents | $ | 1,105 | $ | 943 |
| Accounts and notes receivable, net | | 511 | | 674 |
| Inventories | | 939 | | 1,079 |
| Prepaid expenses and other | | 78 | | 81 |
| **Total current assets** | $ | 2,633 | $ | 2,777 |

Our accounts and notes receivable, net decreased by $163 million (or 24%) to $511 million at December 31, 2020, compared with accounts and notes receivable, net of $674 million at December 31, 2019. The decrease in our accounts and notes receivable, net at December 31, 2020 was primarily attributable to $125 million of accounts receivables sold to the bank in accordance with the Amended Purchase Agreement under our Securitization Facility. The decrease in our accounts and notes receivable, net at December 31, 2020 was also attributable to lower net sales in the fourth quarter of 2020 when compared to the same period in 2019, as well as the timing of payments from our customers.

Our inventories decreased by $140 million (or 13%) to $939 million at December 31, 2020, compared with inventories of $1.1 billion at December 31, 2019. The decrease in our inventories at December 31, 2020 was primarily attributable to lower raw materials inventories purchases in connection with lower sales volumes during the COVID-19 pandemic.

Our prepaid expenses and other assets were largely unchanged at $78 million and $81 million at December 31, 2020 and 2019, respectively.

*Current Liabilities*

The following table sets forth the components of our current liabilities at December 31, 2020 and 2019.

| (Dollars in millions) | December 31, | | | |
|---|---|---|---|---|
| | **2020** | | **2019** | |
| Accounts payable | $ | 844 | $ | 923 |
| Short-term and current maturities of long-term debt | | 21 | | 134 |
| Other accrued liabilities | | 577 | | 484 |
| **Total current liabilities** | $ | 1,442 | $ | 1,541 |

Our accounts payable decreased by $79 million (or 9%) to $844 million at December 31, 2020, compared with accounts payable of $923 million at December 31, 2019. The decrease in our accounts payable at December 31, 2020 was primarily attributable to lower raw materials inventories purchases in connection with lower sales volumes, our cost savings initiatives in response to the COVID-19 pandemic, and the timing of payments to our vendors.

Our short-term and current maturities of long-term debt decreased by $113 million (or 84%) to $21 million at December 31, 2020, compared with short-term and current maturities of long-term debt of $134 million at December 31, 2019. The decrease in our short-term and current maturities of long-term debt at December 31, 2020 was primarily attributable to the amendment and restatement of the Original Purchase Agreement under our Securitization Facility, resulting in the settlement of $110 million in collateralized borrowings outstanding as of December 31, 2019.

Our other accrued liabilities increased by $93 million (or 19%) to $577 million at December 31, 2020, compared with other accrued liabilities of $484 million at December 31, 2019. The increase in our other accrued liabilities at December 31, 2020 was primarily attributable to an increase for performance-related compensation costs, $29 million accrued in connection with our portion of the costs to settle PFOA multi-district litigation in the fourth quarter of 2020, and a $21 million increase for environmental remediation at certain of our sites. These increases in our other accrued liabilities at December 31, 2020 were partially offset by a $10 million installment payment in the third quarter of 2020 in connection with our acquisition of SIM in the third quarter of 2019.

*Credit Facilities and Notes*

Refer to "Note 20 - Debt" to the *Consolidated Financial Statements* for a discussion of our credit facilities and notes.

**The Chemours Company**

*Guarantor Financial Information*

The following disclosures set forth summarized financial information and alternative disclosures in accordance with Rule 13-01 of Regulation S-X ("Rule 13-01"). These disclosures have been made in connection with certain subsidiaries' guarantees of the Notes. Each series of the Notes was issued by The Chemours Company (the "Parent Issuer"), and was fully and unconditionally guaranteed, jointly and severally, on a senior unsecured basis by the same group of subsidiaries of the Parent Issuer (together, the "Guarantor Subsidiaries"), subject to certain exceptions as set forth in "Note 20 - Debt" to the *Consolidated Financial Statements*. The assets, liabilities, and operations of the Guarantor Subsidiaries primarily consist of those attributable to The Chemours Company FC, LLC, our primary operating subsidiary in the United States, as well as the other U.S.-based operating subsidiaries as set forth in *Exhibit 22* to this Annual Report on Form 10-K. Each of the Guarantor Subsidiaries is 100% owned by the Company. None of our other subsidiaries, either direct or indirect, guarantee the Notes (together, the "Non-Guarantor Subsidiaries"). Pursuant to the indentures governing the Notes, the Guarantor Subsidiaries will be automatically released from those guarantees upon the occurrence of certain customary release provisions.

Our summarized financial information is presented on a combined basis, consisting of the Parent Issuer and Guarantor Subsidiaries (collectively, the "Obligor Group"), in accordance with the requirements under Rule 13-01, and is presented after the elimination of: (i) intercompany transactions and balances among the Parent Issuer and Guarantor Subsidiaries, and (ii) equity in earnings from and investments in the Non-Guarantor Subsidiaries.

| (Dollars in millions) | Year Ended December 31, 2020 |
|---|---|
| Net sales | $ 3,202 |
| Gross profit | 442 |
| Loss before income taxes | (53) |
| Net income | 43 |
| Net income attributable to Chemours | 43 |

| (Dollars in millions) | December 31, 2020 | | December 31, 2019 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets (1,2,3) | $ | 1,057 | $ | 1,063 |
| Long-term assets (4) | | 4,288 | | 4,339 |
| **Liabilities** | | | | |
| Current liabilities (2) | $ | 1,298 | $ | 1,045 |
| Long-term liabilities | | 4,703 | | 4,871 |

(1) Current assets includes $283 million and $104 million of cash and cash equivalents at December 31, 2020 and 2019, respectively.

(2) Current assets includes $236 million and $346 million of intercompany accounts receivable from the Non-Guarantor Subsidiaries at December 31, 2020 and 2019, respectively. Current liabilities includes $388 million and $179 million of intercompany accounts payable to the Non-Guarantor Subsidiaries at December 31, 2020 and 2019, respectively.

(3) As of December 31, 2020 and 2019, $33 million and $176 million of accounts receivable generated by the Obligor Group, respectively, remained outstanding with one of the Non-Guarantor Subsidiaries under the Securitization Facility.

(4) Long-term assets includes $1.2 billion of intercompany notes receivable from the Non-Guarantor Subsidiaries at December 31, 2020 and 2019.

There are no significant restrictions that may affect the ability of the Guarantor Subsidiaries in guaranteeing the Parent Issuer's obligations under our debt financing arrangements. While the Non-Guarantor Subsidiaries do not guarantee the Parent Issuer's obligations under our debt financing arrangements, we may, from time to time, repatriate post-2017 earnings from certain of these subsidiaries to meet our financing obligations, as well.

*Supplier Financing*

We maintain supply chain finance programs with several financial institutions. The programs allow our suppliers to sell their receivables to one of the participating financial institutions at the discretion of both parties on terms that are negotiated between the supplier and the respective financial institution. Our obligations to our suppliers, including the amounts due and scheduled payment dates, are not impacted by our suppliers' decisions to sell their receivables under this program. At December 31, 2020 and 2019, our total outstanding payables under these programs were $160 million and $150 million, respectively. Pursuant to their agreement with one of the financial institutions, certain suppliers may elect to be paid early at their discretion. The available capacity under these programs can vary based on the number of investors and/or financial institutions participating in these programs at any point in time.

58

**The Chemours Company**

*Capital Expenditures*

Our operations are capital intensive, requiring ongoing investment to upgrade or enhance existing operations and to meet environmental and operational regulations. Our capital requirements have consisted, and are expected to continue to consist, primarily of:

- ongoing capital expenditures, such as those required to maintain equipment reliability, maintain the integrity and safety of our manufacturing sites, comply with environmental regulations, and meet our Corporate Responsibility Commitments;

- investments in our existing facilities to help support the introduction of new products and de-bottleneck to expand capacity and grow our business; and,

- investments in projects to reduce future operating costs and enhance productivity.

The following table sets forth our ongoing and expansion capital expenditures, including environmental capital expenditures, for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
|---|---|---|---|
| (Dollars in millions) | 2020 | 2019 | 2018 |
| Titanium Technologies | $ 89 | $ 121 | $ 91 |
| Thermal & Specialized Solutions | 28 | 32 | 156 |
| Advanced Performance Materials | 109 | 169 | 118 |
| Chemical Solutions | 25 | 40 | 75 |
| Corporate and Other (1) | 16 | 119 | 58 |
| **Total purchases of property, plant, and equipment** | $ 267 | $ 481 | $ 498 |

(1) Includes $9 million, $83 million, and $41 million during the years ended December 31, 2020, 2019, and 2018, respectively, related to our capital expenditures for our new R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware in Newark, Delaware ("Chemours Discovery Hub").

Our capital expenditures decreased by $214 million (or 44%) to $267 million for the year ended December 31, 2020, compared with capital expenditures of $481 million for the same period in 2019. The decrease in our capital expenditures for the year ended December 31, 2020 reflected our temporary cash preservation initiatives, which were implemented in anticipation of declining customer demand driven by COVID-19. For further information related to our temporary cash preservation initiatives and the impact on our capital spending for the year ended December 31, 2020, refer to the "Liquidity and Capital Resources" section within this *MD&A*. In addition to our temporary cash preservation initiatives, capital expenditures during the year ended December 31, 2020 also declined as certain capital expenditures for the year ended December 31, 2019 did not recur, whether to the same magnitude or at all, in 2020. Such capital expenditures in 2019 included the continued construction and completion of our new R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware in Newark, Delaware, as well as the earlier stages of preparation at our new minerals sands mine site in Jesup, Georgia. We also invested in a thermal oxidizer in 2019 to reduce aerial PFAS emissions from Fayetteville, which is further discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. For the year ended December 31, 2020, we did incur capital expenditures to finish the project work required to open our new mineral sands mine site in Jesup, Georgia.

Our capital expenditures decreased by $17 million (or 3%) to $481 million for the year ended December 31, 2019, compared with capital expenditures of $498 million for the same period in 2018. The significant drivers of our capital expenditures for the year ended December 31, 2019, as discussed immediately above, were more than offset by capital expenditures for the year ended December 31, 2018 that did not recur, whether to the same magnitude or at all, in 2019. Such expenditures in 2018 included the completion of our Opteon$^{TM}$ refrigerants plant in Corpus Christi, Texas, as well as progress on our planned Mining Solutions plant in Mexico prior to its construction suspension, which is further discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

59

**The Chemours Company**

**Critical Accounting Policies and Estimates**

Our significant accounting policies are more fully described in "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements*. Management believes that the application of these policies on a consistent basis enables us to provide the users of our financial statements with useful and reliable information about our operating results and financial condition.

The preparation of our consolidated financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts, including, but not limited to, receivable and inventory valuations, impairment of tangible and intangible assets, long-term employee benefit obligations, income taxes, restructuring liabilities, environmental matters, and litigation. Management's estimates are based on historical experience, facts, and circumstances available at the time, and various other assumptions that are believed to be reasonable. We review these matters and reflect changes in estimates as appropriate. Management believes that the following represents some of the more critical judgment areas in the application of our accounting policies, which could have a material effect on our financial position, results of operations, or cash flows.

*Provision for (Benefit from) Income Taxes*

The provision for (benefit from) income taxes is determined using the asset and liability approach of accounting for income taxes. Under this approach, deferred taxes represent the future tax consequences expected to occur when the reported amounts of assets and liabilities are recovered or paid. The provision for (benefit from) income taxes represents income taxes paid or payable for the current year, plus the change in deferred taxes during the year. Deferred taxes result from differences between the financial and tax bases of our assets and liabilities and are adjusted for changes in tax rates and tax laws when changes are enacted. Valuation allowances are recorded to reduce deferred tax assets when it is more-likely-than-not that a tax benefit will not be realized. In evaluating the ability to realize deferred tax assets, we rely on, in order of increasing subjectivity, taxable income in prior carryback years, the future reversals of existing taxable temporary differences, tax planning strategies, and forecasted taxable income using historical and projected future operating results.

The breadth of our operations and the global complexity of tax regulations require assessments of uncertainties and judgments in estimating the taxes that we will ultimately pay. The final taxes paid are dependent upon many factors, including negotiations with taxing authorities in various jurisdictions, outcomes of tax litigation, and resolutions of disputes arising from federal, state, and international tax audits in the normal course of business. A liability for unrecognized tax benefits is recorded when management concludes that the likelihood of sustaining such positions upon examination by taxing authorities is less than more-likely-than-not. It is our policy to include accrued interest related to unrecognized income tax positions and income tax-related penalties in the provision for (benefit from) income taxes.

With respect to U.S. tax reform, while we have completed our analysis within the applicable measurement period, pursuant to Staff Accounting Bulletin No. 118 as issued by the SEC, we account for the tax impacts of new provisions based on interpretation of existing statutory law, including proposed regulations issued by the U.S. Treasury and the IRS. While there can be no assurances as to the effect of any final regulations on our provision for (benefit from) income taxes, we will continue to evaluate the impacts as any issued regulations become final and adjust our estimates, as appropriate.

Refer to "Note 9 - Income Taxes" to the *Consolidated Financial Statements* for further information related to our income tax positions.

60

**The Chemours Company**

*Long-lived Assets*

We evaluate the carrying value of our long-lived assets to be held and used when events or changes in circumstances indicate that the carrying value of an asset may not be recoverable. For the purposes of recognition or measurement of an impairment charge, the assessment is performed on the asset or asset group at the lowest level for which identifiable cash flows are largely independent of the cash flows of other groups of assets and liabilities. To determine the level at which the assessment is performed, we consider factors such as revenue dependency, shared costs, and the extent of vertical integration. The carrying value of a long-lived asset is considered impaired when the total projected undiscounted cash flows from the use and eventual disposition of the asset or asset group are separately identifiable and are less than its carrying value. In that event, a loss is recognized based on the amount by which the carrying value exceeds the fair value of the long-lived asset. The fair value methodology used is an estimate of fair market value, which is made based on prices of similar assets or other valuation methodologies, including present value techniques. Long-lived assets to be disposed of other than by sale are classified as held for use until their disposal. Long-lived assets to be disposed of by sale are classified as held for sale and are reported at the lower of their carrying amount or fair market value, less the estimated costs to sell. Depreciation is discontinued for any long-lived assets classified as held for sale.

The testing for potential impairment of these assets is significantly dependent on numerous assumptions and reflects management's best estimates at a particular point in time. The dynamic economic environments in which our segments operate, and key economic and business assumptions with respect to projected selling prices, market growth, and inflation rates, can significantly impact the outcome of our impairment tests. Estimates based on these assumptions may differ significantly from actual results. Changes in the factors and assumptions used in assessing potential impairments can have a significant impact on the existence and magnitude of impairments, as well as the time in which such impairments are recognized. In addition, we continually review our diverse portfolio of assets to ensure that they are achieving their greatest potential and are aligned with our growth strategy. Strategic decisions involving a particular group of assets may trigger an assessment of the recoverability of the related assets. Such an assessment could result in impairment losses. We did not recognize material impairment charges on our long-lived assets during the years ended December 31, 2020, 2019, and 2018.

Within our Chemical Solutions segment, we are currently in the process of constructing a new Mining Solutions facility in Gomez Palacio, Durango, Mexico. In connection with the facility:

- In August 2017, a lawsuit was filed by several residents of Durango, Mexico against the government authority involved in granting our environmental permit for the facility. Construction was not suspended in this matter, and we have responded to the complaint. In October 2020, an Administrative Federal Tribunal in Mexico City, Mexico nullified the existing environmental permit and requested its amendment, including details regarding the handling, storage, and offloading of ammonia at our facility. We have filed an appeal and will follow an administrative procedure to resolve this matter.

- In March 2018, a civil association in Mexico filed a complaint against the government authorities involved in the permitting process of the facility. The claimant sought and obtained a suspension from the district judge to stop our construction work. The suspension was subsequently lifted on appeal and affirmed by the Supreme Court of Mexico. A second similar complaint was filed in September 2019, and again, a suspension of construction was granted. We have filed an appeal, for which we expect to receive a ruling in 2021.

In connection with our construction work at the site, we had previously entered into an agreement with a third-party services provider. In the fourth quarter of 2020, we entered into dispute resolution with the third-party services provider, resulting in a $26 million charge related to contract termination fees, as well as immediate recognition of $11 million of other related prepaid costs. At December 31, 2020, we had $146 million of long-lived assets under construction at the facility. We ultimately believe that we will be successful in obtaining our permits and will continue with our planned development of the site. While we currently believe these amounts are recoverable, an unfavorable ruling by the Mexican courts on our appeals could lead to a fixed asset impairment assessment that potentially impairs all or a portion of the facility, resulting in a non-cash charge in our results of operations at that time.

61

**The Chemours Company**

*Goodwill*

The excess of the purchase price over the estimated fair value of the net assets acquired in a business combination, including any identified intangible assets, is recorded as goodwill. We test our goodwill for impairment at least annually on October 1; however, these tests are performed more frequently when events or changes in circumstances indicate that the asset may be impaired. Goodwill is evaluated for impairment at the reporting unit level, which is defined as an operating segment, or one level below an operating segment. A reporting unit is the level at which discrete financial information is available and reviewed by business management on a regular basis. An impairment exists when the carrying value of a reporting unit exceeds its fair value. The amount of impairment loss recognized in the consolidated statements of operations is equal to the excess of a reporting unit's carrying value over its fair value, which is limited to the total amount of goodwill allocated to the reporting unit.

The fair values of our reporting units were determined by using a combination of income-based and/or market-based valuation techniques. These valuation models incorporated a number of assumptions and judgments surrounding general market and economic conditions, short- and long-term revenue growth rates, gross margins, and prospective financial information surrounding future cash flows of the reporting units. Projections are based on internal forecasts of future business performance and are based on growth assumptions, which exclude business growth opportunities not yet fully realized. Discount rate and market multiple assumptions were determined based on relevant peer companies in the chemicals sector.

As of October 1, 2020, we performed our annual goodwill impairment tests for all reporting units. Based upon the results of our annual goodwill impairment tests, no adjustments to the carrying value of goodwill were necessary during the year ended December 31, 2020. In consideration of the results of our annual goodwill impairment tests, as well as the carrying amounts of goodwill held by each of our reporting units, further information and sensitivity analyses for certain of our reporting units have been included below.

The estimated fair value of the Advanced Performance Materials reporting unit was determined by utilizing a discount rate of 9.20% and a market multiple of 7.5 times Adjusted EBITDA, resulting in an estimated fair value 22% higher than its carrying value. Advanced Performance Materials has $56 million of goodwill. Changing the weighting of the market and income approaches used for Advanced Performance Materials could result in a maximum reduction of the excess of estimated fair value over carrying value to 11%. Assuming all other factors remain the same, a 200-basis point increase in the discount rate would decrease the excess of estimated fair value over carrying value to 6%; a 1% decrease in the long-term growth rate would decrease the excess of estimated fair value over carrying value to 15%; and, a 15% decrease in the market multiple assumption would decrease the excess of estimated fair value over carrying value to 14%. Under each of these sensitivity scenarios, the Advanced Performance Materials reporting unit's fair value exceeded its carrying value.

The estimated fair value of the Mining Solutions reporting unit was determined by utilizing a discount rate of 9.70%, resulting in an estimated fair value 49% higher than its carrying value. Mining Solutions has $51 million of goodwill. Assuming all other factors remain the same, a 200-basis point increase in the discount rate would decrease the excess of estimated fair value over carrying value to 11%; and, a 1% decrease in the long-term growth rate would decrease the excess of estimated fair value over carrying value to 34%. Under each of these sensitivity scenarios, the Mining Solutions reporting unit's fair value exceeded its carrying value.

Our determination of the fair value of the Mining Solutions reporting unit considered further delays and additional costs of construction for our new Mining Solutions facility under construction in Gomez Palacio, Durango, Mexico. The construction-in-process for this facility represents a significant portion of the total carrying value of Mining Solutions, and, in the event that the facility was unable to be completed, the impairment of the related long-lived assets would significantly decrease the carrying value of the reporting unit. As a result, an impairment of the reporting unit's goodwill would become less likely. Refer to the preceding "Long-lived Assets" section within this *MD&A* and "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information related to this matter.

In consideration of the COVID-19 pandemic, we note that a deterioration in general market conditions, a sustained trend of weaker than anticipated Company financial performance, a decline in the Company's share price for a sustained period of time, or an increase in the market-based weighted average cost of capital, among other factors, could significantly impact our impairment analyses and may result in future goodwill impairment charges that, if incurred, could have a material adverse effect on our financial condition and results of operations.

62

**The Chemours Company**

*Employee Benefits*

The amounts recognized in our consolidated financial statements related to pension and other long-term employee benefits plans are determined from actuarial valuations. Inherent in these valuations are assumptions including, but not limited to, the expected returns on plan assets, discount rates at which liabilities are expected to be settled, rates of increase in future compensation levels, and mortality rates. These assumptions are updated annually and are disclosed in "Note 27 - Long-term Employee Benefits" to the *Consolidated Financial Statements*. In accordance with GAAP, actual results that differed from the assumptions are accumulated and amortized over future periods and, therefore, affect expense recognized and obligations recorded in future periods.

We use discount rates that are developed by matching the expected cash flows of each benefit plan to various yield curves constructed from a portfolio of high-quality, fixed income instruments provided by the plan's actuary as of the measurement date. As of December 31, 2020, the weighted-average discount rate was 1.0%.

The expected long-term rates of return on plan assets are determined by performing a detailed analysis of historical and expected returns based on the strategic asset allocation of the underlying asset class applicable to each country. We also consider our historical experience with the pension funds' asset performance. The expected long-term rates of return on plan assets are assumptions and not what is expected to be earned in any one particular year. The weighted-average long-term rates of return on plan assets assumptions used for determining our net periodic pension cost for 2020 was 3.2%.

A 50 basis point increase in the discount rate would result in a decrease of $4 million to the net periodic benefit cost for 2021, while a 50 basis point decrease in the discount rate would result in an increase of approximately $5 million. A 50 basis point increase in the expected return on plan assets assumption would result in a decrease of approximately $3 million to the net periodic benefit cost for 2021, while a 50 basis point decrease in the expected return on plan assets assumption would result in an increase of approximately $3 million.

*Litigation*

We accrue for litigation matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Litigation liabilities and expenditures included in our consolidated financial statements include litigation matters that are liabilities of EID and its subsidiaries, which we may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Disputes between us and EID may arise with respect to indemnification of these matters, including disputes based on matters of law or contract interpretation. If, and to the extent these disputes arise, they could materially adversely affect our results of operations. Legal costs such as outside counsel fees and expenses are charged to expense in the period services are received.

*Environmental Liabilities and Expenditures*

We accrue for environmental remediation costs when it is probable that a liability has been incurred and a reasonable estimate of the liability can be made. Where the available information is sufficient to estimate the amount of liability, that estimate has been used. Where the information is only sufficient to establish a range of probable liability, and no point within the range is more likely than any other, the lower end of the range has been used. Estimated liabilities are determined based on existing remediation laws and technologies and our planned remedial responses, which are derived from environmental studies, sampling, testing, and other analyses. Inherent uncertainties exist in such evaluations, primarily due to unknown environmental conditions, changing governmental regulations regarding liability, and emerging remediation technologies. These accruals are adjusted periodically as remediation efforts progress and as additional technology, regulatory, and legal information become available.

Environmental liabilities and expenditures include claims for matters that are liabilities of EID and its subsidiaries, which we may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. These accrued liabilities are undiscounted and do not include claims against third parties.

Costs related to environmental remediation are charged to expense in the period that the associated liability is accrued. Other environmental costs are also charged to expense in the period incurred, unless they increase the value of the property or reduce or prevent contamination from future operations, in which case they are capitalized and amortized.

**Recent Accounting Pronouncements**

Refer to "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements* for a discussion about recent accounting pronouncements.

63

**The Chemours Company**

## Environmental Matters

Consistent with our values and our *Environment, Health, Safety, and Corporate Responsibility* policy, we are committed to preventing releases to the environment at our manufacturing sites to keep our people and communities safe, and to be good stewards of the environment. We are also subject to environmental laws and regulations relating to the protection of the environment. We believe that, as a general matter, our policies, standards, and procedures are properly designed to prevent unreasonable risk of harm to people and the environment, and that our handling, manufacture, use, and disposal of hazardous substances are in accordance with applicable environmental laws and regulations.

### Environmental Expenditures

We incur costs for pollution abatement activities, including waste collection and disposal, installation and maintenance of air pollution controls and waste water treatment, emissions testing and monitoring, and obtaining permits. Annual expenses charged to current operations include environmental operating costs and increases in remediation accruals, if any, during the period reported.

The charges described in this section include $194 million accrued for costs associated with the Consent Order between us and the NC DEQ, which is further described in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*. These accrued liabilities represent on-site remediation, off-site groundwater remediation, and toxicology studies related to Fayetteville.

Our environmental remediation expenditures are subject to considerable uncertainty and may fluctuate significantly. In the U.S., additional capital expenditures associated with ongoing operations (as described below) are expected to be required over the next decade for treatment, storage, and disposal facilities for solid and hazardous waste and for compliance with the Clean Air Act ("CAA"). Until all CAA regulatory requirements are established and known, considerable uncertainty will remain regarding estimates for our future capital and remediation expenditures.

### Environmental Capital Expenditures

For the years ended December 31, 2020, 2019, and 2018, we spent $33 million, $101 million, and $57 million, respectively, on environmental capital projects that were either required by law or necessary to meet our internal environmental objectives. The decrease in our environmental capital expenditures for the year ended December 31, 2020, when compared with the same periods in 2019 and 2018, was primarily attributable to our investment in a thermal oxidizer to reduce aerial PFAS emissions from Fayetteville. Our thermal oxidizer became fully operational at the site in December 2019, and, in March 2020, we announced that testing results conducted in the first 90 days of operation show that the TO is controlling PFAS emissions at an average efficiency exceeding 99.999%. Refer to "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further information regarding our environmental remediation at Fayetteville.

We expect our future capital expenditures for environmental matters will continue to vary, based on the success of our deployed solutions, changes in our operations, technological advancements, developments in environmental requirements, and stakeholder expectations.

### Environmental Remediation

In large part, because of past operations, operations of predecessor companies, or past disposal practices, we, like many other similar companies, have clean-up responsibilities and associated remediation costs, and are subject to claims by other parties, including claims for matters that are liabilities of EID and its subsidiaries that we may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation.

We accrue for clean-up activities consistent with the policy described under "Critical Accounting Policies and Estimates" within this *MD&A* and in "Note 3 - Summary of Significant Accounting Policies" to the *Consolidated Financial Statements*. Our environmental liabilities include estimated costs, including certain accruable costs associated with on-site capital projects, related to a number of sites for which it is probable that environmental remediation will be required, whether or not subject to enforcement activities, as well as those obligations that result from environmental laws such as the CERCLA, RCRA, and similar federal, state, local, and foreign laws. These laws require certain investigative, remediation, and restoration activities at sites where we conduct or once conducted operations or at sites where our generated waste was disposed. At December 31, 2020 and 2019, our consolidated balance sheets include environmental remediation liabilities of $390 million and $406 million, respectively, relating to these matters, which, as discussed in further detail below, include $194 million and $201 million, respectively, for Fayetteville.

64

**The Chemours Company**

The following table sets forth the activities related to our environmental remediation liabilities for the years ended December 31, 2020 and 2019.

| | December 31, | | | |
|---|---|---|---|---|
| *(Dollars in millions)* | **2020** | | **2019** | |
| **Balance at January 1,** | $ | 406 | $ | 291 |
| Increase in remediation accrual | | 71 | | 200 |
| Remediation payments | | (87) | | (85) |
| **Balance at December 31,** | $ | 390 | $ | 406 |

Our estimated liability for environmental remediation covered 211 sites at December 31, 2020 and 2019.

The following table sets forth our environmental remediation liabilities by site category.

| *(Dollars in millions)* | December 31, 2020 | | December 31, 2019 | |
|---|---|---|---|---|
| **Site category** | **Number of Sites** | **Remediation Accrual** | **Number of Sites** | **Remediation Accrual** |
| Chemours-owned | 24 | $ 318 | 25 | $ 327 |
| Multi-party Superfund/non-owned (1) | 87 | 72 | 86 | 79 |
| Closed or settled | 100 | - | 100 | - |
| **Total sites** | 211 | $ 390 | 211 | $ 406 |

(1) Sites not owned by Chemours, including sites previously owned by EID or Chemours, where remediation obligations are imposed by environmental remediation laws, such as CERCLA, RCRA, or similar state laws.

As part of our legacy as a former subsidiary of EID, we are cleaning-up historical impacts to soil and groundwater that have occurred in the past at the 24 sites that we own. These operating and former operating sites make up approximately 82% of our environmental remediation liabilities at December 31, 2020.

We were also assigned numerous clean-up obligations from EID, which pertain to 87 sites previously owned by EID and/or us, as well as sites that we or EID never owned or operated. We are meeting our obligations to clean up those sites. The majority of these non-owned sites are multi-party Superfund sites that we, through EID, have been notified of potential liability under CERCLA, RCRA, or similar state laws and which, in some cases, may represent a small fraction of the total waste that was allegedly disposed of at a site. These sites represent approximately 18% of our environmental remediation liabilities at December 31, 2020. Included in the 87 sites are 36 inactive sites for which there has been no known investigation, clean-up, or monitoring activity, and no remediation obligation is imposed or required; as such, no remediation liabilities are recorded. The remaining 100 sites, which are Superfund sites and other sites not owned by us, are either already closed or settled, or sites for which we do not believe we have clean-up responsibility based on current information.

With the exception of Fayetteville, our remediation portfolio is relatively mature, with many sites under active clean-up and moving towards final completion.

65

**The Chemours Company**

The following graph sets forth the number of remediation sites by site clean-up phase and our environmental remediation liabilities by site clean-up phase as of December 31, 2020 and 2019.



(1)    Number of sites does not include the 36 inactive sites for which there has been no known investigation, clean-up, or monitoring activities as of December 31, 2020 and 2019.

(2)    Dollars in millions.

(3)    As of December 31, 2020, Active Remediation included $194 million for on-site remediation and off-site groundwater remediation at Fayetteville. As of December 31, 2019, Investigation included $155 million for on-site remediation and Active Remediation included $46 million for off-site groundwater remediation at Fayetteville.

As remediation efforts progress, sites move from the investigation phase ("Investigation") to the active clean-up phase ("Active Remediation"), and as construction is completed at Active Remediation sites, those sites move to the operation, maintenance, and monitoring ("OM&M"), or closure phase. As final clean-up activities for some significant sites are completed over the next several years, we expect our annual expenses related to these active sites to decline over time. The time frame for a site to go through all phases of remediation (Investigation and Active Remediation) may take about 15 to 20 years, followed by several years of OM&M activities. Remediation activities, including OM&M activities, vary substantially in duration and cost from site to site. These activities, and their associated costs, depend on the mix of unique site characteristics, evolving remediation technologies, and diverse regulatory requirements, as well as the presence or absence of other Potentially Responsible Parties ("PRPs"). In addition, for claims that we may be required to indemnify EID pursuant to the Separation-related agreements, we and EID may have limited available information for certain sites or are in the early stages of discussions with regulators. For these sites, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs, and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $580 million above the amount accrued at December 31, 2020. In general, uncertainty is greatest and the range of potential liability is widest in the Investigation phase, narrowing over time as regulatory agencies approve site remedial plans. As a result, uncertainty is reduced, and sites ultimately move into OM&M, as needed. As more sites advance from Investigation to Active Remediation to OM&M or closure, the upper end of the range of potential liability is expected to decrease over time.

Some remediation sites will achieve site closure and will require no further action to protect people and the environment and comply with laws and regulations. At certain sites, we expect that there will continue to be some level of remediation activity due to ongoing OM&M of remedial systems. In addition, portfolio changes, such as an acquisition or divestiture, or notification as a PRP for a multi-party Superfund site, could result in additional remediation activity and potentially additional accrual.

Management does not believe that any loss, in excess of amounts accrued, related to remediation activities at any individual site will have a material impact on our financial position or cash flows for any given year, as such obligation can be satisfied or settled over many years.

66

**The Chemours Company**

*Significant Environmental Remediation Sites*

While there are many remediation sites that contribute to our total accrued environmental remediation liabilities at December 31, 2020 and 2019, the following table sets forth the sites that are the most significant.

| | December 31, | |
|---|---|---|
| (Dollars in millions) | 2020 | 2019 |
| Chambers Works, Deepwater, New Jersey | $ 20 | $ 20 |
| East Chicago, Indiana | 11 | 17 |
| Fayetteville Works, Fayetteville, North Carolina | 194 | 201 |
| Pompton Lakes, New Jersey | 42 | 43 |
| USS Lead, East Chicago, Indiana | 12 | 13 |
| All other sites | 111 | 112 |
| **Total environmental remediation** | $ 390 | $ 406 |

The five sites listed above represent 72% of our total accrued environmental remediation liabilities at December 31, 2020 and 2019. For these five sites, we expect to spend, in the aggregate, $118 million over the next three years. For all other sites, we expect to spend $69 million over the next three years.

*Chambers Works, Deepwater, New Jersey*

The Chambers Works complex is located on the eastern shore of the Delaware River in Deepwater, Salem County, New Jersey. The site comprises the former Carneys Point Works in the northern area and the Chambers Works manufacturing area in the southern area. Site operations began in 1892 when the former Carneys Point smokeless gunpowder plant was constructed at the northern end of Carneys Point. Site operations began in the manufacturing area around 1914 and included the manufacture of dyes, aromatics, elastomers, chlorofluorocarbons, and tetraethyl lead. We continue to manufacture a variety of fluoropolymers and finished products at Chambers Works. In addition, three tenants operate processes at Chambers Works including steam/electricity generation, industrial gas production, and the manufacture of intermediate chemicals. As a result of over 100 years of continuous industrial activity, site soils and groundwater have been impacted by chemical releases.

In response to identified groundwater contamination, a groundwater interceptor well system ("IWS") was installed in 1970, which was designed to contain contaminated groundwater and restrict off-site migration. Additional remediation is being completed under a federal RCRA Corrective Action permit. The site has been studied extensively over the years, and more than 25 remedial actions have been completed to date and engineering and institutional controls put in place to ensure protection of people and the environment. In the fourth quarter of 2017, a site perimeter sheet pile barrier intended to more efficiently contain groundwater was completed.

Remaining work beyond continued operation of the IWS and groundwater monitoring includes completion of various targeted studies on site and in adjacent water bodies to close investigation data gaps, as well as selection and implementation of final remedies under RCRA Corrective Action for various solid waste management units and areas of concern not yet addressed through interim measures.

*East Chicago, Indiana*

East Chicago is a former manufacturing facility that we previously owned in East Chicago, Lake County, Indiana. The approximate 440-acre site is bounded to the south by the east branch of the Grand Calumet River, to the east and north by residential and commercial areas, and to the west by industrial areas, including a former lead processing facility. The inorganic chemicals unit on site produced various chloride, ammonia, and zinc products and inorganic agricultural chemicals beginning in 1892 until 1986. Organic chemical manufacturing began in 1944, consisting primarily of chlorofluorocarbons production. The remaining business was sold to W.R. Grace Company ("Grace") in early 2000. Approximately 172 acres of the site were never developed and are managed by The Nature Conservancy for habitat preservation.

A comprehensive evaluation of soil and groundwater conditions at the site was performed as part of the RCRA Corrective Action process. Studies of historical site impacts began in 1983 in response to preliminary CERCLA actions undertaken by the U.S. Environmental Protection Agency ("EPA"). The EPA eventually issued an Administrative Order on Consent for the site in 1997. The order specified that remediation work be performed under RCRA Corrective Action authority. Work has proceeded under the RCRA Corrective Action process since that time.

67

**The Chemours Company**

Subsequent investigations included the preparation of initial environmental site assessments and multiple phases of investigation. In 2002, as an interim remedial measure, two 2,000-foot long permeable reactive barrier treatment walls were installed along the northern property boundary to address migration of chemicals in groundwater. Since that time, the investigation process has been completed and approved by the EPA, and the final remedy for the site was issued by the EPA in July 2018.

On June 29, 2018, we sold the East Chicago, Indiana site to a third party for $1 million. In connection with the sale, the buyer agreed to assume all costs associated with environmental remediation activities at the site in excess of $21 million, which will remain our responsibility. At the time of the sale, we had accrued the full $21 million, of which $11 million remained as of December 31, 2020. We will reimburse the buyer through a series of progress payments to be made at defined intervals as certain tasks are completed.

*Fayetteville Works, Fayetteville, North Carolina*

Fayetteville is located southeast of the City of Fayetteville in Cumberland and Bladen counties, North Carolina. The facility encompasses approximately 2,200 acres, which were purchased by EID in 1970, and is bounded to the east by the Cape Fear River and to the west by North Carolina Highway 87. Currently, the Company manufactures fluorinated monomers, fluorinated vinyl ethers, Nafion™ membranes and dispersions, and fluoropolymer processing aids at the site. A former manufacturing area, which was sold in 1992, produced nylon strapping and elastomeric tape. EID sold its Butacite® and SentryGlas® manufacturing units to Kuraray America, Inc. in September 2014. In July 2015, upon our Separation from EID, we became the owner of the Fayetteville land assets along with fluoromonomers, Nafion™ membranes, and the related polymer processing aid manufacturing units. A polyvinyl fluoride resin manufacturing unit remained with EID.

Beginning in 1996, several stages of site investigation were conducted under NC DEQ oversight, as required by the facility's hazardous waste permit. In addition, the site has voluntarily agreed to agency requests for additional investigations of the potential release of "PFAS" (per- and polyfluoroalkyl substances) beginning with "PFOA" (collectively, perfluorooctanoic acids and its salts, including the ammonium salt) in 2006. As a result of detection of GenX in on-site groundwater wells during our investigations in 2017, the NC DEQ issued a Notice of Violation ("NOV") on September 6, 2017 alleging violations of North Carolina water quality statutes and requiring further response. Since that time, and in response to three additional NOVs issued by NC DEQ and pursuant to the Consent Order (as discussed below), we have worked cooperatively with the agency to investigate and address releases of PFAS to on-site and off-site groundwater and surface water.

As discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*, we, along with NC DEQ and Cape Fear River Watch ("CFRW"), a non-profit organization, have filed a final Consent Order ("CO") that comprehensively addressed various issues, NOVs, and court filings made by the NC DEQ regarding Fayetteville and resolved litigations filed by the NC DEQ and CFRW. In connection with the CO, a thermal oxidizer became fully operational at the site in December 2019 to reduce aerial PFAS emissions from Fayetteville.

In the fourth quarter of 2019, we completed and submitted our Cape Fear River PFAS Loading Reduction Plan - Supplemental Information Report and Corrective Action Plan ("CAP") to NC DEQ. The Supplemental Information Report provided information to support the evaluation of potential interim remedial options to reduce PFAS loadings to surface waters. The CAP described potential long-term remediation activities to address PFAS in on-site groundwater and surface waters at the site, in accordance with the requirements of the CO and the North Carolina groundwater standards, and builds on the previous submissions to NC DEQ. The NC DEQ received comments on the CAP during a public comment period, and we are awaiting formal response to the CAP from NC DEQ.

In August 2020, we, along with NC DEQ and CFRW, reached agreement on the terms of an addendum to the CO (the "Addendum"). The Addendum establishes the procedure to implement specified remedial measures for reducing PFAS loadings from Fayetteville to the Cape Fear River, including construction of a barrier wall with groundwater extraction system to be completed by March 15, 2023. After a period of public comment, the Addendum was approved by the North Carolina Superior Court for Bladen County on October 12, 2020. We are implementing measures under the Addendum, and we have commenced detailed engineering and design work for the barrier wall and groundwater extraction system with two stages of NC DEQ design approval to be completed in 2021 and 2022.

As of December 31, 2020, based on the CO, the Addendum, the CAP, and our plans, which are based on current regulations and technology, we have accrued $140 million and $54 million related to the estimated cost of on-site and off-site remediation, respectively. For the year ended December 31, 2020, we accrued an additional $42 million, of which $31 million was attributable to off-site groundwater testing and water treatment system installations at additional qualifying third-party properties in the vicinity surrounding Fayetteville. The amounts accrued during the year ended December 31, 2020 are net of $7 million of changes in estimates related to the cost of installing, maintaining, and monitoring certain water treatment systems. During most of the second quarter of 2020, testing of drinking water wells and water treatment system installations were temporarily suspended in connection with health and safety precautions taken during the COVID-19 pandemic. We resumed residential sampling and installation of water treatment systems in June 2020. Off-site installation, maintenance, and monitoring may be impacted by additional changes in estimates as actual experience may differ from management's estimates. Specific to our on-site remediation at Fayetteville, we accrued $11 million during the year ended December 31, 2020, including an incremental $5 million in the fourth quarter of 2020 primarily related to remediation projects for which detailed engineering design was complete.

68

**The Chemours Company**

*Pompton Lakes, New Jersey*

During the 20th century, blasting caps, fuses, and related materials were manufactured at Pompton Lakes, Passaic County, New Jersey. Operating activities at the site were ceased in the mid-1990s. The primary contaminants in the soil and sediments are lead and mercury. Groundwater contaminants include volatile organic compounds. Under the authority of the EPA and the New Jersey Department of Environmental Protection ("NJ DEP"), remedial actions at the site are focused on investigating and cleaning-up the area. Groundwater monitoring at the site is ongoing, and we have installed and continue to install vapor mitigation systems at residences within the groundwater plume. In addition, we are further assessing groundwater conditions. In September 2015, the EPA issued a modification to the site's RCRA permit that requires us to dredge mercury contamination from a 36-acre area of the lake and remove sediment from two other areas of the lake near the shoreline. The remediation activities commenced when permits and implementation plans were approved in May 2016, and work on the lake dredging project is now complete. In April 2019, we submitted a revised Corrective Measures Study ("CMS") proposing actions to address on-site soils impacted from past operations that exceed applicable clean-up criteria. We received comments on the CMS from the EPA and NJ DEP in March 2020, and we responded to their comments in June 2020.

*U.S. Smelter and Lead Refinery, Inc., East Chicago, Indiana*

The U.S. Smelter and Lead Refinery, Inc. ("USS Lead") Superfund site is located in the Calumet neighborhood of East Chicago, Lake County, Indiana. The site includes the former USS Lead facility along with nearby commercial, municipal, and residential areas. The primary compounds of interest are lead and arsenic which may be found in soils within the impacted area. The EPA is directing and organizing remediation on this site, and we are one of a number of parties working cooperatively with the EPA on the safe and timely completion of this work. EID's former East Chicago manufacturing facility was located adjacent to the site, and EID assigned responsibility for the site to us in the Separation Agreement.

The USS Lead Superfund site was listed on the National Priorities List in 2009. To facilitate negotiations with PRPs, the EPA divided the residential part of the USS Lead Superfund site into three zones, referred to as Zone 1, Zone 2, and Zone 3. The division into three zones resulted in Atlantic Richfield Co. ("Atlantic Richfield") and EID entering into an agreement in 2014 with the EPA and the State of Indiana to reimburse the EPA's costs to implement clean-up in Zone 1 and Zone 3. More recently, in March 2017, we and three other parties - Atlantic Richfield, EID, and the U.S. Metals Refining Co. ("U.S. Metals") - entered into an administrative order on consent to reimburse the EPA's costs to clean-up a portion of Zone 2. In March 2018, the EPA issued a Unilateral Administrative Order for the remainder of the Zone 2 work to five parties, including us, Atlantic Richfield, EID, U.S. Metals, and USS Lead Muller Group, and these parties entered into an interim allocation agreement to perform that work. As of the end of 2019, the required work in Zone 3 had been completed. The required work in Zone 2 was nearly complete by the end of 2020. The determination of a final allocation for Zone 2 and/or the other Zones is ongoing, and additional PRPs may be identified.

The environmental accrual for USS Lead continues to include completion of the remaining obligations under the 2012 Record of Decision ("ROD") and Statement of Work, which principally encompasses completion of Zone 1. The EPA released a proposed amendment to the 2012 ROD (the "ROD Amendment") for a portion of Zone 1 in December 2018 (following its August 2018 Feasibility Study Addendum), with its recommended option based on future residential use. The EPA's ROD Amendment for modified Zone 1 was released in March 2020, and selects as the preferred remedy one which requires a clean-up to residential standards based on the current applicable residential zoning. The ROD Amendment for modified Zone 1 also sets forth a selected contingent remedy which requires clean-up to commercial/industrial standards if the future land use becomes commercial/industrial. In November 2019, a Letter of Intent was executed by the City of East Chicago, Indiana and Industrial Development Advantage, LLC, relating to modified Zone 1 development, and the EPA has indicated that it is "more likely" that future land use in this area will be commercial/industrial and not residential. We expect that our future costs for modified Zone 1 will be contingent on the development of this area and implementation under the ROD Amendment, as well as any final allocation between PRPs.

**New Jersey Department of Environmental Protection Directives and Litigation**

In March 2019, the NJ DEP issued two Directives and filed four lawsuits against Chemours and other defendants. Further discussion related to these matters is included in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

**The Chemours Company**

### PFOA

Refer to our discussion under the heading "PFOA" in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

### GenX

In June 2019, the Member States Committee of the European Chemicals Agency ("ECHA") voted to list HFPO Dimer Acid as a Substance of Very High Concern. The vote was based on Article 57(f) - equivalent level of concern having probable serious effects to the environment. This identification does not impose immediate regulatory restriction or obligations, but may lead to a future authorization or restriction of the substance. On September 24, 2019, Chemours filed an application with the EU Court of Justice for the annulment of the decision of ECHA to list HFPO Dimer Acid as a Substance of Very High Concern.

### PFAS

Refer to our discussion under the heading "PFAS" in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements*.

In May 2020, ECHA announced that five Member States (Germany, the Netherlands, Norway, Sweden, and Denmark) launched a call for evidence to inform a PFAS restriction proposal. Companies producing or using PFAS, as well as selling mixture or products containing PFAS, were invited to provide input. This call for evidence closed July 31, 2020. Thousands of substances meet the definition of PFAS as outlined in the call for evidence. This very broad definition covers substances with a variety of physical and chemical properties, health and environmental profiles, uses, and benefits. We submitted information on the substances covered by the call for evidence to the Member State competent authority for Germany, which is the Federal Institute for Occupational Safety and Health ("BAuA").

### Delaware Chancery Court Lawsuit

In May 2019, we filed a lawsuit in Delaware Chancery Court ("Chancery Court") against DuPont, Corteva, and EID concerning EID's contention that it is entitled to unlimited indemnity from us for specified liabilities that EID assigned to us in the spin-off. The lawsuit requested a declaratory judgment limiting EID's indemnification rights against us and the transfer of liabilities to us to the actual "high-end (maximum) realistic exposures" it stated in connection with the spin-off, or, in the alternative, requiring the return of the approximate $4.0 billion dividend EID extracted from us in connection with the spin-off. In March 2020, the Chancery Court granted EID's Motion to Dismiss, placing the matter in non-public binding arbitration. The dismissal was affirmed by the Delaware Supreme Court. In January 2021, the parties entered into a binding MOU, addressing the allegations in the lawsuit and arbitration. Pursuant to the MOU, the parties have agreed to dismiss the arbitration. Many of the potential litigation liabilities discussed in "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* are included in the MOU.

70

**The Chemours Company**

**Non-GAAP Financial Measures**

We prepare our consolidated financial statements in accordance with GAAP. To supplement our financial information presented in accordance with GAAP, we provide the following non-GAAP financial measures - Adjusted EBITDA, Adjusted Net Income, Adjusted Earnings per Share ("EPS"), Free Cash Flows ("FCF"), Return on Invested Capital ("ROIC"), and Net Leverage Ratio - in order to clarify and provide investors with a better understanding of our performance when analyzing changes in our underlying business between reporting periods and provide for greater transparency with respect to supplemental information used by management in its financial and operational decision-making. We utilize Adjusted EBITDA as the primary measure of segment profitability used by our CODM.

Adjusted EBITDA is defined as income (loss) before income taxes, excluding the following:

- interest expense, depreciation, and amortization;

- non-operating pension and other post-retirement employee benefit costs, which represents the components of net periodic pension (income) costs excluding the service cost component;

- exchange (gains) losses included in other income (expense), net;

- restructuring, asset-related, and other charges;

- (gains) losses on sales of assets and business; and,

- other items not considered indicative of our ongoing operational performance and expected to occur infrequently.

Adjusted Net Income is defined as our net income (loss), adjusted for items excluded from Adjusted EBITDA, except interest expense, depreciation, amortization, and certain provision for (benefit from) income tax amounts. Adjusted EPS is calculated by dividing Adjusted Net Income by the weighted-average number of our common shares outstanding. Diluted Adjusted EPS accounts for the dilutive impact of our stock-based compensation awards, which includes unvested restricted shares. FCF is defined as our cash flows provided by (used for) operating activities, less purchases of property, plant, and equipment as shown in our consolidated statements of cash flows. ROIC is defined as Adjusted Earnings before Interest and Taxes ("EBIT"), divided by the average of our invested capital, which amounts to our net debt, or debt less cash and cash equivalents, plus equity. Net Leverage Ratio is defined as our total debt principal, net, or our total debt principal outstanding less cash and cash equivalents, divided by Adjusted EBITDA.

We believe the presentation of these non-GAAP financial measures, when used in conjunction with GAAP financial measures, is a useful financial analysis tool that can assist investors in assessing our operating performance and underlying prospects. This analysis should not be considered in isolation or as a substitute for analysis of our results as reported under GAAP. In the future, we may incur expenses similar to those eliminated in this presentation. Our presentation of Adjusted EBITDA, Adjusted Net Income, Adjusted EPS, FCF, ROIC, and Net Leverage Ratio should not be construed as an inference that our future results will be unaffected by unusual or infrequently occurring items. The non-GAAP financial measures we use may be defined differently from measures with the same or similar names used by other companies. This analysis, as well as the other information provided in this Annual Report on Form 10-K, should be read in conjunction with the *Consolidated Financial Statements* and notes thereto included in this report.

71

**The Chemours Company**

The following table sets forth a reconciliation of Adjusted EBITDA, Adjusted Net Income, and Adjusted EPS to our net income (loss) attributable to Chemours for the years ended December 31, 2020, 2019, and 2018.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| (Dollars in millions, except per share amounts) | | 2020 | | 2019 | | 2018 |
| **Net income (loss) attributable to Chemours** | $ | 219 | $ | (52) | $ | 995 |
| Non-operating pension and other post-retirement employee benefit (income) cost (1) | | (1) | | 368 | | (27) |
| Exchange losses (gains), net | | 26 | | 2 | | (1) |
| Restructuring, asset-related, and other charges (2) | | 80 | | 87 | | 49 |
| Loss on extinguishment of debt | | 22 | | - | | 38 |
| Gain on sales of assets and businesses (3) | | (8) | | (10) | | (45) |
| Transaction costs (4) | | 2 | | 3 | | 9 |
| Legal and environmental charges (5) | | 49 | | 175 | | 82 |
| Other charges | | - | | - | | 1 |
| Adjustments made to income taxes (6) | | (23) | | - | | (41) |
| Benefit from income taxes relating to reconciling items (7) | | (37) | | (154) | | (26) |
| **Adjusted Net Income** | | 329 | | 419 | | 1,034 |
| Net income attributable to non-controlling interests | | - | | - | | 1 |
| Interest expense, net | | 210 | | 208 | | 195 |
| Depreciation and amortization | | 320 | | 311 | | 284 |
| All remaining provision for income taxes | | 20 | | 82 | | 226 |
| **Adjusted EBITDA** | $ | 879 | $ | 1,020 | $ | 1,740 |
| Weighted-average number of common shares outstanding - basic | | 164,681,827 | | 164,816,839 | | 176,968,554 |
| Dilutive effect of our employee compensation plans (8) | | 1,664,702 | | 2,428,184 | | 5,603,467 |
| Weighted-average number of common shares outstanding - diluted (8) | | 166,346,529 | | 167,245,023 | | 182,572,021 |
| **Per share data** | | | | | | |
| Basic earnings (loss) per share of common stock | $ | 1.33 | $ | (0.32) | $ | 5.62 |
| Diluted earnings (loss) per share of common stock (8) | | 1.32 | | (0.32) | | 5.45 |
| Adjusted basic earnings per share of common stock | | 2.00 | | 2.54 | | 5.85 |
| Adjusted diluted earnings per share of common stock (8) | | 1.98 | | 2.51 | | 5.67 |

(1) The year ended December 31, 2019 includes a $380 million settlement loss related to a significant portion of our Netherlands pension plan, specific to the vested pension benefits of the inactive participants. Refer to "Note 27 - Long-term Employee Benefits" to the *Consolidated Financial Statements* for further details.

(2) Includes restructuring, asset-related, and other charges, which are discussed in further detail in "Note 7 - Restructuring, Asset-related, and Other Charges" to the *Consolidated Financial Statements*.

(3) The year ended December 31, 2020 includes a gain of $6 million recognized in connection with the sale of our Oakley, California site. The year ended December 31, 2019 includes a non-cash gain of $9 million recognized in connection with the sale of our Repauno, New Jersey site. The year ended December 31, 2018 included gains of $3 million and $42 million associated with the sales of our East Chicago, Indiana and Linden, New Jersey sites, respectively.

(4) Includes costs associated with our debt transactions, as well as accounting, legal, and bankers' transaction costs incurred in connection with our strategic initiatives.

(5) Legal charges pertain to litigation settlements, PFOA drinking water treatment accruals, and other legal charges. The year ended December 31, 2020 includes $29 million incurred in connection with our portion of the costs to settle PFOA multi-district litigation in Ohio. Environmental charges pertain to management's assessment of estimated liabilities associated with on-site remediation, off-site groundwater remediation, and toxicology studies related to Fayetteville. The year ended December 31, 2020 includes $5 million primarily related to detailed engineering design for on-site remediation projects at Fayetteville, as well as $8 million based on the aforementioned assessment associated with certain estimated liabilities at Fayetteville. The year ended December 31, 2019 includes $168 million in additional charges related to the approved final Consent Order associated with certain matters at Fayetteville. The year ended December 31, 2018 includes $63 million in additional charges for the estimated liability associated with Fayetteville. Refer to "Note 22 - Commitments and Contingent Liabilities" to the *Consolidated Financial Statements* for further details.

(6) Includes the removal of certain discrete income tax impacts within our provision for income taxes, such as shortfalls and windfalls on share-based payments, certain return-to-accrual adjustments, historical valuation allowance adjustments, unrealized gains and losses on foreign exchange rate changes, and other discrete income tax items.

(7) The income tax impacts included in this caption are determined using the applicable rates in the taxing jurisdictions in which income or expense occurred and represent both current and deferred income tax expense or benefit based on the nature of the non-GAAP financial measure.

(8) In periods where the Company incurs a net loss, the impact of potentially dilutive securities is excluded from the calculation of EPS under GAAP, as its inclusion would have an anti-dilutive effect. As such, with respect to the GAAP measure of diluted EPS, the impact of potentially dilutive securities is excluded from our calculation for the year ended December 31, 2019. With respect to the non-GAAP measure of adjusted diluted EPS, the impact of potentially dilutive securities is included in our calculation for all of the periods presented above, as Adjusted Net Income was in a net income position for the years ended December 31, 2020, 2019, and 2018.

**The Chemours Company**

The following table sets forth a reconciliation of FCF to our cash flows provided by operating activities for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| (Dollars in millions) | 2020 | 2019 | 2018 |
| Cash provided by operating activities | $ 807 | $ 650 | $ 1,140 |
| Less: Purchases of property, plant, and equipment | (267) | (481) | (498) |
| Free Cash Flows | $ 540 | $ 169 | $ 642 |

The following table sets forth a reconciliation of ROIC to Adjusted EBIT and average invested capital, and their nearest respective GAAP measures, for the periods presented.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| (Dollars in millions) | 2020 | 2019 | 2018 |
| Adjusted EBITDA (1) | $ 879 | $ 1,020 | $ 1,740 |
| Less: Depreciation and amortization (1) | (320) | (311) | (284) |
| Adjusted EBIT | $ 559 | $ 709 | $ 1,456 |

| | As of December 31, | | |
| --- | --- | --- | --- |
| (Dollars in millions) | 2020 | 2019 | 2018 |
| Total debt | $ 4,026 | $ 4,160 | $ 3,972 |
| Total equity | 815 | 695 | 1,020 |
| Less: Cash and cash equivalents | (1,105) | (943) | (1,201) |
| Invested capital, net | $ 3,736 | $ 3,912 | $ 3,791 |
| Average invested capital (2) | $ 3,895 | $ 4,102 | $ 3,717 |
| Return on Invested Capital | 14% | 17% | 39% |

(1) Reconciliations of Adjusted EBITDA to net income (loss) attributable to Chemours are provided on a quarterly basis. Refer to the preceding table for the reconciliation of Adjusted EBITDA to net income (loss) attributable to Chemours for the years ended December 31, 2020, 2019, and 2018.

(2) Average invested capital is based on a five-quarter trailing average of invested capital, net.

The following table sets forth a reconciliation of Net Leverage Ratio to our total debt principal, cash and cash equivalents, and Adjusted EBITDA.

| | As of December 31, | |
| --- | --- | --- |
| (Dollars in millions) | 2020 | 2019 |
| Total debt principal | $ 4,061 | $ 4,196 |
| Less: Cash and cash equivalents | 1,105 | 943 |
| Total debt principal, net | $ 2,956 | $ 3,253 |

| | Year Ended December 31, | |
| --- | --- | --- |
| (Dollars in millions) | 2020 | 2019 |
| Adjusted EBITDA (1) | $ 879 | $ 1,020 |
| Net Leverage Ratio | 3.4x | 3.2x |

(1) Reconciliations of Adjusted EBITDA to net income (loss) attributable to Chemours are provided on a quarterly basis. Refer to the preceding table for the reconciliation of Adjusted EBITDA to net income (loss) attributable to Chemours for the years ended December 31, 2020, 2019, and 2018.

73

**The Chemours Company**

## Item 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

We are exposed to changes in foreign currency exchange rates because of our global operations. As a result, we have assets, liabilities, and cash flows denominated in a variety of foreign currencies. We also have variable rate indebtedness, which subjects us to interest rate risk. Additionally, we are exposed to changes in the prices of certain commodities that we use in production. Changes in these rates and commodity prices, which may be further exacerbated by the impacts of COVID-19 and the associated volatility in the broader financial markets, may have an impact on our future cash flows and earnings. We manage these risks through normal operating and financing activities and, when deemed appropriate, through the use of derivative financial instruments. We do not enter into derivative financial instruments for trading or speculative purposes.

By using derivative financial instruments, we are subject to credit and market risk. The fair values of the derivative financial instruments are determined by using valuation models whose inputs are derived using market observable inputs, and reflect the asset or liability position as of the end of each reporting period. When the fair value of a derivative contract is positive, the counterparty owes us, thus creating a receivable risk for us. We are exposed to counterparty credit risk in the event of non-performance by counterparties to our derivative agreements. We minimize counterparty credit (or repayment) risk by entering into transactions with major financial institutions of investment grade credit ratings.

Our risk management programs and the underlying exposures are closely correlated, such that the potential loss in value for the risk management portfolio described above would be largely offset by the changes in the value of the underlying exposures. Refer to "Note 26 - Financial Instruments" to the *Consolidated Financial Statements* for further information.

### Foreign Currency Risks

We enter into foreign currency forward contracts to minimize the volatility in our earnings related to foreign exchange gains and losses resulting from remeasuring our monetary assets and liabilities that are denominated in non-functional currencies, and any gains and losses from the foreign currency forward contracts are intended to be offset by any gains or losses from the remeasurement of the underlying monetary assets and liabilities. These derivatives are stand-alone and, except as described below, have not been designated as a hedge. At December 31, 2020, we had 25 foreign currency forward contracts outstanding with an aggregate gross notional U.S. dollar equivalent of $688 million, the fair value of which amounted to $3 million. At December 31, 2019, we had 16 foreign currency forward contracts outstanding with an aggregate gross notional U.S. dollar equivalent of $530 million, the fair value of which amounted to less than $1 million. We recognized a net gain of $29 million, a net loss of $2 million, and a net gain of $3 million for the years ended December 31, 2020, 2019, and 2018, respectively, within other income (expense), net related to our non-designated foreign currency forward contracts.

We enter into certain qualifying foreign currency forward contracts under a cash flow hedge program to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases in certain of our international subsidiaries that use the euro as their functional currency. At December 31, 2020, we had 144 foreign currency forward contracts outstanding under our cash flow hedge program with an aggregate notional U.S. dollar equivalent of $101 million, the fair value of which amounted to negative $4 million. At December 31, 2019, we had 150 foreign currency forward contracts outstanding under our cash flow hedge program with an aggregate notional U.S. dollar equivalent of $124 million, the fair value of which amounted to $1 million. We recognized a pre-tax loss of $4 million and pre-tax gains of $6 million and $10 million for the years ended December 31, 2020, 2019, and 2018, respectively, within accumulated other comprehensive loss. For the years ended December 31, 2020, 2019, and 2018, $3 million, $10 million, and $4 million of gain was reclassified to the cost of goods sold from accumulated other comprehensive loss, respectively.

We designated our euro-denominated debt as a hedge of our net investment in certain of our international subsidiaries that use the euro as their functional currency in order to reduce the volatility in stockholders' equity caused by changes in foreign currency exchange rates of the euro with respect to the U.S. dollar. We recognized a pre-tax loss of $88 million and pre-tax gains of $20 million and $32 million for the years ended December 31, 2020, 2019, and 2018, respectively, on our net investment hedge within accumulated other comprehensive loss.

### Interest Rate Risk

Beginning in the second quarter of 2020, we elected to expand our cash flow hedge program and enter into interest rate swaps, which are used to mitigate the volatility in our cash payments for interest due to fluctuations in the London Interbank Offered Rate ("LIBOR"), as is applicable to the portion of our senior secured term loan facility denominated in U.S. dollars. At December 31, 2020, we had three interest rate swaps outstanding under our cash flow hedge program with an aggregate notional U.S. dollar equivalent of $400 million, the fair value of which amounted to negative $3 million. We recognized a pre-tax loss of $4 million for the year ended December 31, 2020 within accumulated other comprehensive loss. For the year ended December 31, 2020, less than $1 million of loss was reclassified to interest expense, net from accumulated other comprehensive loss.

74

**The Chemours Company**

**Concentration of Credit Risk**

Our sales are not materially dependent on any single customer. At December 31, 2020 and 2019, one individual customer balance represented approximately 5% of our total outstanding accounts and notes receivable balance. Any credit risk associated with our accounts and notes receivable balance is representative of the geographic, industry, and customer diversity associated with our global businesses. As a result of our customer base being widely dispersed, we do not believe our exposure to credit-related losses related to our business as of December 31, 2020 and 2019 was material.

We also maintain strong credit controls in evaluating and granting customer credit. As a result, we may require that customers provide some type of financial guarantee in certain circumstances. The length of terms for customer credit varies by industry and region.

**Commodities Risk**

A portion of our products and raw materials are commodities whose prices fluctuate as market supply and demand fundamentals change. Accordingly, product margins and the level of our profitability tend to fluctuate with changes in the business cycle. We try to protect against such instability through various business strategies. These include provisions in sales contracts allowing us to pass on higher raw materials costs through timely price increases and formula price contracts to transfer or share commodity price risk. We did not have any commodity derivative financial instruments in place as of December 31, 2020 and 2019.

**Item 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA**

The financial statements and supplementary data required by this *Item 8 - Financial Statements and Supplementary Data* is incorporated by reference herein as set forth in *Item 15(a)(1) - Consolidated Financial Statements*.

**Item 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE**

None.

75

**The Chemours Company**

## Item 9A. CONTROLS AND PROCEDURES

### Disclosure Controls and Procedures

We maintain disclosure controls and procedures designed to provide reasonable assurance that the information required to be disclosed in our reports filed or submitted under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the SEC. These controls and procedures also provide reasonable assurance that information required to be disclosed in such reports is accumulated and communicated to management, including our CEO and CFO, to allow timely decisions regarding required disclosures.

As of December 31, 2020, our CEO and CFO, together with management, conducted an evaluation of the effectiveness of our disclosure controls and procedures as defined in Rule 13a-15(e) under the Exchange Act. Based on that evaluation, the CEO and CFO have concluded that these disclosure controls and procedures are effective at the reasonable assurance level.

### Changes in Internal Control over Financial Reporting

There have been no changes in our internal control over financial reporting that occurred during the year ended December 31, 2020 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

### Management's Report on Internal Control over Financial Reporting

We have completed an evaluation of our internal control over financial reporting and have concluded that our internal control over financial reporting was effective as of December 31, 2020 (refer to "Management's Report on Internal Control over Financial Reporting" on page F-2 to the *Consolidated Financial Statements*).

## Item 9B. OTHER INFORMATION

None.

76

**The Chemours Company**
**PART III**

## Item 10. DIRECTORS, EXECUTIVE OFFICERS, AND CORPORATE GOVERNANCE

Except for information concerning executive officers, which is included in Part I of this Annual Report on Form 10-K under the caption "Information About Our Executive Officers", the information about our directors required by this *Item 10 - Directors, Executive Officers, and Corporate Governance* is contained under the caption "Proposal 1 - Election of Directors" in the definitive proxy statement for our 2021 annual meeting of stockholders (the "2021 Proxy Statement"), which we anticipate filing with the SEC within 120 days after the end of the fiscal year to which this report relates, and is incorporated herein by reference.

Information regarding our audit committee and our code of ethics is contained in the 2021 Proxy Statement under the captions "Corporate Governance" and "Board Structure and Committee Composition" and is incorporated herein by reference.

## Item 11. EXECUTIVE COMPENSATION

The information required by this *Item 11 - Executive Compensation* is contained in the 2021 Proxy Statement under the captions "Executive Compensation", "Director Compensation", and "Compensation and Leadership Development Committee" and is incorporated herein by reference.

## Item 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required by this *Item 12 - Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters* and not otherwise set forth below is contained in the 2021 Proxy Statement under the caption "Security Ownership of Certain Beneficial Owners and Management" and is incorporated herein by reference.

**Securities authorized for issuance under equity compensation plans**

*(Shares in thousands)*

| Plan Category | December 31, 2020 | | |
|---|---|---|---|
| | Number of Securities to be Issued Upon Exercise of Outstanding Options, Warrants, and Rights (1) | Weighted-average Exercise Price of Outstanding Options, Warrants, and Rights (2) | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans (3) |
| Equity compensation plans approved by security holders | 9,100 | $ 19.21 | 10,200 |

(1)  Includes the approximate number of outstanding stock options, restricted stock units ("RSUs"), and performance share units ("PSUs").

(2)  Represents the weighted-average exercise price of outstanding stock options only. RSUs and PSUs do not have associated exercise prices.

(3)  Reflects the approximate shares available for issuance pursuant to The Chemours Company 2017 Equity and Incentive Plan (the "2017 Plan"), which was approved by our stockholders on April 26, 2017 and replaces The Chemours Company Equity and Incentive Plan. The maximum number of shares of stock reserved for the grant or settlement of awards under the 2017 Plan is 19,000,000.

## Item 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

The information required by this *Item 13 - Certain Relationships and Related Transactions, and Director Independence* is contained in the 2021 Proxy Statement under the captions "Director Independence" and "Certain Relationships and Transactions" and is incorporated herein by reference.

## Item 14. PRINCIPAL ACCOUNTING FEES AND SERVICES

The information required by this *Item 14 - Principal Accounting Fees and Services* is contained in the 2021 Proxy Statement under the captions "Proposal 3 - Ratification of Selection of Independent Registered Public Accounting Firm", "Fees Paid to Independent Registered Public Accounting Firm", and "Audit Committee's Pre-Approval Policies and Procedures" and is incorporated herein by reference.

77

**The Chemours Company**
**PART IV**

**Item 15. EXHIBITS, FINANCIAL STATEMENT SCHEDULES**

**(a)(1) Consolidated Financial Statements**

Refer to the "Index to the *Consolidated Financial Statements*" commencing on page F-1 of this Annual Report on Form 10-K.

**(a)(2) Financial Statement Schedule**

Schedules not listed herein have been omitted because they are not required, not applicable, or the required information is otherwise included.

**(a)(3) Exhibits**

Refer to the "Exhibit Index" beginning on page 79 of this Annual Report on Form 10-K.

**Item 16. FORM 10-K SUMMARY**

None.

**The Chemours Company**

<div style="background-color:red; color:white; text-align:center;">EXHIBIT INDEX</div>

| Exhibit Number | Description |
|---|---|
| 2.1 | Separation Agreement by and between E. I. du Pont de Nemours and Company and the Chemours Company (incorporated by reference to Exhibit 2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 2.1(1) | Amendment No. 1, dated August 24, 2017, to the Separation Agreement, dated as of July 1, 2015, by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 2.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on August 25, 2017). |
| 3.1 | Company's Amended and Restated Certificate of Incorporation (incorporated by reference to Exhibit 3.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 3.2 | Company's Amended and Restated Bylaws (incorporated by reference to Exhibit 3.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 4.1 | Indenture, dated May 12, 2015 by and among The Chemours Company, The Guarantors party thereto and U.S. Bank National Association, as Trustee, Elavon Financial Services Limited, as Registrar and Transfer Agent for the Euro Notes (incorporated by reference to Exhibit 10.7 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(1) | First Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee (incorporated by reference to Exhibit 10.8 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(2) | Second Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee (incorporated by reference to Exhibit 10.9 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(3) | Third Supplemental Indenture, dated May 12, 2015, by and among The Chemours Company, the Guarantors party thereto and U.S. Bank National Association, as Trustee, Elavon Financial Services Limited, UK Branch, as Paying Agent for the Euro Notes and Elavon Financial Services Limited, as Registrar and Transfer Agent for the Euro Notes (incorporated by reference to Exhibit 10.10 to the Company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 4.1(4) | Fourth Supplemental Indenture, dated as of June 6, 2018, among The Chemours Company, the Guarantors named therein, U.S. Bank National Association, as trustee, Elavon Financial Services DAC, UK Branch, as paying agent, and Elavon Financial Services DAC, as registrar and transfer agent (incorporated by reference to Exhibit 4.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on June 6, 2018). |
| 4.1(5) | Fifth Supplemental Indenture, dated as of November 27, 2020, among The Chemours Company, the guarantors named therein, U.S. Bank National Association, as trustee, Elavon Financial Services DAC, UK Branch, as the Paying Agent, and Elavon Financial Services DAC, as the Registrar (incorporated by reference to Exhibit 4.3 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on November 27, 2020). |
| 4.1(6) | Specimen 6.625% Notes due 2023 (included in Exhibit 4.1(1)). |
| 4.1(7) | Specimen 7.000% Notes due 2025 (included in Exhibit 4.1(2)). |
| 4.1(8) | Specimen 6.125% Notes due 2023 (included in Exhibit 4.1(3)). |
| 4.2 | Indenture (for senior debt securities), dated as of May 23, 2017, by and between The Chemours Company and U.S. Bank National Association, as trustee (incorporated by reference to Exhibit 4.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(1) | First Supplemental Indenture, dated as of May 23, 2017, by and among The Chemours Company, the guarantors named therein and U.S. Bank National Association, as trustee (incorporated by reference to Exhibit 4.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(2) | Second Supplemental Indenture, dated as of June 6, 2018, among The Chemours Company, the Guarantors named therein, U.S. Bank National Association, as trustee, Elavon Financial Services DAC, UK Branch, as paying agent, and Elavon Financial Services DAC, as registrar and transfer agent (incorporated by reference to Exhibit 4.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on June 6, 2018). |
| 4.2(3) | Specimen 5.375% Senior Note due 2027 (incorporated by reference to Exhibit 4.3 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 23, 2017). |
| 4.2(4) | Specimen 4.000% Senior Note Due 2026 (included in Exhibit 4.2(2)). |
| 4.3 | Indenture, dated as of November 27, 2020, between The Chemours Company and U.S. Bank National Association, as trustee (incorporated by reference to Exhibit 4.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on November 27, 2020). |
| 4.3(1) | First Supplemental Indenture, dated as of November 27, 2020, among The Chemours Company, the guarantors named therein, and U.S. Bank National Association, as trustee (incorporated by reference to Exhibit 4.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on November 27, 2020). |
| 4.3(2) | Specimen 5.750% Senior Notes Due 2028 (included in Exhibit 4.3(1)). |
| 4.4 | Description of common stock (incorporated by reference to Exhibit 4.3 to the Company's Annual Report on Form 10-K for the year ended December 31, 2019). |
| 10.1 | Second Amended and Restated Transition Services Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.2 | Tax Matters Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.3 | Employee Matters Agreement by and between E. I. du Pont de Nemours and Company and The Chemours Company (incorporated by reference to Exhibit 10.3 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |

79

**The Chemours Company**

| Exhibit Number | Description |
| --- | --- |
| 10.4 | Third Amended and Restated Intellectual Property Cross-License Agreement by and among E. I. du Pont de Nemours and Company, The Chemours Company FC and The Chemours Company TT, LLC (incorporated by reference to Exhibit 10.4 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.14 | Amended and Restated Credit Agreement, dated as of April 3, 2018, among The Chemours Company, the Lenders and Issuing Banks party thereto and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on April 3, 2018). |
| 10.16* | The Chemours Company Equity and Incentive Plan (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205391, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.17* | The Chemours Company Retirement Savings Restoration Plan (incorporated by reference to Exhibit 10.5 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.18* | The Chemours Company Management Deferred Compensation Plan (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205393), as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.19(1)* | The Chemours Company Stock Accumulation and Deferred Compensation Plan for Directors (incorporated by reference to Exhibit 4.1 to the Company's Form S-8 (File No. 333-205392), as filed with the U.S. Securities and Exchange Commission on July 1, 2015). |
| 10.19(2)* | The Chemours Company Stock Accumulation and Deferred Compensation Plan for Directors (incorporated by reference to Exhibit 10.2 to the Company's Quarterly Report on Form 10-Q, as filed with the U.S. Securities and Exchange Commission on May 4, 2018). |
| 10.20* | The Chemours Company Senior Executive Severance Plan (incorporated by reference to Exhibit 10.20 to the company's Amendment No. 3 to Form 10, as filed with the U.S. Securities and Exchange Commission on May 13, 2015). |
| 10.21* | Form of Option Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.21 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.22* | Form of Restricted Stock Unit Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.22 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.23* | Form of Stock Appreciation Right Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.23 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.24(1)* | Form of Restricted Stock Unit Terms for Non-Employee Directors under the Company's Equity Incentive Plan (incorporated by reference to Exhibit 10.24 to the company's Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2015). |
| 10.24(2)* | Form of Deferred Stock Unit Terms for Non-Employee Directors under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.3 to the Company's Quarterly Report on Form 10-Q, as filed with the U.S. Securities and Exchange Commission on May 4, 2018). |
| 10.25* | Form of Performance-Based Restricted Stock Unit Terms for August 2015 (incorporated by reference to Exhibit 10.25 to the company's Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2015). |
| 10.26* | Form of Performance Share Unit Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.26 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.27* | Form of Cash Performance Award Terms under the Company's Equity and Incentive Plan (incorporated by reference to Exhibit 10.27 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.28* | Form of Indemnification Agreement for officers and directors (incorporated by reference to Exhibit 10.28 to the company's Annual Report on Form 10-K for the year ended December 31, 2015). |
| 10.30 | Letter Agreement dated January 28, 2016 by and between The Chemours Company and E. I. du Pont de Nemours and Company (incorporated by reference to Item 10.2 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on February 23, 2016). |
| 10.31* | Form of Option Award Terms under the Company's Equity Incentive Plan for grantees located in the U.S. (incorporated by reference to Exhibit 10.31 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.32* | Form of Option Award Terms under the Company's Equity Incentive Plan for grantees located outside the U.S. (incorporated by reference to Exhibit 10.32 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.33* | Form of Award Terms of Time-Vested Restricted Stock Units under the Company's Equity Incentive Plan for grantees located in the U.S. (incorporated by reference to Exhibit 10.33 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.34* | Form of Award Terms of Time-Vested Restricted Stock Units under the Company's Equity Incentive Plan for grantees located outside the U.S. (incorporated by reference to Exhibit 10.34 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.35* | Form of Award Terms of Performance Share Units under the Company's Equity Incentive Plan (incorporated by reference to Exhibit 10.35 to the Company's Annual Report on Form 10-K for the year ended December 31, 2016). |
| 10.36* | Separation Agreement and Release between Paul Kirsch and the Company effective October 31, 2019, dated October 3, 2019 (incorporated by reference to Exhibit 10.36 to the Company's Annual Report on Form 10-K for the year ended December 31, 2019). |
| 10.37* | The Chemours Company 2017 Equity and Incentive Plan (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on May 1, 2017). |
| 10.38 | Memorandum of Understanding, dated January 22, 2021, by and among The Chemours Company, Corteva, Inc., E. I. du Pont de Nemours and Company and DuPont de Nemours, Inc. (f/k/a DowDuPont Inc.) (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K, as filed with the U.S. Securities and Exchange Commission on January 22, 2021). |

**The Chemours Company**

| Exhibit Number | Description |
|---|---|
| 21 | Subsidiaries of the Registrant. |
| 22 | List of Guarantor Subsidiaries. |
| 23 | Consent of Independent Registered Public Accounting Firm. |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certification of the Company's Principal Executive Officer. |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certification of the Company's Principal Financial Officer. |
| 32.1 | Section 1350 Certification of the Company's Principal Executive Officer. The information contained in this Exhibit shall not be deemed filed with the Securities and Exchange Commission nor incorporated by reference in any registration statement filed by the registrant under the Securities Act of 1933, as amended. |
| 32.2 | Section 1350 Certification of the Company's Principal Financial Officer. The information contained in this Exhibit shall not be deemed filed with the Securities and Exchange Commission nor incorporated by reference in any registration statement filed by the registrant under the Securities Act of 1933, as amended. |
| 95 | Mine Safety Disclosures. |
| 101.INS | XBRL Instance Document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 104 | The cover page from the Company's Annual Report on Form 10-K for the year ended December 31, 2020, which has been formatted in Inline XBRL and included within Exhibit 101. |

\* Management contract or compensatory plan or arrangement.

81

**The Chemours Company**

<span style="color:red">**SIGNATURES**</span>

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

THE CHEMOURS COMPANY
(Registrant)

Date: February 12, 2021

By: /s/ Sameer Ralhan

Sameer Ralhan
Senior Vice President, Chief Financial Officer
(As Duly Authorized Officer and Principal Financial Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant in the capacities and on the dates indicated:

| Signature | Title(s) | Date |
|---|---|---|
| /s/ Mark P. Vergnano<br>Mark P. Vergnano | President, Chief Executive Officer, and<br>Director<br>(Principal Executive Officer) | February 12, 2021 |
| /s/ Sameer Ralhan<br>Sameer Ralhan | Senior Vice President,<br>Chief Financial Officer<br>(Principal Financial Officer) | February 12, 2021 |
| /s/ Matthew S. Abbott<br>Matthew S. Abbott | Vice President and Controller<br>(Principal Accounting Officer) | February 12, 2021 |
| /s/ Richard H. Brown<br>Richard H. Brown | Chairman of the Board | February 12, 2021 |
| /s/ Curtis V. Anastasio<br>Curtis V. Anastasio | Director | February 12, 2021 |
| /s/ Bradley J. Bell<br>Bradley J. Bell | Director | February 12, 2021 |
| /s/ Mary B. Cranston<br>Mary B. Cranston | Director | February 12, 2021 |
| /s/ Curtis J. Crawford<br>Curtis J. Crawford | Director | February 12, 2021 |
| /s/ Dawn L. Farrell<br>Dawn L. Farrell | Director | February 12, 2021 |
| /s/ Erin N. Kane<br>Erin N. Kane | Director | February 12, 2021 |
| /s/ Sean D. Keohane<br>Sean D. Keohane | Director | February 12, 2021 |

82

**The Chemours Company**

<div style="background-color:#F1543F; color:white; text-align:center; font-weight:bold;">INDEX TO THE CONSOLIDATED FINANCIAL STATEMENTS</div>

| | Page |
|---|---|
| Management's Report on Internal Control over Financial Reporting | F-2 |
| Report of Independent Registered Public Accounting Firm | F-3 |
| Consolidated Statements of Operations for the years ended December 31, 2020, 2019, and 2018 | F-6 |
| Consolidated Statements of Comprehensive Income for the years ended December 31, 2020, 2019, and 2018 | F-7 |
| Consolidated Balance Sheets at December 31, 2020 and 2019 | F-8 |
| Consolidated Statements of Stockholders' Equity for the years ended December 31, 2020, 2019, and 2018 | F-9 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2020, 2019, and 2018 | F-10 |
| Notes to the Consolidated Financial Statements | F-11 |

F-1

**The Chemours Company**
**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rule 13a-15(f) under the Securities Exchange Act of 1934. The Company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. The Company's internal control over financial reporting includes those policies and procedures that:

(i)   pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the Company;

(ii)  provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles and that receipts and expenditures of the Company are being made only in accordance with authorization of management and directors of the Company; and,

(iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisitions, uses, or dispositions of the Company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2020, based on criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) in *Internal Control - Integrated Framework* (2013). Based on its assessment and those criteria, management concluded that the Company maintained effective internal control over financial reporting as of December 31, 2020.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, has audited the effectiveness of the Company's internal control over financial reporting as of December 31, 2020, as stated in its report, which is presented on the following page.

/s/ Mark P. Vergnano                          /s/ Sameer Ralhan

Mark P. Vergnano                             Sameer Ralhan
President and                                Senior Vice President,
Chief Executive Officer                      Chief Financial Officer
February 12, 2021

F-2

**Report of Independent Registered Public Accounting Firm**

To the Board of Directors and Stockholders of The Chemours Company

***Opinions on the Financial Statements and Internal Control over Financial Reporting***

We have audited the accompanying consolidated balance sheets of The Chemours Company and its subsidiaries (the "Company") as of December 31, 2020 and 2019, and the related consolidated statements of operations, of comprehensive income, of shareholders' equity and of cash flows for each of the three years in the period ended December 31, 2020, including the related notes (collectively referred to as the "consolidated financial statements"). We also have audited the Company's internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Company as of December 31, 2020 and 2019, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2020 in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the COSO.

***Basis for Opinions***

The Company's management is responsible for these consolidated financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express opinions on the Company's consolidated financial statements and on the Company's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the consolidated financial statements included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

***Definition and Limitations of Internal Control over Financial Reporting***

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

F-3

*Critical Audit Matters*

The critical audit matters communicated below are matters arising from the current period audit of the consolidated financial statements that were communicated or required to be communicated to the audit committee and that (i) relate to accounts or disclosures that are material to the consolidated financial statements and (ii) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

*Accrued Liabilities Associated with the Fayetteville Works Site*

As described in Note 22 to the consolidated financial statements, the Company is cooperating with a variety of ongoing inquiries and investigations from federal, state, and local authorities, regulators, and other governmental entities with respect to the discharge of hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid," sometimes referred to as "GenX" or "C3 Dimer Acid") and per- and polyfluoroalkyl substances ("PFAS") from the Company's Fayetteville Works site in North Carolina ("Fayetteville") into the Cape Fear River, site surface water, groundwater, and air emissions. The Company's accruals for these on-site remediation and off-site groundwater remediation activities as of December 31, 2020 were $194 million. The Company's estimated liability for off-site replacement drinking water supplies is based on management's assessment of the current facts and circumstances for this matter, which is subject to various assumptions that include, but are not limited to, the number of affected surrounding properties, response rates to the Company's offer, the timing of expiration of offers made to the property owners, the type of water treatment systems selected (i.e., whole building filtration or reverse osmosis units), the cost of the selected water treatment systems, and any related operation, maintenance, and monitoring ("OM&M") requirements, fines and penalties, and other charges contemplated by the Consent Order. The Company's estimated liability for the on-site remediation activities that are probable and estimable is based on the Consent Order, the related addendum with the North Carolina Department of Environmental Quality (the "Addendum"), the Corrective Action Plan ("CAP") and management's assessment of the current facts and circumstances, which are subject to various assumptions including the transport pathways (being pathways by which PFAS reaches the Cape Fear River) which will require remedial actions, the types of interim and permanent site surface water and on-site remedies and treatment systems selected and implemented, the estimated cost of such potential remedies and treatment systems, any related OM&M requirements, and other charges contemplated by the Consent Order and the Addendum.

The principal considerations for our determination that performing procedures relating to liabilities associated with Fayetteville is a critical audit matter are the significant judgment by management to estimate the ultimate costs expected to be incurred under environmental regulations and the Consent Order, including the Addendum and the CAP, which in turn led to significant auditor judgment, subjectivity and effort in performing procedures to assess management's judgments, including assumptions related to the number of affected surrounding properties, the type and corresponding cost of water treatment systems selected, transport pathways which will require remedial actions, the types of site surface water and on-site remedies and treatment systems selected and implemented, the estimated cost of such potential remedies and treatment systems, and any related OM&M requirements. Additionally, the audit effort involved the use of professionals with specialized skill and knowledge to assist in performing these procedures and evaluating the audit evidence obtained.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's determination and valuation of the liabilities related to Fayetteville, as well as the related financial statement disclosures. These procedures also included, among others, (i) testing the reasonableness of management's assumptions used to estimate the ultimate costs related to the number of affected surrounding properties, the type and corresponding cost of water treatment systems selected, transport pathways which will require remedial actions, the types of site surface water and on-site remedies and treatment systems selected and implemented, the estimated cost of such potential remedies and treatment systems selected and implemented, and any related OM&M requirements, (ii) obtaining and evaluating responses to letters of audit inquiry from legal counsel, and (iii) evaluating the sufficiency of the Company's disclosures related to the matter. Professionals with specialized skill and knowledge were used to assist in evaluating the estimated costs resulting from the Consent Order, the Addendum and CAP.

F-4

*Goodwill Impairment Assessment - Mining Solutions and Advanced Performance Materials Reporting Units*

As described in Notes 3 and 15 to the consolidated financial statements, the Company's consolidated goodwill balance was $153 million as of December 31, 2020, of which the goodwill associated with the Mining Solutions and Advanced Performance Materials reporting units was $51 million and $56 million, respectively. Management tests its goodwill for impairment at least annually on October 1st; however, these tests are performed more frequently when events or changes in circumstances indicate that the asset may be impaired. As previously disclosed by management, in addition to the annual impairment test performed on October 1st, management determined a triggering event occurred during 2020 that required certain reporting units' goodwill to be tested for impairment prior to the annual test. An impairment exists when the carrying value of a reporting unit exceeds its fair value. When performing a quantitative impairment test, management weights the results of an income-based valuation technique, the discounted cash flows method, and a market-based valuation technique, the guideline public companies method, to determine the reporting units' fair values. Such techniques require significant judgment and assumptions by management relating to short and long-term revenue growth rates, gross margins, discount rates, market multiples, and prospective financial information surrounding future cash flows of the reporting units.

The principal considerations for our determination that performing procedures relating to the goodwill impairment assessments related to the Mining Solutions and Advanced Performance Materials reporting units is a critical audit matter are the significant judgment by management when developing the fair value measurements of the reporting units. This in turn led to a high degree of auditor judgment and effort in performing procedures to evaluate the significant assumptions used in management's interim and annual impairment assessments related to short and long-term revenue growth rates, gross margins, discount rates, and market multiples. In addition, the audit effort involved the use of professionals with specialized skill and knowledge to assist in performing these procedures and evaluating the audit evidence obtained.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's goodwill impairment assessments, including controls over the valuation of the Company's reporting units. These procedures also included, among others, testing management's process for developing the fair value estimates; evaluating the appropriateness of the discounted cash flow models and the guideline public companies models; testing the completeness, accuracy, and relevance of underlying data used in the models; and evaluating the significant assumptions used by management, related to short and long-term revenue growth rates, gross margins, discount rates, and market multiples. Evaluating management's assumptions related to short and long-term revenue growth rates, gross margins, discount rates, and market multiples involved evaluating whether the assumptions used by management were reasonable considering (i) the current and past performance of the respective reporting unit, (ii) the consistency with external market and industry data, and (iii) whether these assumptions were consistent with evidence obtained in other areas of the audit. Professionals with specialized skill and knowledge were used to assist in the evaluation of the Company's discounted cash flow models, the guideline public companies models, and certain significant assumptions.

/s/ PricewaterhouseCoopers LLP

New York, New York

February 12, 2021

We have served as the Company's auditor since 2014.

F-5

**The Chemours Company**
**Consolidated Statements of Operations**
*(Dollars in millions, except per share amounts)*

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| Net sales | $ | 4,969 | $ | 5,526 | $ | 6,638 |
| Cost of goods sold | | 3,902 | | 4,463 | | 4,667 |
| Gross profit | | 1,067 | | 1,063 | | 1,971 |
| Selling, general, and administrative expense | | 527 | | 548 | | 657 |
| Research and development expense | | 93 | | 80 | | 82 |
| Restructuring, asset-related, and other charges | | 80 | | 87 | | 49 |
| Total other operating expenses | | 700 | | 715 | | 788 |
| Equity in earnings of affiliates | | 23 | | 29 | | 43 |
| Interest expense, net | | (210) | | (208) | | (195) |
| Loss on extinguishment of debt | | (22) | | - | | (38) |
| Other income (expense), net | | 21 | | (293) | | 162 |
| **Income (loss) before income taxes** | | 179 | | (124) | | 1,155 |
| (Benefit from) provision for income taxes | | (40) | | (72) | | 159 |
| **Net income (loss)** | | 219 | | (52) | | 996 |
| Less: Net income attributable to non-controlling interests | | - | | - | | 1 |
| **Net income (loss) attributable to Chemours** | $ | 219 | $ | (52) | $ | 995 |
| **Per share data** | | | | | | |
| Basic earnings (loss) per share of common stock | $ | 1.33 | $ | (0.32) | $ | 5.62 |
| Diluted earnings (loss) per share of common stock | | 1.32 | | (0.32) | | 5.45 |

*See accompanying notes to the consolidated financial statements.*

F-6

**The Chemours Company**
**Consolidated Statements of Comprehensive Income**
*(Dollars in millions)*

| | Year Ended December 31, | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **2020** | | | **2019** | | | **2018** | | |
| | **Pre-tax** | **Tax** | **After-tax** | **Pre-tax** | **Tax** | **After-tax** | **Pre-tax** | **Tax** | **After-tax** |
| Net income (loss) | | | $ 219 | | | $ (52) | | | $ 996 |
| Other comprehensive income (loss): | | | | | | | | | |
| Hedging activities: | | | | | | | | | |
| Unrealized (loss) gain on net investment hedge | $ (88) | $ 22 | (66) | $ 20 | $ (5) | 15 | $ 32 | $ (8) | 24 |
| Unrealized (loss) gain on cash flow hedge | (8) | 1 | (7) | 6 | (1) | 5 | 10 | (1) | 9 |
| Reclassifications to net income - cash flow hedge | (3) | - | (3) | (10) | 1 | (9) | (4) | 1 | (3) |
| Hedging activities, net | (99) | 23 | (76) | 16 | (5) | 11 | 38 | (8) | 30 |
| Cumulative translation adjustment | 111 | - | 111 | 2 | - | 2 | (75) | - | (75) |
| Defined benefit plans: | | | | | | | | | |
| Additions to accumulated other comprehensive loss: | | | | | | | | | |
| Net gain (loss) | 4 | (1) | 3 | (144) | 31 | (113) | (115) | 29 | (86) |
| Prior service (cost) benefit | (1) | - | (1) | 5 | (1) | 4 | - | - | - |
| Curtailment gain | 4 | (1) | 3 | - | - | - | - | - | - |
| Effect of foreign exchange rates | (9) | - | (9) | 7 | - | 7 | 8 | - | 8 |
| Reclassifications to net income: | | | | | | | | | |
| Amortization of actuarial loss | 9 | (2) | 7 | 18 | (4) | 14 | 16 | (4) | 12 |
| Amortization of prior service gain | (3) | - | (3) | (2) | - | (2) | (2) | - | (2) |
| Settlement loss | 5 | (1) | 4 | 383 | (91) | 292 | - | - | - |
| Defined benefit plans, net | $ 9 | $ (5) | 4 | $ 267 | $ (65) | 202 | $ (93) | $ 25 | (68) |
| **Other comprehensive income (loss)** | | | 39 | | | 215 | | | (113) |
| Cumulative effect of adopting ASU No. 2018-02 | | | - | | | - | | | (9) |
| **Comprehensive income** | | | 258 | | | 163 | | | 874 |
| Less: Comprehensive income attributable to non-controlling interests | | | - | | | - | | | 1 |
| **Comprehensive income attributable to Chemours** | | | $ 258 | | | $ 163 | | | $ 873 |

*See accompanying notes to the consolidated financial statements.*

F-7

**The Chemours Company**
**Consolidated Balance Sheets**
*(Dollars in millions, except per share amounts)*

| | | December 31, | | |
| --- | --- | --- | --- | --- |
| | | 2020 | | 2019 |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 1,105 | $ | 943 |
| Accounts and notes receivable, net | | 511 | | 674 |
| Inventories | | 939 | | 1,079 |
| Prepaid expenses and other | | 78 | | 81 |
| Total current assets | | 2,633 | | 2,777 |
| Property, plant, and equipment | | 9,582 | | 9,413 |
| Less: Accumulated depreciation | | (6,108) | | (5,854) |
| Property, plant, and equipment, net | | 3,474 | | 3,559 |
| Operating lease right-of-use assets | | 236 | | 294 |
| Goodwill, net | | 153 | | 153 |
| Other intangible assets, net | | 14 | | 21 |
| Investments in affiliates | | 167 | | 162 |
| Other assets | | 405 | | 292 |
| **Total assets** | $ | 7,082 | $ | 7,258 |
| **Liabilities** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 844 | $ | 923 |
| Short-term and current maturities of long-term debt | | 21 | | 134 |
| Other accrued liabilities | | 577 | | 484 |
| Total current liabilities | | 1,442 | | 1,541 |
| Long-term debt, net | | 4,005 | | 4,026 |
| Operating lease liabilities | | 194 | | 245 |
| Deferred income taxes | | 36 | | 118 |
| Other liabilities | | 590 | | 633 |
| Total liabilities | | 6,267 | | 6,563 |
| Commitments and contingent liabilities | | | | |
| **Equity** | | | | |
| Common stock (par value $0.01 per share; 810,000,000 shares authorized; 190,239,883 shares issued and 164,920,648 shares outstanding at December 31, 2020; 188,893,478 shares issued and 163,574,243 shares outstanding at December 31, 2019) | | 2 | | 2 |
| Treasury stock, at cost (25,319,235 shares at December 31, 2020 and 2019) | | (1,072) | | (1,072) |
| Additional paid-in capital | | 890 | | 859 |
| Retained earnings | | 1,303 | | 1,249 |
| Accumulated other comprehensive loss | | (310) | | (349) |
| Total Chemours stockholders' equity | | 813 | | 689 |
| Non-controlling interests | | 2 | | 6 |
| Total equity | | 815 | | 695 |
| **Total liabilities and equity** | $ | 7,082 | $ | 7,258 |

*See accompanying notes to the consolidated financial statements.*

F-8

**The Chemours Company**
**Consolidated Statements of Stockholders' Equity**
*(Dollars in millions, except per share amounts)*

| | Common Stock | | Treasury Stock | | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive (Loss) Income | Non-controlling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | |
| **Balance at January 1, 2018** | 185,343,034 | $  2 | 2,386,406 | $  (116) | $  837 | $  579 | $  (442) | $  5 | $  865 |
| Common stock issued - compensation plans | 783,346 | - | - | - | - | - | - | - | - |
| Exercise of stock options, net | 1,078,187 | - | - | - | 16 | - | - | - | 16 |
| Purchases of treasury stock, at cost | - | - | 14,050,098 | (634) | - | - | - | - | (634) |
| Shares issued under employee stock purchase plan | - | - | (12,411) | - | - | - | - | - | - |
| Stock-based compensation expense | - | - | - | - | 24 | - | - | - | 24 |
| Cancellation of unissued stock awards withheld to cover taxes | - | - | - | - | (17) | - | - | - | (17) |
| Cumulative effect of adopting ASU No. 2018-02 | - | - | - | - | - | 9 | (9) | - | - |
| Net income | - | - | - | - | - | 995 | - | 1 | 996 |
| Dividends declared on common shares ($0.67 per share) | - | - | - | - | - | (117) | - | - | (117) |
| Other comprehensive loss | - | - | - | - | - | - | (113) | - | (113) |
| **Balance at December 31, 2018** | 187,204,567 | 2 | 16,424,093 | (750) | 860 | 1,466 | (564) | 6 | 1,020 |
| Common stock issued - compensation plans | 1,098,542 | - | - | - | 1 | (1) | - | - | - |
| Exercise of stock options, net | 590,369 | - | - | - | 9 | - | - | - | 9 |
| Purchases of treasury stock, at cost | - | - | 8,895,142 | (322) | - | - | - | - | (322) |
| Stock-based compensation expense | - | - | - | - | 19 | - | - | - | 19 |
| Cancellation of unissued stock awards withheld to cover taxes | - | - | - | - | (30) | - | - | - | (30) |
| Net loss | - | - | - | - | - | (52) | - | - | (52) |
| Dividends declared on common shares ($1.00 per share) | - | - | - | - | - | (164) | - | - | (164) |
| Other comprehensive income | - | - | - | - | - | - | 215 | - | 215 |
| **Balance at December 31, 2019** | 188,893,478 | 2 | 25,319,235 | (1,072) | 859 | 1,249 | (349) | 6 | 695 |
| Common stock issued - compensation plans | 222,665 | - | - | - | 1 | (1) | - | - | - |
| Exercise of stock options, net | 1,123,740 | - | - | - | 16 | - | - | - | 16 |
| Stock-based compensation expense | - | - | - | - | 16 | - | - | - | 16 |
| Cancellation of unissued stock awards withheld to cover taxes | - | - | - | - | (2) | - | - | - | (2) |
| Net income | - | - | - | - | - | 219 | - | - | 219 |
| Dividends declared on common shares ($1.00 per share) | - | - | - | - | - | (164) | - | - | (164) |
| Dividends to non-controlling interests | - | - | - | - | - | - | - | (4) | (4) |
| Other comprehensive income | - | - | - | - | - | - | 39 | - | 39 |
| **Balance at December 31, 2020** | 190,239,883 | $  2 | 25,319,235 | $  (1,072) | $  890 | $  1,303 | $  (310) | $  2 | $  815 |

*See accompanying notes to the consolidated financial statements.*

F-9

**The Chemours Company**
**Consolidated Statements of Cash Flows**
*(Dollars in millions)*

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| **Cash flows from operating activities** | | | | | | |
| Net income (loss) | $ | 219 | $ | (52) | $ | 996 |
| Adjustments to reconcile net income to cash provided by (used for) operating activities: | | | | | | |
| Depreciation and amortization | | 320 | | 311 | | 284 |
| Gain on sales of assets and businesses | | (8) | | (10) | | (45) |
| Equity in earnings of affiliates, net | | - | | (3) | | 18 |
| Loss on extinguishment of debt | | 22 | | - | | 38 |
| Amortization of debt issuance costs and issue discounts | | 9 | | 9 | | 11 |
| Deferred tax (benefit) provision | | (120) | | (165) | | 23 |
| Asset-related charges | | 22 | | 43 | | 4 |
| Stock-based compensation expense | | 16 | | 19 | | 24 |
| Net periodic pension cost (income) | | 14 | | 381 | | (18) |
| Defined benefit plan contributions | | (21) | | (19) | | (15) |
| Other operating charges and credits, net | | (22) | | (2) | | (7) |
| Decrease (increase) in operating assets: | | | | | | |
| Accounts and notes receivable, net | | 175 | | 191 | | 47 |
| Inventories and other operating assets | | 126 | | 116 | | (284) |
| (Decrease) increase in operating liabilities: | | | | | | |
| Accounts payable and other operating liabilities | | 55 | | (169) | | 64 |
| Cash provided by operating activities | | 807 | | 650 | | 1,140 |
| **Cash flows from investing activities** | | | | | | |
| Purchases of property, plant, and equipment | | (267) | | (481) | | (498) |
| Acquisition of business, net | | - | | (10) | | (37) |
| Proceeds from sales of assets and businesses, net | | 5 | | 9 | | 46 |
| Proceeds from life insurance policies | | 1 | | 1 | | - |
| Foreign exchange contract settlements, net | | 27 | | (2) | | 2 |
| Cash used for investing activities | | (234) | | (483) | | (487) |
| **Cash flows from financing activities** | | | | | | |
| Proceeds from issuance of debt | | 800 | | - | | 520 |
| Proceeds from accounts receivable securitization facility | | 12 | | 128 | | - |
| Repayments on accounts receivable securitization facility | | (122) | | (18) | | - |
| Proceeds from revolving loan | | 300 | | 150 | | - |
| Repayments on revolving loan | | (300) | | (150) | | - |
| Debt repayments | | (943) | | (19) | | (679) |
| Payments related to extinguishment of debt | | (16) | | - | | (29) |
| Payments of debt issuance costs | | (10) | | - | | (12) |
| Payments on finance leases | | (6) | | (3) | | - |
| Deferred acquisition-related consideration | | (10) | | - | | - |
| Purchases of treasury stock, at cost | | - | | (322) | | (644) |
| Proceeds from exercised stock options, net | | 16 | | 9 | | 16 |
| Payments related to tax withholdings on vested stock awards | | (2) | | (30) | | (17) |
| Payments of dividends to the Company's common shareholders | | (164) | | (164) | | (148) |
| Distributions to non-controlling interest shareholders | | (4) | | - | | - |
| Cash used for financing activities | | (449) | | (419) | | (993) |
| Effect of exchange rate changes on cash and cash equivalents | | 38 | | (6) | | (15) |
| **Increase (decrease) in cash and cash equivalents** | | 162 | | (258) | | (355) |
| **Cash and cash equivalents at January 1,** | | 943 | | 1,201 | | 1,556 |
| **Cash and cash equivalents at December 31,** | $ | 1,105 | $ | 943 | $ | 1,201 |
| **Supplemental cash flows information** | | | | | | |
| Cash paid during the year for: | | | | | | |
| Interest, net of amounts capitalized | $ | 208 | $ | 204 | $ | 206 |
| Income taxes, net of refunds | | 78 | | 85 | | 75 |
| Non-cash investing and financing activities: | | | | | | |
| Changes in property, plant, and equipment included in accounts payable | $ | 31 | $ | 85 | $ | 37 |
| Obligations incurred under build-to-suit lease arrangement | | - | | 40 | | 47 |
| Non-cash financing arrangements | | 16 | | 11 | | - |
| Deferred payments related to acquisition of business | | - | | 15 | | - |

*See accompanying notes to the consolidated financial statements.*

F-10

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 1. Background and Description of the Business**

The Chemours Company ("Chemours", or the "Company") is a leading, global provider of performance chemicals that are key inputs in end-products and processes in a variety of industries. The Company delivers customized solutions with a wide range of industrial and specialty chemical products for markets, including coatings, plastics, refrigeration and air conditioning, transportation, semiconductor and consumer electronics, general industrial, mining, and oil and gas. The Company's principal products include titanium dioxide ("TiO$_2$") pigment, refrigerants, industrial fluoropolymer resins, sodium cyanide, and performance chemicals and intermediates. Chemours manages and reports its operating results through four reportable segments: Titanium Technologies, Thermal & Specialized Solutions, Advanced Performance Materials, and Chemical Solutions. The Titanium Technologies segment is a leading, global provider of TiO$_2$ pigment, a premium white pigment used to deliver whiteness, brightness, opacity, and protections in a variety of applications. The Thermal & Specialized Solutions segment is a leading, global provider of refrigerants, propellants, blowing agents, and specialty solvents. The Advanced Performance Materials segment is a leading, global provider of high-end polymers and advanced materials. The Chemical Solutions segment is a leading, North American provider of industrial chemicals used in gold production, industrial, and consumer applications.

Chemours has manufacturing facilities, sales centers, administrative offices, and warehouses located throughout the world. Chemours' operations are primarily located in the U.S., Canada, Mexico, Brazil, the Netherlands, Belgium, China, Taiwan, Japan, Switzerland, Singapore, Hong Kong, India, and France. At December 31, 2020, the Company operated 30 major production facilities globally, of which eight were dedicated to Titanium Technologies, eight were dedicated to Thermal & Specialized Solutions, 10 were dedicated to Advanced Performance Materials, one was dedicated to Chemical Solutions, and three supported multiple segments.

Chemours began operating as an independent company on July 1, 2015 (the "Separation Date") after separating from E.I. DuPont de Nemours and Company ("EID") (the "Separation"). The Separation was completed pursuant to a separation agreement and other agreements with EID, including an employee matters agreement, a tax matters agreement, a transition services agreement, and an intellectual property cross-license agreement. These agreements govern the relationship between Chemours and EID following the Separation and provided for the allocation of various assets, liabilities, rights, and obligations at the Separation Date. On August 31, 2017, EID completed a merger with The Dow Chemical Company ("Dow"). Following their merger, EID and Dow engaged in a series of reorganization steps and, in 2019, separated into three publicly-traded companies named Dow Inc., DuPont de Nemours, Inc. ("DuPont"), and Corteva, Inc. ("Corteva").

Unless the context otherwise requires, references herein to "The Chemours Company", "Chemours", "the Company", "our Company", "we", "us", and "our" refer to The Chemours Company and its consolidated subsidiaries. References herein to "EID" refer to E. I. du Pont de Nemours and Company, which is our former parent company and is now a subsidiary of Corteva.

F-11

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 2. Basis of Presentation**

The accompanying consolidated financial statements have been prepared in conformity with U.S. generally accepted accounting principles ("GAAP"). In the opinion of management, all adjustments (consisting of normal, recurring adjustments) considered necessary for a fair presentation of the Company's financial position and results of operations have been included for the periods presented herein. The notes that follow are an integral part of the Company's consolidated financial statements.

Certain prior period amounts have been reclassified to conform to the current period presentation, the effect of which was not material to the Company's consolidated financial statements. Specific to the Company's acquisition of Southern Ionics Minerals, LLC ("SIM") in the third quarter of 2019, a previously deferred acquisition-related installment payment of $10 was made in the third quarter of 2020 and classified as cash used for investing activities on the Company's consolidated statements of cash flows for the nine months ended September 30, 2020. The Company's classification of this payment was adjusted in the consolidated statements of cash flows for the year ended December 31, 2020 to be reflected as cash used for financing activities, the effect of which was not material to the Company's previously filed Quarterly Report on Form 10-Q for the period ended September 30, 2020.

*Change in Segment Reporting*

During the fourth quarter of 2020, the Company changed the level of detail at which its Chief Executive Officer ("CEO") and Chief Operating Officer ("COO") (together, the Chief Operating Decision Maker, or "CODM") regularly review and manage certain of its businesses, resulting in the bifurcation of its former Fluoroproducts segment into two standalone reportable segments: Thermal & Specialized Solutions (formerly Fluorochemicals) and Advanced Performance Materials (formerly Fluoropolymers). The Company now manages and reports its operating results through four reportable segments: Titanium Technologies, Thermal & Specialized Solutions, Advanced Performance Materials, and Chemical Solutions. This change allows Chemours to enhance its customer focus and better align its business models, resources, and cost structure to the specific current and future secular growth drivers of each business, while providing increased transparency to the Company's shareholders. The historical segment information has been recast to conform to the current segment structure.

*Considerations related to the current novel coronavirus disease ("COVID-19")*

In December 2019, an outbreak of illness caused by COVID-19 was identified in Wuhan, China, and the virus has since continued to spread globally. In March 2020, the World Health Organization declared COVID-19 a global pandemic, and the President of the United States declared the COVID-19 outbreak a national emergency. Since the initial stages of the pandemic, certain economies in regions throughout the world have started to reopen; however, certain of these regions have also seen further spread and even resurgences in the number of positively identified infections. Particularly in the Americas and Europe, infections have continued to spread, leading to health-related concerns in regions where the Company has several key manufacturing facilities. In an attempt to minimize the transmission of COVID-19, significant social and economic restrictions have been imposed throughout the U.S. and abroad, including travel bans, quarantines, restrictions on public gatherings, shelter-in-place orders, and/or safer-at-home orders. These restrictions, while necessary and important for public health, have negative business-related implications for the Company and the U.S. and global economies. In consideration of the Company's global customer base, the rates at which economies across the globe recover or worsen may drive varying levels of end-market demand for the various performance chemicals provided by the Company's four segments. In turn, the magnitude and duration of the COVID-19 pandemic create significant uncertainties for the Company's customer demand and financial results and, during the year ended December 31, 2020, have caused adverse impacts on the Company's results of operations.

In response to the macroeconomic uncertainties driven by COVID-19, management decided to take certain precautionary measures. On April 8, 2020, the Company drew $300 from its revolving credit facility, which was subsequently repaid during the third quarter of 2020 based on the Company's liquidity position. Management also elected to accept tax relief provided by various taxing jurisdictions, resulting in the deferral of approximately $80 in tax payments, of which approximately $35 was paid in the fourth quarter of 2020. From a cost savings perspective, management implemented a range of actions aimed at reducing costs, inclusive of reducing all discretionary spend, freezing non-critical hiring, delaying external spend wherever possible, reducing structural plant fixed costs, and temporarily reducing base salaries where legally permissible. The temporary base salary reductions were discontinued in September 2020. Management continues to expect that cash generated from operations, available cash, receivables securitization, and existing debt financing arrangements will provide the Company with sufficient liquidity through at least February 2022.

In the preparation of these financial statements and related disclosures, management has assessed the impact of COVID-19 on its results, estimates, assumptions, forecasts, and accounting policies and made additional disclosures, as necessary. As the COVID-19 situation is unprecedented and ever evolving, future events and effects related to the illness cannot be determined with precision, and actual results could significantly differ from estimates or forecasts.

F-12

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 3. Summary of Significant Accounting Policies**

*Preparation of Financial Statements*

The consolidated financial statements have been prepared in conformity with GAAP, which requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Management's estimates are based on historical experiences, facts, and circumstances available at the time and various other assumptions that management believes are reasonable. Actual results could differ from those estimates.

*Principles of Consolidation*

The consolidated financial statements include the accounts of Chemours and its subsidiaries, as well as entities in which a controlling interest is maintained. For those consolidated subsidiaries in which the Company's ownership is less than 100%, the outside shareholders' interests are shown as non-controlling interests. Investments in companies in which Chemours, directly or indirectly, owns 20% to 50% of the voting stock, or has the ability to exercise significant influence over the operating and financial policies of the investee, are accounted for using the equity method of accounting. As a result, Chemours' share of the earnings or losses of such equity affiliates is included in the consolidated statements of operations, and Chemours' share of such equity affiliates' equity is included in the consolidated balance sheets.

The Company assesses the requirements related to the consolidation of any variable interest entity ("VIE"), including a qualitative assessment of power and economics that considers which entity has the power to direct the activities that most significantly impact the VIE's economic performance, and has the right to receive any benefits or the obligation to absorb any losses of the VIE. No such VIE was consolidated by the Company for the periods presented.

All intercompany accounts and transactions were eliminated in the preparation of the accompanying consolidated financial statements.

*Revenue Recognition*

Chemours recognizes revenue using a five-step model, resulting in revenue being recognized as performance obligations within a contract have been satisfied. The steps within that model include: (i) identifying the existence of a contract with a customer; (ii) identifying the performance obligations within the contract; (iii) determining the contract's transaction price; (iv) allocating the transaction price to the contract's performance obligations; and, (v) recognizing revenue as the contract's performance obligations are satisfied. A contract with a customer exists when: (i) the Company enters into an enforceable agreement that defines each party's rights regarding the goods or services to be transferred, and the related payment terms; (ii) the agreement has commercial substance; and, (iii) it is probable that the Company will collect the consideration to which it is entitled in the exchange. A performance obligation is a promise in a contract to transfer a distinct good or service, or a series of distinct goods or services, to a customer. The transaction price is the customary amount of consideration that the Company expects to be entitled to in exchange for a transfer of the promised goods or services to a customer, excluding any amounts collected by the Company on behalf of third parties (e.g., sales and use taxes). Judgment is required to apply the principles-based, five-step model for revenue recognition. Management is required to make certain estimates and assumptions about the Company's contracts with its customers, including, among others, the nature and extent of its performance obligations, its transaction price amounts and any allocations thereof, the critical events which constitute satisfaction of its performance obligations, and when control of any promised goods or services is transferred to its customers.

The Company's revenue from contracts with customers is reflected in the consolidated statements of operations as net sales, the vast majority of which represents product sales that consist of a single performance obligation. Product sales to customers are made under a purchase order ("PO"), or in certain cases, in accordance with the terms of a master services agreement ("MSA") or similar arrangement, which documents the rights and obligations of each party to the contract. When a customer submits a PO for product or requests product under an MSA, a contract for a specific quantity of distinct goods at a specified price is created, and the Company's performance obligation under the contract is satisfied when control of the product is transferred to the customer, which is indicated by shipment of the product and the transfer of title and the risk of loss to the customer. Revenue is recognized on consignment sales when control transfers to the customer, generally at the point of customer usage of the product. The transaction price for product sales is generally the amount specified in the PO or in the request under an MSA; however, as is common in Chemours' industry, the Company offers variable consideration in the form of rebates, volume discounts, early payment discounts, pricing based on formulas or indices, price matching, and guarantees to certain customers. Such amounts are included in the Company's estimated transaction price using either the expected value method or the most-likely amount, depending on the nature of the variable consideration included in the contract. The Company regularly assesses its customers' creditworthiness, and product sales are made based on established credit limits. Payment terms for the Company's invoices are typically less than 90 days.

F-13

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The Company also licenses the right to access certain of its trademarks to customers under specified terms and conditions in certain arrangements, which is recognized as a component of net sales in the consolidated statements of operations. Under such arrangements, the Company may receive a royalty payment for a trademark license that is entered into on a stand-alone basis or incorporated into an overall product sales arrangement. Royalty income is generally based on customer sales and recognized under the sales-based exception as the customer sale occurs. When minimum guaranteed royalty amounts are included in the transaction price, the Company recognizes royalty income ratably over the license period for the minimum amount. When there is no consideration specified for the use of the Company's trademark, the entire transaction price is recognized in connection with the transfer of control of product. Royalty income resulting from the right to use the Company's technology is considered outside the scope of revenue recognition under GAAP as it is not a part of the Company's ongoing major or central activities, and is recognized as a component of other income (expense), net in the consolidated statements of operations in accordance with agreed-upon terms at the point or points in time that performance obligations are satisfied.

Consistent with the fact that the vast majority of the Company's payment terms are less than 90 days from the point at which control of the promised goods or services is transferred, no adjustments have been made for the effects of a significant financing component. Additionally, the Company has elected to recognize the incremental costs associated with obtaining contracts as an expense when incurred if the amortization period of the assets that the Company would have recognized is one year or less. Amounts billed to customers for shipping and handling fees are considered a fulfillment cost and are included in net sales, and the costs incurred by the Company for the delivery of goods are classified as a component of the cost of goods sold in the consolidated statements of operations.

*Research and Development Expense*

Research and development ("R&D") costs are expensed as incurred. R&D expenses include costs (primarily consisting of employee costs, materials, contract services, research agreements, and other external spend) relating to the discovery and development of new products, enhancement of existing products, and regulatory approval of new and existing products.

*Provision for (Benefit from) Income Taxes*

The provision for (benefit from) income taxes is determined using the asset and liability approach of accounting for income taxes. Under this approach, deferred taxes represent the future tax consequences expected to occur when the reported amounts of assets and liabilities are recovered or paid. The provision for (benefit from) income taxes represents income taxes paid or payable for the current year, plus the change in deferred taxes during the year. Deferred taxes result from differences between the financial and tax bases of Chemours' assets and liabilities and are adjusted for changes in tax rates and tax laws when changes are enacted. The Company's deferred tax assets and liabilities are presented on a net basis by jurisdictional filing group. Net deferred tax assets are presented as a component of other assets, while net deferred tax liabilities are presented as a component of deferred income taxes on the Company's consolidated balance sheets. Valuation allowances are recorded to reduce deferred tax assets when it is more-likely-than-not that a tax benefit will not be realized.

Chemours recognizes income tax positions that meet the more-likely-than-not threshold and accrues any interest related to unrecognized income tax positions in the provision for (benefit from) income taxes in the consolidated statements of operations. The Company also recognizes income tax-related penalties in the provision for (benefit from) income taxes.

*Earnings Per Share*

Chemours presents both basic earnings per share and diluted earnings per share. Basic earnings per share excludes dilution and is computed by dividing the total net income (loss) attributable to Chemours by the weighted-average number of shares outstanding for the period. Diluted earnings per share reflects the dilution that could occur if the Company's outstanding stock-based compensation awards, including any unvested restricted shares, were vested and exercised, thereby resulting in the issuance of common stock as determined under the treasury stock method. In periods where the Company incurs a net loss, stock-based compensation awards are excluded from the calculation of earnings per share as their inclusion would have an anti-dilutive effect.

*Cash and Cash Equivalents*

Cash and cash equivalents generally include cash, time deposits, or highly liquid investments with maturities of three months or less at the time of acquisition.

F-14

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Accounts and Notes Receivable and Allowance for Doubtful Accounts*

Accounts and notes receivables are recognized net of an allowance for doubtful accounts. The allowance for doubtful accounts reflects the best estimate of losses inherent in Chemours' accounts and notes receivable portfolio, which is determined by assessing expected credit losses on the basis of historical experience, specific allowances for known troubled accounts, and other available evidence. Accounts and notes receivable are written off when management determines that they are uncollectible.

*Inventories*

Chemours' U.S. inventories are valued at the lower of cost or market, as inventories held at substantially all U.S. locations are valued using the last-in, first-out ("LIFO") method. Chemours' non-U.S. inventories are valued at the lower of cost or net realizable value, as inventories held outside the U.S. are valued using the average cost method. The elements of cost in inventories include raw materials, direct labor, and manufacturing overhead. Stores and supplies are valued at the lower of cost or net realizable value. Cost is generally determined by the average cost method.

*Property, Plant, and Equipment*

Property, plant, and equipment is carried at cost and is depreciated using the straight-line method. Substantially all equipment and buildings are depreciated over useful lives ranging from 15 to 25 years. Capitalizable costs associated with computer software for internal use are amortized on a straight-line basis over five to seven years. When assets are surrendered, retired, sold, or otherwise disposed of, their gross carrying values and related accumulated depreciation are removed from the consolidated balance sheets and are included in the determination of any gain or loss on such disposals.

Repair and maintenance costs that materially add to the value of the asset or prolong its useful life are capitalized and depreciated based on their extension to the asset's useful life. Capitalized repair and maintenance costs are recorded on the consolidated balance sheets as a component of other assets.

*Impairment of Long-lived Assets*

Chemours evaluates the carrying value of its long-lived assets to be held and used when events or changes in circumstances indicate the carrying value may not be recoverable. For the purposes of recognition or measurement of an impairment charge, the assessment is performed on the asset or asset group at the lowest level for which identifiable cash flows are largely independent of the cash flows of other groups of assets and liabilities. To determine the level at which the assessment is performed, Chemours considers factors such as revenue dependency, shared costs, and the extent of vertical integration. The carrying value of a long-lived asset is considered impaired when the total projected undiscounted cash flows from the use and eventual disposition of the asset or asset group are separately identifiable and are less than its carrying value. In that event, a loss is recognized based on the amount by which the carrying value exceeds the fair value of the long-lived asset. The fair value methodology used is an estimate of fair market value, which is made based on prices of similar assets or other valuation methodologies, including present value techniques. Long-lived assets to be disposed of by means other than sale are classified as held for use until their disposal. Long-lived assets to be disposed of by sale are classified as held for sale and are reported at the lower of carrying amount or fair market value, less the estimated cost to sell. Depreciation is discontinued for any long-lived assets classified as held for sale.

*Leases*

The Company's lease assets and lease liabilities are recognized on the lease commencement date in an amount that represents the present value of future lease payments. Operating leases are included in operating lease right-of-use assets, other accrued liabilities, and operating lease liabilities on the Company's consolidated balance sheets. Finance leases are included in property, plant, and equipment, net, short-term and current maturities of long-term debt, and long-term debt, net, on the Company's consolidated balance sheets. The Company's incremental borrowing rate, which is based on information available at the adoption date of January 1, 2019 for existing leases and the commencement date for leases commencing after the adoption date, is used to determine the present value of lease payments. The Company combines lease components with non-lease components for all classes of assets, except for certain manufacturing facilities.

The Company does not recognize leases with an initial term of 12 months or less on its consolidated balance sheets and will recognize those lease payments in the consolidated statements of operations on a straight-line basis over the lease term. Certain leases contain variable payments which are based on usage or operating costs, such as utilities and maintenance. These payments are not included in the measurement of the right-of-use asset or lease liability due to the uncertainty of the payment amount and are recorded as lease expense in the period incurred. Leases with the options to extend their term or terminate early are reflected in the lease term when it is reasonably certain that the Company will exercise such options.

F-15

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### *Goodwill and Other Intangible Assets*

The excess of the purchase price over the estimated fair value of the net assets acquired in a business combination, including any identified intangible assets, is recorded as goodwill. Chemours tests its goodwill for impairment at least annually on October 1; however, these tests are performed more frequently when events or changes in circumstances indicate that the asset may be impaired. Goodwill is evaluated for impairment at the reporting unit level, which is defined as an operating segment, or one level below an operating segment. A reporting unit is the level at which discrete financial information is available and reviewed by business management on a regular basis. An impairment exists when the carrying value of a reporting unit exceeds its fair value. The amount of impairment loss recognized in the consolidated statements of operations is equal to the excess of a reporting unit's carrying value over its fair value, which is limited to the total amount of goodwill allocated to the reporting unit.

Chemours has the option to first qualitatively assess whether it is more-likely-than-not that an impairment exists for a reporting unit. Such qualitative factors include, among other things, prevailing macroeconomic conditions, industry and market conditions, changes in costs associated with raw materials, labor, or other inputs, the Company's overall financial performance, and certain other entity-specific events that impact Chemours' reporting units. When performing a quantitative test, the Company weights the results of an income-based valuation technique, the discounted cash flows method, and a market-based valuation technique, the guideline public companies method, to determine its reporting units' fair values.

Definite-lived intangible assets, such as purchased and licensed technology, patents, trademarks, and customer lists, are amortized over their estimated useful lives, generally for periods ranging from five to 20 years. The reasonableness of the useful lives of these assets is periodically evaluated.

### *Asset Retirement Obligations*

Chemours records its asset retirement obligations at their fair value at the time the liability is incurred. Fair value is measured using the expected future cash outflows discounted at Chemours' credit-adjusted, risk-free interest rate, which is considered to be a Level 3 input within the fair value hierarchy. Accretion expense is recognized as an operating expense within the cost of goods sold in the consolidated statements of operations, using the credit-adjusted, risk-free interest rate in effect when the liability was recognized. The associated asset retirement costs are capitalized as part of the carrying amount of the long-lived asset and are depreciated over the estimated remaining useful life of the asset, generally for periods ranging from two to 25 years.

### *Insurance*

Chemours insures for certain risks where permitted by law or regulation, including workers' compensation, vehicle liability, and employee-related benefits. Liabilities associated with these risks are estimated in part by considering any historical claims experience, demographic factors, and other actuarial assumptions. For certain other risks, the Company uses a combination of third-party insurance and self-insurance, reflecting its comprehensive review of relevant risks. A receivable for an insurance recovery is generally recognized when the loss has occurred and collection is considered probable.

### *Litigation*

Chemours accrues for litigation matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Where the available information is only sufficient to establish a range of probable liability, and no point within the range is more likely than any other, the lower end of the range has been used. When a material loss contingency is reasonably possible, but not probable, we do not record a liability, but instead disclose the nature of the matter and an estimate of the loss or range of loss, to the extent such estimate can be made. Litigation-related liabilities and expenditures included in the consolidated financial statements include legal matters that are liabilities of EID and its subsidiaries, which Chemours may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. Legal costs, such as outside counsel fees and expenses, are charged to expense in the period that services are rendered.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Environmental Liabilities and Expenditures

Chemours accrues for environmental remediation matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Where the available information is only sufficient to establish a range of probable liability, and no point within the range is more likely than any other, the lower end of the range has been used.

Estimated liabilities are determined based on existing remediation laws and technologies and the Company's planned remedial responses, which are derived from environmental studies, sampling, testing, and analyses. Inherent uncertainties exist in such evaluations, primarily due to unknown environmental conditions, changing governmental regulations regarding liability, and emerging remediation technologies. These liabilities, which are undiscounted, are adjusted periodically as remediation efforts progress and as additional technological, regulatory, and legal information becomes available.

Environmental liabilities and expenditures include claims for matters that are liabilities of EID and its subsidiaries, which Chemours may be required to indemnify pursuant to the Separation-related agreements executed prior to the Separation. These accrued liabilities are undiscounted and do not include claims against third parties, and are included in other accrued liabilities and other liabilities on the consolidated balance sheets.

Costs related to environmental remediation are charged to expense in the period that the associated liability is accrued and are reflected as a component of the cost of goods sold for on-site remediation costs or as a component of selling, general, and administrative expense for off-site remediation costs in the consolidated statements of operations. Other environmental costs are also charged to expense in the period incurred, unless they extend the useful life of the property, increase the property's capacity, and/or reduce or prevent contamination from future operations, in which case they are capitalized and amortized. Pursuant to the binding Memorandum of Understanding ("MOU") entered into between Chemours, DuPont, Corteva, and EID, as further discussed in "Note 22 - Commitments and Contingent Liabilities", costs specific to potential future legacy PFAS liabilities are subject to a cost-sharing arrangement between the parties. Any recoveries of Qualified Spend (as further described in "Note 22 - Commitments and Contingent Liabilities" and as defined in the MOU) from DuPont and/or Corteva under the cost-sharing arrangement will be recognized as an offset to the Company's cost of goods sold or selling, general, and administrative expense, as applicable, when realizable. Any Qualified Spend incurred by DuPont and/or Corteva under the cost-sharing arrangement will be recognized in the Company's cost of goods sold or selling, general, and administrative expense, as applicable, when the amounts of such costs are probable and estimable.

### Treasury Stock

Chemours accounts for repurchases of the Company's common stock as treasury stock using the cost method, whereby the entire cost of the acquired common stock is recorded as treasury stock.

### Stock-based Compensation

Chemours' stock-based compensation consists of stock options, restricted stock units ("RSUs"), and performance share units ("PSUs") awarded to employees and non-employee directors. Stock options and PSUs are measured at their fair value on the grant date or date of modification, as applicable. RSUs are measured at the stock price on the grant date or date of modification, as applicable. The Company recognizes compensation expense on a straight-line basis over the requisite service and/or performance period, as applicable. Forfeitures of awards are accounted as a reduction in stock-based compensation expense in the period such awards are forfeited.

### Financial Instruments

In the ordinary course of business, Chemours enters into contractual arrangements to reduce its exposure to foreign currency and interest rate risks. The Company has established a financial risk management program, which currently includes four distinct risk management instruments: (i) foreign currency forward contracts, which are used to minimize the volatility in the Company's earnings related to foreign exchange gains and losses resulting from remeasuring its monetary assets and liabilities that are denominated in non-functional currencies; (ii) foreign currency forward contracts, which are used to mitigate the risks associated with fluctuations in the euro against the U.S. dollar for forecasted U.S. dollar-denominated inventory purchases in certain of the Company's international subsidiaries that use the euro as their functional currency; (iii) interest rate swaps, which are used to mitigate the volatility in the Company's cash payments for interest due to fluctuations in LIBOR, as is applicable to the portion of the Company's senior secured term loan facility denominated in U.S. dollars; and, (iv) euro-denominated debt, which is used to reduce the volatility in stockholders' equity caused by changes in foreign currency exchange rates of the euro with respect to the U.S. dollar for certain of its international subsidiaries that use the euro as their functional currency. The Company's financial risk management program reflects varying levels of exposure coverage and time horizons based on an assessment of risk. The program operates within Chemours' financial risk management policies and guidelines, and the Company does not enter into derivative financial instruments for trading or speculative purposes.

F-17

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The Company's foreign currency forward contracts that are used as a net monetary assets and liabilities hedge are not part of a cash flow hedge program or a fair value hedge program, and have not been designated as a hedge. For these instruments, all gains and losses resulting from the revaluation of derivative assets and liabilities are recognized in other income (expense), net in the consolidated statements of operations during the period in which they occur, and any such gains or losses are intended to be offset by any gains or losses on the underlying asset or liability. For the Company's foreign currency forward contracts that have been designated under a cash flow hedge program, all gains and losses resulting from the revaluation of the derivative instruments are recognized as a component of accumulated other comprehensive loss on the consolidated balance sheets during the period in which they occur, and are reclassified to the cost of goods sold in the consolidated statements of operations during the period in which the underlying transactions affect earnings, or when it becomes probable that the forecasted transactions will not occur. For the Company's interest rate swaps that have been designated under a cash flow hedge program, all gains and losses resulting from the revaluation of the derivative instruments are recognized as a component of accumulated other comprehensive loss on the consolidated balance sheets during the period in which they occur, and are reclassified to interest expense, net in the consolidated statements of operations during the period in which the underlying transaction affects earnings. For the Company's euro-denominated debt instruments, which are designated as a net investment hedge, changes due to remeasurement are included in accumulated other comprehensive loss on the consolidated balance sheets. Chemours' uses the spot method to evaluate the effectiveness of its net investment hedge.

Financial instruments are reported on a gross basis on the consolidated balance sheets.

*Foreign Currency Translation*

Chemours identifies its separate and distinct foreign entities and groups them into two categories: (i) extensions of the parent (U.S. dollar functional currency); and, (ii) self-contained (local functional currency). If a foreign entity does not align with either category, factors are evaluated, and a judgment is made to determine the functional currency. Chemours changes the functional currency of its separate and distinct foreign entities only when significant changes in economic facts and circumstances clearly indicate that the functional currency has changed.

During the periods covered by the consolidated financial statements, part of Chemours' business operated within foreign entities. For foreign entities where the U.S. dollar is the functional currency, all foreign currency-denominated asset and liability amounts are remeasured into U.S. dollars at end-of-period exchange rates, with the exception of inventories, prepaid expenses, property, plant, and equipment, goodwill, and other intangible assets. These aforementioned assets are remeasured at historical exchange rates. Foreign currency-denominated revenue and expense amounts are measured at exchange rates in effect during the period, with the exception of expenses related to any balance sheet amounts remeasured at historical exchange rates. Exchange gains and losses arising from remeasurement of foreign currency-denominated monetary assets and liabilities are included in other income (expense), net in the consolidated statements of operations in the period in which they occurred.

For foreign entities where the local currency is the functional currency, assets and liabilities denominated in local currencies are translated into U.S. dollars at end-of-period exchange rates, and the resulting translation adjustments are reported as a component of accumulated other comprehensive loss on the consolidated balance sheets. Assets and liabilities denominated in currencies other than the functional currency are remeasured into the functional currency prior to translation into U.S. dollars, and the resulting exchange gains or losses are included in other income (expense), net in the consolidated statements of operations in the period in which they occurred. Revenues and expenses are translated into U.S. dollars at average exchange rates in effect during the period.

*Defined Benefit Plans*

Due to local regulations outside of the U.S., Chemours has defined benefit plans covering certain of its employees. The benefits of these plans, which primarily relate to pension, are accrued over the employees' service periods. The Company uses actuarial methods and assumptions in the valuation of its defined benefit obligations and the determination of any net periodic pension income or expense. Any differences between actual and expected results, or changes in the value of defined benefit obligations and plan assets, if any, are not recognized in earnings as they occur. Rather, they are systematically recognized over subsequent periods.

F-18

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Fair Value Measurement***

Fair value is defined as the exit price, the price that would be received to sell an asset or transfer a liability in an orderly transaction between market participants at the measurement date. Under the accounting for fair value measurements and disclosures, a fair value hierarchy was established to prioritize the valuation inputs used to measure fair value. The hierarchy gives highest priority to unadjusted, quoted prices in active markets for identical assets and liabilities (i.e., Level 1 measurements) and lowest priority to unobservable inputs (i.e., Level 3 measurements). A financial instrument's level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Chemours applies the following valuation hierarchy in measuring the fair values of its assets and liabilities:

- Level 1 - Quoted prices in active markets for identical assets and liabilities;

- Level 2 - Significant other observable inputs (e.g., quoted prices for similar items in active markets, quoted prices for identical or similar items in markets that are not active, inputs other than quoted prices that are observable, such as interest rate and yield curves, and market-corroborated inputs); and,

- Level 3 - Unobservable inputs for the asset or liability, which are valued based on management's estimates of assumptions that market participants would use in pricing the asset or liability.

***Recent Accounting Pronouncements***

*Accounting Guidance Issued and Not Yet Adopted*

Simplifying the Accounting for Income Taxes

In December 2019, the Financial Accounting Standards Board ("FASB") issued ASU No. 2019-12, *Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes*. The amendments in this update simplify the accounting for income taxes by removing certain exceptions to the general principles in Topic 740, as well as improve consistency of application by clarifying and amending existing guidance. For public entities, the amendments are effective for fiscal years beginning after December 15, 2020, including interim periods within those fiscal years, and early adoption is permitted. The Company does not expect the impacts of adopting this guidance to be material to its financial position, results of operations, and cash flows.

Facilitation of the Effects of Reference Rate Reform on Financial Reporting

In March 2020, the FASB issued ASU No. 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting* ("ASU No. 2020-04"). The amendments in this update provide optional guidance for a limited period of time to ease the potential burden associated with accounting for contracts, hedging relationships, and other transactions that reference the London Interbank Offered Rate ("LIBOR") or another reference rate expected to be discontinued due to reference rate reform. ASU No. 2020-04 is effective March 12, 2020 through December 31, 2022. The Company is currently evaluating the impacts this standard will have on its accounting for contracts and hedging relationships.

*Recently Adopted Accounting Guidance*

Measurement of Credit Losses on Financial Instruments

In June 2016, the FASB issued ASU No. 2016-13, *Financial Instruments - Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments* ("ASU No. 2016-13"). The amendments in this update affect loans, debt securities, trade receivables, and any other financial assets that have the contractual right to receive cash, which, for the Company, primarily consists of accounts and notes receivable, net. ASU No. 2016-13 requires an entity to recognize expected credit losses rather than incurred losses for financial assets. The Company adopted ASU No. 2016-13 on January 1, 2020 using the modified retrospective transition method, the effect of which was not material to its financial position, results of operations, and cash flows.

F-19

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 4. Acquisitions and Divestitures**

*Divestiture of Methylamines and Methylamides*

In December 2019, the Company entered into an asset purchase agreement with Belle Chemical Company ("Belle"), a subsidiary of Cornerstone Chemical Company, whereby Belle agreed to acquire the Methylamines and Methylamides business of Chemours' Chemical Solutions segment for a negligible purchase price, subject to customary working capital and other adjustments, but not to exceed a loss on sale of $2. The Company completed the sale and, in December 2019, subsequent to working capital adjustments, received cash proceeds of $2. Prior to the completion of the sale, in the second half of 2019, the Company recorded accelerated depreciation of $34, which was recorded as a component of restructuring, asset-related, and other charges in the consolidated statements of operations. Upon completion of the sale, the Company also recorded an additional pre-tax loss on sale of $2, net of a benefit from working capital adjustments, in other income (expense), net in the consolidated statements of operations.

*Acquisition of Southern Ionics Minerals, LLC*

In August 2019, the Company, through its wholly-owned subsidiary, The Chemours Company FC, LLC, entered into a Membership Interest Purchase Agreement to acquire all of the outstanding stock of Southern Ionics Minerals, LLC ("SIM") for an estimated total consideration of approximately $25, which included customary working capital and other adjustments made within a specified time period. SIM was a privately-held minerals exploration, mining, and manufacturing company headquartered in Jacksonville, Florida. SIM mines and processes titanium and zirconium mineral sands, and this acquisition expanded Chemours' flexibility and scalability to internally source ore in the Company's Titanium Technologies segment. The aggregate purchase price of $25 included an upfront payment of $10, an additional installment payment of $10, and contingent considerations with an estimated fair value of $5. The additional installment payment of $10 was made during the third quarter of 2020. The Company accounted for the acquisition of SIM as a business combination, and as such, all assets acquired and liabilities assumed were recorded at their estimated fair values.

The purchase consideration was primarily assigned to the property, plant, and equipment of the acquired business, and there was no goodwill associated with the transaction. These amounts were subject to further adjustment during the applicable measurement period as additional information was obtained, including the finalization of a third-party appraisal. The Company completed its assessment during the fourth quarter of 2019, and no subsequent adjustments were made to these amounts.

The Company's consolidated financial statements include SIM's results of operations from August 1, 2019, the date of acquisition. Net sales and net income (loss) attributable to Chemours contributed by SIM during this period were not material to the Company's or its Titanium Technologies segment's results of operations. Acquisition-related expenses amounted to less than $1 for the year ended December 31, 2019 and are included as a component of selling, general, and administrative expense in the consolidated statements of operations.

*Acquisition of ICOR International, Inc.*

In April 2018, the Company, through its wholly-owned subsidiary, The Chemours Company FC, LLC, entered into a Stock Purchase Agreement ("SPA") to acquire all of the outstanding stock of ICOR International, Inc. ("ICOR"), a closely-held private company that produces, sells, and distributes replacement refrigerant gases for use in commercial, industrial, and automotive refrigerant applications. Pursuant to the terms of the SPA, the Company paid $37 in total consideration at closing in the all-cash acquisition, which included customary working capital and other adjustments made within a specified time period. The acquisition of ICOR complements the Company's existing portfolio of product offerings within the Thermal & Specialized Solutions segment, as well as provides the Company with access to ICOR's established customer base and assembled workforce.

The Company accounted for the acquisition of ICOR as a business combination, and as such, all assets acquired and liabilities assumed were recorded at their estimated fair values. The excess of the consideration transferred over the fair value of the identifiable net assets acquired was recorded as goodwill within the Thermal & Specialized Solutions segment, representing the expected future benefits arising from the assembled workforce and other synergies to be realized from the acquisition of ICOR. The Company elected to treat the acquisition of ICOR as an asset acquisition under the Internal Revenue Code, and as such, expects that all of the related goodwill will be deductible for federal income tax purposes.

F-20

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the Company's fair value estimates of the assets acquired and liabilities assumed in the acquisition of ICOR, which were finalized during the fourth quarter of 2018.

| | Fair Value At Acquisition Date | Measurement Period Adjustments | Adjusted Fair Value | Weighted-average Useful Life (in Years) |
|---|---|---|---|---|
| Assets acquired: | | | | |
| Accounts receivable - trade | $ 4 | $ - | $ 4 | |
| Inventories | 8 | - | 8 | |
| Property, plant, and equipment | 1 | - | 1 | |
| Identifiable intangible asset: | | | | |
| Customer relationships (1) | 20 | 2 | 22 | 5 |
| Total assets acquired | 33 | 2 | 35 | |
| Liabilities assumed: | | | | |
| Accounts payable | 1 | - | 1 | |
| Other accrued liabilities | 1 | - | 1 | |
| Total liabilities assumed | 2 | - | 2 | |
| Total identifiable net assets acquired | 31 | 2 | 33 | |
| Goodwill (1) | 6 | (2) | 4 | |
| **Net assets acquired** | $ 37 | $ - | $ 37 | |

(1) During the third quarter of 2018, the Company recorded a measurement period adjustment to its customer relationships based on an ongoing analysis associated with the preparation of a third-party appraisal.

The fair value of ICOR's customer relationships was determined using the excess earnings method, which is a discounted cash flows approach. This method takes into account significant unobservable inputs and is a Level 3 fair value measurement within the fair value hierarchy. The use of this valuation methodology requires management to make various assumptions, including, but not limited to, assumptions about future profitability, cash flows, and discount rates applicable to the acquired business and, where applicable, market participants. These assumptions are based on management's best estimates and include considerations related to management's knowledge and experience, historical trends, general economic conditions, and other situational factors.

The Company's consolidated financial statements include ICOR's results of operations from April 2, 2018, the date of acquisition. Net sales and net income (loss) attributable to Chemours contributed by ICOR during this period were not material to the Company's or its Thermal & Specialized Solutions segment's results of operations. Acquisition-related expenses amounted to less than $1 at December 31, 2018 and are included as a component of selling, general, and administrative expense in the consolidated statements of operations.

***Sale of Land in Linden, New Jersey***

In March 2016, the Company entered into an agreement to sell a 210-acre plot of land that formerly housed an EID manufacturing site located in Linden, New Jersey. The land was assigned to Chemours in connection with its Separation from EID, and the Company completed the sale in March 2018 for a gain of $42 and net cash proceeds of $39. As part of the sales agreement, the buyer agreed to assume certain costs associated with ongoing environmental remediation activities at the site amounting to $3, which have been reflected as a component of prepaid expenses and other on the consolidated balance sheets. Chemours remains responsible for certain other ongoing environmental remediation activities at the site, which were previously accrued as a component of other liabilities on the consolidated balance sheets.

F-21

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 5. Net Sales**

*Disaggregation of Net Sales*

The following table sets forth a disaggregation of the Company's net sales by geographic region and segment and product group for the years ended December 31, 2020, 2019, and 2018.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2020** | | **2019** | | **2018** |
| **Net sales by geographic region (1)** | | | | | | |
| North America: | | | | | | |
| Titanium Technologies | $ | 776 | $ | 727 | $ | 894 |
| Thermal & Specialized Solutions | | 520 | | 592 | | 619 |
| Advanced Performance Materials | | 407 | | 512 | | 524 |
| Chemical Solutions | | 211 | | 313 | | 341 |
| Total North America | | 1,914 | | 2,144 | | 2,378 |
| Asia Pacific: | | | | | | |
| Titanium Technologies | | 778 | | 809 | | 964 |
| Thermal & Specialized Solutions | | 134 | | 166 | | 160 |
| Advanced Performance Materials | | 450 | | 507 | | 515 |
| Chemical Solutions | | 22 | | 61 | | 81 |
| Total Asia Pacific | | 1,384 | | 1,543 | | 1,720 |
| Europe, the Middle East, and Africa: | | | | | | |
| Titanium Technologies | | 528 | | 474 | | 842 |
| Thermal & Specialized Solutions | | 331 | | 408 | | 555 |
| Advanced Performance Materials | | 202 | | 258 | | 270 |
| Chemical Solutions | | 25 | | 23 | | 18 |
| Total Europe, the Middle East, and Africa | | 1,086 | | 1,163 | | 1,685 |
| Latin America (2): | | | | | | |
| Titanium Technologies | | 320 | | 335 | | 474 |
| Thermal & Specialized Solutions | | 120 | | 152 | | 163 |
| Advanced Performance Materials | | 45 | | 53 | | 56 |
| Chemical Solutions | | 100 | | 136 | | 162 |
| Total Latin America | | 585 | | 676 | | 855 |
| **Total net sales** | $ | 4,969 | $ | 5,526 | $ | 6,638 |
| **Net sales by segment and product group** | | | | | | |
| Titanium Technologies: | | | | | | |
| Titanium dioxide and other minerals | $ | 2,402 | $ | 2,345 | $ | 3,174 |
| Thermal & Specialized Solutions: | | | | | | |
| Refrigerants | | 889 | | 1,086 | | 1,238 |
| Foam, propellants, and other | | 216 | | 232 | | 259 |
| Advanced Performance Materials: | | | | | | |
| Fluoropolymers and advanced materials | | 1,104 | | 1,330 | | 1,365 |
| Chemical Solutions: | | | | | | |
| Mining solutions | | 203 | | 268 | | 289 |
| Performance chemicals and intermediates | | 155 | | 265 | | 313 |
| **Total net sales** | $ | 4,969 | $ | 5,526 | $ | 6,638 |

(1) Net sales are attributed to countries based on customer location.

(2) Latin America includes Mexico.

F-22

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Substantially all of the Company's net sales are derived from goods and services transferred at a point in time. The Company's net sales from trademark licensing royalties were not significant for the years ended December 31, 2020, 2019, and 2018.

*Contract Balances*

The Company's assets and liabilities from contracts with customers constitute accounts receivable - trade, deferred revenue, and customer rebates. An amount for accounts receivable - trade is recorded when the right to consideration under a contract becomes unconditional. An amount for deferred revenue is recorded when consideration is received prior to the conclusion that a contract exists, or when a customer transfers consideration prior to the Company satisfying its performance obligations under a contract. Customer rebates represent an expected refund liability to a customer based on a contract. In contracts with customers where a rebate is offered, it is generally applied retroactively based on the achievement of a certain sales threshold. As revenue is recognized, the Company estimates whether or not the sales threshold will be achieved to determine the amount of variable consideration to include in the transaction price.

The following table sets forth the Company's contract balances from contracts with customers at December 31, 2020 and 2019.

|  | December 31, | |
|---|---|---|
|  | **2020** | **2019** |
| Accounts receivable - trade, net (1) | $ 449 | $ 602 |
| Deferred revenue | 12 | 15 |
| Customer rebates | 69 | 72 |

(1) Accounts receivable - trade, net includes trade notes receivable of less than $1 and is net of allowances for doubtful accounts of $7 and $5 at December 31, 2020 and 2019, respectively. Such allowances are equal to the estimated uncollectible amounts.

Changes in the Company's deferred revenue balances resulting from additions for advance payments and deductions for amounts recognized in net sales during the years ended December 31, 2020 and 2019 were not significant. For the years ended December 31, 2020 and 2019, the amount of net sales recognized from performance obligations satisfied in prior periods (e.g., due to changes in transaction price) was not significant.

Contract asset balances or capitalized costs associated with obtaining or fulfilling customer contracts were not significant as of December 31, 2020 and 2019.

*Remaining Performance Obligations*

Certain of the Company's MSAs or other arrangements contain take-or-pay clauses, whereby customers are required to purchase a fixed minimum quantity of product during a specified period, or pay the Company for such orders, even if not requested by the customer. The Company considers these take-or-pay clauses to be an enforceable contract, and as such, the legally-enforceable minimum amounts under such an arrangement are considered to be outstanding performance obligations on contracts with an original expected duration greater than one year. At December 31, 2020, Chemours had $71 of remaining performance obligations. The Company expects to recognize approximately 20% of its remaining performance obligations as revenue in 2021, an approximate additional 16% in 2022, and the balance thereafter. The Company applies the allowable practical expedient and does not include remaining performance obligations that have original expected durations of one year or less, or amounts for variable consideration allocated to wholly-unsatisfied performance obligations or wholly-unsatisfied distinct goods that form part of a single performance obligation, if any. Amounts for contract renewals that are not yet exercised by December 31, 2020 are also excluded.

F-23

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 6. Research and Development Expense

The following table sets forth the Company's R&D expense by segment for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2020** | | **2019** | | **2018** | |
| Titanium Technologies | $ | 31 | $ | 29 | $ | 28 |
| Thermal & Specialized Solutions | | 18 | | 17 | | 19 |
| Advanced Performance Materials | | 41 | | 31 | | 31 |
| Chemical Solutions | | 2 | | 2 | | 2 |
| Corporate and Other | | 1 | | 1 | | 2 |
| **Total research and development expense** | $ | 93 | $ | 80 | $ | 82 |

### Note 7. Restructuring, Asset-related, and Other Charges

The following table sets forth the components of the Company's restructuring, asset-related, and other charges for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2020** | | **2019** | | **2018** | |
| Restructuring and other charges: | | | | | | |
| Employee separation charges | $ | 17 | $ | 21 | $ | 14 |
| Decommissioning and other charges | | 41 | | 23 | | 31 |
| Total restructuring and other charges | | 58 | | 44 | | 45 |
| Asset-related charges (1) | | 22 | | 43 | | 4 |
| **Total restructuring, asset-related, and other charges** | $ | 80 | $ | 87 | $ | 49 |

(1) Asset-related charges for the years ended December 31, 2020 and 2019 are discussed in further detail below. Asset-related charges for the year ended December 31, 2018 included $4 for a pre-tax goodwill impairment charge in the Company's Chemical Solutions segment.

F-24

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the impacts of the Company's restructuring programs to segment earnings for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| Restructuring charges: | | | | | | |
| Plant and product line closures: | | | | | | |
| Chemical Solutions | $ | 4 | $ | 2 | $ | 4 |
| Corporate and Other | | 1 | | 18 | | 9 |
| Total plant and product line closures | | 5 | | 20 | | 13 |
| 2017 Restructuring Program: | | | | | | |
| Titanium Technologies | | - | | 1 | | 1 |
| Thermal & Specialized Solutions | | - | | 1 | | 4 |
| Advanced Performance Materials | | - | | 1 | | 5 |
| Chemical Solutions | | - | | - | | 2 |
| Corporate and Other | | (1) | | - | | 15 |
| Total 2017 Restructuring Program | | (1) | | 3 | | 27 |
| 2018 Restructuring Program: | | | | | | |
| Corporate and Other | | - | | (1) | | 5 |
| Total 2018 Restructuring Program | | - | | (1) | | 5 |
| 2019 Restructuring Program: | | | | | | |
| Titanium Technologies | | - | | 5 | | - |
| Thermal & Specialized Solutions | | 1 | | 3 | | - |
| Advanced Performance Materials | | 2 | | 4 | | - |
| Chemical Solutions | | - | | 1 | | - |
| Corporate and Other | | - | | 9 | | - |
| Total 2019 Restructuring Program | | 3 | | 22 | | - |
| 2020 Restructuring Program: | | | | | | |
| Titanium Technologies | | 3 | | - | | - |
| Thermal & Specialized Solutions | | 1 | | - | | - |
| Advanced Performance Materials | | 3 | | - | | - |
| Chemical Solutions | | 1 | | - | | - |
| Corporate and Other | | 5 | | - | | - |
| Total 2020 Restructuring Program | | 13 | | - | | - |
| Total restructuring charges | | 20 | | 44 | | 45 |
| Asset-related charges: | | | | | | |
| Titanium Technologies | | - | | 9 | | - |
| Advanced Performance Materials | | 10 | | - | | - |
| Chemical Solutions | | 8 | | 34 | | 4 |
| Corporate and Other | | 4 | | - | | - |
| Total asset-related charges | | 22 | | 43 | | 4 |
| Other charges: | | | | | | |
| Titanium Technologies | | 1 | | - | | - |
| Chemical Solutions | | 37 | | - | | - |
| Total other charges | | 38 | | - | | - |
| **Total restructuring, asset-related, and other charges** | $ | 80 | $ | 87 | $ | 49 |

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Plant and Product Line Closures and Asset-related Charges***

*Titanium Technologies*

In December 2019, in an effort to improve the profitability of the Company's Titanium Technologies segment, management approved the discontinuation of the titanium tetrachloride production line at the Company's New Johnsonville, Tennessee site. For the year ended December 31, 2019, the Company recorded accelerated depreciation of $9. The Company does not expect to incur material decommissioning and dismantling-related charges related to the discontinuation of this production line.

*Advanced Performance Materials*

In the year ended December 31, 2020, in connection with various property, plant, and equipment and other asset impairments, the Company recorded asset-related charges of $10.

*Chemical Solutions*

In the fourth quarter of 2015, the Company announced its completion of the strategic review of its Reactive Metals Solutions business and the decision to stop production at its Niagara Falls, New York manufacturing plant. The Company recorded additional decommissioning and dismantling-related charges of $2, $2, and $4 for the years ended December 31, 2020, 2019, and 2018, respectively. The Company expects to incur and spend approximately $3 related to additional restructuring charges for similar activities through 2021, all of which relate to Chemical Solutions. As of December 31, 2020, the Company incurred, in the aggregate, $40 in restructuring charges related to these activities, excluding asset-related charges.

In the third quarter of 2019, in an effort to improve the profitability of the Company's Chemical Solutions segment, the Company announced plans to exit its Methylamines and Methylamides business at its Belle, West Virginia manufacturing plant, which culminated in the completed exit and sale of the business in the fourth quarter of 2019. As a result, for the year ended December 31, 2019, the Company recorded accelerated depreciation of $34. The Company does not expect to incur additional charges related to the exit of the Methylamines and Methylamides business. Refer to "Note 4 - Acquisitions and Divestitures" for further details.

In the second quarter of 2020, the Company completed a business review of its Aniline business. It was determined that the Aniline business is not core to the Company's future strategy, and production was ceased at the Pascagoula, Mississippi manufacturing plant in the fourth quarter of 2020. As a result, during the year ended December 31, 2020, the Company recorded asset-related charges of $10, which are primarily comprised of $6 for property, plant, and equipment and other asset impairments, as well as $4 for environmental remediation liabilities to be paid over a period of approximately 16 years. The Company also recorded employee separation-related liabilities of $2. In conjunction with this decision, approximately 75 employees will separate from the Company in 2021 and will be subject to our customary involuntary termination benefits. The associated severance payments will also be made in 2021. The Company expects to incur approximately $12 in additional restructuring charges related to decommissioning, dismantling, and other costs in connection with the exit of its Pascagoula site by the end of 2021, all of which relate to Chemical Solutions. The future net cash outflows associated with these exit costs are not expected to be material.

*Corporate and Other*

In the first quarter of 2018, the Company began a project to demolish and remove several dormant, unused buildings at its Chambers Works site in Deepwater, New Jersey, which were assigned to Chemours in connection with its Separation from EID and never used in Chemours' operations. For the years ended December 31, 2020, 2019, and 2018, the Company incurred $1, $18, and $9, respectively, in decommissioning and dismantling-related charges associated with these efforts. As of December 31, 2020, the Company has incurred, in the aggregate, $28 in restructuring charges related to these activities. The Company does not currently expect to incur additional charges related to these activities at its Chambers Works site through the end of 2021, and any remaining future charges and cash outflows associated with these activities are not expected to be material.

F-26

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***2017 Restructuring Program***

In 2017, the Company announced certain restructuring activities designed to further the cost savings and productivity improvements outlined under management's transformation plan. These activities include, among other efforts: (i) outsourcing and further centralizing certain business process activities; (ii) consolidating existing, outsourced third-party information technology ("IT") providers; and, (iii) implementing various upgrades to the Company's current IT infrastructure. In connection with these corporate function efforts, the Company recorded $3, and $18, in restructuring-related charges for years ended December 31, 2019, and 2018, respectively.

In 2017, the Company also announced a voluntary separation program ("VSP") for certain eligible U.S. employees in an effort to better manage the anticipated future changes to its workforce. Employees who volunteered for and were accepted under the VSP received certain financial incentives above the Company's customary involuntary termination benefits to end their employment with Chemours after providing a mutually agreed-upon service period. Approximately 300 employees separated from the Company through the end of 2018. An accrual representing the majority of these termination benefits, amounting to $18, was recognized in the fourth quarter of 2017. The remaining $9 of incremental, one-time financial incentives under the VSP were recognized over the period that each participating employee continued to provide service to Chemours.

The Company recorded charges for its 2017 Restructuring Program of $3 and $27 for the years ended December 31, 2019 and 2018, respectively. The cumulative amount incurred, in the aggregate, for the Company's 2017 Restructuring Program amounted to $61 at December 31, 2020. The Company has substantially completed all actions related to this program.

***2018 Restructuring Program***

In the fourth quarter of 2018, management initiated a restructuring program of the Company's corporate functions and recorded the related estimated severance costs of $5. The Company has substantially completed all actions related to this program.

***2019 Restructuring Program***

In the third quarter of 2019, management initiated a severance program of the Company's corporate functions and businesses, and the majority of employees separated from the Company during the fourth quarter of 2019. For the years ended December 31, 2020 and 2019, the Company recorded charges for its 2019 Restructuring Program of $3 and $22, respectively. As of December 31, 2020, the cumulative amount incurred, in the aggregate, for the Company's 2019 Restructuring Program amounted to $25. The Company believes that it has completed incurring severance costs for this program. At December 31, 2020 and 2019, $2 and $14 remained as an employee separation-related liability, respectively, and the remaining severance payments are expected to be made by the end of 2021.

***2020 Restructuring Program***

In the first quarter of 2020, management initiated the first phase of a severance program that was largely attributable to further aligning the cost structure of the Company's businesses and corporate functions with its strategic and financial objectives. A second phase of this program was initiated in the third quarter of 2020. As of December 31, 2020, the cumulative amount incurred, in the aggregate, for the Company's 2020 Restructuring Program amounted to $13. The Company believes that it has completed incurring severance costs for this program. At December 31, 2020, $3 remained as an employee separation-related liability, and the remaining severance payments are expected to be made by the end of 2021.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the change in the Company's employee separation-related liabilities associated with its restructuring programs for the years ended December 31, 2020 and 2019.

| | Chemical Solutions Site Closures | 2015 Global Restructuring Program | 2017 Restructuring Program | 2018 Restructuring Program | 2019 Restructuring Program | 2020 Restructuring Program | Total |
|---|---|---|---|---|---|---|---|
| **Balance at January 1, 2019** | $ - | $ 1 | $ 10 | $ 5 | $ - | $ - | $ 16 |
| (Credits) charges to income | - | (1) | - | (1) | 22 | - | 20 |
| Payments | - | - | (9) | (4) | (8) | - | (21) |
| **Balance at December 31, 2019** | - | - | 1 | - | 14 | - | 15 |
| Charges (credits) to income | 2 | - | (1) | - | 3 | 13 | 17 |
| Payments | - | - | - | - | (15) | (10) | (25) |
| **Balance at December 31, 2020** | $ 2 | $ - | $ - | $ - | $ 2 | $ 3 | $ 7 |

At December 31, 2020 and 2019, there were no significant outstanding liabilities related to the Company's decommissioning and other restructuring-related charges.

***Other Charges***

*Chemical Solutions*

The Company is currently in the process of constructing a new Mining Solutions facility in Gomez Palacio, Durango, Mexico. Following the commencement of the construction, several lawsuits were filed, which resulted in suspension of construction and nullification of the Company's environmental permit at the site. These matters are further discussed in "Note 22 - Commitments and Contingent Liabilities". In connection with the construction work at the site, the Company had previously entered into an agreement with a third-party services provider. In the fourth quarter of 2020, the Company entered into dispute resolution with the third-party services provider, resulting in a $26 charge related to contract termination fees, as well as immediate recognition of $11 of other related prepaid costs. At December 31, 2020, the Company had $146 of long-lived assets under construction at the facility. The Company ultimately believes that it will be successful in obtaining its permits and will continue with its planned development of the site. While the Company currently believes these amounts are recoverable, an unfavorable ruling by the Mexican courts on its appeals could lead to a fixed asset impairment assessment that potentially impairs all or a portion of the facility, resulting in a non-cash charge in the Company's results of operations at that time.

F-28

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 8. Other Income (Expense), Net

The following table sets forth the components of the Company's other income (expense), net for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| Leasing, contract services, and miscellaneous income (1) | $ | 20 | $ | 51 | $ | 79 |
| Royalty income (2) | | 18 | | 16 | | 10 |
| Gain on sales of assets and businesses (3) | | 8 | | 10 | | 45 |
| Exchange (losses) gains, net (4) | | (26) | | (2) | | 1 |
| Non-operating pension and other post-retirement employee benefit income (cost) (5) | | 1 | | (368) | | 27 |
| **Total other income (expense), net** | $ | 21 | $ | (293) | $ | 162 |

(1)  Leasing, contract services, and miscellaneous income includes European Union fluorinated greenhouse gas quota authorization sales of $3, $41, and $67 for the years ended December 31, 2020, 2019, and 2018, respectively.

(2)  Royalty income for the years ended December 31, 2020, 2019, and 2018 is primarily from technology licensing.

(3)  For the year ended December 31, 2020, gain on sale includes a $6 gain associated with the sale of the Company's Oakley, California site, which was contingent upon the completion of certain environmental remediation activities at the site. For the year ended December 31, 2019, gain on sale includes a non-cash gain of $9 recognized in connection with the Company's sale of its Repauno, New Jersey site; the gain had been deferred until certain environmental obligations were fulfilled. For the year ended December 31, 2018, gain on sale includes a $3 gain and a $42 gain associated with the sales of the Company's East Chicago, Indiana and Linden, New Jersey sites, respectively.

(4)  Exchange (losses) gains, net includes gains and losses on the Company's foreign currency forward contracts that have not been designated as a cash flow hedge.

(5)  Non-operating pension and other post-retirement employee benefit income (cost) represents the components of net periodic pension income (cost), excluding the service cost component. The year ended December 31, 2019 includes a $380 settlement loss related to a significant portion of the Company's Netherlands pension plan, specific to the vested pension benefits of the inactive participants. Refer to "Note 27 - Long-term Employee Benefits" for further details.

### Note 9. Income Taxes

The following table sets forth the components of the Company's provision for (benefit from) income taxes for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| Current tax expense (benefit): | | | | | | |
| U.S. federal | $ | 4 | $ | 13 | $ | 23 |
| U.S. state and local | | 1 | | (1) | | 4 |
| International | | 75 | | 79 | | 110 |
| Total current tax expense | | 80 | | 91 | | 137 |
| Deferred tax expense (benefit): | | | | | | |
| U.S. federal | | (86) | | (77) | | 20 |
| U.S. state and local | | (12) | | (5) | | 3 |
| International | | (22) | | (81) | | (1) |
| Total deferred tax (benefit) expense | | (120) | | (163) | | 22 |
| **Total (benefit from) provision for income taxes** | $ | (40) | $ | (72) | $ | 159 |

F-29

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the components of the Company's deferred tax assets and liabilities at December 31, 2020 and 2019.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2020 | | 2019 | |
| Deferred tax assets: | | | | |
| Environmental and other liabilities | $ | 103 | $ | 99 |
| Accrued litigation | | 21 | | 37 |
| Stock-based compensation and accrued employee benefits | | 50 | | 29 |
| Other assets and other accrued liabilities | | 43 | | 19 |
| Tax attribute carryforwards | | 134 | | 96 |
| Operating lease liability | | 60 | | 75 |
| Foreign tax credit carryforwards | | 7 | | 18 |
| Total deferred tax assets | | 418 | | 373 |
| Less: Valuation allowance | | (24) | | (10) |
| Total deferred tax assets, net | | 394 | | 363 |
| Deferred tax liabilities: | | | | |
| Pension and other liabilities | | (12) | | (7) |
| Property, plant, and equipment | | (258) | | (320) |
| Operating lease asset | | (56) | | (71) |
| Inventories and other assets | | (8) | | (43) |
| Total deferred tax liabilities | | (334) | | (441) |
| **Deferred tax assets (liabilities), net** | $ | 60 | $ | (78) |

The following table sets forth an analysis of the Company's effective tax rates for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2020 | | 2019 | | 2018 | |
| | $ | % | $ | % | $ | % |
| **Statutory U.S. federal income tax rate** | $ 38 | 21.0% | $ (26) | 21.0% | $ 243 | 21.0% |
| State income taxes, net of federal benefit | (11) | (6.1)% | (7) | 5.6% | 7 | 0.6% |
| Lower effective tax rate on international operations, net | (34) | (19.0)% | (28) | 22.7% | (44) | (3.8)% |
| Depletion | (6) | (3.4)% | (5) | 4.0% | (6) | (0.5)% |
| Exchange gains | - | -% | (7) | 5.6% | (4) | (0.3)% |
| Provision to return and other adjustments | (37) | (20.6)% | (4) | 3.2% | (9) | (0.8)% |
| Valuation allowance | 13 | 7.3% | 8 | (6.5)% | (15) | (1.3)% |
| Net impact of U.S. tax reform | - | -% | - | -% | (10) | (0.9)% |
| Stock-based compensation | - | -% | (14) | 11.4% | (14) | (1.2)% |
| Executive compensation limitation | 1 | 0.6% | 9 | (7.3)% | 4 | 0.3% |
| R&D credit | (7) | (3.8)% | (6) | 4.8% | (5) | (0.4)% |
| Uncertain tax positions | (1) | (0.5)% | 7 | (5.6)% | 2 | 0.2% |
| Other, net | 4 | 2.2% | 1 | (0.8)% | 10 | 0.9% |
| **Total effective tax rate** | $ (40) | (22.3)% | $ (72) | 58.1% | $ 159 | 13.8% |

The following table sets forth the Company's income (loss) before income taxes for its U.S. and international operations for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2020 | | 2019 | | 2018 | |
| U.S. operations (including exports) | $ | (136) | $ | (375) | $ | 114 |
| International operations | | 315 | | 251 | | 1,041 |
| **Total income (loss) before income taxes** | $ | 179 | $ | (124) | $ | 1,155 |

F-30

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Other Matters*

With respect to U.S. tax reform, while management has completed its analysis within the applicable measurement period, pursuant to Staff Accounting Bulletin No. 118 as issued by the SEC, the Company accounts for the tax impacts of new provisions based on interpretation of existing statutory law, including proposed regulations issued by the U.S. Treasury and the Internal Revenue Service ("IRS"). While there can be no assurances as to the effect of any final regulations on the Company's provision for (benefit from) income taxes, management will continue to evaluate the impacts as any issued regulations become final and adjust our estimates, as appropriate.

Management believes there is sufficient liquidity available in the U.S. As a result, management asserts that it is indefinitely reinvested with respect to all undistributed earnings prior to 2018 and, therefore, has not recorded deferred tax liabilities with respect to those earnings. Beginning in 2018, management determined that the Company's earnings from certain foreign subsidiaries are not indefinitely reinvested and presumed such earnings will be distributed to the U.S. At December 31, 2020 and 2019, deferred tax liabilities for the foreign subsidiaries that are not indefinitely reinvested were not material to the Company's consolidated financial statements. The potential tax implications of the repatriation of unremitted earnings are driven by the facts at the time of distribution; however, due to U.S. tax reform and the U.S. Transition Tax, the incremental cost to repatriate earnings is not expected to be material. At December 31, 2020, the amount of unremitted earnings where the Company is indefinitely reinvested was approximately $619.

In the United States, the Coronavirus Aid, Relief, and Economic Security ("CARES") Act was passed on March 27, 2020. This legislative relief, as well as other government relief programs, include measures that could impact direct and indirect tax provisions. Management has analyzed the relief in jurisdictions in which the Company operates, and the applicable impacts, which are not material to the Company's benefit from income taxes for the year ended December 31, 2020.

For the year ended December 31, 2020, the Company recorded $12 of valuation allowance on certain foreign subsidiary net deferred tax assets and $2 of valuation allowance on certain foreign tax credits. For the year ended December 31, 2019, the Company recorded $5 of valuation allowance on certain foreign subsidiary net deferred tax assets and $3 of valuation allowance on certain foreign tax credits.

Under the tax laws of various jurisdictions in which the Company operates, deductions or credits that cannot be fully utilized for tax purposes during the current year may be carried forward or back, subject to statutory limitations, to reduce taxable income or taxes payable in future or prior years. At December 31, 2020, the Company's U.S federal and state tax losses amounted to $10, which substantially expire between 2036 and 2039. The Company has $31 in R&D tax credits, which expire between 2035 and 2040, foreign net operating losses of $12, which expire between 2026 and 2030, and $7 of certain foreign tax credits, which expire between 2025 and 2030.

Each year, Chemours and/or its subsidiaries file income tax returns in the U.S. federal jurisdiction and various states and non-U.S. jurisdictions.

The following table sets forth the Company's significant jurisdictions' tax returns that are subject to examination by their respective taxing authorities for the open years listed.

| Jurisdiction | Open Years |
|---|---|
| China | 2015 through 2020 |
| India | 2015 through 2020 |
| Mexico | 2015 through 2020 |
| Netherlands | 2017 through 2020 |
| Singapore | 2016 through 2020 |
| Switzerland | 2017 through 2020 |
| Taiwan | 2015 through 2020 |
| U.S. | 2017 through 2020 |

F-31

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Positions challenged by the taxing authorities may be settled or appealed by Chemours and/or EID in accordance with the tax matters agreement. As a result, income tax uncertainties are recognized in the Company's consolidated financial statements in accordance with accounting for income taxes, when applicable.

The following table sets forth the change in the Company's unrecognized tax benefits for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | 2018 |
| Balance at January 1, | $ 9 | $ 2 | $ - |
| Gross amounts of decreases in unrecognized tax benefits as a result of adjustments to tax provisions taken during the prior period | (2) | - | - |
| Gross amounts of increases in unrecognized tax benefits as a result of tax positions taken during the current period | 1 | 7 | 2 |
| Reduction to unrecognized tax benefits as a result of a lapse of the applicable statute of limitations | (1) | - | - |
| Balance at December 31, | $ 7 | $ 9 | $ 2 |
| Total unrecognized tax benefits, if recognized, that would impact the effective tax rate | $ 8 | $ 9 | $ 2 |
| Total amount of interest and penalties recognized in the consolidated statements of operations | 1 | - | - |
| Total amount of interest and penalties recognized in the consolidated balance sheets | 1 | - | - |

The following table sets forth a rollforward of the Company's deferred tax asset valuation allowance for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | 2018 |
| Balance at January 1, | $ 10 | $ 2 | $ 17 |
| Net charges to income tax expense | 14 | 8 | - |
| Release of valuation allowance | - | - | (15) |
| Balance at December 31, | $ 24 | $ 10 | $ 2 |

F-32

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 10. Earnings Per Share of Common Stock

The following table sets forth the reconciliations of the numerators and denominators for the Company's basic and diluted earnings per share calculations for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2020** | **2019** | **2018** |
| Numerator: | | | |
| Net income (loss) attributable to Chemours | $        219 | $        (52) | $        995 |
| Denominator: | | | |
| Weighted-average number of common shares outstanding - basic | 164,681,827 | 164,816,839 | 176,968,554 |
| Dilutive effect of the Company's employee compensation plans (1) | 1,664,702 | - | 5,603,467 |
| Weighted-average number of common shares outstanding - diluted (1) | 166,346,529 | 164,816,839 | 182,572,021 |
| Basic earnings (loss) per share of common stock | $        1.33 | $        (0.32) | $        5.62 |
| Diluted earnings (loss) per share of common stock (1) | 1.32 | (0.32) | 5.45 |

(1) In periods where the Company incurs a net loss, the impact of potentially dilutive securities is excluded from the calculation of earnings per share as its inclusion would have an anti-dilutive effect.

The following table sets forth the average number of stock options that were anti-dilutive and, therefore, were not included in the Company's diluted earnings per share calculations for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2020** | **2019** | **2018** |
| Average number of stock options | 3,839,845 | 2,206,609 | 393,016 |

### Note 11. Accounts and Notes Receivable, Net

The following table sets forth the components of the Company's accounts and notes receivable, net at December 31, 2020 and 2019.

| | December 31, | |
| --- | --- | --- |
| | **2020** | **2019** |
| Accounts receivable - trade, net (1,2) | $        449 | $        602 |
| VAT, GST, and other taxes (3) | 49 | 59 |
| Other receivables (4) | 13 | 13 |
| **Total accounts and notes receivable, net** | $        511 | $        674 |

(1) Accounts receivable - trade, net includes trade notes receivable of less than $1 and is net of allowances for doubtful accounts of $7 and $5 at December 31, 2020 and 2019, respectively. Such allowances are equal to the estimated uncollectible amounts.

(2) On January 1, 2020, the Company adopted ASU No. 2016-13, *Financial Instruments - Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments*, the effect of which was not material to its account receivable - trade or its allowance for doubtful accounts. Refer to "Note 3 - Summary of Significant Accounting Policies" for further details.

(3) Value added tax ("VAT") and goods and services tax ("GST") for various jurisdictions.

(4) Other receivables consist of derivative instruments, advances, and other deposits.

Accounts and notes receivable are carried at amounts that approximate fair value. Bad debt expense amounted to $3 for the year ended December 31, 2020, and less than $1 for the years ended December 31, 2019 and 2018.

F-33

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 12. Inventories**

The following table sets forth the components of the Company's inventories at December 31, 2020 and 2019.

| | December 31, | | | |
|---|---|---|---|---|
| | **2020** | | **2019** | |
| Finished products | $ | 579 | $ | 589 |
| Semi-finished products | | 180 | | 189 |
| Raw materials, stores, and supplies | | 433 | | 559 |
| Inventories before LIFO adjustment | | 1,192 | | 1,337 |
| Less: Adjustment of inventories to LIFO basis | | (253) | | (258) |
| **Total inventories** | $ | 939 | $ | 1,079 |

Inventory values, before LIFO adjustment, are generally determined by the average cost method, which approximates current cost. Inventories are valued under the LIFO method at substantially all of the Company's U.S. locations, which comprised $585 and $674 (or 49% and 50%, respectively) of inventories before the LIFO adjustments at December 31, 2020 and 2019, respectively. The remainder of the Company's inventory held in international locations and certain U.S. locations is valued under the average cost method.

**Note 13. Property, Plant, and Equipment, Net**

The following table sets forth the components of the Company's property, plant, and equipment, net at December 31, 2020 and 2019.

| | December 31, | | | |
|---|---|---|---|---|
| | **2020** | | **2019** | |
| Equipment | $ | 7,816 | $ | 7,600 |
| Buildings | | 1,198 | | 1,174 |
| Construction-in-progress | | 421 | | 493 |
| Land | | 111 | | 110 |
| Mineral rights | | 36 | | 36 |
| Property, plant, and equipment | | 9,582 | | 9,413 |
| Less: Accumulated depreciation | | (6,108) | | (5,854) |
| **Total property, plant, and equipment, net** | $ | 3,474 | $ | 3,559 |

Property, plant, and equipment, net included gross assets under finance leases of $86 and $68 at December 31, 2020 and 2019, respectively.

Interest expense capitalized as part of property, plant, and equipment, net amounted to $4, $10, and $17 for the years ended December 31, 2020, 2019, and 2018, respectively.

Depreciation expense amounted to $313, $304, and $276 for the years ended December 31, 2020, 2019, and 2018, respectively.

F-34

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 14. Leases

The Company leases certain office space, lab space, equipment, railcars, tanks, barges, tow boats, and warehouses. Leases with an initial term of 12 months or less are not recorded on the consolidated balance sheets, and lease expense is recognized over the term of these leases on a straight-line basis. The Company's leases have remaining terms of up to 19 years. Some leases of equipment contain immaterial amounts of residual value guarantees.

The following table sets forth the Company's lease assets and lease liabilities and their balance sheet locations at December 31, 2020 and 2019.

| | Balance Sheet Location | December 31, 2020 | | December 31, 2019 |
|---|---|---|---|---|
| Lease assets: | | | | |
| Operating lease right-of-use assets | Operating lease right-of-use assets | $ 236 | $ | 294 |
| Finance lease assets | Property, plant, and equipment, net (Note 13) | 69 | | 58 |
| **Total lease assets** | | $ 305 | $ | 352 |
| Lease liabilities: | | | | |
| Current: | | | | |
| Operating lease liabilities | Other accrued liabilities (Note 19) | $ 57 | $ | 66 |
| Finance lease liabilities | Short-term and current maturities of long-term debt (Note 20) | 7 | | 5 |
| Total current lease liabilities | | 64 | | 71 |
| Non-current: | | | | |
| Operating lease liabilities | Operating lease liabilities | 194 | | 245 |
| Finance lease liabilities | Long-term debt, net (Note 20) | 67 | | 54 |
| Total non-current lease liabilities | | 261 | | 299 |
| **Total lease liabilities** | | $ 325 | $ | 370 |

The following table sets forth the components of the Company's lease cost for the years ended December 31, 2020 and 2019.

| | Year Ended December 31, 2020 | | Year Ended December 31, 2019 |
|---|---|---|---|
| Operating lease cost | $ 88 | $ | 99 |
| Short-term lease cost | 5 | | 5 |
| Variable lease cost | 20 | | 16 |
| Finance lease cost: | | | |
| Amortization of lease assets | 8 | | 5 |
| Interest on lease liabilities | 4 | | 2 |
| **Total lease cost** | $ 125 | $ | 127 |

F-35

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the cash flows related to the Company's leases for the years ended December 31, 2020 and 2019.

|  | Year Ended December 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Cash paid for amounts included in the measurement of lease liabilities: | | |
| Operating cash flows from operating leases | $ 91 | $ 101 |
| Operating cash flows from finance leases | 4 | 2 |
| Financing cash flows from finance leases | 6 | 3 |
| Non-cash lease liabilities activity: | | |
| Leased assets obtained in exchange for new operating lease liabilities | $ 23 | $ 48 |
| Leased assets obtained in exchange for new finance lease liabilities | 19 | 62 |

The following table sets forth the weighted-average terms and weighted-average discount rates for the Company's leases at December 31, 2020 and 2019.

|  | December 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Weighted-average remaining lease term (years): | | |
| Operating leases | 8.6 | 8.5 |
| Finance leases | 7.9 | 9.2 |
| Weighted-average discount rate: | | |
| Operating leases | 5.00% | 5.10% |
| Finance leases | 5.40% | 5.90% |

The following table sets forth the Company's lease liabilities' maturities for the next five years and thereafter.

|  | Operating Leases | Finance Leases | Total |
|---|---|---|---|
| 2021 | $ 69 | $ 12 | $ 81 |
| 2022 | 52 | 11 | 63 |
| 2023 | 37 | 11 | 48 |
| 2024 | 30 | 11 | 41 |
| 2025 | 24 | 11 | 35 |
| Thereafter | 94 | 35 | 129 |
| Total lease payments | 306 | 91 | 397 |
| Less: Imputed interest | 55 | 17 | 72 |
| **Present value of lease liabilities** | $ 251 | $ 74 | $ 325 |

F-36

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***The Chemours Discovery Hub***

In October 2017, Chemours executed a build-to-suit lease agreement to construct a new 312,000-square-foot R&D facility on the Science, Technology, and Advanced Research campus of the University of Delaware ("UD") in Newark, Delaware ("Chemours Discovery Hub"). Chemours was deemed to be the owner for accounting purposes during construction of the facility. Construction was completed in the fourth quarter of 2019, and, upon its completion, Chemours evaluated whether a sale occurred for purposes of sale-leaseback accounting treatment. The Company determined that this transaction did not qualify for sale-leaseback accounting, and, as a result, the leasing arrangement is considered to be a financing transaction. At completion of the construction, the build-to-suit lease liability was reclassified as a financing obligation within long-term debt, net, and the build-to-suit lease asset was capitalized in property, plant and equipment, net. At December 31, 2020 and 2019, a financing obligation of $94 and $95, respectively, and property, plant, and equipment of $92 and $95, respectively, are recorded on the Company's consolidated balance sheet.

The following table sets forth the Company's minimum future payments due for the next five years and thereafter related to the Chemours Discovery Hub financing obligation.

| | | |
|---|---|---|
| 2021 | $ | 6 |
| 2022 | | 6 |
| 2023 | | 7 |
| 2024 | | 7 |
| 2025 | | 7 |
| Thereafter | | 154 |
| **Total payments** | $ | 187 |

**Note 15. Goodwill and Other Intangible Assets, Net**

***Goodwill, Net***

The following table sets forth the changes in the carrying amount of the Company's goodwill, net by segment for the years ended December 31, 2020 and 2019.

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Titanium Technologies: | | |
| Balance at January 1, | $ 13 | $ 13 |
| Balance at December 31, | 13 | 13 |
| Thermal & Specialized Solutions: | | |
| Balance at January 1, | 33 | 33 |
| Balance at December 31, | 33 | 33 |
| Advanced Performance Materials: | | |
| Balance at January 1, | 56 | 56 |
| Balance at December 31, | 56 | 56 |
| Chemical Solutions: | | |
| Balance at January 1, | 51 | 51 |
| Balance at December 31, | 51 | 51 |
| **Total goodwill, net** | $ 153 | $ 153 |

F-37

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

Chemours consists of four operating segments: Titanium Technologies, Thermal & Specialized Solutions, Advanced Performance Materials, and Chemical Solutions. The Company's reporting units are consistent with its operating segments, with the exception of the Chemical Solutions segment, which is comprised of the Mining Solutions and Performance Chemicals and Intermediates reporting units. For the years ended December 31, 2020 and 2019, the Company did not have any adjustments to or transfers of its goodwill balances, which are recorded in U.S. dollars. The Company tested the goodwill balances attributable to each of its reporting units for potential impairment on October 1, 2020 and 2019, the dates of Chemours' annual goodwill assessment. No goodwill impairments were recorded for the years ended December 31, 2020 and 2019, as the fair values of the Company's reporting units that carry goodwill exceeded each respective reporting unit's carrying amount on October 1, 2020 and 2019.

The total accumulated impairment losses included in the Company's goodwill, net balance at December 31, 2020 and 2019 amounted to $4.

### Other Intangible Assets, Net

The following table sets forth the gross carrying amounts and accumulated amortization of the Company's other intangible assets by major class at December 31, 2020 and 2019.

| | December 31, 2020 | | | December 31, 2019 | | |
|---|---|---|---|---|---|---|
| | Cost | Accumulated Amortization | Net | Cost | Accumulated Amortization | Net |
| Customer lists | $ 9 | $ (9) | $ - | $ 9 | $ (8) | $ 1 |
| Customer relationships | 22 | (12) | 10 | 22 | (8) | 14 |
| Patents | 19 | (19) | - | 19 | (19) | - |
| Purchased trademarks | 5 | (3) | 2 | 5 | (3) | 2 |
| Purchased and licensed technology | 3 | (3) | - | 3 | (3) | - |
| Other (1) | 10 | (8) | 2 | 10 | (6) | 4 |
| **Total other intangible assets** | $ 68 | $ (54) | $ 14 | $ 68 | $ (47) | $ 21 |

(1) Represents non-cash favorable supply contracts acquired in connection with the sale of the Sulfur business and recognized during the third quarter of 2016 based on the present value of the difference between their contractual cash flows and estimated cash flows had the contracts been executed at a determinable market price. These contract intangibles will be amortized to cost of goods sold over the remaining life of the supply contracts through 2021.

The aggregate pre-tax amortization expense for definite-lived intangible assets was $7, $7, and $6 for the years ended December 31, 2020, 2019, and 2018, respectively. The estimated aggregate pre-tax amortization expense for 2021, 2022, 2023, 2024, and 2025 is $7, $5, $1, less than $1, and less than $1, respectively. Definite-lived intangible assets are amortized over their estimated useful lives, generally for periods ranging from five to 20 years. The reasonableness of the useful lives of these assets is periodically evaluated. The Company does not have any indefinite-lived intangible assets.

F-38

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 16. Investments in Affiliates

The Company holds investments in companies where it, directly or indirectly, owns 20% to 50% of the voting stock, or has the ability to exercise significant influence over the operating and financial policies of the investee.

The following table sets forth the jurisdiction, carrying value, and ownership percentages of the Company's investments in affiliates at December 31, 2020 and 2019.

| Investee | Jurisdiction | December 31, 2020 Carrying Value | | Ownership | December 31, 2019 Carrying Value | | Ownership |
|---|---|---|---|---|---|---|---|
| Chemours-Mitsui Fluorochemicals Company, Ltd. | Japan | $ | 104 | 50.0% | $ | 96 | 50.0% |
| The Chemours Chenguang Fluoromaterials Company Limited | China | | 32 | 50.0% | | 33 | 50.0% |
| Changshu 3F Zhonghao New Chemical Materials Co., Ltd. | China | | 31 | 10.0% | | 33 | 10.0% |
| | | $ | 167 | | $ | 162 | |

The following table sets forth the changes in the Company's investments in affiliates for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2020 | | 2019 | | 2018 | |
| Balance at January 1, | $ | 162 | $ | 160 | $ | 173 |
| Equity in earnings of affiliates | | 23 | | 29 | | 43 |
| Dividends | | (25) | | (28) | | (58) |
| Currency translation and other | | 7 | | 1 | | 2 |
| Balance at December 31, | $ | 167 | $ | 162 | $ | 160 |

The Company engages in transactions with its equity method investees in the ordinary course of business. For the years ended December 31, 2020, 2019, and 2018, net sales to the Company's equity method investees amounted to $98, $135, and $143, respectively, and purchases from the Company's equity method investees amounted to $133, $249, and $125, respectively.

## Note 17. Other Assets

The following table sets forth the components of the Company's other assets at December 31, 2020 and 2019.

| | December 31, | | | |
|---|---|---|---|---|
| | 2020 | | 2019 | |
| Capitalized repair and maintenance costs | $ | 198 | $ | 148 |
| Pension assets (1) | | 79 | | 59 |
| Deferred income taxes | | 95 | | 40 |
| Miscellaneous | | 33 | | 45 |
| Total other assets | $ | 405 | $ | 292 |

(1) Pension assets represents the funded status of certain of the Company's long-term employee benefit plans.

F-39

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

### Note 18. Accounts Payable

The following table sets forth the components of the Company's accounts payable at December 31, 2020 and 2019.

|  | December 31, | | | |
|---|---|---|---|---|
|  | 2020 | | 2019 | |
| Trade payables | $ | 820 | $ | 901 |
| VAT and other payables |  | 24 |  | 22 |
| **Total accounts payable** | $ | 844 | $ | 923 |

### Note 19. Other Accrued Liabilities

The following table sets forth the components of the Company's other accrued liabilities at December 31, 2020 and 2019.

|  | December 31, | | | |
|---|---|---|---|---|
|  | 2020 | | 2019 | |
| Compensation and other employee-related costs | $ | 107 | $ | 52 |
| Employee separation costs (1) |  | 7 |  | 15 |
| Accrued litigation (2) |  | 37 |  | 10 |
| Environmental remediation (2) |  | 95 |  | 74 |
| Asset retirement obligations (2) |  | 13 |  | 7 |
| Income taxes |  | 64 |  | 65 |
| Customer rebates |  | 69 |  | 72 |
| Deferred revenue |  | 7 |  | 7 |
| Accrued interest |  | 18 |  | 21 |
| Operating lease liabilities (3) |  | 57 |  | 66 |
| Miscellaneous (4) |  | 103 |  | 95 |
| **Total other accrued liabilities** | $ | 577 | $ | 484 |

(1)  Represents the current portion of accrued employee separation costs related to the Company's restructuring activities, which are discussed further in "Note 7 - Restructuring, Asset-related, and Other Charges".

(2)  Represents the current portions of accrued litigation, environmental remediation, and asset retirement obligations, which are discussed further in "Note 22 - Commitments and Contingent Liabilities".

(3)  Represents the current portion of operating lease liabilities, which are discussed further in "Note 14 - Leases".

(4)  Miscellaneous primarily includes accrued utility expenses, property taxes, an accrued indemnification liability, and other miscellaneous expenses.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

**Note 20. Debt**

The following table sets forth the components of the Company's debt at December 31, 2020 and 2019.

| | December 31, | | |
| --- | --- | --- | --- |
| | **2020** | | **2019** |
| Senior secured term loans: | | | |
| Tranche B-2 U.S. dollar term loan due April 2025 | $ 875 | $ | 884 |
| Tranche B-2 euro term loan due April 2025 (€340 at December 31, 2020 and €344 at December 31, 2019) | 417 | | 383 |
| Senior unsecured notes: | | | |
| 6.625% due May 2023 | - | | 908 |
| 7.000% due May 2025 | 750 | | 750 |
| 4.000% due May 2026 (€450 at December 31, 2020 and 2019) | 551 | | 501 |
| 5.375% due May 2027 | 500 | | 500 |
| 5.750% due November 2028 | 800 | | - |
| Securitization Facility | - | | 110 |
| Finance lease liabilities | 74 | | 59 |
| Financing obligation (1) | 94 | | 95 |
| Other | - | | 6 |
| **Total debt principal** | 4,061 | | 4,196 |
| Less: Unamortized issue discounts | (7) | | (8) |
| Less: Unamortized debt issuance costs | (28) | | (28) |
| Less: Short-term and current maturities of long-term debt | (21) | | (134) |
| **Total long-term debt, net** | $ 4,005 | $ | 4,026 |

> (1)   At December 31, 2020 and 2019, financing obligation includes $94 and $95, respectively, in connection with the financed portion of the Chemours Discovery Hub. Refer to "Note 14 - Leases" for further details.

***Senior Secured Credit Facilities***

The Company's credit agreement, as amended and restated on April 3, 2018, ("Credit Agreement") provides for a seven-year, senior secured term loan facility and a five-year, $800 senior secured revolving credit facility ("Revolving Credit Facility") (collectively, the "Senior Secured Credit Facilities").

The senior secured term loan facility under the Senior Secured Credit Facilities provides for a class of term loans, denominated in U.S. dollars, in an aggregate principal amount of $900 ("Dollar Term Loan") and a class of term loans, denominated in euros, in an aggregate principal amount of €350 ("Euro Term Loan") (collectively, the "Term Loans"). The Dollar Term Loan bears a variable interest rate equal to, at the election of the Company, adjusted LIBOR plus 1.75% or adjusted base rate plus 0.75%, subject to an adjusted LIBOR or an adjusted base rate floor of 0.00% or 1.00%, respectively. The Euro Term Loan bears a variable interest rate equal to adjusted EURIBOR plus 2.00%, subject to an adjusted EURIBOR floor of 0.50%. The Term Loans will mature on April 3, 2025, and are subject to acceleration in certain circumstances.

The proceeds of any loans made under the Revolving Credit Facility can be used for working capital needs and other general corporate purposes, including permitted acquisitions, as defined in the Credit Agreement. The Revolving Credit Facility bears a variable interest rate range based on the Company's total net leverage ratio, as defined in the Credit Agreement, between (i) a 0.25% and a 1.00% spread for adjusted base rate loans, and (ii) a 1.25% and a 2.00% spread for LIBOR and EURIBOR loans. In addition, the Company is required to pay a commitment fee on the average daily unused amount of the Revolving Credit Facility within an interest rate range based on its total net leverage ratio, between 0.10% and 0.25%. The Revolving Credit Facility is scheduled to mature on April 3, 2023, and is subject to acceleration in certain circumstances.

At December 31, 2020, the effective interest rates on the Dollar Term Loan and the Euro Term Loan were 1.9% and 2.5%, respectively, and commitment fees on the Revolving Credit Facility were assessed at a rate of 0.20% per annum. In connection with the amendment of the Senior Secured Credit Facilities, the Company incurred a loss on debt extinguishment of $3 for the year ended December 31, 2018.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

On April 8, 2020, as a precautionary measure in light of macroeconomic uncertainties driven by COVID-19, the Company drew $300 from its Revolving Credit Facility; the borrowings were subsequently repaid during the third quarter of 2020. In the second quarter of 2019, the Company drew $150 under its Revolving Credit Facility for general corporate purposes; the borrowings were subsequently repaid during the third quarter of 2019. No borrowings were outstanding under the Revolving Credit Facility at December 31, 2020 and 2019. Chemours also had $102 and $103 in letters of credit issued and outstanding under the Revolving Credit Facility at December 31, 2020 and 2019, respectively.

Under the Credit Agreement, solely with respect to the Revolving Credit Facility, the Company is required to maintain a senior secured net leverage ratio not to exceed 2.00 to 1.00 in each quarter, through the date of maturity. In addition, the Credit Agreement contains customary affirmative and negative covenants that, among other things, limit or restrict the Company's and its subsidiaries' ability, subject to certain exceptions, to incur additional indebtedness or liens, pay dividends, and engage in certain transactions, including mergers, acquisitions, asset sales, or investments, outside of specified carve-outs. The Credit Agreement also contains customary representations and warranties and events of default. The Company was in compliance with its debt covenants at December 31, 2020 and 2019.

For the years ended December 31, 2020, 2019, and 2018, the Company made principal payments of $13 on its Term Loans. The Company's obligations under the Senior Secured Credit Facilities are guaranteed on a senior secured basis by all of its material domestic subsidiaries, which are also guarantors of the Company's outstanding notes, subject to certain exceptions. The obligations under the Senior Secured Credit Facilities are also, subject to certain exceptions, secured by a first priority lien on substantially all of the Company's assets and substantially all of the assets of its wholly-owned, material domestic subsidiaries, including 100% of the stock of certain of its domestic subsidiaries and 65% of the stock of certain of its foreign subsidiaries.

**Senior Unsecured Notes**

*Senior Unsecured Notes Due May 2023 and May 2025*

On May 12, 2015, Chemours issued an aggregate principal amount of $2,503 in senior unsecured notes consisting of an aggregate principal amount of $1,350 6.625% senior unsecured notes due May 2023, denominated in U.S. dollars (the "2023 Dollar Notes"), an aggregate principal amount of €360 6.125% senior unsecured notes due May 2023, denominated in euros (the "2023 Euro Notes"), and an aggregate principal amount of $750 7.000% senior unsecured notes due May 2025, denominated in U.S dollars (the "2025 Notes") (collectively, the "Original Notes"). The Original Notes required or require, as applicable, payment of principal at maturity and payments of interest semi-annually in cash and in arrears on May 15 and November 15 of each year. The proceeds from the Original Notes were issued to fund a cash distribution to EID in connection with the Separation. As discussed in more detail below, the Company purchased or redeemed, as applicable, all of the outstanding 2023 Euro Notes and a $250 aggregate principal amount of the 2023 Dollar Notes during the year ended December 31, 2018. The Company purchased or redeemed, as applicable, the remaining $908 aggregate principal amount of the 2023 Dollar Notes during the year ended December 31, 2020.

The Original Notes were or are, as applicable, fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis, by each of Chemours' existing and future direct or indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of the Company or any guarantor in an aggregate principal amount in excess of $75. The Original Notes were or are, as applicable, unsecured and unsubordinated by Chemours and its guarantor subsidiaries. The Original Notes ranked or rank, as applicable, equally in right of payment to all of Chemours' existing and future unsecured unsubordinated debt and senior in right of payment to all of its existing and future debt that is by its terms expressly subordinated in right of payment to the Original Notes. The Original Notes were or are, as applicable, subordinated to indebtedness under the Senior Secured Credit Facilities, as well as any future secured debt to the extent of the value of the assets securing such debt, and are structurally subordinated to the liabilities of any non-guarantor subsidiaries.

Pursuant to the terms of the indenture governing the Original Notes, the Company was or is, as applicable, obligated to offer to purchase the Original Notes at a price of (i) 101% of their principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events, and (ii) 100% of their principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, with the proceeds from certain asset dispositions. These restrictions and prohibitions were or are, as applicable, subject to certain qualifications and exceptions set forth in the indenture governing the Original Notes, including without limitation, reinvestment rights with respect to the proceeds of asset dispositions. The Company may also redeem some or all of the remaining Original Notes (i.e., the 2025 Notes) by means other than a redemption, including tender offer and open market repurchases.

Chemours may redeem some or all of the remaining Original Notes (i.e., the 2025 Notes) on or after May 15, 2020 at specified redemption prices. Pursuant to the terms of the tax matters agreement entered into at the time of the Separation, the Company's ability to pre-pay, pay down, redeem, retire, or otherwise acquire the 2025 Notes is limited in the absence of obtaining certain tax opinions.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Senior Unsecured Notes Due May 2027*

On May 23, 2017, the Company issued a $500 aggregate principal amount of 5.375% senior unsecured notes due May 2027 (the "2027 Notes"). The 2027 Notes require payment of principal at maturity and interest semi-annually in cash and in arrears on May 15 and November 15 of each year. The Company received proceeds of $489, net of an original issue discount of $5 and underwriting fees and other related expenses of $6, which are deferred and amortized to interest expense using the effective interest method over the term of the 2027 Notes. A portion of the net proceeds from the 2027 Notes was used to pay the $335 accrued for the First MDL Settlement, as discussed in "Note 22 - Commitments and Contingent Liabilities". The remaining proceeds from the 2027 Notes were available for general corporate purposes.

The 2027 Notes are fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis by each of the Company's existing and future direct and indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of the Company or any guarantor in an aggregate principal amount in excess of $100. The guarantees of the 2027 Notes will rank equally with all other senior indebtedness of the guarantors. The 2027 Notes rank equally in right of payment to all of the Company's existing and future unsecured unsubordinated debt and are senior in right of payment to all of its existing and future debt that is by its terms expressly subordinated in right of payment to the 2027 Notes. The 2027 Notes are subordinated to indebtedness under the Senior Secured Credit Facilities, as well as any future secured debt to the extent of the value of the assets securing such debt, and structurally subordinated to the liabilities of any non-guarantor subsidiaries.

Pursuant to the terms of the indenture governing the 2027 Notes, the Company is obligated to offer to purchase the 2027 Notes at a price of 101% of the principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events. The Company may redeem the 2027 Notes, in whole or in part, at an amount equal to 100% of the aggregate principal amount plus a specified "make-whole" premium and accrued and unpaid interest, if any, to the date of purchase prior to February 15, 2027. The Company may also redeem some or all of the 2027 Notes by means other than a redemption, including tender offer and open market repurchases.

*Senior Unsecured Notes Due May 2026*

On June 6, 2018, the Company issued an aggregate principal amount of €450 4.000% senior unsecured notes due May 2026, denominated in euros (the "2026 Euro Notes"). The 2026 Euro Notes require payment of principal at maturity and payments of interest semi-annually in cash and in arrears on May 15 and November 15 of each year. The Company received net proceeds of €445, which, together with cash on hand, were used to purchase or redeem, as the case may be, all of the outstanding 2023 Euro Notes and a $250 aggregate principal amount of the 2023 Dollar Notes pursuant to the Tender Offers (as defined below) and the redemption of the 2023 Euro Notes, as well as pay for any fees and expenses in connection therewith. In connection with the concurrent redemption of the 2023 Euro Notes and issuance of the 2026 Euro Notes, the Company incurred a loss on extinguishment of $35 for the year ended December 31, 2018.

The 2026 Euro Notes are fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis by each of the Company's existing and future direct and indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of the Company or any guarantor in an aggregate principal amount in excess of $100. The guarantees of the 2026 Euro Notes will rank equally with all other senior indebtedness of the guarantors. The 2026 Euro Notes also rank equally in right of payment to all of the Company's existing and future unsecured unsubordinated debt and are senior in right of payment to all of its existing and future debt that is, by its terms, expressly subordinated in right of payment to the 2026 Euro Notes. The 2026 Euro Notes are subordinated to indebtedness under the Senior Secured Credit Facilities, as well as any future secured debt to the extent of the value of the assets securing such debt, and are structurally subordinated to the liabilities of any non-guarantor subsidiaries.

Pursuant to the terms of the indenture governing the 2026 Euro Notes, the Company is obligated to offer to purchase the 2026 Euro Notes at a price of 101% of the principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events. Prior to May 15, 2021, the Company may redeem the 2026 Euro Notes (i) in whole or in part, at an amount equal to 100% of the aggregate principal amount plus a specified "make-whole" premium, plus accrued and unpaid interest, if any, up to, but excluding, the redemption date and (ii) on one or more occasions, up to 35% of the aggregate principal amount of the notes, with the net cash proceeds of one or more equity offerings at a price equal to 104% of the principal amounts of such notes, plus accrued and unpaid interest, if any, up to, but excluding, the redemption date. On or after May 15, 2021, the Company may redeem the 2026 Euro Notes at specified redemption prices. The Company may also redeem some of all of the 2026 Euro Notes by means other than a redemption, including tender offer and open market repurchases.

F-43

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*2023 Notes Tender Offers and Redemption of the 2023 Euro Notes*

On May 21, 2018, the Company commenced two all-cash tender offers to purchase: (i) up to $250 of the outstanding 2023 Dollar Notes, for a purchase price of $1,052.50 per $1,000.00 of principal amount through an early tender deadline of June 4, 2018, and $1,022.50 per $1,000.00 of principal amount thereafter, through June 18, 2018, the tender expiration date, plus any accrued and unpaid interest thereon (the "Dollar Tender Offer"); and, (ii) any and all of the outstanding 2023 Euro Notes, for a purchase price of €1,048.75 per €1,000.00 of principal amount through an early tender deadline of June 4, 2018, and €1,018.75 per €1,000.00 of principal amount thereafter, through June 18, 2018, the tender expiration date, plus any accrued and unpaid interest thereon (the "Euro Tender Offer") (collectively, the "Tender Offers").

The Company completed the Dollar Tender Offer on June 6, 2018 for an aggregate purchase price of $264, inclusive of an early participation premium of $13 and accrued interest of $1. The Company completed the Euro Tender Offer on June 8, 2018 for an aggregate purchase price of €310, inclusive of an early participation premium of €14 and accrued interest of €1. In connection with the Euro Tender Offer, the Company received consents from the holders of a majority of the aggregate principal amount of the 2023 Euro Notes to amend certain provisions of the indenture governing the 2023 Euro Notes, thereby allowing the Company to call and redeem the remaining 2023 Euro Notes outstanding upon two business days' notice to the noteholders. On June 8, 2018, the Company completed the redemption of the remaining outstanding 2023 Euro Notes that were not purchased pursuant to the Euro Tender Offer. The Tender Offers and the redemption of the 2023 Euro Notes were funded with the proceeds from the offering of the 2026 Euro Notes and cash on hand.

*Senior Unsecured Notes Due November 2028*

On November 27, 2020, the Company issued an $800 aggregate principal amount of 5.750% senior unsecured notes due November 2028 (the "2028 Notes") in an offering that was exempt from the registration requirements of the Securities Act. The 2028 Notes require payment of principal at maturity and interest semi-annually in cash and in arrears on May 15 and November 15 of each year. The Company received proceeds of $790, net of underwriting fees and other related expenses of $10, which are deferred and amortized to interest expense using the effective interest method over the term of the 2028 Notes. The net proceeds from the 2028 Notes were used, together with cash on hand, to purchase or redeem, as applicable, the remaining $908 aggregate principal amount of the 2023 Dollar Notes. In connection with the purchase and redemption of the remaining 2023 Dollar Notes, the Company incurred a loss on extinguishment of $22 for the year ended December 31, 2020.

The 2028 Notes are fully and unconditionally guaranteed, jointly and severally, on a senior unsecured unsubordinated basis by each of the Company's existing and future direct and indirect domestic restricted subsidiaries that (i) incurs or guarantees indebtedness under the Senior Secured Credit Facilities, or (ii) guarantees certain other indebtedness of the Company or any guarantor in an aggregate principal amount in excess of $100. The guarantees of the 2028 Notes will rank equally with all other senior indebtedness of the guarantors. The 2028 Notes rank equally in right of payment to all of the Company's existing and future unsecured unsubordinated debt and are senior in right of payment to all of its existing and future debt that is by its terms expressly subordinated in right of payment to the 2028 Notes. The 2028 Notes are subordinated to indebtedness under the Senior Secured Credit Facilities, as well as any future secured debt to the extent of the value of the assets securing such debt, and structurally subordinated to the liabilities of any non-guarantor subsidiaries.

Pursuant to the terms of the indenture governing the 2028 Notes, the Company is obligated to offer to purchase the 2028 Notes at a price of 101% of the principal amount, together with accrued and unpaid interest, if any, up to, but not including, the date of purchase, upon the occurrence of certain change of control events. Prior to November 15, 2023, the Company may redeem the 2028 Notes (i) in whole or in part, at an amount equal to 100% of the aggregate principal amount plus a specified "make-whole" premium and accrued and unpaid interest, if any, to the date of purchase, and (ii) on one or more occasions, up to 35% of the aggregate principal amount of the notes, with the net cash proceeds of one or more equity offerings at a price equal to 105.750% of the principal amounts of such notes, plus accrued and unpaid interest, if any, up to, but excluding, the redemption date. On or after November 15, 2023, the Company may redeem the 2028 Notes at specified redemption prices. The Company may also redeem some or all of the 2028 Notes by means other than a redemption, including tender offer and open market repurchases.

*2023 Dollar Notes Tender Offer and Redemption*

On November 12, 2020, the Company commenced an all-cash tender offer to purchase any and all of the outstanding 2023 Dollar Notes for a purchase price of $1,017.94 per $1,000.00 of principal amount through an early tender deadline of November 25, 2020, and $987.94 per $1,000.00 of principal amount thereafter, through December 10, 2020, the tender expiration date, plus any accrued and unpaid interest thereon (the "2023 Dollar Notes Tender Offer"). In connection with the 2023 Dollar Notes Tender Offer, the Company received consents from the holders of a majority of the aggregate principal amount of the 2023 Dollar Notes to amend certain provisions of the indenture governing the 2023 Dollar Notes, thereby allowing the Company to call and redeem the remaining 2023 Dollar Notes outstanding upon two business days' notice to the noteholders (the "2023 Dollar Notes Redemption") (collectively, the "2023 Dollar Notes Tender Offer and Redemption").

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The Company completed the 2023 Dollar Notes Tender Offer and Redemption on December 1, 2020 for an aggregate purchase price of $926, inclusive of an early participation premium of $16 and accrued interest of $2. The 2023 Dollar Notes Tender Offer and Redemption was funded with the proceeds from the offering of the 2028 Notes and cash on hand.

*Accounts Receivable Securitization Facility*

On July 12, 2019, the Company, through a wholly-owned special purpose entity ("SPE"), executed an agreement with a bank for an accounts receivable securitization facility ("Securitization Facility") for the purpose of enhancing the Company's liquidity (the "Original Purchase Agreement"). Under the Securitization Facility, certain of the Company's subsidiaries sell their accounts receivable to the SPE, which is a non-guarantor subsidiary. In turn, the SPE may transfer undivided ownership interests in such receivables to the bank in exchange for cash. The Securitization Facility permitted the SPE to borrow up to a total of $125, with an option to increase to $200. The bank has a first priority security interest in all receivables held by the SPE, and the SPE has not granted a security interest to anyone else. At December 31, 2019, receivables held by the SPE totaled $176.

As the SPE previously maintained effective control over the accounts receivable under the Original Purchase Agreement, the transfers of the ownership interests to the bank did not meet the criteria to account for the transfers as true sales. As a result, the Company accounted for the transfers as collateralized borrowings. Cash received from the bank was a short-term obligation of the Company, which was fully-collateralized by all receivables held by the SPE. The Securitization Facility was subject to interest charges against both the amount of outstanding borrowings and the amount of available but undrawn commitments. The Securitization Facility bore a variable interest rate on outstanding borrowings and a fixed commitment fee on the average daily undrawn amount. During the year ended December 31, 2019, the weighted average interest rate on the outstanding borrowings under the Securitization Facility was 2.0%. Borrowings under the Securitization Facility were classified in the consolidated balance sheets as a component of current liabilities due to the short-term nature of the obligation. Borrowings and repayments under the Securitization Facility amounted to $128 and $18, respectively. Net borrowings of $110 remained outstanding as of December 31, 2019.

On March 9, 2020, the Company, through its wholly-owned SPE, entered into an amended and restated receivables purchase agreement (the "Amended Purchase Agreement") under the Securitization Facility. The Amended Purchase Agreement amends and restates, in its entirety, the Original Purchase Agreement. The Amended Purchase Agreement, among other things, extends the term of the Original Purchase Agreement such that the SPE may sell certain receivables and request investments and letters of credit until the earlier of March 5, 2021 or a termination event, and contains customary representations and warranties, as well as affirmative and negative covenants.

Pursuant to the Amended Purchase Agreement, the Company no longer maintains effective control over the transferred receivables, and therefore accounts for these transfers as sales of receivables. As a result, on March 9, 2020, the Company repurchased the then-outstanding receivables under the Securitization Facility through repayment of the secured borrowings under the Original Purchase Agreement, resulting in net repayments of $110 and subsequent sale of $125 of its receivables to the bank during the first quarter of 2020. These sales were transacted at 100% of the face value of the relevant receivables, resulting in derecognition of the receivables from the Company's consolidated balance sheets. Cash received from collections of sold receivables is used to fund additional purchases of receivables at 100% of face value on a revolving basis, not to exceed $125, which is the aggregate purchase limit. For the year ended December 31, 2020, the Company received $932 of cash collections on receivables sold under the Amended Purchase Agreement, following which it sold and derecognized $932 of incremental accounts receivable. The Company maintains continuing involvement as it acts as the servicer for the sold receivables and guarantees payment to the bank. As collateral against the sold receivables, the SPE maintains a certain level of unsold receivables, which amounted to $33 at December 31, 2020. During the year ended December 31, 2020, the Company incurred $2 of fees associated with the Securitization Facility. Costs associated with the sales of receivables are reflected in the Company's consolidated statements of operations for the periods in which the sales occur.

*Other*

During the third quarter of 2020, the Company entered into a financing arrangement, by which an external financing company funded certain of the Company's annual insurance premiums for $16. The Company repaid all of the outstanding borrowings under its 2020 financing arrangement during the year ended December 31, 2020. During the third quarter of 2019, the Company entered into a similar financing arrangement for $11, of which $6 remained outstanding at December 31, 2019. The Company has repaid all remaining borrowings under its 2019 financing arrangement.

F-45

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Maturities*

The Company has required quarterly principal payments related to the Senior Secured Credit Facilities equivalent to 1.00% per annum through December 2024, with the balance due at maturity. Also, following the end of each fiscal year commencing on the year ended December 31, 2019, on an annual basis, the Company is required to make additional principal payments depending on leverage levels, as defined in the Credit Agreement, equivalent to up to 50% of excess cash flows based on certain leverage targets with step-downs to 25% and 0% as actual leverage decreases to below a 3.50 to 1.00 leverage target. The Company was not required to make additional principal payments in 2020.

The following table sets forth the Company's debt principal maturities for the next five years and thereafter.

| | | |
|---|---|---:|
| 2021 | $ | 13 |
| 2022 | | 13 |
| 2023 | | 13 |
| 2024 | | 13 |
| 2025 | | 1,990 |
| Thereafter | | 1,851 |
| **Total principal maturities on debt** | $ | 3,893 |

*Debt Fair Value*

The following table sets forth the estimated fair values of the Company's senior debt issues, which are based on quotes received from third-party brokers, and are classified as Level 2 financial instruments in the fair value hierarchy. The carrying value of borrowings under the Securitization Facility approximate fair value based on the facility's short-term nature and maturity.

| | December 31, 2020 | | December 31, 2019 | |
|---|---|---|---|---|
| | Carrying Value | Fair Value | Carrying Value | Fair Value |
| Senior secured term loans: | | | | |
| Tranche B-2 U.S. dollar term loan due April 2025 | $ 875 | $ 862 | $ 884 | $ 865 |
| Tranche B-2 euro term loan due April 2025 (€340 at December 31, 2020 and €344 at December 31, 2019) | 417 | 413 | 383 | 378 |
| Senior unsecured notes: | | | | |
| 6.625% due May 2023 | - | - | 908 | 917 |
| 7.000% due May 2025 | 750 | 774 | 750 | 755 |
| 4.000% due May 2026 (€450 at December 31, 2020 and 2019) | 551 | 551 | 501 | 455 |
| 5.375% due May 2027 | 500 | 536 | 500 | 450 |
| 5.750% due November 2028 | 800 | 821 | - | - |
| Securitization Facility | - | - | 110 | 110 |
| **Total senior debt principal** | 3,893 | $ 3,957 | 4,036 | $ 3,930 |
| Less: Unamortized issue discounts | (7) | | (8) | |
| Less: Unamortized debt issuance costs | (28) | | (28) | |
| **Total senior debt, net** | $ 3,858 | | $ 4,000 | |

F-46

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 21. Other Liabilities

The following table sets forth the components of the Company's other liabilities at December 31, 2020 and 2019.

| | December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Employee-related costs (1) | $ 108 | $ 113 |
| Accrued litigation (2) | 51 | 50 |
| Environmental remediation (2) | 295 | 332 |
| Asset retirement obligations (2) | 63 | 69 |
| Deferred revenue | 5 | 8 |
| Miscellaneous (3) | 68 | 61 |
| **Total other liabilities** | $ 590 | $ 633 |

(1)  Employee-related costs primarily represents liabilities associated with the Company's long-term employee benefit plans.

(2)  Represents the long-term portions of accrued litigation, environmental remediation, and asset retirement obligations, which are discussed further in "Note 22 - Commitments and Contingent Liabilities".

(3)  Miscellaneous primarily includes an accrued indemnification liability of $37 and $41 at December 31, 2020 and 2019, respectively.

## Note 22. Commitments and Contingent Liabilities

### Asset Retirement Obligations

Chemours has recorded asset retirement obligations, which are inclusive of costs related to closure, reclamation, and removal for mining operations in the production of $TiO_2$ in the Titanium Technologies segment; cap, cover, and post-closure maintenance of landfills in all segments; and, shipment and disposal of stored waste in all segments.

The following table sets forth the activity in the Company's asset retirement obligations for the years ended December 31, 2020 and 2019.

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| **Balance at January 1,** | $ 76 | $ 66 |
| Obligations incurred or acquired | 12 | 5 |
| (Decrease) increase in estimated cash outflows | (14) | 4 |
| Accretion expense | 4 | 4 |
| Settlements and payments | (2) | (3) |
| **Balance at December 31,** | $ 76 | $ 76 |
| Current portion | $ 13 | $ 7 |
| Non-current portion | 63 | 69 |

F-47

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Litigation Overview*

In addition to the matters discussed below, the Company and certain of its subsidiaries, from time to time, are subject to various lawsuits, claims, assessments, and proceedings with respect to product liability, intellectual property, personal injury, commercial, contractual, employment, governmental, environmental, anti-trust, and other such matters that arise in the ordinary course of business. In addition, Chemours, by virtue of its status as a subsidiary of EID prior to the Separation, is subject to or required under the Separation-related agreements executed prior to the Separation to indemnify EID against various pending legal proceedings. It is not possible to predict the outcomes of these various lawsuits, claims, assessments, or proceedings. Except as noted below, while management believes it is reasonably possible that Chemours could incur losses in excess of the amounts accrued, if any, for the aforementioned proceedings, it does not believe any such loss would have a material impact on the Company's consolidated financial position, results of operations, or cash flows. Disputes between Chemours and EID may arise regarding indemnification matters, including disputes based on matters of law or contract interpretation. Should disputes arise, they could materially adversely affect Chemours.

In January 2021, Chemours, DuPont, Corteva, and EID, a subsidiary of Corteva, entered into a binding Memorandum of Understanding (the "MOU"), reflecting the parties' agreement to share potential future legacy liabilities relating to per- and polyfluoroalkyl substances ("PFAS") arising out of pre-July 1, 2015 conduct (i.e., "Indemnifiable Losses", as defined in the separation agreement, dated as of June 26, 2015, as amended, between EID and Chemours (the "Separation Agreement")) until the earlier to occur of: (i) December 31, 2040; (ii) the day on which the aggregate amount of Qualified Spend is equal to $4,000; or, (iii) a termination in accordance with the terms of the MOU (e.g., non-performance of the escrow funding requirements pursuant to the MOU by any party). As defined in the MOU, Qualified Spend includes:

- All Indemnifiable Losses (as defined in the Separation Agreement), including punitive damages, to the extent relating to, arising out of, by reason of, or otherwise in connection with PFAS Liabilities as defined in the MOU (including any mutually agreed-upon settlements);

- Any costs or amounts to abate, remediate, financially assure, defend, settle, or otherwise pay for all pre-July 1, 2015 PFAS Liabilities or exposure, regardless of when those liabilities are manifested; includes Natural Resources Damages claims associated with PFAS Liabilities;

- Fines and/or penalties from governmental agencies for legacy EID PFAS emissions or discharges prior to the spin-off; and,

- Site-Related GenX Claims as defined in the MOU.

The parties have agreed that, during the term of the cost-sharing arrangement, Chemours will bear half of the cost of such future potential legacy PFAS liabilities, and DuPont and Corteva will collectively bear the other half of the cost of such future potential legacy PFAS liabilities. Any recoveries of Qualified Spend from DuPont and/or Corteva under the cost-sharing arrangement will be recognized as an offset to the Company's cost of goods sold or selling, general, and administrative expense, as applicable, when realizable. Any Qualified Spend incurred by DuPont and/or Corteva under the cost-sharing arrangement will be recognized in the Company's cost of goods sold or selling, general, and administrative expense, as applicable, when the amounts of such costs are probable and estimable. After the term of this arrangement, Chemours' indemnification obligations under the Separation Agreement would continue unchanged, subject in each case to certain exceptions set out in the MOU. Pursuant to the terms of the MOU, the parties have agreed to release certain claims regarding Chemours' Delaware lawsuit and pending confidential arbitration (concerning the indemnification of specified liabilities that EID assigned to Chemours in its spin-off), including that Chemours has released any claim set forth in the complaint filed in the Delaware lawsuit, any other similar claims arising out of or resulting from the facts recited by Chemours in the complaint or the process and manner in which EID structured or conducted the spin-off, and any other claims that challenge the spin-off or the assumption of Chemours Liabilities (as defined in the Separation Agreement) by Chemours and the allocation thereof, subject in each case to certain exceptions set out in the MOU. The parties have further agreed not to bring any future, additional claims regarding the Separation Agreement or the MOU outside of arbitration.

F-48

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

In order to support and manage the payments for potential future PFAS liabilities, the parties have also agreed to establish an escrow account. The MOU provides that: (i) no later than each of September 30, 2021 and September 30, 2022, Chemours shall deposit $100 into an escrow account and DuPont and Corteva shall together deposit $100 in the aggregate into an escrow account, and (ii) no later than September 30 of each subsequent year through and including 2028, Chemours shall deposit $50 into an escrow account and DuPont and Corteva shall together deposit $50 in the aggregate into an escrow account. Subject to the terms and conditions set forth in the MOU, each party may be permitted to defer funding in any year (excluding 2021). Additionally, if on December 31, 2028, the balance of the escrow account (including interest) is less than $700, Chemours will make 50% of the deposits and DuPont and Corteva together will make 50% of the deposits necessary to restore the balance of the escrow account to $700. Such payments will be made in a series of consecutive annual equal installments commencing on September 30, 2029 pursuant to the escrow account replenishment terms as set forth in the MOU. Any funds that remain in escrow at termination of the MOU will revert to the party that deposited them. As such, future payments made by the Company into the escrow account will remain an asset of Chemours, and such payments will be reflected as a transfer to restricted cash on its consolidated balance sheets. No withdrawals are permitted from the escrow account before January 2026, except for funding mutually agreed-upon third-party settlements in excess of $125. Starting in January 2026, withdrawals may be made from the escrow account to fund Qualified Spend if the parties' aggregate Qualified Spend in that particular year is greater than $200. Starting in January 2031, the amounts in the escrow account can be used to fund any Qualified Spend. Future payments from the escrow account for potential future PFAS liabilities will be reflected on the Company's consolidated statement of cash flows at that point in time.

The parties will cooperate in good faith to enter into additional agreements reflecting the terms set forth in the MOU prior to February 28, 2021.

The Company accrues for litigation matters when it is probable that a liability has been incurred and the amount of the liability can be reasonably estimated. Where the available information is only sufficient to establish a range of probable liability, and no point within the range is more likely than any other, the lower end of the range has been used. When a material loss contingency is reasonably possible, but not probable, we do not record a liability, but instead disclose the nature of the matter and an estimate of the loss or range of loss, to the extent such estimate can be made. Legal costs such as outside counsel fees and expenses are recognized in the period in which the expense was incurred. Management believes the Company's litigation accruals are appropriate based on the facts and circumstances for each matter, which are discussed in further detail below.

The following table sets forth the components of the Company's accrued litigation at December 31, 2020 and 2019.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2020** | | **2019** | |
| Asbestos | $ | 34 | $ | 34 |
| PFOA (1) | | 50 | | 20 |
| All other matters | | 4 | | 6 |
| **Total accrued litigation** | $ | 88 | $ | 60 |

    (1)   At December 31, 2020, PFOA includes $29 associated with the Company's portion of the costs to settle PFOA multi-district litigation in Ohio.

The following table sets forth the current and long-term components of the Company's accrued litigation and their balance sheet locations at December 31, 2020 and 2019.

| | **Balance Sheet Location** | December 31, | | | |
| --- | --- | --- | --- | --- | --- |
| | | **2020** | | **2019** | |
| Accrued Litigation: | | | | | |
| Current accrued litigation (1) | Other accrued liabilities (Note 19) | $ | 37 | $ | 10 |
| Long-term accrued litigation | Other liabilities (Note 21) | | 51 | | 50 |
| **Total accrued litigation** | | $ | 88 | $ | 60 |

    (1)   At December 31, 2020, current accrued litigation includes $29 associated with the Company's portion of the costs to settle PFOA multi-district litigation in Ohio.

*Fayetteville Works, Fayetteville, North Carolina*

For information regarding the Company's ongoing litigation and environmental remediation matters at its Fayetteville Works site in Fayetteville, North Carolina ("Fayetteville"), refer to "Fayetteville Works, Fayetteville, North Carolina" under the "Environmental Overview" within this "Note 22 - Commitments and Contingent Liabilities".

F-49

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Asbestos*

In the Separation, EID assigned its asbestos docket to Chemours. At December 31, 2020 and 2019, there were approximately 1,100 lawsuits pending against EID alleging personal injury from exposure to asbestos. These cases are pending in state and federal court in numerous jurisdictions in the U.S. and are individually set for trial. A small number of cases are pending outside of the U.S. Most of the actions were brought by contractors who worked at sites between the 1950s and the 1990s. A small number of cases involve similar allegations by EID employees or household members of contractors or EID employees. Finally, certain lawsuits allege personal injury as a result of exposure to EID products.

At December 31, 2020 and 2019, Chemours had an accrual of $34 related to these matters.

*Benzene*

In the Separation, EID assigned its benzene docket to Chemours. At December 31, 2020 and 2019, there were 17 and 16 cases pending against EID alleging benzene-related illnesses, respectively. These cases consist of premises matters involving contractors and deceased former employees who claim exposure to benzene while working at EID sites primarily in the 1960s through the 1980s, and product liability claims based on alleged exposure to benzene found in trace amounts in aromatic hydrocarbon solvents used to manufacture EID products such as paints, thinners, and reducers.

Management believes that a loss is reasonably possible as to the docket as a whole; however, given the evaluation of each benzene matter is highly fact-driven and impacted by disease, exposure, and other factors, a range of such losses cannot be reasonably estimated at this time.

*PFOA*

Chemours does not, and has never, used "PFOA" (collectively, perfluorooctanoic acids and its salts, including the ammonium salt) as a polymer processing aid and/or sold it as a commercial product. Prior to the Separation, the performance chemicals segment of EID made PFOA at Fayetteville and used PFOA as a processing aid in the manufacture of fluoropolymers and fluoroelastomers at certain sites, including: Washington Works, Parkersburg, West Virginia; Chambers Works, Deepwater, New Jersey; Dordrecht Works, Netherlands; Changshu Works, China; and, Shimizu, Japan. These sites are now owned and/or operated by Chemours.

At December 31, 2020 and 2019, Chemours maintained accruals of $21 and $20, respectively, related to PFOA matters under the Leach Settlement, EID's obligations under agreements with the U.S. Environmental Protection Agency ("EPA"), and voluntary commitments to the New Jersey Department of Environmental Protection ("NJ DEP"). These obligations and voluntary commitments include surveying, sampling, and testing drinking water in and around certain Company sites, and offering treatment or an alternative supply of drinking water if tests indicate the presence of PFOA in drinking water at or greater than the state or the national health advisory. The Company will continue to work with the EPA and other authorities regarding the extent of work that may be required with respect to these matters.

*Leach Settlement*

In 2004, EID settled a class action captioned *Leach v. DuPont*, filed in West Virginia state court, alleging that approximately 80,000 residents living near the Washington Works facility had suffered, or may suffer, deleterious health effects from exposure to PFOA in drinking water. Among the settlement terms, EID funded a series of health studies by an independent science panel of experts ("C8 Science Panel") to evaluate available scientific evidence on whether any probable link exists, as defined in the settlement agreement, between exposure to PFOA and disease.

The C8 Science Panel found probable links, as defined in the settlement agreement, between exposure to PFOA and pregnancy-induced hypertension, including preeclampsia, kidney cancer, testicular cancer, thyroid disease, ulcerative colitis, and diagnosed high cholesterol. Under the terms of the settlement, EID is obligated to fund up to $235 for a medical monitoring program for eligible class members and pay the administrative costs associated with the program, including class counsel fees. The court-appointed Director of Medical Monitoring implemented the program, and testing is ongoing with associated payments to service providers disbursed from an escrow account which the Company replenishes pursuant to the settlement agreement. As of December 31, 2020, approximately $1.7 has been disbursed from escrow related to medical monitoring. While it is reasonably possible that the Company will incur additional costs related to the medical monitoring program, such costs cannot be reasonably estimated due to uncertainties surrounding the level of participation by eligible class members and the scope of testing.

In addition, under the Leach settlement agreement, EID must continue to provide water treatment designed to reduce the level of PFOA in water to six area water districts and private well users. At Separation, this obligation was assigned to Chemours, and $21 and $20 was accrued for these matters at December 31, 2020 and 2019, respectively.

F-50

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*PFOA Leach Class Personal Injury*

Further, under the Leach settlement, class members may pursue personal injury claims against EID only for those diseases for which the C8 Science Panel determined a probable link exists. Approximately 3,500 lawsuits were subsequently filed in various federal and state courts in Ohio and West Virginia and consolidated in multi-district litigation ("MDL") in Ohio federal court. These were resolved in March 2017 when EID entered into an agreement settling all MDL cases and claims, including all filed and unfiled personal injury cases and claims that were part of the plaintiffs' counsel's claims inventory, as well as cases tried to a jury verdict (the "First MDL Settlement") for $670.7 in cash, with half paid by Chemours, and half paid by EID.

Concurrently with the First MDL Settlement, EID and Chemours agreed to a limited sharing of potential future PFOA costs (i.e., "Indemnifiable Losses", as defined in the Separation Agreement between EID and Chemours) for a period of five years. During that five-year period, Chemours would annually pay future PFOA costs up to $25 and, if such amount was exceeded, EID would pay any excess amount up to the next $25 (which payment will not be subject to indemnification by Chemours), with Chemours annually bearing any further excess costs under the terms of the Separation Agreement. After the five-year period, this limited sharing agreement would expire, and Chemours' indemnification obligations under the Separation Agreement would continue unchanged. Chemours also agreed that it would not contest its indemnification obligations to EID under the Separation Agreement for PFOA costs on the basis of defenses generally applicable to the indemnification provisions under the Separation Agreement, including defenses relating to punitive damages, fines or penalties, or attorneys' fees, and waived any such defenses with respect to PFOA costs. Chemours, however, retained other defenses, including as to whether any particular PFOA claim was within the scope of the indemnification provisions of the Separation Agreement. The cost-sharing agreement entered concurrently with the First MDL Settlement has been superseded by the binding MOU addressing certain PFAS matters and costs as detailed in "Note 22 - Commitments and Contingent Liabilities".

While all MDL lawsuits were dismissed or resolved through the First MDL Settlement, the First MDL Settlement did not resolve PFOA personal injury claims of plaintiffs who did not have cases or claims in the MDL or personal injury claims based on diseases diagnosed after February 11, 2017. Approximately 96 plaintiffs filed matters after the First MDL Settlement. In January 2021, EID and Chemours entered into settlement agreements with counsel representing these plaintiffs, providing for a settlement of all but one of the 96 filed and pending cases, as well as additional pre-suit claims, under which those cases and claims of settling plaintiffs will be resolved for approximately $83 (the "Second MDL Settlement"). Chemours will contribute approximately $29, and DuPont and Corteva will each contribute approximately $27 to the Second MDL Settlement. At December 31, 2020, Chemours has accrued approximately $29 associated with this matter, which it will pay once the settlements are finalized. The settlements are expected to be finalized in the first quarter of 2021.

The single matter not included in the Second MDL Settlement is a testicular cancer case tried in March 2020 to a verdict of $40 in compensatory and emotional distress damages and $10 in loss of consortium damages. The jury found that EID's conduct did not warrant punitive damages. The Company will appeal the verdict. Management believes that the probability of a loss regarding the verdict is remote, given numerous meritorious grounds for pending post-trial motions and appeal.

*State of Ohio*

In February 2018, the State of Ohio initiated litigation against EID regarding historical PFOA emissions from the Washington Works site. Chemours is an additional named defendant. Ohio alleges damage to natural resources and fraudulent transfer in the spin-off that created Chemours and seeks damages including remediation and other costs and punitive damages.

**PFAS**

EID and Chemours have received governmental and regulatory inquiries and have been named in other litigations, including class actions, brought by individuals, municipalities, businesses, and water districts alleging exposure to and/or contamination from PFAS, including PFOA. Many actions include an allegation of fraudulent transfer in the spin-off that created Chemours. Chemours has declined EID's requests for indemnity for fraudulent transfer claims.

Chemours has responded to letters and inquiries from governmental law enforcement entities regarding PFAS, including, in January 2020, a letter informing it that the U.S. Department of Justice, Consumer Protection Branch, and the United States Attorney's Office for the Eastern District of Pennsylvania are considering whether to open a criminal investigation under the Federal Food, Drug, and Cosmetic Act and asking that it retain its documents regarding PFAS and food contact applications. In July 2020, Chemours received a grand jury subpoena for documents. We are presently unable to predict the duration, scope, or result of any potential governmental, criminal, or civil proceeding that may result, the imposition of fines and penalties, and/or other remedies. We are also unable to develop a reasonable estimate of a possible loss or range of losses, if any.

F-51

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Aqueous Film Forming Foam Matters*

Chemours does not, and has never, manufactured aqueous film forming foam ("AFFF"). Numerous defendants, including EID and Chemours, have been named in approximately 900 matters, involving AFFF, which is used to extinguish hydrocarbon-based (i.e., Class B) fires and subject to U.S. military specifications. Most matters have been transferred to or filed directly into a multi-district litigation ("AFFF MDL") in South Carolina federal court or identified by a party for transfer. The matters pending in the AFFF MDL allege damages as a result of contamination, in most cases due to migration from military installations or airports, or personal injury from exposure to AFFF. Plaintiffs seek to recover damages for investigating, monitoring, remediating, treating, and otherwise responding to the contamination. Others have claims for personal injury, property diminution, and punitive damages.

There are AFFF lawsuits pending outside the AFFF MDL that have not been designated by a party for inclusion in the MDL. These matters identifying EID and/or Chemours as a defendant are:

Valero Refining ("Valero") has five pending state court lawsuits filed commencing in June 2019 regarding its Tennessee, Texas, Oklahoma, California, and Louisiana facilities. These lawsuits allege that several defendants that designed, manufactured, marketed, and/or sold AFFF or PFAS incorporated into AFFF have caused Valero to incur damages and costs including remediation, AFFF disposal, and replacement. Valero also alleges fraudulent transfer.

In September 2019, a lawsuit alleging personal injury resulting from exposure to AFFF in Long Island drinking water was filed by four individuals in New York state court. Plaintiffs also allege violation of New York Uniform Fraudulent Conveyance Act and seek compensatory and punitive damages, and medical monitoring.

*State Natural Resource Damages Matters*

In addition to the State of New Jersey actions (as detailed below) and the State of Ohio action (as detailed above), the states of Vermont, New Hampshire, New York, Michigan, North Carolina, and Mississippi have filed lawsuits against defendants, including EID and Chemours, relating to the alleged contamination of state natural resources with PFAS compounds either from AFFF and/or other sources. These lawsuits seek damages including costs to investigate, clean up, restore, treat, monitor, or otherwise respond to contamination to natural resources. The lawsuits include counts for fraudulent transfer.

*Other PFAS Matters*

EID has also been named in approximately 50 lawsuits pending in New York courts, which are not part of the Leach class, brought by individual plaintiffs alleging negligence and other claims in the release of PFAS, including PFOA, into drinking water, and seeking medical monitoring, compensatory, and punitive damages against current and former owners and suppliers of a manufacturing facility in Hoosick Falls, New York. Two other lawsuits in New York have been filed by a business seeking to recover its losses and by nearby property owners and residents in a putative class action seeking medical monitoring, compensatory and punitive damages, and injunctive relief.

In May 2017, the Water Works and Sewer Board of the Town of Centre, Alabama filed suit against numerous carpet manufacturers located in Dalton, Georgia and suppliers and former suppliers, including EID, in Alabama state court. The complaint alleges negligence, nuisance, and trespass in the release of PFAS, including PFOA, into a river leading to the town's water source, and seeks compensatory and punitive damages.

In February 2018, the New Jersey-American Water Company, Inc. ("NJAW") filed suit against EID and Chemours in New Jersey federal court alleging that discharges in violation of the New Jersey Spill Compensation and Control Act ("Spill Act") were made into groundwater utilized in the NJAW Penns Grove water system. NJAW alleges that damages include costs associated with remediating, operating, and maintaining its system, and attorney fees. In October 2020, this matter was transferred to the AFFF MDL.

In October 2018, a putative class action was filed in Ohio federal court against 3M, EID, Chemours, and other defendants seeking class action status for U.S. residents having a detectable level of PFAS in their blood serum. The complaint seeks declaratory and injunctive relief, including the establishment of a "PFAS Science Panel".

In December 2018, the owners of a dairy farm filed a lawsuit in Maine state court against numerous defendants including EID and Chemours alleging that their dairy farm was contaminated by PFAS, including perfluorooctanesulfonic acid ("PFOS") and PFOA present in treated municipal sewer sludge used in agricultural spreading applications on their farm. The complaint asserts negligence, trespass, and other tort and state statutory claims and seeks damages.

F-52

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

In May 2019, a putative class action was filed in Delaware state court against two electroplating companies, 3M and EID, alleging responsibility for PFAS contamination, including PFOA and PFOS, in drinking water and the environment in the nearby community. Although initially named in the lawsuit, Chemours was subsequently dismissed. The putative class of residents alleges negligence, nuisance, trespass, and other claims and seeks medical monitoring, personal injury and property damages, and punitive damages. The matter was removed to federal court.

Since August 2019, 11 Long Island water suppliers have filed lawsuits in New York federal court against defendants including EID and Chemours regarding alleged PFAS, PFOA, and PFOS contamination through releases from industrial and manufacturing facilities and business locations where PFAS-contaminated water was used for irrigation and sites where consumer products were disposed. The complaints allege products liability, negligence, nuisance, trespass, and fraudulent transfer. Plaintiffs seek declaratory and injunctive relief, as well as compensatory and punitive damages.

Since November 2019, two lawsuits representing approximately 35 residents have been filed against EID, Chemours, and other defendants alleging that they are responsible for PFAS contamination, including PFOA and PFOS, in groundwater and drinking water. Plaintiffs have claims including medical monitoring, property value diminution, trespass, and punitive damages. The lawsuits are pending in New Jersey federal court.

In November 2019, the City of Rome, Georgia filed suit against numerous carpet manufacturers located in Dalton, Georgia, suppliers, EID, and Chemours in Georgia state court alleging negligence, nuisance, and trespass in the release of perfluorinated compounds, including PFOA, into a river leading to the town's water source. City of Rome alleges damages to property and lost profits, and expenses for abatement and remediation and punitive damages.

In December 2019, a putative class action was filed in Georgia state court on behalf of customers of the Rome, Georgia water division and the Floyd County, Georgia water department against numerous carpet manufacturers located in Dalton, Georgia, suppliers, EID, and Chemours in Georgia state court alleging negligence and nuisance and related to the release of perfluorinated compounds, including PFOA, into a river leading to their water sources. The matter was removed to federal court. Damages sought include compensatory damages for increased water surcharges, as well as punitive damages and injunctive relief for abatement and remediation.

In May 2020, the Weirton Area Water Board and City of Weirton, West Virginia, filed a lawsuit in West Virginia state court against defendants, including EID and Chemours, alleging PFAS, PFOA, and PFOS contamination through releases from the manufacture, sale, and use of PFAS and from facilities owned by AccelorMittal. Damages sought include declaratory relief, economic damages, indemnification, expenses, remediation, and punitive damages. The matter has been removed to federal court. In January 2021, this matter was transferred to the AFFF MDL.

Since July 2020, three lawsuits have been filed in New Jersey federal court by parents of two adult children alleging that exposure to PFAS, including pre-natal exposure, resulted in the children's cognitive delays, neurological, genetic, and autoimmune conditions. Plaintiffs claim compensatory and punitive damages.

In September 2020, the Golden State Water Company filed a lawsuit in California federal court against several defendants, including EID and Chemours, alleging manufacturers of PFOA and PFOS are responsible for contaminating the drinking water supply. The complaint alleged products liability, negligence, nuisance, trespass, and fraudulent transfer. Plaintiff sought injunctive relief, as well as compensatory and punitive damages. In January 2021, the court dismissed the complaint on defendants' motion regarding jurisdiction grounds.

In December 2020, Suez Water New Jersey and Suez Water New York filed lawsuits in New Jersey and New York federal courts against defendants, including EID and Chemours, alleging damages from PFAS releases into the environment, including PFOA and PFOS, that impacted water sources that the utilities use to provide water. The complaints allege products liability, negligence, nuisance, and trespass. Plaintiffs seek monetary damages, including present and future compliance costs for the respective state-adopted PFAS maximum contaminant levels for public water systems.

In December 2020, 11 southern California public water systems filed a lawsuit in California federal court against several defendants, including EID and Chemours, alleging manufacturers of PFOA and PFOS are responsible for contaminating the drinking water supply. The complaint alleges products liability, negligence, nuisance, trespass, state law claims, and fraudulent transfer. Plaintiffs seek injunctive relief, as well as compensatory and punitive damages.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***New Jersey Department of Environmental Protection Directives and Litigation***

In March 2019, the NJ DEP issued two Directives and filed four lawsuits against Chemours and other defendants. The Directives are: (i) a state-wide PFAS Directive issued to EID, DowDuPont, DuPont Specialty Products USA ("DuPont SP USA"), Solvay S.A., 3M, and Chemours seeking a meeting to discuss future costs for PFAS-related costs incurred by the NJ DEP and establishing a funding source for such costs by the Directive recipients, and information relating to historic and current use of certain PFAS compounds; and, (ii) a Pompton Lakes Natural Resources Damages ("NRD") Directive to EID and Chemours demanding $0.1 to cover the cost of preparation of a natural resource damage assessment plan and access to related documents.

The lawsuits filed in New Jersey state courts by the NJ DEP are: (i) in Salem County, against EID, 3M, and Chemours primarily alleging clean-up and removal costs and damages and natural resource damages under the Spill Act, the Water Pollution Control Act ("WPCA"), the Industrial Site Recovery Act ("ISRA"), and common law regarding past and present operations at Chambers Works, a site assigned to Chemours at Separation; (ii) in Middlesex County, against EID, DuPont SP USA, 3M, and Chemours primarily alleging clean-up and removal costs and damages and natural resource damages under the Spill Act, ISRA, WPCA, and common law regarding past and present operations at Parlin, an EID owned site; (iii) in Gloucester County, against EID and Chemours primarily alleging clean-up and removal costs and damages and natural resource damages under the Spill Act, WPCA, and common law regarding past operations at Repauno, a non-operating remediation site assigned to Chemours at Separation which has been sold; and, (iv) in Passaic County, against EID and Chemours primarily alleging clean-up and removal costs and damages and natural resource damages under the Spill Act, WPCA, and common law regarding past operations at Pompton Lakes, a non-operating remediation site assigned to Chemours at Separation. The alleged pollutants listed in the Salem County and Middlesex County matters above include PFAS. Each lawsuit also alleges fraudulent transfer.

In August 2020, a Second Amended Complaint was filed in each matter, adding fraudulent transfer and other claims against DuPont SP USA, Corteva, and DuPont. For the Salem County matter, NJ DEP added claims relating to failure to comply with state directives, including the state-wide PFAS Directive.

The matters were removed to federal court and consolidated for case management and pretrial purposes.

EID requested that Chemours defend and indemnify it in these matters. Chemours has accepted the indemnity and defense of EID while reserving rights and declining EID's demand as to matters involving other EID entities, as well as ISRA and fraudulent transfer pursuant to the terms of the MOU.

***PFOA and PFAS Summary***

With the exception of the trial verdict in the testicular cancer case noted above, management believes that it is reasonably possible that the Company could incur losses related to PFOA (in addition to the Second MDL Settlement) and/or PFAS matters in excess of amounts accrued, but any such losses are not estimable at this time due to various reasons, including, among others, that such matters are in their early stages and have significant factual issues to be resolved.

F-54

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*U.S. Smelter and Lead Refinery, Inc.*

There are six lawsuits, including a putative class action, pending against EID by area residents concerning the U.S. Smelter and Lead Refinery multi-party Superfund site in East Chicago, Indiana. Several of the lawsuits allege that Chemours is now responsible for EID environmental liabilities. The lawsuits include allegations for personal injury damages, property diminution, and other damages. At Separation, EID assigned Chemours its former plant site, which is located south of the residential portion of the Superfund area, and its responsibility for the environmental remediation at the Superfund site. Management believes a loss is reasonably possible, but not estimable at this time due to various reasons including, among others, that such matters are in their early stages and have significant factual issues to be resolved.

*Securities Litigation*

In October 2019, a putative class action was filed in Delaware federal court against Chemours and certain of its officers. Following appointment of lead plaintiff, the New York State Teachers' Retirement System, and counsel, the plaintiff filed an amended complaint alleging that the defendants violated the Securities and Exchange Act of 1934 by making materially false and misleading statements and omissions in public disclosures regarding environmental liabilities and litigation matters assigned to Chemours in connection with its spin-off from EID. The amended complaint seeks a class of purchasers of Chemours stock between February 16, 2017 and August 1, 2019 and demands compensatory damages and fees.

Commencing in July 2020, follow-on derivative lawsuits were filed by individual shareholders in Delaware courts against Chemours, its directors, and certain of its officers. The lawsuits rely on factual allegations similar to those in the securities action discussed above and allege breach of fiduciary duty and other claims.

Management believes that it is not possible at this time to reasonably assess the outcome of these litigations or to estimate the loss or range of loss, if any, as the matters are in the early stages with significant issues to be resolved. The Company believes that it has applicable insurance, and coverage has been accepted by the primary insurance carrier with a reservation of rights for the putative class action matter. If the Company were not to prevail in the litigations and were to fail to secure insurance coverage or ample insurance coverage, the impact could be material to the Company's results of operations, financial position, and cash flows.

*Mining Solutions Facility Construction Stoppage*

The Company is currently in the process of constructing a new Mining Solutions facility in Gomez Palacio, Durango, Mexico. In connection with the facility:

- In August 2017, a lawsuit was filed by several residents of Durango, Mexico against the government authority involved in granting the Company's environmental permit for the facility. Construction was not suspended in this matter, and the Company has responded to the complaint. In October 2020, an Administrative Federal Tribunal in Mexico City, Mexico nullified the existing environmental permit and requested its amendment, including details regarding the handling, storage, and offloading of ammonia at our facility. The Company has filed an appeal and will follow an administrative procedure to resolve this matter.

- In March 2018, a civil association in Mexico filed a complaint against the government authorities involved in the permitting process of the facility. The claimant sought and obtained a suspension from the district judge to stop the Company's construction work. The suspension was subsequently lifted on appeal and affirmed by the Supreme Court of Mexico. A second similar complaint was filed in September 2019, and again, a suspension of construction was granted. The Company has filed an appeal, for which it expects to receive a ruling in 2021.

In connection with the construction work at the site, the Company had previously entered into an agreement with a third-party services provider. In the fourth quarter of 2020, the Company entered into dispute resolution with the third-party services provider, resulting in a $26 charge related to contract termination fees, as well as immediate recognition of $11 of other related prepaid costs. At December 31, 2020, the Company had $146 of long-lived assets under construction at the facility. The Company ultimately believes that it will be successful in obtaining its permits and will continue with its planned development of the site. While the Company currently believes these amounts are recoverable, an unfavorable ruling by the Mexican courts on its appeals could lead to a fixed asset impairment assessment that potentially impairs all or a portion of the facility, resulting in a non-cash charge in the Company's results of operations at that time.

*Ore Feedstock Contract Dispute*

In July 2020, Iluka Resources Limited, one of the Company's suppliers of ore feedstock, commenced breach of contract proceedings against the Company in New York state court. Management believes that the lawsuit lacks merit, and that the Company's actions have been consistent with its rights under the provisions of the contract. The outcome of this matter is not expected to have a material impact on the Company's results of operations or financial position, and management does not anticipate any impact on the Company's supply of ore feedstock.

F-55

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Environmental Overview*

Chemours, due to the terms of the Separation-related agreements with EID, is subject to contingencies pursuant to environmental laws and regulations that in the future may require further action to correct the effects on the environment of prior disposal practices or releases of chemical substances, which are attributable to EID's activities before it spun-off Chemours. Much of this liability results from the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA", often referred to as "Superfund"), the Resource Conservation and Recovery Act ("RCRA"), and similar federal, state, local, and foreign laws. These laws require Chemours to undertake certain investigative, remediation, and restoration activities at sites where Chemours conducts or once conducted operations or at sites where Chemours-generated waste was disposed. The accrual also includes estimated costs related to a number of sites identified for which it is probable that environmental remediation will be required, but which are not currently the subject of enforcement activities.

Chemours accrues for remediation activities when it is probable that a liability has been incurred and a reasonable estimate of the liability can be made. Where the available information is sufficient to estimate the amount of liability, that estimate has been used. Where the available information is only sufficient to establish a range of probable liability, and no point within the range is more likely than any other, the lower end of the range has been used. Estimated liabilities are determined based on existing remediation laws and technologies and the Company's planned remedial responses, which are derived from environmental studies, sampling, testing, and analyses. Inherent uncertainties exist in such evaluations, primarily due to unknown environmental conditions, changing governmental regulations regarding liability, and emerging remediation technologies. These accruals are adjusted periodically as remediation efforts progress and as additional technological, regulatory, and legal information becomes available. Environmental liabilities and expenditures include claims for matters that are liabilities of EID and its subsidiaries, which Chemours may be required to indemnify pursuant to the Separation-related agreements. These accrued liabilities are undiscounted and do not include claims against third parties. Costs related to environmental remediation are charged to expense in the period that the associated liability is accrued.

The following table sets forth the components of the Company's environmental remediation liabilities at December 31, 2020 and 2019 for the five sites that are deemed the most significant by management, including Fayetteville as further discussed below.

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2020** | | **2019** | |
| Chambers Works, Deepwater, New Jersey | $ | 20 | $ | 20 |
| East Chicago, Indiana | | 11 | | 17 |
| Fayetteville Works, Fayetteville, North Carolina | | 194 | | 201 |
| Pompton Lakes, New Jersey | | 42 | | 43 |
| USS Lead, East Chicago, Indiana | | 12 | | 13 |
| All other sites | | 111 | | 112 |
| **Total environmental remediation** | $ | 390 | $ | 406 |

The following table sets forth the current and long-term components of the Company's environmental remediation liabilities and their balance sheet locations at December 31, 2020 and 2019.

| | Balance Sheet Location | December 31, | | | |
| --- | --- | --- | --- | --- | --- |
| | | **2020** | | **2019** | |
| Environmental Remediation: | | | | | |
| Current environmental remediation | Other accrued liabilities (Note 19) | $ | 95 | $ | 74 |
| Long-term environmental remediation | Other liabilities (Note 21) | | 295 | | 332 |
| **Total environmental remediation** | | $ | 390 | $ | 406 |

F-56

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The time-frame for a site to go through all phases of remediation (investigation and active clean-up) may take about 15 to 20 years, followed by several years of operation, maintenance, and monitoring ("OM&M") activities. Remediation activities, including OM&M activities, vary substantially in duration and cost from site to site. These activities, and their associated costs, depend on the mix of unique site characteristics, evolving remediation technologies, and diverse regulatory requirements, as well as the presence or absence of other potentially responsible parties. In addition, for claims that Chemours may be required to indemnify EID pursuant to the Separation-related agreements, Chemours, through EID, has limited available information for certain sites or is in the early stages of discussions with regulators. For these sites in particular, there may be considerable variability between the clean-up activities that are currently being undertaken or planned and the ultimate actions that could be required. Therefore, considerable uncertainty exists with respect to environmental remediation costs and, under adverse changes in circumstances, although deemed remote, the potential liability may range up to approximately $580 above the amount accrued at December 31, 2020.

For the years ended December 31, 2020, 2019, and 2018, Chemours incurred net environmental remediation expenses of $71, $200, and $101, respectively.

*Fayetteville Works, Fayetteville, North Carolina*

Fayetteville has been in operation since the 1970s and is located next to the Cape Fear River southeast of the City of Fayetteville, North Carolina. Hexafluoropropylene oxide dimer acid ("HFPO Dimer Acid", sometimes referred to as "GenX" or "C3 Dimer Acid") is manufactured at Fayetteville. The Company has operated the site since its Separation from EID in 2015.

The Company believes that discharges from Fayetteville to the Cape Fear River, site surface water, groundwater, and air emissions have not impacted the safety of drinking water in North Carolina. The Company is cooperating with a variety of ongoing inquiries and investigations from federal, state, and local authorities, regulators, and other governmental entities.

*Consent Order with North Carolina Department of Environmental Quality ("NC DEQ")*

In September 2017, the NC DEQ issued a 60-day notice of intent to suspend the National Pollutant Discharge Elimination System ("NPDES") permit for Fayetteville, and the State of North Carolina filed an action in North Carolina state court regarding site discharges, seeking a temporary restraining order and preliminary injunction, as well as other relief, including abatement and site correction. The state court entered a partial consent order resolving NC DEQ's motion for a temporary restraining order.

In November 2017, NC DEQ informed the Company that it was suspending the NPDES permit for Fayetteville. The Company thereafter commenced the capture and separate disposal of all process wastewater from Fayetteville related to the Company's own operations.

In June 2018, the North Carolina Legislature enacted legislation (i) granting the governor the authority, in certain circumstances, to require a facility with unauthorized PFAS discharges to cease operations, and (ii) granting the governor the authority, in certain circumstances, to direct the NC DEQ secretary to order a PFAS discharger to establish permanent replacement water supplies for parties whose water was contaminated by the discharge.

In July 2018, Cape Fear River Watch ("CFRW"), a non-profit organization, sued NC DEQ in North Carolina state court, seeking to require NC DEQ to take additional actions at Fayetteville. In August 2018, CFRW sued the Company in North Carolina federal court for alleged violations of the Clean Water Act ("CWA") and the Toxic Substances Control Act ("TSCA"), seeking declaratory and injunctive relief and penalties.

In February 2019, the North Carolina Superior Court for Bladen County approved a Consent Order ("CO") between NC DEQ, CFRW, and the Company, resolving the State's and CFRW's lawsuits and other matters (including Notices of Violation ("NOVs") issued by the State). Under the terms of the CO, Chemours paid $13 in March 2019 to cover a civil penalty and investigative costs and agreed to certain compliance measures (with stipulated penalties for failures to do so), including the following:

- Install a thermal oxidizer to control all PFAS in process streams from certain processes at Fayetteville at an efficiency of 99.99%;

- Develop, submit, and implement, subject to approval from NC DEQ and CFRW, a plan for interim actions that are economically and technologically feasible to achieve the maximum PFAS reduction from Fayetteville to the Cape Fear River within a two-year period;

- Develop and implement, subject to approval, a Corrective Action Plan that complies with North Carolina's groundwater standards and guidance provided by NC DEQ. At a minimum, the Corrective Action Plan must require Chemours to reduce the total loading of PFAS originating from Fayetteville to surface water by at least 75% from baseline, as defined by the CO; and,

- Provide and properly maintain permanent drinking water supplies, including via whole-building filtration units and reverse osmosis ("RO") units to qualifying surrounding properties with private drinking water wells.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

In August 2020, NC DEQ, CFRW, and the Company reached agreement on the terms of an addendum to the CO (the "Addendum"), which includes procedures for implementing specified remedial measures for reducing PFAS loadings from Fayetteville to the Cape Fear River. The Addendum also includes stipulated financial penalties, inclusive of daily and weekly fines for untimeliness in meeting deadlines for construction, installation, and other requirements, as well as intermittent performance-based fines for noncompliance in meeting PFAS loading reduction requirements and removal efficiency targets. After a period of public comment, the Addendum was approved by the North Carolina Superior Court for Bladen County on October 12, 2020. A Motion to Intervene filed by Cape Fear Public Utility Authority was denied.

The following table sets forth the on-site and off-site components of the Company's accrued environmental remediation liabilities related to PFAS at Fayetteville at December 31, 2020 and 2019.

|  | December 31, | |
|  | 2020 | 2019 |
|---|---|---|
| On-site remediation | $ 140 | $ 155 |
| Off-site groundwater remediation | 54 | 46 |
| **Total accrued liabilities** | $ 194 | $ 201 |

The following table sets forth the current and long-term components of the Company's accrued environmental remediation liabilities related to PFAS at Fayetteville and their balance sheet locations at December 31, 2020 and 2019.

|  | Balance Sheet Location | December 31, | |
|  | | 2020 | 2019 |
|---|---|---|---|
| Current accrued liabilities | Other accrued liabilities (Note 19) | $ 39 | $ 20 |
| Long-term accrued liabilities | Other liabilities (Note 21) | 155 | 181 |
| **Total accrued liabilities** | | $ 194 | $ 201 |

*Emissions to air*

Fayetteville operates multiple permitted air discharge stacks, blowers, and vents as part of its manufacturing activities. A thermal oxidizer ("TO") became fully operational at the site on December 27, 2019, and Chemours switched to the permitted operating scenario for the TO on December 31, 2019 as set forth in the CO. The TO is designed to reduce aerial PFAS emissions from Fayetteville, and, on March 30, 2020, Chemours announced that testing results conducted in the first 90 days of operation show that the TO is controlling PFAS emissions at an average efficiency exceeding 99.999%. Testing was conducted by Chemours and monitored by the North Carolina Division of Air Quality ("NC DAQ"). Environmental costs are capitalized and subsequently depreciated if the costs extend the useful life of the property, increase the property's capacity, and/or reduce or prevent contamination from future operations.

*Off-site replacement drinking water supplies*

The CO requires the Company to provide permanent replacement drinking water supplies, including via connection to public water supply, whole building filtration units and/or RO units, to qualifying surrounding residents, businesses, schools, and public buildings with private drinking water wells. Qualifying surrounding properties with private drinking water wells that have tested above the state provisional health goal of 140 parts per trillion (ppt) for GenX may be eligible for public water or a whole building filtration system. Qualifying surrounding properties with private drinking water wells that have tested above 10 ppt for GenX or other perfluorinated compounds ("Table 3 Compounds") are eligible for three under-sink RO units. The Company provides bottled drinking water to a qualifying property when it becomes eligible for a replacement drinking water supply, and continues to provide delivery of bottled drinking water to the property until the eligible supply is established or installed. Under the terms of the CO, Chemours must make the offer to install a water treatment system to property owners in writing multiple times, and property owners have approximately one year to accept the Company's offer before it expires.

F-58

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The Company's estimated liability for off-site replacement drinking water supplies is based on management's assessment of the current facts and circumstances for this matter, which are subject to various assumptions that include, but are not limited to, the number of affected surrounding properties, response rates to the Company's offer, the timing of expiration of offers made to the property owners, the type of water treatment systems selected (i.e., whole building filtration or RO units), the cost of the selected water treatment systems, and any related OM&M requirements, fines and penalties, and other charges contemplated by the CO. For off-site drinking water supplies, OM&M is accrued for 20 years on an undiscounted basis based on the Company's current plans under the CO. For the years ended December 31, 2020 and 2019, the Company accrued $31 and $18, respectively, for off-site groundwater testing and water treatment system installations at additional qualifying third-party properties in the vicinity surrounding Fayetteville. The amount accrued during the year ended December 31, 2020 is net of $7 of changes in estimates related to the cost of installing, maintaining, and monitoring certain water treatment systems. During most of the second quarter of 2020, testing of drinking water wells and water treatment system installations were temporarily suspended in connection with health and safety precautions taken during the COVID-19 pandemic. Chemours resumed residential sampling and installation of water treatment systems in June 2020. Off-site installation, maintenance, and monitoring may be impacted by additional changes in estimates as actual experience may differ from management's estimates. It is currently estimated that $54 of disbursements will be made for off-site groundwater remediation, consisting of off-site replacement drinking water supplies and OM&M over approximately 20 years, as well as toxicity studies over the next three years.

*On-site surface water and groundwater remediation*

Abatement and remediation measures already taken by Chemours, including the capture and separate disposal of its operations' process wastewater and other interim actions, have addressed and abated nearly all PFAS discharges from the Company's continuing operations at Fayetteville. However, the Company continues to have active dialogue with NC DEQ and other stakeholders regarding the potential remedies that are both economically and technologically feasible to achieve the CO objectives related to site surface water and groundwater.

In the fourth quarter of 2019, the Company completed and submitted its Cape Fear River PFAS Loading Reduction Plan - Supplemental Information Report and its Corrective Action Plan ("CAP") to NC DEQ. The Supplemental Information Report provided information to support the evaluation of potential interim remedial options to reduce PFAS loadings to surface waters. The CAP described potential long-term remediation activities to address PFAS in on-site groundwater and surface waters at the site, in accordance with the requirements of the CO and the North Carolina groundwater standards, and built upon the previous submissions to NC DEQ. The NC DEQ received comments on the CAP during a public comment period, and the Company is awaiting formal response to the CAP from NC DEQ. With respect to the CO, the Addendum was approved by the North Carolina Superior Court for Bladen County on October 12, 2020 and establishes the procedure to implement specified remedial measures for reducing PFAS loadings from Fayetteville to the Cape Fear River, including construction of a barrier wall with groundwater extraction system to be completed by March 15, 2023. The Company is implementing measures under the Addendum, and it has commenced detailed engineering and design work for the barrier wall and groundwater extraction system with two stages of NC DEQ design approval to be completed in 2021 and 2022. Following issuance of an NPDES permit by NC DEQ on September 18, 2020, the Company began operation of a capture and treatment system for the Old Outfall 002 channel on September 30, 2020.

On January 26, 2021, the Company received an NOV from NC DEQ, alleging violations of the CO and an NPDES water permit arising from the design and operation of the Old Outfall 002 treatment system. NC DEQ has requested additional information with respect to the allegations. The Company is reviewing the NOV and will respond to the agency. Management believes that a loss is reasonably possible as to this NOV, but not estimable at this time.

The Company's estimated liability for the remediation activities that are probable and estimable is based on the CO, the Addendum, the CAP, and management's assessment of the current facts and circumstances, which are subject to various assumptions including the transport pathways (being pathways by which PFAS reaches the Cape Fear River) which will require remedial actions, the types of interim and permanent site surface water and on-site remedies and treatment systems selected and implemented, the estimated cost of such potential remedies and treatment systems, any related OM&M requirements, and other charges contemplated by the CO and the Addendum. The actual cost of a permanent on-site groundwater treatment system primarily depends on the determination of certain significant design details, notably the barrier wall location and installation method (i.e., slurry wall vs. steel sheets), configuration of extraction wells, estimated carbon usage, and water extraction rates. Pre-design investigation, detailed engineering design, and construction activities for the barrier wall and groundwater extraction system are already in progress at Fayetteville. It is anticipated that the pre-design investigation for the barrier wall and other remediation activities will be concluded in the first and second quarters of 2021, at which time the Company's estimated liabilities will be updated accordingly.

Accordingly, based on the CO, the Addendum, the CAP, and management's plans, which are based on current regulations and technology, the Company has accrued $140 at December 31, 2020 related to the estimated cost of on-site remediation, which is within the existing estimated range of potential outcomes, based on current potential remedial options, and projected to be paid over a period of approximately 20 years. The final costs of any selected remediation will depend primarily on the final approved design and actual labor and material costs. An incremental $5 was accrued in the fourth quarter of 2020, primarily related to remediation projects for which detailed engineering design was complete.

F-59

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

It is possible that issues relating to site discharges in various transport pathways, the selection of remediation alternatives to achieve PFAS loading reductions, or the operating effectiveness of the TO could result in further litigation and/or regulatory demands with regards to Fayetteville, including potential permit modifications or penalties under the CO and the Addendum. It is also possible that, as additional data is collected on the transport pathways and dialogue continues with NC DEQ and other stakeholders, the type or extent of remediation actions required to achieve the objectives committed to in the CO may change (increase or decrease) or remediation activities could be delayed. If such issues arise, or if the CO is further amended, an additional loss is reasonably possible, but not estimable at this time. With respect to the Addendum, at this time, the Company believes that payment of any of the stipulated financial penalties for untimeliness or noncompliance is remote.

*Other matters related to Fayetteville*

In February 2019, the Company received an NOV from the EPA, alleging certain TSCA violations at Fayetteville. Matters raised in the NOV could have the potential to affect operations at Fayetteville. For this NOV, the Company responded to the EPA in March 2019, asserting that the Company has not violated environmental laws. The Company also received an NOV in April 2020 from NC DEQ, alleging an air permit violation under the North Carolina Administrative Code. As of December 31, 2020, management does not believe that a loss is probable.

In June 2020, the Company received an NOV from the NC DEQ, alleging violations of the North Carolina Solid Waste Generator Requirements in connection with clearing land and yard waste materials to a landfill during construction of the water treatment plant required for remediation under the CO. The Company responded that it did not commit a violation and had addressed any concerns prior to issuance of the NOV. Management does not believe that a loss is probable.

In 2019, civil actions were filed against EID and Chemours in North Carolina federal court relating to discharges from Fayetteville. These actions include a consolidated action brought by public water suppliers seeking damages and injunctive relief, a consolidated purported class action seeking medical monitoring, and property damage and/or other monetary and injunctive relief on behalf of the putative classes of property owners and residents in areas near or that draw drinking water from the Cape Fear River, and two actions encompassing approximately 800 private well owners seeking compensatory and punitive damages. Ruling on the Company's motions in April 2019, the court dismissed the medical monitoring, injunctive demand, and many other alleged causes of actions in these lawsuits. It is possible that additional litigation may be filed against the Company and/or EID concerning the discharges.

In addition to the natural resource damages matter filed by the State of North Carolina (as discussed within the "PFAS" section of this "Note 22 - Commitments and Contingent Liabilities"), in September 2020, three additional lawsuits were filed in North Carolina state court against Chemours and EID, as well as other defendants. One of the lawsuits is a putative class action on behalf of residents who are served by the Cape Fear Public Water utility, alleges negligence, nuisance, and other claims related to the release of perfluorinated compounds from Fayetteville, and seeks compensatory and punitive damages and medical monitoring. The other two lawsuits were filed on behalf of individuals residing near Fayetteville and allege negligence, nuisance, and other claims related to the release of perfluorinated compounds. The individuals seek compensatory property damages, punitive damages, and, in some cases, medical monitoring. All three lawsuits allege fraudulent transfer against EID and other EID entities, but not against Chemours. In October 2020, the cases were removed to federal court.

It is not possible at this point to predict the timing, course, or outcome of all governmental and regulatory inquiries and notices and litigation, and it is reasonably possible that these matters could have a material adverse effect on the Company's financial position, results of operations, and cash flows. In addition, local communities, organizations, and federal and state regulatory agencies have raised questions concerning HFPO Dimer Acid and other perfluorinated and polyfluorinated compounds at certain other manufacturing sites operated by the Company. It is possible that additional developments similar to those described above and centering on Fayetteville could arise in other locations.

F-60

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Sale of East Chicago, Indiana*

On June 29, 2018, the Company sold its East Chicago, Indiana site to a third party for $1. In connection with the sale, the buyer had agreed to assume all costs associated with environmental remediation activities at the site in excess of $21, which remained the responsibility of Chemours. At the time of the sale, the Company had accrued the full $21, and $11 and $17 remained on the Company's consolidated balance sheets at December 31, 2020 and 2019, respectively, as indicated in the significant sites table above. The Company will reimburse the buyer through a series of progress payments to be made at defined intervals as certain tasks are completed. Chemours recognized a gain of $3 on the sale, which includes the purchase price of $1, plus $2 in environmental remediation liabilities that were assumed by the buyer on the occurrence of the sale.

*Sale of Oakley, California*

On September 9, 2019, the Company sold its Oakley, California site to a third party for $7, of which $4 was received at closing. Receipt of the remaining $3 of proceeds was contingent upon the completion of certain environmental remediation activities at the site; these environmental remediation activities were completed, and the associated proceeds were received, in the fourth quarter of 2020. In connection with the sale, Chemours retained $10 in existing environmental remediation liabilities. $4 and $7 of environmental remediation liabilities remained on the Company's consolidated balance sheets at December 31, 2020 and 2019, respectively, and are reflected as a component of all other sites in the significant sites table above. The Company recognized a $6 gain on the sale, inclusive of the aforementioned $3 of proceeds received in the fourth quarter of 2020. The remaining portion of the gain was previously deferred and also recognized in the fourth quarter of 2020 based on the Company's completion of certain environmental remediation activities at the site.

**Note 23. Equity**

*2017 Share Repurchase Program*

On November 30, 2017, the Company's board of directors approved a share repurchase program authorizing the purchase of shares of Chemours' issued and outstanding common stock in an aggregate amount not to exceed $500, plus any associated fees or costs in connection with the Company's share repurchase activity (the "2017 Share Repurchase Program"). Under the 2017 Share Repurchase Program, shares of Chemours' common stock were purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. The Company's 2017 Share Repurchase Program became effective on November 30, 2017 and was announced to the public on December 1, 2017. On May 31, 2018, the Company completed the aggregate $500 in authorized purchases of Chemours' issued and outstanding common stock under the 2017 Share Repurchase Program, which amounted to a cumulative 10,085,647 shares purchased at an average share price of $49.58 per share. All common shares purchased under the 2017 Share Repurchase Program are held as treasury stock and are accounted for using the cost method.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***2018 Share Repurchase Program***

On August 1, 2018, the Company's board of directors approved a share repurchase program authorizing the purchase of shares of Chemours' issued and outstanding common stock in an aggregate amount not to exceed $750, plus any associated fees or costs in connection with the Company's share repurchases activity (the "2018 Share Repurchase Program"). On February 13, 2019, the Company's board of directors increased the authorization amount of the 2018 Share Repurchase Program from $750 to $1,000. Under the 2018 Share Repurchase Program, shares of Chemours' common stock can be purchased on the open market from time to time, subject to management's discretion, as well as general business and market conditions. The Company's 2018 Share Repurchase Program became effective on August 1, 2018, was announced to the public on August 2, 2018, and was originally scheduled to continue through the earlier of its expiration on December 31, 2020 or the completion of repurchases up to the approved amount. On December 8, 2020, the Company's board of directors approved the extension of the 2018 Share Repurchase Program through December 31, 2022. The program may be suspended or discontinued at any time. All common shares purchased under the 2018 Share Repurchase Program are expected to be held as treasury stock and accounted for using the cost method.

During 2020, the Company did not purchase any of Chemours' issued and outstanding common stock under the 2018 Share Repurchase Program. During 2019, the Company purchased an aggregate 8,895,142 shares of Chemours' issued and outstanding common stock under the 2018 Share Repurchase Program, which amounted to $322 at an average share price of $36.24 per share. During 2018, the Company purchased an aggregate 6,350,857 shares of Chemours' issued and outstanding common stock under the 2018 Share Repurchase Program, which amounted to $250 at an average share price of $39.31 per share. The aggregate amount of Chemours' common stock that remained available for purchase under the 2018 Share Repurchase Program at December 31, 2020 was $428.

**Note 24. Stock-based Compensation**

The Company's stock-based compensation expense amounted to $16, $19, and $24 for the years ended December 31, 2020, 2019, and 2018, respectively.

On April 26, 2017, Chemours' stockholders approved The Chemours Company 2017 Equity and Incentive Plan (the "2017 Plan"), which provides for grants to certain employees, independent contractors, or non-employee directors of the Company of different forms of awards, including stock options, RSUs, and PSUs. The 2017 Plan replaced The Chemours Company Equity and Incentive Plan (the "Prior Plan"), which was adopted by the Company at Separation. As a result, no further grants will be made under the Prior Plan.

A total of 19,000,000 shares of the Company's common stock may be subject to awards granted under the 2017 Plan, less one share for every one share that was subject to an option or stock appreciation right granted after December 31, 2016 under the Prior Plan, and one-and-a-half shares for every one share that was subject to an award other than an option or stock appreciation right granted after December 31, 2016 under the Prior Plan. Any shares that are subject to options or stock appreciation rights will be counted against this limit as one share for every one share granted, and any shares that are subject to awards other than options or stock appreciation rights will be counted against this limit as one-and-a-half shares for every one share granted. Awards that were outstanding under the Prior Plan remain outstanding under the Prior Plan in accordance with their terms. Shares underlying awards granted under the Prior Plan after December 31, 2016 that are forfeited, cancelled, or that otherwise do not result in the issuance of shares, will be available for issuance under the 2017 Plan. At December 31, 2020, approximately 10,200,000 shares of equity and incentive plan reserve are available for grants under the 2017 Plan.

The Chemours Compensation and Leadership Development Committee determines the long-term incentive mix, including stock options, RSUs, and PSUs, and may authorize new grants annually.

F-62

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Stock Options*

During the years ended December 31, 2020, 2019, and 2018, Chemours granted non-qualified stock options to certain of its employees, which will vest over a three-year period and expire 10 years from the date of grant. The fair values of the Company's stock options are based on the Black-Scholes valuation model.

The following table sets forth the weighted-average assumptions used at the respective grant dates to determine the fair values of the Company's stock option awards granted during the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | 2018 |
| Risk-free interest rate | 0.94% | 2.53% | 2.65% |
| Expected term (years) | 6.00 | 6.00 | 6.00 |
| Volatility | 53.18% | 48.05% | 47.56% |
| Dividend yield | 6.93% | 2.81% | 1.42% |
| Fair value per stock option | $ 3.74 | $ 13.66 | $ 20.47 |

The Company determined the dividend yield by dividing the expected annual dividend on the Company's stock by the option exercise price. A historical daily measurement of volatility is determined based on the blended volatilities of Chemours and the average of its peer companies, adjusted for Chemours' debt leverage. The risk-free interest rate is determined by reference to the yield on an outstanding U.S. Treasury note with a term equal to the expected term of the option granted. The expected term is determined using a simplified approach, calculated as the mid-point between the graded vesting period and the contractual life of the award.

The following table sets forth Chemours' stock option activity for the years ended December 31, 2020, 2019, and 2018.

| | Number of Shares (in Thousands) | Weighted-average Exercise Price (per Share) | Weighted-average Remaining Contractual Term (in Years) | Aggregate Intrinsic Value (in Thousands) |
| --- | --- | --- | --- | --- |
| **Outstanding, December 31, 2017** | 6,597 | $ 15.72 | 5.11 | $ 226,524 |
| Granted | 495 | 48.41 | | |
| Exercised | (1,073) | 14.69 | | |
| Forfeited | (46) | 37.77 | | |
| Expired | (3) | 18.80 | | |
| **Outstanding, December 31, 2018** | 5,970 | $ 18.45 | 4.80 | $ 72,108 |
| Granted | 836 | 36.48 | | |
| Exercised | (590) | 14.56 | | |
| Forfeited | (110) | 39.06 | | |
| Expired | (50) | 22.12 | | |
| **Outstanding, December 31, 2019** | 6,056 | $ 20.92 | 4.71 | $ 19,087 |
| Granted | 2,778 | 14.42 | | |
| Exercised | (1,124) | 14.23 | | |
| Forfeited | (186) | 23.84 | | |
| Expired | (165) | 29.99 | | |
| **Outstanding, December 31, 2020** | 7,359 | $ 19.21 | 6.21 | $ 63,894 |
| **Exercisable, December 31, 2020** | 4,050 | $ 19.38 | 4.00 | $ 35,958 |

F-63

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The aggregate intrinsic values in the preceding table represent the total pre-tax intrinsic value (the difference between the Company's closing stock price on the last trading day at the end of the year and the exercise price, multiplied by the number of in-the-money options) that would have been received by the option holders had all option holders exercised their in-the-money options at year-end. The amount changes based on the fair market value of the Company's stock. The total intrinsic value of all options exercised for the years ended December 31, 2020, 2019, and 2018 amounted to $12, $2, and $37, respectively.

For the years ended December 31, 2020, 2019, and 2018, the Company recorded $9, $9, and $8 in stock-based compensation expense specific to its stock options, respectively. At December 31, 2020, there was $7 of unrecognized stock-based compensation expense related to stock options, which is expected to be recognized over a weighted-average period of 1.78 years.

*Restricted Stock Units*

Chemours grants RSUs to key management employees that generally vest over a three-year period and, upon vesting, convert one-for-one to Chemours' common stock. The fair value of all stock-settled RSUs is based on the market price of the underlying common stock at the grant date. RSUs vest contingent upon a time-based vesting condition and do not have explicit performance conditions.

The following table sets forth non-vested RSUs at December 31, 2020, 2019, and 2018.

| | Number of Shares (in Thousands) | | Weighted-average Grant Date Fair Value (per Share) |
|---|---|---|---|
| **Non-vested, December 31, 2017** | 1,165 | $ | 15.34 |
| Granted | 135 | | 48.35 |
| Vested | (1,034) | | 14.86 |
| Forfeited | (19) | | 30.94 |
| **Non-vested, December 31, 2018** | 247 | $ | 34.22 |
| Granted | 439 | | 26.89 |
| Vested | (110) | | 24.98 |
| Forfeited | (30) | | 33.90 |
| **Non-vested, December 31, 2019** | 546 | $ | 29.95 |
| Granted | 585 | | 17.01 |
| Vested | (161) | | 38.68 |
| Forfeited | (60) | | 25.78 |
| **Non-vested, December 31, 2020** | 910 | $ | 20.51 |

For the years ended December 31, 2020, 2019, and 2018, the Company recorded $7 in stock-based compensation expense specific to its RSUs. At December 31, 2020, there was $12 of unrecognized stock-based compensation expense related to RSUs, which is expected to be recognized over a weighted-average period of 1.23 years.

F-64

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Performance Share Units*

Chemours grants PSUs to key senior management employees which, upon vesting, convert one-for-one to Chemours' common stock if specified performance goals, including certain market-based conditions, are met over the three-year performance period specified in the grant, subject to exceptions through the respective vesting period of three years. Each grantee is granted a target award of PSUs, and may earn between 0% and 250% of the target amount depending on the Company's performance against stated performance goals.

The following table sets forth non-vested PSUs at 100% of target amounts at December 31, 2020, 2019, and 2018.

| | Number of Shares (in Thousands) | | Weighted-average Grant Date Fair Value (per Share) |
|---|---|---|---|
| **Non-vested, December 31, 2017** | 987 | $ | 12.94 |
| Granted | 139 | | 52.34 |
| Vested | (19) | | 24.16 |
| **Non-vested, December 31, 2018** | 1,107 | $ | 17.71 |
| Granted | 240 | | 44.38 |
| Vested (1) | (761) | | 5.07 |
| Forfeited | (57) | | 43.35 |
| **Non-vested, December 31, 2019** | 529 | $ | 39.53 |
| Granted | 542 | | 17.14 |
| Vested | (176) | | 35.84 |
| Forfeited | (51) | | 27.79 |
| **Non-vested, December 31, 2020** | 844 | $ | 29.05 |

(1) During the year ended December 31, 2019, approximately 1,520,000 PSUs granted in 2016 to the Company's key senior management employees vested, based on the attainment of certain performance- and market-based conditions. Of the 1,520,000 PSUs that vested during the year ended December 31, 2019, approximately 680,000 non-issued shares were cancelled to cover the employee portion of income taxes related to such awards.

A portion of the fair value of PSUs was estimated at the grant date based on the probability of satisfying the market-based conditions associated with the PSUs using the Monte Carlo valuation method, which assesses the probabilities of various outcomes of market conditions. The other portion of the fair value of the PSUs is based on the fair market value of the Company's stock at the grant date, regardless of whether the market-based condition is satisfied. The per unit weighted-average fair value at the date of grant for PSUs granted during the year ended December 31, 2020 was $17.14. The fair value of each PSU grant is amortized monthly into compensation expense based on its respective vesting conditions over a three-year period. Compensation cost is incurred based on the Company's estimate of the final expected value of the award, which is adjusted as required for the portion based on the performance-based condition. The Company assumes that forfeitures will be minimal and recognizes forfeitures as they occur, which results in a reduction in compensation expense. As the payout of PSUs includes dividend equivalents, no separate dividend yield assumption is required in calculating the fair value of the PSUs.

For the years ended December 31, 2020, 2019, and 2018, the Company recorded a reduction of stock-based compensation of less than $1 and stock-based compensation expense of $3 and $9 specific to its PSUs, respectively. At December 31, 2020, based on the Company's assessment of its performance goals, approximately 1,100,000 additional shares may be awarded under the 2017 Plan.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Employee Stock Purchase Plan*

Since 2017, the Company has provided employees the opportunity to participate in The Chemours Company Employee Stock Purchase Plan ("ESPP"). Under the ESPP, a total of 7,000,000 shares of Chemours' common stock is reserved and authorized for issuance to participating employees, as defined by the ESPP, which excludes executive officers of the Company. The ESPP provides for consecutive 12-month offering periods, each with two purchase periods in March and September within those offering periods. The initial offering period under the ESPP began on October 2, 2017. Participating employees are eligible to purchase the Company's common stock at a discounted rate equal to 95% of its fair value on the last trading day of each purchase period.

To date, the Company has executed open market transactions to purchase the Company's common stock on behalf of its ESPP participants, which amounted to 226,000 shares. During the year ended December 31, 2018, an additional 12,411 shares were issued from the Company's treasury stock to ESPP participants. The total amount of Chemours' common stock received by employees in connection with the ESPP amounted to $5 at December 31, 2020.

**Note 25. Accumulated Other Comprehensive Loss**

The following table sets forth the components of accumulated other comprehensive loss, net of income taxes, for the years ended December 31, 2020, 2019, and 2018.

| | Net Investment Hedge | Cash Flow Hedge | Cumulative Translation Adjustment | Defined Benefit Plans | Total |
|---|---|---|---|---|---|
| Balance at January 1, 2018 | $ (40) | $ - | $ (158) | $ (244) | $ (442) |
| Other comprehensive income (loss) | 15 | 6 | (75) | (68) | (122) |
| Balance at December 31, 2018 | (25) | 6 | (233) | (312) | (564) |
| Other comprehensive income (loss) | 15 | (4) | 2 | 202 | 215 |
| Balance at December 31, 2019 | (10) | 2 | (231) | (110) | (349) |
| Other comprehensive (loss) income | (66) | (10) | 111 | 4 | 39 |
| Balance at December 31, 2020 | $ (76) | $ (8) | $ (120) | $ (106) | $ (310) |

**Note 26. Financial Instruments**

*Net Monetary Assets and Liabilities Hedge - Foreign Currency Forward Contracts*

At December 31, 2020, the Company had 25 foreign currency forward contracts outstanding with an aggregate gross notional U.S. dollar equivalent of $688 and an average maturity of one month. At December 31, 2019, the Company had 16 foreign currency forward contracts outstanding with an aggregate gross notional U.S. dollar equivalent of $530, and an average maturity of one month. Chemours recognized a net gain of $29, a net loss of $2, and a net gain of $3 for the years ended December 31, 2020, 2019, and 2018, respectively, in other income (expense), net.

*Cash Flow Hedge - Foreign Currency Forward Contracts*

At December 31, 2020, the Company had 144 foreign currency forward contracts outstanding under its cash flow hedge program with an aggregate notional U.S. dollar equivalent of $101, and an average maturity of four months. At December 31, 2019, the Company had 150 foreign currency forward contracts outstanding under its cash flow hedge program with an aggregate notional U.S. dollar equivalent of $124, and an average maturity of five months. Chemours recognized a pre-tax loss of $4 and pre-tax gains of $6 and $10 for the years ended December 31, 2020, 2019, and 2018, respectively, within accumulated other comprehensive loss. For the years ended December 31, 2020, 2019, and 2018, $3, $10, and $4 of gain was reclassified to the cost of goods sold from accumulated other comprehensive loss, respectively.

The Company expects to reclassify an approximate $5 of net loss from accumulated other comprehensive loss to the cost of goods sold over the next 12 months, based on current foreign currency exchange rates.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Cash Flow Hedge - Interest Rate Swaps*

Beginning in the second quarter of 2020, the Company elected to expand its cash flow hedge program and enter into interest rate swaps. The objective of entering interest rate swaps is to mitigate the volatility in the Company's cash payments for interest related to the portion of the Company's senior secured term loan facility denominated in U.S. dollars, which bears a variable interest rate equal to, at the election of the Company, adjusted LIBOR plus 1.75% or adjusted base rate plus 0.75%, subject to an adjusted LIBOR or an adjusted base rate floor of 0.00% or 1.00%, respectively.

At December 31, 2020, the Company had three interest rate swaps outstanding under its cash flow hedge program with an aggregate notional U.S. dollar equivalent of $400; each of the interest rate swaps mature on March 31, 2023. Chemours recognized a pre-tax loss of $4 for the year ended December 31, 2020 within accumulated other comprehensive loss. For the year ended December 31, 2020, less than $1 of loss was reclassified to interest expense, net from accumulated other comprehensive loss.

The Company expects to reclassify an approximate $2 of net loss from accumulated other comprehensive loss to interest expense, net over the next 12 months.

*Net Investment Hedge - Foreign Currency Borrowings*

The Company recognized a pre-tax loss of $88 and pre-tax gains of $20 and $32 for the years ended December 31, 2020, 2019, and 2018, respectively, on its net investment hedge within accumulated other comprehensive loss. No amounts were reclassified from accumulated other comprehensive loss for the Company's net investment hedges during the years ended December 31, 2020, 2019, and 2018.

*Fair Value of Derivative Instruments*

The following table sets forth the fair value of the Company's derivative assets and liabilities at December 31, 2020 and 2019.

| | | Fair Value Using Level 2 Inputs | |
| --- | --- | --- | --- |
| | Balance Sheet Location | December 31, 2020 | December 31, 2019 |
| Asset derivatives: | | | |
| Foreign currency forward contracts not designated as a hedging instrument | Accounts and notes receivable, net (Note 11) | $ 4 | $ 1 |
| Foreign currency forward contracts designated as a cash flow hedge | Accounts and notes receivable, net (Note 11) | - | 1 |
| **Total asset derivatives** | | $ 4 | $ 2 |
| Liability derivatives: | | | |
| Foreign currency forward contracts not designated as a hedging instrument | Other accrued liabilities (Note 19) | $ 1 | $ 1 |
| Foreign currency forward contracts designated as a cash flow hedge | Other accrued liabilities (Note 19) | 4 | - |
| Interest rate swaps designated as a cash flow hedge | Other accrued liabilities (Note 19) | 3 | - |
| **Total liability derivatives** | | $ 8 | $ 1 |

The Company's foreign currency forward contracts and interest rate swaps are classified as Level 2 financial instruments within the fair value hierarchy as the valuation inputs are based on quoted prices and market observable data of similar instruments. For derivative assets and liabilities, standard industry models are used to calculate the fair value of the various financial instruments based on significant observable market inputs, such as foreign exchange rates and implied volatilities obtained from various market sources. Market inputs are obtained from well-established and recognized vendors of market data, and are subjected to tolerance and/or quality checks.

F-67

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

*Summary of Financial Instruments*

The following table sets forth the pre-tax changes in fair value of the Company's financial instruments for the years ended December 31, 2020, 2019, and 2018.

| | | Gain (Loss) Recognized In | | |
| --- | --- | --- | --- | --- |
| Year Ended December 31, | Cost of Goods Sold | Interest Expense, Net | Other Income (Expense), Net | Accumulated Other Comprehensive Loss |
| **2020** | | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ - | $ 29 | $ - |
| Foreign currency forward contracts designated as a cash flow hedge | 3 | - | - | (4) |
| Interest rate swaps designated as a cash flow hedge | - | - | - | (4) |
| Euro-denominated debt designated as a net investment hedge | - | - | - | (88) |
| **2019** | | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ - | $ (2) | $ - |
| Foreign currency forward contracts designated as a cash flow hedge | 10 | - | - | 6 |
| Euro-denominated debt designated as a net investment hedge | - | - | - | 20 |
| **2018** | | | | |
| Foreign currency forward contracts not designated as a hedging instrument | $ - | $ - | $ 3 | $ - |
| Foreign currency forward contracts designated as a cash flow hedge | 4 | - | - | 10 |
| Euro-denominated debt designated as a net investment hedge | - | - | - | 32 |

**Note 27. Long-term Employee Benefits**

*Plans Covering Employees in the U.S.*

On July 1, 2015, Chemours established a defined contribution plan, which covered all eligible U.S. employees. The purpose of the plan is to encourage employees to save for their future retirement needs. The plan is a tax-qualified contributory profit-sharing plan, with cash or deferred arrangement, and any eligible employee of Chemours may participate. Chemours matches 100% of the first 6% of the employee's contribution election, and the plan's matching contributions vest immediately upon contribution. Chemours may also provide an additional discretionary retirement savings contribution to eligible employees' compensation. The amount of this contribution, if any, is at the sole discretion of the Company, and the discretionary contribution vests for employees with at least three years of service. From time to time, Chemours provides additional discretionary retirement savings contributions to eligible employees' compensation.

In lieu of a defined benefit plan, Chemours provided an enhanced 401(k) contribution for employees who previously participated in EID's pension plan. The enhanced benefits consisted of an additional contribution of 1% to 7% of the employee's eligible compensation, depending upon the employee's length of service with EID at the time of the Separation. The enhancement ended in 2019.

F-68

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

***Plans Covering Employees Outside the U.S.***

Pension coverage for employees of Chemours' non-U.S. subsidiaries is provided, to the extent deemed appropriate, through separate plans established after the Separation and comparable to the EID plans in those countries. Obligations under such plans are either funded by depositing funds with trustees, covered by insurance contracts, or unfunded.

In the fourth quarter of 2019, the Company, through its wholly-owned subsidiary Chemours Netherlands B.V., completed a settlement transaction related to a significant portion of its Netherlands pension plan. The Company transferred the future risk and administration associated with the $932 of its inactive participants' vested pension benefits to a third-party asset management company in the Netherlands. The irrevocability of the transaction was contingent upon non-objection by the Dutch National Bank, which was received in October 2019. Following the receipt of non-objection, the responsibility for the associated pension obligation was transferred to the third-party asset management company in December 2019, thereby eliminating the Company's exposure to the pension liabilities and formally effecting the settlement. At the time of settlement, a remeasurement of plan assets and projected benefit obligations was performed, resulting in a $158 decrease to net pension assets and increase to accumulated other comprehensive loss on the consolidated balance sheet. The cumulative loss associated with the inactive participants' vested pension benefits was then immediately reclassified from accumulated other comprehensive loss and recognized in earnings, resulting in a charge of $380 recognized in other expense, net in the consolidated statements of operations. At December 31, 2019, the projected benefit obligations associated with the plan's active employees remained on the Company's consolidated balance sheet.

The following table sets forth the Company's net periodic pension (cost) income and amounts recognized in other comprehensive income (loss) for the years ended December 31, 2020, 2019, and 2018.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2020** | | **2019** | | **2018** |
| Service cost | $ | (15) | $ | (13) | $ | (14) |
| Interest cost | | (6) | | (17) | | (16) |
| Expected return on plan assets | | 17 | | 48 | | 58 |
| Amortization of actuarial loss | | (9) | | (18) | | (12) |
| Amortization of prior service gain | | 3 | | 2 | | 2 |
| Settlement loss | | (5) | | (383) | | - |
| Curtailment gain | | 1 | | - | | - |
| **Total net periodic pension (cost) income** | $ | (14) | $ | (381) | $ | 18 |
| Net gain (loss) | $ | 4 | $ | (144) | $ | (115) |
| Prior service (cost) benefit | | (1) | | 5 | | - |
| Amortization of actuarial loss | | 9 | | 18 | | 16 |
| Amortization of prior service gain | | (3) | | (2) | | (2) |
| Settlement loss | | 5 | | 383 | | - |
| Curtailment gain | | 4 | | - | | - |
| Effect of foreign exchange rates | | (9) | | 7 | | 8 |
| Benefit (cost) recognized in other comprehensive income | | 9 | | 267 | | (93) |
| **Total changes in plan assets and benefit obligations recognized in other comprehensive income** | $ | (5) | $ | (114) | $ | (75) |

The following table sets forth the pre-tax amounts recognized in accumulated other comprehensive loss at December 31, 2020, 2019, and 2018.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2020** | | **2019** | | **2018** |
| Net loss | $ | 143 | $ | 151 | $ | 419 |
| Prior service credit | | (12) | | (14) | | (10) |
| **Total amount recognized in accumulated other comprehensive loss** | $ | 131 | $ | 137 | $ | 409 |

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth summarized information on the Company's pension plans at December 31, 2020 and 2019.

| | December 31, | | |
|---|---|---|---|
| | 2020 | | 2019 |
| **Change in benefit obligation:** | | | |
| Benefit obligation at beginning of year | $ | 507 | $ 1,168 |
| Service cost | | 15 | 13 |
| Interest cost | | 6 | 17 |
| Plan participants' contributions | | 2 | 2 |
| Actuarial loss | | 33 | 313 |
| Benefits paid | | (2) | (37) |
| Plan amendments | | - | (5) |
| Settlements and transfers | | (24) | (945) |
| Currency translation | | 47 | (19) |
| Benefit obligation at end of year | | 584 | 507 |
| **Change in plan assets:** | | | |
| Fair value of plan assets at beginning of year | | 500 | 1,268 |
| Actual return on plan assets | | 55 | 217 |
| Employer contributions | | 20 | 19 |
| Plan participants' contributions | | 2 | 2 |
| Benefits paid | | (2) | (37) |
| Settlements and transfers | | (21) | (945) |
| Currency translation | | 50 | (24) |
| Fair value of plan assets at end of year | | 604 | 500 |
| **Total funded status at end of year** | $ | 20 | $ (7) |

The following table sets forth the net amounts recognized in the Company's consolidated balance sheets at December 31, 2020 and 2019.

| | December 31, | | |
|---|---|---|---|
| | 2020 | | 2019 |
| Non-current assets | $ | 79 | $ 59 |
| Current liabilities | | (2) | (2) |
| Non-current liabilities | | (57) | (64) |
| **Total net amount recognized** | $ | 20 | $ (7) |

The accumulated benefit obligation for all pension plans was $513 and $445 as of December 31, 2020 and 2019, respectively.

For the year ended December 31, 2020, the liability component of the Company's global pension plans generated a net actuarial loss of $33, driven by a decrease in discount rates that resulted in a loss of $38 across all plans. This loss was partially offset by a gain of $7 related to a change in the mortality assumption in the Netherlands, as well as a gain of $1 from changes in other demographic assumptions. The Company also recorded an additional loss of $3 from unfavorable actuarial experience and other assumption changes.

The asset component of the Company's global pension plans generated an actual return on plan assets of $55, driven by favorable performance on equities and bonds that resulted in incremental gains of $38 in the plans' investment portfolios.

F-70

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following tables set forth information related to the Company's pension plans with projected and accumulated benefit obligations in excess of the fair value of plan assets at December 31, 2020 and 2019.

| | December 31, | |
| --- | --- | --- |
| **Pension plans with projected benefit obligation in excess of plan assets** | **2020** | **2019** |
| Projected benefit obligation | $ 175 | $ 178 |
| Accumulated benefit obligation | 148 | 150 |
| Fair value of plan assets | 116 | 111 |

| | December 31, | |
| --- | --- | --- |
| **Pension plans with accumulated benefit obligation in excess of plan assets** | **2020** | **2019** |
| Projected benefit obligation | $ 153 | $ 178 |
| Accumulated benefit obligation | 131 | 150 |
| Fair value of plan assets | 98 | 111 |

### Assumptions

The Company generally utilizes discount rates that are developed by matching the expected cash flows of each benefit plan to various yield curves constructed from a portfolio of high-quality, fixed income instruments provided by the plans' actuaries as of the measurement date. The expected rate of return on plan assets reflects economic assumptions applicable to each country.

The following tables set forth the assumptions that have been used to determine the Company's benefit obligations and net benefit cost at December 31, 2020 and 2019.

| | December 31, | |
| --- | --- | --- |
| **Weighted-average assumptions used to determine benefit obligations** | **2020** | **2019** |
| Discount rate | 1.0% | 1.4% |
| Rate of compensation increase (1) | 2.5% | 2.6% |
| Interest crediting rate (2) | 1.3% | 1.5% |

(1)   The rate of compensation increase represents the single annual effective salary increase that an average plan participant would receive during the participant's entire career at Chemours.

(2)   The interest crediting rate, which is applicable only for account balance type plans, represents the single effective annual account balance increase that an average participant would receive during the participant's entire career at Chemours.

| | December 31, | |
| --- | --- | --- |
| **Weighted-average assumptions used to determine net benefit cost** | **2020** | **2019** |
| Discount rate | 1.4% | 2.0% |
| Rate of compensation increase (1) | 2.5% | 2.5% |
| Expected return on plan assets | 3.2% | 4.1% |

(1)   The rate of compensation increase represents the single annual effective salary increase that an average plan participant would receive during the participant's entire career at Chemours.

### Plan Assets

Each pension plan's assets are invested through either an insurance vehicle, a master trust fund, or a stand-alone pension fund. The strategic asset allocation for each plan is selected by management, together with the pension board, where appropriate, reflecting the results of comprehensive asset and liability modeling. For assets under its control, Chemours establishes strategic asset allocation percentage targets and appropriate benchmarks for significant asset classes with the aim of achieving a prudent balance between return and risk. Strategic asset allocations in countries are selected in accordance with the laws and practices of those countries.

F-71

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth the weighted-average allocation for the Company's pension plan assets at December 31, 2020 and 2019.

|  | December 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Cash and cash equivalents | 7% | 8% |
| U.S. and non-U.S. equity securities | 37% | 52% |
| Fixed income securities | 56% | 40% |
| **Total weighted-average allocation** | 100% | 100% |

Fixed income securities include corporate-issued, government-issued, and asset-backed securities. Corporate debt investments encompass a range of credit risk and industry diversification.

Fair value calculations may not be indicative of net realizable value or reflective of future fair values. Furthermore, although Chemours believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The following tables set forth the fair values of the Company's pension assets by level within the fair value hierarchy at December 31, 2020 and 2019.

| | Fair Value Measurements at December 31, 2020 | | | | | |
|---|---|---|---|---|---|---|
| | Total | | Level 1 | | Level 2 | |
| Asset category: | | | | | | |
| Debt - government issued | $ | 60 | $ | 10 | $ | 50 |
| Debt - corporate issued | | 158 | | 42 | | 116 |
| U.S. and non-U.S. equities | | 220 | | 33 | | 187 |
| Derivatives - asset position | | 93 | | - | | 93 |
| Cash and cash equivalents | | 43 | | 43 | | - |
| Other | | 2 | | - | | 2 |
| Total pension assets at fair value | | 576 | $ | 128 | $ | 448 |
| Pooled mortgage funds (1) | | 28 | | | | |
| **Total pension assets** | $ | 604 | | | | |

    (1)   Pooled mortgage funds consist of funds that invest in residential mortgages. These funds generally allow for monthly redemption with 30 days' notice. Timing for redemption could be delayed based on the priority of our request and the availability of funds. Interests in these funds are valued using the net asset value ("NAV") per share practical expedient and are not classified in the fair value hierarchy.

| | Fair Value Measurements at December 31, 2019 | | | | | |
|---|---|---|---|---|---|---|
| | Total | | Level 1 | | Level 2 | |
| Asset category: | | | | | | |
| Debt - government issued | $ | 150 | $ | 9 | $ | 141 |
| Debt - corporate issued | | 51 | | 47 | | 4 |
| U.S. and non-U.S. equities | | 102 | | 101 | | 1 |
| Mutual funds | | 135 | | - | | 135 |
| Derivatives - asset position | | 28 | | - | | 28 |
| Cash and cash equivalents | | 41 | | 41 | | - |
| Other | | 2 | | 2 | | - |
| Total pension assets at fair value | | 509 | $ | 200 | $ | 309 |
| Pension trust payables, net (1) | | (9) | | | | |
| **Total pension assets** | $ | 500 | | | | |

    (1)   Pension trust payables are primarily for investments purchased and received but not yet paid.

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

For pension plan assets classified as Level 1 instruments within the fair value hierarchy, total fair value is either the price of the most recent trade at the time of the market close or the official close price, as defined by the exchange on which the asset is most actively traded on the last trading day of the period, multiplied by the number of units held without consideration of transaction costs.

For pension plan assets classified as Level 2 instruments within the fair value hierarchy, where the security is frequently traded in less active markets, fair value is based on the closing price at the end of the period; where the security is less frequently traded, fair value is based on the price a dealer would pay for the security or similar securities, adjusted for any terms specific to that asset or liability. Market inputs are obtained from well-established, recognized vendors of market data and subjected to tolerance and/or quality checks. For derivative assets and liabilities, standard industry models are used to calculate the fair value of the various financial instruments based on significant observable market inputs, such as foreign exchange rates, commodity prices, swap rates, interest rates, and implied volatilities obtained from various market sources. With the exception of pooled mortgage funds, pooled funds are valued at the per-unit NAV as determined by the fund manager based on the value of the underlying traded securities.

### Cash Flows - Defined Benefit Plans

*Employer Contributions*

For the years ended December 31, 2020, 2019, and 2018, Chemours contributed $20, $19, and $15, respectively, to its defined benefit plans.

Chemours expects to contribute $16 to its pension plans in 2021. The Company's future contributions to its defined benefit pension plans are dependent on market-based discount rates, and, as stated in "Note 2 - Basis of Presentation" to these consolidated financial statements, may differ due to the impacts of the COVID-19 pandemic on the macroeconomic environment.

*Future Benefit Payments*

The following table sets forth the benefit payments that are expected to be paid by the plans over the next five years and the five years thereafter.

| | | |
|---|---|---|
| 2021 | $ | 10 |
| 2022 | | 10 |
| 2023 | | 13 |
| 2024 | | 15 |
| 2025 | | 15 |
| 2026 to 2030 | | 98 |

### Cash Flows - Defined Contribution Plan

*Employer Contributions*

For the years ended December 31, 2020, 2019, and 2018, Chemours contributed $27, $34, and $51, respectively, to its defined contribution plan.

F-73

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

## Note 28. Geographic and Segment Information

### Geographic Information

The following table sets forth the geographic locations of the Company's net sales for the years ended and property, plant, and equipment, net as of December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| | **Net Sales (1)** | **Property, Plant, and Equipment, Net** | **Net Sales (1)** | **Property, Plant, and Equipment, Net** | **Net Sales (1)** | **Property, Plant, and Equipment, Net** |
| North America | $ 1,914 | $ 2,461 | $ 2,144 | $ 2,533 | $ 2,378 | $ 2,279 |
| Asia Pacific | 1,384 | 121 | 1,543 | 121 | 1,720 | 124 |
| Europe, the Middle East, and Africa | 1,086 | 324 | 1,163 | 294 | 1,685 | 293 |
| Latin America (2) | 585 | 568 | 676 | 611 | 855 | 595 |
| **Total** | $ 4,969 | $ 3,474 | $ 5,526 | $ 3,559 | $ 6,638 | $ 3,291 |

(1) Net sales are attributed to countries based on customer location.

(2) Latin America includes Mexico.

### Segment Information

Chemours' operations consist of four reportable segments based on similar economic characteristics, the nature of products and production processes, end-use markets, channels of distribution, and regulatory environments: Titanium Technologies, Thermal & Specialized Solutions, Advanced Performance Materials, and Chemical Solutions. Corporate costs and certain legal and environmental expenses, stock-based compensation expenses, and foreign exchange gains and losses arising from the remeasurement of balances in currencies other than the functional currency of the Company's legal entities are reflected in Corporate and Other.

During the fourth quarter of 2020, the Company changed the level of detail at which its CODM regularly reviews and manages certain of its businesses, resulting in the bifurcation of its former Fluoroproducts segment into two standalone reportable segments: Thermal & Specialized Solutions (formerly Fluorochemicals) and Advanced Performance Materials (formerly Fluoropolymers). This change allows Chemours to enhance its customer focus and better align its business models, resources, and cost structure to the specific current and future secular growth drivers of each business, while providing increased transparency to the Company's shareholders. The historical segment information has been recast to conform to the current segment structure.

Adjusted earnings before interest, taxes, depreciation, and amortization ("Adjusted EBITDA") is the primary measure of segment profitability used by the Company's CODM and is defined as income (loss) before income taxes, excluding the following:

- interest expense, depreciation, and amortization;

- non-operating pension and other post-retirement employee benefit costs, which represents the components of net periodic pension (income) costs excluding the service cost component;

- exchange (gains) losses included in other income (expense), net;

- restructuring, asset-related, and other charges;

- (gains) losses on sales of assets and businesses; and,

- other items not considered indicative of the Company's ongoing operational performance and expected to occur infrequently.

F-74

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth certain summary financial information for the Company's reportable segments as of, and for the years ended, December 31, 2020, 2019, and 2018.

| Year Ended December 31, | Titanium Technologies | | Thermal & Specialized Solutions | | Advanced Performance Materials | | Chemical Solutions | | Segment Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2020** | | | | | | | | | | |
| Net sales to external customers (1) | $ | 2,402 | $ | 1,105 | $ | 1,104 | $ | 358 | $ | 4,969 |
| Adjusted EBITDA | | 510 | | 354 | | 126 | | 73 | | 1,063 |
| Depreciation and amortization | | 128 | | 53 | | 88 | | 21 | | 290 |
| Equity in earnings of affiliates | | - | | 6 | | 17 | | - | | 23 |
| Total assets | | 2,130 | | 1,041 | | 1,520 | | 531 | | 5,222 |
| Investments in affiliates | | - | | 66 | | 101 | | - | | 167 |
| Purchases of property, plant, and equipment | | 89 | | 28 | | 109 | | 25 | | 251 |
| **2019** | | | | | | | | | | |
| Net sales to external customers (1) | $ | 2,345 | $ | 1,318 | $ | 1,330 | $ | 533 | $ | 5,526 |
| Adjusted EBITDA | | 505 | | 398 | | 180 | | 80 | | 1,163 |
| Depreciation and amortization | | 121 | | 52 | | 84 | | 22 | | 279 |
| Equity in earnings of affiliates | | - | | 11 | | 18 | | - | | 29 |
| Total assets | | 2,291 | | 1,061 | | 1,521 | | 574 | | 5,447 |
| Investments in affiliates | | - | | 64 | | 98 | | - | | 162 |
| Purchases of property, plant, and equipment | | 121 | | 32 | | 169 | | 40 | | 362 |
| **2018** | | | | | | | | | | |
| Net sales to external customers (1) | $ | 3,174 | $ | 1,497 | $ | 1,365 | $ | 602 | $ | 6,638 |
| Adjusted EBITDA | | 1,055 | | 542 | | 241 | | 64 | | 1,902 |
| Depreciation and amortization | | 119 | | 37 | | 80 | | 20 | | 256 |
| Equity in earnings of affiliates | | - | | 17 | | 26 | | - | | 43 |
| Total assets | | 2,354 | | 1,187 | | 1,557 | | 623 | | 5,721 |
| Investments in affiliates | | - | | 61 | | 99 | | - | | 160 |
| Purchases of property, plant, and equipment | | 91 | | 156 | | 118 | | 75 | | 440 |

(1) Segment net sales to external customers are provided by product group in "Note 5 - Net Sales".

The following table sets forth a reconciliation for instances in which the above summary financial information for the Company's reportable segments does not sum to consolidated amounts.

| Year Ended December 31, | Segment Total | | Corporate and Other | | Total Consolidated | |
|---|---|---|---|---|---|---|
| **2020** | | | | | | |
| Depreciation and amortization | $ | 290 | $ | 30 | $ | 320 |
| Total assets | | 5,222 | | 1,860 | | 7,082 |
| Purchases of property, plant, and equipment | | 251 | | 16 | | 267 |
| **2019** | | | | | | |
| Depreciation and amortization | $ | 279 | $ | 32 | $ | 311 |
| Total assets | | 5,447 | | 1,811 | | 7,258 |
| Purchases of property, plant, and equipment | | 362 | | 119 | | 481 |
| **2018** | | | | | | |
| Depreciation and amortization | $ | 256 | $ | 28 | $ | 284 |
| Total assets | | 5,721 | | 1,641 | | 7,362 |
| Purchases of property, plant, and equipment | | 440 | | 58 | | 498 |

**The Chemours Company**
**Notes to the Consolidated Financial Statements**
*(Dollars in millions, except per share amounts and par values)*

The following table sets forth a reconciliation of Segment Adjusted EBITDA to the Company's consolidated income (loss) before income taxes for the years ended December 31, 2020, 2019, and 2018.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2020** | **2019** | **2018** |
| **Segment Adjusted EBITDA** | $ 1,063 | $ 1,163 | $ 1,902 |
| Corporate and Other expenses (excluding items below) | (184) | (143) | (162) |
| Interest expense, net | (210) | (208) | (195) |
| Depreciation and amortization | (320) | (311) | (284) |
| Non-operating pension and other post-retirement employee benefit income (cost) (1) | 1 | (368) | 27 |
| Exchange (losses) gains, net | (26) | (2) | 1 |
| Restructuring, asset-related, and other charges (2) | (80) | (87) | (49) |
| Loss on extinguishment of debt | (22) | - | (38) |
| Gain on sales of assets and businesses (3) | 8 | 10 | 45 |
| Transaction costs (4) | (2) | (3) | (9) |
| Legal and environmental charges (5) | (49) | (175) | (82) |
| Other charges | - | - | (1) |
| **Income (loss) before income taxes** | $ 179 | $ (124) | $ 1,155 |

(1)  The year ended December 31, 2019 includes a $380 settlement loss related to a significant portion of the Company's Netherlands pension plan, specific to the vested pension benefits of the inactive participants. Refer to "Note 27 - Long-term Employee Benefits" for further details.

(2)  Includes restructuring, asset-related, and other charges, which are discussed in further detail in "Note 7 - Restructuring, Asset-related, and Other Charges".

(3)  The year ended December 31, 2020 includes a gain of $6 recognized in connection with the sale of the Company's Oakley, California site. The year ended December 31, 2019 includes a non-cash gain of $9 recognized in connection with the sale of the Company's Repauno, New Jersey site. The year ended December 31, 2018 includes gains of $3 and $42 recognized in connection with the sales of the Company's East Chicago, Indiana and Linden, New Jersey sites, respectively.

(4)  Includes costs associated with the Company's debt transactions, as well as accounting, legal, and bankers' transaction costs incurred in connection with the Company's strategic initiatives.

(5)  Legal charges pertain to litigation settlements, PFOA drinking water treatment accruals, and other legal charges. The year ended December 31, 2020 includes $29 incurred in connection with the Company's portion of the costs to settle PFOA multi-district litigation in Ohio. Environmental charges pertain to management's assessment of estimated liabilities associated with on-site remediation, off-site groundwater remediation, and toxicity studies related to Fayetteville. The year ended December 31, 2020 includes $5 primarily related to detailed engineering design for on-site remediation projects at Fayetteville, as well as $8 based on the aforementioned assessment associated with certain estimated liabilities at Fayetteville. The year ended December 31, 2019 includes $168 in additional charges related to the approved final Consent Order associated with certain matters at Fayetteville. The year ended December 31, 2018 includes $63 in additional charges for the estimated liability associated with Fayetteville. Refer to "Note 22 - Commitments and Contingent Liabilities" for further details.

**Exhibit 21**

## SUBSIDIARIES OF THE REGISTRANT

| Name | Organized Under Laws Of |
| --- | --- |
| 2463297 Ontario Limited | Canada |
| ChemFirst Inc. | Mississippi |
| Chemours Belgium BVBA | Belgium |
| Chemours Chemicals Rus | Russia |
| Chemours Deutschland GmbH | Germany |
| Chemours EMEA 2, LLC | Delaware |
| Chemours France SAS | France |
| Chemours Hong Kong Holding Limited | Hong Kong |
| Chemours International Operations Sàrl | Switzerland |
| Chemours Italy S.r.l. | Italy |
| Chemours Kabushiki Kaisha | Japan |
| Chemours Korea Inc. | Korea |
| Chemours Netherlands B.V. | Netherlands |
| Chemours NL Holding 1 B.V. | Netherlands |
| Chemours NL Holding 2 B.V. | Netherlands |
| Chemours NL Holding 4 B.V. | Netherlands |
| Chemours NL Holding 5 B.V. | Netherlands |
| Chemours Services Sàrl | Switzerland |
| Chemours Spain S.L. | Spain |
| Chemours Titanium Technologies (Taiwan) Ltd. | Taiwan |
| Chemours TR Kimyasal Ürünler Limited Şirketi | Turkey |
| Chemours UK Limited | United Kingdom |
| Chemours Vietnam Company Limited | Vietnam |
| Dordrecht Energy Supply Company (Desco) B.V. | Netherlands |
| First Chemical Corporation | Mississippi |
| First Chemical Holdings, LLC | Mississippi |
| First Chemical Texas, L.P | Delaware |
| FT Chemical, Inc. | Texas |
| ICOR International Inc. | Indiana |
| Initiatives Inc de México S.A. de C.V. | Mexico |
| Noluma International, LLC | Delaware |
| PT The Chemours Indonesia | Indonesia |
| Southern Ionics Minerals, LLC | Mississippi |
| TCC Holding 3 C.V. | Netherlands |
| The Chemours (Changshu) Fluoro Technology Company Limited | China |
| The Chemours (Taiwan) Company Limited | Taiwan |
| The Chemours (Thailand) Company Limited | Thailand |
| The Chemours 3F Fluorochemicals (Changshu) Company, Limited | China |
| The Chemours Canada Company | Canada |
| The Chemours Chemical (Shanghai) Company Limited | China |
| The Chemours China Holding Co., Ltd. | China |
| The Chemours Company (Argentina) S.R.L. | Argentina |
| The Chemours Company AR, LLC | Delaware |

| | |
|---|---|
| The Chemours Company (Australia) Pty Ltd | Australia |
| The Chemours Company Asia Pacific Operations, Inc. | Delaware |
| The Chemours Company Chile Limitada | Chile |
| The Chemours Company Delaware Operations, Inc. | Delaware |
| The Chemours Company EMEA, LLC | Delaware |
| The Chemours Company FC, LLC | Delaware |
| The Chemours Company Holding US, LLC | Delaware |
| The Chemours Company Industria E Comercio de Produtos Quimicos Ltda. | Brazil |
| The Chemours Company Mexicana S. de R.L. de C.V. | Mexico |
| The Chemours Company Mexico, S. de R.L. de C.V. | Mexico |
| The Chemours Company North America, Inc. | Delaware |
| The Chemours Company Servicios, S. de R.L. de C.V. | Mexico |
| The Chemours Company Singapore Pte. Ltd. | Singapore |
| The Chemours Company Worldwide Operations, Inc. | Delaware |
| The Chemours Holding Company, S. de R.L. de C.V. | Mexico |
| The Chemours India Private Limited | India |
| The Chemours Malaysia Sdn. Bhd. | Malaysia |

Subsidiaries not listed would not, if considered in the aggregate as a single subsidiary, constitute a significant subsidiary.

**Exhibit 22**

## LIST OF GUARANTOR SUBSIDIARIES

As of December 31, 2020, the following subsidiaries of The Chemours Company (the "Company") were guarantors of the Company's 7.000% senior unsecured notes due May 2025, the 4.000% senior unsecured notes due May 2026, which are denominated in euros, the 5.375% senior unsecured notes due May 2027, and the 5.750% senior unsecured notes due November 2028 (collectively, the "Notes").

| Name | Organized Under Laws Of |
| --- | --- |
| ChemFirst Inc. | Mississippi |
| First Chemical Corporation | Mississippi |
| First Chemical Holdings, LLC | Mississippi |
| First Chemical Texas, L.P. | Delaware |
| FT Chemical, Inc. | Texas |
| The Chemours Company FC, LLC | Delaware |

**Exhibit 23**

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We hereby consent to the incorporation by reference in the Registration Statements on Forms S-3 (No. 333-217642) and S-8 (Nos. 333-205391, 333-205392, 333-205393, 333-217623) of The Chemours Company of our report dated February 12, 2021 relating to the consolidated financial statements and the effectiveness of internal control over financial reporting, which appears in this Form 10-K.

/s/ PricewaterhouseCoopers LLP

New York, New York
February 12, 2021

**Exhibit 31.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**

I, Mark P. Vergnano, certify that:

1. I have reviewed this Annual Report on Form 10-K of The Chemours Company;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and,

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and,

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and,

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

| | |
|---|---|
| Date: | February 12, 2021 |
| By: | /s/ Mark P. Vergnano |
| | Mark P. Vergnano |
| | President and Chief Executive Officer |

**Exhibit 31.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**

I, Sameer Ralhan, certify that:

1.    I have reviewed this Annual Report on Form 10-K of The Chemours Company;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and,

   d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and,

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and,

   b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

| | |
|---|---|
| Date: | February 12, 2021 |
| By: | /s/ Sameer Ralhan |
| | Sameer Ralhan |
| | Senior Vice President, Chief Financial Officer |

**Exhibit 32.1**

**Certification of CEO Pursuant to**
**18 U.S.C. Section 1350,**
**As Adopted Pursuant to**
**Section 906 of the Sarbanes-Oxley Act of 2002**

In connection with the Annual Report of The Chemours Company (the "Company") on Form 10-K for the year ended December 31, 2020 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Mark P. Vergnano, as Chief Executive Officer of the Company, hereby certifies, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)    The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934; and,

(2)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Mark P. Vergnano

Mark P. Vergnano
President and Chief Executive Officer
February 12, 2021

**Exhibit 32.2**

**Certification of CFO Pursuant to
18 U.S.C. Section 1350,
As Adopted Pursuant to
Section 906 of the Sarbanes-Oxley Act of 2002**

In connection with the Annual Report of The Chemours Company (the "Company") on Form 10-K for the period ended December 31, 2020 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), Sameer Ralhan, as Chief Financial Officer of the Company, hereby certifies, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)     The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934; and,

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Sameer Ralhan
Sameer Ralhan
Senior Vice President, Chief Financial Officer
February 12, 2021

**Exhibit 95**

### MINE SAFETY DISCLOSURES

The Company owns and operates a mineral sands mining and separation facility in Starke, Florida, mineral sands mining facilities in Jesup, Georgia and Nahunta, Georgia, and a mineral sands separation facility in Offerman, Georgia. The following table provides information about citations, orders and notices issued from the Mine Safety and Health Administration ("MSHA") under the Federal Mine Safety and Health Act of 1977 ("Mine Act") for the year ended December 31, 2020.

| Mine (MSHA Identification Number) | Section 104 S&S[1] Citations (#) | Section 104(b) Orders (#) | Section 104(d) Citations and Orders (#) | Section 110(b)(2) Violations (#) | Section 107(a) Orders (#) | Total Dollar Value of MSHA Assessments Proposed ($) | Total Number of Mining Related Fatalities (#) | Received Notice of Pattern of Violations Under Section 104(e) (yes/no) | Received Notice of Potential to Have Pattern Under Section 104(e) (yes/no) | Legal Actions Pending as of Last Day of Period (#) | Legal Actions Initiated During Period (#) | Legal Actions Resolved During Period (#) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starke, FL (0800225) | 4 | - | - | - | - | $ 10,268 | - | - | - | - | - | - |
| Jesup, GA (0901256) | - | - | - | - | - | $ 615 | - | - | - | - | - | - |
| Mission Mine (0901230) | - | - | - | - | - | $ 123 | - | - | - | - | - | - |
| Offerman MSP (0901236) | - | - | - | - | - | $ 369 | - | - | - | - | - | - |

[1]    S&S refers to significant and substantial violations of mandatory health or safety standards under section 104 of the Mine Act.