**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| The Chemours Company Securities Litigation, | C.A. No. 24-361-RGA<br><br>CLASS ACTION |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Defendant Jonathan Lock's Motion to Dismiss ("Motion"), as well as submissions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2024 that the Motion is GRANTED. The Amended Class Action Complaint for Violations of the Federal Securities Laws is dismissed with prejudice as against Defendant Jonathan Lock.

_____
UNITED STATES DISTRICT JUDGE