## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The Chemours Company Securities Litigation, | Case No. 24-cv-361-RGA <br><br> CLASS ACTION |

## DEFENDANT CAMELA WISEL'S MOTION TO DISMISS
## THE AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities

Litigation Reform Act, Defendant Camela Wisel moves to dismiss the Amended Class Action

Complaint for Violations of the Federal Securities Laws (D.I. 17) with prejudice.  The grounds for

this motion are more fully set forth in Defendant's Opening Brief filed herewith.

OF COUNSEL:

AKIN GUMP STRAUSS
HAUER & FELD LLP
James J. Benjamin, Jr. (*pro hac vice*)
Parvin D. Moyne (*pro hac vice*)
One Bryant Park
New York, NY 10036
T: (212) 872-1000
F: (212) 872-1002

AKIN GUMP STRAUSS
HAUER & FELD LLP
Sina S. Safvati (*pro hac vice*)
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067
T: (310) 229-1000
F: (310) 229-1001

SMITH KATZENSTEIN JENKINS LLP

*/s/ Kelly A. Green*
Kelly A. Green (Bar No. 4095)
100 West Street, Suite 1501
Wilmington, DE  19801
T: (302) 504-1657
F: (302) 652-8405

*Attorneys for Defendant Camela Wisel*

October 11, 2024