**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| The Chemours Company Securities Litigation, | Case No. 24-cv-361-RGA<br><br>CLASS ACTION |

## [PROPOSED] ORDER

At Wilmington this ___ day of _____, 202__, having considered Defendant Camela Wisel's Motion to Dismiss the Amended Class Action Complaint (the "Motion") and the papers filed in connection therewith:

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and the Amended Class Action Complaint for Violations of the Federal Securities Laws is DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE