**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

<table>
<tr>
<td>

THE CHEMOURS COMPANY
SECURITIES LITIGATION

<br><br>

This document relates to all actions.

</td>
<td>

Case No. 24-cv-361 RGA
Hon. Richard G. Andrews

<br><br>

<u>CLASS ACTION</u>

</td>
</tr>
</table>

**DEFENDANT SAMEER RALHAN'S MOTION
<u>TO DISMISS AMENDED CLASS ACTION COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act (15 U.S.C. § 78u-4), Defendant Sameer Ralhan moves to dismiss the Amended Class Action Complaint (D.I. 17) with prejudice.  The grounds for this motion are more fully set forth in Mr. Ralhan's Opening Brief filed herewith.

OF COUNSEL:

Michael S. Schachter (*pro hac vice*)
Todd G. Cosenza (*pro hac vice*)
Samantha G. Prince (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
mschachter@willkie.com
tcosenza@willkie.com
sprince@willkie.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

<u>/s/ D. McKinley Measley</u>
D. McKinley Measley (#5108)
Alec F. Hoeschel (#7066)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
dmeasley@morrisnichols.com
ahoeschel@morrisnichols.com

*Attorneys for Defendant Sameer Ralhan*

October 11, 2024