**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| The Chemours Company Securities Litigation | C.A. No. 24-cv-361-RGA <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER**

At Wilmington this ___ day of _____, 202__, having considered Defendant Sameer Ralhan's Motion to Dismiss the Amended Complaint and the papers filed in connection therewith:

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and the Amended Complaint is DISMISSED with prejudice.

_____
The Honorable Richard G. Andrews
United States District Judge