**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE CHEMOURS COMPANY SECURITIES LITIGATION | Case No. 24-cv-361 RGA<br>Hon. Richard G. Andrews |
| This document relates to all actions. | <u>CLASS ACTION</u> |

**MARK NEWMAN'S MOTION TO DISMISS
<u>THE AMENDED CLASS ACTION COMPLAINT</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Mark

Newman respectfully moves to dismiss Plaintiffs' Amended Complaint for failure to state a

claim.  The grounds for this Motion are set forth in the Opening Brief filed contemporaneously

herewith.

|  |  |
|---|---|
| | GELLERT SEITZ BUSENKELL & BROWN, LLC |
| OF COUNSEL: | */s/ Michael Busenkell*<br>Michael Busenkell (DE 3393) |
| PETRILLO KLEIN + BOXER | 1201 N. Orange Street, Suite 300 |
| Guy Petrillo (*pro hac vice)* | Wilmington, DE 19801 |
| Joshua Klein (*pro hac vice)* | Tel: (302) 425-5800 |
| Caelyn Stephens (*pro hac vice)* | Fax: (302) 425-5814 |
| 655 Third Avenue | mbusenkell@gsbblaw.com |
| 22nd Floor | |
| New York, NY  10017 | *Counsel for Mark Newman* |
| (212) 370-0330 | |

DATED: October 11, 2024