## CERTIFICATE OF SERVICE

I, Michael Busenkell, Esq., hereby certify that on October 11, 2024, I caused a copy of the forgoing *Mark Newman's Motion to Dismiss the Amended Class Action Complaint* and *Memorandum of Law* to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated:  October 11, 2024

/s/ Michael Busenkell
Michael Busenkell (DE 3393)