**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE CHEMOURS COMPANY SECURITIES LITIGATION | Case No. 24-cv-361 RGA<br>Hon. Richard G. Andrews |
| This document relates to all actions. | <u>CLASS ACTION</u> |

**TRANSMITTAL AFFIDAVIT OF MICHAEL BUSENKELL, ESQ.
IN SUPPORT OF MARK NEWMAN'S MOTION TO
<u>DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>**

STATE OF DELAWARE          )
                                           ) SS.
COUNTY OF NEW CASTLE   )

I, Michael Busenkell, Esq., being duly sworn, do hereby depose and say:

1. I am a partner at the law firm of Gellert Seitz Busenkell & Brown, LLC, counsel to Defendant Mark Newman, an a member in good standing of the Bar of the Supreme Court of the State of Delaware.

2. I submit this affidavit in support of Mark Newman's Opening Brief in Support of his Motion to Dismiss the Amended Class Action Complaint.

3. To the best of my knowledge and belief, true and correct copies of the following documents are attached hereto as follows:

| Exhibit | Description |
|---|---|
| 1 | The Chemours Company 2022 Form 10-K filed with the Securities and Exchange Commission |
| 2 | The Chemours Company 2023 Form 10-K filed with the Securities and Exchange Commission |

GELLERT SEITZ BUSENKELL &
BROWN, LLC

OF COUNSEL:

PETRILLO KLEIN + BOXER
Guy Petrillo (*pro hac vice*)
Joshua Klein (*pro hac vice)*
Caelyn Stephens (*pro hac vice)*
655 Third Avenue
22nd Floor
New York, NY  10017
(212) 370-0330

*/s/ Michael Busenkell*
Michael Busenkell (DE 3393)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: (302) 425-5800
Fax: (302) 425-5814
mbusenkell@gsbblaw.com

*Counsel for Mark Newman*

DATED: October 11, 2024