**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| The Chemours Company Securities Litigation, | Case No. 24-cv-361-RGA |
| | CLASS ACTION |

**DECLARATION OF BRIAN B. ALEXANDER IN SUPPORT OF PLAINTIFFS'
ANSWERING BRIEFS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

I, Brian B. Alexander, pursuant to 28 U.S.C. § 1746, hereby declare:

1.        I am a Partner at The Rosen Law Firm P.A., counsel for Lead Plaintiff Cindy Nguyen and Named Plaintiffs Todd Masel and Jim Hayes (collectively "Plaintiffs"). I have personal knowledge of the facts set forth herein. I make this Declaration in support of Plaintiffs' answering briefs in opposition to Defendants' motions to dismiss the Amended Class Action Complaint, dated December 20, 2024, and filed herewith. I make this declaration solely to transmit documents to the Court.

2.        Attached as **Exhibit 1** is a true and correct copy of The Chemours Company Code Of Ethics For The Chief Executive Officer, Chief Financial Officer and Controller, which can be found among Chemours Company's governance documents at https://investors.chemours.com/static-files/6e0519ce-634d-47e6-8410-b0b3c401d735.    The Amended Complaint extensively references and quotes this document.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: December 20, 2024

*/s/Brian B. Alexander*
Brian B. Alexander