## CERTIFICATE OF SERVICE

I, Michael Busenkell, Esq., hereby certify that on January 21, 2025, I caused a copy of the forgoing *Reply Memorandum of Law in Further Support of Mark Newman's Motion to Dismiss the Amended Class Action Complaint* to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated:  January 21, 2025

/s/ Michael Busenkell
Michael Busenkell (DE 3393)