## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

The Chemours Company Securities Litigation,

Case No. 24-cv-361-RGA

<u>CLASS ACTION</u>

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs, pursuant to D. Del. LR 7.1.4, respectfully request that the Court hold oral argument on Defendants' motions to dismiss (D.I. 36, 43, 44, 47, and 49).

Dated: January 24, 2025

Respectfully submitted,

FARNAN LLP

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Brian B. Alexander, Esq.
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: balexander@rosenlegal.com

*Counsel for Plaintiffs and the Class*