**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

The Chemours Company Securities Litigation

Civil Action No. 24-361-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motions to Dismiss (D.I. 36, 43, 44, 47, 49) are GRANTED. Dismissal is WITHOUT PREJUDICE. Plaintiffs are granted LEAVE TO FILE A MOTION TO AMEND COMPLAINT by Friday, June 5, 2026.

It is further ORDERED that all future briefing or submissions in this case, beyond complying with the usual requirements of the Local Rules, must be double-spaced according to typical word processing software and cannot be "exactly 24 point" or similar.

IT IS SO ORDERED.

Entered this 5th day of May, 2026

__/s/ Richard G. Andrews__
United States District Judge